ANNETTE L. HURST (BAR NO. 148738)
  ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
  drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
  djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
  amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:     +1 415 773 5759

LAURA A. WYTSMA (BAR NO. 189527)
  lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
  ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020
Facsimile:  +1 213 612 2499

Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-6275<br><br>**COMPLAINT FOR COPYRIGHT AND TRADEMARK INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

**INTRODUCTION**

1.      Plaintiff Sony Interactive Entertainment LLC ("SIE" or "Sony") brings this action against defendants Tencent Holdings Ltd., Tencent Technology (Shanghai) Company Ltd. d/b/a Aurora Studios and/or Polaris Quest, Tencent America LLC, Proxima Beta Pte. Ltd. d/b/a Tencent Games and/or Level Infinite, and Proxima Beta U.S. LLC (collectively, "Tencent" or "Defendants") to prevent the imminent release of *Light of Motiram*—a slavish clone of SIE's immensely popular, award-winning *Horizon* series of video games. Tencent's copying of *Horizon* is so blatant that the public has described it as "crazy," "insane," and "shameless." Tencent also used its rip-off of the iconic *Horizon* main character "Aloy" as the centerpiece of its pre-release marketing and promotional strategy, deliberately causing numerous game lovers to confuse *Light of Motiram* as the next game in the *Horizon* series when encountering Tencent's promotional game play videos and social media accounts. As one commentator aptly put it:



This Horizon Rip-Off Has to Be One of the Most Blatant Copycat Games Ever

Forbidden East

by Liam Croft · Thu 28th Nov 2024

As described herein, Tencent's unlawful copying of the protected audiovisual elements of the *Horizon* games, as well as its deliberate adoption of a confusingly similar character mark, constitutes both copyright and trademark infringement that should be enjoined immediately to prevent irreparable harm to SIE and the consuming public.

2.      *Horizon Zero Dawn*—set in a unique, post-apocalyptic world where tribal societies live in the shadow of massive robotic animals—launched one of the most popular video game franchises in recent history. Conceived in 2011 and developed for over six years, SIE invested substantial resources to create a realistic post-apocalyptic setting, consulting with artists and anthropologists to design story arcs and imagery, and hiring top music composers to produce unique soundtracks. When it was released in 2017 as an exclusive title for PlayStation 4, *Horizon Zero Dawn* became an instant success. By April 2023, *Horizon Zero Dawn* had sold over 24 million

copies. Its success spawned an entire series of games, to date including *Horizon Zero Dawn*, *Horizon Forbidden West*, *Horizon Call of the Mountain*, *LEGO Horizon Adventures* as well as an award-winning soundtrack for *Horizon Forbidden West* (together with all released game expansions, editions, and related merchandise, SIE's "*Horizon* Franchise").

3.      The main protagonist of *Horizon Zero Dawn* is a striking figure named "Aloy" characterized by her fiery red hair, tribal-inspired attire, specific-colored accessories, and distinctive facial markings; her journey from outcast to guardian of humanity anchors the game's narrative and emotional core.

4.      Aloy is the face of *Horizon Zero Dawn* and a prominent brand denoting the game franchise (the "ALOY CHARACTER MARK"). Aloy has been named by game journalists as one of the all-time Iconic Video Game Characters and one of gaming's greatest female leads. Aloy went on to become the symbol not only of the *Horizon* series of games, but also of SIE and Sony PlayStation—branching out to make an appearance as playable characters or cameos in many other games, and serving as the foundation for merchandising and marketing for the entire platform. Sales of merchandise featuring the character, including action figures, plush toys, apparel, ornaments and figurines, costumes, jewelry, and a variety of other items, serve to cement the brand association in the minds of the consuming public.

5.      Upon information and belief, sometime in 2023 (and unbeknownst to Sony) Tencent started developing a video game called "*Light of Motiram*" which—just like *Horizon*—features a young, red-headed female protagonist and tribal groups fighting for survival among large robotic animals in a post-apocalyptic world. In March 2024, at a gaming conference in San Francisco, California, Tencent executives approached Sony with a pitch: to develop its own *Horizon* game in collaboration with SIE. Sony rejected the idea and considered the matter closed.

6.      Apparently, Tencent was undeterred by SIE's refusal to license its *Horizon* intellectual property. Tencent continued secretly developing *Light of Motiram*, eventually announcing a forthcoming game. Tencent's promotional material bore a strong similarity to SIE's own *Horizon* promotional material:

 

7.    In addition to the official promotional art,[1] Tencent also made public a Steam[2] store page, an official video trailer, several promotional screenshots, and an appreciable amount of gameplay footage[3] for *Light of Motiram*, all of which misappropriated protectable elements of SIE's copyrights in the *Horizon* Franchise to a significant degree. The commonalities with *Horizon* disclosed in the *Light of Motiram* promotional game trailer and other promotional materials included not only identical story and gameplay themes, cultural, and character elements, but also art style, landscapes, architectural and art elements, color palettes, fonts, and symbols. Lighting and points of view are also highly similar. This similarity extends to the music as well as the visual elements. The music (including vocals) in the *Light of Motiram* is also highly similar thematically and in specific melodies, sounds, rhythms, and structure to the *Horizon* scores; this was also deliberate, as Tencent hired a composer from the *Horizon Forbidden West* soundtrack to replicate the unique sound for *Light of Motiram*.

8.    The overall impression conveyed by Tencent's adoption in *Light of Motiram* of the same high-fidelity, post-apocalyptic visual aesthetics blending lush natural environments, tribal culture, futuristic mechanical elements, and ethereal sounds primarily in the soprano register,

---

[1] Tencent has since removed this promotion from its website and Steam page. However, an Internet Archive capture of the *Light of Motiram* Steam page dated December 1, 2024, shows it featured as the game's main promotional image. *See* Internet Archive, Steam – Light of Motiram, Dec. 1, 2024, https://web.archive.org/web/20241201080716/https://store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM/ (accessed July 24, 2025).

[2] *See* STEAM, Light of Motiram, https://store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM/ (accessed July 14, 2025) (containing official video trailer and promotional images).

[3] @Gematsu, YOUTUBE, https://www.youtube.com/watch?v=PqwoP_cTo4I, "Light of Motiram - 16 Minutes of Gameplay," Nov. 29, 2025 (accessed July 14, 2025).

specific elements of which are identified in thorough detail below, is substantially similar to the *Horizon Zero Dawn* and *Horizon Forbidden West* audiovisual works and infringes the copyrights therein.

9.      SIE is far from alone in recognizing the striking similarities that Tencent's new *Light of Motiram* game shares with *Horizon*. Upon viewing the gameplay trailer, Internet users and gaming journalists agreed: *Light of Motiram* was a knock-off of *Horizon Zero Dawn*, *Horizon Forbidden West*, and other games in the *Horizon* Franchise—the similarities are glaringly and immediately obvious. For example, THE GAMER described *Light of Motiram* as "ripping off Horizon Zero Dawn so blatantly that I can't believe it has a Steam page," and emphasized that "how the [*Light of Motiram*] world presents itself is so Horizon it hurts."[4] GAMEPRESSURE observed that "it's clear [Tencent] had no reluctance to copy from the Horizon series," and added that "the developers of *Light of Motiram* borrowed the visual style from the Sony [*Horizon*] series to such an extent that if someone told me this is a spin-off of that brand, I would easily believe them."[5] Likewise, GAMINGBIBLE noted "It's not just the premise of *Light of Motiram* that sounds identical though….it's hard to tell if the [promotional] screenshots are from *Light of Motiram* or one of the Horizon games."[6] Meanwhile, THEGAMESPOT wryly dubbed *Light of Motiram* as "Horizon Zero Originality."[7]

---

[4] Jade King, THE GAMER, "Why Do You Even Need to Plagiarize Horizon Zero Dawn?," Nov. 29, 2024,  https://www.thegamer.com/light-of-motiram-horizon-zero-dawn-plagiarism-copycat/ (accessed July 14, 2025).

[5] Adrian Werner, GAMEPRESSURE, "Light of Motiram, New Open-World Survival Game Inspired by Horizon and Palworld, Was Just Announced," Nov. 28, 2024, https://www.gamepressure.com/newsroom/light-of-motiram-new-open-world-survival-game-inspired-by-horizon/z675ee (accessed July 14, 2025).

[6] Olly Smith, GAMINGBIBLE, "Horizon knock-off ripped apart by fans for 'shameless' copy," Nov. 28, 2024, https://www.gamingbible.com/news/light-of-motiram-horizon-comparisons-300123-20241128 (accessed July 14, 2025).

[7] Zuhaad Ali, THEGAMESTOP, "'Horizon Zero Originality': Tencent's *Light of Motiram* Slammed As A 'Shameless' Clone Of Sony's Horizon Series," Nov. 28, 2024, https://thegamepost.com/tencent-light-of-motiram-shameless-horizon-series/ (accessed July 14, 2025).

10. Visitors to *Light of Motiram*'s own Steam page made similar observations in reaction to the game's announcement:[8]



As these articles and online commentary show, Tencent's promotional material and gameplay footage for *Light of Motiram* demonstrate that it misappropriated the overall tone, feel, sound, and appearance of the *Horizon* Franchise to create *Light of Motiram*.

11. Further, Tencent deliberately adopted Sony's approach to branding, using Tencent's knockoff red-haired female main character as the dominant visual element to signify the *Light of Motiram* game on multiple social media platforms. On Discord (the premier social platform for gamers), X (formerly known as Twitter), and Reddit, for example, the thumbnail images used to signify the *Light of Motiram* game on "official" accounts are headshots of the red-haired main character. Tencent's marketing and promotional strategy thus reflects a deliberate infringement of the ALOY CHARACTER MARK. It is designed to trade-off of Sony's goodwill in the *Horizon* Franchise and to confuse or to cause mistake or to deceive consumers and the public as to the affiliation, connection or association between *Light of Motiram* and SIE and/or as to the origin,

---

[8] *See* STEAM, Light of Motiram, "Welcome to Light of Motiram on Steam," Nov. 29, 2024, https://steamcommunity.com/app/3319630/eventcomments/4625855423768041356?snr=2_9_100 003_ (accessed July 14, 2025).

sponsorship, or approval of Tencent's *Light of Motiram* by SIE. And, it has actually confused consumers. Multiple viewers expressed confusion in commentary on various websites and social platforms about whether *Light of Motiram* is affiliated with the *Horizon* Franchise.

12.    Earlier this year, Sony had discussions with Tencent trying to informally resolve its concern that *Light of Motiram* violated its intellectual property rights. Tencent again sought to license the *Horizon* intellectual property. Sony (again) communicated clearly and unequivocally that it would not license the *Horizon* assets to Tencent, objected to *Light of Motiram*, and insisted that it be withdrawn. Tencent has since signaled that it rejected Sony's demands and would forge ahead, releasing a new promotional trailer for *Light of Motiram* and announcing that, "[i]n the near future, *Light of Motiram* will also commence global testing."[9] Tencent has continued to release additional promotional materials suggesting the game will soon be made available for play testing.[10]

13.    Sony is thus forced to file this action and to seek judicial relief to protect its valuable and hard-earned intellectual property rights in the *Horizon* Franchise.

## THE PARTIES

### A.    Plaintiff Sony Interactive Entertainment LLC

14.    Plaintiff SIE is a California video game and digital entertainment company that developed the PlayStation® line of products and services and produces award-winning games via subsidiary game development studios that together comprise its PlayStation Studios division. SIE's ultimate parent corporation is the Sony Group Corporation.

15.    SIE is a limited liability company organized and existing under California law, with its headquarters and principal place of business located at 2207 Bridgepointe Parkway, San Mateo, California 94404.

---

[9] *See* @LightofMotiram, YOUTUBE, "Unveiling LIGHT OF MOTIRAM: Dev Insights & Gameplay Showcase," Apr. 22, 2025, https://www.youtube.com/watch?v=3mt0QDRCoeI (accessed July 14, 2025).

[10] *See* @LightofMotiram, YOUTUBE, "From Destruction to Redemption - Rammasun | LIGHT OF MOTIRAM Cinematic & Gameplay Trailer," July 11, 2025, https://www.youtube.com/watch?v=6prk0Jxg7Cw (accessed July 23, 2025); @LIGHTOFMOTIRAM, X, "RAMMASUN Cinematic & Gameplay Trailer," July 11, 2025, https://x.com/LIGHTOFMOTIRAM/status/1943596681360269538 (accessed July 23, 2025).

16.    SIE is the exclusive licensee in the United States of all rights to exploit the copyrights in the *Horizon* series of audiovisual works. SIE also owns common-law trademark rights in the Aloy character. SIE thus is the proper party to enforce the *Horizon* intellectual property against infringers like Tencent in the United States.

**B.    Defendant Tencent Holdings Ltd.**

17.    Tencent Holdings Ltd. ("Tencent Holdings") is a limited company organized and incorporated in the Cayman Islands, with a global headquarters and principal place of business located at the Tencent Binhai Building, No. 33, Haitian Second Road, Nanshan District, Shenzhen, China 518054.

18.    On September 19, 2023, Tencent Holdings applied to the United States Patent and Trademark Office to register the trademark LIGHT OF MOTIRAM in connection with, *inter alia*, downloadable computer application software for playing computer and video games and the provision of entertainment services and competitions relating to video games. On information and belief, Tencent Holdings owns the intellectual property rights in, and intends to publish and distribute, or to license or otherwise authorize the publishing and distribution of, the game *Light of Motiram* in the United States.

19.    Tencent Holdings' executives approached Sony in person in San Francisco to seek a license for *Light of Motiram*, and Tencent Holdings has directed the development and imminent publication and distribution of the game knowing that it will harm SIE in the United States and in the Northern District of California. Tencent Holdings' executives made the decision to continue pursuing development of the game for publication and distribution in the United States through its various subsidiaries and affiliates described below despite SIE's demand that Tencent cease its infringement.

**C.    Defendant Tencent Technology (Shanghai) Company Limited d/b/a Aurora Studios and/or Polaris Quest**

20.    Defendant Tencent Technology (Shanghai) Co. Limited ("Tencent Shanghai") is a Chinese company and member of the Tencent group of companies, with a principal place of

business at 1801 Hongmei Rd, Xuhui District, Shanghai, China, 201103. Upon information and belief, Tencent Shanghai is controlled by Tencent Holdings.

21.    Upon information and belief, Tencent Shanghai does business under the names "Aurora Studios" and/or "Polaris Quest," described as internal video game development studios of Tencent based in Shanghai, China. Tencent Shanghai d/b/a Aurora Studios and/or Polaris Quest is a developer of *Light of Motiram*.

22.    Tencent Shanghai contributed to the pitch by Tencent executives in San Francisco requesting that SIE grant Tencent a license in the *Horizon* intellectual property, wherein they proposed that Aurora Studios would develop a *Horizon* sequel game under the requested license. After being refused for a license, Tencent Shanghai continued to develop *Light of Motiram* for publication and distribution in the United States. Tencent Shanghai did so despite Sony's subsequent demand that it cease its infringement, knowing that its continued infringement would harm SIE in this District.

**D.    Defendant Tencent America LLC**

23.    On information and belief, Tencent America LLC ("Tencent America") is the United States arm of Tencent Holdings and is a limited liability company organized and existing under Delaware law, with its U.S. headquarters and principal place of business located at 2747 Park Boulevard, Palo Alto, California 94306.

24.    Tencent America executives also participated in the pitch to SIE's executives in San Francisco, wherein Tencent America requested that SIE grant Tencent a license in the *Horizon* intellectual property.

25.    On information and belief, Tencent America is currently involved and/or will be involved in marketing, promoting, organizing, preparing, and/or operating the forthcoming beta test and release of *Light of Motiram* that will be accessible in the United States.

26.    On information and belief, Tencent America is involved in work associated with Tencent Holdings' Level Infinite global video game publishing brand that has announced the *Light of Motiram* game.

**E.**     **Defendant Proxima Beta PTE Ltd. d/b/a Tencent Games and/or "Level Infinite"**

27.     On information and belief, Proxima Beta PTE Ltd. ("Proxima Beta Singapore") is a Singapore-based company and member of the Tencent group of companies, with a principal place of business at 10 Anson Road, #21-07 International Plaza, Singapore 079903.

28.     Upon information and belief, Proxima Beta Singapore, doing business as "Tencent Games," publishes Tencent video games.

29.     Upon information and belief, Proxima Beta Singapore does business under the brand "Level Infinite."

30.     Proxima Beta Singapore is responsible for the publication of numerous pre-release marketing materials that infringe SIE's copyrights and trademark. Proxima Beta Singapore is identified as the counter-party to end-user license agreements on all of the *Light of Motiram* official websites and publications. Proxima Beta Singapore published these materials and entered into end-user license agreements with users in this District while knowing that *Light of Motiram* infringes *Horizon Zero Dawn* and *Horizon Forbidden West.*

**F.**     **Defendant Proxima Beta U.S. LLC**

31.     On information and belief, Proxima Beta PTE Ltd. operates in the United States through Proxima Beta U.S. LLC ("Proxima Beta U.S."), a limited liability company organized and existing under Delaware law, and member of the Tencent group of companies, with a principal place of business located at 2747 Park Boulevard, Palo Alto, California 94306.

32.     Upon information and belief, Proxima Beta U.S. employs personnel in this District who work for "Tencent's global gaming brand."  Upon information and belief, Proxima Beta U.S. employees will assist in the publication and/or distribution of *Light of Motiram*.

**G.**     **DOES 1 through 10**

33.     The corporate structure, ownership percentages, and affiliations of the entities associated with the *Light of Motiram* game are deliberately opaque to the public. Additionally, the Tencent Defendants identified an entity named "Polaris Quest" as the publisher of the game on Steam, but there is no such entity identifiable anywhere in the publicly available information

10

regarding Tencent corporate holdings in China, Singapore, or the United States. There may be one or more additional legal entities in the chain of development, publication, distribution and/or marketing of *Light of Motiram* who are presently unknown to SIE. The true names and capacities of the Defendants sued herein as DOES 1 through 10 are currently unknown to SIE, which therefore sues such Defendants by fictitious names. Each of the Defendants designated as a DOE is legally responsible for the unlawful acts alleged herein. SIE will seek leave to amend the Complaint to reflect the true names and capacities of the DOE Defendants when such identities become known.

## JURISDICTION AND VENUE

34.    This action arises under the Copyright Act of 1976 (17 U.S.C. §§ 101, *et seq*.) and under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

35.    This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121(a), 28 U.S.C. §§ 1331 and 1338(a) and (b).

36.    On information and belief, Tencent Holdings Ltd. is subject to specific personal jurisdiction in this District because it knowingly availed itself of the forum in conducting both in-person and electronic meetings in San Francisco concerning the subject matter of this dispute, and because Tencent Holdings Ltd. has intentionally planned, authorized, and facilitated infringing acts that have or will take place in California, including licensing and distributing infringing material, all while knowing that such activity will harm a resident of this District.

37.    On information and belief, Tencent Technology (Shanghai) Co. Limited d/b/a Aurora Studios and/or Polaris Quest is subject to specific personal jurisdiction in this District because it availed itself of the forum by conducting both in-person and electronic meetings in San Francisco concerning the subject matter of this dispute, and because Tencent Shanghai intentionally carried out infringing acts (namely, the development of *Light of Motiram*) that have and will result in infringement occurring in California, all while knowing that such activity will harm a resident of this District.

38.    On information and belief, Tencent America LLC is subject to both general and personal jurisdiction in this District because it regularly conducts and solicits business within the United States and California through its Palo Alto headquarters, and because Tencent America LLC

1   has intentionally planned, authorized, and facilitated infringing acts that have or will take place in

2   California, all while knowing that such activity will harm a resident of this District.

3       39.    On information and belief, Proxima Beta Pte Ltd. is subject to specific personal

4   jurisdiction in this District because it has purposefully availed itself of the forum by publishing

5   infringing material from *Light of Motiram* and creating confusing similar promotional material to

6   the ALOY CHARACTER MARK on multiple websites and social media platforms resident in this

7   District (such as YouTube, Discord, and Reddit) to audiences in this District, has entered into

8   license agreements with end-users in this District concerning the subject matter of this dispute and

9   thereby causing infringement occurring within this District, and has intentionally carried out

10  infringing acts that have or will take place in California, all while knowing that such activity will

11  harm a resident of this District.

12      40.    On information and belief, Proxima Beta U.S. is subject to general and specific

13  personal jurisdiction in this District because it regularly conducts and solicits business within the

14  United States and California through its US headquarters in Palo Alto, and because Proxima Beta

15  U.S. intentionally planned, authorized, and facilitated infringing acts that have or will take place in

16  California, all while knowing that such activity will harm a resident of this District.

17      41.    On information and belief, DOES 1-10 are subject to specific personal jurisdiction

18  in this District because they have engaged in infringing acts related to the development, publication

19  and/or distribution of *Light of Motiram* in the United States while knowing that such activity will

20  harm a resident of this District.

21      42.    Venue is proper in this District under 28 U.S.C. §§ 1391(b) and 1400(a) because

22  Defendants Tencent America and Proxima Beta U.S. reside in this District, a substantial part of the

23  events giving rise to SIE's claims arose in this District, and a substantial part of the intellectual

24  property that is the subject of this action is situated in this District. Venue is proper as to Tencent

25  Holdings Ltd., Proxima Beta Pte Ltd., and Tencent Technology (Shanghai) Co. Limited d/b/a

26  Aurora Studios and/or Polaris Quest—all foreign companies—in this District, because they may be

27  sued in any district under 28 U.S.C. § 1391(c)(3).

28

COMPLAINT FOR COPYRIGHT AND
TRADEMARK INFRINGEMENT

**DIVISIONAL ASSIGNMENT**

43.    Pursuant to Civil L.R. 3-2(c) and General Order 44, this action is assigned on a districtwide basis because it pertains to intellectual property rights.

**FACTUAL ALLEGATIONS**

**A.    SIE Built Its Unique *Horizon* Franchise**

44.    After six years of development and substantial investment of time and resources, in February 2017, SIE released the first installment of the *Horizon* series: a live-action, open-world, third-person perspective role-playing game entitled *Horizon Zero Dawn* featuring the Aloy character. A wildly successful franchise ensued. In February 2022, SIE released *Horizon Forbidden West*, a sequel to *Horizon Zero Dawn*. An expansion entitled *Horizon Forbidden West: Burning Shores* followed in April 2023, and in October 2023, SIE released the sequel and its expansion together as a bundle entitled *Horizon Forbidden West Complete Edition*. SIE released a remastered version of *Horizon Zero Dawn* in October 2024.

45.    In February 2023, SIE released a spin-off to the main *Horizon* series entitled *Horizon Call of the Mountain*—a first-person perspective action-adventure game developed for SIE's PlayStation® VR2 virtual reality headset. SIE's Aloy character makes an appearance in this game—a consistent and recognizable brand of the *Horizon* Franchise.

46.    In November 2024, SIE released another spin-off to the main *Horizon* series entitled *LEGO Horizon Adventures*—an isometric-perspective action-adventure game that reinterprets the story of *Horizon Zero Dawn* in the LEGO universe in a light-hearted and family-friendly manner. Unlike other *Horizon* games, *LEGO Horizon Adventures* allows users to customize a "home base" and play in multiplayer mode. Like other *Horizon* games, the game's protagonist is Aloy, this time as a recognizable LEGO character.

47.    The *Horizon* Franchise consists of original works of authorship and constitutes copyrightable subject matter under the Copyright Act, 17 U.S.C. §§ 101, *et seq*. The works comprising the *Horizon* Franchise are duly registered for copyright with the United States Copyright Office. The United States Copyright Office has issued Certificates of Registration for the following works at issue: Horizon Zero Dawn on PS4 (U.S. Reg. No. PA0002516411, filed

01/29/2025 and registered 02/10/2025) and for Horizon Forbidden West on PS4 (U.S. Reg. No. PA0002392809, filed 10/26/2022 and registered 10/31/2022) and PS5 (U.S. Reg. No. PA0002391316, filed 10/26/2022 and registered 10/31/2022). SIE is the exclusive licensee of these rights in the United States.

48.    SIE also owns common-law trademark rights in the 'Aloy' character, the visual centerpiece of *Horizon Zero Dawn*. Aloy is a striking figure characterized by her red hair, tribal-inspired attire and accessories, and distinctive facial markings. Her costume blends rugged leather and woven fabrics adorned with materials scavenged from defeated machine animals, such as metal plates, and she is often depicted with a headpiece made from scavenged machine materials, creating a layered silhouette that mirrors the fusion of primitive and futuristic elements in the game world. Aloy's silhouette is immediately recognizable from a distance, as her appearance reinforces the game's aesthetic themes of hunter and machine animals. The interplay of vibrant orange, deep teal, and earthy browns across her gear and environment underscores the visual identity of the franchise, with Aloy as its emblem. SIE has used the ALOY CHARACTER MARK continuously since at least February 2017 as a source-identifying brand for the *Horizon* Franchise, including in the *Horizon* videogames, packaging, digital store banners, marketing, social-media avatars, trailers, and merchandise.

49.    SIE considers its rights in the *Horizon* Franchise to be among its most valuable intellectual property.

**B.    The Original Setting and Narrative of the *Horizon* Franchise[11]**



---

[11] "Discover the Horizon Universe" PlayStation official webpage, https://www.playstation.com/en-us/horizon/#discover (accessed July 23, 2025).

50.     SIE built something new, distinctive, and memorable with the *Horizon* Franchise. The setting of the *Horizon* Franchise is a visually unique post-apocalyptic world. It is like no fictional world created before, and like no fictional world created since (that is, until *Light of Motiram*). Visually, although remnant ruins from a lost high-tech human world still stand, they have been largely overgrown and reclaimed by lush jungles, rich forests, broad deserts, and frozen mountain ranges. These biomes appear as dominated by hostile terraforming robots called "Machines."

51.     SIE artists designed the unique visual representation of the "Machines" combining elements of robots with elements of animal biology in a terraforming narrative. For example, several Machines convert grass into biofuels. "Grazers" are Machines that have some aesthetic features of deer, "grazing" together in skittish herds and fleeing if they sense danger at a distance, while "Broadheads" are Machines with some aesthetic features of Longhorn bulls that aggressively charge, kick, rear, and buck to attack enemies using their large horn-like apparatuses.

52.     *Horizon* Machines epitomize the franchise's distinctive biomechanical aesthetic. Each Machine combines sleek alloy plating with intricately modeled joints that mirror animal musculoskeletal structures. Armor panels are engraved with stylized tribal motifs, while integrated LED conduits pulse with rhythmic light. The Machines typically feature drawings of sensors that are created to appear like eyes and visually distinctive colored or glowing cannisters, cables, or components.

53.     In the *Horizon* Franchise, the creative storyline features the last remnants of humanity living in culturally distinct, technologically primitive tribes, co-existing with Machines in different ways. As the story unfolds, some tribes hunt Machines to loot their mechanical resources, while others worship them and assist in their terraforming activities.

54.     Each human tribe has a unique aesthetic design reflecting the tribe's material culture and home biome. Distinctive color palettes reinforce each biome's identity and the cultural distinctiveness of its inhabitants. For example, the Nora tribe wears primitive apparel made primarily from animal hides, leather, linen, and protective metal plates, accented with feathers, embroidery, wooden beads, metal accents, and discarded cables.

55.     Players control a young, red-haired Nora huntress named Aloy, who, in the storyline of the game, gathers natural resources and Machine parts to craft tools, weapons, and other survival items. Aloy is depicted using a variety of weapons to defeat Machines and human enemies, including spears, bows, slings, and traps.

56.     SIE designers created Machines and weapons that may deal different types of damage, including element-based damage. For example, some Machines and weapons specifically deal Fire, Shock, or Freeze damage. Machines and weapons that deal these elemental damages are each denoted by a unique Heads-Up Display ("HUD") icon—an ember for Fire, a lightning bolt for Shock, and a snowflake for Freeze. Conversely, some Machines or armors possess programmed resistances or frailties to these elements (*e.g.*, some models take increased Fire damage but resist Freeze, while others exhibit the opposite profile) forcing players to strategically match elemental attacks to enemy weaknesses.

57.     A component attached to Aloy's spear is another creative element that allows her to override certain otherwise-hostile Machines so that they become friendly to Aloy. When Aloy uses this component, blue energy tendrils visibly wrap around the target Machine and a circular meter appears on the HUD, filling as the override process progresses. Overridden Machines display a glowing blue icon above their health bars. In the narrative of the game, some overridden Machines allow Aloy to mount and ride them as a means of quick travel across the game map, while others can be summoned to accompany Aloy in her travels and assist in combat against hostile Machines and enemies.

58.     Aloy is accompanied by yet another creative asset of SIE: a small, triangular, high-tech device called a "Focus" that augments reality with holographic projections to help the player identify threats and discover more about *Horizon*'s world and the mysterious ruins and artifacts of the lost human civilization. For example, the Focus can scan Aloy's immediate environment to reveal enemies, clues, or objects, and can scan specific Machines to reveal weak points the player should target in combat. When Aloy aims at a Machine, the Focus scans it in real time and displays critical hit zones, armor thickness, and elemental vulnerabilities, helping the player plan their shots and choose the right tools for the fight.

59.    The narrative of the storyline unfolds as Aloy advances through the games' questlines and explores the dilapidated ruins and underground facilities of the old world. She learns more about her own background, the lost high-tech human civilization, and the mysterious series of calamities that destroyed the old world and brought about the world of *Horizon*. This storytelling unfolds via environmental storytelling, holographic audio logs, and data terminals scattered throughout the ruins.

### C.    The Success and Acclaim of the *Horizon* Franchise

60.    The *Horizon* Franchise's vibrant, cyber-tribal setting and visual aesthetic has been widely recognized as uniquely distinctive. For example, IGN stated that *Horizon Zero Dawn* "leaves an indelible mark on the memory…[and] carves out a unique identity within the popular action-roleplaying genre,"[12] while THE GAMER described *Horizon*'s "technophilic and tribalistic dystopia" as "singular and weirdly coherent" and "its own distinct brand of punk."[13] Meanwhile, NEW GAME NETWORK praised the franchise's "unique setting[] where machines have replaced much of the traditional animal kingdom,"[14] THE VERGE praised its "truly new" and "genre-blending world,"[15] and GAMERANT characterized it as "blend[ing] futuristic elements with primitive ones to produce a unique new aesthetic."[16] STRANGE HORIZONS has lauded the *Horizon* Franchise as an "artistic work[] that can scarcely be compared to anything that's come before" and "among the

---

[12] Lucy O'Brien, IGN, "Horizon Zero Dawn Review," Feb. 20, 2017, https://www.ign.com/articles/2017/02/20/horizon-zero-dawn-review (accessed July 14, 2025).

[13] Cian Maher, THE GAMER, "Horizon Zero Dawn's Techno-Fantasy Setting Displays The Kind Of Ambition More Games Should Strive For," Jun. 5, 2021, https://www.thegamer.com/horizon-zero-dawn-setting/ (accessed July 14, 2025).

[14] Alex V, NEW GAME NETWORK, "Horizon Zero Dawn Review," Feb. 20, 2017, https://www.newgamenetwork.com/article/1609/horizon-zero-dawn-review/ (accessed July 14, 2025).

[15] Andrew Webster, THE VERGE, "Horizon Zero Dawn review: a greatest hits collection of open-world games," Feb. 20, 2017, https://www.theverge.com/2017/2/20/14665114/horizon-zero-dawn-review-ps4 (accessed July 14, 2025).

[16] Smangaliso Simelane, GAMERANT, "How Guerrilla Games' Horizon Franchise Subverts the Sci-Fi Genre," July 13, 2022, https://gamerant.com/horizon-franchise-unique-guerrilla-games-subverts-sci-fi-genre/ (accessed July 14, 2025).

freshest, most moving, most topical works of science fiction,"[17] while CBR emphasized that its

"primal, primitive nature stands in sharp contrast to the primary threat in the games: robotic,

dinosaur-esque machines that are…one of the game's selling points and one of its most distinctive

parts."[18]

61.    The *Horizon* Franchise is immensely successful and widely distributed. The *Horizon*

Franchise has sold over 38 million copies globally. There would be no question that Tencent had

access to the *Horizon* Franchise when it created *Light of Motiram,* even had it not expressly

approached SIE with a request to license SIE's intellectual property rights in the franchise.



62.    The *Horizon* Franchise has also received many prestigious awards and accolades.

For example, *Horizon Zero Dawn* was awarded, *inter alia*, the 2018 D.I.C.E. Award for

"Outstanding Achievement in Story," the 2015 and 2016 Game Critics Awards for "Best Original

Game," the 2017 Golden Joystick Award for "Best Storytelling," the 2018 SXSW Gaming Awards

for "Excellence in Visual Achievement" and "Most Promising New Intellectual Property," and the

2018 Writers Guild of America Award for "Outstanding Achievement in Videogame Writing." In

turn, *Horizon Forbidden West* was awarded, *inter alia*, the 2022 Golden Joystick Award for "Best

Storytelling," the 2022 Japan Game Awards' "Award for Excellence," and the 2022 Dutch Game

---

[17] Andrea Phillips, STRANGE HORIZON, "Metagames: *Horizon Zero Dawn* Should Get a Hugo," July 3, 2017, http://strangehorizons.com/wordpress/non-fiction/columns/metagames-horizon-zero-dawn-should-get-a-hugo/ (accessed July 14, 2025).

[18] Isaac Williams, CBR, "10 Video Game Apocalypses As Unique As The Last Of Us," June 20, 2022, https://www.cbr.com/last-of-us-unique-video-game-apocalypses/ (accessed July 14, 2025).

Awards for "Best Game" and "Best Art," while *Horizon Call of the Mountain* won the 2023 Golden Joystick Award for "Best VR Game."

63.    Further, as per its exclusive right, SIE licenses the *Horizon* Franchise intellectual property such as the Aloy character for cross-branded products, including, *inter alia*, action figures, board games, apparel, accessories, mugs, plush toys, art prints, and jewelry.

64.    Intending to continue to build on its success and goodwill, SIE has publicly confirmed that several new projects utilizing the *Horizon* Franchise intellectual property are currently in development, including a live-action movie adaptation.

**D.    SIE Rejects Tencent's Pitch to Develop a *Horizon* Franchise Game**

65.    In March 2024, several individuals who represented themselves to be Tencent Holdings, Tencent America and Aurora Studios executives approached SIE executives at the annual Game Developers Conference in San Francisco. These Tencent executives pitched a project to SIE, wherein they outlined Tencent's desire to license SIE's intellectual property rights in the *Horizon* Franchise to create a mobile video game set in the *Horizon* universe.

66.    Tencent boasted that its Aurora Studios development team included "[d]ie-hard fans" of the *Horizon* Franchise and provided screenshots of team members' purported "trophies" earned playing *Horizon* games, and a photograph of the Tencent team playing a *Horizon* game together at work:



67.   Tencent titled their pitch deck "Expanding the Horizon," and emphasized that their interest in the *Horizon* Franchise was due to its "[h]igh IP value" and "international acclaim," as shown in screenshots taken from the pitch deck presented to SIE:





68.   Tencent suggested that the pitched game could "maintain [*Horizon's*] original open world setting" but "introduce[e] Eastern aesthetics" to the *Horizon* Franchise, and "incorporate[e] gameplay elements such as survival and crafting, pet taming, [multiplayer game modes], etc."  The pitch deck included mock-ups of Eastern-inspired designs and settings, including one of Aloy—*Horizon*'s lead female character—standing on the Great Wall of China:





69.     At no time during this meeting did Tencent disclose that it was already working on a game that was based on the *Horizon* IP assets.

70.     On April 8, 2024, SIE rejected Tencent's pitch to license the *Horizon* Franchise IP. SIE informed Tencent that while SIE "greatly appreciate[d] Aurora's level of passion and the effort they put into the pitch… given where Guerrilla Games and Horizon franchise is, we don't think it makes sense to pursue a Horizon universe crossover or full game development with that IP."

71.     Nonetheless, following that rejection, in late 2024 the Tencent Defendants announced the forthcoming release of an open-world survival and crafting game entitled *Light of Motiram* and published a gameplay trailer that bears a striking resemblance to the *Horizon* games. As Tencent planned, the gameplay trailer "maintains [*Horizon's*] original open-world setting." The

trailer notably lacked any of the Eastern-inspired clothing, aesthetics, and backdrops that Tencent pitched and instead copied *Horizon* whole cloth.

**E.**    **Tencent's Infringing Use of the *Horizon* Franchise Intellectual Property**

72.    In November 2024, the *Light of Motiram* Steam Page went live and provided the following description of the forthcoming game: "In a world overrun by colossal machines, explore the vast open world, build your base of operations, advance technology, train Mechanimals, and take on formidable bosses. Starting from the primitive age, forge a new path of development. Defy the machination, survive with mechanimals."

73.    The *Light of Motiram* Steam Page included an official gameplay trailer and a selection of promotional images and announced that the game's developer and publisher is Polaris Quest, which, on information and belief, is either another name for Aurora Studios or another wholly-owned Tencent studio working with Aurora Studios.

74.    On information and belief, Tencent intends to make a beta version of the game available for testing by American users imminently, and to release *Light of Motiram* in the United States soon thereafter.

75.    On information and belief, *Light of Motiram* is the result of the development project that Tencent previously pitched to SIE for licensing, which SIE rejected.

76.    Tencent has continued to release further promotional materials, images, and videos of purported gameplay footage of the *Light of Motiram* game (collectively, with the original promotional materials available on Steam, the "*Light of Motiram* Promotional Material.")

77.    At all times relevant to this action, Tencent has acted without authorization or license from SIE.

78.    The *Light of Motiram* Promotional Material reflects that even though SIE rejected Tencent's pitch to create a licensed *Horizon* Franchise game, Tencent continued to produce a game that makes unauthorized use of SIE's rights in the *Horizon* Franchise intellectual property.

79.    In doing so, Tencent misappropriates many of the most distinctive and recognizable protected elements of the *Horizon* Franchise, including the franchise's overall tone and feel, setting,

narrative, characters, and visual expression, leading to confusion as to source, affiliation, and sponsorship of the *Light of Motiram* game.

80.    The gaming industry has taken notice and agrees, recognizing that *Light of Motiram* is an unabashed infringement of the *Horizon* Franchise. As shown in the following hand-full of examples culled from the myriad articles making the same observation, Tencent copied the expressive elements of the *Horizon* Franchise, and confusion is the inevitable result:

**Comic Book Resources:**



[19]

**GameRant:**

[20]

---

[19] Sophie Ulanoff, CBR, "Newly Announced Open-World Survival Game Looks Like a Major Horizon Rip-Off," Dec. 2, 2024, https://www.cbr.com/light-of-motiram-open-world-survival-horizon-rip-off/ (accessed July 14, 2025).

[20] Viraaj Bhatnagar, GAMERANT, "New Tencent Game Accused of Copying Guerrilla's Horizon Series," Nov. 28, 2024, https://gamerant.com/light-of-motiram-tencent-game-copy-horizon-guerrilla/ (accessed on July 14, 2025

COMPLAINT FOR COPYRIGHT AND
TRADEMARK INFRINGEMENT

**GameRant:**

The preview images of *Light of Motiram*'s world bear a striking semblance to the Horizon games, right down to the lush green scenery, mechanized animals, and primitive human settlements. There's even a female character who has red hair and wields a bow and arrow, much like Aloy, the protagonist of the *Horizon* series. The robotic beasts (dubbed "Mechanimals") can also be befriended and tamed, marking yet another similarity to the override mechanic for the machines in *Horizon* games. [21]

**IMDB:**

Tencent's new game Light of Motiram is so visually similar to Sony's Horizon Zero Dawn that one can easily get confused between the two. Even the cover image used for both games represents similar compositions and visual elements. [22]

**Kotaku:**

# This Wild Copy Of *Horizon Zero Dawn* Is Just Begging For Sony To Sue

Tencent's *Light of Motiram* is unashamedly using *Horizon*'s aesthetic for yet another tree-punching survival sim [23]

To be clear, we're not saying, "Oh, hey, that kind of reminds us of *Horizon*." This is more of a, "Oh my good lord, what are they *thinking*, this is outrageous!" *Light of Motiram* is one of those cases where you feel safe to type the words "complete rip-off" without worrying about a letter from someone's lawyers. [24]

81.     The protectable elements of the *Horizon* Franchise are substantially similar in their total concept and feel to the released portions of and imagery from *Light of Motiram*. This similarity is due to the voluminous number of the *Horizon* Franchise's protectable elements copied by Tencent in its infringing work. Set forth below are several examples, among many others, of

---

[21] *Id.*

[22] Anupam Lamba, FANDOMWIRE, "Tencent Didn't Learn Anything From These 5 Games' Mistakes Before Making Light of Motiram," Nov. 29, 2024, https://www.imdb.com/news/ni64980911/ (accessed July 14, 2025).

[23] John Walker, KOTAKU, "This Wild Copy of *Horizon Zero Dawn* Is Just Begging For Sony To Sue," Nov. 28, 2024, https://kotaku.com/horizon-zero-dawn-sony-light-of-motiram-tencent-copy-1851709969 (accessed July 14, 2025

[24] *Id.*

Tencent's slavish copying of protected elements of the *Horizon* Franchise and its infringement of SIE's intellectual property rights.

### 1.    Tencent Copied the *Horizon* Franchise's Setting and Narrative

82.    SIE built a visually-unique post-apocalyptic world as the setting and narrative for the *Horizon* Franchise. Although the distant past saw the collapse of a technologically advanced human civilization, knowledge of what brought about the lost civilization's ruin has been lost to time.

83.    In the narrative of the game, the lost civilization, known as the "Old Ones," left behind derelict ruins, artifacts, and mysterious underground facilities, which have been almost entirely swallowed up by nature. As players explore the wild and diverse biomes stretched across the *Horizon* Franchise's open world map (including beaches, forests, jungles, deserts, and snowy mountain ranges), they will discover the relics of the Old Ones. Investigation of these sites reveals, bit by bit, the truth of the calamities that befell the high-tech civilization and resulted in its collapse. Unlike their mysterious predecessors, the remnants of surviving humanity in the *Horizon* Franchise live in primitive tribes, having lost all knowledge of the Old Ones' advanced technology. Many of these tribes hunt the animalistic, robotic Machines in order to obtain resources and mechanical parts.

84.    As discussed *supra*, the setting and overarching narrative of the *Horizon* Franchise has been widely recognized as original and distinctive.

85.    Nonetheless, Tencent copied the *Horizon* Franchise's setting and overarching narrative in *Light of Motiram*. Commentators took note:[25]



---

[25]

https://www.reddit.com/r/videogames/comments/1h46aau/tencents_light_of_motiram_is_such_a_horizon_zero/ (accessed July 14, 2025).

86.     In the "About This Game" section of the *Light of Motiram* Steam Page, Tencent summarizes the setting and narrative of *Light of Motiram* as follows: "Earth and human civilization as we once knew it are gone. Across untamed wilderness, giant mechanical beasts roam freely, while humanity struggles to rebuild from the dawn of a new primitive era. Journey from lush tropical rainforests to barren desert landscapes and snow-capped mountain peaks—as you discover unique Mechanimals and mysterious ruins in different regions, gradually uncovering the secrets of MOTIRAM."  Tencent describes a setting and narrative substantially similar to that of the *Horizon* Franchise—indeed, if the final word "MOTIRAM" were swapped for "Old Ones," this could pass as a description of the lost civilization in the *Horizon* Franchise.

87.     Additionally, Tencent introduced the *Light of Motiram* world to American consumers prior to its launch on its official Discord server and on its official X page, where Tencent informed the public that in *Light of Motiram*, "[f]ragile civilizations, mysterious mechanical creatures and remnants of advanced technology await your discovery."[26]  Similarly, Tencent announced on its Reddit page that in *Light of Motiram*, "human civilization [] is as fragile as a newborn baby, with countless mysterious mechanical creatures inhabiting the wilderness, and high-tech structures that do not belong to this era scattered throughout. They seem to originate from a higher civilization that has long since perished, leaving behind enigmatic mechanical creations that wander the wilderness day after day, awaiting the unknown."[27]  Here, too, Tencent describes a substantially similar setting and overarching description that is equally applicable to the *Horizon* Franchise's narrative and aesthetic.

88.     Tencent's most recently published video describing the *Light of Motiram* game underscores its unmistakable similarities to *Horizon*. The Lead Producer of *Light of Motiram* describes the game as "discard[ing] the traditional post-apocalyptic zombie setting," and instead

---

[26]     *See* Light of Motiram, DISCORD, Jan. 10, 2025, https://discord.com/channels/1242657739365421076/1306895544437706774/132720936946053 9414 (accessed July 16, 2025); Light of Motiram, X, Jan. 10, 2025, https://x.com/LIGHTOFMOTIRAM/status/1877649526317813822 (accessed July 16, 2025).

[27]     *See* r/Motiram, Reddit, "DIRECTORY OF SURVIVAL - The MOTIRAM," https://www.reddit.com/r/Motiram/comments/1hy0r40/directory_of_survival_the_motiram/ (accessed July 16, 2025).

"adopting vibrant colors and unique aesthetic styles to deliver a fresh visual experience" in a "world where the primitive and the future are intertwined." [28]  But this is not a "fresh visual experience"— it is a copy of *Horizon*'s distinctive post-apocalyptic, primitive yet futuristic setting, vibrant colors, and aesthetic style.

89.    The imagery in *Light of Motiram* Promotional Material further demonstrates that the setting of *Light of Motiram* is substantially similar to the setting of the *Horizon* Franchise in its visual expression:

[*Continued on next page*]

---

[28] *See* @LightofMotiram, YOUTUBE, "Unveiling LIGHT OF MOTIRAM: Dev Insights & Gameplay Showcase," Apr. 22, 2025, https://www.youtube.com/watch?v=3mt0QDRCoeI (accessed July 14, 2025).



| The *Horizon* Franchise | *Light of Motiram* Promotional Material |
| --- | --- |

28

90.     As shown in the table above, in both games, overgrown wilderness reclaims the remnants of a lost high-tech civilization. Towering coniferous and broadleaf trees stretch skyward alongside crumbling concrete structures, their surfaces draped in vines and moss. In the top row of the table above, *Horizon's* sunlit mesa and overgrowth-cloaked ruin clone almost exactly *Motiram's* golden-lit forest glade, complete with the same sculptural rooflines of a half-buried facility now repurposed by nature.

91.     Rivers and mist-filled valleys serve as natural corridors through ancient streets and maintenance canals in both games. In the third row of the table above, a watery basin in *Horizon's* world, bathed in emerald reflections, mirrors *Motiram's* swampy clearing where sunbeams pierce through tall fronds and rusting metal debris. The fourth row similarly depicts nearly identical creative elements: a cathedral of redwoods, sunlight filtering through mist to illuminate ferns and moss-covered ruins.

92.     Further, *Light of Motiram* copies the expression of massive, machine-like remnants of the old world looming over crimson meadows at dusk from *Horizon* in the fifth row of the table above. In *Horizon* (bottom left of the table), a spherical repair node hovers above fields of red grass, while in *Motiram* (bottom right of the table) a similarly shaped orb and scaffold silhouette stand sentinel against a blood-orange sky. These shared compositional choices—the interplay of warm undergrowth hues against cool steel, the contrast of monumental hardware with delicate plant life, and the use of dusk lighting to heighten drama—underscore how *Motiram's* artists have used the very expressive visual elements that define the *Horizon* setting.

93.     The *Light of Motiram* Promotional Material shows that Tencent even incorporated elements from the *Horizon* Franchise into the visual environment of *Light of Motiram* that do not make sense outside the context of the *Horizon* Franchise. For example, the physical environments in the *Horizon* Franchise prominently feature patches of "red grass," in which red-haired Aloy hides while hunting Machines, camouflaged due to her similar hair color. *Light of Motiram's* environmental design also features patches identical to *Horizon's* distinctive reed-like, "red grass"—but while *Light of Motiram* features an Aloy lookalike in promotional materials, the gameplay does not require a character with red hair, so the grass does not need to be red:

| The *Horizon* Franchise | *Light of Motiram* Promotional Material |
|---|---|
|  |  |
|  |  |

This is a blatant lifting of *Horizon*'s visual expression with no narrative significance.

### 2.    Tencent Copied the *Horizon* Franchise's Tribal Characters

94.    In the *Horizon* Franchise, SIE created Earth's primitive post-apocalyptic human tribes with distinct cultures and reputations. For example, in the game's narrative story, the Nora tribe is known for its strictly matriarchal leadership, while the Tenakth tribe is known for its aggressive and violent warrior culture. The tribes additionally differ in their view of the Old Ones' lost technological knowledge, such as whether it should be shunned or embraced. Post-apocalyptic primitive human tribes with unique social and material cultures, and conflicting views on whether lost, advanced technology should be used and restored, is original and distinctive to the *Horizon* Franchise.

95.    The *Light of Motiram* features substantially similar post-apocalyptic primitive human tribes to those of the *Horizon* Franchise, for example, copying the narrative of differing views on whether to reject or embrace lost technology. Tencent has announced that *Light of*

*Motiram*'s factions will include the "matriarchal" "Ranau" tribe (akin to the *Horizon* Franchise's Nora tribe) and the "warlike" "Dariman" tribe (akin to the *Horizon* Franchise's Tenakth tribe).[29] Furthermore, the *Light of Motiram* Promotional Material reflects that the tribal characters in *Light of Motiram* are visually expressed in a substantially similar manner to those in the *Horizon* Franchise, especially in regard to their apparel, which is similar to Aloy's Nora tribal apparel in physical design, color scheme, the use of similar natural materials and scrap-metal accents, and the inclusion of similar decorative trims, beads fringes, wraps, and cords:

| The *Horizon* Franchise | *Light of Motiram* Promotional Material |
|:---:|:---:|
|  |  |
|  |  |

---

[29] *See* @LightofMotiram, Twitter, Feb. 21, 2025, https://x.com/LIGHTOFMOTIRAM/status/1892861838448005554 (accessed July 14, 2025).

### 3.    Tencent Copied the *Horizon* Franchise's Main Character, Aloy

96.    As discussed *supra*, the main playable character of the *Horizon* Franchise is its huntress protagonist, Aloy—a young, red-haired woman, depicted wearing tribal apparel and wielding a bow or spear and often wearing face paint.

97.    The *Horizon* Franchise has earned much public recognition for its original and distinctive characterization of Aloy. For example, THE GAMER ranked Aloy as one of the top ten most-iconic video game characters introduced over the last decade, stating: "Even though Horizon Zero Dawn is a masterpiece that stands on its own, Aloy makes it even better, which is why her face is recognizable to almost everyone in the PlayStation community."[30]   POLYGON likewise ranked Aloy as one of the best video game characters of the 2010s, while PASTE MAGAZINE ranked Aloy as one of the best new video game characters of 2017.[31]

98.    The *Light of Motiram* Promotional Material prominently depicts an Aloy clone—a young female visually expressed in a substantially, and confusingly, similar manner to Aloy:

---

[30] *See* Michael Caruso, THE GAMER, "10 Iconic Video Game Characters Introduced In The Last Decade," Sep. 12, 2021, https://www.thegamer.com/iconic-video-game-characters-last-decade/ (accessed July 14, 2025

[31] *See* POLYGON, "The 70 best video game characters of the decade," Nov. 27, 2019, https://www.polygon.com/features/2019/11/27/20974490/greatest-video-game-characters-2019-2010-skyrim-witcher-splatoon (accessed July 14, 2025); *see also* Holly Green, PASTE MAGAZINE, "Best New Game Characters of 2017," Dec. 13, 2017, https://www.pastemagazine.com/games/best-of-2017/the-best-new-games-characters-2017 (accessed July 14, 2025).

| The *Horizon* Franchise | *Light of Motiram* Promotional Material | The *Horizon* Franchise | *Light of Motiram* Promotional Material |
|---|---|---|---|
|  |  |  |  |

| The *Horizon* Franchise | *Light of Motiram* Promotional Material |
|---|---|
|  |  |
|  |  |

COMPLAINT FOR COPYRIGHT AND
TRADEMARK INFRINGEMENT






### 4.   Tencent Copied the *Horizon* Franchise's "Focus" Device

99.    Moreover, as discussed *supra*, in the *Horizon* Franchise, Aloy is accompanied and aided throughout the *Horizon* games by a small, augmented reality device called a "Focus."

100.    The Focus is a silver, glowing device developed by the Old Ones using their advanced technological knowledge. Aloy found the relic while exploring a ruin as a child.

101.    Players can use Aloy's Focus to scan their immediate environment, physical objects, or Machines. The Focus displays a holographic visual 3D interface that provides information about the scanned area or object, locates clues about the Old Ones and the apocalypse, and illuminates hidden dangers, points of interest, and weak spots on Machines.

102.    A high-tech device of mysterious and ancient origin being used by a tribalistic hunter to scan their environment, uncover mysteries surrounding a lost civilization, and hunt mechanical prey is an original narrative element that is distinctive to the *Horizon* Franchise.

103.    Nonetheless, Tencent has incorporated a substantially similar expression of this narrative element in *Light of Motiram*. For example, the official *Light of Motiram* trailer shows

COMPLAINT FOR COPYRIGHT AND
TRADEMARK INFRINGEMENT

1   tribal characters accompanied by a glowing, high-tech device[32] that assists them in exploring

2   ancient ruins and scanning mechanical beasts.[33]

3       104.    Furthermore, in an announcement posted to the *Light of Motiram* Reddit page,

4   Tencent describes the narrative purpose and origin of the *Light of Motiram* device as follows:

5   "Upon your arrival in this world, you will find a mechanical assistant by your side, called Angelos,

6   an essential companion for your survival and exploration here. It appears to be evidence and a

7   "Relic" of the once-destructed advanced civilization. You can communicate and interact with this

8   world and the remnants of civilization through it. There seem to be many untold stories behind it."[34]

9       105.    The *Light of Motiram* "Angelos" device is substantially similar to the *Horizon*

10  Franchise's "Focus" device in its narrative origin and role.

11              **5.    Tencent Copied the *Horizon* Franchise's Machines**

12      106.    As discussed above, the world of the *Horizon* Franchise is dominated by mysterious,

13  robotic Machines that mimic animal biology and behavior. According to the narrative, the precise

14  details of the Machines' origin are lost to the primitive tribespeople, except for the fact that they

15  were designed for terraforming purposes post-apocalypse, each with a distinct terraforming

16  function. The Machines of the *Horizon* Franchise are visually depicted as made of light gray and

17  dark gray metal alloys, including metal armor mimicking recognizable animal musculature, and

18  have glowing ocular sensors mimicking eyes and an assortment of attached components, cannisters,

19  and cables. Some tribes of the *Horizon* Franchise hunt and loot the Machines to obtain special

20  resources and mechanical parts that are useful in crafting weapons, armor, and other items.

21      107.    Robots of a mysterious origin that mimic the appearance, biology, and behavior of

22  animals in order to perform terraforming tasks post-apocalypse, and which are hunted by primitive

23  _____

24  [32] Additionally, Tencent has copied the visual appearance of the "Angelos" from the "Ghosts" of
    the *Destiny* video game franchise—*i.e.*, yet another SIE owned intellectual property.

25  [33] *See* @LightofMotiram, YouTube, "LIGHT OF MOTIRAM | Official Announcement Trailer" at
    2:02-2:14, 4:17-4:20, 6:44-6:54, Nov. 29, 2024,

26  https://www.youtube.com/watch?v=7bABDo5r5fg (accessed July 14, 2025).

27  [34]    *See*   r/Motiram,   Reddit,   "DIRECTORY   OF   SURVIVAL   -   The   MOTIRAM,"
    https://www.reddit.com/r/Motiram/comments/1hy0r40/directory_of_survival_the_motiram/

28  (accessed July 16, 2025).

tribespeople for their spare parts, are part of the original narrative of the *Horizon* Franchise.

108.    Additionally, SIE's particular visual expression of the animalistic Machines is original and distinctive to the *Horizon* Franchise.

109.    The *Light of Motiram* Promotional Material prominently depicts mechanical animals (which Tencent calls "Mechanimals") that are visually expressed in a substantially similar manner to the *Horizon* Franchise's Machines—drawing not only from the same animal types but other visual elements:

| The *Horizon* Franchise | *Light of Motiram* Promotional Material |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |

| The *Horizon* Franchise | *Light of Motiram* Promotional Material |
|---|---|
|  |  |

110.    *Light of Motiram's* Mechanimals are not only substantially similar to the *Horizon* Franchise's Machines in their visual expression. Indeed, the Mechanimals also share a substantially similar narrative origin and purpose according to the *Light of Motiram* Website—like the *Horizon* Franchise's Machines, the Mechanimals each are characterized by a different terraforming ability. For example, the *Light of Motiram* Mechanimal modeled after a bull purportedly was designed to use its horns for "large scale land clearing operations."

111.    Finally, *Light of Motiram's* narrative allows players to tame certain robotic animals and ride them across the open world map. *Light of Motiram's* expression of this narrative element is substantially similar to Aloy's ability to "override" certain Machines and mount them for travel, as discussed above:

| The *Horizon* Franchise | *Light of Motiram* Promotional Material |
|---|---|
|  |  |

COMPLAINT FOR COPYRIGHT AND
TRADEMARK INFRINGEMENT

**6.**     **Tencent Infringes the *Horizon* Franchise's Aloy Character Trademark.**

112.     As discussed above, the young, fierce tribal huntress protagonist Aloy has been the main protagonist of the *Horizon* Franchise from its start in 2017.

 

113.     The Aloy character has become a widely-recognized brand of the *Horizon* Franchise—a dynamic red-haired heroine characterized by intricately woven copper-red hair, bold tribal warpaint accents along her high cheekbones, and multiple strands of teal-and-rust-orange beads woven into her hairstyle. Her distinctive asymmetric ensemble features layered leather and metal armor pieces—most prominently a single-shoulder pauldron—and a sleek, high-tech Focus earpiece that emits a subtle blue glow.

114.     Since its debut in February 2017, Aloy's silhouette and visage have appeared on *Horizon* video-game packaging, digital storefront banners, official PlayStation website headers, social-media avatars across Facebook, Instagram, X, Discord, YouTube, and Reddit, trailer thumbnails, licensed merchandise such as collectible statues, limited-edition apparel, museum-quality art prints, and other promotional materials.

115.     This continuous and prominent use over more than eight years has cemented the Aloy mark as an exclusive visual signature and source identifier for the *Horizon* franchise.

116.     The Aloy character brand is inherently distinctive. Its complex, fanciful design is unrelated to any utilitarian aspect of gameplay mechanics or software functionality; rather, it operates purely as a source-identifying emblem to distinguish *Horizon* titles from other products in the video-game marketplace.

117.    No element of Aloy's appearance is necessary for gameplay—her hair, warpaint, and tribal armor serve only to signal to consumers, at a glance, that they are engaging with an authentic *Horizon* experience published by Sony. Because the character mark is arbitrary in relation to the goods, it instantly attracts consumer recognition and conveys a singular source.

118.    The ALOY CHARACTER MARK has achieved widespread recognition due to its extensive promotion and recognition: over 38 million copies of *Horizon* games have been sold worldwide to date, and the franchise has garnered extensive critical acclaim and numerous prestigious industry awards for narrative, visual design, and audio/visual achievement. The public perceives Aloy as "synonymous" with Sony and PlayStation.[35]

119.    SIE has promoted its Aloy character brand with high-profile global marketing campaigns, cross-brand collaborations, and pervasive press coverage, such that the consuming public and media outlets frequently refer to Aloy as inseparable from the Sony brand. Commentators have described Aloy as a marquee PlayStation mascot, and fan communities consistently recognize her fiery red hair and tribal as aesthetic as emblematic of *Horizon*'s quality and heritage. These collective impressions evidence that consumers associate the ALOY CHARACTER MARK exclusively with SIE.

120.    Without SIE's consent, Defendants' use of a red-haired tribal huntress image, the Aloy lookalike, in commerce is likely to lead to confusion with respect to the origin, sponsorship, approval, or affiliation of their product.

121.    For example, across Steam, Facebook, Instagram, X, Discord, YouTube, and Reddit, the Aloy lookalike is rendered as a logo with copper-red hair, the same bead-and-leather trimmings, tribal face paint, headgear made from machine animal parts, and a blue-glowing earpiece that unmistakably echoes Aloy's signature portrait, as shown in the examples below: [36]

---

[35] *See* Stan Hogeweg, GAMERANT, "Horizon Forbidden West Will Only Further Cement Aloy as a PlayStation Mascot," https://gamerant.com/horizon-forbidden-west-aloy-playstation-mascot/ (accessed July 14, 2025).

[36] https://store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM/ (accessed July 24, 2025).

1
2
3
4
5
6
7
8
9


10
11
12
13
14


15
16
17


18
19
20
21
22
23
24
25


26    https://www.instagram.com/lightofmotiram (accessed July 14, 2025);
27    https://www.facebook.com/LIGHTOFMOTIRAM (accessed July 14, 2025);
      https://discord.com/channels/1242657739365421076/@home_(accessed July 24, 2025);
28    https://web.archive.org/web/20241128103525/https:/store.steampowered.com/app/3319630/LIG
      HT_OF_MOTIRAM/ (accessed June 17, 2025).



122.     This branding mimics *Horizon*'s own, prior use of the ALOY CHARACTER MARK as noted here:



123.     While some of Tencent's original promotional images appear to have been replaced by a modified use of the Aloy lookalike, she remains confusingly similar to the ALOY CHARACTER MARK.

124.     Tencent's Aloy lookalike branding saturates every consumer touchpoint.

125.     Defendants' adoption of the Aloy lookalike as a mark is likely to confuse or to cause mistake or to deceive consumers and the public as to the affiliation, connection or association between *Light of Motiram* and SIE and/or as to the origin, sponsorship, or approval of Tencent's *Light of Motiram* by SIE. The likelihood of consumer confusion is demonstrated by, *inter alia*, the media and user commentary describing *Light of Motiram* as a Horizon clone and noting the Aloy lookalike in *Light of Motiram's* marketing.[37]

---

[37] *See, e.g.*, Tom Wilson, SCREENRANT, "Upcoming Horizon Zero Dawn 'Copycat' Looks Better Than People Are Giving It Credit For," Nov. 30, 2024, https://screenrant.com/light-motiram-

126.    An article from kotaku.com dated November 28, 2024 provides several comparisons between the Aloy character and Tencent's use of the Aloy lookalike, clearly depicting the similarities between the characters and the likelihood for consumer confusion.[38]



horizon-zero-dawn-tencent/ (accessed July 14, 2025) ("The character shown in much of the [Light of Motiram] promotional material resembles Aloy to a tee - red hair and all."); Michael Harradence, PSU, "Light of Motiram Announced by Tencent, and It's an Obvious Knockoff of Sony's Horizon Zero Dawn," Nov. 28, 2024, https://www.psu.com/news/light-of-motiram-announced-by-tencent-and-its-an-obvious-knockoff-of-sonys-horizon-zero-dawn/ (accessed July 14, 2025) ("If that didn't seem Horizon-y enough for you, the main protagonist, like Aloy, is female and has red hair."); https://www.thegamer.com/light-of-motiram-horizon-zero-dawn-plagiarism-copycat (accessed July 14, 2025) ("The character is also dressed like Aloy with a similar assortment of frills, but I think the most blatant plagiarism can be seen in her bow and the blue and orange ropes that decorate the body."); https://www.youtube.com/watch?v=NC9AciQQEe0 (accessed July 14, 2025) ("As you can see right here, this is as blatant as a knockoff can get. I don't even think they're trying to hide that this is just a blatant knockoff. From the overall art style of this particular artwork, just from the design of the mechanical creatures to the aesthetic of the open world, the color palette, the costume that very clearly just looks like Aloy, just the character design.").

[38]        https://kotaku.com/horizon-zero-dawn-sony-light-of-motiram-tencent-copy-1851709969 (accessed July 14, 2025)

127.    Tencent's deliberate use of Aloy lookalike immediately after SIE declined to license Horizon IP evidences an intent to trade on SIE's goodwill. As discussed above, the image of the young, fierce tribal huntress protagonist Aloy has been a central brand of the *Horizon* Franchise from its start in 2017. Aloy is core to what makes the *Horizon Franchise* "globally recognized," as Tencent highlighted in its pitch.

**FIRST CLAIM FOR RELIEF**
**COPYRIGHT INFRINGEMENT (17 U.S.C. § 106)**
(All Defendants)

128.    SIE repeats and realleges every allegation in the preceding paragraphs as if fully set forth herein.

129.    The *Horizon* Franchise constitutes copyrightable subject matter under the Copyright Act, 17 U.S.C. §§ 101, *et seq*. SIE is the exclusive licensee to the *Horizon* copyrights asserted herein.

130.    Upon information and belief, in direct violation of SIE's exclusive rights, Defendants through the various conduct set forth above have directly infringed, and unless enjoined by this Court, will continue to infringe SIE's copyrights in the *Horizon* Franchise by, among other things:

    a)    Preparing an unauthorized derivative work of the *Horizon* Franchise in the form of *Light of Motiram*;

    b)    Reproducing copyrighted elements of the *Horizon* Franchise in *Light of Motiram*;

    c)    Upon information and belief, distributing copies of promotional materials for *Light of Motiram*, which contains copyrighted elements of the *Horizon* Franchise, including in announced upcoming beta tests;

    d)    Publicly performing *Light of Motiram*, which contains copyrighted elements of the *Horizon* Franchise.

131.    As a direct and proximate result of the foregoing acts, SIE has been damaged and has suffered, and will continue to suffer, significant damages, in an amount to be proved at trial.

132.     Tencent has infringed the copyrights in the *Horizon* Franchise with actual or constructive knowledge of SIE's rights such that said acts of copyright infringement were, and continue to be, willful and intentional.

133.     In addition, Tencent's violations of the Copyright Act have caused and, unless enjoined by this Court, will continue to cause irreparable injury to SIE.

134.     SIE is therefore entitled to a preliminary and permanent injunction enjoining and restraining Tencent from infringing the copyrights in the *Horizon* Franchise, including but not limited to by continuing to reproduce, distribute, display, market, advertise, promote, produce, sell, or offer for sale *Light of Motiram* or any works that are derivative of or copied from the *Horizon* Franchise.

**SECOND CLAIM FOR RELIEF**
**FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(A))**
(All Defendants)

135.     SIE repeats and realleges every allegation in the preceding paragraphs as if fully set forth herein.

136.     SIE owns the "Aloy" brand. Since February 2017, SIE has used the ALOY CHARACTER MARK in connection with the *Horizon* Franchise, in the games, on the *Horizon* Zero Dawn websites, Steam banners, PlayStation site headers, social-media icons, trailer thumbnails, and licensed collectibles. This use in commerce confers priority and exclusive common-law rights.

137.     Aloy's fanciful silhouette with tribal accoutrements is inherently distinctive in the video-game context, functioning immediately as a trademark. In the alternative, through tens of millions of sales, global marketing, and extensive media coverage, the ALOY CHARACTER MARK has acquired secondary meaning—consumers identify it solely with Sony.

138.     Tencent has, without license, adopted and used a red haired tribal huntress image, the Aloy lookalike, as a brand identifier for Light of Motiram across Steam banners, website mastheads, social-media avatars (Facebook, Instagram, X, Discord, YouTube, Reddit), app-store icons, and trailer stills.

139.   Tencent's use of the Aloy lookalike is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Tencent with SIE, or as to the origin, sponsorship, or approval of Tencent goods, services, or commercial activities by SIE.

140.   The similarity of the Aloy lookalike with the ALOY CHARACTER MARK, the identical or closely related goods and services, overlap in marketing channels, direct competition in genre, and actual press/user statements pointing to these similarities (*e.g.*, "the costume that very clearly just looks like Aloy," "[t]he character … resembles Aloy to a tee - red hair and all," "the most blatant plagiarism can be seen in her bow and the blue and orange ropes that decorate the body") all point to inevitable consumer confusion.

141.   Tencent's unauthorized use of the Aloy knockoff falsely and misleadingly represents *Light of Motiram* as being legitimately connected with and/or authorized by SIE, and places beyond SIE's control its own reputation and goodwill.

142.   As a result of the foregoing, Tencent has falsely designated the origin of its goods and services offered using the Aloy knockoff and has engaged in unfair competition in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

143.   Tencent's deliberate use of the Aloy knockoff following SIE's licensing rejection further underscores intent to trade on SIE's goodwill. Tencent's conduct is willful, deliberate, and in bad faith, and undertaken with full knowledge that Tencent has no right, license, or authority to use any mark confusingly similar to SIE's ALOY CHARACTER MARK.

144.   As a result, Tencent's aforesaid conduct has caused and is causing irreparable injury to SIE, and, unless enjoined by this Court, will continue both to damage SIE and to deceive the public. SIE has no adequate remedy at law.

**THIRD CLAIM FOR RELIEF**
**CALIFORNIA COMMON LAW TRADEMARK INFRINGEMENT**
(All Defendants)

145.   SIE repeats and realleges every allegation in the preceding paragraphs as if fully set forth herein.

146.   The aforesaid conduct of Tencent violates at SIE's common law rights in the ALOY CHARACTER MARK under California law.

147.    SIE has used the ALOY CHARACTER MARK continuously since at least 2017 in California.

148.    Tencent's use of the Aloy lookalike infringes on SIE's rights. Tencent's use of the Aloy lookalike has caused and is likely to continue to cause confusion as to the source, origin, and/or sponsorship of *Light of Motiram*, and is likely to deceive the public into believing *Light of Motiram* is provided, authorized, endorsed, or sponsored by SIE, thereby damaging SIE's reputation, goodwill, and sales.

149.    Tencent's conduct is fraudulent in that it is designed to deliberately deceive the consuming public and malicious because it is carried out with a knowing disregard of SIE's rights. Tencent has actual knowledge from widespread public commentary that it is causing consumer confusion, and despite SIE's clearly expressed objection to its conduct, Tencent is proceeding to infringe the ALOY CHARACTER MARK. Such deliberately deceitful and malicious infringement warrants an award of punitive damages.

150.    Tencent's aforesaid conduct has caused and is causing irreparable injury to SIE, and, unless enjoined by this Court, will continue both to damage SIE and to deceive the public. SIE has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, SIE requests that the Court grant the following relief:

A.    A judgment against Defendants determining and adjudging that they have willfully infringed and are infringing federally registered copyrights in the *Horizon* Franchise under 17 U.S.C. § 106;

B.    A judgment against Defendants, determining and adjudging that they have willfully infringed and are infringing SIE's common law trademark rights in the ALOY CHARACTER MARK;

C.    An Order preliminarily and permanently enjoining Defendants and their affiliates, officers, agents, representatives, servants, employees, attorneys, successors, and assigns, and all others in active concert or participation with them from:

1.    infringing the copyrights in the *Horizon* Franchise, including but not limited to by continuing to reproduce, distribute, display, market, advertise, promote, produce, beta test, sell, or offer for sale *Light of Motiram* or any works that are derivative of or copied from the *Horizon* Franchise;

2.    infringing the ALOY CHARACTER MARK through unauthorized use of any deviation or colorable imitation thereof, or any name or mark that is confusingly similar thereto ("Prohibited Marks"), in connection with the promotion, marketing, and offering of any goods or services;

3.    engaging in any other activity constituting an infringement of SIE's intellectual property in the *Horizon* Franchise, or of SIE's rights in, or right to use or to exploit its intellectual property in the *Horizon* Franchise; and

4.    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 1-3 above.

D.    An award to SIE, at its election prior to entry of final judgment, of statutory damages of up to $150,000 for each separate work in the *Horizon* Franchise infringed, for willful infringement pursuant to 17 U.S.C. § 504(c), or of SIE's actual damages sustained as a result of Defendants' acts of copyright infringement according to proof and Defendants' profits obtained as a result of their acts of copyright infringement according to proof;

E.    Directing that Tencent deliver up to SIE's attorneys for destruction all products, labels, signs, prints, packages, promotional and marketing materials, advertisements, and other materials currently in its possession or under its control incorporating, featuring, or bearing the Prohibited Marks or any other simulation, reproduction, copy, or colorable imitation thereof;

F.    Awarding SIE such damages it has sustained or will sustain by reason of Defendants' acts of trademark infringement and unfair competition and that such sums be trebled pursuant to 15 U.S.C. § 1117;

G.    Awarding SIE all other recoverable gains, profits, property, and advantages derived by Defendants from their unlawful conduct;

H.    Awarding to SIE exemplary and punitive damages to deter any further willful infringement as the Court finds appropriate;

I.    An award to SIE of its costs and expenses incurred in the investigation and prosecution of this action, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505 and 15 U.S.C. §1117(a); and

J.    Awarding to SIE interest, including pre-judgment interest on the foregoing sums;

K.    Such other and further relief as the Court deems just and proper.

## JURY DEMAND

SIE hereby demands a jury trial on all issues so triable.

Dated: July 25, 2025                          ORRICK, HERRINGTON & SUTCLIFFE LLP


By: /s/ *Annette L. Hurst*
ANNETTE L. HURST

ORRICK, HERRINGTON & SUTCLIFFE
Attorneys for Plaintiff
Sony Interactive Entertainment LLC