AO 121 (Rev. 06/16) CAND version 09/21

| TO: | See below for e-filing instructions. |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court for the Northern District of California |
|---|---|
| DOCKET NO.<br>3:25-cv-06275 | DATE FILED<br>7/25/2025 |
| PLAINTIFF<br>SONY INTERACTIVE ENTERTAINMENT LLC | DEFENDANT<br>TENCENT HOLDINGS LTD., TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD., TENCENT AMERICA LLC, PROXIMA BETA PTE LTD., PROXIMA BETA U.S. LLC |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PA0002516411 | Horizon Zero Dawn (For PS4) | Sony Interactive Enter. Europe Ltd. |
| 2 | PA0002392809 | Horizon Forbidden West (for PS4 Platform) | Sony Interactive Enter. Europe Ltd. |
| 3 | PA0002391316 | Horizon Forbidden West (for PS5 Platform) | Sony Interactive Enter. Europe Ltd. |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

E-FILING INSTRUCTIONS: Please fill out, save and e-file in CM/ECF under Other Filings > Other Documents > Copyright for the appropriate stage of your case:
1) Initiation of action: Attorney e-files Copyright form; if needed, attach an exhibit page to list add'l copyright registration/title of work/author or work to the form. DO NOT attach the complaint;
2) Adding copyright(s): Attorney e-files updated Copyright form; if needed, attach an exhibit page to list add'l copyright registration/title of work/author or work to the form. DO NOT attach the complaint;
3) Termination of action: Court staff completes closing section of Copyright form and e-files.;
4) Appeal: Do not use the Copyright form. Attorney to e-file the appropriate appeal notice.