1  ANNETTE L. HURST (BAR NO. 148738)
   ahurst@orrick.com
2  DIANA M. RUTOWSKI (BAR NO. 233878)
   drutowski@orrick.com
3  DANIEL D. JUSTICE (BAR NO. 291907)
   djustice@orrick.com
4  ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
   amendez-villamil@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
6  405 Howard Street
San Francisco, CA 94105-2669
7  Telephone:  +1 415 773 5700
Facsimile:  +1 415 773 5759
8
LAURA A. WYTSMA (BAR NO. 189527)
9     lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
10     ibehnawa@orrick.com
355 S. Grand Street, # 2700
11  Los Angeles, CA 90071
Telephone: +1 213 629-2020
12  Facsimile:  +1 213 612 2499

13  Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC
14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>       Plaintiff,<br><br>    v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10.<br><br>       Defendants. | Case No. 3:25-cv-6275<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>**[Fed. R. Civ. P. 7.1; Civ. L.R. 3-15]** |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Sony Interactive
2  Entertainment LLC ("SIE"), by its counsel, states that SIE is a wholly owned subsidiary of Sony
3  Corporation of America, which is a wholly owned subsidiary of Sony Group Corporation. SIE
4  has no additional corporate or other parents, subsidiaries, affiliates, securities or other interests
5  which are publicly held or traded on an American stock exchange.
6  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no
7  conflict or interest (other than the named parties) to report.

Dated: June 25, 2025                              ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Annette L. Hurst*
    Annette L. Hurst
    Attorney for Plaintiff
    Sony Interactive Entertainment LLC