AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10.<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-06275-JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TENCENT HOLDINGS LTD., Cricket Square, Hutchins Drive, P.O. Box 2681, Grand Cayman KY1-1111, Cayman Islands
TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, 5/F, Shanghai Tencent Building, Block C, 1801 Hongmei Road, Xuhui District, Shanghai, China 200200
TENCENT AMERICA LLC, 2747 Park Blvd, Palo Alto, CA 94306
PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, 10 Anson Road #21-07 International Plaza, Singapore
PROXIMA BETA U.S. LLC, 2747 Park Blvd, Palo Alto, CA 94306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ORRICK, HERRINGTON & SUTCLIFFE LLP
Annette L. Hurst (Bar No. 148738)
ahurst@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: 07/28/2025

K. ADAMS-MOFFETT
*Signature of Clerk or Deputy Clerk*

Civil Action No. **3:25-cv-06275-JCS**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **TENCENT AMERICA LLC, a Delaware limited liability company**
**was received by me on  July 28, 2025**

☐ I personally served the  on the individual at  on

☐ I left the  at the individual's residence or usual place of abode with  , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the ATTACHED LIST OF DOCUMENTS  to **Paracorp Incorporated, Authorized Agent for Service of Process, By serving Ayanna Anderson - authorized person to accept service of process,** who is designated by law to accept service of process on behalf of **TENCENT AMERICA LLC, a Delaware limited liability company**  on **7/28/2025 at 2:11PM** at **804 Gateway Oaks Drive, Suite 100 , Sacramento, CA 95833**  ; or

☐ other *(specify):*

*My fees are $ for travel and $ for services, for a total of $ 172.47*

*I declare under penalty of perjury that this information is true.*

*Date:* **7/30/2025**

_____
*Server's signature*

**Masum Khan**
*Printed name and title*

**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.:  / County:**
*Server's Address*

Additional information regarding attempted service, etc.:

A0440-2474963

ATTACHED LIST OF DOCUMENTS

SUMMONS (DOCUMENT 7);

COMPLAINT;

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA - CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO;

STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA - CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION;

SUMMONS (DOCUMENT 4);

PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS;

REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT;

JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER