LATHAM & WATKINS LLP
Andrew M. Gass (Bar No. 259694)
 a*ndrew.gass@lw.com*
Ivana Dukanovic (Bar No. 312937)
 *ivana.dukanovic@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600

Sy Damle (*pro hac vice* forthcoming)
 *sy.damle@lw.com*
Sara E. Sampoli (Bar No. 344505)
 *sara.sampoli@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Allison L. Stillman (*pro hac vice* forthcoming)
 *alli.stillman@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendant Tencent America LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,,<br><br>Defendants. | Case No. 3:25-cv-06275-JCS<br><br>**DEFENDANT TENCENT AMERICA LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>Hon. Joseph C. Spero |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed corporation (including, but not limited to, parent corporations) has a financial interest in the subject matter in controversy or in a party to the proceeding:

1. Tencent Holdings Limited.

Respectfully Submitted,

Dated: August 11, 2025

LATHAM & WATKINS LLP

By */s/ Andrew M. Gass*
  Sy Damle (*pro hac vice* forthcoming)
   sy.damle@lw.com
  Sara E. Sampoli (Bar No. 344505)
   sara.sampoli@lw.com
  555 Eleventh Street, NW, Suite 1000
  Washington, D.C. 20004-1304
  Telephone: +1.202.637.2200

  Andrew M. Gass (Bar No. 259694)
   andrew.gass@lw.com
  Ivana Dukanovic (Bar No. 312937)
   ivana.dukanovic@lw.com
  505 Montgomery Street, Suite 2000
  San Francisco, CA  94111-6538
  Telephone: +1.415.391.0600

  Allison L. Stillman (*pro hac vice* forthcoming)
   alli.stillman@lw.com
  1271 Avenue of the Americas
  New York, NY 10020
  Telephone: +1.212.906.1200

*Attorneys for Defendant*
*Tencent America LLC*