```
 1  LATHAM & WATKINS LLP
    Andrew M. Gass (Bar No. 259694)
 2    andrew.gass@lw.com
    Ivana Dukanovic (Bar No. 312937)
 3    ivana.dukanovic@lw.com
    505 Montgomery Street, Suite 2000
 4  San Francisco, CA  94111-6538
    Telephone: +1.415.391.0600
 5
    Sy Damle (pro hac vice forthcoming)
 6    sy.damle@lw.com
    Sara E. Sampoli (Bar No. 344505)
 7    sara.sampoli@lw.com
    555 Eleventh Street, NW, Suite 1000
 8  Washington, D.C. 20004-1304
    Telephone: +1.202.637.2200
 9
    Allison L. Stillman (pro hac vice forthcoming)
10    alli.stillman@lw.com
    1271 Avenue of the Americas
11  New York, NY 10020
    Telephone: +1.212.906.1200
12
    Attorneys for Defendant
13  Proxima Beta U.S. LLC
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,,<br><br>Defendants. | Case No. 3:25-cv-06275-JCS<br><br>**DEFENDANT PROXIMA BETA U.S. LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>Hon. Joseph C. Spero |

# CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed corporation (including, but not limited to, parent corporations) has a financial interest in the subject matter in controversy or in a party to the proceeding:

1. Tencent Holdings Limited.

Dated: August 11, 2025

Respectfully Submitted,

LATHAM & WATKINS LLP

By /s/ Andrew M. Gass
   Sy Damle (*pro hac vice* forthcoming)
     sy.damle@lw.com
   Sara E. Sampoli (Bar No. 344505)
     sara.sampoli@lw.com
   555 Eleventh Street, NW, Suite 1000
   Washington, D.C. 20004-1304
   Telephone: +1.202.637.2200

   Andrew M. Gass (Bar No. 259694)
     andrew.gass@lw.com
   Ivana Dukanovic (Bar No. 312937)
     ivana.dukanovic@lw.com
   505 Montgomery Street, Suite 2000
   San Francisco, CA 94111-6538
   Telephone: +1.415.391.0600

   Allison L. Stillman (*pro hac vice* forthcoming)
     alli.stillman@lw.com
   1271 Avenue of the Americas
   New York, NY 10020
   Telephone: +1.212.906.1200

*Attorneys for Defendant*
*Proxima Beta U.S. LLC*