1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

3  Sony Interactive Entertainment, LLC

4  , Case No. 3:25-cv-06275-JCS

5  Plaintiff(s),

6  v.  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

7  Tencent Holdings, LTD., et al.  ,

8  Defendant(s).

10  I, Allison L. Stillman, an active member in good standing of the bar of
11  Appellate Division of the Supreme Court of the State of New York, hereby respectfully apply for admission to practice pro hac
12  vice in the Northern District of California representing: Tencent America LLC and Proxima Beta U.S. LLC in the
13  above-entitled action. My local co-counsel in this case is Ivana Dukanovic, an
14  attorney who is a member of the bar of this Court in good standing and who maintains an office
15  within the State of California. Local co-counsel's bar number is: 312937.

16  Latham & Watkins LLP
   1271 Avenue of the Americas
   New York, NY 10020

   Latham & Watkins LLP
   505 Montgomery Street, Suite 2000
   San Francisco, CA 94111

17  MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18  212.906.1200 | 415.391.0600
19  MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20  alli.stillman@lw.com | ivana.dukanovic@lw.com
   MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

22  I am an active member in good standing of a United States Court or of the highest court of
23  another State or the District of Columbia, as indicated above; my bar number is: 4451381.
24  A true and correct copy of a certificate of good standing or equivalent official document
25  from said bar is attached to this application.
26  I have been granted pro hac vice admission by the Court  1  times in the 12 months
27  preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/12/2025

/s/ Allison L. Stillman

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Allison L. Stillman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE