1  LATHAM & WATKINS LLP
   Andrew M. Gass (Bar No. 259694)
2    a*ndrew.gass@lw.com*
   Ivana Dukanovic (Bar No. 312937)
3    *ivana.dukanovic@lw.com*
   505 Montgomery Street, Suite 2000
4  San Francisco, CA  94111-6538
   Telephone: +1.415.391.0600
5
   Sy Damle (admitted *pro hac vice*)
6    *sy.damle@lw.com*
   Sara E. Sampoli (Bar No. 344505)
7    *sara.sampoli@lw.com*
   555 Eleventh Street, NW, Suite 1000
8  Washington, D.C. 20004-1304
   Telephone: +1.202.637.2200
9
   Allison L. Stillman (admitted *pro hac vice*)
10   *alli.stillman@lw.com*
   1271 Avenue of the Americas
11 New York, NY 10020
   Telephone: +1.212.906.1200
12
   *Attorneys for Defendants Tencent America,*
13 *LLC and Proxima Beta U.S. LLC*

14 *[Additional Counsel on Signature Page]*

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17                  **SAN FRANCISCO DIVISION**

18 | SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company, | Case No. 3:25-cv-06275-JCS |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |
| v. | (Civil L.R. 6-1 (a)) |
| TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10, | Hon. Joseph C. Spero |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), Defendants Tencent America, LLC and Proxima Beta U.S. LLC ("U.S. Defendants") and Plaintiff Sony Interactive Entertainment LLC ("Plaintiff," and together with the U.S. Defendants, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 25, 2025, Plaintiff filed its complaint for copyright and trademark infringement (Dkt. No.1) ("Complaint");

WHEREAS, on July 28, 2025, Plaintiff served Defendant Proxima Beta U.S. LLC with the Complaint and summons (Dkt. No. 8);

WHEREAS, on July 28, 2025, Plaintiff served Defendant Tencent America LLC with the Complaint and summons (Dkt. No. 9);

WHEREAS, absent an extension, the U.S. Defendants' deadline to answer, move, or otherwise respond to the Complaint would be August 18, 2025 (*see* Dkt. Nos. 8-9);

WHEREAS, the U.S. Defendants requested additional time to file their response to the Complaint to provide counsel adequate time to investigate the allegations, and Plaintiff granted the request as a professional courtesy;

WHEREAS, the Parties stipulate to extend the deadline for the U.S. Defendants to answer, move, or otherwise respond to the Complaint by 30 days;

WHEREAS, extending the U.S. Defendants' deadline to answer, move, or otherwise respond to the Complaint as set forth above will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the Parties agree that this stipulation does not waive or otherwise prejudice any party's rights.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and the U.S. Defendants that the deadline for Proxima Beta U.S. LLC and Tencent America LLC to answer or otherwise respond to the Complaint shall be extended by 30 days to September 17, 2025.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully Submitted, |
| 2 | Dated: August 12, 2025 | LATHAM & WATKINS LLP |
| 3 |   | By */s/ Sy Damle* |
|   |   | Sy Damle (admitted *pro hac vice*) |
| 4 |   |   sy.damle@lw.com |
|   |   | Sara E. Sampoli (Bar No. 344505) |
| 5 |   |   sara.sampoli@lw.com |
|   |   | 555 Eleventh Street, NW, Suite 1000 |
| 6 |   | Washington, D.C. 20004-1304 |
|   |   | Telephone: +1.202.637.2200 |
| 7 |   |   |
|   |   | Andrew M. Gass (Bar No. 259694) |
| 8 |   |   andrew.gass@lw.com |
|   |   | Ivana Dukanovic (Bar No. 312937) |
| 9 |   |   ivana.dukanovic@lw.com |
|   |   | 505 Montgomery Street, Suite 2000 |
| 10 |   | San Francisco, CA  94111-6538 |
|   |   | Telephone: +1.415.391.0600 |
| 11 |   |   |
|   |   | Allison L. Stillman (admitted *pro hac vice*) |
| 12 |   |   alli.stillman@lw.com |
|   |   | 1271 Avenue of the Americas |
| 13 |   | New York, NY 10020 |
|   |   | Telephone: +1.212.906.1200 |
| 14 |   |   |
|   |   | *Attorneys for Defendants* |
| 15 |   | *Tencent America, LLC and* |
|   |   | *Proxima Beta U.S. LLC.* |
| 16 |   |   |
| 17 | Dated: August 12, 2025 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 18 |   |   |
|   |   | By */s/ Diana M. Rutowski* |
| 19 |   |   ANNETTE L. HURST (BAR NO. 148738) |
|   |   | ahurst@orrick.com |
| 20 |   | DIANA M. RUTOWSKI (BAR NO. 233878) |
|   |   | drutowski@orrick.com |
| 21 |   | DANIEL D. JUSTICE (BAR NO. 291907) |
|   |   | djustice@orrick.com |
| 22 |   | ANA M. MENDEZ-VILLAMIL (BAR NO. |
| 23 |   | 344768) |
|   |   | amendez-villamil@orrick.com |
| 24 |   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   |   | The Orrick Building |
| 25 |   | 405 Howard Street |
|   |   | San Francisco, CA 94105-2669 |
| 26 |   | Telephone: +1 415 773 5700 |
| 27 |   |   |
|   |   | LAURA A. WYTSMA (BAR NO. 189527) |
| 28 |   | lawytsma@orrick.com |

| | |
|---|---|
| 1 | ISAAC BEHNAWA (BAR NO. 342441) |
| 2 | ibehnawa@orrick.com |
| | 355 S. Grand Street, # 2700 |
| 3 | Los Angeles, CA 90071 |
| | Telephone: +1 213 629-2020 |
| 4 | |
| 5 | *Attorneys for Plaintiff Sony Interactive Entertainment LLC* |

Dated: 8/13/2025

**APPROVED**

*Judge Joseph C. Spero*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a).  Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Sy Damle, attest that concurrence in the filing of this document has been obtained.

Dated:  August 12, 2025               /s/ *Sy Damle*
                                       Sy Damle