| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Andrew M. Gass (Bar No. 259694) |
| 2 | andrew.gass@lw.com |
| | Ivana Dukanovic (Bar No. 312937) |
| 3 | ivana.dukanovic@lw.com |
| | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, CA  94111-6538 |
| | Telephone:  +1.415.391.0600 |
| 5 | |
| | Sy Damle (*pro hac vice forthcoming*) |
| 6 | sy.damle@lw.com |
| | Sara E. Sampoli (Bar No. 344505) |
| 7 | sara.sampoli@lw.com |
| | 555 Eleventh Street, NW, Suite 1000 |
| 8 | Washington, D.C. 20004-1304 |
| | Telephone:  +1.202.637.2200 |
| 9 | |
| | Allison L. Stillman (*pro hac vice forthcoming*) |
| 10 | alli.stillman@lw.com |
| | 1271 Avenue of the Americas |
| 11 | New York, NY 10020 |
| | Telephone:  +1.212.906.1200 |
| 12 | |
| | *Attorneys for Defendant Tencent Holdings Ltd.* |
| 13 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company, | Case No. 3:25-cv-06275-JCS |
| Plaintiff, | **DEFENDANT TENCENT HOLDINGS LTD.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |
| v. | |
| TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,, | Hon. Joseph C. Spero |
| Defendants. | |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Naspers Limited;
2. MIH Internet Holdings B.V.

Respectfully Submitted,

Dated: August 29, 2025

LATHAM & WATKINS LLP

By /s/ *Andrew M. Gass*
  Andrew M. Gass (Bar No. 259694)
   andrew.gass@lw.com
  Ivana Dukanovic (Bar No. 312937)
   ivana.dukanovic@lw.com
  505 Montgomery Street, Suite 2000
  San Francisco, CA  94111-6538
  Telephone:  +1.415.391.0600

  Sy Damle (*pro hac vice forthcoming*)
   sy.damle@lw.com
  Sara E. Sampoli (Bar No. 344505)
   sara.sampoli@lw.com
  555 Eleventh Street, NW, Suite 1000
  Washington, D.C. 20004-1304
  Telephone:  +1.202.637.2200

  Allison L. Stillman (*pro hac vice forthcoming*)
   alli.stillman@lw.com
  1271 Avenue of the Americas
  New York, NY 10020
  Telephone:  +1.212.906.1200

  *Attorneys for Defendant*
  *Tencent Holdings Ltd.*