LATHAM & WATKINS LLP
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Ivana Dukanovic (Bar No. 312937)
 ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600

Sy Damle (*pro hac vice forthcoming*)
 sy.damle@lw.com
Sara E. Sampoli (Bar No. 344505)
 sara.sampoli@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Allison L. Stillman (*pro hac vice forthcoming*)
 alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendant Tencent Holdings Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-06275-JCS<br><br>**DEFENDANT TENCENT HOLDINGS LTD.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**<br><br>Hon. Joseph C. Spero |

# FRCP 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Tencent Holdings Limited hereby certifies that Tencent Holdings Ltd. is a publicly traded company, and that it has no parent company. Naspers Limited, a publicly held South African corporation, owns more than 10% of Tencent Holdings Limited through its wholly owned subsidiary, MIH Internet Holdings B.V.

Respectfully Submitted,

Dated: August 29, 2025

LATHAM & WATKINS LLP

By /s/ Andrew M. Gass
   Andrew M. Gass (Bar No. 259694)
   andrew.gass@lw.com
   Ivana Dukanovic (Bar No. 312937)
   ivana.dukanovic@lw.com
   505 Montgomery Street, Suite 2000
   San Francisco, CA 94111-6538
   Telephone: +1.415.391.0600

   Sy Damle (*pro hac vice forthcoming*)
   sy.damle@lw.com
   Sara E. Sampoli (Bar No. 344505)
   sara.sampoli@lw.com
   555 Eleventh Street, NW, Suite 1000
   Washington, D.C. 20004-1304
   Telephone: +1.202.637.2200

   Allison L. Stillman (*pro hac vice forthcoming*)
   alli.stillman@lw.com
   1271 Avenue of the Americas
   New York, NY 10020
   Telephone: +1.212.906.1200

*Attorneys for Defendant Tencent Holdings Ltd.*