```
LATHAM & WATKINS LLP
Andrew M. Gass (Bar No. 259694)
  andrew.gass@lw.com
Ivana Dukanovic (Bar No. 312937)
  ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600

Sy Damle (*pro hac vice forthcoming*)
  sy.damle@lw.com
Sara E. Sampoli (Bar No. 344505)
  sara.sampoli@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Allison L. Stillman (*pro hac vice forthcoming*)
  alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
```

*Attorneys for Defendant Tencent Holdings Ltd.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-06275-JCS<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)**<br><br>(Civil L.R. 6-1 (a))<br><br>Hon. Joseph C. Spero |

Pursuant to Civil Local Rule 6-1(a), Defendant Tencent Holdings Ltd. ("Tencent Holdings") and Plaintiff Sony Interactive Entertainment LLC ("Plaintiff," and together with Defendant, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 25, 2025, Plaintiff filed its complaint for copyright and trademark infringement (Dkt. No.1) ("Complaint");

WHEREAS, on July 28, 2025, Plaintiff served Defendant Proxima Beta U.S. LLC with the Complaint and summons (Dkt. No. 8);

WHEREAS, on July 28, 2025, Plaintiff served Defendant Tencent America LLC with the Complaint and summons (Dkt. No. 9);

WHEREAS, on August 13, 2025, the Court approved a stipulation between Plaintiff and Defendants Proxima Beta U.S. LLC and Tencent America LLC pursuant to Local Rule 6-1(a) to extend the deadline for Proxima Beta U.S. LLC and Tencent America LLC to answer or otherwise respond to the Complaint by 30 days to September 17, 2025 (Dkt. 29);

WHEREAS, on August 15, 2025, Plaintiff served Defendant Tencent Holdings with the Complaint and summons, but Plaintiff has yet to file proof of service on the docket;

WHEREAS, absent an extension, the deadline for Defendant Tencent Holdings to answer, move, or otherwise respond to the Complaint would be September 5, 2025;

WHEREAS, Defendant Tencent Holdings requested additional time to file its response to the Complaint to provide counsel adequate time to investigate the allegations, and Plaintiff granted the request as a professional courtesy;

WHEREAS, the Parties stipulate to extend the deadline for Tencent Holdings to answer, move, or otherwise respond to the Complaint by 12 days;

WHEREAS, extending the deadline for Tencent Holdings to answer, move, or otherwise respond to the Complaint as set forth above will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the Parties agree that this stipulation does not waive or otherwise prejudice any party's rights.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant Tencent Holdings that the deadline for Tencent Holdings to answer or otherwise respond to the Complaint shall be extended by 12 days to September 17, 2025.

Respectfully Submitted,

Dated: August 29, 2025

LATHAM & WATKINS LLP

By /s/ Andrew M. Gass
   Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
   Ivana Dukanovic (Bar No. 312937)
    ivana.dukanovic@lw.com
   505 Montgomery Street, Suite 2000
   San Francisco, CA 94111-6538
   Telephone: +1.415.391.0600

   Sy Damle (*pro hac vice forthcoming*)
    sy.damle@lw.com
   Sara E. Sampoli (Bar No. 344505)
    sara.sampoli@lw.com
   555 Eleventh Street, NW, Suite 1000
   Washington, D.C. 20004-1304
   Telephone: +1.202.637.2200

   Allison L. Stillman (*pro hac vice forthcoming*)
    alli.stillman@lw.com
   1271 Avenue of the Americas
   New York, NY 10020
   Telephone: +1.212.906.1200

*Attorneys for Defendant
Tencent Holdings LTD*

Dated: August 29, 2025

ORRICK, HERRINGTON & SUTCLIFFE LLP

By /s/ Laura A. Wytsma
   ANNETTE L. HURST (BAR NO. 148738)
   ahurst@orrick.com
   DIANA M. RUTOWSKI (BAR NO. 233878)
   drutowski@orrick.com
   DANIEL D. JUSTICE (BAR NO. 291907)
   djustice@orrick.com
   ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
   amendez-villamil@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building

405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020

*Attorneys for Plaintiff Sony Interactive Entertainment LLC*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a).  Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Andrew M. Gass, attest that concurrence in the filing of this document has been obtained.

Dated:  August 29, 2025                    */s/ Andrew M. Gass*
                                            Andrew M. Gass