1  ANNETTE L. HURST (BAR NO. 148738)
     ahurst@orrick.com
2  DIANA M. RUTOWSKI (BAR NO. 233878)
     drutowski@orrick.com
3  DANIEL D. JUSTICE (BAR NO. 291907)
     djustice@orrick.com
4  ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
     amendez-villamil@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA 94105-2669
7  Telephone:   +1 415 773 5700
   Facsimile:    +1 415 773 5759
8
   LAURA A. WYTSMA (BAR NO. 189527)
9    lawytsma@orrick.com
   ISAAC BEHNAWA (BAR NO. 342441)
10   ibehnawa@orrick.com
   355 S. Grand Street, # 2700
11 Los Angeles, CA 90071
   Telephone: +1 213 629-2020
12 Facsimile:  +1 213 612 2499

13 Attorneys for Plaintiff
   SONY INTERACTIVE ENTERTAINMENT LLC
14

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17

18 | SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company, | Case No. 25-cv-06275-JCS |
|---|---|
| Plaintiff, | |
| v. | **PROOF OF SERVICE ON TENCENT HOLDINGS LTD. PURSUANT TO FED. R. CIV. P. 4(h)(1)(B)** |
| TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10. | |
| Defendants. | |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:35-cv-06275-JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brent Irvin, 7501 SE 71st St. Mercer Island WA 98040 , who is
designated by law to accept service of process on behalf of *(name of organization)* Tencent Holdings Ltd
_____ on *(date)* 08/15/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/05/2025

*Server's signature*

Michael Anderson
*Printed name and title*

4201 Aurora Ave. # 200
Seattle, WA 98103

*Server's address*

Additional information regarding attempted service, etc: