LATHAM & WATKINS LLP
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Ivana Dukanovic (Bar No. 312937)
 ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone: +1.415.391.0600

Sarang V. Damle (*pro hac vice*)
 sy.damle@lw.com
Sara E. Sampoli (Bar No. 344505)
 sara.sampoli@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant Tencent America, LLC, Proxima Beta U.S., LLC and Tencent Holdings, Ltd.*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-06275-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING EXCESS PAGES RELATED TO THE BRIEFING ON DEFENDANTS TENCENT AMERICA, LLC'S, PROXIMA BETA U.S. LLC'S AND TENCENT HOLDINGS, LTD.'S MOTION TO DISMISS THE COMPLAINT**<br><br>(Civil L.R. 7-12)<br><br>Hon. Joseph C. Spero |

Plaintiff Sony Interactive Entertainment, LLC ("Sony") and Defendants Tencent Holdings, Ltd., Tencent America, LLC and Proxima Beta U.S. LLC ("Defendants," and with Plaintiff, the "Parties") hereby stipulate as follows, and on this basis request a modification of certain briefing page limits as set forth below:

**WHEREAS**, on July 25, 2025, Plaintiff filed its complaint for copyright and trademark infringement (Dkt. No.1) ("Complaint");

**WHEREAS**, pursuant to Civil L.R. 6-1(a), Tencent America, LLC and Proxima Beta U.S. LLC's response to the complaint is due no later than September 17, 2025 (Dkt. 29);

**WHEREAS**, pursuant to Civil L.R. 6-1(a), Tencent Holdings, Ltd.'s response to the complaint is due no later than September 17, 2025 (Dkt. 39);

**WHEREAS**, Defendants intend to file Motions to Dismiss Plaintiff's Complaint;

**WHEREAS**, pursuant to Local Rules 7-2, Defendants Tencent Holdings, Ltd., Tencent America, LLC and Proxima Beta U.S. LLC are each entitled to one memorandum in support of their motions to dismiss not to exceed 25 pages in length;

**WHEREAS**, pursuant to Local Rules 7-3, Plaintiff is entitled to one opposition to each motion to dismiss not to exceed 25 pages in length, and Defendants are each entitled to one reply brief not to exceed 15 pages in length; and

**WHEREAS**, due to the overlapping and number of issues that Defendants intend to include in their motions to dismiss, the Parties have conferred and agreed that, subject to the Court's approval, Defendants Tencent Holdings, Ltd., Tencent America, LLC and Proxima Beta U.S. LLC may file one consolidated motion to dismiss not to exceed 35 pages in length; Plaintiff may file one opposition to Defendants' motion to dismiss not to exceed 35 pages in length; and Defendants' reply in support of its motion to dismiss shall not exceed 20 pages in length;

**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the Parties, that:

1. Defendants Tencent Holdings, Ltd., Tencent America, LLC and Proxima Beta U.S. LLC shall file one consolidated brief in support of their motion to dismiss not to exceed 35 pages in length;

2. Plaintiff's opposition to Defendants' motion to dismiss shall not exceed 35 pages in length; and

3. Defendants' reply in support of their motions to dismiss shall not to exceed 20 pages in length.

| | |
|---|---|
| DATED: September 12, 2025 | LATHAM & WATKINS LLP<br><br>*/s/ Sy Damle*<br>Sarang V. Damle (*pro hac vice*)<br>sy.damle@lw.com<br>Sara E. Sampoli (Bar No. 344505)<br>  sara.sampoli@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone: +1.202.637.2200<br><br>Andrew M. Gass (Bar No. 259694)<br>  andrew.gass@lw.com<br>Ivana Dukanovic (Bar No. 312937)<br>ivana.dukanovic@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-6538<br>Telephone: +1.415.391.0600<br><br>Allison L. Stillman (*pro hac vice*)<br>  alli.stillman@lw.com<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: +1.212.906.1200<br><br>*Attorneys for Defendant Tencent America, LLC, Proxima Beta U.S., LLC and Tencent Holdings Ltd.* |
| Dated: September 12, 2025 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>By */s/ Diana M. Rutowski*<br>  ANNETTE L. HURST (BAR NO. 148738)<br>  ahurst@orrick.com<br>  DIANA M. RUTOWSKI (BAR NO. 233878)<br>  drutowski@orrick.com<br>  DANIEL D. JUSTICE (BAR NO. 291907)<br>  djustice@orrick.com<br>  ANA M. MENDEZ-VILLAMIL (BAR NO. 344768) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020

*Attorneys for Plaintiff Sony Interactive Entertainment LLC*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____   By: _____
              Hon. Joseph C. Spero
              United States Magistrate Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Allowing Excess Pages Related to the Briefing on Defendants' Tencent America, LLC, Proxima Beta U.S. LLC's and Tencent Holdings, Ltd.'s Motion to Dismiss. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Sy Damle, attest that concurrence in the filing of this document has been obtained.

Dated: September 12, 2025            */s/ Sy Damle*
                                      Sarang V. Damle