1

LATHAM & WATKINS LLP
Andrew M. Gass (Bar No. 259694)
2     *andrew.gass@lw.com*
Ivana Dukanovic (Bar No. 312937)
3     *ivana.dukanovic@lw.com*
505 Montgomery Street, Suite 2000
4   San Francisco, CA 94111-6538
Telephone: +1.415.391.0600

5

Sarang V. Damle (admitted *pro hac vice*)
6     *sy.damle@lw.com*
Sara E. Sampoli (Bar No. 344505)
7     *sara.sampoli@lw.com*
555 Eleventh Street, NW, Suite 1000
8   Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

9

Allison L. Stillman (admitted *pro hac vice*)
10     *alli.stillman@lw.com*
1271 Avenue of the Americas
11   New York, NY 10020
Telephone: +1.212.906.1200

12

*Attorneys for Defendants Tencent America,*
13   *LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd.*

14

**UNITED STATES DISTRICT COURT**

15

**NORTHERN DISTRICT OF CALIFORNIA**

16

**SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company, | Case No. 3:25-cv-06275-JCS |
| Plaintiff, | **DECLARATION OF FENGXIA LIANG IN SUPPORT OF TENCENT AMERICA LLC'S, PROXIMA BETA U.S. LLC'S, AND TENCENT HOLDINGS LTD.'S MOTION TO DISMISS** |
| v. | |
| TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10, | Hearing:    November 19, 2025<br>Time:    9:30 a.m.<br>Location:    Courtroom D, 15th Floor<br>Judge:    Hon. Joseph C. Spero |
| Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

I, Fengxia Liang, hereby declare as follows:

1. I am Associate General Counsel of Defendant Tencent Holdings Limited ("Tencent Holdings"). I have personal knowledge of the facts in this declaration or base them on business records which I have reviewed. If called to testify as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. Tencent Holdings is incorporated in the Cayman Islands with its headquarter in Shenzhen, China.

3. Tencent Holdings is a holding company and does not operate or market any products or services, including games such as *Light of Motiram*.

4. Tencent Holdings is not the developer or publisher of *Light of Motiram*, nor has it created marketing materials or prepared beta tests for *Light of Motiram*.

5. For the sole administrative purpose of managing trademarks outside of mainland China, Tencent Holdings registered the trademark LIGHT OF MOTIRAM. The vast majority of overseas trademarks (i.e., outside of mainland China) for Tencent products and services are registered by Tencent Holdings.

6. No employee or executive of Tencent Holdings attended any in-person or electronic meeting in San Francisco with Sony Interactive Entertainment LLC ("Sony") in or around March 2024. Tencent Holdings further had no involvement in any materials prepared for this meeting or any interactions with Sony related to this meeting.

7. Tencent Holdings does not conduct any business directly under the Level Infinite brand.

1        I declare under penalty of perjury under the laws of the United States that the foregoing is

2    true and correct.  Executed this __15__ day of September 2025 in Shanghai, China.

3

4

5                               Fengxia Liang

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28