LATHAM & WATKINS LLP
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Ivana Dukanovic (Bar No. 312937)
 ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600

Sarang V. Damle (admitted *pro hac vice*)
 sy.damle@lw.com
Sara E. Sampoli (Bar No. 344505)
 sara.sampoli@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Allison L. Stillman (admitted *pro hac vice*)
 alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendants Tencent America, LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-06275-JCS<br><br>**DECLARATION OF IVANA DUKANOVIC IN SUPPORT OF TENCENT AMERICA LLC'S, PROXIMA BETA U.S. LLC'S, AND TENCENT HOLDINGS LTD.'S MOTION TO DISMISS COMPLAINT FOR COPYRIGHT AND TRADEMARK INFRINGEMENT**<br><br>Hearing: November 19, 2025<br>Time: 9:30 a.m.<br>Location: Courtroom D, 15th Floor<br>Judge: Hon. Joseph C. Spero |

I, Ivana Dukanovic, declare as follows:

1. I am an attorney with the law firm Latham & Watkins LLP and am counsel for Defendants Tencent America LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd. (collectively, the "Served Defendants"), in the above-referenced litigation. I have been admitted to practice before this Court.

2. I submit this declaration in support of the Served Defendants' Motion to Dismiss Complaint for Copyright and Trademark Infringement.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an internet message board entitled, "The Setting (and Protagonist) Reminds Me of Enslaved Odyssey to the West," which is publicly available online at https://gamefaqs.gamespot.com/boards/168644-horizon-zero-dawn/72011144.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an internet message board entitled, "This Game Reminds Me of Enslaved: Odyssey to the West," which is publicly available online at https://steamcommunity.com/app/1151640/discussions/0/1745647427619691996.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an internet message board entitled, "This game reminds me of," which is publicly available online at https://www.playstationtrophies.org/forum/topic/284853-this-game-reminds-me-of/.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a product page entitled, "Light of Motiram" with a "Planned Release Date: Q4 2027," which is publicly available online at https://store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a product page entitled, "Horizon, The Official Site," which is publicly available online at https://www.playstation.com/en-us/horizon/#discover.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on September 17, 2025, in San Francisco, California.

By: /s/ Ivana Dukanovic
Ivana Dukanovic

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Declaration of Ivana Dukanovic in Support of Tencent America LLC's, Proxima Beta U.S. LLC's, and Tencent Holdings Ltd.'s Motion to Dismiss Complaint for Copyright and Trademark Infringement.  Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Sy Damle, attest that concurrence in the filing of this document has been obtained.

Dated:  September 17, 2025        /s/ *Sarang V. Damle*
                                   Sarang V. Damle