# Exhibit 1



PSN: NolocNoax GT: Noloc Noax
Unapologetic invader, ganker extraordinaire, stoic duelist, devious troll, and jolly cooperator

**Famine_10f4** ▼ 10 years ago                                                                                                  #5

I loved enslaved buy it wasn't without its flaws. Hopefully this will be better. Graphically speaking it's amazing.
---
In an insane world, a sane man must appear insane.

**xOmniCloudx** ▼ 10 years ago                                                                                                  #6

Said it as soon as I saw it. Even stars a redhead as well.
---
**This is GameFAQs. People here take great pride in ignoring common sense.**

**RetsuZaiZen** ▼ 10 years ago                                                                                                  #7

Could never finish that game. It was fantastic though.
---
Why do nerds *always* get caught up on the details?
Michael Jordan is both the greatest and most overrated basketball player of all time.

**Boards** » **Horizon Zero Dawn** » The setting (and protagonist) reminds me of Enslaved Odyssey to the West.

**Topic Archived**

## Product Deals                                                                                                               See All

**Amazon**
**$424.74** new
**$424.74** used

## More Topics from this Board

| First time playing Remaster | 2 posts, 7/23 8:08PM |
| Cutscenes are a chore and characters are hella bland | 2 posts, 7/19 8:28PM |
| Favorite machine(s) to fight? | 2 posts, 4/29 9:27PM |
| Glinthawks are the bane of my existence | 2 posts, 3/22 1:25AM |
| Interesting transmog glitch | 8 posts, 3/21 7:02PM |

## GameFAQs Q&A

| How do I get out of a couldron? `TECH SUPPORT` | 4 Answers |
| How to release machines? `BUILD` | 2 Answers |
| Where to find freeze bellowback? `ENEMY/BOSS` | 2 Answers |
| Where can i find workbench? `SIDE QUEST` | 2 Answers |
| How do you turn the lock to open the door? `MAIN QUEST` | 1 Answer |

**Ask A Question**            **Browse More Questions**

**GameFAQs**  facebook.com/GFAQs  twitter.com/GameFAQs  Help / Contact Us  Change Colors ▲

gamespot.com    metacritic.com    fandom.com    fanatical.com
Sitemap    Partnerships    Careers    Terms of Use    Digital Services Act
Privacy Policy    Do Not Sell My Personal Information    Report Ad
© 2025 FANDOM, INC. ALL RIGHTS RESERVED.

---

Document title: The setting (and protagonist) reminds me of Enslaved Odyssey to the West. - Horizon Zero Dawn
Capture URL: https://gamefaqs.gamespot.com/boards/168644-horizon-zero-dawn/72011144
Capture timestamp (UTC): Wed, 17 Sep 2025 03:49:28 GMT                                                              Page 2 of 2