# Exhibit 2



Document title: This game reminds me of Enslaved: Odyssey to the West :: Horizon Zero Dawn™ Complete Edition General Discussions
Capture URL: https://steamcommunity.com/app/1151640/discussions/0/1745647427619691996
Capture timestamp (UTC): Wed, 17 Sep 2025 03:50:51 GMT

Page 1 of 2

