# Exhibit 3







Total awards: 7
(View all)

### jh7459

Posted February 28, 2017

The whole post apocalyptic setting with giant robotic animals reminded me of Enslaved when I first heard about this game.

Members

💬 206



Total awards: 5
(View all)

### mort_hbeb9786

Posted February 28, 2017 (edited)

Reminds me of Turok, mostly Turok 2 seeds of evil. The dinosaurs where not robotic but had a robotic quality about them due to them being weaponize in a post apocalyptic world.

Then again maybe not... Nostalgia is a funny mistress

[ame]

Members

💬 1.3k



Total awards: 9
(View all)



Turok 2 Seed of Evil - Trailer N64 (1999)

[image of YouTube video thumbnail with "Watch on YouTube"]

[/ame] Edited February 28, 2017 by mort_hbeb9786

### mort_hbeb9786



Members

💬 1.3k



Total awards: 9
(View all)

Posted February 28, 2017

> **Suporex said:**
>
> for me it is Tomb Raider with Uncharted and Assassins Creed but on steroids. (the rock throwing reminded me of Far Cry 3 as well). Absolutely love the game and am devastated that I can't play in 4k with HDR because I want to record for youtube...

Can you not put a HDMI spliter (that does 4k pass through/HDR/RGB) between the PS4 and the capture card so that your TV can receive the data directly from the PS4 while your capture card gets the second stream?

### Ashbo
*Scoopy Banoopy!*



Subscribing Member

💬 16.8k



Total awards: 41
(View all)

Posted March 1, 2017

Im currently playing RotTR which will abruptly end later lol. Only Score Attacks but they are meh! 😩

From what I have seen it looks very similar & can imagine it will feel similar.

Cant wait to try it out.

### Puzzler
*Facts don't care about your feelings*



Members

Posted March 1, 2017

> **Floyd said:**
>
> Strong female lead using a bow gave me instant Tomb Raider associations before even playing it lol.

> **Warbear said:**



Strong female lead using a bow gave me instant Tomb Raider associations before even playing it lol.

> Warbear said:
>
> Yeah... even the way you save is similar to Rise of The Tomb Raider; by starting a fire with firewood resources. 😏

I was watching the IGN review last night and immediately thought the same. Rise of the Tomb Raider is what I'm currently playing too, so the game is very much fresh in my mind. There was even a clip of the main character zipping down a wire like you do in Tomb Raider.

Horizon: Zero Dawn does look awesome though, definitely planning on buying it!

---

**Blaze Naruto Shippuden**

Members

💬 35.7k

Total awards: 59
(View all)

Posted March 1, 2017

Reminds me of Egret from Game of Thrones

http://i.imgur.com/QC3BlWy.jpg

Technically is her in inspiration form. 😜

They could be sisters.

---



**Ashbo**
*Scoopy Banoopy!*

Subscribing Member

💬 16.8k

Total awards: 41
(View all)

Posted March 1, 2017

> Blaze Naruto Shippuden said:
>
> Reminds me of Egret from Game of Thrones
>
> http://i.imgur.com/QC3BlWy.jpg
>
> Technically is her in inspiration form. 😜
>
> They could be sisters.

🤐

Jon Snooooouuuuwww! (Strong Northern English accent!)



### MHST_Guy
Members
💬 6.4k
Total awards: 1 (View all)

**Posted March 1, 2017** (edited)

I was really surprised, but the first time I got control of Aloy, it instantly felt like God of War (I even pressed 🔘 trying to smash something).

The gameplay itself really reminds me of FarCry Primal, but I just got that 🏆 a week ago, so it's fresh in my memory.

*Edited March 1, 2017 by MHST_Guy*

---

### Sellers
*ah ca't be 'avin this*
Super Moderators
💬 16.3k
Total awards: 66 (View all)

**Posted March 1, 2017**

> Ashbo82 said:
> 🤗
> Jon Snoooouuuuwww! (Strong Northern English accent!)

You kno nuffin, ash bo!

---

### Ashbo
*Scoopy Banoopy!*
Subscribing Member
💬 16.8k

**Posted March 1, 2017**

> Sellers said:
> You kno nuffin, ash bo!

Hahahahhaahhaahahhahahah.

Hathee Nobee sithee!



Total awards: 41
(View all)

### Floyd



Members

💬 472



Total awards: 3
(View all)

Posted March 1, 2017

After getting a few hours in yesterday afternoon and evening, it's definitely a best of all worlds combination of Tomb Raider, Far Cry, and even Assassin's Creed to me.

### Shanehi185



Members

💬 10.8k



Total awards: 31
(View all)

Posted March 1, 2017 (edited)

I've been playing Tomb Raider so I can't help but to think of her as Lara's descendant. 😊 I did think of Game of Thones though the first time I saw this game advertised. Haven't got to play yet so can't say anything about the mechanics but from reading everyone comments I want to play even more.

Edited March 1, 2017 by Shanehi185

### Boognish777



Members

💬 194

  

Posted March 1, 2017

Intro reminded me of the The Lion King. Im sure everyone had those thoughts though.

---

Document title: This game reminds me of... - Horizon: Zero Dawn - PlayStationTrophies.org
Capture URL: https://www.playstationtrophies.org/forum/topic/284853-this-game-reminds-me-of/
Capture timestamp (UTC): Wed, 17 Sep 2025 03:51:59 GMT

Page 7 of 11

💬 194



Total awards: 6
(View all)

---

**Ressul**

Posted March 1, 2017

Lol. I definitely thought of the Lion King. Got akuna matata (not sure if that's how you spell it but whatever) stuck in my head because I started thinking about the movie. Lol. XD

Members

💬 101



Total awards: 5
(View all)

---

**mort_hbeb9786**

Posted March 1, 2017

After playing this game it is almost the same (apart from perspective) as Far Cry Primal:

- Both games have Cave men (even if these are future cave men)
- Both required you to gather items to craft arrows
- Hunting is a massive part of both games.
- Quest's feel the same
- World feels the same. Very primitive (not graphical)
- You interact with different tribes

This game could be far cry primal II: third person addition

Members

💬 1.3k



Total awards: 9
(View all)

---

**Aceman417**

Posted March 2, 2017

Definitely a Tomb Raider/ Far Cry feel. 2 hours in and I'm really enjoying it so far.



Members

💬 131

---

**Jaytech**

Posted March 2, 2017



Document title: This game reminds me of... - Horizon: Zero Dawn - PlayStationTrophies.org
Capture URL: https://www.playstationtrophies.org/forum/topic/284853-this-game-reminds-me-of/
Capture timestamp (UTC): Wed, 17 Sep 2025 03:51:59 GMT

💬 131

**Jaytech**



Members

💬 5.5k



Total awards: 3
(View all)

Posted March 2, 2017

feels a lot like far cry primal with some tomb raider mixed in.

---

**Ashbo**
*Scoopy Banoopy!*



Subscribing Member

💬 16.8k



Total awards: 41
(View all)

Posted March 2, 2017

It def has a mix of as most are saying TR & FC Primal.

Which for me works great.

FC Primal was my favourite of the recent Far Cry games & RotTR is one of the best games i've played on PS4 to date & certainly in its genre.

I have said that the removal of technology in Primal I felt was refreshing & worked really well, yet the way the primitive concept blends with technology in HZD is excellent & it feels like that mix shouldnt go together but has been done brilliantly well.

I would highly recommend 👍😄👍

---

**BassMonstrum**



Members

💬 13



Total awards: 6
(View all)

Posted March 2, 2017

I'm considering getting this game or Rise of the Tomb Raider, but can't decide... Love the Uncharted-series, not necessarily because of the gameplay, but the story/characters.

So.. how are the stories in these games?



