# Exhibit 4



In this wilderness where civilization is a distant memory, primal cultures, extreme weather, will constantly test your survival skills. Make smart use of everything around you to stay alive and face off against formidable bosses, every step is fraught with danger and requires courage. Only by overcoming the challenges of survival can you carve out a place for yourself in this unforgiving land.

## Realistic Physics-Based Building

Unleash your creativity with a freeform building system powered by realistic physics simulation. Construct a fortified stronghold or a cleverly designed shelter, every beam and brick is subject to real-world physical forces, ensuring that your structures are both visually stunning and able to withstand environmental challenges. Let your imagination run wild as you explore the endless possibilities of architecture.

## Seamless Co-op & Cross-Play

Team up with other players to tackle daunting challenges together. No matter where you are, embark on adventures with your friends anytime and enjoy a seamless gaming experience. From hunting mechanical beasts, gathering resources to construction projects, progress never stops.

### SYSTEM REQUIREMENTS

**MINIMUM:**
- Requires a 64-bit processor and operating system
- **OS:** Windows 10, 64-bit or higher
- **Processor:** Intel Core i5 6600K or equivalent
- **Memory:** 8 GB RAM
- **Graphics:** NVIDIA GeForce GTX 1060 5GB or equivalent
- **DirectX:** Version 12
- **Network:** Broadband Internet connection
- **Storage:** 30 GB available space

**RECOMMENDED:**
- Requires a 64-bit processor and operating system
- **OS:** Windows 10, 64-bit or higher
- **Processor:** Intel Core i7 9700 or equivalent
- **Memory:** 16 GB RAM
- **Graphics:** NVIDIA GeForce GTX 3060 Ti or equivalent
- **DirectX:** Version 12
- **Network:** Broadband Internet connection
- **Storage:** 30 GB available space

### Content

Includes Interactive Elements
In-game purchases, Online interactivity, In-game chat

**TITLE:** LIGHT OF MOTIRAM
**GENRE:** Action, Adventure, Free To Play
**DEVELOPER:** POLARIS QUEST
**PUBLISHER:** POLARIS QUEST
**RELEASE DATE:** Q4 2027

- Visit the website
- Discord
- Facebook
- Instagram
- TikTok
- Twitch
- YouTube
- Reddit
- X
- View update history
- Read related news
- View discussions
- Find Community Groups

Embed

## MORE LIKE THIS

See All



## WHAT CURATORS SAY

View all

14 Curators have reviewed this product. Click here to see them.

### There are no reviews for this product

You can write your own review for this product to share your experience with the community. Use the area above the purchase buttons on this page to write your review.

brick is subject to real-world physical forces, ensuring that your structures are both visually stunning and able to withstand environmental challenges. Let your imagination run wild as you explore the endless possibilities of architecture.



Team up with other players to tackle daunting challenges together. No matter where you are, embark on adventures with your friends anytime and enjoy a seamless gaming experience. From hunting mechanical beasts, gathering resources to construction projects, progress never stops.

## SYSTEM REQUIREMENTS

**MINIMUM:**
- Requires a 64-bit processor and operating system
- **OS:** Windows 10, 64-bit or higher
- **Processor:** Intel Core i5 6600K or equivalent
- **Memory:** 8 GB RAM
- **Graphics:** NVIDIA GeForce GTX 1060 5GB or equivalent
- **DirectX:** Version 12
- **Network:** Broadband Internet connection
- **Storage:** 30 GB available space

**RECOMMENDED:**
- Requires a 64-bit processor and operating system
- **OS:** Windows 10, 64-bit or higher
- **Processor:** Intel Core i7 9700 or equivalent
- **Memory:** 16 GB RAM
- **Graphics:** NVIDIA GeForce GTX 3060 Ti or equivalent
- **DirectX:** Version 12
- **Network:** Broadband Internet connection
- **Storage:** 30 GB available space

- Facebook
- Instagram
- TikTok
- Twitch
- YouTube
- Reddit
- X
- View update history
- Read related news
- View discussions
- Find Community Groups

Embed

### MORE LIKE THIS — See All



### WHAT CURATORS SAY

View all

14 Curators have reviewed this product. Click here to see them.

**There are no reviews for this product**

You can write your own review for this product to share your experience with the community. Use the area above the purchase buttons on this page to write your review.

© 2025 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries. VAT included in all prices where applicable.

Privacy Policy | Legal | Steam Subscriber Agreement | Refunds | Cookies

About Valve | Jobs | Steamworks | Steam Distribution | Support | Recycling | Gift Cards