# Exhibit 5

SONY

Games  PS5  PS4  Services  Accessories  News  Store  Support

Sign In


THE OFFICIAL SITE

Discover the Horizon Universe | Games | Latest news | Community | Merchandise | FAQs

# HORIZON FORBIDDEN WEST COMPLETE EDITION

Brave the Forbidden West in its entirety, including bonus content and the Burning Shores expansion. Available now on PS5 and for PC.

Find out more

      

# DISCOVER THE HORIZON UNIVERSE



### Majestic nature and ruins

From the frozen mountain ranges of the north to the hot, dense jungles of the south, the world of Horizon spans a wide variety of different geographies. Overgrown ruins linger throughout, marking the vestiges of a lost civilization.



### Awe-inspiring machines

The world of Horizon is inhabited by highly advanced machines of all shapes and sizes. Terrifyingly alien yet strikingly familiar, these mysterious automatons combine mechanical strength with organic shapes and an animalistic ferocity.



### Tribal culture

In the world of Horizon, the last remnants of mankind have regrouped into distinct tribes. Cut off from the knowledge and technological advancements of the past, each tribe has developed its own rich culture and traditions.



# HORIZON FORBIDDEN WEST COMPLETE EDITION

Brave the Forbidden West in its entirety, including bonus content and the Burning Shores expansion. Available now on PS5 and for PC.

Find out more

      

## DISCOVER THE HORIZON UNIVERSE



### Majestic nature and ruins

From the frozen mountain ranges of the north to the hot, dense jungles of the south, the world of Horizon spans a wide variety of different geographies. Overgrown ruins linger throughout, marking the vestiges of a lost civilization.



### Awe-inspiring machines

The world of Horizon is inhabited by highly advanced machines of all shapes and sizes. Terrifyingly alien yet strikingly familiar, these mysterious automatons combine mechanical strength with organic shapes and an animalistic ferocity.



### Tribal culture

In the world of Horizon, the last remnants of mankind have regrouped into distinct tribes. Cut off from the knowledge and technological advancements of the past, each tribe has developed its own rich culture and traditions.

Discover the Horizon Universe    Games    Latest news    Community    Merchandise    FAQ

# LATEST NEWS



### First-look report: PS5 Pro games

Kristen and I got a chance to go eyes on (and hands on) with the PlayStation Pro console for the first time, and first impressions are promising. Though we didn't have to time…



Kristen Zitani (she/her)
Manager, Content Communications, Sony Interactive Entertainment
Sep 25, 2024



### Horizon Forbidden West Complete Edition lands on PC today

Hi everyone, we're thrilled for our PC community to join Aloy on her journey as she braves the Forbidden West – a majestic but dangerous frontier that conceals mysterious new threat…

 Anne van der Zanden
Senior Community Manager, Guerrilla
Mar 21, 2024



### Horizon Forbidden West Complete Edition PC specifications revealed, out March 21

Hey everyone, Horizon Forbidden West Complete Edition is coming to PC soon! Last month, we detailed the main PC features and now that we are getting closer to launch on…

 Julian Huijbregts
Communications Manager, Nixxes
Mar 05, 2024







Discover the Horizon Universe    Games    Latest news    Community    Merchandise    FAQs

# FAQS

Horizon Zero Dawn | Horizon Zero Dawn Complete Edition | Horizon Forbidden West | Horizon Forbidden West Complete Edition | **LEGO Horizon Adventures**

- Who is LEGO Horizon Adventures for? +
- What sort of game is LEGO Horizon Adventures? +
- Where can I play LEGO Horizon Adventures? +
- How difficult is LEGO Horizon Adventures? +
- What multiplayer features does it have? +
- Does it have cross-play between PS5, PC and Nintendo Switch? +
- Do you need PlayStation Plus to play co-op on PS5? +
- Does LEGO Horizon Adventures have any accessibility features? +
- Which studio has made LEGO Horizon Adventures? −

The game has been created by Guerrilla – the studio behind the acclaimed Horizon games – and Studio Gobo, working in close partnership with the team at LEGO.

---



Home » Horizon games official site

| About | Products | Values | Support | Resources | Connect |
|---|---|---|---|---|---|
| About SIE | PS5 | Environment | Support hub | PSN terms of service |  |
| Careers | PS4 | Accessibility | PlayStation Safety | PS Store cancellation policy | |
| PlayStation Studios | PS VR2 | Online safety | PSN Status | Age ratings | |
| PlayStation Productions | PS Plus | Diversity, equity & inclusion | PlayStation Repairs | Health warning | |
| Corporate | Accessories | | Password reset | Developers | iOS app |
| History of PlayStation | Games | | Manuals | Glossary | Android APP |
| | | | | Official Licensing Program | Join our playtesting program |



© 2025 Sony Interactive Entertainment LLC
All content, games titles, trade names and/or trade dress, trademarks, artwork and associated imagery are trademarks and/or copyright material of their respective owners. All rights reserved. More info

 United States >       Legal | Privacy policy | Website terms of use | Site map | Do not share my personal information

---

Document title: Horizon games official site | PlayStation (US)
Capture URL: https://www.playstation.com/en-us/horizon/#discover
Capture timestamp (UTC): Wed, 17 Sep 2025 22:52:16 GMT