LATHAM & WATKINS LLP
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Ivana Dukanovic (Bar No. 312937)
 ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone: +1.415.391.0600

Sarang V. Damle (admitted *pro hac vice*)
 sy.damle@lw.com
Sara E. Sampoli (Bar No. 344505)
 sara.sampoli@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Allison L. Stillman (admitted *pro hac vice*)
 alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendants Tencent America, LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-06275-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Hearing:   November 19, 2025<br>Time:      9:30 a.m.<br>Location:  Courtroom D, 15th Floor<br>Judge:     Hon. Joseph C. Spero |

**[PROPOSED] ORDER**

This matter is before the Court on the Motion to Dismiss Sony Interactive Entertainment's Complaint for Copyright and Trademark Infringement (the "Motion to Dismiss") filed by Defendants Tencent America LLC, Proxima Beta U.S. LLC, and Tencent Holdings Limited. After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that the Motion to Dismiss should be granted.

Accordingly, IT IS HEREBY ORDERED THAT the Motion to Dismiss is **GRANTED**, and the Complaint for Copyright and Trademark Infringement is **DISMISSED** with prejudice as against Tencent America LLC, Proxima Beta U.S. LLC, and Tencent Holdings Limited.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                              HONORABLE JOSEPH C. SPERO
                              UNITED STATES MAGISTRATE JUDGE