LATHAM & WATKINS LLP
Andrew M. Gass (Bar No. 259694)
 a*ndrew.gass@lw.com*
Ivana Dukanovic (Bar No. 312937)
 *ivana.dukanovic@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600

Sarang V. Damle (admitted *pro hac vice*)
 *sy.damle@lw.com*
Sara E. Sampoli (Bar No. 344505)
 *sara.sampoli@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Allison L. Stillman (admitted pro hac vice)
 alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendants Tencent America, LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | CASE NO. 3:25-cv-06275-JCS<br><br>**[PROPOSED] ORDER GRANTING TENCENT AMERICA LLC'S, PROXIMA BETA U.S. LLC'S, AND TENCENT HOLDINGS LTD.'S REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF THEIR MOTION TO DISMISS COMPLAINT FOR COPYRIGHT AND TRADEMARK INFRINGEMENT**<br><br>Hearing:   November 19, 2025<br>Time:       9:30 a.m.<br>Location:  Courtroom D, 15th Floor<br>Judge:     Hon. Joseph C. Spero |

**[PROPOSED] ORDER**

Defendants Tencent America LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd. (collectively, the "Served Defendants"), have requested that the Court consider the following exhibits attached to the Declaration of Ivana Dukanovic for judicial notice under Federal Rule of Evidence 201 and/or under the doctrine of incorporation by reference:

- **Exhibit 1:** A publicly available internet message board entitled, "The Setting (and Protagonist) Reminds Me of Enslaved Odyssey to the West," which appears online at https://gamefaqs.gamespot.com/boards/168644-horizon-zero-dawn/72011144.

- **Exhibit 2:** A publicly available internet message board entitled, "This Game Reminds Me of Enslaved: Odyssey to the West," which appears online at https://steamcommunity.com/app/1151640/discussions/0/1745647427619691996.

- **Exhibit 3:** A publicly available internet message board entitled, "This game reminds me of," which appears online at https://www.playstationtrophies.org/forum/topic/284853-this-game-reminds-me-of.

- **Exhibit 4**: A publicly available internet product page entitled, "Light of Motiram" with a "Planned Release Date: Q4 2027," which appears online at https://store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM.

- **Exhibit 5**: A publicly-available internet product page entitled, "Horizon, The Official Site," which appears online at https://www.playstation.com/en-us/horizon/#discover.

The Court, having considered the Served Defendants' request, and good cause appearing therefrom, finds that Exhibits 1–5 are subject to judicial notice and/or incorporated by reference, and therefore are properly subject to consideration in connection with the Served Defendants' Motion to Dismiss Sony Interactive Entertainment's Complaint for Copyright and Trademark Infringement. The Served Defendants' Request for Judicial Notice is therefore **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____      By: _____

HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE