UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., et al.,<br><br>Defendants. | Case No. 25-cv-06275-JSC<br><br>**CLERK'S NOTICE RESETTING MOTION HEARING DATE AND CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 48 |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT this case has been reassigned to Judge Corley for all-purposes. The hearing on Defendants' Motion to Dismiss is rescheduled to **December 2, 2025**, **at 9:00 a.m.**, before Judge Jacqueline Scott Corley in Courtroom 8, 19th Floor in San Francisco. Pursuant to L.R. 7-7(d), the briefing schedule will remain the same. The initial case management conference is rescheduled to **January 14, 2026** at **2:00 p.m. by Zoom videoconference** (**ZOOM Meeting ID:** 161 366 1817/**Password:** 924619). Any party requesting a continuance shall submit a stipulation and proposed order. For a copy of Judge Corley's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.

Dated: September 29, 2025

Mark B. Busby
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY