ANNETTE L. HURST (BAR NO. 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone:   +1 213 629 2020
Facsimile:   +1 213 612 2499

Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF STIPULATION RE: BRIEFING ON MOTION TO DISMISS**<br><br>(Civil Local Rule 6-2(a))<br><br>Judge: Hon. Jacqueline Scott Corley |

I, Diana M. Rutowski, under penalty of perjury, declare and state as follows:

1. I am an attorney with Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys for Plaintiff Sony Interactive Entertainment LLC ("Plaintiff" or "SIE") in this matter.

2. I make this declaration based upon my personal knowledge of the facts and circumstances recited herein and, if called as a witness, I could and would competently testify thereto.

3. I submit this declaration pursuant to Civil Local Rule 6-2(a), in support of the Parties' Joint Stipulated Request Re: Briefing Schedule for Defendants Tencent America, LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd.'s (the "Served Defendants") Motion to Dismiss.

4. On September 17, 2025, the Served Defendants filed their Motion to Dismiss Complaint for Copyright and Trademark Infringement (Dkt. 48) and their related Request for Judicial Notice (Dkt. 49) (collectively, the "Motion to Dismiss"), with a noticed oral argument date agreed by the parties of November 19, 2025. On September 29, 2025, the Court rescheduled the hearing date on the Motion to Dismiss to December 2, 2025, at 9:00 a.m. (Dkt. 53).

5. When we agreed to the noticed oral argument date, counsel discussed conferring about a modified briefing schedule leading up to that date in light of the number of issues included in the Motion to Dismiss and the modified page limits so that all Parties have sufficient time to investigate and respond to the issues presented.

6. Accordingly, the parties agreed that, subject to the approval of the Court, Plaintiff's deadline to file its opposition to the Motion to Dismiss shall be October 15, 2025, and the Served Defendants' deadline to file their reply in support of the Motion to Dismiss shall be October 29, 2025 (more than 14 days before the hearing date of December 2, 2025).

7. Pursuant to Civil L.R. 6-1(a), Tencent America, LLC and Proxima Beta U.S. LLC's response to the complaint was extended to September 17, 2025 (Dkt. 29).

8. Pursuant to Civil L.R. 6-1(a), Tencent Holdings, Ltd.'s response to the complaint was extended to September 17, 2025 (Dkt. 39).

9. There have been no prior extensions of the briefing schedule for the Motion to

Dismiss, and the requested modification will have no effect on the schedule for the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of September 2025, in Menlo Park, California.

/s/ *Diana M. Rutowski*
Diana M. Rutowski