1  ANNETTE L. HURST (BAR NO. 148738)
   ahurst@orrick.com
2  DIANA M. RUTOWSKI (BAR NO. 233878)
   drutowski@orrick.com
3  DANIEL D. JUSTICE (BAR NO. 291907)
   djustice@orrick.com
4  ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
   amendez-villamil@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
6  405 Howard Street
San Francisco, CA  94105-2669
7  Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759
8
LAURA A. WYTSMA (BAR NO. 189527)
9     lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
10    ibehnawa@orrick.com
355 S. Grand Street, # 2700
11 Los Angeles, CA 90071
Telephone: +1 213 629-2020
12 Facsimile: +1 213 612 2499

13 Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC
14
[Additional Counsel on Signature Page]
15
**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER RE: BRIEFING SCHEDUILE FOR MOTION TO DISMISS**<br><br>(Civil Local Rules 6-1(b); 6-2)<br><br>Judge: Hon. Jacqueline Scott Corley |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Sony Interactive Entertainment LLC ("Plaintiff,") and Defendants Tencent America, LLC and Proxima Beta U.S. LLC ("U.S. Defendants") and Tencent Holdings Ltd. ("Tencent Holdings") (collectively with the U.S. Defendants, the "Served Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, pursuant to Civil L.R. 6-1(a), Tencent America, LLC and Proxima Beta U.S. LLC's response to the complaint was extended to September 17, 2025 (Dkt. 29);

**WHEREAS**, pursuant to Civil L.R. 6-1(a), Tencent Holdings, Ltd.'s response to the complaint was extended to September 17, 2025 (Dkt. 39);

**WHEREAS**, pursuant to Civil L.R. 7-12, the Parties stipulated (Dkt. 45) and the Court ordered (Dkt. 46) a modification of certain briefing page limits in connection with the Served Defendants' intended motion to dismiss;

**WHEREAS**, on September 17, 2025, the Served Defendants filed a Motion to Dismiss Complaint for Copyright and Trademark Infringement (Dkt. 48) and their related Request for Judicial Notice (Dkt. 49) (collectively, the "Motion to Dismiss"), with a noticed oral argument date agreed by the parties of November 19, 2025;

**WHEREAS**, on September 26, 2025, this case was reassigned to Judge Jacqueline Scott Corley (Dkt. 52);

**WHEREAS**, on September 29, 2025, the Court reset the hearing date on the Motion to Dismiss to December 2, 2025, at 9:00 a.m. (Dkt. 53);

**WHEREAS**, in light of the number of issues included in the Motion to Dismiss and the page limits, the Parties conferred about a mutually agreeable briefing schedule leading up to the agreed noticed oral argument date so that all Parties will have sufficient time to investigate and respond to the issues presented;

**WHEREAS**, absent an extension, Plaintiff's deadline to file its opposition to the Motion to Dismiss would be October 1, 2025, and the Served Defendants' deadline to file a reply in support of the Motion to Dismiss would be October 8, 2025 (*see* Dkt. 48; Civil L.R. 7-3);

1     **WHEREAS**, the Parties agreed to a stipulated request for a modified briefing schedule with mutually agreed dates;

    **WHEREAS**, the Parties hereby request that Plaintiff's deadline to file its opposition to the Motion to Dismiss shall be October 15, 2025 and that the Served Defendants' deadline to file their reply in support of the Motion to Dismiss shall be October 29, 2025; and

    **WHEREAS**, this modified briefing schedule ensures that the final reply brief will be filed more than 14 days before the scheduled oral argument on December 2, 2025;

    **IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the Parties, that:

1. Plaintiff's deadline to file its opposition to the Motion to Dismiss shall be October 15, 2025; and

2. Served Defendants' deadline to file their reply in support of the Motion to Dismiss shall be October 29, 2025.

This Stipulation is supported by the Civil Local Rule 6-2(a) Declaration of Diana M. Rutowski.

Dated: September 30, 2025                  ORRICK, HERRINGTON & SUTCLIFFE LLP

By */s/ Diana M. Rutowski*
ANNETTE L. HURST (BAR NO. 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700

LAURA A. WYTSMA (BAR NO. 189527)

|   |   |
|---|---|
| 1 | lawytsma@orrick.com |
| 2 | ISAAC BEHNAWA (BAR NO. 342441) |
|   | ibehnawa@orrick.com |
| 3 | 355 S. Grand Street, # 2700 |
|   | Los Angeles, CA 90071 |
| 4 | Telephone: +1 213 629-2020 |

*Attorneys for Plaintiff Sony Interactive Entertainment LLC*

Dated: September 30, 2025        LATHAM & WATKINS LLP

By */s/ Sarang V. Damle*
   Sarang V. Damle (*pro hac vice*)
    sy.damle@lw.com
   Sara E. Sampoli (Bar No. 344505)
    sara.sampoli@lw.com
   555 Eleventh Street, NW, Suite 1000
   Washington, D.C. 20004-1304
   Telephone: +1.202.637.2200

   Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
   Ivana Dukanovic (Bar No. 312937)
    ivana.dukanovic@lw.com
   505 Montgomery Street, Suite 2000
   San Francisco, CA 94111-6538
   Telephone: +1.415.391.0600

   Allison L. Stillman (*pro hac vice*)
    alli.stillman@lw.com
   1271 Avenue of the Americas
   New York, NY 10020
   Telephone: +1.212.906.1200

*Attorneys for Defendants
Tencent America, LLC,
Proxima Beta U.S. LLC and
Tencent Holdings Ltd.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 1, 2025

_____
Hon. Jacqueline Scott Corley
United States District Judge