ANNETTE L. HURST (BAR NO. 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020
Facsimile:  +1 213 612 2499

Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10.<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FOR ENTRY OF INTERIM MODEL PROTECTIVE ORDER PURSUANT TO CIVIL LOCAL RULE 7-11**<br><br>Judge: Hon. Jacqueline Scott Corley |

1    Pursuant to Civil Local Rule 7-11, Sony Interactive Entertainment LLC ("SIE") moves for the entry of the Court's model protective order for "Highly Sensitive Confidential Information," on an interim basis (mirroring the application of Patent Local Rule 2-2), to protect the confidentiality of information disclosed or filed in connection with pending and anticipated motions. Good cause exists for entry of the model protective order.  Counsel for SIE conferred with counsel for the Tencent defendants that have thus far appeared in this case, namely, Defendants Tencent Holdings Ltd., Tencent America LLC, and Proxima Beta U.S. LLC (collectively, the "Tencent Defendants"), who stated that they do not intend to oppose this request for an interim order.  Declaration of Diana Rutowski ¶¶ 3-4.

The parties are engaged in motion practice and discussions that will imminently require the filing and exchange of confidential information. For example, the Tencent Defendants filed an evidentiary-based motion to dismiss that is currently pending before the Court. *See* ECF No. 48. SIE's opposition to the motion may require filing and service of highly confidential and sensitive business information on the Tencent Defendants' counsel.  SIE and the Tencent Defendants that have thus far acknowledged service have commenced discussions in an effort to reach a stipulated protective order.  To allow those discussions to continue while preparing for imminent filings and disclosures, SIE seeks to protect the confidentiality of the parties' filings and disclosures under an interim court order unless and until such time as the Court enters a different protective order.

SIE thus requests entry of an interim protective order as contemplated by this Court's Patent Local Rules, which state: "The Protective Order authorized by the Northern District of California shall govern discovery unless the Court enters a different protective order. The approved Protective Order can be found on the Court's website." Patent L.R. 2-2. Although this intellectual property case does not involve patent claims, it similarly involves highly sensitive confidential information and allegations that a parties' intellectual property rights have been misappropriated and infringed. Rutowski Decl. ¶2. Thus, SIE requests that, unless and until the Court enters a different protective order, the Court enter the "Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets" as an interim measure to ensure that the parties and counsel are bound by confidentiality obligations with respect to any confidential information that

is exchanged.

Counsel for the Tencent Defendants have indicated that they do not intend to oppose this request.

For the above reasons, SIE respectfully requests that the Court grant this motion and enter the following order:

The Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets, available at https://cand.uscourts.gov/forms/model-protective-orders/, without the "Optional" provisions, shall govern unless the Court enters a different protective order.

Dated: October 3, 2025        ORRICK, HERRINGTON& SUTCLIFFE LLP


By: */s/ Diana M. Rutowski*
Diana M. Rutowski
Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC