ANNETTE L. HURST (BAR NO. 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020
Facsimile:  +1 213 612 2499

Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10.<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**DECLARATION OF DIANA RUTOWSKI IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION FOR ENTRY OF INTERIM PROTECTIVE ORDER**<br><br>Judge: Hon. Jacqueline Scott Corley |

I, Diana Rutowski, under penalty of perjury, declare and state as follows:

1. I am a partner at Orrick, Herrington & Sutcliffe LLP, counsel of record for plaintiff Sony Interactive Entertainment LLC ("SIE"). I make this declaration in support of SIE's Motion for Administrative Relief ("the Motion"). This declaration is based upon my personal knowledge of the facts and circumstances recited herein.

2. On September 16, 2025, I sent a proposed stipulated protective order to counsel for the three defendants that have thus far acknowledged service at Latham & Watkins, anticipating that SIE's claims for copyright and trademark infringement and associated motion practice will imminently require the parties to disclose, serve, and file information that they consider to be highly sensitive confidential information. The parties continue to confer about edits and modifications to that proposed order to see if they can reach agreement on a stipulated protective order.

3. In the meantime, and while those discussions continue, I informed counsel at Latham & Watkins that SIE intended to file an administrative request for an interim order that the Court's model protective order for cases involving "Patents, Highly Sensitive Confidential Information and/or Trade Secrets" (https://cand.uscourts.gov/forms/model-protective-orders/) shall govern unless the Court enters a different protective order.

4. Counsel at Latham & Watkins informed me that they do not intend to oppose SIE's interim request.

I declare under penalty of perjury the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of October 2025, at Redwood City, California.

                                                     /s/ Diana Rutowski
                                                     Diana Rutowski