ANNETTE L. HURST (BAR NO. 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020
Facsimile:  +1 213 612 2499

Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10.<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF<br><br>Judge: Hon. Jacqueline Scott Corley |

Presently before the Court is plaintiff Sony Interactive Entertainment LLC's Unopposed Motion for Administrative Relief.

The Court having considered the Unopposed Motion for Administrative Relief, the Declaration of Diana Rutowski filed in support thereof, the pleadings on file, and any other relevant materials, the Motion for Administrative Relief is **GRANTED**.

The Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets, available at https://cand.uscourts.gov/forms/model-protective-orders/, without the "Optional" provisions, shall govern unless the Court enters a different protective order.

**IT IS SO ORDERED.**

Dated: October 6, 2025

_____
HON. JACQUELINE SCOTT CORLEY



- 1 -

[P~~ROPOSED~~] ORDER GRANTING UNOPPOSED
MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. 3:25-CV-06275-JSC