LATHAM & WATKINS LLP
Andrew M. Gass (Bar No. 259694)
  andrew.gass@lw.com
Ivana Dukanovic (Bar No. 312937)
  ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600

Sarang V. Damle (admitted *pro hac vice*)
  sy.damle@lw.com
Sara E. Sampoli (Bar No. 344505)
  sara.sampoli@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Allison L. Stillman (admitted *pro hac vice*)
  alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendants Tencent America LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd.*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PARTIES' TIME TO FILE ADR CERTIFICATION**<br><br>(Civil Local Rules 6-1(b); 6-2)<br><br>Hon. Jacqueline Scott Corley |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Defendants Tencent America LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd., and Plaintiff Sony Interactive Entertainment LLC (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on July 25, 2025, Plaintiff Sony Interactive Entertainment LLC filed its complaint for copyright and trademark infringement (Dkt.1);

**WHEREAS**, on July 28, 2025, this case was assigned to Magistrate Judge Joseph C. Spero (Dkt. 5);

**WHEREAS**, on July 28, 2025, Judge Spero issued an Initial Case Management Order setting the Initial Case Management Conference for October 29, 2025, and the deadline to file ADR Certification for October 8, 2025, twenty-one (21) days prior to the conference (Dkt. 6);

**WHEREAS**, on September 26, 2025, this case was reassigned to Judge Jacqueline Scott Corley and all hearing and trial dates were vacated (Dkt. 52);

**WHEREAS**, on September 29, 2025, the Initial Case Management Conference was reset to January 14, 2026 (Dkt. 54);

**WHEREAS**, under the Northern District of California's ADR Rule 3-5(b) and Local Civil Rule 16-8(b), the deadline to file ADR Certification is "presumptively 21 days before the date set for the initial case management conference" and adjusts in accordance with any change in the date of initial case management conference "unless otherwise ordered";

**WHEREAS**, the order reassigning this case to Judge Corley ordered that "[o]ther deadlines such as those for ADR compliance and discovery cutoff . . . remain unchanged" (Dkt. 52);

**WHEREAS**, in an abundance of caution in the event the deadline to file ADR Certification remains October 8, 2025, the parties stipulate to extend that deadline to December 24, 2025, twenty-one (21) days prior to the rescheduled Initial Case Management Conference on January 14, 2026.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties that the deadline to file ADR Certification shall be extended to December 24, 2025, 21 days prior to the Initial Case Management Conference.

| | |
|---|---|
| | Respectfully Submitted, |
| Dated: October 8, 2025 | LATHAM & WATKINS LLP |
| | By /s/ Sarang V. Damle |
| | Andrew M. Gass (Bar No. 259694) |
| | andrew.gass@lw.com |
| | Ivana Dukanovic (Bar No. 312937) |
| | ivana.dukanovic@lw.com |
| | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111-6538 |
| | Telephone: +1.415.391.0600 |
| | |
| | Sarang V. Damle |
| | sy.damle@lw.com |
| | Sara E. Sampoli (Bar No. 344505) |
| | sara.sampoli@lw.com |
| | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, D.C. 20004-1304 |
| | Telephone: +1.202.637.2200 |
| | |
| | Allison L. Stillman |
| | alli.stillman@lw.com |
| | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| | Telephone: +1.212.906.1200 |
| | |
| | *Attorneys for Defendants Tencent America LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd.* |
| Dated: October 8, 2025 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By /s/ Diana M. Rutowski |
| | ANNETTE L. HURST (BAR NO. 148738) |
| | ahurst@orrick.com |
| | DIANA M. RUTOWSKI (BAR NO. 233878) |
| | drutowski@orrick.com |
| | DANIEL D. JUSTICE (BAR NO. 291907) |
| | djustice@orrick.com |
| | ANA M. MENDEZ-VILLAMIL (BAR NO. 344768) |
| | amendez-villamil@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| | Telephone: +1 415 773 5700 |

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020

*Attorneys for Plaintiff Sony Interactive Entertainment LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October __, 2025

_____
Hon. Jacqueline Scott Corley
United States District Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO EXTEND PARTIES' TIME TO FILE ADR CERTIFICATION.  Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Sarang Damle, attest that concurrence in the filing of this document has been obtained.


Dated:  October 8, 2025             /s/ *Sarang V. Damle*
                                    Sarang V. Damle