LATHAM & WATKINS LLP
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Ivana Dukanovic (Bar No. 312937)
 ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600

Sarang V. Damle (admitted *pro hac vice*)
 sy.damle@lw.com
Sara E. Sampoli (Bar No. 344505)
 sara.sampoli@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Allison L. Stillman (admitted *pro hac vice*)
 alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendants Tencent America, LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**DECLARATION OF IVANA DUKANOVIC IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND PARTIES' TIME TO FILE ADR CERTIFICATION**<br><br>Hon. Jacqueline Scott Corley |

I, Ivana Dukanovic, declare as follows:

1. I am an attorney with the law firm Latham & Watkins LLP and am counsel for Defendants Tencent America LLC, Proxima Beta U.S. LLC (the "U.S. Defendants"), and Tencent Holdings Ltd. (collectively with the U.S. Defendants, the "Served Defendants"), in the above-referenced litigation. I have been admitted to practice before this Court.

2. I submit this declaration in support of the concurrently filed Stipulation and [Proposed] Order to Extend the Parties' Time to File ADR Certification.

3. On July 28, 2025, this case was initially assigned to Magistrate Judge Joseph C. Spero (Dkt. 5). At the same time, the Court issued an Initial Case Management Scheduling Order setting an October 8, 2025 deadline for ADR Certification and an October 29, 2025 Initial Case Management Conference (Dkt. 6).

4. On September 26, 2025, this case was reassigned to Judge Jacqueline Scott Corley (Dkt. 52), and on September 29, 2025, the Initial Case Management Conference was reset to January 14, 2026 (Dkt. 54).

5. Pursuant to the Northern District of California's ADR Rule 3-5(b) and Local Civil Rule 16-8(b), the deadline to file ADR Certification is "presumptively 21 days before the date set for the initial case management conference," and adjusts in accordance with any change in the date of the initial case management conference "unless otherwise ordered."

6. Having understood the deadline for ADR Certification to be December 24, 2025, *i.e.*, 21 days prior to the rescheduled Initial Case Management Conference, the Served Defendants require additional time to obtain confirmation of the items required for ADR Certification.

7. However, it is unclear whether the order reassigning the case intended to fix the deadline for ADR *Certification* to October 8, 2025 by providing that "other deadlines such as those for ADR *compliance* and discovery cutoff . . . remain unchanged" (Dkt. 52) (emphasis added).

8. In an abundance of caution in the event the deadline remains October 8, 2025, counsel for Plaintiff and the Served Defendants have conferred over email and agree to an

extension until December 24, 2025, *i.e.*, twenty-one (21) days prior to the rescheduled Initial Case Management Conference on January 14, 2026, to file their respective ADR Certifications.

9. The following extensions of time have been previously requested and granted in this case:

    a. Extension of time for the U.S. Defendants to file an Answer to Plaintiff's complaint;

    b. Extension of time for Tencent Holdings Ltd. to file an Answer to Plaintiff's complaint;

    c. Extension of time for Plaintiff to file an opposition to the Served Defendants' Motion to Dismiss and for the Served Defendants to file a reply.

10. The requested extension will not alter any other deadline or event already set by the Court.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on October 8, 2025, in San Francisco, California.

By:    /s/ *Ivana Dukanovic*
           Ivana Dukanovic

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Declaration of Ivana Dukanovic in Support of the Parties' Stipulation and [Proposed] Order to Extend Parties' Time to File ADR Certification.  Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Sarang Damle, attest that concurrence in the filing of this document has been obtained.

Dated:  October 8, 2025                                      */s/ Sarang V. Damle*
                                                             Sarang V. Damle