1  ANNETTE L. HURST (BAR NO. 148738)
   ahurst@orrick.com
2  DIANA M. RUTOWSKI (BAR NO. 233878)
   drutowski@orrick.com
3  DANIEL D. JUSTICE (BAR NO. 291907)
   djustice@orrick.com
4  ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
   amendez-villamil@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:     +1 415 773 5700
   Facsimile:      +1 415 773 5759
8
   LAURA A. WYTSMA (BAR NO. 189527)
9  lawytsma@orrick.com
   ISAAC BEHNAWA (BAR NO. 342441)
10 ibehnawa@orrick.com
   355 S. Grand Street, # 2700
11 Los Angeles, CA 90071
   Telephone:    +1 213 629 2020
12 Facsimile:     +1 213 612 2499

13 Attorneys for Plaintiff
   SONY INTERACTIVE ENTERTAINMENT LLC
14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17  SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company, | Case No. 3:25-cv-06275-JSC |
| 18 | |
| 19              Plaintiff, | **DECLARATION OF ANNETTE L. HURST IN SUPPORT OF PLAINTIFF SONY INTERACTIVE ENTERTAINMENT LLC'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| 20        v. | |
| 21  TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10, | |
| 22 | Date:  December 2, 2025 |
| 23 | Time:  9:00 a.m. |
| 24 | Courtroom:  8 – 19th Floor |
| 25 | Judge: Hon. Jacqueline Scott Corley |
| 26 | |
| 27              Defendants. | |

28

I, Annette L. Hurst, declare as follows:

1. I am admitted to the Bar of the State of California and this Court. I am a partner of Orrick, Herrington & Sutcliffe LLP ("Orrick") and lead counsel for Plaintiff Sony Interactive Entertainment LLC ("SIE") in this matter. Unless otherwise indicated, I make this declaration in support of SIE's Opposition to Defendants' Motion to Dismiss based upon my personal knowledge.

2. At the time of preparation of the Complaint filed in this action, I reviewed the official website, sites where games are distributed, and numerous social media accounts for *Light of Motiram*. The strong impression created by these materials was that the game would soon be made available to a significant portion of the public. For example, the game page on Epic Games stated that it was "Available: coming soon." The accounts on X, YouTube and other social media platforms included lengthy game play videos. On the official Discord server, the administrators were publishing game play videos and descriptions of the mechanics of game play, soliciting feedback from users about how to improve game play. The administrators published game play elements and conducted polls of how the players were likely to handle particular game mechanics. They offered draft "manuals" describing game play. The Discord server also disclosed a prior beta test of the game in China, with the administrators stating that a global beta test was "coming soon." Between the increased tempo of social media posts, lengthy gameplay videos (indicating substantial development), announcements that global beta tests and the game release were "coming soon," the distinct impression created was that the game was getting close to a public release.

3. After the filing of the Complaint, Tencent began modifying all of these publications. Videos were removed from YouTube. Social media posts were removed. The game release timing on Epic Games was changed from "Available: Coming Soon" to "Available: Q4,2027."

4. In light of our impression of imminent release prior to the alterations to the *Light of Motiram* published accounts, we undertook to serve all of the Defendants as quickly as possible. We served the US-based Tencent entities through their designated agents as soon as the

1  Summonses issued.  From reviewing Tencent's websites identifying its executives and officers,
2  its public securities filings and investor reports, and from reviewing LinkedIn profiles, we
3  ascertained prior to the filing of the Complaint that a man named Brent Irvin was both the Vice-
4  President and General Counsel of Tencent Holdings Limited and the President of its subsidiary
5  Tencent America.  We located an address for Mr. Irvin, a graduate of Stanford Law School and
6  member of the California Bar, on the California Bar website.  On July 28, we sent an overnight
7  letter to Mr. Irvin at both the Tencent America Palo Alto address and the Mercer Island,
8  Washington address enclosing a copy of the Complaint, asking him to accept service and to
9  contact me immediately.

10  5.  I did not receive a response from Mr. Irvin.  On August 7, I received a call from Sy
11  Damle at Latham & Watkins LLP, who told me that he would be representing the two U.S.
12  entities who had been served, Tencent America and Proxima Beta U.S.  Mr. Damle and I are co-
13  defendants' counsel in a number of other lawsuits and are acquainted with one another.  Mr.
14  Damle asked for an extension of time to respond on behalf of the US entities.  I asked him about
15  the timing of an expected response to my correspondence to Mr. Irvin.  I asked him to accept
16  service of the Complaint on behalf of the (then) three remaining Defendants.  Mr. Damle stated
17  that he did not know who Mr. Irvin was and refused to accept service.

18  6.  After that, my team engaged a private investigator to personally serve Mr. Irvin at
19  his Mercer Island, Washington address and the Summons and Complaint were delivered to him
20  on August 15, 2025. *See* Dkt. 40 (Proof of Service). Personal service on Mr. Irvin was effective
21  as to Tencent Holdings Limited pursuant to Rule 4(h)(1)(B).

22  7.  Mr. Damle subsequently confirmed that he was in contact with Mr. Irvin and that
23  Latham would also be representing Tencent Holdings Limited.  I again requested that Mr. Damle
24  accept service on behalf of the now two remaining defendants. I emphasized that Tencent
25  Holdings was the parent company of the two remaining defendants and that he could be expected
26  to establish contact with them as counsel for the parent company.  I asked him to please request
27  that they consent to service by delivery to him, even if they planned to engage alternate
28  representation. Mr. Damle again refused.  Accordingly, we proceeded to have the Summons and

1  Complaint translated for service in China pursuant to the Hague Convention. Service in
2  Singapore does not require translation. We retained a specialist for service pursuant to the Hague
3  Convention, and copies have been transmitted to both the Chinese central authority and the
4  Singapore central authorities. The time estimate for effectuating service through the Hague
5  Convention is another 1-3 months.

6      8.    Attached as **Exhibit 1** is a true and correct copy of a document available at the
7  Tencent website and labeled as the Tencent Holdings Limited 2025 Interim Report, dated Aug.
8  13, 2025, *available at*
9  <https://static.www.tencent.com/uploads/2025/08/26/d1d2fb988f5e910e254b3abb41dadb0f.pdf>
10  (last accessed Oct. 13, 2025).

11      9.    Attached as **Exhibit 2** is a true and correct copy of a document available at the
12  Tencent website and labeled as Tencent's 2025 Second Quarter Results Presentation, dated Aug.
13  13, 2025, *available at*
14  <https://static.www.tencent.com/uploads/2025/08/13/18643e8bf726c0fb99719171f70d45b0.pdf>
15  (last accessed Oct. 13, 2025).

16      10.    Attached as **Exhibit 3** is a true and correct copy of a document available at the
17  Tencent website and labeled as the Tencent Holdings Limited 2024 Annual Report, dated March
18  19, 2025, *available at*
19  <https://static.www.tencent.com/uploads/2025/04/08/1132b72b565389d1b913aea60a648d73.pdf
20  > (last accessed Oct. 13, 2025).

21      11.    Attached as **Exhibit 4** is a true and correct copy of the English version of the
22  "About Us" page on the Tencent website, *available at* <https://www.tencent.com/en-
23  us/about.html> (last accessed Oct. 13, 2025). The English version of the "About Us" page states
24  that "Tencent has been listed on the Stock Exchange of Hong Kong since 2004." According to
25  the English version of the Tencent "Company Profile" available at the Hong Kong Stock
26  Exchange website, < https://www.hkex.com.hk/Market-Data/Securities-Prices/Equities/Equities-
27  Quote?sym=700&sc_lang=en> (last accessed October 14, 2025), as well as the above-attached
28  reports, the entity Tencent Holdings Limited was listed on the 16th of June, 2004. Accordingly, I

1  am informed and believe and thereupon state that the reference to "Us" on the Tencent website is
2  to Tencent Holdings Limited.  The "About Us" page is structured as a single URL address but
3  contains multiple tabs and sub-parts.  All of the tabs and sub-parts are included as part of Exhibit
4  4.  In the "Company Structure" tab there is a corporate structure diagram.  Each of the "Groups"
5  listed as a tile in that diagram can also be selected by clicking for additional information.  Under
6  the IEG, Interactive Entertainment Group, tile in the structure diagram, the additional text
7  available states that the IEG Group is "[r]esponsible for the R&D, operation, and development of
8  the company's interactive entertainment business including games . . . ." Under the "Our Offices"
9  tab there are offices listed in Palo Alto, Los Angeles, and Irvine.

10       12.     Attached as **Exhibit 5** is a true and correct copy of the English version of the
11 "Terms of Service" page on the Tencent website, *available at* <https://www.tencent.com/en-
12 us/service-agreement.html> (last accessed Oct. 13, 2025).  The Terms of Service note that "the
13 Webpage is provided by Tencent Holdings Limited . . . ."

14       13.     Attached as **Exhibit 6** is a true and correct copy of the Complaint filed by Tencent
15 Holdings Limited in *Tencent Holdings Limited v. Delson Group, Inc.*, No. 4:16-cv-06727-JSW
16 (N.D. Cal. Nov. 21, 2016) (ECF No. 1), which was retrieved from PACER at my instruction on
17 October 13, 2025. The first page bears the Court's CM/ECF header reflecting the filing date and
18 docket number.

19       14.     Attached as **Exhibit 7** is a true and correct copy of the English version of the
20 "Privacy Policy" of the Tencent website, *available at* <https://www.tencent.com/en-us/privacy-
21 policy.html> (last accessed Oct. 13, 2025).  The Privacy Policy page recites that "Tencent
22 Holdings Limited adopts this Privacy Policy  . . . ."

23       15.     Attached as **Exhibit 8** is a true and correct copy of a document available at the
24 Tencent website and labeled Tencent Corporate Overview, Second Quarter of 2025, *available at*
25 <https://static.www.tencent.com/uploads/2025/08/27/ee17607d1b45951b1194550e75fcd962.pdf>
26 (last accessed Oct. 13, 2025).

27       16.     Attached as **Exhibit 9** is a true and correct copy of what purports to be a Tencent
28 Games website entitled "About Tencent Games," *available at*

&lt;https://www.tencentgames.com/about.html&gt; (last accessed Oct. 13, 2025). On the timeline available on the About page, the 2012 entry recites as follows: "With the adjustment of Tencent's organizational structure, Tencent Games became an important business section of the interactive entertainment business group." Additionally, under the entry for Morefun Studios, the text recites that it is "one of the four major studio groups of Tencent IEG (Interactive Entertainment Group) . . . ." Under the entry for Aurora Studios the page recites that it is "one of the earliest self-development large-scale studios founded by Tencent."

17. Attached as **Exhibit 10** is a true and correct copy of the registration certificate for trademark number 6,162,173, a registration for TENCENT GAMES downloaded from the official United States Patent and Trademark Office website. The USPTO record shows that the mark TENCENT GAMES is owned by Tencent Holdings Limited and has been registered in the United States since September 29, 2020.

18. Attached as **Exhibit 11** is a true and correct copy of the trademark application Serial Number 98015306 for the design mark AURORA A TENCENT GAMES STUDIO downloaded from the official United States Patent and Trademark Office website. The application indicates that the owner of the proposed mark is Tencent Holdings Limited.

19. Attached as **Exhibit 12** is a true and correct copy of the domain registration information for *lightofmotiram.com* published by WHOIS, *available at* &lt;https://who.is/whois/lightofmotiram.com&gt; (last accessed Oct. 13, 2025). The WHOIS record indicates that Tencent Holdings Limited is the owner of the *lightofmotiram*.com domain.

20. Attached as **Exhibit 13** is a true and correct printout of the LinkedIn profile page for Gary Clubb, one of the Tencent employees identified in the Declaration of Olivier Courtemanche as an attendee at the March 2024 meeting in San Francisco. Mr. Clubb's profile lists his title since 2023 as "Investments & Business Development, Tencent Games" and his location as Los Angeles, California. His LinkedIn profile is available at &lt;https://www.linkedin.com/in/garyclubb/&gt; (last accessed October 14, 2025).

21. Attached as **Exhibit 14** is a true and correct copy of the Complaint filed by Proxima Beta PTE. Limited d/b/a "Tencent Games" in *Proxima Beta PTE. Limited et al. v.*

1  *Martin et al.*, No. 2:21-cv-2056 (C.D. Cal. March 5, 2021) (ECF No. 1), which was retrieved
2  from PACER at my instruction on October 13, 2025. The first page bears the Court's CM/ECF
3  header reflecting the filing date and docket number.

4      22.     Attached as **Exhibit 15** is a true and correct copy of the Administrative Panel
5  Decision issued by the Asian Domain Name Dispute Resolution Centre, Hong Kong Office, on
6  October 3, 2024, in case number HK-2401913, *available at*
7  <https://www.adndrc.org/storage/uploads/decisions/udrp/udrp_2024101805524842.pdf> (last
8  accessed October 14, 2025).

9      23.     Attached as **Exhibit 16** is a true and correct copy of the LinkedIn profile page for
10 Tencent Americas, *available at* <https://www.linkedin.com/company/tencent-america/about/>
11 (last accessed Oct. 14, 2025). Its LinkedIn page describes Tencent America as the "U.S. branch"
12 of Tencent, and states that it is headquartered in Palo Alto, California.

13     24.     As shown in Exhibits 17-19 below, Tencent executive Yan Li is held out by
14 Tencent as serving a role at Tencent America LLC, Tencent Holdings Limited, and Tencent
15 Technology (Shanghai) Co., Ltd.  Attached as **Exhibit 17** is a true and correct copy of a
16 compilation of state corporation filings by Defendant Tencent America LLC. These filings list
17 Yan Li as a "Manager" or "Operating Manager" of Tencent America LLC.

18     25.     Attached as **Exhibit 18** is a true and correct printout of the LinkedIn profile page
19 for Yan Li. His LinkedIn profile identifies him as having another role, Associate General Counsel
20 of "Tencent Holdings Limited." His LinkedIn profile is available at
21 <https://www.linkedin.com/in/yan-li-a204185/?originalSubdomain=cn> (last accessed Oct. 14,
22 2025).

23     26.     Attached as **Exhibit 19** is a true and correct copy of the Attorney Profile for Yan
24 Li from the State Bar of California. This Attorney Profile identifies him as having yet a third role,
25 employed by Tencent Technology (Shanghai) Co., Ltd. This Attorney Profile is available at
26 <https://apps.calbar.ca.gov/attorney/Licensee/Detail/240658> (last accessed Oct. 14, 2025).

27     27.     Attached as **Exhibit 20** is a true and correct copy of the Declaration of Jung Won
28 Byun in support of Defendants' Notice of Removal filed in *Milito v. Tencent America LLC et al.*,

1  No. 2:25-cv-1042 (W.D. Wash. June 5, 2025) (ECF No. 3), which was retrieved from PACER at

2  my instruction on October 15, 2025. The first page bears the Court's CM/ECF header reflecting

3  the filing date and docket number and Byun's declaration under penalty of perjury that Byun

4  submitted the declaration "in support of Defendants Tencent America LLC, Tencent Cloud LLC,

5  and Proxima Beta U.S. LLC's ("Defendants") Notice of Removal." The second page bears Byun's

6  declaration under penalty of perjury that Byun was a Tencent Holdings Ltd. employee at the time

7  of filing. On page 1 of her declaration, Ms. Byun identified herself as "an in-house counsel in the

8  Legal Department of Tencent Holdings Limited." She submitted her declaration in support of a

9  motion by Tencent America LLC, Tencent Cloud LLC, and Proxima Beta U.S. LLC, and on page

10  2 of her declaration, she stated that all three of those entities are "indirectly owned 100% by

11  Tencent Holdings Limited."

28.    **Exhibit 21** is omitted from this declaration.

29.    Attached as **Exhibit 22** is a true and correct copy of an announcement by the Commission for the Protection of Competition of the Republic of Cyprus, dated September 15, 2021, that is labeled as a Notification of concentration concerning the acquisition by Tencent Holdings Limited of part of the share capital of 1C Entertainment Spolka Akycyjna, through Proxima Beta Europe B.V., *available at* <https://www.competition.gov.cy/competition/competition.nsf/All/4F4B0AA9309C35DDC22587510035053B> (last accessed Oct. 14, 2025). The Notification states that it received a notification of concentration by Tencent Holdings Limited and that "Proxima Beta Pte. Limited … is eventually controlled by Tencent Holdings Limited."

30.    Attached as **Exhibit 23** is a true and correct printout of the LinkedIn profile page for Brent Irvin. Mr. Irvin's profile lists his present titles under the company "Tencent Holdings Limited" as "Vice President, General Counsel and Head of Global Corporate Affairs" and "President, Tencent Americas." His LinkedIn profile is available at <https://www.linkedin.com/in/brentirvin/?originalSubdomain=cn> (last accessed October 14, 2025).

31. Attached as **Exhibit 24.A** is a true and correct copy of Internet Archive, Steam, Light of Motiram, <https://store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM/> (last accessed June 12, 2025). Attached as **Exhibit 24.B** is a slipsheet indicating that a video appearing on this page is being lodged with the Court in native format. Attached as **Exhibit 24.C** is a slipsheet indicating that a second video appearing on this page is being lodged in native format.

32. Attached as **Exhibit 25.A.** is a true and correct copy of @Gematsu, YouTube, screen capture of the URL <https://www.youtube.com/watch?v=PqwoP_cTo4I>, "Light of Motiram - 16 Minutes of Gameplay," Nov. 28, 2024 (last accessed June 12, 2025). Attached as **Exhibit 25.B.** is a slipsheet indicating that this video is being lodged with the Court in native format.

33. Attached as **Exhibit 26.A** are true and correct copies of Steam, Light of Motiram, "Welcome to Light of Motiram on Steam," Nov. 29, 2024, <https://steamcommunity.com/app/3319630/eventcomments/4625855423768041356?snr=2_9_10 0003_> (last accessed June 12, 2025). Attached as **Exhibit 26.B** is a slipsheet indicating that a video appearing on this page is being lodged with the Court in native format. Attached as **Exhibit 26.C** is a slipsheet indicating that a second video appearing on this page is being lodged in native format.

34. Attached as **Exhibit 27.A** @LightofMotiram, YouTube, "Unveiling LIGHT OF MOTIRAM: Dev Insights & Gameplay Showcase," Apr. 22, 2025, <https://www.youtube.com/watch?v=3mt0QDRCoeI> (last accessed June 12, 2025). Attached as **Exhibit 27.B** is a slipsheet indicating this video is being provided to the Court in native format.

35. Attached as **Exhibit 28.A** is a true copy of the @LightofMotiram, YouTube, "From Destruction to Redemption - Rammasun | LIGHT OF MOTIRAM Cinematic & Gameplay Trailer," July 11, 2025, <https://www.youtube.com/watch?v=6prk0Jxg7Cw> (last accessed July 25, 2025). **Exhibit 28.B** is a true copy of @LIGHTOFMOTIRAM, X, "RAMMASUN Cinematic & Gameplay Trailer," July 11, 2025, <https://x.com/LIGHTOFMOTIRAM/status/1943596681360269538> (last accessed July 23,

1  2025). Attached as **Exhibit 28.C** is a slipsheet indicating the trailer is being provided to the Court
2  in native format.
3      36.    Attached as **Exhibit 29** is a true and correct copy of LIGHT OF MOTIRAM
4  Coming Soon - Epic Games Store, Epic Games, <https://store.epicgames.com/en-US/p/light-of-
5  motiram-094dff> (last accessed June 12, 2025).
6      37.    Attached as **Exhibit 30.A** is a true and correct copy of @LightofMotiram,
7  YouTube, "LIGHT OF MOTIRAM | Official Announcement Trailer", Nov. 29, 2024,
8  <https://www.youtube.com/watch?v=7bABDo5r5fg> (last accessed June 12, 2025).  Attached as
9  **Exhibit 30.B** is a slipsheet indicating the trailer is being provided to the Court in native format.
10     38.    Attached as **Exhibit 31** is a true and correct copy of LIGHT OF MOTIRAM
11 (@lightof motiram) – Instagram photos and videos, available at
12 <https://www.instagram.com/lightofmotiram> (last accessed June 17, 2025).
13     39.    Attached as **Exhibit 32** is a true and correct copy of the LIGHT OF MOTIRAM
14 Facebook page, available at <https://www.facebook.com/LIGHTOFMOTIRAM> (last accessed
15 September 24, 2025).
16     40.    Attached as **Exhibit 33** is a true and correct copy of Internet Archive, Steam Light
17 of Motiram, December 1, 2024, available at <https://web.archive.org/web/20241201080716/https:
18 //store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM/> (last accessed October 8,
19 2025).
20     41.    Attached as **Exhibit 34** is a true and correct copy of LIGHT OF MOTIRAM on
21 Steam available at <https://web.archive.org
22 /web/20241128103525/https:/store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM/>
23 (last accessed June 12, 2025).
24     42.    Attached as **Exhibit 35.A** is a true and correct copy of the screen capture of the
25 YouTube LIGHT OF MOTIRAM page "From Destruction to Redemption – Rammasun – LIGHT
26 OF MOTIRAM Cinematic & Gameplay Trailer" available
27 at  <https://www.youtube.com/watch?v=6prk0Jxg7Cw> (last accessed on July 25, 2025).
28

Attached as **Exhibit 35.B** is a slipsheet indicating this video is being lodged with the Court in native format.

43. Attached as **Exhibit 36** is a true and correct copy of a screen capture of the Light of Motiram Facebook page available at <https://www.facebook.com/photo/?fbid=122157031514328404&set=a.122100048092328404> (last accessed October 8, 2025).

44. Attached as **Exhibit 37** is a true and correct copy of a screen capture of the LIGHTOFMOTIRAM – Official Website available at <https://web.archive.org/web/20250615093720/https://lightofmotiram.com/EN/index.html#mech > (last accessed August 8, 2025).

45. Attached as **Exhibit 38** is a true and correct copy of a screen capture of the Light of Motiram Reddit page available at <https://web.archive.org/web/20250601083502/https://www.reddit.com/r/LIGHTOFMOTlRAM/ > (last accessed October 8, 2025).

46. Attached as **Exhibit 39** is a true and correct copy of the trademark application Serial Number 98185878 for the mark LIGHT OF MOTIRAM downloaded from the official United States Patent and Trademark Office website. The application indicates that the owner of the mark is Tencent Holdings Limited and includes a declaration of a bona fide intention to use the mark in U.S. commerce at pages 11-14 of the pdf.

47. Attached as **Exhibit 40** is a true and correct copy of the registration certificate for trademark number 7,434,160, a registration for LIGHT OF MOTIRAM downloaded from the official United States Patent and Trademark Office website. The USPTO record shows that the mark LIGHT OF MOTIRAM is owned by Tencent Holdings Limited and has been registered in the United States since July 2, 2024.

48. Exhibits 1-9, 12, 13, 15, 16, 18-19, 21-39 were captured using the Page Vault software. Attached as **Exhibit 41** is a true and correct copy of the Affidavit of Alexander J.W. Sappington, Co-Chief Executive Officer at Page Vault, Inc. describing how these exhibits were captured at my direction and verifying their authenticity.

I declare under penalty of perjury the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of October 2025, at San Francisco, California.

           /s/ *Annette L. Hurst*
           Annette L. Hurst