# Exhibit 4



| | |
|---|---|
| Document title: | Tencent - Tencent 腾讯 |
| Capture URL: | https://www.tencent.com/en-us/about.html |
| Page loaded at (UTC): | Wed, 15 Oct 2025 13:15:35 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 13:16:15 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 8 |
| Capture ID: | 6XmBchfrLZo9kwYbXqxyYB |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     i6MZvjCYQxGtrb8HgMrZ1W



Tencent

| About Us | Vision & Mission | Milestones | Company Structure | Management Team | Our Culture | Our Offices |

# About Us

Tencent is a world-leading internet and technology company that develops innovative products and services to improve the quality of life of people around the world.

Founded in 1998 with its headquarters in Shenzhen, China, Tencent's guiding principle is to use technology for good. Our communication and social services connect more than one billion people around the world, helping them to keep in touch with friends and family, access transportation, pay for daily necessities, and even be entertained.

Tencent also publishes some of the world's most popular video games and other high-quality digital content, enriching interactive entertainment experiences for people around the globe.

Tencent also offers a range of services such as cloud computing, advertising, FinTech, and other enterprise services to support our clients' digital transformation and business growth.

Tencent has been listed on the Stock Exchange of Hong Kong since 2004.

## Vision & Mission

## Value for Users, Tech for Good

User value is our guiding principle, we strive to incorporate social responsibility into our products and services; promote technology innovation and cultural vitality; help industries digitally upgrade; collaborate for the sustainable development of society.

incorporate social responsibility into our products and services; promote technology innovation and cultural vitality; help industries digitally upgrade; collaborate for the sustainable development of society.



## 2023

| | |
|---|---|
| Dec | Tencent launches climate community platform TanLIVE globally |
| Nov | Becomes a signatory of Women's Empowerment Principles (WEPs) of UN Women |
| Nov | Tencent partners with the Innovate for Climate Tech coalition facilitated by COP28 |
| Sep | Tencent unveils Hunyuan, our proprietary foundation model |
| Aug | Becomes a UN Global Compact (UNGC) participant |
| Jul | Weixin Pay enhances services for overseas visitors to China by including some foreign credit and debit cards |
| Jun | Tencent shares available under dual-counter model in both HKD and RMB |
| May | Tencent receives SBTi validation for its GHG emissions reduction targets |

## 2022

| | |
|---|---|
| Dec | Tencent launches TanLIVE to drive low-carbon future |
| Aug | Tencent and key industry players jointly formed Global Carbon Neutral Technology Alliance to help break down technological barriers to addressing the climate crisis |
| Feb | Tencent pledges to achieve carbon neutrality in its own operations and across its supply chain, and use green power for 100% of all electricity consumed by 2030 |
| Jan | The Olympic Council of Asia and Tencent reach strategic cooperation for e-sports development |
| Jan | WeCom integrates Tencent Meeting and Tencent Docs apps, offering one-stop collaborative tool for enterprises |

## 2021

| | |
|---|---|
| Dec | Tencent Games launched international publishing brand Level Infinite |
| Apr | Tencent unveils Blueprint of Sustainable Innovations for Social Value as a core development strategy with an initial investment of RMB50 billion |
| Jan | Weixin Search MAU crossed 500 million |
| Jan | Tencent launches its Carbon Neutrality initiative, becoming one of the first internet companies in China to publish a carbon neutrality plan |

# Company Structure

**Tencent 腾讯**

| CDG | CSIG | IEG | PCG | TEG | WXG |
|---|---|---|---|---|---|
| Corporate Development Group | Cloud & Smart Industries Group | Interactive Entertainment Group | Platform & Content Group | Technology Engineering Group | Weixin Group |

As the platform for the company's new business incubation and new business exploration, CDG is responsible for promoting development and innovation for important areas such as financial technology and advertising, as well as marketing services, including payment and financial applications. As a professional support platform, CDG also supports the company and various business groups in strategic planning, investments and mergers, investor relations and corporate global communications, marketing and public relations, and more.

# Management Team



**MA Huateng (Pony Ma)**
Co-Founder
Chairman of the Board and Chief Executive Officer



**LAU Chi Ping (Martin Lau)**
President



**XU Chenye (Daniel Xu)**
Co-Founder
Chief Information Officer

**REN Yuxin (Mark Ren)**
Chief Operating Officer
President of Interactive Entertainment Group
President of Platform & Content Group



**ZHANG Xiaolong (Allen Zhang)**
Senior Executive Vice President
President of Weixin Group



**James Mitchell**
Chief Strategy Officer
Senior Executive Vice President



**TONG Taosang (Dowson Tong)**
Senior Executive Vice President
President of Cloud and Smart Industries Group

**LU Shan**
Senior Executive Vice President
President of Technology and Engineering Group





(Allen Zhang)

Senior Executive Vice President
President of Weixin Group

Mitchell

Chief Strategy Officer
Senior Executive Vice President

(Dowson Tong)

Senior Executive Vice President
President of Cloud and Smart Industries Group

LU Shan

Senior Executive Vice President
President of Technology and Engineering Group



MA Xiaoyi
(Steven Ma)

Senior Vice President



Davis Lin

Senior Vice President

John Lo

Chief Financial Officer
Senior Vice President

GUO Kaitian
(Leon Guo)

Senior Vice President

XI Dan

Senior Vice President

YEUNG Kwok On
(Arthur Yeung)

Senior Management Adviser

# Advisor Emeritus

ZHANG Zhidong
(Tony Zhang)

Co-Founder
Advisor Emeritus
Honorary Dean of Tencent Academy

CHEN Yidan
(Charles Chen)

Co-Founder
Advisor Emeritus
Founder and Honorary Chairman of Tencent Charity Foundation

ZENG Liqing
(Jason Zeng)

Co-Founder
Advisor Emeritus

# Board Members





## Our Culture

### Values

**Integrity**
Uphold principles, ethics, openness and fairness.

**Proactivity**
Pursue positive contributions, volunteer for responsibility and push for breakthroughs.

**Collaboration**
Be inclusive and collaborative, strive to progress and evolve.

**Creativity**
Push for breakthrough innovations, explore the possibilities of the future.



## Our Offices

**Asia Pacific**    **Americas**    **Europe**    **Middle East & Africa**

**Shenzhen**

**Shenzhen Headquarters**
Tencent Binhai Building, No. 33, Haitian Second Road, Nanshan District, Shenzhen
518054
Tel:+86-755-86013388

**Bangkok**
8 T One Building, Soi Sukhumvit 40, Sukhumvit Road, Phra Khanong, Khlong Toei, Bangkok
10110
Website: https://www.tencent.co.th/th

**Hong Kong**
Wanchai
Level 29, Three Pacific Place, 1 Queen's Road East

**Auckland**
7-9 Fanshawe Street, Auckland

**Canberra**
60 Marcus Clarke Street Canberra City

**Gurgaon**
Spaze I-Tech Park, Sector 49, Gurgaon-Sohna Road, Gurgaon Haryana



### Hong Kong

Wanchai
Level 29, Three Pacific Place, 1 Queen's Road East
Tel:+852-31485100

Tsim Sha Tsui
37/F, Tower 5, The Gateway, 15 Canton Road, Tsim Sha Tsui, Kowloon, Hong Kong
Tel:+852-31485100

### Gurgaon

Spaze I-Tech Park, Sector 49, Gurgaon-Sohna Road, Gurgaon
Haryana
122001

### Islamabad

F-7/2 Rana market, Islamabad

### Jakarta

Menara BCA, Jl. M.H. Thamrin No.1, RT.1/RW.5, Menteng, Central Jakarta City, Jakarta
10310

### Kuala Lumpur

Centrepoint South Tower, Mid Valley City, Lingkaran Syed Putra, 59200 Kuala Lumpur
59200

### Seoul

Tencent Korea, 40F Gangnam Finance Center, 152, Teheran-ro, Gangnam-gu, Seoul
06236

### Singapore

79 Robinson Road #07-01, Singapore
068897

### Sydney

Level 17, 175 Pitt Street, Sydney
NSW 2000

### Tokyo

1-23-1 Toranomon, Minato-ku, Tokyo,  Toranomon Hills Mori Tower 105-6329
Business Tower 1-17-1Toranomon,Minato-ku,Tokyo 150-6490
Website:https://tencentjapan.com

### Osaka

Compass Offices, Inogate Osaka, 3 Chome-2-123 Umeda, Kita Ward, Osaka, Tencent Japan GK
530-0001

Follow Us     

Join Us                     Contact Us              Legal Information                            

Tencent Careers             Customer Services       Service Agreement

### Islamabad
F-7/2 Rana market, Islamabad

### Jakarta
Menara BCA, Jl. M.H. Thamrin No.1, RT.1/RW.5, Menteng, Central Jakarta City, Jakarta
10310

### Kuala Lumpur
Centrepoint South Tower, Mid Valley City, Lingkaran Syed Putra, 59200 Kuala Lumpur
59200

### Seoul
Tencent Korea, 40F Gangnam Finance Center, 152, Teheran-ro, Gangnam-gu, Seoul
06236

### Singapore
79 Robinson Road #07-01, Singapore
068897

### Sydney
Level 17, 175 Pitt Street, Sydney
NSW 2000

### Tokyo
1-23-1 Toranomon, Minato-ku, Tokyo,  Toranomon Hills Mori Tower 105-6329
Business Tower 1-17-1Toranomon,Minato-ku,Tokyo
150-6490
Website: https://tencentjapan.com

### Osaka
Compass Offices, Inogate Osaka, 3 Chome-2-123 Umeda, Kita Ward, Osaka, Tencent Japan GK
530-0001

Follow Us      

### Join Us
Tencent Careers
Campus Recruitment
Global Recruitment

### Contact Us
Customer Services
Partnership
Procurement
Compliance
Media & Investors

### Legal Information
Service Agreement
Privacy Policy
Intellectual Property Rights

Tencent 腾讯

Legal Statement    Integrity Policy    Site Map    粤网文[2023]2882-203号    粤B2-20090059-1    粤公网安⚪ 44030502008569号

Copyright © 1998 - 2025 Tencent. All Rights Reserved. □□□ □□□



Document title: Tencent - Tencent 腾讯
Capture URL: https://www.tencent.com/en-us/about.html
Capture timestamp (UTC): Wed, 15 Oct 2025 13:16:15 GMT
Page 7 of 7