# Exhibit 5

PageVault

| | |
|---|---|
| Document title: | Service Agreement - Tencent 腾讯 |
| Capture URL: | https://www.tencent.com/en-us/service-agreement.html |
| Page loaded at (UTC): | Wed, 15 Oct 2025 13:17:18 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 13:17:55 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 5 |
| Capture ID: | 56nT35vyAvTGyKPFrnyvt3 |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     t5CGtPat1Fi4x6Dwrwfq1W



Home  >  Terms of Service

Last modified: 13 September 2022

**INTRODUCTION**

**Welcome to the Tencent Corporate Webpage!**

*Compliance with these Terms*

**These terms of service ("Terms") apply to you when you use the Tencent Corporate Webpage (including Tencent.com and its informational sub-pages, and submissions through the "Media and Investor Relations Contact" page) (the "Webpage").**

**If you use products or services operated by Tencent or its affiliates, or if you have questions about a specific Tencent product or service, please refer to the terms of service or end user license agreement ("EULA") applicable to that particular product or service.**

These Terms do not apply to you if you are a user accessing the Webpage from the People's Republic of China (for the purposes of these Terms, excluding Hong Kong SAR, Macau SAR and Taiwan) (**"PRC"**). **Instead, your use of the Webpage is subject to the** Terms of Service (PRC Users).

Please review these Terms, and our policies and instructions, to understand how you can and cannot use the Webpage. You must comply with these Terms when you use the Webpage, and only use the Webpage in accordance with applicable law.

If you do not agree to these Terms, you must not use the Webpage.

*Contracting Entity*

The Webpage is provided by Tencent Holdings Limited, a Cayman company located at Cricket Square, Hutchins Drive, P.O. Box 2681 Grand Cayman KY1-1111, Cayman Islands ("*we*", "*our*" and "*us*").

If you use products or services operated by Tencent or its affiliates, the relevant contracting entity will be specified in the terms of service or EULA specific to that product or service.

*Language*

We may translate these Terms into multiple languages. If there is any difference between the English version and any other language version of these Terms, the English version will apply (to the extent of the difference and to the extent permitted by applicable law).

**ADDITIONAL TERMS AND POLICIES**

Please refer to our Privacy Policy for information on how we collect and use your personal data when you use the Webpage.

*Product or service-specific terms and policies*

Tencent group offers a diverse range of products and services and there are specific terms and policies

ADDITIONAL TERMS AND POLICIES

Please refer to our Privacy Policy for information on how we collect and use your personal data when you use the Webpage.

*Product or service-specific terms and policies*

Tencent group offers a diverse range of products and services and there are specific terms and policies applicable to your use of such products and services which are set out in those particular products and services' terms of service or EULA (and not in these Terms).

Additionally, when using such products and services, the following product or service-specific policies may also be applicable to you:

- Privacy Policy – which sets out how we collect, store and use your personal information;
- Cookies Policy – which sets out how we use cookies and log files in our services; and
- Acceptable Use Policy – which sets out rules of good behaviour applicable to your use of our services.

CHANGES TO TERMS AND OUR SERVICES

We may need to make changes or update these Terms to reflect changes in law, or to reflect changes to the Webpage and its features. To the extent permitted by applicable law, we may update the Webpage and Terms without notifying you except for updating the last modified date at the top of these Terms.

By continuing to use the Webpage, you are agreeing to be bound by these revised Terms.

THIRD PARTY CONTENT AND SERVICES

Please note that while we aim to provide accurate content, we are not responsible for and we do not endorse, support or guarantee the lawfulness, accuracy or reliability of any third party content displayed by or linked by the Webpage. You acknowledge and agree that any reliance on or use of any third party content on or accessible from the Webpage may be inaccurate and misleading and not representative of our views.

COMMERCIAL CONTENT ON THE WEBPAGE

From time to time, we may integrate or display commercial content in the Webpage, such as for events or updates.

OUR INTELLECTUAL PROPERTY RIGHTS

We own or have the right to use the intellectual property that is used in connection with or appears on the Webpage. We may use any comments or suggestions voluntarily submitted by you at our discretion without any restrictions, permission, payment or other obligation to you.

If you use or download any information or software provided on the Webpage, any intellectual property rights that we have and make available (including any trademarks, product names, logos, domain names, or other distinctive brand features) continue to belong to us and our licensors, and you can only use them with our prior written permission.

You may not copy, modify, reverse compile, reverse engineer or extract source codes from the Webpage or software.

WARRANTY AND DISCLAIMER

The Webpage is provided on an "as is" and "as available" basis. We cannot guarantee that the Webpage will be uninterrupted, safe, secure or error-free, or free from viruses. TO THE EXTENT PERMITTED BY APPLICABLE LAW, YOU WAIVE ANY AND ALL IMPLIED REPRESENTATIONS, WARRANTIES AND UNDERTAKINGS, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT.

*LIABILITY FOR THE WEBPAGE*

Our liability in connection with these Terms, and the Webpage, is limited to the fullest extent permitted by applicable law. Unless prohibited by law, we will not be liable under any circumstances for any indirect, special, consequential, exemplary or punitive damages or for any loss of business, revenues, profits, goodwill, content or data, including (without limitation) due to malware or hackers, the malfunction of any software or systems, or



Document title: Service Agreement - Tencent 腾讯
Capture URL: https://www.tencent.com/en-us/service-agreement.html
Capture timestamp (UTC): Wed, 15 Oct 2025 13:17:55 GMT

Our liability in connection with these Terms, and the Webpage, is limited to the fullest extent permitted by applicable law. Unless prohibited by law, we will not be liable under any circumstances for any indirect, special, consequential, exemplary or punitive damages or for any loss of business, revenues, profits, goodwill, content or data, including (without limitation) due to malware or hackers, the malfunction of any software or systems, or any unauthorized use or reasons beyond our control, even if we know they are possible.

*INDEMNITY*

You agree that you indemnify us, our partners and our affiliates from and against any claim, suit, action, demand, damage, debt, loss, cost, expense (including litigation costs and attorneys' fees) and liability arising from or relating to: (i) your use of the Webpage; or (ii) your breach of these Terms.

**Termination**

These Terms will apply to your use of the Webpage until access to the Webpage is terminated by us. We may suspend or terminate access to the Webpage for any reason.

**GENERAL**

These Terms are the entire agreement between you and us for the Webpage. You will have no claim against us for anything which is not explicitly set out in these Terms. If any part of these Terms is found to be invalid, this will not affect the validity or enforceability of any other part. If a court holds that we cannot enforce any part of these Terms, we may replace those terms with similar terms to the extent enforceable under applicable law. If we fail to enforce any provision of these Terms, it will not be construed to be a waiver of any rights. Any rights and obligations under these Terms which by their nature should survive, including but not limited to any obligations in relation to the liability of, or indemnities (if any) given by, the respective parties, will remain in effect after termination or expiration of these Terms.

No other person will have any right to enforce these Terms against any party, and you may not delegate, assign or transfer these Terms or any rights or obligations under these Terms, without our prior consent. We may freely assign, transfer or sub-contract these Terms or our rights and obligations under these Terms, in whole or in part, without your prior consent or notice. You acknowledge and agree that in no event will our partners or affiliate companies have any liability under these Terms.

**GOVERNING LAW AND DISPUTE RESOLUTION**

Except to the extent that: (i) any applicable additional terms incorporated into these Terms provide differently, or (ii) the applicable law of your jurisdiction mandate otherwise (for instance, you may have statutory rights in your jurisdiction in relation to bringing or defending claims in a local court (including small claims court or similar court), these Terms and any dispute or claim arising out of or in connection with these Terms will be governed by the law of the Hong Kong Special Administrative Region.

Any dispute, controversy or claim arising out of, relating to, or in connection with these Terms, including their existence, validity, interpretation, performance, breach or termination, will be resolved by arbitration administered by the Hong Kong International Arbitration Centre under the Hong Kong International Arbitration Centre Administered Arbitration rules in force when the Notice of Arbitration is submitted. The seat of the arbitration will be Hong Kong. There will be one arbitrator only. The arbitration proceedings will be conducted in English.

Follow Us     

| Join Us | Contact Us | Legal Information |
|---|---|---|
| Tencent Careers | Customer Services | Service Agreement |

## Termination

These Terms will apply to your use of the Webpage until access to the Webpage is terminated by us. We may suspend or terminate access to the Webpage for any reason.

## GENERAL

These Terms are the entire agreement between you and us for the Webpage. You will have no claim against us for anything which is not explicitly set out in these Terms. If any part of these Terms is found to be invalid, this will not affect the validity or enforceability of any other part. If a court holds that we cannot enforce any part of these Terms, we may replace those terms with similar terms to the extent enforceable under applicable law. If we fail to enforce any provision of these Terms, it will not be construed to be a waiver of any rights. Any rights and obligations under these Terms which by their nature should survive, including but not limited to any obligations in relation to the liability of, or indemnities (if any) given by, the respective parties, will remain in effect after termination or expiration of these Terms.

No other person will have any right to enforce these Terms against any party, and you may not delegate, assign or transfer these Terms or any rights or obligations under these Terms, without our prior consent. We may freely assign, transfer or sub-contract these Terms or our rights and obligations under these Terms, in whole or in part, without your prior consent or notice. You acknowledge and agree that in no event will our partners or affiliate companies have any liability under these Terms.

## GOVERNING LAW AND DISPUTE RESOLUTION

Except to the extent that: (i) any applicable additional terms incorporated into these Terms provide differently, or (ii) the applicable law of your jurisdiction mandate otherwise (for instance, you may have statutory rights in your jurisdiction in relation to bringing or defending claims in a local court (including small claims court or similar court), these Terms and any dispute or claim arising out of or in connection with these Terms will be governed by the law of the Hong Kong Special Administrative Region.

Any dispute, controversy or claim arising out of, relating to, or in connection with these Terms, including their existence, validity, interpretation, performance, breach or termination, will be resolved by arbitration administered by the Hong Kong International Arbitration Centre under the Hong Kong International Arbitration Centre Administered Arbitration rules in force when the Notice of Arbitration is submitted. The seat of the arbitration will be Hong Kong. There will be one arbitrator only. The arbitration proceedings will be conducted in English.

---

Follow Us    

### Join Us

- Tencent Careers
- Campus Recruitment
- Global Recruitment

### Contact Us

- Customer Services
- Partnership
- Procurement
- Compliance
- Media & Investors

### Legal Information

- Service Agreement
- Privacy Policy
- Intellectual Property Rights

Legal Statement   Integrity Policy   Site Map   粤网文[2023]2882-203号   粤B2-20090059-1   粤公网安⬜ 44030502008569号

Copyright © 1998 - 2025 Tencent. All Rights Reserved. ⬜⬜⬜ ⬜⬜⬜

Document title: Service Agreement - Tencent 腾讯
Capture URL: https://www.tencent.com/en-us/service-agreement.html
Capture timestamp (UTC): Wed, 15 Oct 2025 13:17:55 GMT

Page 4 of 4