# Exhibit 7



| | |
|---|---|
| Document title: | Privacy Policy - Tencent 腾讯 |
| Capture URL: | https://www.tencent.com/en-us/privacy-policy.html |
| Page loaded at (UTC): | Wed, 15 Oct 2025 13:16:36 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 13:17:12 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 5 |
| Capture ID: | ijoRQJwHvg26bScovzHjJK |
| Display Name: | johnathon.mann |

PDF REFERENCE #:      bqAeUCKbDEeY5C2LxbzAXM

# Privacy Policy

Home  >  Privacy Policy

# Tencent Corporate Webpage & Enquiries Submission Privacy Policy

Last Updated: November 2021

Tencent Holdings Limited adopts this Privacy Policy in regards to the use of the Tencent Corporate Webpage (including Tencent.com and its informational sub-pages, and submissions through the **"Media and Investor Relations Contact"** page). If you have questions about a specific Tencent product or service, please refer to the privacy policy for the applicable product or service.

**Welcome to the Tencent Corporate Webpage!**

Thank you for visiting the Tencent Corporate Webpage! We respect your privacy and appreciate your trust and confidence in us.

This privacy policy ("**Privacy Policy**") explains the *when*, *how* and *why* when it comes to processing of your personal information on the Tencent.com website and its sub-domains for information introductions, as well as any enquiries submitted through the **"Media and Investor Relations Contact"** page (the "**Webpage**"), and sets out your choices and rights in relation to that information. Please read this carefully – it is very important for you to understand how we collect and use your information, and how you can manage it.

As stated above, this Privacy Policy only applies to the Tencent Corporate Webpage (including Tencent.com and its informational sub-pages, and enquiries submitted through the **"Media and Investor Relations Contact"** page). If you use products or services operated by Tencent or its affiliates, and you would like to understand how data is processed, you will need to review the privacy policy for that particular product or service. This Privacy Policy similarly does not apply to any products or services which may otherwise make API calls using, or be accessible via, a Tencent.com subdomain.

For information about how Tencent processes supplier's information, please click **here**.

**If you do not agree to the processing of your personal information in the way this Privacy Policy describes, please do not provide your information when requested and stop using the Webpage. By continuing to use the Webpage you are acknowledging our rules regarding your personal information as described in this Privacy Policy.**

**1. The Types of Personal Information We Use**

This section describes the different types of personal information we collect from you and how we collect it. If you would like to know more about specific types of data and how we use that data, please see the section entitled **"How we use your personal information"** below.

The following is a high-level summary of the types of personal information we use:

Document title: Privacy Policy - Tencent 腾讯
Capture URL: https://www.tencent.com/en-us/privacy-policy.html
Capture timestamp (UTC): Wed, 15 Oct 2025 13:17:12 GMT
Page 1 of 4

## 1. The Types of Personal Information We Use

This section describes the different types of personal information we collect from you and how we collect it. If you would like to know more about specific types of data and how we use that data, please see the section entitled "*How we use your personal information*" below.

The following is a high-level summary of the types of personal information we use:

**Information you provide to us**

When you submit an enquiry via the "*Media and Investor Relations Contact*" page on our Webpage or contact us using the contact information specified in this Privacy Policy, you provide us with certain information in relation to your enquiry.

**Cookie**

We use Cookies ("**Cookies**") to enhance your experience using the Webpage. Cookies are small files which, when placed on your device, enable us to provide certain features and functionality.

For more information about our Cookies policy, click *here*.

**Children**

Children must not use the Webpage for any purpose, except where their parent or guardian has provided consent.

By children, we mean users under the age of 18 years old.

We do not knowingly collect personal information from children for any purpose. If you believe that we have personal information of a child without parental/guardian consent, or if you are the parent or guardian of the user and wish to withdraw consent, please contact us at dataprotection@tencent.com and we will delete such information.

## 2. How We Use Your Personal Information

This section provides more detail on the types of personal information we collect from you and why.

When you submit an enquiry to us, in order to contact you and handle your questions, we will in accordance with the law only collect information that is strictly necessary and will not use it for other services. The specific information collected is as follows:

| Personal Information | Use |
| --- | --- |
| *Information you provide to us.* | |
| Enquiry Information:<br>• Name<br>• Company name<br>• Job title<br>• Email address<br>• Category of enquiry<br>• Message(enquiry detail) | We use this information to understand who is making the enquiry, what the enquiry relates to and to contact the person who made the enquiry. |

## 3. How We Store and Share Your Personal Information

Your personal information is processed by our servers located in the People's Republic of China. Our web maintenance and operation team, and our technical team, are located in the People's Republic of China.

We will follow legal provisions and regulations strictly, and will take strict and secure protective measures to safeguard your rights in accordance with this Privacy Policy.

We use Tencent Cloud to provide information storage services for this service.

**Only where reasonably necessary** will we share your personal information. Situations where this occur are:



maintenance and operation team, and our technical team, are located in the People's Republic of China.

We will follow legal provisions and regulations strictly, and will take strict and secure protective measures to safeguard your rights in accordance with this Privacy Policy.

We use Tencent Cloud to provide information storage services for this service.

*Only where reasonably necessary* will we share your personal information. Situations where this occur are:

- **Companies within our corporate group** who process your personal information in order to respond to your enquiries. All related group companies may only use your personal information in accordance with this Privacy Policy.

- **Regulators, judicial authorities and law enforcement agencies, and other third parties for safety, security, or compliance with the law.** There are circumstances in which we are legally required to disclose information about you to authorities, such as to comply with a legal obligation or processes, enforce our terms, address issues relating to security or fraud, or protect our users. These disclosures may be made with or without your consent, and with or without notice, in compliance with the terms of valid legal process such as a subpoena, court order, or search warrant. We are usually prohibited from notifying you of any such disclosures by the terms of the legal process. We may seek your consent to disclose information in response to a governmental entity's request when that governmental entity has not provided the required subpoena, court order, or search warrant. We may also disclose your information to:
  - enforce our terms and conditions and other agreements, including investigation of any potential violation thereof;
  - detect, prevent or otherwise address security, fraud or technical issues; or
  - protect the rights, property or safety of us, our users, a third party or the public as required or permitted by law (exchanging information with other companies and organisations for the purposes of fraud protection and credit risk reduction).

- **A third party that acquires all or substantially all of us or our business.** We may also disclose your information to third parties if we either: (a) sell, transfer, merge, consolidate or re-organise any part(s) of our business, or merge with, acquire or form a joint venture with, any other business, in which case we may disclose your data to any new owner or other third party involved in such change to our business; or (b) sell or transfer any of our assets, in which case the information we hold about you may be sold as part of those assets and may be transferred to any new owner or other third party involved in such sale or transfer.

## 4. The Security of Your Personal Information

We are committed to maintaining the privacy and integrity of your personal information no matter where it is stored. We have information security and access policies that limit access to our systems and technology, and we protect data through the use of technological protection measures such as encryption.

Unfortunately, although we have implemented and maintained reasonable measures to protect your personal information, the transmission of information via the internet is not completely secure. In the event of a security incident such as a personal data breach, we will initiate an emergency plan to prevent the magnification of the security incident, and will notify you via push notifications, announcements, etc.

## 5. Data Retention

We do not keep your data for longer than is necessary unless we are required to do so under law. We will retain your information as follows:

- *Information you provide to us when submitting the enquiry form or contacting us using the details specified in this Privacy Policy:* until your enquiry is resolved, and then erased within one hundred and eighty (180) days of such resolution, unless you agree to have this data retained and receive more information in the future.

- If we are required to retain your information beyond the retention periods set out above, for example to comply with applicable laws, we will store it separately from other types of personal information.

## 6. Your Rights

You have legal rights in relation to the personal information we hold about you (to the extent permitted under



## 5. Data Retention

We do not keep your data for longer than is necessary unless we are required to do so under law. We will retain your information as follows:

- *Information you provide to us when submitting the enquiry form or contacting us using the details specified in this Privacy Policy:* until your enquiry is resolved, and then erased within one hundred and eighty (180) days of such resolution, unless you agree to have this data retained and receive more information in the future.

- If we are required to retain your information beyond the retention periods set out above, for example to comply with applicable laws, we will store it separately from other types of personal information.

## 6. Your Rights

You have legal rights in relation to the personal information we hold about you (to the extent permitted under applicable laws and regulations). You may request access or corrections to the data we process about you.

To exercise any of your rights, please contact us at dataprotection@tencent.com

Please note that the Webpage does not engage in any personalised advertising. Any emails sent are in response to enquiries submitted by you and are service messages only.

## 7. Contact & Complaints

Questions, comments and requests regarding this Privacy Policy are welcome. We have set up a personal data protection team and assigned a designated personal data protection officer. If you have any questions, complaints, or suggestions about this Privacy Policy or data protection-related matters, please contact the data protection officer (the person in charge of personal data protection) for purposes of compliance with the applicable privacy law. The data protection officer can be contacted at dataprotection@tencent.com.

**In the event that you wish to make a complaint about how we process your personal information, please contact us in the first instance at dataprotection@tencent.com and we will endeavour to deal with your request as soon as possible.**

## 8. Changes

If we make any changes to this Privacy Policy we will post the updated Privacy Policy here. Please check this page frequently to see if there are any updates or changes to this Privacy Policy.

---

Follow Us        

| Join Us | Contact Us | Legal Information | |
|---|---|---|---|
| Tencent Careers | Customer Services | Service Agreement | |
| Campus Recruitment | Partnership | Privacy Policy | Tencent 腾讯 |
| Global Recruitment | Procurement | Intellectual Property Rights | |
| | Compliance | | |
| | Media & Investors | | |

Legal Statement     Integrity Policy     Site Map     粤网文[2023]2882-203号     粤B2-20090059-1     粤公网安□ 44030502008569号

Copyright © 1998 - 2025 Tencent. All Rights Reserved.  □□□ □□□