# Exhibit 9



| | |
|---|---|
| Document title: | About Tencent Games |
| Capture URL: | https://www.tencentgames.com/about.html |
| Page loaded at (UTC): | Wed, 15 Oct 2025 12:50:30 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 12:50:32 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 100.29.38.97 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 5 |
| Capture ID: | w6jFz4DcFhdPgLXnUwCWgH |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    a43SSc1AX6mkzEke7sAEvj



About Tencent Games        Games





Tencent Games is established in 2003. We are a leading platform for game development and operation. Tencent Games advocates the brand concept of "Super Digital Scene". We always pay close attention to the healthy growth of minors, and we are committed to promoting games to be an important driving force that can boost cutting-edge S&T development, excellent culture promotion, innovative talents incubation, and social welfare enhancement by way of technological innovation, creative stimulation, Industry-University-Research integration, global layout and public welfare practice, so as to create more breakthrough and constructive values for industrial and social development. Meanwhile, we actively promote the development of e-sports industry, work with global partners to build an open, collaborative and symbiotic industrial ecology, and create high-quality digital life experiences for users.

## Self-development Studio Groups



**TiMi Studio Group**                                                                                             Enter official website >

TiMi Studio Group is a game team for development and operation under Tencent Games. Adhering to the vision of improving the entertainment quality for global players, TiMi has devoted itself to many game segments and established a world-class core R&D capability.

TiMi has continuously launched many popular products since its establishment in 2008, covering MOBA, RPG, shooting, racing, strategy, leisure and other categories. We have accumulated rich cross-platform R&D experience. There are a number of well-known games developed by TiMi, including Honor of Kings, QQ Flying Car, Cross Fire: King of Gun Battle, Call of Duty: Mobile, Arena of Valor,Craz3 Match, which provide excellent gaming and entertainment experiences for hundreds of millions of users around the world.

While expanding the game category, TiMi is also committed to continuously exploring social value of games and empowering games through cultural and creative practice as well as e-sports exploration, thus delivering positive energy to more players.



**Lightspeed Studios**                                                                                            Enter official website >

As a world-renowned game R&D team, Tencent Lightspeed Studios has adhered to the strategy of quality and internationalization since its establishment. We are committed to building a Lightspeed universe platform to connect global players and game ecology.

Based on strong game R&D strength and broad product line, Lightspeed Studios has actively expanded in the fields of IP derivatives, e-sports ecology and social responsibility. We continue to deepen the game technology and the core competence of art, and build a R&D layout in China, the United States, Singapore, Canada, Britain, France, Japan, South Korea, New Zealand, United Arab Emirates and other countries and regions. We are constantly exploring the infinite possibilities of games.



**Morefun Studios**                                                                                               Enter official website >

Morefun Studios, established in 2010, is one of the four major studio groups of Tencent IEG (Interactive Entertainment Group), consisting of three studios: Magician, Magic Mirror and Devil.

Morefun Studios runs many top IP projects globally, such as Naruto,Arena Breakout,ROCO Kingdom,The Outcast, and Ace Force. We are making effort in many game categories, including action, shooting, RPG and leisure.

With the vision of "Creating Game Memories of a Generation", Morefun Studios integrates characteristics, such as "coquettish, fanatical, extreme and specialized", into the heart of each fan of Morefun Studios, and constantly expands market in many fields to complete the mission of "creating amazing games".

"I hope that in the next decade of Morefun Studios, we can bravely express ourselves with great products and succeed in a way we like." – Head of Morefun Studios.

**Aurora Studios**

"I hope that in the next decade of Morefun Studios, we can bravely express ourselves with great products and succeed in a way we like." – Head of Morefun Studios.



Tencent Games | About Tencent Games | Games

### Aurora Studios

Aurora Studios, established in Shanghai at the end of 2007, is one of the earliest self-development large-scale studios founded by Tencent. The first-line employees of Aurora Studios come from international game producers such as Ubisoft and Epic. Aurora Studios owns three R&D studios, namely A1 Studio, A2 Studio and A3 Studio, and has its own game engine QuicksilverX.

Aurora Studios adheres to the R&D strategy of high-quality games. We are devoted to producing high-quality, diversified and highly-rated game masterpieces for global distribution. We have successfully and independently developed a number of well-known games, such as Tianya Mingyue Knife series, Xuanyuan Legend series, Light and Night Mobile, and Ring of Elysium.

## Brand Event

**2023**
TGC

**2022**
GODDESS OF VICTORY: NIKKE officially launched.
Tower of Fantasy (Global) officially launched.
Lightspeed Studios launched a global brand upgrade and activated a brand-new overseas brand "LIGHTSPEED STUDIOS".
Tencent Games officially launched seven game tech projects.

**2021**
Tencent Games officially launched a new overseas brand Level Infinite to bring high-quality gaming experience to global players.
League of Legends, Honor of Kings Asian Games Edition, Game for Peace Asian Games Edition and FIFA Online4 were selected as the official competition events of 2022 Asian Games in Hangzhou.
League of Legends Mobile officially opened beta in Chinese mainland.
Tencent Interactive Entertainment cooperated with Universal Beijing Resort to explore new across-border experiences of theme parks.

**2020**
Put forward "super digital scene" strategy.

**2019**
Tencent Games upgraded its brand system and launched a new brand proposition, "Spark More".
Officially launched Game for Peace.
The cumulative registration of WeGame platform reached 300 million, with average monthly active users up to 70 million and the total number of games started up to 30 billion times.
TGC (Tencent Game Carnival) was upgraded to TGC Digital Cultural and Creative Festival.
Released Tencent Dream Plan to explore the positive social value of games in education and other fields.
Tencent cooperated with Nintendo to sell Switch consoles in China as an agent.

**2018**
The registered users of Honor of Kings exceeded 200 million.
PUBG Mobile, a combat special training mobile game self-developed by Lightspeed Studios, began to be tested for launching.
Tencent Games announced that it will fully deploy functional games.
According to a new cultural innovation strategy, Tencent Games interactive entertainment had become an important support in the new cultural innovation section.
PUBG Mobile has a global download volume of over 100 million.

| | |
|---|---|
| 2021 | Tencent Games officially launched a new overseas brand Level Infinite to bring high-quality gaming experience to global players. |
| | League of Legends, Honor of Kings Asian Games Edition, Game for Peace Asian Games Edition and FIFA Online4 were selected as the official competition events of 2022 Asian Games in Hangzhou. |
| | League of Legends Mobile officially opened beta in Chinese mainland. |
| | Tencent Interactive Entertainment cooperated with Universal Beijing Resort to explore new across-border experiences of theme parks. |
| 2020 | Put forward "super digital scene" strategy. |
| 2019 | Tencent Games upgraded its brand system and launched a new brand proposition, "Spark More". |
| | Officially launched Game for Peace. |
| | The cumulative registration of WeGame platform reached 300 million, with average monthly active users up to 70 million and the total number of games started up to 30 billion times. |
| | TGC (Tencent Game Carnival) was upgraded to TGC Digital Cultural and Creative Festival. |
| | Released Tencent Dream Plan to explore the positive social value of games in education and other fields. |
| | Tencent cooperated with Nintendo to sell Switch consoles in China as an agent. |
| 2018 | The registered users of Honor of Kings exceeded 200 million. |
| | PUBG Mobile, a combat special training mobile game self-developed by Lightspeed Studios, began to be tested for launching. |
| | Tencent Games announced that it will fully deploy functional games. |
| | According to a new cultural innovation strategy, Tencent Games interactive entertainment had become an important support in the new cultural innovation section. |
| | PUBG Mobile has a global download volume of over 100 million. |
| 2017 | Daily active users of the overseas edition of Honor of Kings exceeded 10 million. |
| | QQ Flying Car Mobile was launched with over 20 million daily active accounts. |
| | Tencent's Growth Guardian Platform was launched, becoming the first system solution for "healthy internet access for minors" in the domestic internet |

Show all ⌄

### Follow Us
- WeChat
- Sina Weibo
- Facebook
- Twitter
- LinkedIn

### Join Us
- Social Recruitment
- Campus Recruitment
- International Recruitment

### Contact Us
- Customer Service
- Cooperative Negotiation
- Service Procurement

### Legal Information
- Service Agreement
- Privacy Policy
- Intellectual Property

Tencent 腾讯