# Exhibit 10

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,162,173**

**Registered Sep. 29, 2020**

**Int. Cl.: 9, 41, 42**

**Service Mark**

**Trademark**

**Principal Register**

Tencent Holdings Limited  (CAYMAN ISLANDS CORPORATION)
P.o. Box 2681 Gt, Century Yard, Cricket Square, Hutchins Drive, George Town
Grand Cayman, CAYMAN ISLANDS

CLASS 9: Downloadable computer game software; downloadable computer game software for use on mobile and cellular phones; downloadable computer software applications for operating and playing games on computers or electronic devices, including mobile phones and tablets; recorded computer software for monitoring, upgrading and improving games that can be played on computers or electronic devices, including mobile phones and tablets; downloadable computer programs for supporting the payment and social networking functions of games that can be played on computers or electronic devices, including mobile phones and tablets; downloadable software for security and integrity of games that can be played on computers or electronic devices, including mobile phones and tablets

CLASS 41: Virtual reality game services provided on-line from a computer network; providing online computer games; publishing of games that can be played on computers or electronic devices, including mobile phones and tablets and entertainment services, namely, providing temporary use of non-downloadable computer games; organization of education or entertainment competitions in the field of games that can be played on computers or electronic devices, including mobile phones and tablets

CLASS 42: Computer software design; rental of computer software

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 018156087, FILED 11-21-2019, REG. NO. 018156087, DATED 03-06-2020, EXPIRES 11-21-2029

The mark consists of a design of a star with the word "Tencent" to the right of the design and the word "Games" underneath "Tencent".

No claim is made to the exclusive right to use the following apart from the mark as shown: "GAMES"

SER. NO. 88-707,058, FILED 11-26-2019



*Andrei Iancu*
Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.