# Exhibit 11

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

Serial Number: 98015306
Filing Date: 05/26/2023

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98015306 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\980\153\98015306\xml1 \ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | AURORA A TENCENT GAMES STUDIO |
| **COLOR MARK** | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a mountain design with the words AURORA A TENCENT GAMES STUDIO to the right of the design in a stacked form. |
| **PIXEL COUNT ACCEPTABLE** | NO |
| **PIXEL COUNT** | 947 x 250 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Tencent Holdings Limited |
| **INTERNAL ADDRESS** | PO Box 2681 GT, Century Yard, Cricket Sq |
| *MAILING ADDRESS | Hutchins Drive, George Town |
| *CITY | Grand Cayman |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Cayman Islands |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Cayman Islands |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 009 |
| *IDENTIFICATION | Downloadable computer and video game software; Recorded computer and video game software; downloadable computer and video game software via a global computer network and wireless devices; downloadable computer and video game software for personal computer and home video game consoles; downloadable computer and video game software for |

| | |
|---|---|
| | use on mobile and cellular phones |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 018872317 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | European Union Trademark - EUTM |
| **FOREIGN FILING DATE** | 05/09/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **INTERNATIONAL CLASS** | 041 |
| ***IDENTIFICATION** | Entertainment services, namely, games provided on-line from a computer network; providing online computer and video games; entertainment services, namely, providing temporary use of non-downloadable computer games; entertainment services, namely, computer and video game performances and appearances by professional e-sports competitors |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 018872317 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | European Union Trademark - EUTM |
| **FOREIGN FILING DATE** | 05/09/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **INTERNATIONAL CLASS** | 042 |
| ***IDENTIFICATION** | Providing on-line non-downloadable software for playing games; providing a website featuring non-downloadable software for playing computer and video games; providing online non-downloadable software for playing games; software as a service (SAAS) services featuring software for playing computer and video games; platform as a service (PAAS) services featuring software platforms for playing computer and video games; Design and development of computer and video game software |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 018872317 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | European Union Trademark - EUTM |
| **FOREIGN FILING DATE** | 05/09/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **ATTORNEY INFORMATION** | |
| **NAME** | Xheneta Ademi |
| **ATTORNEY DOCKET NUMBER** | 163284.00189 |

| | |
|---|---|
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Quarles & Brady LLP |
| **STREET** | 2020 K Street, NW, Suite 400 |
| **CITY** | Washington |
| **STATE** | District of Columbia |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 20006 |
| **PHONE** | 202-372-9600 |
| **FAX** | 202-372-9599 |
| **EMAIL ADDRESS** | tm-dept@quarles.com |
| **OTHER APPOINTED ATTORNEY** | Lori S. Meddings, Nicole M. Murray, Joel E. Tragesser, Heather L. Buchta, James J. Aquilina, Kelly Williams, Nicole J. Renouard, Li Zhu, Jordan R. Downham, Adam Garrett Hutchinson, Grace Stewart, Allison Bickford |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Xheneta Ademi |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tm-dept@quarles.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | julie.hughes@quarles.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 3 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| ***TOTAL FEES DUE** | 1050 |
| ***TOTAL FEES PAID** | 1050 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Xheneta Ademi/ |
| **SIGNATORY'S NAME** | Xheneta Ademi |
| **SIGNATORY'S POSITION** | Attorney of record, Illinois Bar member |
| **SIGNATORY'S PHONE NUMBER** | 202-372-9600 |
| **DATE SIGNED** | 05/26/2023 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98015306**
**Filing Date: 05/26/2023**

## To the Commissioner for Trademarks:

**MARK:** AURORA A TENCENT GAMES STUDIO (stylized and/or with design, see mark)
The literal element of the mark consists of AURORA A TENCENT GAMES STUDIO. The applicant is not claiming color as a feature of the mark. The mark consists of a mountain design with the words AURORA A TENCENT GAMES STUDIO to the right of the design in a stacked form.
The applicant, Tencent Holdings Limited, a limited liability company legally organized under the laws of Cayman Islands, having an address of
    PO Box 2681 GT, Century Yard, Cricket Sq
    Hutchins Drive, George Town
    Grand Cayman
    Cayman Islands
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009: Downloadable computer and video game software; Recorded computer and video game software; downloadable computer and video game software via a global computer network and wireless devices; downloadable computer and video game software for personal computer and home video game consoles; downloadable computer and video game software for use on mobile and cellular phones

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on European Union Trademark - EUTM application number 018872317, filed 05/09/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 041: Entertainment services, namely, games provided on-line from a computer network; providing online computer and video games; entertainment services, namely, providing temporary use of non-downloadable computer games; entertainment services, namely, computer and video game performances and appearances by professional e-sports competitors

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on European Union Trademark - EUTM application number 018872317, filed 05/09/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 042: Providing on-line non-downloadable software for playing games; providing a website featuring non-downloadable software for playing computer and video games; providing online non-downloadable software for playing games; software as a service (SAAS) services featuring software for playing computer and video games; platform as a service (PAAS) services featuring software platforms for playing computer and video games; Design and development of computer and video game software

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on European Union Trademark - EUTM application number 018872317, filed 05/09/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

The owner's/holder's proposed attorney information: Xheneta Ademi. Other appointed attorneys are Lori S. Meddings, Nicole M. Murray, Joel E. Tragesser, Heather L. Buchta, James J. Aquilina, Kelly Williams, Nicole J. Renouard, Li Zhu, Jordan R. Downham, Adam Garrett Hutchinson, Grace Stewart, Allison Bickford. Xheneta Ademi of Quarles & Brady LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

  2020 K Street, NW, Suite 400
  Washington, District of Columbia 20006
  United States
  202-372-9600(phone)
  202-372-9599(fax)
  tm-dept@quarles.com

The docket/reference number is 163284.00189.

Xheneta Ademi submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

  Xheneta Ademi
  PRIMARY EMAIL FOR CORRESPONDENCE: tm-dept@quarles.com
  SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): julie.hughes@quarles.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $1050 has been submitted with the application, representing payment for 3 class(es).

**Declaration**

- ☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Xheneta Ademi/   Date: 05/26/2023

Signatory's Name: Xheneta Ademi
Signatory's Position: Attorney of record, Illinois Bar member
Signatory's Phone Number: 202-372-9600
Signature method: Sent to third party for signature
Payment Sale Number: 98015306
Payment Accounting Date: 05/26/2023

Serial Number: 98015306
Internet Transmission Date: Fri May 26 12:01:37 ET 2023
TEAS Stamp: USPTO/BAS-X.XX.XXX.XXX-20230526120137446
928-98015306-860a92147d82dfa23f3bc8d28cf
91caf7f9412585c88c2d5df3a159db2dfcb8da6-
DA-01378400-20230526105619760045

