# Exhibit 12



| | |
|---|---|
| Document title: | lightofmotiram.com WHOIS Domain Name Lookup - Who.is |
| Capture URL: | https://who.is/whois/lightofmotiram.com |
| Page loaded at (UTC): | Wed, 15 Oct 2025 12:50:13 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 12:50:14 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 54.87.58.60 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 5 |
| Capture ID: | uK8zU4YKEWKYGQDK4KU2fm |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     kVcEG13ygsQzGeWJ2h5vag

# WHOIS Domain Lookup

Look up registration details, contacts, and nameservers for any domain name

⊕ WHOIS lookup service   ⊕ Domain hosting

[ Enter a domain name... ]   **Search**

## lightofmotiram.com
WHOIS Information

IP Address: 43.152.2.144

| Whois | RDAP | DNS Records | Uptime | Diagnostics | Hide Data | Refresh Data |



Building Muscle After 60 Comes Down To 1 Thing

The domain lightofmotiram.com is registered. You can still try to buy it here.

### Registrar Information

Registrar
**MarkMonitor Inc.**

WHOIS Server
**whois.markmonitor.com**

Referral URL
http://www.markmonitor.com

### Important Dates

Created
3/21/2023   ⊕ VPN services

Updated
10/30/2024

Expires
3/21/2027

### Nameservers

3/21/2023 🛈 VPN services    10/30/2024
Expires
3/21/2027

## Nameservers

| Hostname | IP Address |
| --- | --- |
| ns3.dnsv4.com | 43.134.249.54 |
| ns4.dnsv4.com | 1.12.0.26 |

## Domain Status

clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited

clientTransferProhibited https://icann.org/epp#clientTransferProhibited

clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)

clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)

clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)



## Contact Information

### Registrant Contact

Organization
Tencent Holdings Limited

Address
KY

Email
Select Request Email Form at https://domains [dot] markmonitor [dot] com/whois/lightofmotiram [dot] com

Address
KY

Email
Select Request Email Form at https://domains [dot] markmonitor [dot] com/whois/lightofmotiram [dot] com



Building Muscle After 60 Comes Down To 1 Thing

Tech Contact

Email
Select Request Email Form at https://domains [dot] markmonitor [dot] com/whois/lightofmotiram [dot] com

Similar Domains

lig.ht
light-0100.com
light05.ru
light-09.ru
light0nthehorizon.com
light0.org
light-100.com
light10.net
light1111.top
light11.at



Raw WHOIS Data





