# Exhibit 13



| | |
|---|---|
| Document title: | Gary Clubb - Tencent \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/garyclubb/ |
| Page loaded at (UTC): | Wed, 15 Oct 2025 13:07:07 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 13:08:02 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 4 |
| Capture ID: | 5vib2b1rdx2L6eaQiuni3N |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     t4mqxgAdgs1Sv3yWWsHKgN










Cross-functional role focused on developing innovative initiatives for the international licensing business and managing strategic partner relationships across the Asia Pacific region....  ...see more

**Director, Strategic Partnerships**
Alibaba Pictures Group Limited
Mar 2016 - Jun 2018 · 2 yrs 4 mos
Greater Los Angeles Area

Internally recruited and promoted to join founding team tasked with bridging IP/entertainment to the Alibaba ecosystem; aligning company strategy with new industry trends and market opportunities...  ...see more

**Senior Manager, Strategic Partnerships**
Alibaba Group
Jul 2015 - Mar 2016 · 9 mos
San Francisco Bay Area

Transferred to the US regional HQ with Alibaba's global expansion to spearhead new international business development for Tmall in North American and European markets....  ...see more

Show all 11 experiences →

## Education

**UC San Diego School of Global Policy and Strategy (GPS)**
Master's Degree, International Business Managment
2008 - 2011

Activities and societies: Dean's Fellows Honor Society, Full Merit Scholarship Recipient

Primary Coursework:
• Econometrics...  ...see more

**Zhejiang University**
M.A. Advanced China Studies, China Business Strategy & Innovation
2011 - 2012

Activities and societies: Future Entrepreneurs Club

Successfully completed master's thesis on Counterfeiting and Conspicuous Consumption Trends in Modern Chinese Society.

## Languages

**English**
Native or bilingual proficiency

**Mandarin Chinese**
Full professional proficiency

**Japanese**
Limited working proficiency

**Indonesian**
Elementary proficiency

## Recommendations received


**Tor Petersen**
"Gary was instrumental in helping GoPro launch on Tmall in 2015. Can't speak highly enough about his professionalism and his calm under pressure. Gary is someone who drives "solutions" and gets the job done. I'm excited to continue working with Gary as GoPro develops its business on Tmall."


**David (Dawei) Wang**







• Conducted operations analysis and market research in order to design a comprehensive strategy for managing expansion challenges arising from rapid growth while enhancing profitability.
• Developed solutions for boosting profit margin by more than 4% through improved demand forecasting, optimal supplier selection, and positive NPV equipment investment.



**Gary Clubb**
Consultant
Plano, TX

**gary clubb**
retired
South Gate, CA

7 others named Gary Clubb in United States are on LinkedIn

See others named Gary Clubb

## Languages

**English**
Native or bilingual proficiency

**Mandarin Chinese**
Full professional proficiency

**Japanese**
Limited working proficiency

**Indonesian**
Elementary proficiency

## Recommendations received


**Tor Petersen**
"Gary was instrumental in helping GoPro launch on Tmall in 2015. Can't speak highly enough about his professionalism and his calm under pressure. Gary is someone who drives "solutions" and gets the job done. I'm excited to continue working with Gary as GoPro develops its business on Tmall."


**David (Dawei) Wang**
"I worked with Gary while he was in charge of managing NBA's strategic collaboration and integrated marketing projects at Tmall.com. Gary played a critical role in the launch and success of NBA's official flagship store on Tmall, as well as initiating NBA brand/IPR protection and innovative multi-channel marketing projects. This paved the path for deeper collaborative ties between the NBA and Tmall/Alibaba Group. I would recommend Gary for any international role requiring in-depth China market knowledge, project management skills, and innovative problem solving."

5 people have recommended Gary

Join now to view

### View Gary's full profile

- See who you know in common
- Get introduced
- Contact Gary directly

Join to view full profile

LinkedIn © 2025   About   Accessibility   User Agreement   Privacy Policy   Your California Privacy Choices   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls
Community Guidelines   Language