# Exhibit 16



| | |
|---|---|
| Document title: | Tencent Americas \| LinkedIn |
| Capture URL: | https://www.linkedin.com/company/tencent-america |
| Page loaded at (UTC): | Wed, 15 Oct 2025 13:09:23 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 13:09:59 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 11 |
| Capture ID: | rRnFvSsKpNf1EkypymBXjG |
| Display Name: | johnathon.mann |

PDF REFERENCE #:       4DNJZgNktJBnEXzTRrqCrU








# Tencent Americas

Technology, Information and Internet

Palo Alto, California · 49,619 followers

  View all 358 employees

See jobs    Follow

**Similar pages**

**Tencent**
Software Development
Shenzhen, Guangdong

**Prologic Web Solutions Pvt. Ltd**
IT Services and IT Consulting
Gautam Buddh Nagar, Uttar Pradesh

**Avanza Bank**
Financial Services

**Husqvarna Group**
Manufacturing
Stockholm, Stockholm County

Show more similar pages

## About us

Tencent is a leading global technology company founded in 1998 with the ambition to connect people. For more than 20 years, we have connected users to content and services through innovative digital and social platforms. Tencent America is its U.S. branch. Key areas of focus include video games and entertainment products. We work closely with U.S. companies helping them to engage markets more productively and efficiently through our unmatched content, distribution, and marketing platforms. Tencent America has operated in the U.S. for more than a decade.

| | |
|---|---|
| Website | https://careers.tencent.com/en-us/citymain.html |
| Industry | Technology, Information and Internet |
| Company size | 10,001+ employees |
| Headquarters | Palo Alto, California |
| Type | Public Company |
| Founded | 1998 |
| Specialties | Online Gaming, Social Networking, E-commerce, Online Music, Online Video, WeChat, Weibo, Gaming, Artificial Intelligence, Cloud Services, Investments, Entertainment, Internet Services, and Music |

**Browse jobs**

Intern jobs
71,196 open jobs

Engineer jobs
555,845 open jobs

Analyst jobs
694,057 open jobs

Intelligence Specialist jobs
7,156 open jobs

Scientist jobs
48,969 open jobs

Software Engineer jobs
300,699 open jobs

Researcher jobs
195,654 open jobs

Machine Learning Engineer jobs
148,937 open jobs

Data Science Specialist jobs
2,441 open jobs

Coordinator jobs
545,033 open jobs

Show more jobs like this

## Locations

Primary
2747 Park Blvd
Palo Alto, California 94306, US
Get directions

10900 NE 8th St
Bellevue, Washington 98004, US
Get directions

7 Bryant Park
New York, 10036, US
Get directions

12777 W Jefferson Blvd
Los Angeles, California 90066, US
Get directions

Show more locations

7 Bryant Park  
New York, 10036, US  
Get directions ↗

12777 W Jefferson Blvd  
Los Angeles, California 90066, US  
Get directions ↗

Show more locations ⌄

## Employees at Tencent Americas


**Spencer Dawkins**  
Senior Researcher at Tencent America


**Sean Durkin**  
Global Communications for Digital Worlds


**Eugene Shih**


**David Ko**  
Senior Product Manager | Media Technologies, Cloud Services and AI

See all employees

## Updates



**Tencent Americas**  
49,619 followers  
2w

🚀 Tencent Americas Giving (TAG) – Empowering Communities Through Employee-Led Philanthropy

Every year our employees in Canada and the US log hundreds of volunteer hours—coaching job seekers, planting trees, rebuilding homes, and preparing medical kits for children who need them most.

Tencent Americas Giving (TAG), is a dedicated committee of 15 volunteers who design, coordinate, and execute all our service projects, volunteer events and philanthropic donations.

How TAG Works  
🌟 Funding & resources from Tencent enable employees to pick causes that matter to them.  
👐 Time & talent are donated by employees across the company.  
🤝 Every event is driven by a passion for making a real difference in our local communities.

A heartfelt thank you to our TAG team—your passion, expertise, and spirit turn vision into lasting impact.

Eva Li Aaron Bresler Andrew Zhang Eleanor Chang John Duan, CPA, CFA (段) Jia Yau Kristy Liu Lando (Gang) Tian Mohanapriya Swaminathan Nicole T. Sangeeta Bharti Zihan Sun Steven Uwanawich Teresa Woo

Tencent Americas Giving • 4 pages

11

Like  Comment  Share

**Tencent Americas**
49,619 followers
3w

🌟 **Celebrating the Power of Giving – Tencent Americas 99 Giving Day** 🌟

From Sept 9–12, our team came together in a burst of collective purpose and action for 99 Giving Day, an annual event focused on making a difference in our local communities.

This year's activities included:
💖 Assembling patient kits for critically ill children, providing comfort when it matters most.
🌱 Planting trees, with each sapling helping build a greener future.
💰 Hosting a Virtual Fundraising & Auction, generating vital support for Family Giving Tree.

A huge thank you to all Tencent Americas employees who made this possible through their generosity and support. Your commitment shows that when we unite, even small actions create meaningful change and a tangible difference in the places we call home.
#TencentAmericas #99GivingDay #TogetherWeCan

10

Like  Comment  Share

**Tencent Americas**
49,619 followers
4w

At Tencent we champion creators who bring fresh stories to life—and video game IP is the next frontier for entertainment. From immersive worlds to blockbuster adaptations, it's not whether IP matters—it's what it unlocks for artists and fans.

Join Yong-yi Zhu at FT's Business of Entertainment Summit where he'll share how Tencent Games is turning bold ideas into real-world impact: pushing tech limits, crafting unforgettable moments, and connecting creators with audiences worldwide.

🌊 Creators, fans & IP are converging quickly—are you ready to surf the next wave?

is the next frontier for entertainment. From immersive worlds to blockbuster adaptations, it's about who tells the stories of what it means for an audience to care.

Join Yong-yi Zhu at FT's Business of Entertainment Summit where he'll share how Tencent Games is turning bold ideas into real-world impact: pushing tech limits, crafting unforgettable moments, and connecting creators with audiences worldwide.

🌊 Creators, fans & IP are converging quickly—are you ready to surf the next wave?
#FTEntertainment #VideoGames #IP

44 · 2 Comments

👍 Like    💬 Comment    ➤ Share

---

**Tencent Americas** reposted this

**Tencent**
1,218,766 followers
1mo

Tencent has been named one of TIME's World's Best Companies 2025.

The award recognizes companies that balance what matters most: engaged employees, strong financial growth, and sustainable practices.

A big thank you to our people and partners globally for helping us innovate to create a better future.

#WorldsBestCompanies #LifeAtTencent



863 · 17 Comments

👍 Like    💬 Comment    ➤ Share

---

**Tencent Americas**
49,619 followers
1mo

🎉 We're proud to share that Tencent America is officially Great Place to Work-Certified™!

This recognition belongs to our talented, passionate, and creative colleagues who bring our culture to life each and every day. 💙

Thank you to Great Place To Work® for this honor—and to all of our employees for making Tencent not just a workplace, but a special community.

A big thank you to our people and partners globally for helping us innovate to create a better future.

#WorldsBestCompanies #LifeAtTencent

**TIME WORLD'S BEST COMPANIES IN PARTNERSHIP WITH statista 2025**

👍❤️😊 863 · 17 Comments

👍 Like          💬 Comment          ➤ Share

---

**Tencent Americas**
49,619 followers
1mo

🎉 We're proud to share that Tencent America is officially Great Place to Work-Certified™!

This recognition belongs to our talented, passionate, and creative colleagues who bring our culture to life each and every day. 💙

Thank you to Great Place To Work® for this honor—and to all of our employees for making Tencent not just a workplace, but a special community.

#Tencent #GreatPlaceToWork #LifeatTencent



Tencent US is proud to be recognised as Great Place To Work-Certified™

Great Place To Work. Certified JUN 2025 - JUN 2026 US

---

Document title: Tencent Americas | LinkedIn
Capture URL: https://www.linkedin.com/company/tencent-america
Capture timestamp (UTC): Wed, 15 Oct 2025 13:09:59 GMT

Page 5 of 10



👍❤️🟢 55

👍 Like    💬 Comment    ➤ Share

**Tencent Americas**
49,619 followers
1mo

Tencent America x Dress For Success: Career Development Boot Camp

Last week, we partnered with the incredible NGO Dress For Success to host a career-development boot camp that brought together 35 dedicated Tencent volunteers and community members eager to grow their professional journeys.

Roundtable panels led by our volunteers shared industry insights and real-world advice. One-on-one coaching sessions gave attendees personalized guidance on career strategy, resume building, and interview skills.

The energy, learning, and networking that flowed throughout the day were truly inspiring.

🙏 A huge thank you to every volunteer, panelist, and attendee who made this experience unforgettable. Your commitment to empowering others is what drives our community forward.

#CareerDevelopment #Mentorship #Networking #ProfessionalGrowth #TencentCommunity #DressForSuccess



Tencent Americas & Dress for Success • 3 pages

👍❤️🟢 18 · 2 Comments

👍 Like    💬 Comment    ➤ Share

**Tencent Americas**
49,619 followers
3mo

Embracing Uncertainty to Unlock Hidden Growth Opportunities

Meet Shelley, Senior Strategic Sales Executive at Tencent Cloud International, where she leads major gaming partnerships and builds deep, lasting trust across complex organizations.

Shelley's journey with Tencent began in operations during the expansion of its global cloud business. In a culture that thrives on experimentation and innovation, she and her small team built everything from scratch—products, pricing models, and processes.

Meet Shelley, Senior Strategic Sales Executive at Tencent Cloud International, where she leads major gaming partnerships and builds deep, lasting trust across complex organizations.

Shelley's journey with Tencent began in operations during the expansion of its global cloud business. In a culture that thrives on experimentation and innovation, she and her small team built everything from scratch—products, pricing models, and processes.

"Tencent exposed me to the most difficult time in my career," she reflects. "But that's what made me better."

A pivotal moment came when her manager encouraged her to explore a role in sales. Initially, Shelley hesitated—fearing sales was about pushing products people didn't need. But she embraced the unknown, learned through trial and error, and quickly realized that sales is far more about strategic partnerships and solving customer problems.

Her bold shift revitalized a key partnership through innovative pricing strategies, cross-department collaboration, and authentic relationship-building.
Shelley's journey teaches us that ambiguity is often our greatest teacher. Success isn't a linear path. It's about embracing change, adapting swiftly, and creating lasting value.

Her advice for navigating career uncertainty:
· Follow your passions—they'll guide you through ambiguity.
· Do your research—knowledge fuels impact.
· Advocate for yourself—visibility matters.
· Stay adaptable—you never know what you'll excel at until you try.
· Focus on what truly matters—time is our most valuable asset.

Shelley's story reminds us success is rarely a straight line. Whether it's exploring new roles, entering uncharted markets, or building strategic partnerships, she shows us how to embrace the unknown, discover opportunities, and move forward with purpose.

As she says, "I've learned to step back, view the challenges from a higher perspective, and find effective solutions. That's the most valuable skill I've gained."

#LifeAtTencent #TencentCareers #EmployeeSpotlight

👍❤️🌱 14



**Tencent Americas**
49,619 followers
3mo

We're applying innovation, investment and working with others to help solve the world's most important challenges. We're honored to be recognized for our open and long-term approach to helping build a more resilient planet.



**Tencent**
1,218,766 followers
3mo

Tencent has again been named one of the World's Most Sustainable Companies by TIME and Statista. The 2025 list recognizes companies leading

world's most important challenges. We're honored to be recognized for our open and long-term approach to helping build a more resilient planet.







It's a testament to our ongoing commitment to grow brand value through innovation and connections. #kantarbrandz











Document title: Tencent Americas | LinkedIn
Capture URL: https://www.linkedin.com/company/tencent-america
Capture timestamp (UTC): Wed, 15 Oct 2025 13:09:59 GMT                                           Page 10 of 10