# Exhibit 17



Search:          Public Records : Corporation Filings
Terms:           company(Tencent America)

| No. | Business Name | Address | Business Type | Filing Information | Jurisdiction |
|---|---|---|---|---|---|
| 1 | TENCENT AMERICA LLC | BUSINESS 2747 PARK BLVD PALO ALTO, CA 94306-2028 | LIMITED LIABILITY COMPANY - OUT OF STATE | Name Type: LEGAL Foreign Filing Date: 06/16/2008 Registration Number: 200817310118 Status: ACTIVE Record Type: CURRENT | California Secretary of State |
| 2 | TENCENT AMERICA LLC | BUSINESS 2747 PARK BLVD PALO ALTO, CA 94306-2028 | LLC | Name Type: LEGAL Foreign Filing Date: 03/05/2024 Registration Number: 2962219 Status: ACTIVE Record Type: CURRENT | Connecticut Secretary of State |
| 3 | TENCENT AMERICA LLC | BUSINESS 2747 PARK BLVD PALO ALTO, CA 94306-2028 | LIMITED LIABILITY COMPANY | Name Type: LEGAL Foreign Filing Date: 09/15/2021 Registration Number: C00007112373 Status: ACTIVE Record Type: CURRENT | District of Columbia Department of Consumer & Regulatory Affairs |
| 4 | TENCENT AMERICA LLC | PRINCIPAL 2747 PARK BLVD PALO ALTO, CA 94306-2028 | FOREIGN LIMITED LIABILITY | Name Type: LEGAL Foreign Filing Date: 05/25/2022 Registration Number: M22000008253 Status: ACTIVE Record Type: CURRENT | Florida Secretary of State |
| 5 | TENCENT AMERICA, LLC | BUSINESS 2747 PARK BLVD PALO ALTO, CA 94306-2028 | FOREIGN LIMITED LIABILITY COMPANY | Name Type: LEGAL Foreign Filing Date: 11/30/2021 Registration Number: 21296922 Status: REVOKED Record Type: CURRENT | Georgia Secretary of State |

Tencent_America

| No. | Business Name | Address | Business Type | Filing Information | Jurisdiction |
|-----|---------------|---------|---------------|--------------------|--------------|
| 6 | TENCENT AMERICA LLC | BUSINESS 2747 PARK BLVD PALO ALTO, CA 94306-2028 | FOREIGN LIMITED LIABILITY COMPANY | Name Type: LEGAL Foreign Filing Date: 01/20/2023 Registration Number: 23016546 Status: ACTIVE/COMPLIANCE Record Type: CURRENT | Georgia Secretary of State |
| 7 | TENCENT AMERICA LLC | BUSINESS 2747 PARK BLVD PALO ALTO, CA 94306-2028 | FOREIGN LIMITED LIABILITY COMPANY (LLC) | Name Type: LEGAL Foreign Filing Date: 05/20/2022 Registration Number: 276881 C6 Status: ACTIVE Record Type: CURRENT | Hawaii Department of Commerce & Consumer Affairs |
| 8 | TENCENT AMERICA LLC | BUSINESS 2747 PARK BLVD PALO ALTO, CA 94306-2028 | FOREIGN LIMITED LIABILITY COMPANY | Name Type: LEGAL Foreign Filing Date: 08/22/2022 Registration Number: 0004867205 Status: ACTIVE-EXISTING Record Type: CURRENT | Idaho Secretary of State |
| 9 | TENCENT AMERICA LLC | MAILING 2747 PARK BLVD PALO ALTO, CA 94306-2028 | LIMITED LIABILITY COMPANY | Name Type: LEGAL Foreign Filing Date: 12/17/2021 Registration Number: 10996074 Status: GOOD STANDING Record Type: CURRENT | Illinois Secretary of State |
| 10 | TENCENT AMERICA LLC | BUSINESS 2747 PARK BLVD PALO ALTO, CA 94306-2028 | FOREIGN LIMITED LIABILITY COMPANY | Name Type: LEGAL Foreign Filing Date: 11/30/2021 Registration Number: Z22410203 Status: ACTIVE Record Type: CURRENT | Maryland Secretary of State |
| 11 | TENCENT AMERICA LLC | BUSINESS 2747 PARK BLVD PALO ALTO, CA 94306-2028 | FOREIGN LIMITED LIABILITY COMPANY (LLC) | Name Type: LEGAL Foreign Filing Date: 06/09/2022 Registration Number: 001588117 Status: ACTIVE Record Type: CURRENT | Massachusetts Secretary of State |

Tencent_America

| No. | Business Name | Address | Business Type | Filing Information | Jurisdiction |
|---|---|---|---|---|---|
| 12 | TENCENT AMERICA LLC | REGISTERED OFFICE 186 N MAIN ST STE ONE PLYMOUTH, MI 48170-1236 | FOREIGN LIMITED LIABILITY COMPANY | Name Type: LEGAL Foreign Filing Date: 07/20/2021 Registration Number: 802706239 Status: ACTIVE Record Type: CURRENT | Michigan Consumer & Industry Services, Bureau of Commercial Services, Corporation Division |
| 13 | TENCENT AMERICA LLC | REGISTERED OFFICE 1010 DALE ST N SAINT PAUL, MN 55117-5603 | LIMITED LIABILITY COMPANY (FOREIGN) | Name Type: LEGAL Foreign Filing Date: 05/19/2022 Registration Number: 1314599500042 Status: ACTIVE Record Type: CURRENT | Minnesota Secretary of State |
| | TENCENT AMERICA LLC | HOME OFFICE 2140 S DUPONT HWY CAMDEN, DE 19934-1249 | LIMITED LIABILITY COMPANY (FOREIGN) | Name Type: LEGAL Foreign Filing Date: 05/19/2022 Registration Number: 1314599500042 Status: ACTIVE Record Type: CURRENT | |
| | TENCENT AMERICA LLC | BUSINESS 2747 PARK BLVD PALO ALTO, CA 94306-2028 | LIMITED LIABILITY COMPANY (FOREIGN) | Name Type: LEGAL Foreign Filing Date: 05/19/2022 Registration Number: 1314599500042 Status: ACTIVE Record Type: CURRENT | |
| 14 | TENCENT AMERICA LLC | MAILING 270 TRACE COLONY PARK DR STE B RIDGELAND, MS 39157-8810 | LIMITED LIABILITY COMPANY | Name Type: LEGAL Filing Date: 06/26/2023 Registration Number: 1399424 Status: DISSOLVED Record Type: CURRENT | Mississippi Secretary of State |
| 15 | TENCENT AMERICA LLC | REGISTERED OFFICE 208 W STATE ST TRENTON, NJ 08608-1007 | DOMESTIC LIMITED LIABILITY COMPANY | Name Type: LEGAL Filing Date: 02/08/2019 Registration Number: 0600457645 Status: ACTIVE Record Type: CURRENT | New Jersey Secretary of State |
| 16 | TENCENT AMERICA LLC | | FOREIGN LIMITED LIABILITY COMPANY | Name Type: LEGAL Foreign Filing Date: 05/03/2019 Registration Number: 5546026 Status: ACTIVE | New York Secretary of State |

Tencent_America

| No. | Business Name | Address | Business Type | Filing Information | Jurisdiction |
|---|---|---|---|---|---|
| | | | | Record Type: CURRENT | |
| 17 | TENCENT AMERICA LLC | REGISTERED OFFICE 4568 MAYFIELD RD STE 204 CLEVELAND, OH 44121-4050 | FOREIGN LIMITED LIABILITY COMPANY | Name Type: LEGAL Foreign Filing Date: 06/21/2023 Registration Number: 5069263 Status: ACTIVE Record Type: CURRENT | Ohio Secretary of State |
| 18 | TENCENT AMERICA LLC | BUSINESS 2747 PARK BLVD PALO ALTO, CA 94306-2028 | FOREIGN LIMITED LIABILITY COMPANY | Name Type: LEGAL Foreign Filing Date: 08/25/2021 Registration Number: 186268497 Status: ACTIVE Record Type: CURRENT | Oregon Secretary of State |
| 19 | TENCENT AMERICA LLC | MAILING ADDRESS 2747 PARK BLVD PALO ALTO, CA 94306-2028 | FOREIGN LIMITED LIABILITY COMPANY | Name Type: LEGAL Foreign Filing Date: 06/06/2023 Registration Number: 13490983 Status: ACTIVE Record Type: CURRENT | Pennsylvania Secretary of State |
| 20 | TENCENT AMERICA LLC | BUSINESS 2747 PARK BLVD PALO ALTO, CA 94306-2028 | LIMITED LIABILITY COMPANY | Name Type: LEGAL Foreign Filing Date: 07/21/2021 Registration Number: 11258013 Status: ACTIVE Record Type: CURRENT | Virginia Secretary of State |
| 21 | TENCENT AMERICA LLC | MAILING 2747 PARK BLVD PALO ALTO, CA 94306-2028 | LIMITED LIABILITY COMPANY | Name Type: LEGAL Foreign Filing Date: 02/08/2019 Registration Number: 604384071 Status: ACTIVE Record Type: CURRENT | Washington Secretary of State |
| 22 | TENCENT INC | BUSINESS 18305 E VALLEY BLVD STE G LA PUENTE, CA 91744-5955 | STOCK CORPORATION - CA - GENERAL | Name Type: LEGAL Filing Date: 12/24/2024 Registration Number: 6506593 Status: ACTIVE Record Type: CURRENT | California Secretary of State |
| 23 | TENCENT, LLC | PRINCIPAL | FLORIDA LIMITED | Name Type: LEGAL | Florida Secretary |

Tencent_America

| No. | Business Name | Address | Business Type | Filing Information | Jurisdiction |
|-----|---------------|---------|---------------|--------------------|--------------|
|  |  | 936 S HOWARD AVE STE 201 TAMPA, FL 33606-2491 | LIABILITY | Filing Date: 08/14/2018 Registration Number: L18000194195 Status: ACTIVE Record Type: CURRENT | of State |
| 24 | TENCENT, LLC | BUSINESS 32 ALICIA CT NORTH EAST, MD 21901-2672 | DOMESTIC LIMITED LIABILITY COMPANY | Name Type: LEGAL Filing Date: 01/24/2007 Registration Number: W11725660 Status: FORFEITED Record Type: CURRENT | Maryland Secretary of State |
| 25 | TENCENT LLC |  | DOMESTIC LIMITED LIABILITY COMPANY | Name Type: LEGAL Filing Date: 01/29/2021 Registration Number: 5930272 Status: ACTIVE Record Type: CURRENT | New York Secretary of State |
|  | TENCENT LLC |  | DOMESTIC LIMITED LIABILITY COMPANY | Name Type: LEGAL Filing Date: 01/29/2021 Registration Number: 5930272 Status: INACTIVE Record Type: CURRENT |  |
| 26 | TENCENT, L.L.C. | BUSINESS 304 S CENTRAL AVE MEDFORD, OR 97501-7226 | DOMESTIC LIMITED LIABILITY COMPANY | Name Type: LEGAL Filing Date: 08/18/1999 Registration Number: 70587689 Status: INACTIVE Record Type: CURRENT | Oregon Secretary of State |
| 27 | TENCENT HOLDING INC. |  |  | Name Type: LEGAL Filing Date: 09/22/2017 Registration Number: 0802820910 Status: INACTIVE Record Type: CURRENT | Texas Secretary of State |
|  | TENCENT HOLDING INC. | BUSINESS 8326 GOLF GREEN CIR HOUSTON, TX 77036-4076 | DOMESTIC FOR-PROFIT CORPORATION | Name Type: LEGAL Filing Date: 09/22/2017 Registration Number: 0802820910 Status: VOLUNTARILY DISSOLVED Record Type: CURRENT |  |
| 28 | TENCENT HOLDINGS LLC | PRINCIPAL 7000 NW 32ND AVE MIAMI, FL 33147-6610 | FLORIDA LIMITED LIABILITY | Name Type: LEGAL Filing Date: 07/18/2018 Registration Number: | Florida Secretary of State |

Tencent_America

| No. | Business Name | Address | Business Type | Filing Information | Jurisdiction |
|---|---|---|---|---|---|
| | | | | L18000172807 Status: INACTIVE Record Type: CURRENT | |
| 29 | TENCENT HOLDINGS LLC | REGISTERED OFFICE 746 PARK AVE CINCINNATI, OH 45246-2118 | DOMESTIC LIMITED LIABILITY COMPANY | Name Type: LEGAL Filing Date: 10/07/2014 Registration Number: 2333416 Status: ACTIVE Record Type: CURRENT | Ohio Secretary of State |
| 30 | TENCENT HOLDINGS LIMITED | | NAME RESERVATION | Name Type: NAME RESERVATION Filing Date: 01/21/2023 Registration Number: 5458365 Status: INACTIVE Record Type: CURRENT | California Secretary of State |
| 31 | TENCENT HOLDINGS LIMITED | BUSINESS 530B HARKLE RD STE 100 SANTA FE, NM 87505-4739 | NONPROFIT CORPORATION - CA - PUBLIC BENEFIT | Name Type: LEGAL Filing Date: 01/24/2023 Registration Number: 5465462 Status: ACTIVE Record Type: CURRENT | California Secretary of State |

Terms:          company(Tencent America)
Date/Time:      Monday, October 6, 2025 8:55 PM
Permissible Use: Your DPPA Permissible Use: I have no permissible use
                Your Secondary DPPA Permissible Use: None
                Your GLBA Permissible Use: I have no permissible use

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

**End of Document**

**2 0 0 8 1 7 3 1 0 1 1 8**

| LLC-5 | File # _____ |



# State of California
## Secretary of State

# LIMITED LIABILITY COMPANY
# APPLICATION FOR REGISTRATION

**FILED** *w*
in the office of the Secretary of State
of the State of California

**JUN 1 6** 2008

A $70.00 filing fee AND a certificate of good standing from an authorized public official of the jurisdiction of formation must accompany this form.

| IMPORTANT – Read Instructions before completing this form. | This Space For Filing Use Only |

**ENTITY NAME** (End the name in Item 1 with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1  NAME UNDER WHICH THE FOREIGN LIMITED LIABILITY COMPANY PROPOSES TO REGISTER AND TRANSACT BUSINESS IN CALIFORNIA

Tencent America LLC

2. NAME OF THE FOREIGN LIMITED LIABILITY COMPANY, IF DIFFERENT FROM THAT ENTERED IN ITEM 1 ABOVE

N/A

**DATE AND PLACE OF ORGANIZATION**

3  THIS FOREIGN LIMITED LIABILITY COMPANY WAS FORMED ON    01 (MONTH) - 09 (DAY) - 07 (YEAR)   IN    Delaware (STATE OR COUNTRY)

AND IS AUTHORIZED TO EXERCISE ITS POWERS AND PRIVILEGES IN THAT STATE OR COUNTRY.

**AGENT FOR SERVICE OF PROCESS**  (If the agent is an individual, the agent must reside in California and both Items 4 and 5 must be completed.  If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 4 must be completed (leave Item 5 blank).

4.  NAME OF AGENT FOR SERVICE OF PROCESS

David A.M. Wallerstein

5.  IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE | ZIP CODE

3 Twin Dolphin Drive, Suite 295 | Redwood City  CA | 94065

**APPOINTMENT**  (The following statement is required by statute and should not be altered.)

6  IN THE EVENT THE ABOVE AGENT FOR SERVICE OF PROCESS RESIGNS AND IS NOT REPLACED, OR IF THE AGENT CANNOT BE FOUND OR SERVED WITH THE EXERCISE OF REASONABLE DILIGENCE, THE SECRETARY OF STATE OF THE STATE OF CALIFORNIA IS HEREBY APPOINTED AS THE AGENT FOR SERVICE OF PROCESS OF THIS FOREIGN LIMITED LIABILITY COMPANY.

**OFFICE ADDRESSES**  (Do not abbreviate the name of the city.)

7.  ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE

3 Twin Dolphin Drive, Suite 295     Redwood City | CA | 94065

8.  ADDRESS OF THE PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE

3 Twin Dolphin Drive, Suite 295 | Redwood City  CA | 94065

**EXECUTION**

9.  I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

April 24 , 2008
DATE

SIGNATURE OF AUTHORIZED PERSON

David A.M. Wallerstein, Senior Executive Vice President
TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON

| LLC-5 (REV 04/2007) | APPROVED BY SECRETARY OF STATE |



*PAGE 1*

## *The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "TENCENT AMERICA LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE NINTH DAY OF JUNE, A.D. 2008.

*Harriet Smith Windsor*

Harriet Smith Windsor, Secretary of State

4281359  8300

080675618

*AUTHENTICATION: 6646648*

*DATE: 06-09-08*

You may verify this certificate online
at corp.delaware.gov/authver.shtml

200817310118

BA20220444198



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20220444198 |
| Date Filed: 6/29/2022 |

| Entity Details | |
| --- | --- |
| Limited Liability Company Name | TENCENT AMERICA LLC |
| Entity No. | 200817310118 |
| Formed In | DELAWARE |

| Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 2747 PARK BLVD<br>PALO ALTO, CA 94306 |

| Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 2747 PARK BLVD<br>PALO ALTO, CA 94306 |
| Attention | |

| Street Address of California Office of LLC | |
| --- | --- |
| Street Address of California Office | 2747 PARK BLVD<br>PALO ALTO, CA 94306 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| BRENT RICHARD IRVIN | China<br>RM18A TWR A PH 4, JINXIU GARDEN, NANSHAN<br>SHENZHEN,  00000 |
| YAN LI | China<br>LANE 500 CHANGDE RD, BLDGING 10, UNIT 20D,<br>JING'AN DISTRICT<br>SHANGHAI, |

| Agent for Service of Process | |
| --- | --- |
| California Registered Corporate Agent (1505) | PARACORP INCORPORATED<br>Registered Corporate 1505 Agent |

| Type of Business | |
| --- | --- |
| Type of Business | INTERNET SERVICE AND GAMING |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
| --- | --- |
| None Entered | |

Labor Judgment

No Manager or Member of this Limited Liability Company has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*IRIS LEONG*
_____
Signature

*06/29/2022*
_____
Date

B0870-0458 06/29/2022 8:27 AM Received by California Secretary of State



BA20240991561



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

<table>
<tr><td colspan="2">For Office Use Only</td></tr>
<tr><td colspan="2" align="center"><b>-FILED-</b></td></tr>
<tr><td>File No.: BA20240991561</td></tr>
<tr><td>Date Filed: 5/21/2024</td></tr>
</table>

| Entity Details | |
|---|---|
| Limited Liability Company Name | TENCENT AMERICA LLC |
| Entity No. | 200817310118 |
| Formed In | DELAWARE |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 2747 PARK BLVD<br>PALO ALTO, CA 94306 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 2747 PARK BLVD<br>PALO ALTO, CA 94306 |
| Attention | |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 2747 PARK BLVD<br>PALO ALTO, CA 94306 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| ■ YAN LI | China<br>ROOM 3901, NO. 4 LANE 501, XIKANG ROAD, JING'AN DIST<br>SHANGHAI, P.R.C. |
| ■ BRENT RICHARD IRVIN | 7510 SE 71ST STREET<br>MERCER ISLAND, WA 98040 |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | PARACORP INCORPORATED<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | INTERNET SERVICE AND GAMING |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| None Entered | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

B2755-8359 05/21/2024 10:59 AM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

_IRIS LEONG_
Signature

_05/21/2024_
Date

B2755-8360 05/21/2024 10:59 AM Received by California Secretary of State

DocuSign Envelope ID: 4CB8F2AF-7B5E-4EB0-...

# Secretary of the State of Connecticut

PHONE: 860-509-6003 • EMAIL: crd@ct.gov • WEB: www.concord-sots.ct.gov

**OFFICE USE ONLY**

## FOREIGN REGISTRATION STATEMENT
LIMITED LIABILITY COMPANY – FOREIGN

- *Use ink.* • *Print or type.*
- *Attach additional 8 ½ x 11 sheets if necessary.*

| FILING PARTY *(Confirmation will be sent to this address):* | |
|---|---|
| NAME: Iris Leong | **FILING FEE: $120** |
| MAILING ADDRESS: 2747 Park Blvd. | *Make checks payable to "Secretary of the State"* |
| CITY: Palo Alto | |
| STATE: CA          ZIP: 94306 – | |

**1. NAME OF LIMITED LIABILITY COMPANY IN STATE OR COUNTRY OF FORMATION** *(required)*
*(Must include business designation such as LLC, L.L.C., etc.):*

Tencent America LLC

**2. ALTERNATE NAME TO BE USED IN CONNECTICUT** *(complete **only** if name at "1" is not available)*
*(Must include business designation such as LLC, L.L.C., etc.):*

| **3. STATE / COUNTRY OF FORMATION** *(required):* | **4. DATE OF FORMATION** *(required):* *(mm / dd / yyyy)* |
|---|---|
| Delaware/USA | 01/09/2007 |

**5. DATE LIMITED LIABILITY COMPANY BEGAN / WILL BEGIN TRANSACTING BUSINESS IN CONNECTICUT** *(required):*
*(mm / dd / yyyy)* 01/02/2024

**6. PRINCIPAL OFFICE ADDRESS AND MAILING ADDRESSES** *(required):*

| PRINCIPAL OFFICE ADDRESS: (P.O. Box unacceptable) | PRINCIPAL OFFICE MAILING ADDRESS: |
|---|---|
| STREET: 2747 Park Blvd. | STREET OR P.O. BOX: 2747 Park Blvd. |
| CITY: Palo Alto | CITY: Palo Alto |
| STATE: CA          ZIP: 94306 – | STATE: CA          ZIP: 94306 – |

**7. IF LLC IS REQUIRED TO MAINTAIN AN ADDRESS IN STATE / COUNTRY OF FORMATION, THEN COMPLETE BOTH:**

| OFFICE ADDRESS IN STATE OF FORMATION: (P.O. Box unacceptable) | MAILING ADDRESS IN STATE OF FORMATION: |
|---|---|
| STREET: | STREET OR P.O. BOX: |
| CITY: | CITY: |
| STATE:          ZIP: – | STATE:          ZIP: – |

| **8. ENTITY E-MAIL ADDRESS** *(required):* *(Check box if none. Do not leave blank.)* | **9. NAICS CODE** *(six digits)* |
|---|---|
| ☑ None | 5 4 1 5 1 9 |

**Secretary of the State of Connecticut**

PHONE: 860-509-6003 • EMAIL: crd@ct.gov • WEB: www.concord-sots.ct.gov

**OFFICE USE ONLY**

**NOTE: COMPLETE EITHER 10A OR 10B OR 10C BELOW – NOT ALL THREE.**

**10. APPOINTMENT OF REGISTERED AGENT FOR SERVICE OF PROCESS** *(required):*
The LLC may not be appointed as its own Agent. However, the Manager/Member of the LLC residing in Connecticut may be the Agent. *(Check A or complete B or C):*

**A.** ☐ The Limited Liability Company appoints the Secretary of the State of Connecticut and his/her successors in office to be its agent, upon whom any process, notice or demand may be served.

**NOTE: DO NOT COMPLETE 10B IF AGENT APPOINTED IN 10A ABOVE OR 10C BELOW.**

**B.** ☐ **If Agent is an individual,** print or type full legal name: _____

Signature accepting appointment ▶ _____

**BUSINESS ADDRESS** *(required)* (P.O. Box unacceptable)  Check box if none:☐
STREET:
CITY:
STATE:                ZIP:      –

**CONNECTICUT RESIDENCE ADDRESS** *(required):* (P.O. Box unacceptable)
STREET:
CITY:
STATE:  CT            ZIP:      –

**CONNECTICUT MAILING ADDRESS** *(required):*
STREET OR P.O. BOX:
CITY:
STATE:  CT            ZIP:      –

**NOTE: DO NOT COMPLETE 10C IF AGENT APPOINTED IN 10A OR 10B ABOVE.**

**C.** ☑ **If Agent is a business,** print or type name of business as it appears on our records: Paracorp Incorporated

Signature accepting appointment on behalf of agent: ▶ see attachment page

Print full name and title of person signing on behalf of agent: _____

**CONNECTICUT BUSINESS ADDRESS** *(required):* (P.O. Box unacceptable)
STREET: 1587 Hamilton Avenue
CITY: Waterbury
STATE: CT    ZIP: 06706 –

**CONNECTICUT MAILING ADDRESS** *(required):*
STREET OR P.O. BOX: 1587 Hamilton Avenue
CITY: Waterbury
STATE: CT    ZIP: 06706 –

DocuSign Envelope ID: 335A7CFD-00F1-4FE7... Business CT-mor... Filing Number: 001257Ó029 - Filing Date: 3/5/2024 1:50:33 PM

Case 23-19-00271-BLS Document 61-18 Filed 10/23/25 Page 16 of 108

# Secretary of the
# State of Connecticut

**PHONE:** 860-509-6003 • **EMAIL:** crd@ct.gov • **WEB:** www.concord-sots.ct.gov

**OFFICE USE ONLY**

---

| 11. MANAGER OR MEMBER INFORMATION *(required):* | | | |
|---|---|---|---|
| *(Must list at least one Manager or Member of the LLC.)* | | | |
| **NAME** | **TITLE** | **BUSINESS ADDRESS** *(No PO Box)* | **RESIDENCE ADDRESS** *(No PO Box)* |
| Brent Irvin | Operating Manager | Check if none: ☐<br>ADDRESS: 2747 Park Blvd.<br><br>CITY:     Palo Alto<br>STATE:   CA    ZIP:   94306 – | ADDRESS: 7510 SE 71st Street<br><br>CITY:     Mercer Island<br>STATE:   WA    ZIP:   98040 – |
| Yan Li | Operating Manager | Check if none: ☐<br>ADDRESS: 2747 Park Blvd.<br><br>CITY:     Palo Alto<br>STATE:   CA    ZIP:   94306 – | ADDRESS: Room 3901, No. 4<br>          Lane 501, Xikang Road<br>CITY:     Shanghai, CHINA<br>STATE:         ZIP: |
| | | Check if none: ☐<br>ADDRESS:<br><br>CITY:<br>STATE:     ZIP:      – | ADDRESS:<br><br>CITY:<br>STATE:     ZIP:      – |

| 12. EXECUTION *(required – subject to penalty of false statement):* | | |
|---|---|---|
| The undersigned asserts that the subject limited liability company is a foreign limited liability company. | | |
| Date *(mm/dd/yyyy):* 03/01/2024 | | |
| **NAME OF SIGNATORY** | **CAPACITY/TITLE OF SIGNATORY** | **SIGNATURE** |
| Yan Li | Operating Manager | ► *Yan Li* (DocuSigned by:) 0DF3378023F342A... |

## Make checks payable to "The Secretary of the State."

---

**OFFICE OF THE SECRETARY OF THE STATE**

**Mailing Address:**
Business Services Division
Connecticut Secretary of the State
P.O. Box 150470
Hartford, CT 06115-0470
**WEBSITE:** www.concord-sots.ct.gov

**Delivery Address:**
Business Services Division
Connecticut Secretary of the State
165 Capitol Avenue, Suite 1000
Hartford, CT 06106
**PHONE:** 860-509-6003

---

PAGE 3 OF 3

Rev. 03/2020

# STATE OF CONNECTICUT

## *REGISTERED AGENT CONSENT FORM*

**DATE:**

**COMPANY NAME:**

**REGISTERED AGENT NAME AND ADDRESS:**

Paracorp Incorporated
1587 Hamilton Ave.
Waterbury, CT  06706

Paracorp Incorporated hereby accepts appointment as registered agent for
and on behalf of the above-referenced company.

Leticia Herrera, Assistant Secretary
Paracorp Incorporated

3/5/2024

Tencent America LLC



# Secretary of the State of Connecticut
# Annual Report

## FILING DETAILS

| | | | |
|---|---|---|---|
| Filing Number: | 0012862051 | Report Year Due Date: | 03/31/2025 |
| Filing Fee: | $80.00 | Filed On: | 3/31/2025 6:35:31 PM |

## PRIMARY DETAILS

Business Type:      Foreign
Legal Structure:    LLC
Business Name:      Tencent America LLC
Business ALEI:      US-CT.BER:2962219

| | Existing Information | Updated Information |
|---|---|---|
| Business Email Address: | None | irisleong@global.tencent.com |
| NAICS Information: | 541519 | No update |

## BUSINESS LOCATION

| | Existing Information | Updated Information |
|---|---|---|
| Principal Office Address: | 2747 Park Blvd. Palo Alto, CA 94306 UNITED STATES | No update |
| Mailing Address: | 2747 Park Blvd. Palo Alto, CA 94306 UNITED STATES | No update |
| Office in Jurisdiction: | None | No update |
| Mailing Address (in State of Formation): | None | No update |



# Secretary of the State of Connecticut
## Annual Report

## AGENT INFORMATION

Type:              Business
Agent's Name:      PARACORP INCORPORATED

|  | *Existing Addresses* | *Updated Addresses* |
|---|---|---|
| Business Address: | 1587 HAMILTON AVENUE WATERBURY, CT 06706 United States | 1587 HAMILTON AVENUE WATERBURY, CT 06706 United States |
| Residence Address: |  |  |
| Mailing Address: | 1587 HAMILTON AVENUE WATERBURY, CT 06706 United States | 1587 HAMILTON AVENUE WATERBURY, CT 06706 United States |

## CURRENT PRINCIPAL INFORMATION

This section contains principals already on record who remained the same as part of this report; updates to address or title information is displayed as applicable.

| Principal Name: | YAN LI | |
|---|---|---|
|  | *Existing Information* | *Updated Information* |
| Title: | operating manager | OPERATING MANAGER |
| Business Address: | 2747 Park Blvd. Palo Alto, CA 94306 United States | ROOM 3901, NO. 4 LANE 501, XIKANG ROAD, JING'AN DIST, China |
| Residence Address: | Room 3901, No. 4 Lane 501, Xikang Road Shanghai, CHINA, China | Room 3901, No. 4 Lane 501, Xikang Road Shanghai, CHINA, China |

| Principal Name: | Brent Irvin |
|---|---|



# Secretary of the State of Connecticut
# Annual Report

|  | *Existing Information* | *Updated Information* |
|---|---|---|
| Title: | operating manager | OPERATING MANAGER |
| Business Address: | 2747 Park Blvd. Palo Alto, CA 94306 United States | 7510 SE 71st St Mercer Island, WA 98040 United States |
| Residence Address: | 7510 SE 71st Street Mercer Island, WA 98040 United States | 7510 SE 71st Street Mercer Island, WA 98040 United States |

| **Principal Name:** | Brent Irvin | |
|---|---|---|
|  | *Existing Information* | *Updated Information* |
| Title: | operating manager | OPERATING MANAGER |
| Business Address: | 2747 Park Blvd. Palo Alto, CA 94306 United States | 7510 SE 71st St Mercer Island, WA 98040 United States |
| Residence Address: | 7510 SE 71st Street Mercer Island, WA 98040 United States | 7510 SE 71st Street Mercer Island, WA 98040 United States |

## ACKNOWLEGEMENT

I hereby certify and state under penalties of false statement that all the information set forth on this document is true.

I hereby electronically sign this document on behalf of:

Name of Authorizer:           YAN LI

Authorizer Title:             OPERATING MANAGER
Filer Name:                   PARACORP INCORPORATED
Filer Signature:              PARACORP INCORPORATED
Execution Date:               03/31/2025



# Secretary of the State of Connecticut
## Annual Report

*This signature has been executed electronically.*



# Secretary of the State of Connecticut
# Amend Annual Report
Foreign LLC

## FILING DETAILS

| | | | |
|---|---|---|---|
| Filing Number: | 0013362327 | Report Year Due Date: | |
| Filing Fee: | $25.00 | Filed On: | 4/2/2025 7:00:52 PM |

## PRIMARY DETAILS

Business Type:      Foreign
Legal Structure:    LLC
Business Name:      Tencent America LLC
Business ALEI:      US-CT.BER:2962219

| | *Existing Information* | *Updated Information* |
|---|---|---|
| Business Email Address: | irisleong@global.tencent.com | No update |
| NAICS Information: | 541519 | No update |

## BUSINESS LOCATION

| | *Existing Information* | *Updated Information* |
|---|---|---|
| Principal Office Address: | 2747 Park Blvd. Palo Alto, CA 94306 UNITED STATES | No update |
| Mailing Address: | 2747 Park Blvd. Palo Alto, CA 94306 UNITED STATES | No update |
| Office in Jurisdiction: | None | No update |
| Mailing Address (in State of Formation): | None | No update |



# Secretary of the State of Connecticut
# Amend Annual Report
Foreign LLC

## AGENT INFORMATION

Type:              Business
Agent's Name:      PARACORP INCORPORATED
Agent's ALEI:      US-CT.BER:0599815

|  | *Existing Addresses* | *Updated Addresses* |
|---|---|---|
| Business Address: | 1587 HAMILTON AVENUE WATERBURY, CT 06706 United States | No update |
| Mailing Address: | 1587 HAMILTON AVENUE WATERBURY, CT 06706 United States | No update |

| Principal Name: | YAN LI | |
|---|---|---|
|  | *Existing Information* | *Updated Information* |
| Title: | OPERATING MANAGER | OPERATING MANAGER |
| Business Address: | ROOM 3901, NO. 4 LANE 501, XIKANG ROAD, JING'AN DIST, China | 2747 Park Blvd. Palo Alto, CA 94306 United States |
| Residence Address: | Room 3901, No. 4 Lane 501, Xikang Road Shanghai, CHINA, China | 2747 Park Blvd Palo Alto, CA 94306-2028 United States |

## CURRENT PRINCIPAL INFORMATION

This section contains principals already on record who remained the same as part of this report; updates to address or title information is displayed as applicable.



# Secretary of the State of Connecticut
# Amend Annual Report
Foreign LLC

| Principal Name: | Brent Irvin | |
|---|---|---|
| | *Existing Information* | *Updated Information* |
| Title: | OPERATING MANAGER | OPERATING MANAGER |
| Business Address: | 7510 SE 71st St<br>Mercer Island, WA<br>98040<br>United States | 2747 Park Blvd.<br>Palo Alto, CA<br>94306<br>United States |
| Residence Address: | 7510 SE 71st Street<br>Mercer Island, WA<br>98040<br>United States | 2747 Park Blvd<br>Palo Alto, CA<br>94306-2028<br>United States |

| Principal Name: | YAN LI | |
|---|---|---|
| | *Existing Information* | *Updated Information* |
| Title: | OPERATING MANAGER | OPERATING MANAGER |
| Business Address: | ROOM 3901, NO. 4 LANE 501,<br>XIKANG ROAD, JING'AN DIST,<br>China | 2747 Park Blvd.<br>Palo Alto, CA<br>94306<br>United States |
| Residence Address: | Room 3901, No. 4 Lane 501,<br>Xikang Road Shanghai, CHINA,<br>China | 2747 Park Blvd<br>Palo Alto, CA<br>94306-2028<br>United States |

## ACKNOWLEGEMENT

I hereby certify and state under penalties of false statement that all the information set forth on this document is true.

I hereby electronically sign this document on behalf of:

Name of Authorizer:          YAN LI

Authorizer Title:               OPERATING MANAGER
Filer Name:                     PARACORP INCORPORATED
Filer Signature:                PARACORP INCORPORATED
Execution Date:                 04/02/2025



# Secretary of the State of Connecticut
## Amend Annual Report
Foreign LLC

*This signature has been executed electronically.*

M22000008253

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



400388152844

2022 MAY 25 AM 9:23

2022 MAY 25 PM 1:59
RECEIVED
DIVISION OF CORPORATIONS
TALLAHASSEE, FLORIDA

MAY 26 2022

M. SOLOMON

# FLORIDA FILING & SEARCH SERVICES, INC.
## P.O. BOX 10662  TALLAHASSEE, FL  32302
### 155 Office Plaza Dr  Ste A  Tallahassee FL  32301
### PHONE:  (800) 435-9371;  FAX:  (866) 860-8395

**DATE:**      05/25/22

**NAME:**      TENCENT AMERICA LLC

**TYPE OF FILING:**    APPLICATION

**COST:**      125.00

**RETURN:**    PLAIN COPY PLEASE

**ACCOUNT:  FCA000000015**

**AUTHORIZATION:    ABBIE/PAUL HODGE**

DocuSign Envelope ID: FBF4E3D3-8659-400F-B268-37CD43F07BB1

# COVER LETTER

TO:     **Registration Section**
        **Division of Corporations**

SUBJECT:     Tencent America LLC
_____
                    Name of Limited Liability Company

The enclosed "Application by Foreign Limited Liability Company for Authorization to Transact Business in Florida." Certificate of Existence, and check are submitted to register the above referenced foreign limited liability company to transact business in Florida.

Please return all correspondence concerning this matter to the following:

Iris Leong
_____
                    Name of Person

Tencent America LLC
_____
                    Firm/Company

2747 Park Blvd.
_____
                    Address

Palo Alto, CA 94306
_____
                    City/State and Zip Code

irisleong@tencent.com
_____
        E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Iris Leong                          650      798-3300
_____ at (_____) _____
    Name of Contact Person         Area Code   Daytime Telephone Number

**Mailing Address:**                    **Street Address:**
Registration Section                    Registration Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           The Centre of Tallahassee
Tallahassee, FL 32314                   2415 N. Monroe Street, Suite 810
                                        Tallahassee, FL 32303

Enclosed is a check for the following amount:
Please make check payable to: **FLORIDA DEPARTMENT OF STATE**
☐ $125.00 Filing Fee    ☐ $130.00 Filing Fee &    ☐ $155.00 Filing Fee &    ☐ $160.00 Filing Fee, Certificate
                            Certificate of Status       Certified Copy           of Status & Certified Copy

2022 MAY 25 AM 9: 23

DocuSign Envelope ID: FBF4E3D3-8659-400F-B268-37CD43F07BB1

## APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 605.0902, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1.  Tencent America LLC
    _____
    (Name of Foreign Limited Liability Company; must include "Limited Liability Company," "L.L.C.," or "LLC.")

    _____
    (If name unavailable, enter alternate name adopted for the purpose of transacting business in Florida. The alternate name must include "Limited Liability Company," "L.L.C." or "LLC.")

2.  Delaware                                    3.  71-1028222
    _____                        _____
    (Jurisdiction under the law of which foreign limited liability company is organized)    (FEI number, if applicable)

4.  _____
    (Date first transacted business in Florida, if prior to registration.)
    (See sections 605.0904 & 605.0905, F.S. to determine penalty liability)

5.  2747 Park Blvd.                             6.  2747 Park Blvd.
    _____                        _____
    (Street Address of Principal Office)            (Mailing Address)

    Palo Alto, CA 94306                             Palo Alto, CA 94306
    _____                        _____

    _____                        _____

7.  Name and street address of Florida registered agent:  (P.O. Box NOT acceptable)

    Name:           Paracorp Incorporated
                    _____

    Office Address: 155 Office Plaza Drive, 1st Floor
                    _____

                    Tallahassee                            , Florida   32301
                    _____
                    (City)                                             (Zip code)

**Registered agent's acceptance:**
*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

                    Please see attached.
                    _____
                    (Registered agent's signature)

*(stamped, vertical text at right margin:)* 2022 MAY 25 AM 9: 23

DocuSign Envelope.ID: FBF4E3D3-8659-400F-B268-37CD43F07BB1

8. For initial indexing purposes, list names, title or capacity and addresses of the primary members/managers or persons authorized to manage [up to six (6) total]:

| Title or Capacity: | Name and Address: | Title or Capacity: | Name and Address: |
|---|---|---|---|
| ■Manager | Name: Yan Li | ■Manager | Name: Brent Irvin |
| ☐Member | Address: Lane 500 Changde Road | ☐Member | Address: Room18A, Tower A, Phase 4 |
| ■Authorized | Building 10, Unit 20D | ■Authorized | Jingxiu Garden (Loft) |
| Person | Jing'An District, Shanghai, China | Person | Nanshan District, Shenzhen, China |
| ☐Other_____ | ☐Other_____ | ☐Other_____ | ☐Other_____ |
| ☐Manager | Name: _____ | ☐Manager | Name: _____ |
| ☐Member | Address: _____ | ☐Member | Address: _____ |
| ☐Authorized | _____ | ☐Authorized | _____ |
| Person | _____ | Person | _____ |
| ☐Other_____ | ☐Other_____ | ☐Other_____ | ☐Other_____ |
| ☐Manager | Name: _____ | ☐Manager | Name: _____ |
| ☐Member | Address: _____ | ☐Member | Address: _____ |
| ☐Authorized | _____ | ☐Authorized | _____ |
| Person | _____ | Person | _____ |
| ☐Other_____ | ☐Other_____ | ☐Other_____ | ☐Other_____ |

Important Notice: Use an attachment to report more than six (6). The attachment will be imaged for reporting purposes only. Non-indexed individuals may be added to the index when filing your Florida Department of State Annual Report form.

9. Attached is a certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted)

10. This document is executed in accordance with section 605.0203 (1) (b), Florida Statutes. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

DocuSigned by:

Yan Li

8116A361CD36407... Signature of an authorized person

Yan Li,          Manager

Typed or printed name of signee

# STATE OF FLORIDA

## REGISTERED AGENT CONSENT FORM

**DATE:** 5/24/2022

**ENTITY NAME:** Tencent America LLC

**REGISTERED AGENT NAME AND ADDRESS:**

Paracorp Incorporated
155 Office Plaza Drive, 1st Floor
Tallahassee, FL  32301

**Paracorp Incorporated,** having been designated to act as Statutory Agent, hereby consents to act in the capacity for the above-referenced entity until removed or resignation is submitted in accordance with the Florida Revised Statues.

Leticia Herrera, Assistant Secretary
Paracorp Incorporated

2022 MAY 25  AM 9: 23



# Delaware

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "TENCENT AMERICA LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTIETH DAY OF MAY, A.D. 2022.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "TENCENT AMERICA LLC" WAS FORMED ON THE NINTH DAY OF JANUARY, A.D. 2007.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.



Jeffrey W. Bullock, Secretary of State

4281359  8300

SR# 20222183651

Authentication: 203485680

**2024  FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# M22000008253

**Entity Name:** TENCENT AMERICA LLC

**Current Principal  Place of Business:**

2747 PARK BLVD.
PALO ALTO,  CA  94306

**Current Mailing Address:**

2747 PARK BLVD.
PALO ALTO,  CA  94306  US

**FEI Number: 71-1028222**                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PARACORP INCORPORATED
155 OFFICE PLAZA DRIVE, 1ST FLOOR
TALLAHASSEE, FL  32301  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                      Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MANAGER | | Title | MANAGER |
| Name | LI, YAN | | Name | IRVIN, BRENT |
| Address | JING'AN DISTRICT,  XIKANG ROAD, ROOM 3901, NO. 4, LANE 501 | | Address | 7510 SE 71ST STREET |
| City-State-Zip: | SHANGHAI | | City-State-Zip: | MERCER ISLAND  WA  98040 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: YAN LI                                           OPERATING MANAGER       04/30/2024

Electronic Signature of Signing Authorized Person(s) Detail                                          Date

FILED
Apr 30, 2024
Secretary of State
9649268217CC

**2023  FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# M22000008253

**Entity Name:** TENCENT AMERICA LLC

**FILED**
**May 01, 2023**
**Secretary of State**
**6349629018CC**

**Current Principal  Place of Business:**

2747 PARK BLVD.
PALO ALTO, CA  94306

**Current Mailing Address:**

2747 PARK BLVD.
PALO ALTO, CA  94306  US

**FEI Number: 71-1028222**                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PARACORP INCORPORATED
155 OFFICE PLAZA DRIVE, 1ST FLOOR
TALLAHASSEE, FL  32301  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

|  |  |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| Title | MANAGER | | Title | MANAGER |
|---|---|---|---|---|
| Name | LI, YAN | | Name | IRVIN, BRENT |
| Address | JING'AN DISTRICT,  XIKANG ROAD, ROOM 3901, NO. 4, LANE 501 | | Address | NANSHAN DISTRICT, JINXIU GARDEN, ROOM 18A, TOWER A |
| City-State-Zip: | SHANGHAI | | City-State-Zip: | SHENZHEN  GUANGDONG |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: YAN LI                                    OPERATING MANAGER        05/01/2023

Electronic Signature of Signing Authorized Person(s) Detail                              Date

**2025  FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# M22000008253

**Entity Name:** TENCENT AMERICA LLC

**FILED**
**Apr 17, 2025**
**Secretary of State**
**1367057328CC**

**Current Principal  Place of Business:**

2747 PARK BLVD.
PALO ALTO,  CA  94306

**Current Mailing Address:**

2747 PARK BLVD.
PALO ALTO,  CA  94306  US

**FEI Number: 71-1028222**                                      **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PARACORP INCORPORATED
155 OFFICE PLAZA DRIVE, 1ST FLOOR
TALLAHASSEE, FL  32301  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

|  |  |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| Title | OPERATING MANAGER | Title | OPERATING MANAGER |
|---|---|---|---|
| Name | LI, YAN | Name | IRVIN, BRENT |
| Address | JING'AN DISTRICT,  XIKANG ROAD, ROOM 3901, NO. 4, LANE 501 | Address | 7510 SE 71ST STREET |
| City-State-Zip: | SHANGHAI | City-State-Zip: | MERCER ISLAND  WA  98040 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: YAN LI                                      OPERATING MANAGER          04/17/2025

|  |  |
|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | Date |

Control Number : 21296922

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

## CERTIFICATE OF AUTHORITY

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**Tencent America, LLC**
a **Foreign Limited Liability Company**

has been duly formed under the laws of **Delaware** and has filed an application meeting the requirements of Georgia law to transact business as a **Foreign Limited Liability Company** in this state.

WHEREFORE, by the authority vested in me as Secretary of State, the above **Foreign Limited Liability Company** is hereby granted, on **11/30/2021**, a certificate of authority to transact business in the State of Georgia as provided by Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said application.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **12/02/2021**.



Brad Raffensperger
Secretary of State

DocuSign Envelope ID: 07F8D38B-4893-4C60-AD6F-71FB73B5815A



Secretary of State

UFFICE OF SECRETARY OF STATE
CORPORATIONS DIVISION
2 Martin Luther King Jr. Dr. SE
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817
sos.georgia.gov/corporations

## APPLICATION FOR CERTIFICATE OF AUTHORITY
## FOR FOREIGN LIMITED LIABILITY COMPANY

**IMPORTANT**: Please provide the entity's primary email address when completing this form.

Primary Email Address: irisleong@tencent.com

### NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM

| | | | | | |
|---|---|---|---|---|---|
| 1. | Tencent America LLC | | | | Name Reservation Number (Optional) |
| | Name of Limited Liability Company | | | | |

12/1/2021

Date business commenced (or proposed) in Georgia (NOTE: If date provided here is more than 30 days prior to the effective date of this application, a $500 penalty plus fees must be paid. Penalty is statutory and cannot be waived by Secretary of State.)

| | | | | |
|---|---|---|---|---|
| 2. | Iris Leong | | | |
| | Name* of Filing Person | | | |

| | | | |
|---|---|---|---|
| 2747 Park Blvd. | Palo Alto | CA | 94306 |
| Address | City | State | Zip Code |
| irisleong@tencent.com | | (650) 798-3300 | |
| Filer's Email Address | | Telephone Number | |

| | | |
|---|---|---|
| 3. | Tencent America LLC | |
| | Name of Limited Liability Company in State or Country of Formation | |

| | | |
|---|---|---|
| Delaware, USA | January 9, 2007 | Perpetual |
| Jurisdiction (Home State or Country) | Date of Formation in Home State or Country | Period of Duration |

| | | | |
|---|---|---|---|
| 4. | 2747 Park Blvd. | Palo Alto | CA | 94306 |
| | Address of Principal Place of Business | City | State | Zip Code |

| | | | |
|---|---|---|---|
| 5. | Paracorp Incorporated | | paracorp@myparacorp.com |
| | Name* of Registered Agent in Georgia | | Registered Agent's Email Address |

279 W. Crogan Street

Registered Office Street Address in Georgia (post office box or mail drop not acceptable for registered office address)

| | | | |
|---|---|---|---|
| Lawrenceville | Gwinnett County | GA | 30046 |
| City | County | State | Zip Code |

| | | | | |
|---|---|---|---|---|
| 6. | Yan Li; Lane 500 Changde Road, Building 10, Unit 20D, Jing'An District | Shanghai | | China |
| | Manager's Name* & Address (person with substantial responsibility for managing LLC's business activities) | | City | State | Zip Code |

| | | | |
|---|---|---|---|
| 7. | 2747 Park Blvd. | Palo Alto | CA | 94306 |
| | Address Where Limited Liability Company's Records Are Maintained | City | State | Zip Code |

8. Effective Date: (Choose one) ☑ Upon filing ☐ Delayed effective date and/or time: _____
(A delayed effective date must be within 90 days of the filing date.)

9. NOTICE: Mail the following items to the Secretary of State at the above address
   (1) This application;
   (2) Fee of $235.00 ($225 filing fee + $10 paper filing service charge) payable to "Secretary of State." Filing fees are non-refundable.

This application is signed by a person duly authorized to sign such instruments by the laws of the jurisdiction under which the foreign limited liability company is organized. The foreign limited liability company undertakes to keep its records at the address shown in #7 above until its registration in Georgia is canceled or withdrawn. The foreign limited liability company, in accordance with Title 14 of the Official Code of Georgia Annotated, appoints the Secretary of State as agent for service of process if no agent has been appointed in Georgia or, if appointed, the agent's authority has been revoked or the agent cannot be found or served by the exercise of reasonable diligence.

*Yan Li*

| | |
|---|---|
| Signature of Authorized Person | 11/24/2021 |
| | Date |
| Yan Li | Operating Manager |
| Print Name* | Title |

\* Enter individual's legal name, i.e. first and last name without use of initials or nicknames. Middle names or initials may be included.

FORM CD 241
(Rev 10/2019)

# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "TENCENT AMERICA LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-NINTH DAY OF NOVEMBER, A.D. 2021.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "TENCENT AMERICA LLC" WAS FORMED ON THE NINTH DAY OF JANUARY, A.D. 2007.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

Jeffrey W. Bullock, Secretary of State

4281359  8300

SR# 20213918292

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 204809441

Date: 11-29-21



**Brad Raffensperger**
Secretary of State

# STATE OF GEORGIA

OFFICE OF SECRETARY OF STATE
Corporations Division
2 Martin Luther King, Jr. Dr. SE
Suite 313, West Tower
Atlanta, Georgia 30334-1530

**Date of Notice: 08/19/2022**

**Tencent America, LLC**, **Control No. 21296922**

**Paracorp Incorporated**
**279 W. Crogan Street**
**Lawrenceville, GA 30046**

## Notice of Intent to Revoke

In accordance with Title 14 of the Official Code of Georgia Annotated, the Secretary of State hereby gives notice of determination that one or more statutory grounds exist for dissolving this entity for its failure to deliver its annual registration, together with all required fees and penalties, within 60 days after it was due, and/or having been without a registered agent or registered office in this state for 60 days or more. The Secretary of State shall administratively dissolve the entity unless it corrects each ground for dissolution, including payment in full of all required fees and penalties, or demonstrates to the reasonable satisfaction of the Secretary of State that each determined ground does not exist **within sixty (60) days of the mailing of this Notice.**

The above-stated grounds for revocation may be corrected by filing an annual registration for the entity. **For faster processing, we invite you to file your annual registration online with a credit card at http://ecorp.sos.ga.gov.** You may also print an annual registration form for submission by mail at http://ecorp.sos.ga.gov. The Corporations Division accepts Visa, MasterCard, Discover, American Express and ATM/Debit cards with the Visa or MasterCard logo for online filings. Annual registrations not processed online require payment with a check, certified bank check, or money order. *We cannot accept cash for payment.*

If you choose to file by mail, you must send in an annual registration form printed from the website indicated above. Please mail your completed annual registration form to the following address: **Office of Secretary of State, Annual Registration Filings, 2 Martin Luther King Jr Dr. SE, Suite 313, West Tower, Atlanta, GA 30334-1530. Your annual registration form must be accompanied by a check, certified bank check, or money order.** All checks must be pre-printed with a complete address in order to be accepted by our office for processing. Absolutely no counter or starter checks will be accepted. Failure to adhere to these guidelines will delay or possibly result in the rejection of your filing.

Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be administratively dissolved by the Secretary of State. [See. O.C.G.A §13-6-15 and Title 14, respectively.]

**Note: Registered agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers' addresses.**

Any person authorized by the entity to do so may sign and file an annual registration (including online filing). Additionally, a person who signs a document or submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

For more information on annual registrations or to file online, visit http://ecorp.sos.ga.gov or call 404-656-2817.

Control Number : 21296922

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**CERTIFICATE OF ADMINISTRATIVE DISSOLUTION/REVOCATION**

I, Brad Raffensperger, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**Tencent America, LLC**
a **Foreign Limited Liability Company**

was mailed a notice in accordance with Title 14 of the Official Code of Georgia Annotated and was involuntarily or administratively dissolved or its certificate of authority revoked by the Office of Secretary of State on 10/28/2022 for failure to file its annual registration, failure to maintain a registered agent or registered office in this state, and/or failure to submit payment for a dishonored fee payment or for fees, taxes, or penalties owed.

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated herein.

WITNESS my hand and official seal in the City of Atlanta
and the State of Georgia on  10/28/2022



Brad Raffensperger
Secretary of State

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Statement of Resignation of Registered Agent**

*Electronically Filed*
Secretary of State
Filing Date: 1/25/2023 7:51:59 PM

## BUSINESS INFORMATION

| | |
|---|---|
| **BUSINESS NAME** | : Tencent America, LLC |
| **CONTROL NUMBER** | : 21296922 |
| **BUSINESS TYPE** | : Foreign Limited Liability Company |
| **FILING TYPE** | : Registered Agent Resignation |

## RESIGNING REGISTERED AGENT

| | |
|---|---|
| **NAME** | : Paracorp Incorporated |
| **MAILING ADDRESS** | : 279 W. Crogan Street, Lawrenceville, GA, 30046, USA |
| **COUNTY** | : Gwinnett |
| **EMAIL** | : paracorp@myparacorp.com |

## STATEMENT OF DISCONTINUANCE OF REGISTERED OFFICE

The registered office is also discontinued.

## STATEMENT OF RESIGNATION

- The undersigned hereby resigns as registered agent for the above-named entity.
- The undersigned certifies that written notice of the registered agent's intention to resign as registered agent was delivered or mailed to the above-named entity in accordance with the applicable provisions of the Official Code of Georgia Annotated.
- The registered agent's appointment is terminated, and the registered office discontinued if so provided, on the 31st day after the date on which this statement is filed with the Secretary of State, or on the date the entity files an annual registration designating a new registered agent if filed prior to the 31st day.

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | : Jody Moua, Asst. Decretary for Paracorp Incorporated |
| **AUTHORIZER TITLE** | : Registered Agent |

Control Number : 23016546

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

## CERTIFICATE OF AUTHORITY

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**Tencent America LLC**
a **Foreign Limited Liability Company**

has been duly formed under the laws of **Delaware** and has filed an application meeting the requirements of Georgia law to transact business as a **Foreign Limited Liability Company** in this state.

WHEREFORE, by the authority vested in me as Secretary of State, the above **Foreign Limited Liability Company** is hereby granted, on **01/20/2023**, a certificate of authority to transact business in the State of Georgia as provided by Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said application.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **01/24/2023**.



Brad Raffensperger
Secretary of State

**APPLICATION FOR CERTIFICATE OF AUTHORITY**

*Electronically Filed*
Secretary of State
Filing Date: 1/20/2023 5:57:04 PM

| BUSINESS INFORMATION | |
|---|---|
| **CONTROL NUMBER** | 23016546 |
| **BUSINESS NAME** | Tencent America LLC |
| **BUSINESS TYPE** | Foreign Limited Liability Company |
| **EFFECTIVE DATE** | 01/20/2023 |
| **HOME JURISDICTION** | Delaware |
| **DURATION** | Perpetual |
| **NAME IN HOME STATE** | Tencent America LLC |
| **DATE OF FORMATION IN HOME JURISDICTION** | 01/09/2007 |
| **COMMENCEMENT DATE IN GEORGIA** | 12/01/2021 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| **ADDRESS** | 2747 Park Blvd., Palo Alto, CA, 94306, USA |

| RECORDS ADDRESS | |
|---|---|
| **ADDRESS** | 2747 Park Blvd., Palo Alto, CA, 94306, USA |

| REGISTERED AGENT | | |
|---|---|---|
| **NAME** | **ADDRESS** | **COUNTY** |
| Paracorp Incorporated | 279 W. Crogan Street, Lawrenceville, GA, 30046, USA | Gwinnett |

| MANAGER(S) | | |
|---|---|---|
| **NAME** | **TITLE** | **ADDRESS** |
| Yan Li | MANAGER | 2747 Park Blvd., Palo Alto, CA, 94306, USA |

| AUTHORIZER INFORMATION | |
|---|---|
| **AUTHORIZER SIGNATURE** | Yan Li |
| **AUTHORIZER TITLE** | Manager |

The foreign limited liability company undertakes to keep its records at the address shown above until its registration in Georgia is canceled or withdrawn. The foreign limited liability company, in accordance with Title 14 of the Official Code of Georgia Annotated, appoints the Secretary of State as agent for service of process if no agent has been appointed in Georgia or, if appointed, the agent's authority has been revoked or the agent cannot be found or served by the exercise of reasonable diligence.

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 03/27/2024 15:31:34

| BUSINESS INFORMATION | | |
|---|---|---|
| **BUSINESS NAME** | : | Tencent America LLC |
| **CONTROL NUMBER** | : | 23016546 |
| **BUSINESS TYPE** | : | Foreign Limited Liability Company |
| **JURISDICTION** | : | Delaware |
| **ANNUAL REGISTRATION PERIOD** | : | 2024 |

| BUSINESS INFORMATION CURRENTLY ON FILE | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 2747 Park Blvd., Palo Alto, CA, 94306, USA |
| **REGISTERED AGENT NAME** | : | Paracorp Incorporated |
| **REGISTERED OFFICE ADDRESS** | : | 279 W. Crogan Street, Lawrenceville, GA, 30046, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| UPDATES TO ABOVE BUSINESS INFORMATION | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 2747 Park Blvd., Palo Alto, CA, 94306, USA |
| **REGISTERED AGENT NAME** | : | Paracorp Incorporated |
| **REGISTERED OFFICE ADDRESS** | : | 279 W. Crogan Street, Lawrenceville, GA, 30046, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| AUTHORIZER INFORMATION | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | YAN LI |
| **AUTHORIZER TITLE** | : | Authorized Person |

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 03/31/2025 12:51:01

| BUSINESS INFORMATION | | |
|---|---|---|
| **BUSINESS NAME** | : | Tencent America LLC |
| **CONTROL NUMBER** | : | 23016546 |
| **BUSINESS TYPE** | : | Foreign Limited Liability Company |
| **JURISDICTION** | : | Delaware |
| **ANNUAL REGISTRATION PERIOD** | : | 2025 |

| BUSINESS INFORMATION CURRENTLY ON FILE | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 2747 Park Blvd., Palo Alto, CA, 94306, USA |
| **REGISTERED AGENT NAME** | : | Paracorp Incorporated |
| **REGISTERED OFFICE ADDRESS** | : | 279 W. Crogan Street, Lawrenceville, GA, 30046, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| UPDATES TO ABOVE BUSINESS INFORMATION | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 2747 Park Blvd., Palo Alto, CA, 94306, USA |
| **REGISTERED AGENT NAME** | : | Paracorp Incorporated |
| **REGISTERED OFFICE ADDRESS** | : | 279 W. Crogan Street, Lawrenceville, GA, 30046, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| AUTHORIZER INFORMATION | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | YAN LI |
| **AUTHORIZER TITLE** | : | Authorized Person |

# GEORGIA
# CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH RESULTS**

| Business Name | Control Number | Business Type | Principal Office Address | Registered / Designated Agent Name | Status |
|---|---|---|---|---|---|
| Tencent America LLC (/BusinessSearch/BusinessInformation?businessId=3848680&businessType=Foreign%20Limited%20Liability%20Company&fromSearch=True) | 23016546 | Foreign Limited Liability Company | 2747 Park Blvd., Palo Alto, CA, 94306, USA | Paracorp Incorporated | Active/Compliance |
| Tencent America, LLC (/BusinessSearch/BusinessInformation?businessId=3501662&businessType=Foreign%20Limited%20Liability%20Company&fromSearch=True) | 21296922 | Foreign Limited Liability Company | 2747 Park Blvd, Pale Alto, CA, 94306, USA | Agent Resigned | Revoked |

**Page 1 of 1, records 1 to 2 of 2**

Back

DocuSign Envelope ID: 5C06052F-0B5D-4A3C-B53F-B2C3EC6CD844

FILED 05/20/2022 02:39 PM
Business Registration Division
DEPT. OF COMMERCE AND
CONSUMER AFFAIRS
State of Hawaii

**FORM FLLC-1**
**7/2012**

**STATE OF HAWAII**
**DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS**
**Business Registration Division**
335 Merchant Street
Mailing Address: P.O. Box 40, Honolulu, Hawaii 96810
Phone No. (808) 586-2727

## APPLICATION FOR CERTIFICATE OF AUTHORITY
## FOR FOREIGN LIMITED LIABILITY COMPANY
(Section 428-1002, Hawaii Revised Statutes)

*PLEASE TYPE OR PRINT LEGIBLY IN BLACK INK*

The undersigned, in accordance with the provisions of the Hawaii Uniform Limited Liability Company Act, certify as follows:

1.  The name of the limited liability company is:

    Tencent America LLC

    (Name must be exactly as stated on Certificate of Existence including spacing and punctuation)

2.  Its state or country of organization is:     Delaware

3.  The mailing address of its principal office is:

    2747 Park Blvd., Palo Alto, CA 94306

4.  A list of the names and addresses of all members and their respective capital contributions are kept and will be kept at this principal office until this registration is cancelled.

5.  The company shall have and continuously maintain in the State of Hawaii a registered agent who shall have a business address in this State. The agent may be an individual who resides in this State, a domestic entity or a foreign entity authorized to transact business in this State.

    a.  The name (and state or country of incorporation, formation or organization, if applicable) of the company's registered agent in the State of Hawaii is:

        Paracorp Incorporated          114123D1                    Hawaii
        (Name of Registered Agent)                              (State or Country)

    b.  The street address of the place of business of the person in State of Hawaii to which service of process and other notice and documents being served on or sent to the entity represented by it may be delivered to is:

        1136 Union Mall, Ste 301, Honolulu, HI 96813

6.  The period of duration is (check one):

    ☒ At-will

    ☐ For a specified term to expire on: _____ _____ _____
                                              (Month)         (Day)          (Year)

DocuSign Envelope ID: 5C08052F-0B5D-4A3C-B53F-B2C3EC6CD844

FORM FLLC-1
7/2012

7. The company is (check one):

   a.  ☒ Manager-managed, and the names and addresses of each manager is listed in paragraph "c".

   b.  ☐ Member-managed, and the names and addresses of each member is listed in paragraph "c".

   c.  List the names and addresses of each manager if the company is Manager-managed, or
       List the names and addresses of each member if the company is Member-managed.

   Brent Richard Irvin                    2747 Park Blvd., Palo Alto, CA 94306

   Yan Li                                 2747 Park Blvd., Palo Alto, CA 94306

8. The members of the company (check one):

   ☒ Shall not be liable for the debts, obligations and liabilities of the company.

   ☐ Shall be liable for all debts, obligations and liabilities of the company.

   ☐ Shall be liable for specified debts, obligations and liabilities of the company *as stated below*, and have consented in
     writing to the adoption of this provision or to be bound by this provision.

9. Attached is an original certificate of existence or a record of similar import, authenticated by the proper government official
   having custody of the company records in the state or country under whose laws it is organized, and dated not more than
   sixty (60) days prior to the filing of this application. If the certificate is in a foreign language, a translation under oath of the
   translator is attached.

I/we certify under the penalties set forth in the Hawaii Uniform Limited Liability Company Act, that I/we have read the above
statements, I/we are authorized to sign this application, and that the above statements are true and correct.

Signed this  18th  day of  May  ,  2022

Yan Li, Manager
_____          _____
(Type/Print Name & Title)                   (Type/Print Name & Title)

DocuSigned by:
*Yan Li*
_____          _____
(Signature)                                 (Signature)

SEE INSTRUCTIONS PAGE. The application must be signed and certified by at least one manager of a manager-managed
company, by at least one member of a member-managed company or by a person who is authorized or required to sign a
record under the laws of its jurisdiction of organization.



# Delaware

## The First State

Page 1

FILED 05/20/2022 02:39 PM
Business Registration Division
DEPT. OF COMMERCE AND
CONSUMER AFFAIRS
State of Hawaii

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "TENCENT AMERICA LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTIETH DAY OF MAY, A.D. 2022.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "TENCENT AMERICA LLC" WAS FORMED ON THE NINTH DAY OF JANUARY, A.D. 2007.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.





Jeffrey W. Bullock, Secretary of State

4281359  8300

SR# 20222183651

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203485680

Date: 05-20-22



# Department of Commerce and Consumer Affairs

CERTIFICATE OF AUTHORITY

I, the undersigned Director of Commerce and Consumer Affairs
of the State of Hawaii, do hereby certify that

TENCENT AMERICA LLC

organized under the laws of Delaware

has complied with all of the registration requirements of
the Uniform Limited Liability Company Act of the State of
Hawaii, and is duly registered to transact business
in the State of Hawaii as a foreign limited liability company,
effective 05/20/2022.

IN WITNESS WHEREOF, I have hereunto set
my hand and affixed the seal of the
Department of Commerce and Consumer
Affairs, at Honolulu, Hawaii.

Dated:  May 24, 2022

Director of Commerce and Consumer Affairs



Received Business Registration Division    Case 2:25-cv-06675-JSG    Document 01-18    Filed 10/15/25    Page 51 of 108
Department of Commerce and Consumer Affairs, State of Hawaii
2023 JUN 30 A 08:25

# STATE OF HAWAII

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
335 Merchant Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI 96810

**FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT AS OF** April 1, 2023

**COMPANY NAME AND MAILING ADDRESS**

TENCENT AMERICA LLC
2747 PARK BLVD
PALO ALTO CA 94306

**1. Principal Office Address**

2747 PARK BLVD
PALO ALTO CA 94306

**2. Nature of Business (Optional)**

**3. Organized under the laws of:** Delaware

**4. The name of the registered agent and the registered agent's street address of the place of business in Hawaii of the person to which service of process and other notice and documents being served on or sent to the entity represented by it may be delivered to.**

PARACORP INCORPORATED
900 FORT STREET MALL, SUITE 1680
HONOLULU HI 96813

**5. The company is:** Manager-managed
If the company is manager-managed, the total number of members is: 2  ✔

**6. Managers or members are:**

Manager IRVIN,BRENT    RM18A TWR A PH4, JINXIU GARDEN, NANSHAN DISTRICT, SHENZHEN, SHENZHEN 518000 CHINA

 Manager LI,YAN    RM 3901, NO. 4, LANE 501, XIKANG ROAD, JING'AN DISTRICT, SHANGHAI, CHINA, SHANGHAI 200000 CHINA

| ☐ | **NO CHANGES** |
|---|---|
| | Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report. |

# DECLARATION

I certify under the penalties of Section 428-1302, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

| June 30, 2023 | YAN LI | YAN LI |
|---|---|---|
| Date | Signature of an authorized manager of a manager-managed company, member of a member-managed company, fiduciary (if the company is in the hands of a receiver, trustee, or other court-appointed fiduciary), or attorney-of-fact | Print Name |

**FILE NO.** 276881 C6
**Rev. 10/2013**

2023    L17
L22
BSA

 

Received Business Registration Division 2024 MAY 21 A 08:40
Case 2:25-cv-00273-JSS    Document 61-13    Filed 10/15/25    Page 52 of 108
Department of Commerce and Consumer Affairs, State of Hawaii

**STATE OF HAWAII**
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
335 Merchant Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI 96810

**FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT AS OF**  April 1, 2024

**COMPANY NAME AND MAILING ADDRESS**

TENCENT AMERICA LLC
2747 PARK BLVD
PALO ALTO CA 94306

**1. Principal Office Address**

2747 PARK BLVD
PALO ALTO CA 94306

**2. Nature of Business (Optional)**

**3. Organized under the laws of:**  Delaware

**4. The name of the registered agent and the registered agent's street address of the place of business in Hawaii of the person to which service of process and other notice and documents being served on or sent to the entity represented by it may be delivered to.**

PARACORP INCORPORATED
900 FORT STREET MALL, SUITE 1680
HONOLULU HI 96813

**5. The company is:**  Manager-managed
If the company is manager-managed, the total number of members is: 2

**6. Managers or members are:**

✔

| Manager | IRVIN,BRENT | 7510 SE 71ST STREET, MERCER ISLAND WA 98040 |
| Manager | LI,YAN | ROOM 3901, NO. 4 LANE 501, XIKANG ROAD, JING'AN DIST, SHANGHAI 200000 CHINA |

☐ **NO CHANGES**
**Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.**

**DECLARATION**

I certify under the penalties of Section 428-1302, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

| May 21, 2024 | YAN LI | YAN LI |
| Date | Signature of an authorized manager of a manager-managed company, member of a member-managed company, fiduciary (if the company is in the hands of a receiver, trustee, or other court-appointed fiduciary), or attorney-of-fact | Print Name |

**FILE NO.** 276881 C6
**Rev.** 10/2013

**2024**  **L17**
**L22**
**BSA**

05/21/2024 41909



Received Business Registration Division  2025 MAY 27 P 12:34
Case 3:25-cv-00624-SSO   Document 31-18   Filed 10/15/25   Page 53 of 108
Department of Commerce and Consumer Affairs, State of Hawaii

## STATE OF HAWAII
### DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
335 Merchant Street
Mailing Address: Annual Filing, P.O. Box 40, Honolulu, HI 96810

**FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT AS OF** April 1, 2025

**COMPANY NAME AND MAILING ADDRESS**

TENCENT AMERICA LLC
2747 PARK BLVD
PALO ALTO CA 94306

**1. Principal Office Address**

2747 PARK BLVD
PALO ALTO CA 94306

**2. Nature of Business (Optional)**

**3. Organized under the laws of:** Delaware

**4. The name of the registered agent and the registered agent's street address of the place of business in Hawaii of the person to which service of process and other notice and documents being served on or sent to the entity represented by it may be delivered to.**

PARACORP INCORPORATED
900 FORT STREET MALL, SUITE 1680
HONOLULU HI 96813

**5. The company is:** Manager-managed
If the company is manager-managed, the total number of members is: 2

**6. Managers or members are:**

| | | |
|---|---|---|
| Manager | IRVIN,BRENT | 7510 SE 71ST STREET, MERCER ISLAND WA 98040 |
| Manager | LI,YAN | ROOM 3901, NO. 4 LANE 501, XIKANG ROAD, JING'AN DIST, SHANGHAI 200000 CHINA |

 **NO CHANGES**
Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.

## DECLARATION

I certify under the penalties of Section 428-1302, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

| May 27, 2025 | YAN LI | YAN LI |
|---|---|---|
| Date | Signature of an authorized manager of a manager-managed company, member of a member-managed company, fiduciary (if the company is in the hands of a receiver, trustee, or other court-appointed fiduciary), or attorney-of-fact | Print Name |

**FILE NO.** 276881 C6

**Rev. 10/2013**

2025        L17
                L22
                RSA



05/27/202542198

DocuSign Envelope ID: 5956C0CC-B741-458B-9830-EA90A9DB7963





# FOREIGN REGISTRATION STATEMENT

Title 30, Chapter 21, Idaho Code

Base Filing fee: $100.00 + $20.00 for manual processing (form must be typ

**For Office Use Only**

**-FILED-**

File #: 0004867205

Date Filed: 8/22/2022 1:00:00 PM

1. The name of the entity is:  **Tencent America LLC**

2. The name which it shall use in Idaho is:

   (Enter a name here, only if you are required to adopt an alternate name)

3. Select the type of entity you wish to register:

   ☐ Business Corporation
   ☐ Nonprofit Corporation
   ☐ Limited Liability Partnership
   ☒ Limited Liability Company
   ☐ Other:

   ☐ General Partnership
   ☐ General Cooperative Association
   ☐ Limited Partnership (Including a limited liability limited partnership
   ☐ Statutory Trust, Business Trust, or Common-law Business Trust

   (Use "Other" only if your foreign entity type is not listed above, and enter the type here.)

4. Jurisdiction of formation:  **Delaware**

   (Provide the domestic jurisdiction where the entity was formed)

5. The address of its principal office is:

   **2747 Park Blvd., Palo Alto, California 94306**

   (Street Address)

   (Mailing Address, if different)

6. The address of its domestic principal office (if required by the laws of the jurisdiction of formation) is:

   (Street Address)

   (Mailing Address, if different)

7. The mailing address to which correspondence should be addressed, if different from item 5, is:

   (Address)

8. Name and street address of registered agent in Idaho:

   **Paracorp Incorporated, 921 S Orchard Street #G, Boise, ID 83705**

   (Name and Address)

9. The name, capacity, and mailing address of at least one governor:

   | Yan Li | Manager | 2747 Park Blvd., Palo Alto, California 94306 |
   |--------|---------|---------------------------------------------|
   | (Name) | (Capacity) | (Address) |
   | Brent Irvin | Manager | 2747 Park Blvd., Palo Alto, California 94306 |
   | (Name) | (Capacity) | (Address) |

   Secretary of State use only

Typed Name:  Yan Li

Signature:
DocuSigned by:
*Yan Li*
8116A361CD36407...

Capacity:  Manager

Revised 0?/2019

B0732-0545 08/22/2022 1:00 PM Received by ID Secretary of State Lawerence Denney

# Delaware

## The First State

Page 1

    *I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF*

*DELAWARE, DO HEREBY CERTIFY "TENCENT AMERICA LLC" IS DULY FORMED*

*UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND*

*HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS*

*OF THE NINETEENTH DAY OF AUGUST, A.D. 2022.*

    *AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "TENCENT AMERICA*

*LLC" WAS FORMED ON THE NINTH DAY OF JANUARY, A.D. 2007.*

    *AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN*

*PAID TO DATE.*



Jeffrey W. Bullock, Secretary of State

4281359  8300

SR# 20223308382

Authentication: 204201323

Date: 08-19-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

B0732-2015 09/12/2022 10:40 AM Received by Office of the Idaho Secretary of State



## STATEMENT OF
## CHANGE, RESIGNATION OR TERMINATION
## BY COMMERCIAL REGISTERED AGENT
**(see reverse for instructions)**

The person identified below submits to the Secretary of State the following statement for the purpose of changing its commercial registered agent information on file with the Secretary of State.

1. The name of the commercial registered agent is:

   PARACORP INCORPORATED

2. The address of the commercial registered agent currently on file is:

   921 S. ORCHARD ST. STE. G, BOISE, ID 83705

3. Information on file that is to be changed:

   [X] The name or address of the agent has changed. The new name / address is:

   1555 W. SHORELINE DR. STE. 100, BOISE, ID 83702

   [ ] The type or jurisdiction of organization of the agent has changed. The new type or jurisdiction is:

   [ ] The agent resigns from serving as agent for service of process for the entity listed below:

   and the name and address of the person to which the agent will send notice at the represented entity:

   [ ] The agent is no longer in the business of serving as a commercial registered agent in Idaho. The termination will take effect on the thirty-first day after the day on which this filing is received by the Secretary of State's office.

Signed: _X. Herrera_

Printed Name: _Leticia Herrera_

Capacity: _Asst Secretary_

Dated: _8/9/2022_

g:\corp\forms\misc\forms\ change_comm_reg_agent.pmd Revised09/2002

Filing Office Use Only



**STATE OF IDAHO**
*Office of the secretary of state, Phil McGrane*
**ANNUAL REPORT**
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee: $0.00

| For Office Use Only |
| :---: |
| **-FILED-** |
| File #: 0005372941 |
| Date Filed: 8/28/2023 10:13:38 AM |

B0832-1684 08/28/2023 10:13 AM Received by Office of the Idaho Secretary of State

---

**Entity Name and Mailing Address:**

| | |
| :--- | :--- |
| Entity Name: | Tencent America LLC |
| Foreign Name (name in home jurisdiction): | TENCENT AMERICA LLC |
| The file number of this entity on the records of the Idaho Secretary of State is: | 0004867205 |
| Address | 2747 PARK BLVD<br>PALO ALTO, CA 94306-2028 |

**Entity Details:**

| | |
| :--- | :--- |
| Entity Status | Active-Existing |
| This entity is organized under the laws of: | DELAWARE |
| If applicable, the old file number of this entity on the records of the Idaho Secretary of State was: | |

**The registered agent on record is:**

| | |
| :--- | :--- |
| Registered Agent | PARACORP INCORPORATED<br>Commercial Registered Agent<br>Physical Address<br>1555 W SHORELINE DR<br>STE 100<br>BOISE, ID 83702<br>Mailing Address<br>1555 W SHORELINE DR<br>STE 100<br>BOISE, ID 83702 |

**Agent or Address Change**

☐ Select if you are appointing a new agent.

**Limited Liability Company Managers and Members**

| Name | Title | Business Address |
| :--- | :--- | :--- |
| ▪ YAN LI | Manager | RM 3901, NO 4, LANE 501<br>XIKANG ROAD, JING'AN DISTRICT<br>SHANGHAI<br>China |
| ▪ BRENT IRVIN | Manager | 7510 SE 71ST STREET<br>MERCER ISLAND, WA 98040 |

The annual report must be signed by an authorized signer of the entity.
Job Title:  OPERATING MANAGER

| | |
| :--- | :--- |
| *YAN LI* | *08/28/2023* |
| Sign Here | Date |

---

 

B0941-9505 08/27/2024 10:56 AM Received by Office of the Idaho Secretary of State

0005871507



**STATE OF IDAHO**
*Office of the secretary of state, Phil McGrane*
**ANNUAL REPORT**
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee: $0.00

*For Office Use Only*

**-FILED-**

File #: 0005871507

Date Filed: 8/27/2024 10:56:22 AM

---

Entity Name and Mailing Address:

| | |
|---|---|
| Entity Name: | Tencent America LLC |
| Foreign Name (name in home jurisdiction): | TENCENT AMERICA LLC |
| The file number of this entity on the records of the Idaho Secretary of State is: | 0004867205 |
| Address | 2747 PARK BLVD PALO ALTO, CA 94306-2028 |

Entity Details:

| | |
|---|---|
| Entity Status | Active-Existing |
| This entity is organized under the laws of: | DELAWARE |
| If applicable, the old file number of this entity on the records of the Idaho Secretary of State was: | |

The registered agent on record is:

Registered Agent — PARACORP INCORPORATED
Commercial Registered Agent

Physical Address
1555 W SHORELINE DR
STE 100
BOISE, ID 83702

Mailing Address
1555 W SHORELINE DR
STE 100
BOISE, ID 83702

Agent or Address Change

☐ Select if you are appointing a new agent.

Limited Liability Company Managers and Members

| Name | Title | Business Address |
|---|---|---|
| YAN LI | Manager | RM 3901, NO 4, LANE 501 XIKANG ROAD, JING'AN DISTRICT SHANGHAI China |
| BRENT IRVIN | Manager | 7510 SE 71ST STREET MERCER ISLAND, WA 98040 |

The annual report must be signed by an authorized signer of the entity.
Job Title: OPERATING MANAGER

*YAN LI*                                      08/27/2024
Sign Here                                     Date

Page 1 of 1                                                           Page 1 of 1

**STATEMENT OF
CHANGE, RESIGNATION OR TERMINATION
BY COMMERCIAL REGISTERED AGENT**
(see reverse for instructions)

The person identified below submits to the Secretary of State the following statement for the purpose of changing its commercial registered agent information on file with the Secretary of State.

1. The name of the commercial registered agent is:

   PARACORP INCORPORATED

2. The address of the commercial registered agent currently on file is:

   1555 W SHORELINE DR STE 100 BOISE, ID 83702

3. Information on file that is to be changed:

   ☒ The name or address of the agent has changed. The new name / address is:

   10020 W FAIRVIEW AVE. SUITE 104 BOISE, ID 83704

   ☐ The type or jurisdiction of organization of the agent has changed. The new type or jurisdiction is:

   ☐ The agent resigns from serving as agent for service of process for the entity listed below:

   and the name and address of the person to which the agent will send notice at the represented entity:

   ☐ The agent is no longer in the business of serving as a commercial registered agent in Idaho. The termination will take effect on the thirty-first day after the day on which this filing is received by the Secretary of State's office.

Signed: _____

Printed Name: MATTHEW MARZUCCO

Capacity: CEO

Dated: May 12, 2025

g:\corp\forms\cms\domcstl change_comm_reg_agent.pmd Revised 06/2002

Filing Office Use Only

B0990-8988 05/23/2025 1:36 PM Received by Office of the Idaho Secretary of State

 

0006371123



**STATE OF IDAHO**
*Office of the secretary of state, Phil McGrane*
**ANNUAL REPORT**
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee: $0.00

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: 0006371123 |
| Date Filed: 7/25/2025 4:37:09 PM |

| Entity Name and Mailing Address: | |
| --- | --- |
| Entity Name: | Tencent America LLC |
| Foreign Name (name in home jurisdiction): | TENCENT AMERICA LLC |
| The file number of this entity on the records of the Idaho Secretary of State is: | 0004867205 |
| Address | 2747 PARK BLVD<br>PALO ALTO, CA 94306-2028 |

| Entity Details: | |
| --- | --- |
| Entity Status | Active-Existing |
| This entity is organized under the laws of: | DELAWARE |
| If applicable, the old file number of this entity on the records of the Idaho Secretary of State was: | |

| The registered agent on record is: | |
| --- | --- |
| Registered Agent | PARACORP INCORPORATED<br>Commercial Registered Agent<br>Physical Address<br>10020 W FAIRVIEW AVE<br>STE 104<br>BOISE, ID 83704<br>Mailing Address<br>10020 W FAIRVIEW AVE<br>STE 104<br>BOISE, ID 83704 |

**Agent or Address Change**

☐ Select if you are appointing a new agent.

**Limited Liability Company Managers and Members**

| Name | TItle | Business Address |
| --- | --- | --- |
| YAN LI | Manager | RM 3901, NO 4, LANE 501<br>XIKANG ROAD, JING'AN DISTRICT<br>SHANGHAI<br>China |
| BRENT IRVIN | Manager | 7510 SE 71ST STREET<br>MERCER ISLAND, WA 98040 |

The annual report must be signed by an authorized signer of the entity.

Job Title:  OPERATING MANAGER

*YAN LI*
_____
Sign Here

*07/25/2025*
_____
Date

B1035-3122  07/25/2025  4:37 PM Received by Office of the Idaho Secretary of State

Form **LLC-50.1**

**Illinois**
**Limited Liability Company Act**

**Annual Report**

FILE #    10996074

Due prior to:    12/01/2023

**Secretary of State**
Department of Business Services
Limited Liability Division
501 S. Second St., Rm. 351
Springfield, IL 62756
217-524-8008
www.ilsos.gov

| | |
|---|---|
| Filing Fee: | 75.00 |
| Series Fee, if required: | |
| Penalty: | 0.00 |
| Total: | 75.00 |

**FILED**

November 29, 2023

**Alexi Giannoulias**
**Secretary of State**

1. Limited Liability Company Name: TENCENT AMERICA LLC

   Registered Agent: PARACORP INCORPORATED

   901 S 2ND STREET, STE 201

   SPRINGFIELD, IL 62704

2. State or Country of Organization: DE    Date Organized in or Admitted to Illinois: 12/17/2021

3. Address of Principal Place of Business:

   2747 PARK BLVD.    PALO ALTO, CA 94306

4. Name and business address of all managers and any member having the authority of manager:

   LI, YAN
   2747 PARK BLVD.    PALO ALTO, CA 94306
   IRVIN, BRENT
   2747 PARK BLVD.    PALO ALTO, CA 94306

5. Entity managers affirm their current existence.

6. Changes to the registered agent and/or registered office must be submitted on Form LLC-1.36/1.37.

7. I affirm, under penalties of perjury, having authority to sign thereto, that this Annual Report is to the best of my knowledge and belief, true, correct and complete.

   Dated: November 29 , 2023
   Month/Day    Year

   LI, YAN
   Name

   MANAGER
   Title

   If applicant is a company or other entity, state Name of Company

   This document was generated electronically at www.ilsos.gov. Based on version LLC 23.11

Form **LLC-50.1**

**Secretary of State**
Department of Business Services
Limited Liability Division
501 S. Second St., Rm. 351
Springfield, IL  62756
217-524-8008
www.ilsos.gov

Illinois
Limited Liability Company Act

**Annual Report**

| | |
|---|---|
| Filing Fee: | 75.00 |
| Series Fee, if required: | |
| Penalty: | 0.00 |
| Total: | 75.00 |

FILE #   10996074

Due prior to:   12/01/2024

**FILED**

November 20, 2024

**Alexi Giannoulias
Secretary of State**

1. Limited Liability Company Name: TENCENT AMERICA LLC

   Registered Agent: PARACORP INCORPORATED

   901 S 2ND STREET, STE 201

   SPRINGFIELD, IL  62704

2. State or Country of Organization: DE        Date Organized in or Admitted to Illinois: 12/17/2021

3. Address of Principal Place of Business:

   2747 PARK BLVD.                    PALO ALTO, CA  94306

4. Name and business address of all managers and any member having the authority of manager:

   LI, YAN
   2747 PARK BLVD.                    PALO ALTO, CA  94306
   IRVIN, BRENT
   2747 PARK BLVD.                    PALO ALTO, CA  94306

5. Entity managers affirm their current existence.

6. Changes to the registered agent and/or registered office must be submitted on Form LLC-1.36/1.37.

7. I affirm, under penalties of perjury, having authority to sign thereto, that this Annual Report is to the best of my knowledge and belief, true, correct and complete.

   Dated: ___November 20___, ___2024___
          Month/Day                    Year

LI, YAN
                                        Name

MANAGER
                                        Title

_____
If applicant is a company or other entity, state Name of Company

This document was generated electronically at www.ilsos.gov. Based on version LLC 23.11

Form **LLC-50.1**

Illinois
Limited Liability Company Act

**Annual Report**

FILE #   10996074

Due prior to:   12/01/2022

**Secretary of State**
Department of Business Services
Limited Liability Division
501 S. Second St., Rm. 351
Springfield, IL 62756
217-524-8008
www.ilsos.gov

| | |
|---|---|
| Filing Fee: | 75.00 |
| Series Fee, if required: | |
| Penalty: | 0.00 |
| Total: | 75.00 |

**Filed Electronically**

November 30, 2022

**Jesse White
Secretary of State**

1. Limited Liability Company Name: TENCENT AMERICA LLC

   Registered Agent: PARACORP INCORPORATED

   901 S 2ND STREET, STE 201

   SPRINGFIELD, IL 62704

2. State or Country of Organization: DE     Date Organized in or Admitted to Illinois: 12/17/2021

3. Address of Principal Place of Business:

   2747 PARK BLVD.                    PALO ALTO, CA 94306

4. Name and business address of all managers and any member having the authority of manager:

   LI, YAN
   2747 PARK BLVD.                    PALO ALTO, CA 94306
   IRVIN, BRENT
   2747 PARK BLVD.                    PALO ALTO, CA 94306

5. Entity managers affirm their current existence.

6. Changes to the registered agent and/or registered office must be submitted on Form LLC-1.36/1.37.

7. I affirm, under penalties of perjury, having authority to sign thereto, that this Annual Report is to the best of my knowledge and belief, true, correct and complete.

   Dated: _____November 30_____, _____2022_____
                    Month/Day                    Year

   LI, YAN
   _____
                    Name

   MANAGER
   _____
                    Title

   _____
   If applicant is a company or other entity, state Name of Company

   This document was generated electronically at www.ilsos.gov. Based on version LLC 23.11

MA SOC  Filing Number: 202229912520    Date: 6/9/2022 10:41:00 AM
⊘ 06/09/2022 7:40 AM          17814606994                          → 16176243891                                      pg 2 of 4
DocuSign Envelope ID: 17A152F7-6D09-45FB-A216-21430BCD747E

# F  𝕿𝖍𝖊 𝕮𝖔𝖒𝖒𝖔𝖓𝖜𝖊𝖆𝖑𝖙𝖍 𝖔𝖋 𝕸𝖆𝖘𝖘𝖆𝖈𝖍𝖚𝖘𝖊𝖙𝖙𝖘

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Room 1717, Boston, Massachusetts 02108-1512

## Foreign Limited Liability Company
## Application for Registration
### (General Laws Chapter 156C, Section 48)

Federal Identification No.: _____

(1a) The exact name of the limited liability company:

**Tencent America LLC**

(1b) If different, the name under which it proposes to do business in the Commonwealth of Massachusetts:

(2) The jurisdiction* where the limited liability company was organized:

**Delaware**

(3) The date of organization in that jurisdiction: **January 9, 2007**

(4) The general character of the business the limited liability company proposes to do in the Commonwealth:

In the area of internet service and video game streaming; and any lawful business activities under the law of this state.

(5) The business address of its principal office:

2747 Park Blvd., Palo Alto, CA 94306

(6) The business address of its principal office in the Commonwealth, if any:

None

(7) The name and business address, if different from principal office location, of each manager:

Brent Irvin                                    2747 Park Blvd., Palo Alto, CA 94306

Yan Li                                         2747 Park Blvd., Palo Alto, CA 94306

(8)  The name and business address of each person authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property recorded with a registry of deeds or district office of the land court:

NAME                                    ADDRESS

Brent Irvin                             2747 Park Blvd., Palo Alto, CA 94306


Yan Li                                  2747 Park Blvd., Palo Alto, CA 94306


(9)  The name and street address of the resident agent in the Commonwealth:

Paracorp Incorporated                   44 School Street, Suite 505
                                        Boston, MA 02108
                                        Suffolk County


(10) The latest date of dissolution, if specified: __n/a_____

(11) Additional matters:

n/a


Signed by *(by at least one authorized signatory):* _____ ,

                                        *Yan Li*
                                        8116A361CD36407...
                                        Yan Li, Operating Manager

I ____Paracorp Incorporated_____ ,
resident agent of the above limited liability company, consent to my appointment as resident agent pursuant to G.L. c156C § 48 (or attach resident agent's consent hereto).

*\* Attach a certificate of existence or good standing issued by an officer or agency properly authorized in home state.*



# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "TENCENT AMERICA LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTIETH DAY OF MAY, A.D. 2022.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "TENCENT AMERICA LLC" WAS FORMED ON THE NINTH DAY OF JANUARY, A.D. 2007.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

Jeffrey W. Bullock, Secretary of State

4281359  8300                                      Authentication: 203485680

SR# 20222183651                                    Date: 05-20-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

June 09, 2022 10:41 AM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

# NON-MARYLAND LIMITED LIABILITY COMPANY REGISTRATION

**\*\*\*This document must be accompanied by written proof of existence from the home state, equivalent of a Certificate of Good Standing.\*\*\***

(1) Full legal name in home jurisdiction:

Tencent America LLC (Z22410203)

(2) Name it will use in Maryland if different from above *(must include "Limited Liability Company" or "LLC")*:

(3) State of Formation:   Delaware

(4) Date of Formation:   1/9/2007

(5) Principal Office Address:

2747 Park Blvd., Palo Alto, CA, 94306

(6) Nature of Business in Maryland:

Tencent America LLC is a technology company in the area of video game streaming.

In order to operate in Maryland, will the registering entity require a business or industry license that is issued by the state or any other local agency?   Uncertain

(7) Is this entity registered in its State of Formation as a Series LLC?

☐ Yes     ☑ No

(8) Name and Address of Resident Agent for Service of Process in Maryland *(no P.O. Boxes)*:

Paracorp Incorporated

245 West Chase Street, Baltimore, MD, 21201

If no Resident Agent in Maryland is named or if the Agent cannot be found or served, this Department is appointed as Resident Agent of this Limited Liability Company.

Has this Limited Liability Company done business in Maryland prior to this registration?

☐ Yes     ☑ No

I hereby consent to my designation in this document as resident agent for this corporation.

Yan Li, Operating Manager            Jody Moua, Asst. Secretary

*Signature of Authorized Person*        *Signature of Resident Agent*

MARYLAND STATE DEPARTMENT OF ASSESSMENTS & TAXATION     CHANGING Maryland *for the Better*     301 WEST PRESTON STREET, BALTIMORE, MARYLAND 21201-2395

SDAT45.2

Page 1 of 1



# Delaware

### The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "TENCENT AMERICA LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-NINTH DAY OF NOVEMBER, A.D. 2021.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "TENCENT AMERICA LLC" WAS FORMED ON THE NINTH DAY OF JANUARY, A.D. 2007.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

Jeffrey W. Bullock, Secretary of State

4281359  8300

SR# 20213918292

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 204809441

Date: 11-29-21



**Form Revision Date 02/2021**

## APPLICATION FOR CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS IN MICHIGAN

For use by a FOREIGN LIMITED LIABILITY COMPANY

*Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned execute the following Application:*

---

1. The name of the limited liability company is:

   TENCENT AMERICA LLC

2. (Complete this item only if the limited liability company name in item 1 is not available for use in Michigan.)
The assumed name of the limited liability company to be used in all its dealings with the Bureau and in the transaction of its business in Michigan is:

---

3a.  It is organized under the laws of:

   Country:              USA - United States

   State:                DE - Delaware

3b. The date of its organization is:  01/09/2007

---

4. The duration of the limited liability company if other than perpetual is:

---

5.  The address of the office required to be maintained in the state of organization or, if not so required, the principal office of the limited liability company is:

   Street Address:       2747 PARK BLVD.

   Apt/Suite/Other:

   City:                 PALO ALTO

   Country:              United States ▼              Zip Code: 94306

   State:                CA

---

6. The Street address of the registered office of the limited liability company and the name of the resident agent at the registered office (P.O. Boxes are not acceptable):

a. Resident Agent Name:    PARACORP INCORPORATED

b. Street Address:         40600 ANN ARBOR ROAD E

   Apt/Suite/Other:        STE 200

   City:                   PLYMOUTH

   State:                  MI                      Zip Code: 48170

c. Registered Office Mailing Address:

   P.O. Box or Street
   Address:

   Apt/Suite/Other:

   City:

   State:                                          Zip Code:

---

8. The Department is appointed the agent of the foreign limited liability company for service of process if no agent has been appointed, or if appointed, the agent's authority has been revoked, the agent has resigned, or the agent cannot be found or served through the exercise of reasonable diligence.

   The name and address of a member or manager or other person to whom the administrator is to send copies of any process served on the administrator is:  (Must be different than the resident agent)

| | |
|---|---|
| Name: | DIANA WU |
| Street Address: | 2747 PARK BLVD |
| Address 2 : | |
| City : | PALO ALTO |
| Country : | United States ☑ |
| State: | CA |

Zip Code: 94306

9. The specific business which the limited liability company is to transact in Michigan is as follows:

INTERNET SERVICES AND MAKING VIDEO GAMES (IE. ONLINE AND MOBILE GAMES)

The document shall be signed by a person with the authority to do so under the laws of the jurisdiction or its organization.

Signed this 20th Day of July, 2021 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| Yan Li | Manager | |
| | | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

⌐ Decline    ⌐ Accept



# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "TENCENT AMERICA LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE NINETEENTH DAY OF JULY, A.D. 2021.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "TENCENT AMERICA LLC" WAS FORMED ON THE NINTH DAY OF JANUARY, A.D. 2007.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

Jeffrey W. Bullock, Secretary of State

4281359  8300

SR# 20212736386

Authentication: 203703466

Date: 07-19-21

You may verify this certificate online at corp.delaware.gov/authver.shtml

# *MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS*

## *FILING ENDORSEMENT*

***This is to Certify that the***   APPLICATION FOR CERTIFICATE OF AUTHORITY TO
TRANSACT BUSINESS IN MICHIGAN

*for*

TENCENT AMERICA LLC

***ID Number:***    802706239

***received by electronic transmission on***   July 20, 2021        *, is hereby endorsed.*

***Filed on***   July 20, 2021        *, by the Administrator.*

***The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.***



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 20th day of July, 2021.*

*Linda Clegg, Director*

*Corporations, Securities & Commercial Licensing Bureau*





This is to Certify That

**TENCENT AMERICA LLC**

a FOREIGN LIMITED LIABILITY COMPANY existing under the laws of the state of Delaware

was validly authorized to transact business in Michigan on the 20th day of July, 2021,
in conformity with 1993 PA 23.

Said company is authorized to transact in this state any business of the character set forth in its application
which a domestic company formed under this act may lawfully conduct.  The authority shall continue as
long as the company retains its authority to transact such business in the jurisdiction of its organization, its
authority to transact business in this state has not been suspended or revoked, and the company has not
surrendered its authority to transact business in this state.

This certificate is in due form, made by me as the proper officer, and is entitled to have full faith and credit
given it in every court and office within the United States.



*In testimony whereof, I have hereunto set my hand,*
*in the City of Lansing, this 20th day of July , 2021.*

*Linda Clegg, Director*

*Corporations, Securities & Commercial Licensing Bureau*



**LARA** Corporations Online Filing System
Department of Licensing and Regulatory Affairs

Form Revision Date 07/2016

# CERTIFICATE OF RESTORATION OF GOOD STANDING
For use by FOREIGN LIMITED LIABILITY COMPANY

*Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned limited liability company executes the following Certificate:*

1. The identification number assigned by the Bureau is:  802706239

2. The name of the limited liability company is:

   TENCENT AMERICA LLC

3. If the name in item 2 was not available for use in Michigan, the assumed name adopted when obtaining the Certificate of Authority is:

5. The Street address of the registered office of the limited liability company and the name of the resident agent at the registered office (P.O. Boxes are not acceptable):

  Agent Name:     PARACORP INCORPORATED

2. Street Address:    186 N MAIN STREET

  Apt/Suite/Other:   2ND FLOOR SUITE ONE

  City:          PLYMOUTH

  State:         MI               Zip Code: 48170

Registered Office Mailing Address:

  P.O. Box or Street Address:

  Apt/Suite/Other:

  City:

  State:                           Zip Code:

6. The limited liability company states that the certificate is accompanied by the annual statements and applicable fees for all of the years for which statements were not filed and fees were not paid.

This document must be signed by a member, manager, or an authorized agent:

Signed this 21st Day of February, 2025 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| Yan Li | Manager | |
| | | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

         ⌐ Decline      ⌐ Accept

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

## FILING ENDORSEMENT

*This is to Certify that the*   CERTIFICATE OF RESTORATION OF GOOD STANDING

*for*

TENCENT AMERICA LLC

**ID Number:**    802706239

*received by electronic transmission on*   February 21, 2025   *, is hereby endorsed.*

*Filed on*   February 28, 2025   *, by the Administrator.*

*The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 28th day of February, 2025.*

*Linda Clegg, Director*

*Corporations, Securities & Commercial Licensing Bureau*

CSCL/CD-520 (Rev. 10/17)

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
## CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU

Date Received

AC1

(FOR BUREAU USE ONLY)

AUG 29 2022

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

TranInfo:1 25156629-265  08/29/22
Chk#: 118933  Amt: $5.00
ID: PARASEC

**FILED**

**AUG 29 2022**

ADMINISTRATOR
CORPORATIONS DIVISION

Name
PARACORP, INCORPORATED

Address
186 N MAIN STREET, 2ND FLOOR SUITE ONE

City PLYMOUTH   State MI   ZIP Code 48170

EFFECTIVE DATE:

Document will be returned to the name and address you enter above.
If left blank, document will be returned to the registered office.

# CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR CHANGE OF RESIDENT AGENT
### For use by Domestic and Foreign Corporations and Limited Liability Companies
(Please read information and instructions on the last page)

*Pursuant to the provisions of Act 284, Public Acts of 1972 (profit corporations), or Act 162, Public Acts of 1982 (nonprofit corporations), or Act 23, Public Acts 1993 (limited liability companies), the undersigned execute the following Certificate:*

1. The name of the corporation or limited liability company is:
TENCENT AMERICA LLC

2. The identification number assigned by the Bureau is: 802706239

3. a. The name of the resident agent on file with the Bureau is: PARACORP INCORPORATED

b. The location of the registered office on file with the Bureau is:
40600 ANN ARBOR ROAD EAST #200   PLYMOUTH   , Michigan 48170
(Street Address)   (City)   (ZIP Code)

c. The mailing address of the above registered office on file with the Bureau is:
, Michigan
(Street Address or P.O. Box)   (City)   (ZIP Code)

### ENTER IN ITEM 4 THE INFORMATION AS IT SHOULD NOW APPEAR ON THE PUBLIC RECORD

4. a. The name of the resident agent is: PARACORP INCORPORATED

b. The address of its registered office is:
186 N. MAIN STREET, 2ND FLOOR SUITE ONE   PLYMOUTH   , Michigan 48170
(Street Address)   (City)   (ZIP Code)

c. The mailing address of the registered office IF DIFFERENT THAN 4B is:
, Michigan
(Street Address or P.O. Box)   (City)   (ZIP Code)

5. The above changes were authorized by resolution duly adopted by: 1. ALL CORPORATIONS: its Board of Directors or the resident agent if only the address of the registered office is changed, in which case a copy of this statement has been mailed to the corporation. 2. NONPROFIT CORPORATIONS ONLY: the incorporators, only if no board has been appointed. 3. LIMITED LIABILITY COMPANIES: an operating agreement, affirmative vote of a majority of the members pursuant to section 502(1), managers pursuant to section 405, or the resident agent if only the address of the registered office is changed.

6. The corporation or limited liability company further states that the address of its registered office and the address of its resident agent as changed, are identical.

Signature *Rhonda Vaughn*   Type or Print Name and Title or Capacity PARACORP INC AGENT!   Date Signed 8/8/22





Form Revision Date 07/2016

## ANNUAL STATEMENT
For use by FOREIGN LIMITED LIABILITY COMPANY

*(Required by Section 207, Act 23, Public Act of 1993)*

Identification Number:                                   802706239

Annual Statement Filing Year:    2024

1. Limited Liability Company Name:

TENCENT AMERICA LLC

2. The street address of the limited liability company's registered office and name of the resident agent at that office:
1.  Resident Agent Name:     PARACORP INCORPORATED
2.  Street Address:          186 N MAIN STREET
    Apt/Suite/Other:         2ND FLOOR SUITE ONE
    City:                    PLYMOUTH
    State:                   MI                          Zip Code: 48170

3. Mailing address of the registered office:
   P.O. Box or Street
   Address:
   Apt/Suite/Other:
   City:
   State:                                               Zip Code:

This annual statement must be signed by a member, manager, or an authorized agent.

Signed this 14th Day of February, 2025 by:

| Signature | Title | Title if "Other" was selected |
|-----------|-------|-------------------------------|
| Yan Li    | Other | Operating Manager             |
|           |       |                               |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

｣ Decline      ｣ Accept

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

## FILING ENDORSEMENT

*This is to Certify that the* 2024 ANNUAL STATEMENT

*for*

TENCENT AMERICA LLC

*ID Number:*     802706239

*received by electronic transmission on* February 14, 2025 *, is hereby endorsed.*

*Filed on* February 28, 2025 *, by the Administrator.*

*The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 28th day of February, 2025.*

*Linda Clegg*

Linda Clegg, Director

Corporations, Securities & Commercial Licensing Bureau



Form Revision Date 07/2016

## ANNUAL STATEMENT
For use by FOREIGN LIMITED LIABILITY COMPANY

*(Required by Section 207, Act 23, Public Act of 1993)*

| Identification Number: | 802706239 |
|---|---|

| Annual Statement Filing Year: | 2025 |
|---|---|

1. Limited Liability Company Name:

TENCENT AMERICA LLC

2. The street address of the limited liability company's registered office and name of the resident agent at that office:
1.  Resident Agent Name:     PARACORP INCORPORATED
2.  Street Address:          186 N MAIN STREET
    Apt/Suite/Other:         2ND FLOOR SUITE ONE
    City:                    PLYMOUTH
    State:                   MI                                    Zip Code: 48170

3. Mailing address of the registered office:
    P.O. Box or Street Address:
    Apt/Suite/Other:
    City:
    State:                                                          Zip Code:

This annual statement must be signed by a member, manager, or an authorized agent.

Signed this 14th Day of February, 2025 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| Yan Li | Other | Operating Manager |
|  |  |  |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

◡ Decline        ◡ Accept

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

## FILING ENDORSEMENT

*This is to Certify that the* 2025  ANNUAL STATEMENT

*for*

TENCENT AMERICA LLC

*ID Number:*    802706239

*received by electronic transmission on*   February 14, 2025   *, is hereby endorsed.*

*Filed on*    February 28, 2025   *, by the Administrator.*

*The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 28th day of February, 2025.*

*Linda Clegg*

*Linda Clegg, Director*

*Corporations, Securities & Commercial Licensing Bureau*



Form Revision Date 07/2016

## ANNUAL STATEMENT
For use by FOREIGN LIMITED LIABILITY COMPANY

*(Required by Section 207, Act 23, Public Act of 1993)*

| Identification Number: | 802706239 |
|---|---|

| Annual Statement Filing Year: | 2023 |
|---|---|

1. Limited Liability Company Name:

TENCENT AMERICA LLC

2. The street address of the limited liability company's registered office and name of the resident agent at that office:

1.  Resident Agent Name:     PARACORP INCORPORATED
2.  Street Address:          186 N MAIN STREET
    Apt/Suite/Other:         2ND FLOOR SUITE ONE
    City:                    PLYMOUTH
    State:                   MI                          Zip Code: 48170

3.  Mailing address of the registered office:
    P.O. Box or Street
    Address:
    Apt/Suite/Other:
    City:
    State:                                               Zip Code:

This annual statement must be signed by a member, manager, or an authorized agent.

Signed this 14th Day of February, 2025 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| Yan Li | Other | Operating Manager |
| | | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

ʲ Decline      ʲ Accept

# *MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS*

## *FILING ENDORSEMENT*

***This is to Certify that the*** 2023  ANNUAL STATEMENT

*for*

TENCENT AMERICA LLC

***ID Number:***     802706239

***received by electronic transmission on***   February 14, 2025   ***, is hereby endorsed.***

***Filed on***   February 28, 2025   ***, by the Administrator.***

***The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.***



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 28th day of February, 2025.*

*Linda Clegg, Director*

*Corporations, Securities & Commercial Licensing Bureau*



Form Revision Date 07/2016

## ANNUAL STATEMENT
For use by FOREIGN LIMITED LIABILITY COMPANY

*(Required by Section 207, Act 23, Public Act of 1993)*

| | |
|---|---|
| Identification Number: | 802706239 |

| | |
|---|---|
| Annual Statement Filing Year: | 2022 |

1. Limited Liability Company Name:

    TENCENT AMERICA LLC

2. The street address of the limited liability company's registered office and name of the resident agent at that office:
1.  Resident Agent Name:      PARACORP INCORPORATED
2.  Street Address:             186 N MAIN STREET
     Apt/Suite/Other:           2ND FLOOR SUITE ONE
     City:                       PLYMOUTH
     State:                      MI                              Zip Code: 48170

3. Mailing address of the registered office:
    P.O. Box or Street
    Address:
    Apt/Suite/Other:
    City:
    State:                                                    Zip Code:

This annual statement must be signed by a member, manager, or an authorized agent.

Signed this 14th Day of February, 2025 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| Yan Li | Other | Operating Manager |
| | | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

ʝ Decline          ʝ Accept

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

## FILING ENDORSEMENT

*This is to Certify that the* 2022  ANNUAL STATEMENT

*for*

TENCENT AMERICA LLC

*ID Number:*    802706239

*received by electronic transmission on*   February 14, 2025   *, is hereby endorsed.*

*Filed on*    February 28, 2025   *, by the Administrator.*

*The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 28th day of February, 2025.*

*Linda Clegg*

Linda Clegg, Director

Corporations, Securities & Commercial Licensing Bureau

# Office of the Minnesota Secretary of State
## Certificate of Authority

I, Steve Simon, Secretary of State of Minnesota, do certify that: The following business entity has duly complied with the relevant provisions of Minnesota Statutes listed below, and is formed or authorized to do business in Minnesota on and after this date with all the powers, rights and privileges, and subject to the limitations, duties and restrictions, set forth in that chapter.

The business entity is now legally registered under the laws of Minnesota.

| | |
|---|---|
| Name in Minnesota: | Tencent America LLC |
| Name in Home Jurisdiction: | Tencent America LLC |
| File Number: | 1314599500042 |
| Minnesota Statutes, Chapter: | 322C |
| Home Jurisdiction: | Delaware |
| This certificate has been issued on: | 05/19/2022 |



Steve Simon

Secretary of State
State of Minnesota

# Office of the Minnesota Secretary of State
## Foreign Limited Liability Company | Certificate of Authority to Transact Business in Minnesota
*Minnesota Statutes, Chapter 322C*

**Read the instructions before completing this form.**

**Filing Fee:  $205 for expedited service in-person and online filings, $185 if submitted by mail**

This Certificate of Authority has been approved pursuant to *Minnesota Statutes,* Chapter 322C.  By filing this Certificate of Authority, the company certifies that it has complied with the organization laws in the jurisdiction of its organization.

Note: A professional organization governed under Chapter 319B must include an attachment with the following information:
(This information is only required if this is a professional organization.)
1. Statement that the Minnesota firm elects to operate and acknowledges that it is subject to *Minnesota Statutes*, Chapter 319B.01 to 319B.12
2. List the professional service the organization is authorized to provide under *Minnesota Statutes*, Chap. 319B, subd 19.
3. Statement that, to the extent it's generally applicable governing law conflicts or differs from those sections, the firm has made the necessary changes to the agreements and other documents controlling its structure, governance, operations and internal affairs so as to comply with those sections.

1. The legal name of this company in the Home Jurisdiction: (Required)

Tencent America LLC

2. The alternate LLC name under which the company will do business in Minnesota, if different than the legal name listed above:

3. Home Jurisdiction: (Required)    Delaware

4. The name and address of the registered agent and registered office in the State of Minnesota: (Required)

Paracorp Incorporated
Full Name of Registered Agent

| 1010 N Dale Street | St. Paul | MN | 55117 |
|---|---|---|---|
| Street Address *(A PO Box by itself is not acceptable)* | City | State | Zip Code |

5. Principal Place of Business Address: (Required)

| 2747 Park Blvd. | Palo Alto | CA | 94306 |
|---|---|---|---|
| Street Address *(A PO Box by itself is not acceptable)* | City | State | Zip Code |

6. Home address of the office in the jurisdiction where LLC is organized

| 2140 S Dupont Highway | Camden | DE | 19934 |
|---|---|---|---|
| Street Address *(A PO Box by itself is not acceptable)* | City | State | Zip Code |

7. I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities.  I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes.  I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.

| *Yan Li*    Yan Li, Operating Manager | May 18, 2022 |
|---|---|
| Signature of Authorized Person or Authorized Agent | Date |

**Office of the Minnesota Secretary of State**
**Foreign Limited Liability Company | Certificate of Authority to**
**Transact Business in Minnesota**
*Minnesota Statutes, Chapter 322C*



### Email Address for Official Notices
Enter an email address to which the Secretary of State can forward official notices required by law and other notices:

irisleong@TENCENT.com

☒ Check here to have your email address excluded from requests for bulk data, to the extent allowed by Minnesota law.

### List a name and daytime phone number of a person who can be contacted about this form:

| Iris Leong | (650) 798-3300 |
|---|---|
| Contact Name | Phone Number |

**Entities that own, lease, or have any financial interest in agricultural land or land capable of being farmed must register with the MN Dept. of Agriculture's Corporate Farm Program.**

### Minnesota Business Snapshot
To better serve Minnesotans, the Secretary of State's Office has created the "Minnesota Business Snapshot," a short and simple survey produced with the input of business owners, business organizations, non-profits, and researchers from across the state. These five questions will take less than three minutes to complete, and you may answer any or all of them. There is no penalty if you choose not to provide this information. However, the answers you do provide will create a useful pool of information for potential customers and inform the analysis of our quarterly "Minnesota Economic and Business Condition Reports". We do no independently verify the answers applicants provide. **Again, this survey is voluntary and the answers are considered public data.** Thank you.

1. (Select up to one) - How many Minnesota – based full time employees (or FTE equivalents) does this entity currently have?

   ☐ 0-5
   ☐ 6-50
   ☐ 51-200
   ☐ 201-500
   ☐ Over 500

2. (Select all that apply) - Does the owner or a member of the ownership group of this entity self-identify as a member of any of the following communities?

   ☐ Woman
   ☐ Member of a community of color
   ☐ Veteran
   ☐ Member of a disability community
   ☐ Member of an immigrant community



**Work Item 1314599500042**
**Original File Number 1314599500042**

STATE OF MINNESOTA
OFFICE OF THE SECRETARY OF STATE
FILED
**05/19/2022 11:59 PM**

Steve Simon
Secretary of State

**F0100**
**Fee: $ 50**



**Michael Watson**
SECRETARY OF STATE

**2023339608**

Business ID: 1399424
Filed: 06/25/2023 08:02 PM
Michael Watson
Secretary of State

P.O. BOX 136
JACKSON, MS 39205-0136
TELEPHONE: (601) 359-1633

## Mississippi Limited Liability Company Certificate of Formation

### Business Information

*Business Type:*  Limited Liability Company
*Business Name:*  TENCENT AMERICA LLC
*Business Email:*  ABELL@GENESCOHOLDINGS.COM
*Future Effective Date:*  06/26/2023

### NAICS Code/Nature of Business

551111 - Offices of Bank Holding Companies

### Registered Agent

*Name:*   ALVIN BELL

*Address:*   270 TRACE COLONY PARK, STE B
RIDGELAND, MS 39157

### Signature

The undersigned certifies that:
1) he/she has notified the above-named registered agent of this appointment;
2) he/she has provided the agent an address for the company, and;
3) the agent has agreed to serve as registered agent for this company

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day  *06/25/2023*.

*Name:*                                      *Address:*
ALI SHAMSIDDEEN                       404 COLLINSTON RD
*Member*                                     BASTROP, LA 71220

ALVIN J BELL                                404 COLLINSTON RD
*Member*                                     BASTROP, LA 71220



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|------|-------------|-------------|--------|-------|------|------|
| 06/21/2023 | 202317204166 | FOREIGN LLC - CERTIFICATE OF REGISTRATION  (LFP) | 99.00 | 100.00 | 0.00 | 0.00 |

**Receipt**

This is not a bill. Please do not remit payment.

NATIONAL SERVICE INFORMATION, INC.
145 BAKER STREET
MARION, OH 43302

# S T A T E   O F   O H I O

## C E R T I F I C A T E

### Ohio Secretary of State, Frank LaRose

#### 5069263

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

TENCENT AMERICA LLC

and, that said business records show the filing and recording of:

Document(s)                                                                    Document No(s):

**FOREIGN LLC - CERTIFICATE OF REGISTRATION**                  **202317204166**

Effective Date:   06/21/2023



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 21st day of June, A.D. 2023.

**Ohio Secretary of State**

Form 617 Prescribed by:



Telephone: 877.767.3453

OhioSoS.gov | business@OhioSoS.gov

File online or for more information: OhioBusinessCentral.gov

Date Electronically Filed: 6/21/2023

---

# Registration of a Foreign Limited Liability Company
## For a Foreign (Non-Ohio) Limited Liability Company
## Filing Fee: $99
## Form Must Be Typed
## 106-LFA

---

Name of Limited Liability Company in its jurisdiction of formation

Tencent America LLC

Assumed Name, if the name above does not comply with section 1706.07 of the Revised Code

(Name must include one of the following words or abbreviations: "limited liability company", "limited", "LLC", "L.L.C.", "ltd.", or "ltd".)

Jurisdiction of formation     DE

The foreign limited liability company is a foreign limited liability company.

**Optional:**     Effective Date (MM/DD/YYYY)  6/21/2023      Effective Time

Pursuant to Ohio Revised Code Section 1706.172(D), a registration of a foreign limited liability company delivered to the Ohio Secretary of State for filing under this chapter may specify an effective time and a delayed effective date of not more than ninety days following the date of receipt by the Secretary of State.  A registration of a foreign limited liability is effective as provided in Ohio Revised Code Section 1706.172(D).

**If applicable, attach information required in section 1706.511(C) if the foreign limited liability company establishes or provides for the establishment of one or more series of assets.**

---

## Original Appointment of Statutory Agent

The undersigned authorized member(s), manager(s) or representative(s) of

Tencent America LLC

(Name of Limited Liability Company)

hereby appoint the following to be Statutory Agent upon whom any process, notice or demand required or permitted by statute to be served upon the corporation may be served. The complete address of the agent is:

PARACORP INCORPORATED

(Name of Statutory Agent)

4568 MAYFIELD RD STE 204

(Mailing Address)

| CLEVELAND | OH | 44121 |
|---|---|---|
| (Mailing City) | (Mailing State) | (Mailing ZIP Code) |

## Acceptance of Appointment

The Undersigned,     PARACORP INCORPORATED     , named herein as the

(Name of Statutory Agent)

Statutory agent for     Tencent America LLC

(Name of Limited Liability Company)

hereby acknowledges and accepts the appointment of statutory agent for said limited liability company.

Statutory Agent Signature     JODY MOUA, ASST. SECRETARY, PARACORP INCORPORATED

(Individual Agent's Signature / Signature on Behalf of Business Serving as Agent)

**By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.**

**Required**

This filing must be signed by at least one person authorized by the limited liability company.

If the person is an individual, then he or she must sign on the "signature" line and print his or her name in the "Print Name" Box.

If the person is a business entity, please print the name of the entity in the "Signature" box and an authorized representative of the business must sign in the "By" box and print his or her name and title or authority in the "Print Name Box."

| /S/ YAN LI |
| --- |

Signature

| YAN LI, OPERATING MANAGER |
| --- |

By (if applicable)

| |
| --- |

Print Name

| |
| --- |

Signature

| |
| --- |

By (if applicable)

| |
| --- |

Print Name

| |
| --- |

Signature

| |
| --- |

By (if applicable)

| |
| --- |

Print Name

**AMENDED ANNUAL REPORT**

Corporation Division
sos.oregon.gov/business

**E-FILED**
Aug 22, 2024
**OREGON SECRETARY OF STATE**

**REGISTRY NUMBER**
186268497

**REGISTRATION DATE**
08/25/2021

**BUSINESS NAME**
TENCENT AMERICA LLC

**BUSINESS ACTIVITY**
INTERNET SERVICE & GAMING

**MAILING ADDRESS**
2747 PARK BLVD
PALO ALTO CA 94306 USA

**TYPE**
FOREIGN LIMITED LIABILITY COMPANY

**PRIMARY PLACE OF BUSINESS**
2747 PARK BLVD
PALO ALTO CA 94306 USA

**JURISDICTION**
DELAWARE

**REGISTERED AGENT**
63141486 - PARACORP INCORPORATED

7185 SW SANDBURG STREET
SUITE 110
PORTLAND OR 97223 USA
If the Registered Agent has changed, the new agent has consented to the appointment.

**MANAGER**
BRENT IRVIN

7510 SE 71ST ST
MERCER ISLAND WA 98040 USA

**MANAGER**
YAN LI

ROOM 3901 NO 4 LANE 501 XIKANG ROAD
JIG'AN DIST
SHANGHAI   CHN

Corporation Division
sos.oregon.gov/business

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

YAN LI

**TITLE**

DIRECTOR

**DATE**

08-22-2024

**AMENDED ANNUAL REPORT**

Corporation Division
www.filinginoregon.com

**E-FILED**
Aug 22, 2023
**OREGON SECRETARY OF STATE**

**REGISTRY NUMBER**
186268497

**REGISTRATION DATE**
08/25/2021

**BUSINESS NAME**
TENCENT AMERICA LLC

**BUSINESS**
INTERNET SERVICE & GAMING

**MAILING ADDRESS**
2747 PARK BLVD
PALO ALTO CA 94306 USA

**TYPE**
FOREIGN LIMITED LIABILITY COMPANY

**PRIMARY PLACE OF BUSINESS**
2747 PARK BLVD
PALO ALTO CA 94306 USA

**JURISDICTION**
DELAWARE

**REGISTERED AGENT**
63141486 - PARACORP INCORPORATED

7185 SW SANDBURG STREET
SUITE 110
PORTLAND OR 97223 USA
If the Registered Agent has changed, the new agent has consented to the appointment.

**MEMBER**
BRENT IRVIN

7510 SE 71ST ST
MERCER ISLAND WA 98040 USA



Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

---

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.


By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

DIRECTOR

**TITLE**

YAN LI

**DATE**

08-22-2023

**AMENDED ANNUAL REPORT**

Corporation Division
www.filinginoregon.com

**E-FILED**
Jul 27, 2022
**OREGON SECRETARY OF STATE**

**REGISTRY NUMBER**
186268497

**REGISTRATION DATE**
08/25/2021

**BUSINESS NAME**
TENCENT AMERICA LLC

**BUSINESS**
INTERNET SERVICE & GAMING

**MAILING ADDRESS**
2747 PARK BLVD
PALO ALTO CA 94306 USA

**TYPE**
FOREIGN LIMITED LIABILITY COMPANY

**PRIMARY PLACE OF BUSINESS**
2747 PARK BLVD
PALO ALTO CA 94306 USA

**JURISDICTION**
DELAWARE

**REGISTERED AGENT**
63141486 - PARACORP INCORPORATED

8130 SW BEAVERTON HILLSDALE HWY
PORTLAND OR 97225 USA

If the Registered Agent has changed, the new agent has consented to the appointment.

**MEMBER**
BRENT IRVIN

NANSHAN DISTRICT JINXIU GARDEN
ROOM 18A TOWER A
SHENZHEN   CHN

Corporation Division
www.filinginoregon.com

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

YAN LI

**TITLE**

DIRECTOR

**DATE**

07-27-2022

DocuSign Envelope ID: 11A826EA-D330-48F1-9AB3-3E6F79CC713C



**Application for Authority to Transact Business - Foreign Limited Liability Company**

Secretary of State - Corporation Division - 255 Capitol St. NE, Suite 151 - Salem, OR 97310-1327 – sos.oregon.gov/business - Phone: (503) 986-2200

REGISTRY NUMBER: _186268497_
For office use only

In accordance with Oregon Revised Statute 192.410-192.490, the information on this application is p
We must release this information to all parties upon request and it will be posted on our website.



**FILED: AUG 25, 2021**
**OREGON SECRETARY OF STATE**

186268497-22501072
**TENCENT AMERICA LLC**          **NEWAUT**

Please Type or Print Legibly in **Black** Ink. Attach Additional Sheet if Necessary.

1) NAME: Tencent America LLC

NOTE: (Must contain the words "Limited Liability Company" or the abbreviations "LLC" or "L.L.C.")  Must be identical to the name of record in home jurisdiction.

2) REGISTRY NUMBER IN HOME JURISDICTION: 4281359

OR: CERTIFICATE OF EXISTENCE ☑ (ATTACHED)

(Please provide a web-verifiable registry number from the entity's home jurisdiction. Certain states, such as Delaware and New Jersey, do not provide status information online. Entities from such places must instead attach an official certificate of existence, current within 60 days of delivery to this office.)

3) DATE OF ORGANIZATION: 1/9/2007     DURATION, IF NOT PERPETUAL:

4) STATE OR COUNTRY OF ORGANIZATION: Delaware

5) THIS FOREIGN LIMITED LIABILITY COMPANY SATISFIES THE REQUIREMENTS OF ORS 63.714(3).

6) NAME OF OREGON REGISTERED AGENT: Paracorp Incorporated

7) REGISTERED AGENT'S PUBLICLY AVAILABLE ADDRESS:
(Must be an **Oregon Street Address**, which is identical to the registered agent's business office.)

8130 SW Beaverton Hillsdale Hwy
Portland, OR 97225

8) ADDRESS OF PRINCIPAL OFFICE OF THE BUSINESS:

2747 Park Blvd., Palo Alto, CA 94306

9) ADDRESS WHERE THE DIVISION MAY MAIL NOTICES:

2747 Park Blvd., Palo Alto, CA 94306

10) HOW WILL THIS LIMITED LIABILITY COMPANY BE MANAGED?

☐ This LLC will be member-managed by one or more members.
☑ This LLC will be manager-managed by one or more managers.

11) EXECUTION: (At least one member or manager must sign.)
I declare as an authorized signer, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any members, managers, employees or agents of the limited liability company. This filing has been examined by me and is, to the best of my knowledge and belief true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment or both.

Signature: _Yan Li_
745F7A49F15A4C3...

Printed Name: Yan Li

Title: Operating Manager

CONTACT NAME: (To resolve questions with this filing.)
Iris Leong

PHONE NUMBER: (Include area code.)
(650) 417-3198

**FEES**
Required Processing Fee    $275

Processing Fees are nonrefundable.    Please make check payable to "Corporation Division."

Free copies are available at sos.oregon.gov/business, using the Business Name Search program.

110 - Application for Authority to Transact Business - Foreign Limited Liability Company (11/17)

**AMENDED ANNUAL REPORT**

Corporation Division
sos.oregon.gov/business

**E-FILED**
Jul 25, 2025
**OREGON SECRETARY OF STATE**

**REGISTRY NUMBER**
186268497

**REGISTRATION DATE**
08/25/2021

**BUSINESS NAME**
TENCENT AMERICA LLC

**BUSINESS ACTIVITY**
INTERNET SERVICE & GAMING

**MAILING ADDRESS**
2747 PARK BLVD
PALO ALTO CA 94306 USA

**TYPE**
FOREIGN LIMITED LIABILITY COMPANY

**PRIMARY PLACE OF BUSINESS**
2747 PARK BLVD
PALO ALTO CA 94306 USA

**JURISDICTION**
DELAWARE

**REGISTERED AGENT**
63141486 - PARACORP INCORPORATED
7185 SW SANDBURG STREET
SUITE 110
PORTLAND OR 97223 USA
If the Registered Agent has changed, the new agent has consented to the appointment.

**MANAGER**
BRENT IRVIN
7510 SE 71ST ST
MERCER ISLAND WA 98040 USA

**MANAGER**
YAN LI
ROOM 3901 NO 4 LANE 501 XIKANG ROAD
JIG'AN DIST
SHANGHAI   CHN



Corporation Division
sos.oregon.gov/business

**OREGON SECRETARY OF STATE**

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

YAN LI

**TITLE**

DIRECTOR

**DATE**

07-25-2025

DocuSign Envelope ID: F66E6F60-C521-4944-A267-5114BC732CA4

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 11258013
Filing Number: 2107213480787
Filing Date/Time: 07/21/2021 04:16 PM
Effective Date/Time: 07/21/2021 04:16 PM



**Form**
**LLC1052**
(Rev. 07/21)

**State Corporation Commission**

## Application for Certificate of Registration to Transact Business in Virginia as a Foreign Limited Liability Company

I    The foreign limited liability company's name:  TENCENT AMERICA LLC

The designated name (if required):  n/a

The jurisdiction of formation:  DELAWARE

The original date of formation: 1/9/2007    The period of duration is ■ perpetual **or** ☐ expires on: _____

**(If applicable, mark box and provide additional information on an attachment. See Instructions for requirements.)**
☐ The LLC was previously authorized or registered to transact business in Virginia as a foreign entity.

**(If applicable, mark box and provide additional information on an attachment.)**
☐ The LLC is a foreign **series** limited liability company. The name and jurisdiction of each foreign protected series established by the foreign series LLC is attached to the application. **(See Instructions for important information.)**

II   The LLC's principal office address, including the street and number (if any), is

2747 PARK BLVD., PALO ALTO, CA 94306
_____(number/street)_____    _____(city or town)_____    __(state)__    __(zip)__

III  The name of the LLC's registered agent in VIRGINIA:  PARACORP INCORPORATED (C1082536)

The registered agent is: **(Mark appropriate box.)**
(1) an <u>INDIVIDUAL</u> who is a resident of Virginia **and**
☐ a member or manager of the LLC.
☐ a member or manager of a limited liability company that is a member or manager of the LLC.
☐ an officer or director of a corporation that is a member or manager of the LLC.
☐ a general partner of a general or limited partnership that is a member or manager of the LLC.
☐ a trustee of a trust that is a member or manager of the LLC.
☐ a member of the Virginia State Bar.
**OR**
(2) ■ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

IV  A. The LLC's VIRGINIA registered office address, including the street and number, if any, which is identical to the business office of the registered agent, is

7288 Hanover Green Drive Mechanicsville, VA 23111                , VA  23111
_____(number/street)_____    _____(city or town)_____    __(zip)__

B. The registered office is physically located in the ■ county or ☐ city of Hanover

### Affirmation Statements
The Clerk of the Commission is irrevocably appointed as the agent of the limited liability company for service of process if (i) the LLC fails to maintain a registered agent in Virginia, (ii) the Virginia registered agent's authority is revoked, (iii) the Virginia registered agent resigns, or (iv) the Virginia registered agent cannot be found or served with the exercise of reasonable diligence.
The LLC affirms that it is a "foreign limited liability company" as defined in the Code of Virginia.

### Signature
*The official signing this document has been delegated the right and power to manage the company's business affairs and affirms the above statements are true.*
Signed in the name of the foreign limited liability company by:

| | | |
|---|---|---|
| *Yan Li* | 7/19/2021 | n/a |
| Signature    ——745F7A49F15A4C3... | Date | Tel. # (optional) |
| Yan Li | OPERATING MANAGER | n/a |
| Printed Name | Title | Email Address (optional) |
| n/a | n/a | |
| Business Tel. # (optional) | Business Email Address (optional) | |

**Required Fee: $100.00**



# Delaware

### The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT
COPIES OF ALL DOCUMENTS ON FILE OF ´TENCENT AMERICA LLC´ AS
RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE NINTH DAY OF JANUARY,
A.D. 2007, AT 9:14 O´CLOCK A.M.

CERTIFICATE OF CHANGE OF REGISTERED AGENT, FILED THE TWELFTH
DAY OF DECEMBER, A.D. 2018, AT 5:52 O´CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID
CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE
AFORESAID LIMITED LIABILITY COMPANY, ´TENCENT AMERICA LLC´.

Jeffrey W. Bullock, Secretary of State

4281359  8100H
SR# 20212736386

Authentication: 203703464
Date: 07-19-21

You may verify this certificate online at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 10:08 AM 01/09/2007*
*FILED 09:14 AM 01/09/2007*
*SRV 070022875 - 4281359 FILE*

# STATE OF DELAWARE

## CERTIFICATE OF FORMATION
## OF

Tencent America LLC

**NAME**

1. The name of the limited liability company is Tencent America LLC.

**REGISTERED OFFICE AND AGENT**

2. Its registered office in the State of Delaware is to be located at Suite 806, 1220 N. Market Street, Wilmington, DE 19801, County of New Castle.  The registered agent in charge thereof at such address is Offshore Incorporations (Delaware) Limited.

**PURPOSE**

3. The purpose of the limited liability company is to engage in any lawful act or activity for which limited liability company may be formed under the Limited Liability Law of Delaware.

**EXISTENCE**

4. The limited liability company shall have perpetual existence.

**ORGANIZER**

5. The name and mailing address of the organizer are as follows:

Offshore Incorporations (Delaware) Limited
Suite 806, 1220 N. Market Street
Wilmington, DE 19801

**MANAGEMENT**

6. Management of the limited liability company is vested in the member(s) in accordance with their ownership interests, unless this is varied by the operating agreement.  A limited liability company member may not assign, either wholly or partially, the right to participate in management without the written consent of all limited liability company member(s).

We, The Undersigned, for the purpose of forming a Limited Liability Company under the laws of the State of Delaware, do make, file and record this Certificate, and do certify that the facts herein states are true, and we have accordingly hereunto set our hand this 9th January 2007.

Offshore Incorporations (Delaware) Limited

TYNES, Richard Reese - President, Treasurer & Secretary
Organizer

DocuSign Envelope ID: EC0D6DE5-D42A-461F-99F5-421073943F5C

# STATE OF DELAWARE
## CERTIFICATE OF AMENDMENT CHANGING ONLY THE REGISTERED OFFICE OR REGISTERED AGENT OF A LIMITED LIABILITY COMPANY

The limited liability company organized and existing under the Limited Liability Company Act of the State of Delaware, hereby certifies as follows:

1.      The name of the limited liability company is TENCENT AMERICA LLC

2.      The Registered Office of the limited liability company in the State of Delaware is changed to  2140 S Dupont Highway

(street), in the City of  Camden ,

Zip Code 19934 . The name of the Registered Agent at such address upon whom process against this limited liability company may be served is

Paracorp Incorporated .

By: _____
Authorized Person

Name: Yan Li, Operating Manager
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered   05:52 PM 12/12/2018
FILED  05:52 PM 12/12/2018
SR 20188120363 - File Number 4281359

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JULY 21, 2021

The State Corporation Commission has found the accompanying application for a certificate of registration to transact business in Virginia submitted on behalf of

Tencent America LLC

to comply with the requirements of law, and confirms payment of all required fees. Therefore, it is ORDERED that this

CERTIFICATE OF REGISTRATION TO TRANSACT BUSINESS IN VIRGINIA

be issued and admitted to record with the application in the Office of the Clerk of the Commission, effective July 21, 2021.

The limited liability company is registered to transact business in Virginia, subject to all Virginia laws applicable to the limited liability company and its business.

STATE CORPORATION COMMISSION

By

Angela L. Navarro
Commissioner