# Exhibit 18

PageVault

| | |
|---|---|
| Document title: | Yan Li - Associate General Counsel at Tencent \| LinkedIn |
| Capture URL: | https://cn.linkedin.com/in/yan-li-a204185 |
| Page loaded at (UTC): | Wed, 15 Oct 2025 13:11:52 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 13:12:39 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 4 |
| Capture ID: | g1vMYKjqiWnKMEyXCCgzq9 |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    c2THV2urzNTDjQucthmE4J

LinkedIn

| Articles | People | Learning | Jobs | Games | Sign in | Join now |

# Yan Li

Associate General Counsel at Tencent

Shanghai, China · **Contact Info**

538 followers · 500+ connections

See your mutual connections

[ Join to view profile ]  [ Message ]

**Tencent**

**Georgetown University Law Center**

### Sign in
Stay updated on your professional world

[ Sign in ]

By clicking Continue to join or sign in, you agree to LinkedIn's **User Agreement**, **Privacy Policy**, and **Cookie Policy**.

[ Continue with Google ]

New to LinkedIn? **Join now**

## Other similar profiles

**Sheila Liang**
Associate General Counsel at Tencent
Xuhui District
[ + Connect ]

**Timothy A. Steinert （石义德）**
Honorary Advisor at Alibaba Group
Hong Kong SAR
[ + Connect ]

**Xiaoshu Wang**
Shanghai, China
[ + Connect ]

**Michael Wang**
Deputy General Counsel
Hong Kong SAR
[ + Connect ]

**Yu-feng Frances Chou**
Sunnyvale, CA
[ + Connect ]

**Joyce Sun**
General Counsel, Asia
Singapore
[ + Connect ]

**Andy Tam**
Legal, Vice President at Nomura
Hong Kong SAR
[ + Connect ]

**Lily Tseng**
Assistant General Counsel at Yahoo
Taiwan
[ + Connect ]

**Demi (Yige) Zou**

## About

Yan Li is the Associate General Counsel and Deputy General Manager of the Compliance and Transactions Department at Tencent Holdings Limited. He leads an in-house team of more than thirty M&A lawyers and looks after legal matters relating to Tencent's various investments and acquisitions and portfolio management worldwide.

Prior to joining Tencent, Yan practiced law at an international law firm in Los Angeles, Hong Kong and Shanghai, focusing on mergers and acquisitions, private equity and venture capital and other cross-border transactions in China and United States.

Yan received his Bachelor of Science degree in electrical engineering from University of California, Los Angeles and Juris Doctor degree from Georgetown University. He is qualified to practice law in the State of California.

Prior to law, Yan had work experience in the IT industry (software development).

## Experience

**Associate General Counsel**
Tencent
Jun 2011 - Present · 14 years 5 months
Shanghai City, China

**Associate**
O'Melveny & Myers LLP
Sep 2005 - Jun 2011 · 5 years 10 months

**Consultant**
Cap Gemini Ernst & Young
Jul 2001 - Jul 2002 · 1 year 1 month

## Education

 | Articles | People | Learning | Jobs | Games | Sign in | Join now

## Education



**Georgetown University Law Center**
Juris Doctor
2002 - 2005

**UCLA**
B.S.
1996 - 2001

---

### View Yan's full profile

- See who you know in common
- Get introduced
- Contact Yan directly

[ Join to view full profile ]

---


Connect


**Demi (Yige) Zou**
Jing'an District
Connect


**Wendy. WY. Chen**
Independent Legal Consultant
Taipei City
Connect

---

**Explore collaborative articles**

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

[ Explore More ]

### Others named **Yan Li** in **China**


**Yan Li**
Pudong


**Yan Li**
Shanghai, China


**Yan Li**
Beijing, China


**Yan LI**
working to bring to climate action ecosystem in China: new changemakers,...
Beijing, China


**Yan Li**
The No.1 Brand of Poultry and Livestock Vaccines in China| Poultry Vaccine|Safe...
Qingdao

21561 others named Yan Li in China are on LinkedIn

[ See others named Yan Li ]

### Add new skills with these courses


FinOps Essentials for Cloud Deployments


GDPR Compliance: Essential Training


Data Integration and API Development for AI Applications



| | | |
|---|---|---|
| | Juris Doctor | |
| | 2002 – 2005 | |



**UCLA**
B.S.
1996 – 2001

---

## View Yan's full profile

- See who you know in common
- Get introduced
- Contact Yan directly

**Join to view full profile**



**Wendy. WY. Chen**
Independent Legal Consultant
Taipei City

**+ Connect**

### Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

**Explore More**

### Others named Yan Li in China


**Yan Li**
Pudong


**Yan Li**
Shanghai, China


**Yan Li**
Beijing, China


**Yan LI**
working to bring to climate action ecosystem in China: new changemakers,...
Beijing, China


**Yan Li**
The No.1 Brand of Poultry and Livestock Vaccines in China| Poultry Vaccine|Safe...
Qingdao

21561 others named Yan Li in China are on LinkedIn

**See others named Yan Li**

### Add new skills with these courses


2h 12m — FinOps Essentials for Cloud Deployments


1h 24m — GDPR Compliance: Essential Training


1h 32m — Data Integration and API Development for AI Applications

**See all courses**

---

LinkedIn © 2025  About  Accessibility  User Agreement  Privacy Policy  Your California Privacy Choices  Cookie Policy  Copyright Policy  Brand Policy  Guest Controls  Community Guidelines  Language