# Exhibit 19



| | |
|---|---|
| Document title: | Yan Li # 240658 - Attorney Licensee Search |
| Capture URL: | https://apps.calbar.ca.gov/attorney/Licensee/Detail/240658 |
| Page loaded at (UTC): | Wed, 15 Oct 2025 12:50:15 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 12:50:16 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 34.228.237.249 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 1YY2R9WXhRpz1ci6tpR4ym |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     mwfngxM6TdTKDjwXrBZ2xY

# The State Bar of California

PUBLIC: Need Legal Help | Complaints & Claims | Free Legal Information | Discipline | Public Trust Liaison | En español

- Legal Specialist Search
- Finding the Right Lawyer
- Attorney Search
- Provisionally Licensed Lawyers
- Legal Guides
- Lawyer Referral Service
- Problem with a Lawyer

Select Language ▼

## Attorney Profile

### Yan Li #240658

License Status: Active

Address: Tencent Technology (Shanghai) Co., Ltd., 231 Long'ai Road Room 1916, Xuhui District, Shanghai, CHINA
Phone: 862154569595 | Fax: Not Available
Email: Not Available | Website: Not Available

**More about This Attorney ▼**

### License Status, Disciplinary and Administrative History

The table below shows an attorney's license status changes, disciplinary actions, and administrative actions. Some administrative suspensions are subject to automatic removal from the attorney profile page pursuant to the State Bar's policy on removal of administrative actions. Administrative suspensions are non-disciplinary actions resulting from noncompliance with administrative requirements, such as the requirement to pay licensing fees or comply with Minimum Continuing Legal Education. Administrative suspensions that meet the criteria in the State Bar's policy on removal of administrative actions would not be displayed below.

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 12/8/2005 | Admitted to the State Bar of California | | |

Additional Information:

- About the disciplinary system

Start New Search »

---

PUBLIC
ABOUT US
ATTORNEYS
ADMISSIONS
ACCESS TO JUSTICE

News
Forms

SAN FRANCISCO (Main Office)

180 Howard St.
San Francisco, CA 94105
415-538-2000

LOS ANGELES

845 S. Figueroa St.
Los Angeles, CA 90017

Protecting the public & enhancing the administration of justice.

---

Document title: Yan Li # 240658 - Attorney Licensee Search
Capture URL: https://apps.calbar.ca.gov/attorney/Licensee/Detail/240658
Capture timestamp (UTC): Wed, 15 Oct 2025 12:50:16 GMT

Page 1 of 2

1916, Xuhui District, Shanghai, CHINA
Phone: 8621545695593 | Fax: Not Available
Email: Not Available | Website: Not Available

**More about This Attorney** ▼

## License Status, Disciplinary and Administrative History

The table below shows an attorney's license status changes, disciplinary actions, and administrative actions. Some administrative suspensions are subject to automatic removal from the attorney profile page pursuant to the State Bar's **policy on removal of administrative actions**. Administrative suspensions are non-disciplinary actions resulting from noncompliance with administrative requirements, such as the requirement to pay licensing fees or comply with Minimum Continuing Legal Education. Administrative suspensions that meet the criteria in the State Bar's policy on removal of administrative actions would not be displayed below.

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 12/8/2005 | Admitted to the State Bar of California | | |

**Additional Information:**

- About the disciplinary system

**Start New Search »**



