# Exhibit 20

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN MILITO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT AMERICA LLC, a foreign limited liability company doing business as TIMI STUDIO GROUP; TENCENT CLOUD LLC, a foreign limited liability company; PROXIMA BETA U.S. LLC, a foreign limited liability company doing business as PROXIMA BETA US; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | Case No. 2:25-cv-1042<br><br>**DECLARATION OF JUNG WON BYUN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1367, 1441, AND 1446** |

I, Jung Won Byun, declare as follows:

1. I submit this declaration in support of Defendants Tencent America LLC, Tencent Cloud LLC, and Proxima Beta U.S. LLC's ("Defendants") Notice of Removal. The following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. I am over the age of 18.

3. I am an in-house counsel in the Legal Department of Tencent Holdings Limited.

4. Defendants are all foreign limited liability companies indirectly owned 100% by Tencent Holdings Limited.

5. Tencent Holdings Limited is a nongovernmental Cayman corporation with its principal place of business in China.

6. No member of any Defendant is a citizen of the State of Washington.

7. No intermediate member or owner between any of Defendants and Tencent Holdings Limited is a citizen of the State of Washington.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 31 day of May, 2025 in HONG KONG.

_____
Jung Won Byun

**DECLARATION OF JUNG WON BYUN**
**CASE NUMBER** 2:25-cv-1042

- 2 -

CORR CRONIN LLP
1015 SECOND AVENUE, 10TH FLOOR
SEATTLE, WA 98104-1001
TEL: (206) 625-8600