# Exhibit 22



| | |
|---|---|
| Document title: | COMMISSION FOR THE PROTECTION OF COMPETITION - News |
| Capture URL: | https://www.competition.gov.cy/competition/competition.nsf/All/4F4B0AA9309C35DDC22587510035053B |
| Page loaded at (UTC): | Wed, 15 Oct 2025 12:50:10 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 12:50:11 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 18.209.105.6 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | fLLqgVCKbaFcx42wTzdoKd |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    x8LrHDCPs369zCpWdxg4QX



### News

**Notification of concentration concerning the acquisition by Tencent Holdings Limited of part of the share capital of 1C Entertainment Spolka Akcyjna, through Proxima Beta Europe B.V.**

15/09/2021

The Service of the Commission for the Protection of Competition announces that it has received a notification of concentration by Tencent Holdings Limited, regarding the acquisition of part of the share capital of 1C Entertainment Spolka Akcyjna, through Proxima Beta Europe B.V.

Tencent Holdings Limited is a limited liability company duly registered under the laws of the Cayman Islands and is listed on the Hong Kong Stock Exchange. Tencent, together with its subsidiaries (hereinafter the «Tencent Group»), has investment interests in communications, information and entertainment and operates in a wide range of activities in the online sector, including the provision of added value services via the Internet and mobile telephony, internet advertising and cloud services and other business services. Tencent's business activities include operating online and mobile platforms, advertising, developing and publishing game software, and running media platforms.

Beta Europe B.V. is a private limited liability company duly registered under the laws of Netherlands. This company is a subsidiary of Proxima Beta Pte. Limited, which is eventually controlled by Tencent Holdings Limited. Proxima Beta Europe B.V. is active in the development, publication, promotion and distribution of computer games and related products and provides IT services to consumers and businesses, in the possession of investments, etc.

1C Entertainment Spolka Akcyjna is a limited liability company duly registered under the laws of Poland. 1C Entertainment Spolka Akcyjna, together with its subsidiaries, is active in the video game industry. The activities of the Target include the development of video games, the physical distribution of video games and merchandise, as well as specialised video game services provided to other video game developers, i.e. game transport and game localization.

Back




