# Exhibit 23

PageVault

| | |
|---|---|
| Document title: | (1) Brent Irvin \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/brentirvin/ |
| Page loaded at (UTC): | Thu, 14 Aug 2025 15:35:05 GMT |
| Capture timestamp (UTC): | Thu, 14 Aug 2025 15:35:37 GMT |
| Capture tool: | 10.59.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 4 |
| Capture ID: | omBsEznhFpNBk91jgixFBk |
| Display Name: | wkovalick |

PDF REFERENCE #:   x9fK62TT72cvZhUiJtPzVy





