# Exhibit 24.A

PageVault

| | |
|---|---|
| Document title: | LIGHT OF MOTIRAM on Steam |
| Capture URL: | https://store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM/ |
| Page loaded at (UTC): | Thu, 12 Jun 2025 18:56:10 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 18:56:11 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | pB18Zu9weKU6mkRDrk9dUF |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     iDV7AxeZE1ARNo3fbjPxme











New Gameplay Trailer | The Outcast Forest
Fri, April 18, 2025

Join Our Discord – Explore, Survive, and Conquer Together
Fri, February 28, 2025

(?) Unknown    Learn more

## Content

Includes Interactive Elements
In-game purchases, Online interactivity, In-game chat

TITLE: LIGHT OF MOTIRAM
GENRE: Action, Adventure, Free To Play
DEVELOPER: POLARIS QUEST
PUBLISHER: POLARIS QUEST
RELEASE DATE: To be announced

Visit the website
Discord
Facebook
Instagram
TikTok
Twitch
YouTube
Reddit
X
View update history
Read related news
View discussions
Find Community Groups

Embed

### JOIN DISCORD



### ABOUT THIS GAME



**A Mechanimal-Ruled Open World**

Earth and human civilization as we once knew it are gone. Across untamed wilderness, giant mechanical beasts roam freely, while humanity struggles to rebuild from the dawn of a new primitive era.

Journey from lush tropical rainforests to barren desert landscapes and snow-capped mountain peaks— as you discover unique Mechanimals and mysterious ruins in different regions, gradually uncovering the secrets of MOTIRAM.



**Survive in the Wilderness**

In this mechanical wilderness where civilization is a distant memory, primal cultures, extreme weather, and lurking Mechanimals will constantly test your survival skills. Make smart use of everything around you to stay alive and face off against formidable bosses, every step is fraught with danger and requires courage. Only by overcoming the challenges of survival can you carve out a place for yourself in this unforgiving land.

READ MORE

### SYSTEM REQUIREMENTS

**MINIMUM:**
- Requires a 64-bit processor and operating system
- OS: Windows 10, 64-bit or higher
- Processor: Intel Core i5 6600K or equivalent
- Memory: 8 GB RAM
- Graphics: NVIDIA GeForce GTX 1060 5GB or equivalent
- DirectX: Version 12
- Network: Broadband Internet connection
- Storage: 30 GB available space

**RECOMMENDED:**
- Requires a 64-bit processor and operating system
- OS: Windows 10, 64-bit or higher
- Processor: Intel Core i7 9700 or equivalent
- Memory: 16 GB RAM
- Graphics: NVIDIA GeForce GTX 3060 Ti or equivalent
- DirectX: Version 12
- Network: Broadband Internet connection
- Storage: 30 GB available space

## SYSTEM REQUIREMENTS

**MINIMUM:**
- Requires a 64-bit processor and operating system
- **OS:** Windows 10, 64-bit or higher
- **Processor:** Intel Core i5 6600K or equivalent
- **Memory:** 8 GB RAM
- **Graphics:** NVIDIA GeForce GTX 1060 5GB or equivalent
- **DirectX:** Version 12
- **Network:** Broadband Internet connection
- **Storage:** 30 GB available space

**RECOMMENDED:**
- Requires a 64-bit processor and operating system
- **OS:** Windows 10, 64-bit or higher
- **Processor:** Intel Core i7 9700 or equivalent
- **Memory:** 16 GB RAM
- **Graphics:** NVIDIA GeForce GTX 3060 Ti or equivalent
- **DirectX:** Version 12
- **Network:** Broadband Internet connection
- **Storage:** 30 GB available space

### MORE LIKE THIS    See All



- NEW  $49.99
- $14.99
- $39.99
- $23.99

### WHAT CURATORS SAY    View all

9 Curators have reviewed this product. Click here to see them.

**There are no reviews for this product**

You can write your own review for this product to share your experience with the community. Use the area above the purchase buttons on this page to write your review.



© 2025 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries. VAT included in all prices where applicable.    Privacy Policy  |  Legal  |  Steam Subscriber Agreement  |  Refunds  |  Cookies

About Valve  |  Jobs  |  Steamworks  |  Steam Distribution  |  Support  |  Recycling  |  Gift Cards

# Exhibit 24.B

# Lodged with the Court in Native Format

# Exhibit 24.C

# Lodged with the Court in Native Format