# Exhibit 25.A



| | |
|---|---|
| Document title: | Light of Motiram - 16 Minutes of Gameplay - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=PqwoP_cTo4I |
| Page loaded at (UTC): | Thu, 12 Jun 2025 19:10:07 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 19:10:11 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 15 |
| Capture ID: | w3BafQCgvjrVJ4nCnbKHtA |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    3vEvwEYDqfPoSJpWStSZAV



# Light of Motiram - 16 Minutes of Gameplay

Gematsu
73.1K subscribers

Subscribe    345    Share    ...

39,194 views  Nov 28, 2024
https://gematsu.com/games/light-of-mo...

Gematsu
73.1K subscribers

Videos    About    Facebook    Twitter

Show less



LIGHT OF MOTIRAM
BROWSE GAME

Gaming
BROWSE ALL GAMING

## 168 Comments    Sort by

Add a comment...

**@PatiwatCPE** 6 months ago
Dev: What game you want to copy this time?
Director: Yes

101    Reply

∧ 2 replies

**@lordante4665** 6 months ago
Cry me a river...

2    Reply

**@NeoReaper82** 6 months ago
Everything copied pong Gaming Karen

1    Reply



👍 2   Reply

**@NeoReaper82** 6 months ago
Everything copied pong Gaming Karen
👍 1   Reply

**@serialchiller5272** 6 months ago (edited)
At first, she worries about the rain, feels cold, and starts building a roof. But just a minute later, she's boldly standing IN THE BONFIRE like it's nothing 🤣
👍 27   Reply
∧ 1 reply

  **@youngdinu** 6 months ago
  pelo ao menos ela pegou fogo logo depois
  👍 1   Reply

**@Tomairipa** 6 months ago
This is literally Palworld with machines instead of monsters.
👍 46   Reply
∧ 4 replies

  **@sandeddie** 6 months ago
  so, palworld but good?
  👍 4   Reply

  **@helleswillen3492** 6 months ago
  It's fair to say that this game looks like Horizon, but you do know sandbox survival games exists long before Palworld right?
  👍 2   Reply

  **@NeoReaper82** 6 months ago
  % Palworld is literally Ark with cuteness
  👍 1   Reply

  **@THELIONMAN7** 1 month ago
  @NeoReaper82 no the system is différent
  👍    Reply

**@_VERESH** 6 months ago
They even copied Godricks moveset from Elden Ring for that gorilla boss at the end 😂
👍 49   Reply
∧ 2 replies

  **@Johnny19736** 6 months ago
  and summoning mount animation seems like from Elden Ring also xd
  👍 12   Reply

  **@Aztecashadow** 6 months ago (edited)
  There's a movement that's exactly the same from an ash of war
  👍 2   Reply

**@hhs6864** 6 months ago
Horizon zero shame
👍 183   Reply
∧ 9 replies

  **@rhiethreal** 6 months ago
  Horizon Zero originality
  👍 9   Reply

⌃ 9 replies

**@rhiethreal** 6 months ago
Horizon Zero originality
👍 9  👎  Reply

**@Underdrill** 6 months ago
@rhiethreal A perfect description of Zero Dawn and Forbidden West to be fair!
👍 8  👎  Reply

**@neelot9842** 6 months ago
@Underdrill To be fair, the premise of Horizon games is fairly original. It's the gameplay that feels like they just ripped off Ubisoft's open world game formula, but same can be said about Ghost of Tsushima.
👍 8  👎  Reply

**@mum-your** 6 months ago
@neelot9842 how is the premise original lol what? its the most generic crap ever
👍 1  👎  Reply

**@daksans6764** 6 months ago
It looks more interesting than Horizon games
👍 2  👎  Reply

**@Rustam.I.T.** 6 months ago
It's palword
👍  👎  Reply

**@jbeachboy100** 5 months ago
Horizon forbidden east.
👍 1  👎  Reply

**@THELIONMAN7** 1 month ago
Its not horizon though so your joke makes no sense
👍  👎  Reply

**@hhs6864** 1 month ago
@ That is the joke.
👍  👎  Reply

**@Zelgeist** 6 months ago
Regardless of everything else, I feel like Palworld and its fans have no right to complain, and if they do that, it would be huge irony.
👍 8  👎  Reply

⌃ 1 reply

**@cyanidesyn123** 6 months ago
I see zero palworld fans complaining. I see plenty of PS fans whining about it having robot creatures before like horizon was the first game ever to do that. The game just combines a bunch of things from other popular games into one game and everyone is bitching like it's a bad thing and almost every game isn't like this lol
👍 3  👎  Reply

**@gamemaster0107** 6 months ago
So this is the horizon multiplayer game they were talking about 😂
👍 19  👎  Reply

⌃ 1 reply

**@ooperblownup** 6 months ago
lmao
👍  👎  Reply



Case 3:25-cv-06275-JSC   Document 61-25   Filed 10/15/25   Page 6 of 17

**@n.e.tmokrani1600** 2 months ago
when a Western studio does it, you call it "inspired by", when a Chinese studio does it, you call it "copying". the bias is real

👍 1    👎    Reply

**@Kromatt** 1 month ago (edited)
The gliding is like , Zelda Breath of the Wild ...
Palworld survival crafting, Horizon Zero Dawn resemblance,
Destiny's Ghost companion, Elden Ring Machine movements.
Monster Hunter Weapon Combat, a little bit of ARK too.

If it's done right, i'm all for it ... Darksiders played like Zelda,
 but since it was done well, i didn't mind.
Show less

👍    👎    Reply

**@aeQuack** 6 months ago
Starting a gameplay presentation under the rain, by night. Geniuses.

👍 3    👎    Reply

**@salviahard9391** 6 months ago
a game of a banality and déjà vu... I pass my turn

👍 1    👎    Reply

**@redcronojm** 6 months ago
Its like palworlds meeets Horizon

👍 18    👎    Reply

**@Tomofdahook17** 6 months ago
They even have the shell walkers and the critical hit button for the spear. And one thing that I with Horizontal had, a god damn shield!

👍 2    👎    Reply

**@JefftheGeek** 6 months ago
Horizon: Breath of a Minecraft

👍 1    👎    Reply

**@MrNabsMix** 6 months ago
It's a mix between zelda and horizon (even the second horizon was inspired from zelda breath of the wild), i don't think it's bad but you feel the emptyness in the gameplay that's the real issue here.

👍 1    👎    Reply

**@Lowfork** 6 months ago
Horizon Xerox Dawn

👍 15    👎    Reply

**@MajinBooRadley** 6 months ago
I skimmed and saw chopping down a tree with an axe and I am immediately bouncing off this survival slop

👍 2    👎    Reply

**@Silver2004Avalhadia** 5 months ago
Is the Horizon game everyone mention  available on Android?

👍    👎    Reply

**@danielgrezda3339** 6 months ago
Glad we have an unofficial port of horizon on mobile. But seriously, this is such a blatant ripoff, at least change the visual style a little.

👍 6    👎    Reply

**@unknown19366** 6 months ago

Glad we have an unofficial port of horizon on mobile. But seriously, this is such a blatant ripoff, at least change the visual style a little.

👍 6  Reply

**@unknown19366** 6 months ago
Me: Why you copied the HZD?

Developer: Yes

👍 8  Reply

**@dangerden7492** 6 months ago
Horizon Zelda Dawn

👍 6  Reply

**@As4r** 6 months ago
This is like Palworld meets Horizon

👍 1  Reply

**@evilbeardedman** 6 months ago
This is such a low effort cashgrab, it's not even funny.

👍 11  Reply

**@marzcorpio1575** 6 months ago
What's with all the bots/uneducated people defending such a blatant copycat??

👍 2  Reply

   ⌃ 1 reply

   **@m.b.5329** 6 months ago
   Why should gamers care about stuff like that? If a game is good, it's good and that's what people care about.

   Getting offended on behalf of companies is just weird.

   👍 2  Reply

**@ArmoredcoreGOTY2024** 6 months ago
I looked at the trailer and thought "cool, I see it's taking notes from certain games" but no this is just Valheim with horizon robots but worse

👍 8  Reply

   ⌃ 1 reply

   **@ArmoredcoreGOTY2024** 6 months ago
   I just realized it's got a monster capture and camp mechanic, so I guess we're throwing palworld in there

   👍 5  Reply

**@illegalmonkey** 6 months ago
How is this shit legal? Many of the icons are clearly ripped straight out of Horizon.

👍 11  Reply

   ⌃ 4 replies

   **@Pioyer1** 6 months ago
   most games wouldnt exist if u couldnt copy them lel

   👍 6  Reply

   **@mum-your** 6 months ago
   should everyone start counting how many things guerilla ripped off lol

   👍 2  Reply

   **@ooperblownup** 6 months ago
   Chinese bots in full force defending



👍 1  👎   Reply

**@metric152** 6 months ago
Does anyone really like building a base?

👍 2  👎   Reply

**@RaszerTH** 6 months ago
I see just theme is Horizon but machanic game build and farm is Ark ,and boss fight is souls game.
I'm not bias and hope to enjoy with this game. Please keep optimize and fix bug. Nice game 🎉

👍 8  👎   Reply

**@sirfullofhimself** 6 months ago
Despite being a free-to-play mobile game, it looks amazing. I'm glad it's releasing on PC, I'll check it out for sure. Seems like it combined all of my favorite genres into one!

👍   👎   Reply

**@bismar1204** 6 months ago
This is weird wasn't Guerrilla doing a Horizon Mutiplayer game. Did they hire a different studio to do it for them.

👍   👎   Reply

**@lilsonmada** 6 months ago
It's ok ! ❤

👍   👎   Reply

**@Fatlafury** 6 months ago
Es como si ark y horizon tuvieran un hijo con down

👍 1  👎   Reply

**@JaidenLewis-n5k** 6 months ago (edited)
Horizon Enshrouded West

👍 1  👎   Reply

**@Feitheoir** 6 months ago (edited)
Once Horizon valheim pal zero Human

👍 1  👎   Reply

**@KoKoPyc** 6 months ago
Once Human copy?

👍   👎   Reply

**@sergiobadaro** 6 months ago
Horizon Zero Dawn + Once Human 🤣🤣🤣

👍 1  👎   Reply

**@manny3918** 6 months ago
I know a fat lawsuit when i see one coming

👍 7  👎   Reply

⌄ 2 replies

  **@АльбертШакиров-ь9э** 6 months ago
  Sony dropped this gameplay video with new trailer of the game is socials

  👍 2  👎   Reply

  **@marzcorpio1575** 6 months ago
  I doubt it, probably way too expensive to sue Tencent and lose access to the Chinese market.

  👍   👎   Reply

**@theguy892** 6 months ago

Document title: Light of Motiram - 16 Minutes of Gameplay - YouTube
Capture URL: https://www.youtube.com/watch?v=PqwoP_cTo4I
Capture timestamp (UTC): Thu, 12 Jun 2025 19:10:11 GMT                                Page 8 of 14

> I doubt it, probably way too expensive to sue Tencent and lose access to the Chinese market.
>
> Reply

**@theguy892** 6 months ago
No shame
👍 4   Reply

**@sarc4sm68** 6 months ago
Gameplays not really a copycat but the concept it is kinda Horizon feels.
Reply

**@prengolengos** 6 months ago
Crazy
👍 1   Reply

**@NeoReaper82** 6 months ago
This looks fantastic
👍 3   Reply

**@doingmypart666** 6 months ago (edited)
God dammit .. light sources and no shadows from it? Thats bad.
But I like the walking and running animation and that the character is normal size .. other games like Palworld or Aghasba make it weird, especially the hands, this is nice.
That sneak attack needs a bit more love.
Reply

**@lilsonmada** 6 months ago
It's ok !
Reply

**@Xeshiraz** 6 months ago
Lol. Very shameless. 😏
👍 2   Reply

**@Dzugashvili** 6 months ago
looks boring and basic as hell
👍 1   Reply

**@seanburton9428** 6 months ago
So HZD meets Palworld meets Destiny? Yikes, hard pass.
👍 1   Reply

**@z00mflight** 5 months ago
I thought it was going to be like horizon zero dawn but it looks very low budget, like how dauntless copied monster hunter but you could definitely tell the difference in gameplay, even ignoring the difference in graphics. The combat does not look solid like it does in horizon.
Reply

**@Firewertyhn6817** 6 months ago
camera in the middle of screeen like in 2000s! my inner perfectionist in ecstasy
Reply

**@دانيالقاسمي-ي7ص** 6 months ago
عاااااااليه
Reply

**@Aldridge517** 6 months ago
The character fights like Link in Ocarina of Time Lol

عاليييييه

Reply

**@Aldridge517** 6 months ago
The character fights like Link in Ocarina of Time Lol

Reply

**@ooperblownup** 6 months ago
Horizon aesthetic and the enemy animations are copied straight from monster hunter and elden ring bosses

Reply

**@fabricioroebertoconfessor2127** 6 months ago
Nada se cria,tudo se copia,parece legal

Reply

**@robsonrb6969** 6 months ago
Horizon Ark survival 😅😅😅😅

1    Reply

**@YeezyPlz** 6 months ago
Not gonna lie, while I was playing Palworld I was wishing it had more action focused combat. So I'll give this a try. I love all the games it's copying anyway

1    Reply

**@dannyboy32125** 4 months ago
why doesnt every f*ucking game have to be ruined by survival machanics. jesus christ!!!

Reply

**@Zeta_xx90** 6 months ago
Maneiro!

Reply

**@BulletDrive991** 6 months ago
What a piece of copyright...

Reply

**@JayarJayarhan** 6 months ago
🙂

Reply

**@fizzylonechees** 6 months ago
Just like palworld if its better im all for it

7    Reply

⌃ 1 reply

**@EmersonCRVG** 6 months ago
Except palworld wasn't better than anything

1    Reply

**@MapleNafda** 6 months ago
This is just Ark

2    Reply

**@Fluminafly** 6 months ago
Ich finds sehr Palworld Ähnlich

Reply

**@xaviiniesta9268** 6 months ago
Horizon Breath of the Wild

@Flummany 6 months ago
Ich finds sehr Palworld Ähnlich

Reply

@xaviiniesta9268 6 months ago
Horizon Breath of the Wild

Reply

@pettson3816 6 months ago (edited)
ngl, looks kinda of fun but it's a blatant carbon copy of so many games it's hilarious.. Why wouldn't they just invent their own art style?

Reply

@paccacio2935 6 months ago
😂😂😂😂 wow! another ps5 exclusive banger😂😂😂

Reply

@johnathanlo7636 6 months ago
Too MMO like gameplay

Reply

@mkmfan3197 6 months ago
I am sold!! Looks better than Horizon Shit dawn anyway 😂 😂 lmao although the ripoff-ness is soooo shamelessly obvious, I am buying this

2   Reply

@RedHornSSS 3 months ago
Monster Hunter: Zero Dawn

Reply

@Wyd005 6 months ago
Woww
China copy everything.😂😂😂

2   Reply

@patrickcruz1609 6 months ago (edited)
Horizon Zero Pal

Reply

@samzukwu 6 months ago
So this is palworld survival mashup? i thought it was a good solo game like Horizon and not some Crap! Pass. No good gameplay, no good story, no good quests, no nothing.

Reply

@rawonestudio 6 months ago
Horizon: Temu Dawn

Reply

@danteyoda 6 months ago
Looks Amazing and no Woke slop added, i'm in.

Reply

@Aureo-nt1gy 6 months ago
Aye listen, it looks like Horizon with a bit more of the MH influence and tbh I'd love it if the main series and upcoming multiplayer games sort of did the same thing. (Not take the slow gameplay of MH but more so the weapon variety and quality. Haven't played forbidden west so if they did this than I'm not aware.

Reply

@pawes9953 6 months ago
This is theft

upcoming multiplayer games sort of did the same thing. (Not take the slow gameplay of MH but more so the weapon variety and quality. Haven't played forbidden west so if they did this than I'm not aware.

Reply

**@pawes9953** 6 months ago
This is theft

7    Reply

1 reply

**@JenValzina** 6 months ago
nope, not even close. theft would be if they directly pulled the assets out of horizon, this even if they looked at it and copied the image of it as long as it has even small changes its considered "inspired by"

Reply

**@pangbangdang3672** 6 months ago
Graphics looks a little worse than Ark Ascended and will most likely have way worse performance than forbidden west. Looks like just another UE game.

Reply

**@AliceHolbrooke-lc4ty** 6 months ago
What the H E double hockey sticks is this?

Reply

**@paulinhosilva8212** 6 months ago
Android 😅

Reply

**@Mettigel3** 6 months ago
Looks kinda boring tbh. I dont need another palworld

Reply

**@trickveira** 6 months ago
goty

Reply

**@ooperblownup** 6 months ago
The Chinese literally dgaf what anyone thinks

Reply

**@FredT1988** 6 months ago
No thank u

Reply

**@Satanic-Metal-666** 6 months ago
Absolute Trash Game…
Low budget not a Triple AAA game, why rip off from a Sony Exclusive. Team Ninja's Rise of Ronin has better gameplay.

2    Reply

**@Vitorhahdhajjarhb** 6 months ago
Looks more fun to play than HZ DEI.
Day one.
Parece extremamente mais divertido de se jogar que o o jogo woke original, dito isso é day one.

2    Reply

**@elainehinton30** 6 months ago
Not interested. Not interesting. Rip off of a few better games.

Reply

**@elainehinton30** 6 months ago
Not interested. Not interesting. Rip off of a few better games.
Reply

**@EmersonCRVG** 6 months ago
Still more effort than Palworld
Reply

**@Emulator_Crossing** 6 months ago
tchia zero dawn
Reply

**@The_Drawing_Artist** 6 months ago
Palworld x Monster Hunter x Horizon. I like it!
Reply

**@sevenfacedsin** 6 months ago
I'd rather play this than Horizon
Reply

**@CorvusTH** 6 months ago (edited)
Horizon Without DEI Bullshit
8   Reply

**@MoSDawidson** 6 months ago
without pronouns, dev must have big balls
Reply

**@EXMerser** 6 months ago
🙂
Reply

**@FINALBOSSVIBES** 6 months ago
This ain't it.
Reply

**@beizelby5867** 6 months ago
blizzard copied Everquest, Palworld copied Pokemon.. honestly if it's done better I have no problem with it. Hopefully it's good.
Reply

**@arteshe.sorkh6975** 6 months ago
Horizon zero f..k
Reply

**@the_next_crusade** 6 months ago
This looks garbage
Reply

**@blackorc1136** 6 months ago (edited)
it look like million time better and interesting than horizon

it look like mix of horizon,fortnite and elder ring
2   Reply

**@chairmanoffragileproduct134** 6 months ago
combat are not that bad, we will be playing

Hopefully it's good.

👍 👎  Reply

**@arteshe.sorkh6975** 6 months ago
Horizon zero f..k

👍 👎  Reply

**@the_next_crusade** 6 months ago
This looks garbage

👍 👎  Reply

**@blackorc1136** 6 months ago (edited)
it look like million time better and interesting than horizon

it look like mix of horizon,fortnite and elder ring

👍 2  👎  Reply

**@chairmanoffragileproduct134** 6 months ago
combat are not that bad, we will be playing

👍 👎  Reply

**@Bo_Hazem** 6 months ago
Should be able to choose to play as a man.

👍 👎  Reply

**@TheWhaleForever** 6 months ago
Looks interesting

👍 👎  Reply

**@KeitFoster** 6 months ago
красиво

👍 👎  Reply

**@rafajib** 6 months ago (edited)
mobile menu disgusting, in that case, make a separate menu for PC, not like for mobiles
Where FPS? Say god bye fps?

👍 👎  Reply

**@d4mterro320** 6 months ago
fortnite Horizon battlepass

👍 👎  Reply

**@radiolaukv4750** 6 months ago
Шляпа

👍 👎  Reply

**@ProsttoKott** 6 months ago
Pls Xbox. 😍😍😍😍

👍 👎  Reply

**@dumbcube69** 6 months ago
game looks stupid lmao

👍 1  👎  Reply

# Exhibit 25.B

# Lodged with the Court in Native Format