# Exhibit 27.A



| | |
|---|---|
| Document title: | Unveiling LIGHT OF MOTIRAM: Dev Insights & Gameplay Showcase - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=3mt0QDRCoeI |
| Page loaded at (UTC): | Thu, 12 Jun 2025 19:02:42 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 19:02:44 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 8 |
| Capture ID: | 5LLgK4dcZxiTgz2KeyeHur |
| Display Name: | johnathon.mann |

PDF REFERENCE #:       sMiVxT8FPLo4NmHVaPycFn




Document title: Unveiling LIGHT OF MOTIRAM: Dev Insights &amp; Gameplay Showcase - YouTube
Capture URL: https://www.youtube.com/watch?v=3mt0QDRCoeI
Capture timestamp (UTC): Thu, 12 Jun 2025 19:02:44 GMT



👍 1   👎   Reply

**@DJ_-** 1 month ago
The game looks fun asf

👍 7   👎   Reply

⌃ 1 reply

**@THELIONMAN7** 1 month ago
Not yet

👍 2   👎   Reply

**@WildOriginHunters** 1 month ago
This pioneer is already ready! Already ready! Already ready! Please launch it as soon as possible!

👍 1   👎   Reply

**@lioman8** 1 month ago (edited)
Let me make cages for mechanimals

👍 2   👎   Reply

**@den14kuo** 1 month ago
沒事請常念羅迪文不要幹夠，羅迪文說他一百公尺跑9秒，籃球場對手在中線抄到球，自己從底線追可以追到，在高速公路開車都開200市區開100，然後說家裡有沙漠之鷹，高中是萬人迷

👍 1   👎   Reply

**@SymbaLilyAmber** 1 month ago
Beautiful looking game 👍 🙂

👍 6   👎   Reply

**@sinisavuckovic9915** 1 month ago
Do you now when the Light of Motiram Beta can be played in Germany?

👍   👎   Reply

**@SHIRFAN** 1 month ago
地平線帕魯 加油! 抄出於藍 更勝於藍! 這就是中國厲害的地方!

👍 6   👎   Reply

**@n3rdst0rm** 1 month ago
Im so excited for this game.

👍   👎   Reply

**@WildOriginHunters** 1 month ago
I'm looking forward to it coming online

👍   👎   Reply

**@ThwinHanLinn** 3 weeks ago
Chimeraland feeling

👍   👎   Reply

**@keithcunningham3131** 1 month ago
I can't wait to try it out

👍 3   👎   Reply

**@THELIONMAN7** 1 month ago (edited)
Dont put autolock gameplay

👍 4   👎   Reply

**@Silver2004Avalhadia** 1 month ago
Looks interesting!

👍   👎   Reply

👍 4    👎    Reply

**@Silver2004Avalhadia** 1 month ago
Looks interesting!
👍    👎    Reply

**@xsetiadi** 1 month ago
why indonesian cannot open steam page?
👍 1    👎    Reply

**@THELIONMAN7** 1 month ago (edited)
Also let us make pens for mechanimals too not only for wild animals and being able to attack while riding
👍 2    👎    Reply

⌃ 1 reply

**@lioman8** 1 month ago (edited)
I agree I want to create a huge thing where all mechanimals are in cages would be very cool
👍    👎    Reply

**@WolfKing_02** 1 month ago (edited)
Se vienen cosas grandes 💪😎🙌
Solo faltan los subtitulos en Español 😟😟
👍 1    👎    Reply

**@reaperone7325** 4 weeks ago
please i want to play this game but its not available in Philippines
👍    👎    Reply

**@maltemoj** 1 month ago (edited)
I really wonder if or when Guerilla are gonna sue them out of existence.
👍    👎    Reply

⌃ 1 reply

**@sherlockthehomietube925** 1 month ago
They won't. Sony licensed it. People need to get over it. You can't build shit in HZD. I loved that game. This game looks like it has all the things I loved about it plus all the things I wish it had.
👍 2    👎    Reply

**@DuNorteMTA** 1 month ago
Lançamento????? 🇧🇷
👍    👎    Reply

**@SanityPotion776** 1 month ago
Palworld + Horizon Zero Dawn
👍 1    👎    Reply

**@twister3185r** 1 month ago
ark + horizon + palworld, + soumask xD
focus ark please,, and lets go pt-br server pls

nice game, open the beta test ❤
👍 1    👎    Reply

**@ruvanimbing5705** 1 month ago
Can we play with frends.?
👍    👎    Reply

**@tcs-troll123prr_yt9** 1 month ago
Absolute cinema

@ruvanimbing5705 1 month ago
Can we play with frends.?
Reply

@tcs-troll123prr_yt9 1 month ago
Absolute cinema
Reply

@yoshikim8692 1 month ago (edited)
Horizon Zero Dawn 80%
Palworld 15%
Monster Hunter 2.5%
RUST 2.5%
1    Reply

1 reply

@DJ_- 1 month ago
It's more like Palworld then anything
1    Reply

@hmgamingstation 1 month ago
Is it going to be FREE TO PLAY??
Reply

2 replies

@emperaaga4106 1 month ago
With thousands of Microtransactions
4    Reply

@hmgamingstation 1 month ago
@emperaaga4106  yea i excepted that.. This is how they will earn money
Reply

@砟普 1 month ago
花錢買這種東西會扼殺遊戲產業的
Reply

@garautony 1 month ago
Can I play this game in my PS5?
Reply

@cuongkan8699 1 month ago
let go 🎁🎁
1    Reply

@ashishgehani4809 1 month ago (edited)
I will be try this  game
Reply

2 replies

@THELIONMAN7 1 month ago
Dude dont know how to spell
Reply

@smarteditor8812 1 month ago
Don't need to spell "be"
1    Reply

@lioman8 1 month ago (edited)

Don't need to spell "be"

1    Reply

**@lioman8** 1 month ago (edited)
Release the game im bored movies are a boring thing though just watching is boring as heck

1    Reply

**@xinminwei** 1 month ago
好玩就好，加油

Reply

**@StefansDream** 1 month ago
Console still a thing?

Reply

**@斑斑的奇幻冒險** 1 month ago
這運了多少遊戲...

Reply

**@TheZeroomg** 1 month ago
This is a good example for how China giving good IP a second chance.
Horizon is dead in $ONY's hand.

1    Reply

⌃ 1 reply

✦  **@DJ_Urun** 1 month ago
Let's wait for the official Horizon MMO by NCSoft. But my message about hoping that LoM will come out first was deleted in the official Discord server. I don't know what to expect...

Reply

**@Chris-sm2uj** 1 month ago
Free to play pay to win tencent slop

Reply

**@lioman8** 1 month ago
With this kind of graphics the game is going nowhere improve it

Reply

**@b0h0c** 1 month ago
A soulless, primitive copy. It's pathetic...

Reply

⌃ 2 replies

S  **@Silver2004Avalhadia** 1 month ago
Show me a game like this for Android

1    Reply

**@gachapikachu8562** 4 days ago
Soulless is crazy

Reply

**@冰麒麟-v4t** 1 month ago
Horizon Zero Dawn. LAMO

Reply

**@elwynn_forest** 1 month ago
抄啊抄啊抄

3    Reply

Document title: Unveiling LIGHT OF MOTIRAM: Dev Insights &amp; Gameplay Showcase - YouTube
Capture URL: https://www.youtube.com/watch?v=3mt0QDRCoeI
Capture timestamp (UTC): Thu, 12 Jun 2025 19:02:44 GMT                                                                         Page 6 of 7

👍 3  👎  Reply

∧ 5 replies

**@YoungJian2769** 1 month ago

這是合作開發.....

👍  👎  Reply

**@squallrandy** 1 month ago

@YoungJian2769 跟誰合作

👍 1  👎  Reply

**@user-iv5qt7yb9m** 1 month ago

@YoungJian2769 跟誰開發？每篇新聞稿從頭到尾都沒提他們跟誰一起開發啊
頂多跟自家中國PlayStation有合作宣傳而已
中國對抄都有各種美化解釋，什麼致敬、借鑑、研習，狗屁一堆其實就只是想掩蓋自己偷竊的行為
抄就抄 這樣也能護航

👍 2  👎  Reply

**@jhuanglin** 1 month ago

@YoungJian2769 跟誰合作

👍 2  👎  Reply

**@Silver2004Avalhadia** 1 month ago

Maybe copy but with improvement?

And a version for Android phones is a benefit, value

👍  👎  Reply

**@KakuAndy** 1 month ago

滯納是這樣的

👍 1  👎  Reply

**@hihiHKK** 1 month ago

What a shame

👍  👎  Reply

∧ 1 reply

**@lioman8** 1 month ago (edited)

What a shame that when it's a friend of yours you defend him even if he did something bad and when it's not your friend you say  what a shame get the hell out of here your comment doesn't matter you have no right to say what is right or wrong

👍 3  👎  Reply

**@sinxsin** 1 month ago

"抄" a lot

👍  👎  Reply

∧ 2 replies

**@Silver2004Avalhadia** 1 month ago

There is no game like this for Android

👍  👎  Reply

**@lioman8** 1 month ago

Shhhh

👍  👎  Reply

# Exhibit 27.B

# Lodged with the Court in Native Format