# Exhibit 28.A



| | |
|---|---|
| Document title: | From Destruction to Redemption - Rammasun \| LIGHT OF MOTIRAM Cinematic & Gameplay Trailer - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=6prk0Jxg7Cw |
| Page loaded at (UTC): | Fri, 25 Jul 2025 17:39:21 GMT |
| Capture timestamp (UTC): | Fri, 25 Jul 2025 17:39:22 GMT |
| Capture tool: | 3.10.30 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 5 |
| Capture ID: | xos53FZTTtqyqnKLofzgDx |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    4jBeEiA2CjNE47idL3ZNYX




Document title: From Destruction to Redemption - Rammasun | LIGHT OF MOTIRAM Cinematic &amp; Gameplay Trailer - YouTube
Capture URL: https://www.youtube.com/watch?v=6prk0Jxg7Cw
Capture timestamp (UTC): Fri, 25 Jul 2025 17:39:22 GMT

**@gustavotadeu5578** 13 days ago
I hope they announce the release date soon and launch it this year.
👍 1  👎  Reply

**@aofacoustic3350** 9 days ago
Greetings from Thailand. Unfortunately, the store page link doesn't show your game on either Steam or Epic Store for me. I really hope I'll be able to play it someday — it looks very interesting!
👍  👎  Reply

**@NDMDesignS** 2 weeks ago
Are there any signs of a global beta and if so when?
👍 5  👎  Reply

**@fnsantucci** 7 days ago
What's the release date for the mobile and PC version? I need to play it and it's taking too long to give us information.
👍  👎  Reply

**@kevinWesk** 11 days ago
Não vejo a hora de jogar essa maravilha!
👍  👎  Reply

⌄ 1 reply

  **@h3nk4isupreme78** 1 day ago
  Vc tem alguma notícia no dia do lançamento?
  👍  👎  Reply

**@MilonSuwar** 2 weeks ago
I want to play this game
beta android device launch when will it come
👍 1  👎  Reply

**@platinungameplays5137** 2 weeks ago
omg so beautifull
👍 1  👎  Reply

**@AllettoX** 2 weeks ago (edited)
The problem with rendered showcasing - it is never as it truly looks.
With all the games doing the same front-loaded hyping, I'll believe it when I play it.

And I'll drop it just as fast when it comes to light, it isnt what you guys are showing.
👍  👎  Reply

**@furiaxciega** 2 weeks ago
Decían que saldría en este año ya estamos a mitad y no ha habido beta o acceso anticipado ni nada,, ¿será como costumbre esperar que lo saquen hasta diciembre o dirán que hasta el siguiente año? 😒
👍  👎  Reply

**@tapxforbeer** 2 weeks ago
Feels like the combat still needs work unless there going for a monster hunter combat then sure 👍
👍  👎  Reply

**@garautony** 2 weeks ago
Hope this game is playable offline too
👍 4  👎  Reply

⌄ 3 replies

  **@Theweezer_guy** 2 weeks ago

**@garadtony** 2 weeks ago
Hope this game is playable offline too

👍 4   Reply

∧ 3 replies

**@Theweezer_guy** 2 weeks ago
It is

Reply

**@washimakram8259** 13 days ago
Nope

Reply

**@Theweezer_guy** 13 days ago (edited)
@washimakram8259 were did you get that info from? You can play offline edit: oh wait you're right you cant play offline I heard that you could in a video essay about the game.

Reply

**@etv-game** 2 weeks ago
Bu oyun için çok heyecanlıyım. Özellikle de life skil ve inşaat dinamiği için...

👍 1   Reply

**@Averno1661** 2 weeks ago (edited)
Este juego cuándo sale para ps5

👍 1   Reply

∧ 1 reply

**@somama8432** 12 days ago
Likely never. The game is currently only coming out on Steam and Epic Games store

Reply

**@Virtual_Sphere_** 2 weeks ago (edited)
Looks outstanding. Can't wait for beta. Hope we can be a male character.

👍 1   Reply

**@RaKib-I5u** 2 weeks ago
Can we have human labour 😶 😶

Reply

∧ 1 reply

**@THELIONMAN7** 2 weeks ago
What in the world do you mean?

👍 1   Reply

**@TK-ni5ne** 11 days ago
Monster Hunter Horizon

Reply

**@NORKIE** 2 weeks ago
god i hope its not just another mobile game... i want it to be good

👍 1   Reply

∧ 1 reply

**@DJ_-** 2 weeks ago
It will be its not being rush out

👍 3   Reply

**@WildOriginHunters** 2 weeks ago
Been making LOM edits non-stop!

@Virtual_Sphere_ 2 weeks ago
Looks outstanding. Can't wait for beta. Hope we can be a male character.
👍 1   👎   Reply

@RaKib-l5u 2 weeks ago
Can we have human labour 😶 😶
👍   👎   Reply

⌃ 1 reply

   @THELIONMAN7 2 weeks ago
   What in the world do you mean?
   👍 1   👎   Reply

@TK-ni5ne 11 days ago
Monster Hunter Horizon
👍   👎   Reply

@NORKIE 2 weeks ago
god i hope its not just another mobile game... i want it to be good
👍 1   👎   Reply

⌃ 1 reply

   @DJ_- 2 weeks ago
   It will be its not being rush out
   👍 3   👎   Reply

@WildOriginHunters 2 weeks ago
Been making LOM edits non-stop!
👍   👎   Reply

⌃ 1 reply

   @THELIONMAN7 13 days ago
   And you always fail at it
   👍   👎   Reply

@uknz1537 13 days ago
i love how asian ppl never try to create things but just copy/paste and it's mobile....no thanks xDD
👍   👎   Reply

@SymbaLilyAmber 2 weeks ago
Best looking game that i ever seen 🫶😍
👍 1   👎   Reply

⌃ 2 replies

   @THELIONMAN7 13 days ago
   Lol girls like everything always that's why girls are so cute to me
   👍 2   👎   Reply

   @TheBobist 13 days ago
   Horizon forbidden west looks 10x better
   👍   👎   Reply

# Exhibit 28.B

| | |
|---|---|
| Document title: | LIGHT OF MOTIRAM on X: "☐ RAMMASUN Cinematic &amp; Gameplay Trailer Once in tune with the sounds of nature, Rammasun was forced to become a war machine. That War changed everything—what was once harmony became unbearable noise. Its sole mission: eliminate everything in its path. All until an https://t.co/ca1lHWWS0c" / X |
| Capture URL: | https://x.com/LIGHTOFMOTIRAM/status/1943596681360269538 |
| Page loaded at (UTC): | Fri, 25 Jul 2025 17:50:46 GMT |
| Capture timestamp (UTC): | Fri, 25 Jul 2025 17:51:57 GMT |
| Capture tool: | 10.58.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 2 |
| Capture ID: | mjxbkZo5LcoNK7L1jZiSo7 |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    d9cAfhjM4sn8HbYmBhPUN2

**LIGHT OF MOTIRAM** ✓
@LIGHTOFMOTIRAM

⚡ RAMMASUN Cinematic & Gameplay Trailer

Once in tune with the sounds of nature, Rammasun was forced to become a war machine. That War changed everything—what was once harmony became unbearable noise. Its sole mission: eliminate everything in its path.

All until an extraordinary melody freed it from the chaos...

#LIGHTOFMOTIRAM #OpenWorld #Survival #Crafting



0:59

9:02 AM · Jul 11, 2025 · **1,927** Views

💬 9      🔁 17      ♡ 67      🔖 9      ⬆️

💬 Read 9 replies

Document title: LIGHT OF MOTIRAM on X: &quot;⚡    RAMMASUN Cinematic &amp; Gameplay Trailer Once in tune with the sounds of nature, Rammasun was forced to…
Capture URL: https://x.com/LIGHTOFMOTIRAM/status/1943596681360269538
Capture timestamp (UTC): Fri, 25 Jul 2025 17:51:57 GMT
Page 1 of 1

# Exhibit 28.C

# Lodged with the Court in Native Format