# Exhibit 29



| | |
|---|---|
| Document title: | LIGHT OF MOTIRAM Coming Soon - Epic Games Store |
| Capture URL: | https://store.epicgames.com/en-US/p/light-of-motiram-094dff |
| Page loaded at (UTC): | Thu, 12 Jun 2025 18:53:36 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 18:53:37 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | ehjG2JTcQtkrkceKrtfJ1i |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    oakRPqgqUTqG14EgZrygEk






# STORE 

## Games

- Fortnite
- Fall Guys
- Rocket League
- Unreal Tournament
- Infinity Blade
- Shadow Complex
- Robo Recall

## Marketplaces

- Epic Games Store
- Fab
- Sketchfab
- ArtStation
- Store Refund Policy
- Store EULA

## Tools

- Unreal Engine
- UEFN
- MetaHuman
- Twinmotion
- Megascans
- RealityScan
- Rad Game Tools

## Online Services

- Epic Online Services
- Kids Web Services
- Services Agreement
- Acceptable Use Policy
- Trust Statement
- Subprocessor List

## Company

- About
- Newsroom
- Careers
- Students
- UX Research

## Resources

- Dev Community
- MegaGrants
- Support-A-Creator
- Creator Agreement
- Distribute on Epic Games
- Unreal Engine Branding Guidelines
- Fan Art Policy
- Community Rules
- EU Digital Services Act Inquiries
- Epic Pro Support

© 2025, Epic Games, Inc. All rights reserved. Epic, Epic Games, the Epic Games logo, Fortnite, the Fortnite logo, Unreal, Unreal Engine, the Unreal Engine logo, Unreal Tournament, and the Unreal Tournament logo are trademarks or registered trademarks of Epic Games, Inc. in the United States of America and elsewhere. Other brands or product names are the trademarks of their respective owners. Our websites may contain links to other sites and resources provided by third parties. These links are provided for your convenience only. Epic Games has no control over the contents of those sites or resources, and accepts no responsibility for them or for any loss or damage that may arise from your use of them.

Back to top

Terms of service     Privacy policy     Safety & security     Store refund policy     Publisher Index