# Exhibit 30.A



| | |
|---|---|
| Document title: | LIGHT OF MOTIRAM | Official Announcement Trailer - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=7bABDo5r5fg |
| Page loaded at (UTC): | Thu, 12 Jun 2025 19:24:04 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 19:24:09 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 23 |
| Capture ID: | syLuoDMYVSFSdGWuGsMTEm |
| Display Name: | johnathon.mann |



## LIGHT OF MOTIRAM | Official Announcement Trailer

**LIGHT OF MOTIRAM**
1.38K subscribers   Subscribe

👍 721   👎   ↗ Share   •••

807,762 views   Premiered Nov 29, 2024   #LIGHTOFMOTIRAM
Welcome to the official YouTube channel of LIGHT OF MOTIRAM!

Join us on an epic journey as we explore a world of wonders and conquer survival challenges. Explore, craft, and make a living in the large open-world overrun by colossal machines. Defy the machination, survive with mechanimals! #LIGHTOFMOTIRAM

Be the first to catch a glimpse of our exciting Trailer, featuring the captivating music by Oleksa Lozowchuk.

Steam: https://store.steampowered.com/app/33...
Epic: https://store.epicgames.com/p/light-o...
Discord: 🎮 / discord
Official Page: https://lightofmotiram.com/

Subscribe and add into Wishlist now for more upcoming exclusive content and a gaming experience like never before!



**LIGHT OF MOTIRAM**
1.38K subscribers

▶ Videos   👤 About   💬 Discord   📘 Facebook   🔴 Reddit   📷 instagram

**LIGHT OF MOTIRAM**
1.38K subscribers

Show less

---

**Live chat replay**
💬 See what others said about this video while it was live.   Open panel

## 258 Comments   ≡ Sort by

👤 Add a comment...

---





**258 Comments**    Sort by

Add a comment...

**@israelpmenezes** 6 months ago
When you lend your work to your school friend and tell him to copy it but change some things.

👍 95  👎    Reply

**@jinmiseru** 6 months ago
They clearly took a large amount of inspiration from Guerilla's Horizon games and Capcom's Monster Hunter games.

👍 73  👎    Reply

∧ **9 replies**

**@sil3ntd4rk** 6 months ago
Inspiration? it looks like a 1 to 1 copy.

👍 24  👎    Reply

**@SlightlyWilsonGaming** 6 months ago
I can even see bits of Ark and Destiny in there too

👍 6  👎    Reply

**@smarteditor8812** 6 months ago
You forgot about pokemon and palworld

👍 2  👎    Reply

**@Papa_UI** 6 months ago
You forgot about Evolva and Elden Ring.

👍  👎    Reply

**@Aweburn82** 6 months ago
@sil3ntd4rk  It looks way better.

👍 3  👎    Reply

**@Acro8927** 6 months ago
@SlightlyWilsonGaming Especially since it will be Free To Play like Destiny

👍  👎    Reply

**@barãosamedii** 5 months ago
@sil3ntd4rk  Horizon and Monster Hunter copy anothers games too, thats ok.

👍  👎    Reply

**@barãosamedii** 5 months ago
@SlightlyWilsonGaming  Destiny didn't invent the ghost, this type of sentry already existed in Warframe and other games.

👍  👎    Reply

**@DJ_-** 4 months ago
More like Horizon and Zelda

👍  👎    Reply

**@WildOriginHunters** 1 month ago
This trailer is an absolute banger! The visuals are stunning, with those fiery landscapes and dynamic lighting creating an immersive atmosphere. It really makes me eager to dive into the game world and explore every nook and cranny. Can't wait for its release! 🎉 🎉 🎉

👍 2  👎    Reply

**@vivisects-and-regicide** 6 months ago
looks like a dozen well known IP's blenderized into new product, OR if you fed AI a dozen IP's with a prompt



nook and cranny. Can't wait for its release! 🎉 🎉 🎉

👍 2 👎    Reply

**S**    **@vivisects-and-regicide** 6 months ago
looks like a dozen well known IP's blenderized into new product, OR if you fed AI a dozen IP's with a prompt of "create a new game based on these 12 IP's"

👍 20 👎    Reply

**@TheSlade26** 6 months ago (edited)
It even has Destiny 1 & 2 ghosts with similar scanning objects. Does it open locks to?

👍 11 👎    Reply

∧ 1 reply

**@barãosamedii** 5 months ago
Destiny didn't invent this.. but sure.

👍 👎    Reply

**G**    **@gevorghambardzumyan2375** 6 months ago
So basically monster hunter in a horizon world? I feel I would enjoy this game so much

👍 55 👎    Reply

∧ 4 replies

**@winni2701** 6 months ago
So it's basically Horizon Forbidden West.

👍 5 👎    Reply

**@ThePostOffice3** 6 months ago
Best part of horizon is the combat though.

👍 👎    Reply

**@ohnhai** 6 months ago
watch the 16 mins of actual game play... the trailer is lying.

👍 👎    Reply

**G**    **@gevorghambardzumyan2375** 6 months ago
@ohnhai Yeah i did and sadly you are right

👍 👎    Reply

**@NJUTROGames** 6 months ago
As a big Horizon fan, I will enjoy this game if its good 😀

👍 12 👎    Reply

∧ 3 replies

**@NotReallyLaraCroft** 6 months ago
Tell me that you aren't Horizon fan without telling me that you aren't Horizon fan.

👍 👎    Reply

**DJ**    **@DJ_-** 6 months ago (edited)
I would enjoy every second of this game

👍 👎    Reply

**@barãosamedii** 5 months ago
@NotReallyLaraCroft  he's a fan not a fanboy like u.

👍 👎    Reply

**@GentleElk** 6 months ago
Horizon: Fallout Souls

👍 47 👎    Reply

∧ 2 replies



**@GentleElk** 6 months ago

Horizon: Fallout Souls

👍 47  👎    Reply

⌄ 2 replies

**@DJ_-** 6 months ago

Idc it looks like a great game to me I'm buying it

👍 👎    Reply

**@barãosamedii** 5 months ago

nah, Moritam: GOTY 2025.

👍 👎    Reply

**@darkplasma750** 6 months ago

This looks Great, and also looks like Horzion New Dawn. However it doesnt change the fact it looks epic.

👍 3  👎    Reply

**@WenxinLi-k8x** 6 months ago

Looks interesting, sci-fi+mech animals, the battle scenes are so cool, waiting for the gameplay

👍 8  👎    Reply

**@Ricardo-PS** 6 months ago

O jogo parece ser muito bom e isso que importa,  eu quero é me divertir jogando.
Se é copia, inspiração ou seja o que for, isso é problema deles  e deixe que elrs resolvam
Vamos jogar e se divertir galera

👍 3  👎    Reply

⌄ 1 reply

**@barãosamedii** 5 months ago

Cópia até Horizon é, isso não significa absolutamente nada para o consumidor final.. os devs chineses estão cada vez melhores e superiores as tais "cópias originais".

👍 1  👎    Reply

**@Danny_Dynasty** 6 months ago

Here we go, just on steam. Of course,  Something like this should be everywhere!

👍 6  👎    Reply

⌄ 2 replies

**@Guest-iv4qo** 6 months ago

Also EPIC, PS5, android/iOS

👍 👎    Reply

**@barãosamedii** 5 months ago

????

👍 👎    Reply

**@jamiejohn187** 6 months ago

Horizon Temu Dawn

👍 25  👎    Reply

**@PS2Sniper** 6 months ago

You guys are geniuses mixing great games in to one 👏 👍 ❤️ ❤️ ❤️ ❤️ ❤️ 🎉 🎉 🎉 ❤️ ❤️ ❤️ ❤️ ❤️
❤️

👍 2  👎    Reply

**@AliasGardenz** 5 months ago

Gonna be great !!

👍 2  👎    Reply



**@AliasGardenz** 5 months ago
Gonna be great !!

👍 2  👎    Reply

**@Papa_Ul** 6 months ago
So you can upgrade your mechanical tamed beasts by acquiring parts from other slain monsters?

👍 3  👎    Reply

⌄ 1 reply

　**@THELIONMAN7** 2 months ago
　Dude can we attack while we are riding mounts ?

　👍  👎    Reply

**@etv-game** 4 months ago
Horizon Zero Dawn + Monster Hunter World + Palworld + Walheim = LIGHT OF MOTIRAM

👍 1  👎    Reply

**@Melcor2304** 6 months ago
The steam version is not out in Singapore's steam page. I would love to play this game though.

👍 1  👎    Reply

**@LegendarnayaPlay** 6 months ago
Когда примерно ожидается дата выхода? Игра очень заинтересовала! Очень хочется поиграть и постримить!

👍 3  👎    Reply

**@yarielpiedra8260** 6 months ago
Monster Hunter x Horizon, la mejor forma de describirlo. Me encanta 😍 😍 😍 😍

👍 2  👎    Reply

**@NathanPatra** 6 months ago
Idk what you guys are talking about, I'd totally play this game.

👍 4  👎    Reply

⌄ 1 reply

　**@DJ_-** 6 months ago
　Me too it looks like a great game

　👍 1  👎    Reply

**@MilonSuwar** 6 months ago
available for Android device

👍 1  👎    Reply

**@Dragoonn65** 6 months ago
Ngl this game looks fun as hell

👍 16  👎    Reply

⌄ 2 replies

　**@DJ_-** 6 months ago
　It will be

　👍  👎    Reply

　**@THELIONMAN7** 2 months ago
　Its not if they dont add other things like being able to attack with your mounts etc.....

　👍  👎    Reply

**@humblez48** 6 months ago



@THELIONMAN7 2 months ago

Its not if they dont add other things like being able to attack with your mounts etc.....

👍 👎 Reply

@humblez48 6 months ago

ChatGPT - "Create me a game that mixes Destiny, Horizon Zero Dawn and Monster Hunter".... Answer..."This video."

👍 2 👎 Reply

⌄ 1 reply

@barãosamedii 5 months ago

ChatGP - "create me a game" = Horizon, Pokemon, Monster Hunter..
None of the games mentioned are actually 100% original, absolutely none.

👍 👎 Reply

@valuedprism6 6 months ago

Is it bad I actually think this game looks incredible? I feel like I should be scolding it for clearly copying so many franchises but man...this looks so beautiful and looks like it plays incredibly well

👍 👎 Reply

@IvanRossS 6 months ago

I see someone getting sued but I will definitely play it it seems very nicely done

👍 👎 Reply

@BIGBOSScanal ✓ 6 months ago

Only PC? 🙁

👍 8 👎 Reply

⌄ 1 reply

@Guest-iv4qo 6 months ago

also PS5 and mobi

👍 👎 Reply

@Axel6916 3 months ago

Nice game, freue mich schon drauf es zu spielen

👍 👎 Reply

@poleto_uchiha9884 6 months ago (edited)

Wait a min,that flying robot kinda looks like ghosts from destiny 2

👍 4 👎 Reply

⌄ 2 replies

@RenegadeRukus 6 months ago

Yeah... that whole scanning scene in the beginning was basically the intro scene where Ghost rezs you. (Red War campaign or was it D1 intro?)

👍 👎 Reply

@barãosamedii 5 months ago

Destiny didn't invent the ghost, but yeh..

👍 👎 Reply

@Aweburn82 6 months ago

Yup. Just take my money. I'm in.

👍 3 👎 Reply

@Neru-j4m 6 months ago

It looks great and is compatible with PS5.

👍 2 👎 Reply

👍 3    👎    **Reply**

**@Neru-j4m** 6 months ago
It looks great and is compatible with PS5.

👍 2    👎    **Reply**

**@Allen-wsuk2** 6 months ago
support using ps5?looks suitable for adventure😟😟😟😟

👍 2    👎    **Reply**

**@negamer** 6 months ago
What's the date of release?

👍 1    👎    **Reply**

**@UnknownFearYouDontKnow** 4 months ago
Looks like a mix of Horizon and Ark and I love it! Cant wait to play it

👍    👎    **Reply**

⌄ **1 reply**

    **@THELIONMAN7** 2 months ago
    Where do you see the ark part ?

    👍    👎    **Reply**

**@Kaori246** 6 months ago
What's her name? Metal? Ingot? Or'E?

Jk, I'm down for more Horizon. Could think of it as a spinoff in another country or something.

👍 1    👎    **Reply**

**@Youngblaise2** 6 months ago
The animal machine creation looks cool

👍    👎    **Reply**

**@JosueSantyago** 6 months ago
Muito Parecido com ARK Survival, Amo essa tematica Futurista!!! Que ele Seja Lancado logo!!! 😍😍

👍 1    👎    **Reply**

⌄ **1 reply**

    **@THELIONMAN7** 2 months ago
    Where do you see similarities with ark?

    👍    👎    **Reply**

**@THELIONMAN7** 2 months ago
Dont make animals disappear when we get out of them let us interact with them and create pens/cages for them

👍    👎    **Reply**

**@curiogle** 6 months ago
"...Where a god that blessed, brought destruction. So why can't human being kill god?"

I can understand if the writer behind this line is 1st grader of elementary school. If not, then your brain is in dire needs of upgrade.

👍    👎    **Reply**

**@sicitydonmo3016** 6 months ago
It looks likely they really took the best of the game world and put it into one game. Excited to see and hear more about this game, it really looks promising. I hope the weapon variety you can choose from will be somewhat the same as in monster hunter (pls give me a heavy bowgun).

👍    👎    **Reply**



**@sicitydonmo3016** 6 months ago

It looks like they really took the best of the game world and put it into one game. Excited to see and hear more about this game, it really looks promising. I hope the weapon variety you can choose from will be somewhat the same as in monster hunter (pls give me a heavy bowgun).

👍 👎    Reply

**@smarteditor8812** 6 months ago (edited)

Dear Devs, why can't i access your steam link? That shows "this is not available in your region". Is it region locked? Oh, come on man because i want to wishlist this game.

👍 👎    Reply

⌃ 1 reply

    **@tomejo** 6 months ago

    Yeah same. Maybe for now

    👍 👎    Reply

**@Im_Jungo** 6 months ago (edited)

HYPE IS REAL 🔥

👍 5 👎    Reply

**@Flash36593** 6 months ago

Looks way better than Horizon

👍 4 👎    Reply

⌃ 1 reply

    **@GeraltOfRivier** 6 months ago

    Come on now. It looks like shit 😂

    👍 👎    Reply

**@EvolvG** 6 months ago

Is it available for mobile?

👍 7 👎    Reply

⌃ 3 replies

    **@YoungJason-p8i** 6 months ago

    yes, it is available on pc/mobile and even PS5

    👍 3 👎    Reply

    **@shatteredsentient5321** 6 months ago

    Yea, but why play on mobile 😂

    👍 👎    Reply

    **@Guest-iv4qo** 6 months ago

    It is but looks like conan exiles on medium settings

    👍 👎    Reply

**@PS2Sniper** 6 months ago (edited)

The game looks amazing 🦍 😍 👌 thanks

👍 👎    Reply

**@HeyJoeHUN81-PCRPGCommunity** 6 months ago

So, it's like Horizon but actually looks much better in every aspects? :)

👍 👎    Reply

**@Rugrat** 6 months ago

I am definitely playing your game 😌 👍

👍 👎    Reply

**@samaBR333** 6 months ago



**@Rugrat** 6 months ago

I am definitely playing your game 😄 👍

Reply

**@samaBR333** 6 months ago

Horizon: Monster Destiny

3    Reply

**@TheMidnightCafeAU** 6 months ago

let me in please!

Reply

**@TheRealScatterblak** 6 months ago

More third-person (no immersion). Moving right along.....

Reply

**@Kasaix** 6 months ago

Are there plans for a console release?

1    Reply

∧ 1 reply

**@Guest-iv4qo** 6 months ago

yes in asian market sony already advertising

1    Reply

**@baixinhacecy7432** 6 months ago

Does anyone know if it is for Android?

Reply

**@mageborn23** 6 months ago

The combat looks like you're npcs from Horizon basically doing nothing to the machines, waiting for Aloy to swoop in and actually do some damgae.

Reply

**@harlowwaltz1528** 6 months ago

Right, but Nintendo wants to go after Pocketpair for mounts…

Reply

**@Sam-kn1mo** 6 months ago

looks fun

Reply

**@Acquire** 6 months ago

This looks better than the borefest that was Forbidden West.

13    Reply

∧ 3 replies

**@jellyandme** 6 months ago

Don't get me wrong, Forbidden West was a huge disappointment after Zero Dawn, but what? How does this look on any way better?

Reply

**@trashweaboo3408** 6 months ago

@jellyandme It just does

1    Reply

**@hatch450sx3** 6 months ago

@jellyandme building monster taming upgraded said monsters. Character design is better too.

1    Reply

Document title: LIGHT OF MOTIRAM | Official Announcement Trailer - YouTube
Capture URL: https://www.youtube.com/watch?v=7bABDo5r5fg
Capture timestamp (UTC): Thu, 12 Jun 2025 19:24:09 GMT



👍 1    👎    Reply

@hatch450sx3 6 months ago
@jellyandme building monster taming upgraded said monsters. Character design is better too.

👍 1    👎    Reply

**H** @H-Y-P-E-R-I-O-N 6 months ago
Cool

👍    👎    Reply

@cheesus689 6 months ago
"Pal World hold my beer"

👍    👎    Reply

⌃ 1 reply

@THELIONMAN7 2 months ago
Its better than pallworld

👍    👎    Reply

@Gaminake 5 months ago
This is so peak

👍    👎    Reply

@youkai4201 6 months ago
100/100 ❤️

👍 1    👎    Reply

**C** @Catherinecc-l1z 6 months ago
expecting it !

👍    👎    Reply

**J** @bladelazoe 6 months ago
At first It looked super close to HZD but honestly the more I saw of it, it looks like a huge part was inspired by HZD but Monster Hunter, maybe a small hint of it from Destiny with the machine talking to you. I love the insect-like variation of the machines. I'm down

👍 1    👎    Reply

@BelleBunny 6 months ago
You know I did not have Horizon x Destiny on my bingo card for 2024

👍    👎    Reply

@kewa_design 6 months ago
Azimuth: Allowed West at Home xD

👍 2    👎    Reply

**G** @giovaniconte1860 6 months ago
Destiny Hunter: Horizons of a Lost Planet

👍    👎    Reply

@Homophonic 2 weeks ago
falling star beast and grafted scion, also horizon games artstyle, besides these i dont see much more borderline 1 to 1 copied stuff, they clearly have the capacity for originality outside of these examples i think

👍    👎    Reply

@witcher3wild 6 months ago
Please I have a question

What about the Arabic language?

👍    👎    Reply

**@witcher3wild** 6 months ago

Please I have a question

What about the Arabic language?

👍 👎 Reply

**@DanaYonkou** 6 months ago

Horizon with asian value? Damn i'm on 😂 🔥

👍 8 👎 Reply

**@KanaGamez** 6 months ago

they really just said "hey let's make horizon but monster hunter"

👍 👎 Reply

⌄ 2 replies

> **@hatch450sx3** 6 months ago
>
> Well if other crap devs won't make games I wanna play why not?
>
> That's why Nintendo is butt hurt pal world is the Pokemon game fans never knew they needed.
>
> 👍 1 👎 Reply

> **@KanaGamez** 6 months ago
>
> @hatch450sx3 I mean true but it's tencent so it's not like I trust this studio at all to be any more ethical haha
>
> 👍 👎 Reply

**@Korobov_RA** 6 months ago

Значит берем horizon, добавляем щепотку star wars, dune, кусок assassins creed, avatar и wukong. И получаем пятикратно переваренный кал 💩 😁

👍 1 👎 Reply

**@nightowl3582** 6 months ago

So HZD and Monster Hunter had a baby . . .

👍 1 👎 Reply

**@BlackwaterEl1te** 6 months ago

Feels like this could be Horizon's pal world, a shameless clone but with a more in depth gameplay systems. Will keep an eye out for it hope they don't gender lock the player character.

👍 👎 Reply

⌄ 2 replies

> **@hatch450sx3** 6 months ago
>
> Pal world beat the living snot out of pokemon in game play. That's why they suing for such a low amount and not in the USA.
>
> They scared of competition
>
> 👍 2 👎 Reply

> **@THELIONMAN7** 2 months ago (edited)
>
> Mysogin npc
>
> 👍 👎 Reply

**@joseesparza6460** 6 months ago

What? This isn't a clone. If you look closely, they didn't turn the main character ugly.

👍 1 👎 Reply

**@brazilgreenhell** 4 months ago

horizon + ark survival = perfect

👍 👎 Reply



Reply

**@brazilgreenhell** 4 months ago
horizon + ark survival = perfect

👍 👎 Reply

∧ 1 reply

**@THELIONMAN7** 2 months ago
Where you see the ark part?

👍 👎 Reply

**@Joshua-ju5uc** 6 months ago
So its Horizon meets Monster Hunter with a hint of Zoids.
Sorry I gotta ask this question. Can I play as a Dude in this one?
maybe I missed something but those 3 fights sounded like girls and looked like girls.

👍 👎 Reply

**@samaBR333** 6 months ago
does UN settle this?

👍 👎 Reply

**@DurvalLacerda** 6 months ago
This made me appreciate the Horizon games even more because this feels like souless chinese slop.
The design and aesthetics are there, but it still feels as if it's missing something important.

👍 1 👎 Reply

∧ 1 reply

**@nekokawai3968** 6 months ago
Horizon is a game with woke ideology, this Chinese game is free of that garbage and has nothing to
do with Horizon, stop making ridiculous comparisons.

👍 1 👎 Reply

**@retalaonteany7899** 6 months ago
Please make this PvE only

👍 2 👎 Reply

∧ 1 reply

**@retalaonteany7899** 6 months ago
Also add co-op!

👍 3 👎 Reply

**@benthemorrison** 6 months ago
Stay original China...

👍 10 👎 Reply

**@stephenhunter9234** 6 months ago
Wtf this is just clearly a horizon rip off, absolutely no shame

👍 70 👎 Reply

∧ 6 replies

**@Rdffgriffin** 6 months ago
Mixed with Monster Hunter in good measure

👍 👎 Reply

**@hatch450sx3** 6 months ago
And ark. Seems like it's gonna be fun.

👍 5 👎 Reply

**@SnowyBlizzard** 6 months ago
Can't forget destiny 👍

And ark. Seems like it's gonna be fun.

👍 5  👎  Reply

**@SnowyBlizzard** 6 months ago
Can't forget destiny 👍

👍  👎  Reply

**@sultansaeed7136** 6 months ago
Exactly 😂 @Rdffgriffin

👍  👎  Reply

**@Gaminake** 5 months ago
Can't tell if you guys like the game or hating on it

👍  👎  Reply

**@THELIONMAN7** 2 months ago
@hatch450sx3 where do you see the similarities with ark?

👍  👎  Reply

**@kabzda_z-orkam** 6 months ago
ctrl - C
ctrl - V
😂😂😂🤣

👍  👎  Reply

**@Kamijin01** 6 months ago
Shame for ripping off Horizon games 🤦 . I can gather by design this will play more like Monster hunter worlds.

👍 3  👎  Reply

⌃ 1 reply

**@hatch450sx3** 6 months ago
And ark looks fun and character design way better.

👍  👎  Reply

**@CoalD1** 6 months ago
Monster hunter, ARK, and horizon all in one. Of course a chinese company would rip off the best of the best.

👍 1  👎  Reply

⌃ 1 reply

**@hatch450sx3** 6 months ago
I hope they make gang busters too. I'm sick of them going mediocre cause they have no competition.

👍  👎  Reply

**@JICC507PTY** 6 months ago
Tiembla horizon Mobil 😂

👍  👎  Reply

**@c2ashman** 6 months ago
Monster Hunter: Forbidden Zero Dawn

👍  👎  Reply

**@tigermarcel1997** 6 months ago
Horizon, Destiny,  Palworld, Monster Hunter

👍  👎  Reply

⌃ 1 reply

**@hatch450sx3** 6 months ago
Ark also. So original game now? If not don't ever say the original assassin creed games were original



Reply

∧ 1 reply

@hatch450sx3 6 months ago

Ark also. So original game now? If not don't ever say the original assassin creed games were original when they stole a TON from tenchu.

👍 👎 Reply

@marcioterra7717 6 months ago

Ctrl C/ Ctrl V

👍 👎 Reply

@tomejo 6 months ago

Idc if this copy paste, as long bring atractive char and no Lgbt. I'll support 1000000%.
Anyone mad about my comment? I don't care

👍 1 👎 Reply

∧ 1 reply

@hatch450sx3 6 months ago

I'm mad you didn't mention a slider! Lol j/k but here's hoping.

👍 👎 Reply

@ThaGodLegacyHD 6 months ago (edited)

Tencent owns a lot of shares in the gaming industry but to think Sony would allow this is straight up crazy. Also the combat looks like crap.... They should've went with the anime style character models and action combat instead of ripping off Sony exclusives.

👍 👎 Reply

∧ 1 reply

@hatch450sx3 6 months ago

Looks like it plays nothing like zero dawn so what's the issue?

👍 👎 Reply

@BrendoSavio 6 months ago

Horizon zero dawn é vc? kkkkkkkkkk

👍 👎 Reply

@migalight4934 6 months ago

比較像 ARK

👍 1 👎 Reply

∧ 1 reply

@THELIONMAN7 2 months ago

Where do you see similarities with ark ?

👍 👎 Reply

@SevenStarBricks 6 months ago

Horizon: Zero Monster Dawn Hunter 😃

👍 👎 Reply

@daniloazhar89 6 months ago

Looks more fun then horizon games

👍 3 👎 Reply

@ettepet9308 6 months ago

Graphics great, fighting mechanisms not so.

👍 👎 Reply



**E** **@ettepet9308** 6 months ago

Graphics great, fighting mechanisms not so.

👍 👎 Reply

**@lauristoncardoso8497** 6 months ago

Up

👍 👎 Reply

**@ShibaInuClassical** 6 months ago

will be there any dynamic physics, or just another static boring unreal engine game with shitty fast FX's, static feeling with realistic graphics where this does not match at all?

👍 1 👎 Reply

⌄ 1 reply

**G** **@Guest-iv4qo** 6 months ago

Don't expect too much it will be PC/PS5/mobi

👍 👎 Reply

**@hartoz** 6 months ago

China gives us "Monster Hunter,  Zero Dawn".

👍 👎 Reply

⌄ 1 reply

**@hatch450sx3** 6 months ago

Ark building and online play with friends.

👍 👎 Reply

**@GeneraluStelaru** 6 months ago

A non-woke Horizon? Sounds great!

👍 1 👎 Reply

**@ArchefluxxMusic** 6 months ago

Lets put Horizon's creatures and character into a Halo 2 map and voila!

👍 👎 Reply

⌄ 1 reply

**G** **@Guest-iv4qo** 6 months ago

Some devs behind this are ex horizon team

👍 👎 Reply

**@Mohammad.ghr8141** 6 months ago

Xbox?

👍 👎 Reply

**@ve1ychko** 6 months ago

If wokeness will be removed, I'm in 🔥

👍 7 👎 Reply

**@averone5166** 6 months ago

wtf? this is Horizon, i like, but this so bad

👍 5 👎 Reply

**@CadeXR** 6 months ago

so ig originality is dead huh

👍 1 👎 Reply

**@arronsimpson** 6 months ago

**@CadeXR** 6 months ago

so ig originality is dead huh

👍 1  👎    Reply

**@arronsimpson** 6 months ago

Horizon + Ark + pvp/pve/mmo  i don't care if this is blatily a horizon rip off ME WANT!!!!!!!! a multiplayer horizon style game YES PLEASE

👍 1  👎    Reply

**@THELIONMAN7** 2 months ago

Improve the graphics !

👍  👎    Reply

**@marontam4877** 6 months ago

せっかくロボ出すならもうちょっとスピード感ある戦闘できないのかな？もっさりしてる感じが…

👍  👎    Reply

**@lf7528** 6 months ago (edited)

Horizon, Palworld and Fortnite franchises already taken, but maybe even Monster Hunter. Look closely at the two fights at the end of the trailer, the weapons resemble cleary the big hammers or the sword and shiled from Monster Hunter. Even the creatures and their techniques. The moves are heavy, the pace of the fight is rather slow. Mechanimals seem to have weak points as well as destructible parts… I mean damn…

👍  👎    Reply

**@sysMAXXX** 6 months ago

Don't go woke/inclusive and you can have my $

👍 3  👎    Reply

⌃ **2 replies**

    **@tomejo** 6 months ago

    I'm with u

    👍 1  👎    Reply

    **@hatch450sx3** 6 months ago

    Same. Make a accurate slider and I'll throw extra.

    I have no loyalty to any brands anymore.

    👍  👎    Reply

**@potter1511** 6 months ago

While we have Blackmyth Wukong as an masterpiece, we also have this crap, copied outrageously from Horizon games. Chinese developers (and the fcking publisher behind, Tencent) have no shame in taking 1:1 "inspiration" huh?

👍 1  👎    Reply

**@bryoou7169** 6 months ago

Please don't give in to wokism. Your game is a future benger!

👍 1  👎    Reply

**@IWANTCA** 6 months ago

다른건 다 좋은데
전투 장면은 너무 구려
평타회피평타회피 너무 구닥…

👍  👎    Reply

**@The_Z_Dream** 6 months ago

I see a lot of lawsuits rolling soon.

👍 3  👎    Reply

⌃ **3 replies**



☰  ▶ YouTube                                  🔍                      ⋮     ⊙ Sign in

**@The_Z_Dream** 6 months ago
I see a lot of lawsuits rolling soon.

👍 3  👎      Reply

˄ 3 replies

   **@handsomedubbledee** 6 months ago
   Got my popcorn for this one

   👍 👎      Reply

   **@THELIONMAN7** 2 months ago
   @handsomedubbledee how old are you ?

   👍 👎      Reply

   **@THELIONMAN7** 2 months ago
   you must be young

   👍 👎      Reply

**@marcofeature** 6 months ago
Horizon but under Xi's rule

👍 👎      Reply

**@Razumist-Pohuist** 6 months ago
Ну совсем не похоже, ну вообще)))

👍 👎      Reply

**@dfelfoldi** 6 months ago
Um. A shameful rip-off.  If it doesn't violate IP, it violates common decency.

👍 1  👎      Reply

**@OneVoltz** 6 months ago
clearly, they took inspiration from Palworld the most, rip off original and still has a big success.

👍 👎      Reply

˄ 1 reply

   **@hatch450sx3** 6 months ago
   Palworld isn't a rip off that's why the oy think Nintendo sueing for is in Japan capturing a monster in
   open world.

   Pal world has things pokemon fans wished they had.

   👍 👎      Reply

**@NotReallyLaraCroft** 6 months ago
Shameless ripoff. People defending this must be completely tasteless and blind.

👍 👎      Reply

˄ 2 replies

   **@DJ_-** 6 months ago
   And people like you always hate on everything like you work for playstation

   👍 👎      Reply

   **@NotReallyLaraCroft** 6 months ago
   @DJ_- I don't even want to reply to your nonsense.

   👍 👎      Reply

**@TheMadRooster09** 6 months ago
Shameless rip off that's already better than the original.

👍 👎      Reply

**@UrsleBush** 6 months ago

Document title: LIGHT OF MOTIRAM | Official Announcement Trailer - YouTube
Capture URL: https://www.youtube.com/watch?v=7bABDo5r5fg
Capture timestamp (UTC): Thu, 12 Jun 2025 19:24:09 GMT



@TheMadRooster09 6 months ago

Shameless rip off that's already better than the original.

👍 👎    Reply

@UrsleBush 6 months ago

Somebody gettin sued...

👍 👎    Reply

@KvarkC 6 months ago

Can chinese developers make something original? Or they will keep stealing everything from other developers? This is sad to watch.. Horizon rip off. Hope Guerilla Studio sues them <3

👍 3 👎    Reply

∧ 3 replies

@AzGuwar 6 months ago

They absolutely can. But it's easier to copy, tweak here and there.

👍 👎    Reply

@Aweburn82 6 months ago

Recently they are making the copies better than the original. That's a win in my book.

👍 1 👎    Reply

@hatch450sx3 6 months ago

Competition step up or step out. Game devs had it much too easy lately.

Also pal world is worlds apart from Pokemon. The only thing in common is trapping monsters.

👍 2 👎    Reply

@Joesifer 3 months ago

How pathetic do you have to be to completely COPY Horizion... Not even a little.

👍 👎    Reply

@accangamal7 6 months ago

Oh my god tencent acting up again with plagiat game 🤣

👍 👎    Reply

@Reginald-Erasmus 5 months ago

wow so now a copy and paste of Horizon: Zero Dawn

👍 👎    Reply

@초코맛설레임-m1k 6 months ago

China did China

👍 👎    Reply

@TheSlade26 6 months ago

Typical no Xbox, but that's nothing new.

👍 👎    Reply

@TheBloodyPirate 6 months ago

this kind of blatant copying should be illegal

👍 👎    Reply

∧ 1 reply

@DJ_- 6 months ago

Why you care? You're not working for Sony or any gaming company should be thankful they cheated this competition is great for us fans

👍 1 👎    Reply

@ghoshell 4 months ago

shame on copycat



Why you care? You're not working for Sony or any gaming company should be thankful they created this competition is great for us fans

👍 1  👎    Reply

**@ghoshell** 4 months ago
shame on copycat

👍  👎    Reply

**@EduPimentel** 6 months ago
Shameful...

👍  👎    Reply

**@DanCorttez** 6 months ago
💔i love china 🎆

👍  👎    Reply

**@Jome2284** 6 months ago
Made by Chinese company, so unsurprisingly has numerous elements ripped off of other games, namely Horizon and Monster Hunter.
●Red head female protagonist? Check.
●Focus in the form of a small, mobile drone? Check.
●Machine forms inspired by real life animals? Check.
●Fighting against machines with just primitive weapons? Check.
●Set in a post apocalyptic world of machines? Check.
●Same storyline wherein:
>The world is in its nth iteration (previous iterations that were deemed failures were wiped out). Check.
>A malevolent A.I. is hellbent on wiping out all life, no matter what. Check.
●Combat reminiscent of Monster Hunter? Check.
●Gear, armor, weapons, etc. similar to Monster Hunter? Check.

I sincerely hope that Sony follows in Nintendo's example and sue this ripoff game to oblivion.
Show less

👍 14  👎    Reply

⌄ 6 replies

**@zan9178** 6 months ago
My thoughts exactly! Why is it that major companies can get away with things like this, I won't stand for this, it needs more originality, absolutely shameless.

Also is nobody gonna talk about the signature red tall grass that was featured near the start of this trailer? Hm, almost reminds me of something seen everywhere in a game VERY similar to this one... I wonder if you can hide in IT TOO
Show less

👍  👎    Reply

**@HekimaPlays** 6 months ago
Boy what a shame it would be if Monster Hunter actually had any competition and we got more games like it

👍 1  👎    Reply

**@Zamoxino** 6 months ago
tbh combat seems a lot more like elden ring(jump attacks and simple left and right swings without combos but with ability to do heavy attack). its just monsters that are bit closer to MH. and also kinda looks like stellar blade finishers without fan service

👍 1  👎    Reply

**@Guest-iv4qo** 6 months ago
Some ex horizon devs work on this, hard to rip own work

👍 1  👎    Reply

**@hatch450sx3** 6 months ago
Yeah before you run your mouth

1. play palworld.



@マワンテンＡ 6 months ago
オリジナルが作れないのは
さすがのChina

Reply

@aleksanderchylinski3947 6 months ago
Is this some kind of DLC for Horizon?

Reply

@DreadedFatex 6 months ago
Destiny/horizon rofl

Reply

@Falelorn 6 months ago
Wow, this is crap. Sony should sue or make a Horizon 3 or expand 2... due out at the same time

Reply

@river_rosy5477 6 months ago
If it wasn't such a blatant rip off, I might have actually liked this. Smh.

∧ 2 replies

@hatch450sx3 6 months ago
Online play, building taming the monsters and modifying them better character design.

By your logic zero dawn just ripped off zoids and transformers.

Reply

@river_rosy5477 6 months ago
@hatch450sx3  cool didn't ask bro

Reply

@oldmangaming2502 6 months ago
another copy paste horizon...wont be buying

Reply

∧ 1 reply

@hatch450sx3 6 months ago
Don't remember multiplayer, or building or capturing and modifying monsters in horizon zero but ok

1   Reply

@WongSam-r5k 6 months ago
Please dont release it, its a disgusting copy, dont they feel shame on it ?

Reply

∧ 1 reply

@THELIONMAN7 2 months ago
And you dont feel shame when you go to à stranger house and you you touch everything inside it? Most
peoples do this and it means you are so daring so your comment is not important

Reply

@samcole6466 6 months ago
Shameful plagiarism.

Reply

∧ 1 reply

@Guest-iv4qo 6 months ago
Some devs of Horizon working on it, sony already advertising it in Asia so they dont agree with you.

1   Reply

👍 👎 Reply

∧ **2 replies**

**@hatch450sx3** 6 months ago

Online play, building taming the monsters and modifying them better character design.

By your logic zero dawn just ripped off zoids and transformers.

👍 👎 **Reply**

**@river_rosy5477** 6 months ago

@hatch450sx3 cool didn't ask bro

👍 👎 **Reply**

**@oldmangaming2502** 6 months ago

another copy paste horizon...wont be buying

👍 👎 **Reply**

∧ **1 reply**

**@hatch450sx3** 6 months ago

Don't remember multiplayer, or building or capturing and modifying monsters in horizon zero but ok

👍 1 👎 **Reply**

**@WongSam-r5k** 6 months ago

Please dont release it, its a disgusting copy, dont they feel shame on it ?

👍 👎 **Reply**

∧ **1 reply**

**@THELIONMAN7** 2 months ago

And you dont feel shame when you go to à stranger house and you touch everything inside it? Most peoples do this and it means you are so daring so your comment is not important

👍 👎 **Reply**

**@samcole6466** 6 months ago

Shameful plagiarism.

👍 👎 **Reply**

∧ **1 reply**

**@Guest-iv4qo** 6 months ago

Some devs of Horizon working on it, sony already advertising it in Asia so they dont agree with you.

👍 1 👎 **Reply**

**@mr.chpuker** 6 months ago

Another piece of trash that will be forgotten in a month

👍 👎 **Reply**

**@TheMatchboxberlin** 6 months ago

Horizon Palworld Temu Hunter: Forbidden Wish from CHINA!

👍 👎 **Reply**

**@Maorxxx** 6 months ago

Copy and paste  - Horizon Zero Dawn

👍 1 👎 **Reply**

# Exhibit 30.B

# Lodged with the Court in Native Format