# Exhibit 31



| | |
|---|---|
| Document title: | LIGHT OF MOTIRAM \| PIONEER'S MANUAL - Actions & Weapon Combos Every weapon offers unique moves and actions—mastering different combos to dominate your foes.... \| Instagram |
| Capture URL: | https://www.instagram.com/p/DJ_YWvXTLSK/ |
| Page loaded at (UTC): | Tue, 17 Jun 2025 20:29:27 GMT |
| Capture timestamp (UTC): | Tue, 17 Jun 2025 20:33:20 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | s6CRbuXEDZKDCSrzWkGTQe |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     fUwK7eheji4zUokbVBSibk







Document title: LIGHT OF MOTIRAM | PIONEER&#39;S MANUAL - Actions &amp; Weapon Combos Every weapon offers unique moves and actions—mastering…
Capture URL: https://www.instagram.com/p/DJ_YWvXTLSK/
Capture timestamp (UTC): Tue, 17 Jun 2025 20:33:20 GMT
Page 2 of 2