# Exhibit 32



| | |
|---|---|
| Document title: | (14) Facebook |
| Capture URL: | https://www.facebook.com/LIGHTOFMOTIRAM |
| Page loaded at (UTC): | Wed, 24 Sep 2025 17:06:40 GMT |
| Capture timestamp (UTC): | Wed, 24 Sep 2025 17:13:00 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 7 |
| Capture ID: | uhnFBmVtXKAHwmb6ihqBLP |
| Display Name: | johnathon.mann |





**LIGHT OF MOTIRAM**

···





Information about Page Insights Data · Privacy · Terms ·
Advertising · Ad Choices ▷ · Cookies · More

Like · Reply

Write a comment...

**LIGHT OF MOTIRAM**
March 28 · 🌐

···

⚡Lightning Warden - PAMOLA!... **See more**



😮😲 20

👍 Like          💬 Comment          ↪ Share

Write a comment...

**LIGHT OF MOTIRAM**
March 27 · 🌐

···

As dark clouds gather and thunder rumbles in the distance, a swift creature battles against the incoming apocalypse and strives to protect the Eye of MOTIRAM from an un... **See more**

**PAMELA**
Mech Overlord

🔵❤️ 37                                           22 shares

👍 Like          💬 Comment          ↗️ Share

Write a comment...                              😊 😃 📷 🎞️ 🎁

**LIGHT OF MOTIRAM**
March 14 · 🌐
🌐 DIRECTORY OF SURVIVAL: Survival Resources... **See more**



🔵❤️ 11                                           1 comment

👍 Like          💬 Comment          ↗️ Share

**Punk King**
Globle?
27w   Like   Reply

Write a comment...                              😊 😃 📷 🎞️ 🎁

**LIGHT OF MOTIRAM**
March 1 · 🌐
🎠 March Calendar is here! 🎯
A new month means new adventures—what's on your to-do list? 🎯

Document title: (14) Facebook
Capture URL: https://www.facebook.com/LIGHTOFMOTIRAM
Capture timestamp (UTC): Wed, 24 Sep 2025 17:13:00 GMT

LIGHT OF MOTIRAM

...

📅 March Calendar is here! 🌸

A new month means new adventures—what's on your to-do list? 🎯

J... **See more**



👍❤️ 9                                                   2 comments

👍 Like          💬 Comment          ↗ Share

**View more comments**

Julio Fabian
Release? 🤷‍♂️🙇‍♂️
29w    Like    Reply

Write a comment...                      😊 😊 📷 🎞 🎁

LIGHT OF MOTIRAM
February 14 · 🌐

🏮 Pioneer's Manual - Rough World to Live In 🌄

B... **See more**

PIONEER'S MANUAL
Rough World to Live In

👍❤️ 15                                                  5 comments

👍 Like          💬 Comment          ↗ Share

**View more comments**

🖋 Author
LIGHT OF MOTIRAM
🚀 Survival Instincts Activated! 🌿

Document title: (14) Facebook
Capture URL: https://www.facebook.com/LIGHTOFMOTIRAM
Capture timestamp (UTC): Wed, 24 Sep 2025 17:13:00 GMT



LIGHT OF MOTIRAM

**Author**
**LIGHT OF MOTIRAM**
🚀 Survival Instincts Activated! 🏝️

Adventurers, you've awakened on a mysterious island in **#MOTIRAM**. The first challenge? STAYING ALIVE. As a pioneer, what's your TOP PRIORITY after opening your eyes?... **See more**

31w    Like    Reply

**LIGHT OF MOTIRAM**
February 7 · 🌐

🌍Stay Alive in MOTIRAM … **See more**



👍❤️ 9

👍 Like          💬 Comment          ↗ Share

Write a comment…

**LIGHT OF MOTIRAM**
January 26 · 🌐

Tiny paws, great help! Mechanimals work diligently to help us build our homes, making life in MOTIRAM better. Watch the video to feel their diligence and enthusiasm! … **See more**



LIGHT OF MOTIRAM



YOUTUBE.COM
**Mechanimal on the move**
Tiny paws, great help! Mechanimals work diligently to help us build our homes, m...

22          15 comments   15 shares

👍 Like          💬 Comment          ↪ Share

**LIGHT OF MOTIRAM**
January 17 · 🌐

🗿 Mechanimals: Friends or Foes?... **See more**

5          1 share

👍 Like          💬 Comment          ↪ Share

Write a comment...