# Exhibit 33



| | |
|---|---|
| Document title: | LIGHT OF MOTIRAM on Steam |
| Capture URL: | https://web.archive.org/web/20241201080716/https://store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM/ |
| Page loaded at (UTC): | Wed, 08 Oct 2025 18:18:38 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 18:20:29 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 4 |
| Capture ID: | 1Sxno1Ett9qs1t4CmfaQb6 |
| Display Name: | wkovalick |

PDF REFERENCE #:    4LKAT1UdeTf4YULVNL3uvP





TITLE: LIGHT OF MOTIRAM
GENRE: Action, Adventure, Free To Play
DEVELOPER: POLARIS QUEST
PUBLISHER: POLARIS QUEST
RELEASE DATE: To be announced

Visit the website ⧉

💬 Discord ⧉

f Facebook ⧉

Instagram ⧉

♪ TikTok ⧉

Twitch ⧉

YouTube ⧉

Reddit ⧉

X ⧉

View update history

Read related news

View discussions

Find Community Groups

Embed 🏳

## Survive in the Wilderness

In this mechanical wilderness where civilization is a distant memory, primal cultures, extreme weather, and lurking Mechanimals will constantly test your survival skills. Make smart use of everything around you to stay alive and face off against formidable bosses, every step is fraught with danger and requires courage. Only by overcoming the challenges of survival can you carve out a place for yourself in this unforgiving land.

READ MORE ⌄

### SYSTEM REQUIREMENTS

| MINIMUM: | RECOMMENDED: |
|---|---|
| Requires a 64-bit processor and operating system | Requires a 64-bit processor and operating system |
| OS: Windows 10, 64-bit or higher | OS: Windows 10, 64-bit or higher |
| Processor: Intel Core i5 6600K or equivalent | Processor: Intel Core i7 9700 or equivalent |
| Memory: 8 GB RAM | Memory: 16 GB RAM |
| Graphics: NVIDIA GeForce GTX 1060 5GB or equivalent | Graphics: NVIDIA GeForce GTX 3060 TI or equivalent |
| DirectX: Version 12 | DirectX: Version 12 |
| Network: Broadband Internet connection | Network: Broadband Internet connection |
| Storage: 30 GB available space | Storage: 30 GB available space |

### WHAT CURATORS SAY

View all

1 Curator has reviewed this product. Click here to see them.

### There are no reviews for this product

You can write your own review for this product to share your experience with the community. Use the area above the purchase buttons on this page to write your review.

VALVE

© 2024 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries. VAT included in all prices where applicable.    Privacy Policy    Legal    Steam Subscriber Agreement    Refunds    Cookies

About Valve    Jobs    Steamworks    Steam Distribution    Support    Recycling    Gift Cards    f Steam    X @steam



## Survive in the Wilderness

In this mechanical wilderness where civilization is a distant memory, primal cultures, extreme weather, and lurking Mechanimals will constantly test your survival skills. Make smart use of everything around you to stay alive and face off against formidable bosses, every step is fraught with danger and requires courage. Only by overcoming the challenges of survival can you carve out a place for yourself in this unforgiving land.

READ MORE ⌄

**PUBLISHER:** POLARIS QUEST
**RELEASE DATE:** To be announced

Visit the website ⧉
🎮 Discord ⧉
f Facebook ⧉
📷 Instagram ⧉
♪ TikTok ⧉
▶ Twitch ⧉
▶ YouTube ⧉
🎮 Reddit ⧉
✕ X ⧉

View update history
Read related news
View discussions
Find Community Groups

Embed    🚩

### SYSTEM REQUIREMENTS

**MINIMUM:**
Requires a 64-bit processor and operating system
OS: Windows 10, 64-bit or higher
Processor: Intel Core i5 6600K or equivalent
Memory: 8 GB RAM
Graphics: NVIDIA GeForce GTX 1060 5GB or equivalent
DirectX: Version 12
Network: Broadband Internet connection
Storage: 30 GB available space

**RECOMMENDED:**
Requires a 64-bit processor and operating system
OS: Windows 10, 64-bit or higher
Processor: Intel Core i7 9700 or equivalent
Memory: 16 GB RAM
Graphics: NVIDIA GeForce GTX 3060 TI or equivalent
DirectX: Version 12
Network: Broadband Internet connection
Storage: 30 GB available space

### WHAT CURATORS SAY

View all

1 Curator has reviewed this product. Click here to see them.

### There are no reviews for this product

You can write your own review for this product to share your experience with the community. Use the area above the purchase buttons on this page to write your review.

**VALVE**

© 2024 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries.
VAT included in all prices where applicable.    Privacy Policy    Legal    Steam Subscriber Agreement    Refunds    Cookies

About Valve    Jobs    Steamworks    Steam Distribution    Support    Recycling    Gift Cards    Steam    ✕ @steam

---

Document title: LIGHT OF MOTIRAM on Steam
Capture URL: https://web.archive.org/web/20241201080716/https://store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM/
Capture timestamp (UTC): Wed, 08 Oct 2025 18:20:29 GMT