# Exhibit 35.A



| | |
|---|---|
| Document title: | From Destruction to Redemption - Rammasun \| LIGHT OF MOTIRAM Cinematic & Gameplay Trailer - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=6prk0Jxg7Cw |
| Page loaded at (UTC): | Fri, 25 Jul 2025 17:39:21 GMT |
| Capture timestamp (UTC): | Fri, 25 Jul 2025 17:39:22 GMT |
| Capture tool: | 3.10.30 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 5 |
| Capture ID: | xos53FZTTtqyqnKLofzgDx |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     4jBeEiA2CjNE47idL3ZNYX



# From Destruction to Redemption - Rammasun | LIGHT OF MOTIRAM Cinematic & Gameplay Trailer

**LIGHT OF MOTIRAM**
1.58K subscribers

Subscribe    👍 174    👎    ➤ Share    ⋯

3,915 views  Jul 11, 2025   #LIGHTOFMOTIRAM  #GameTrailer
Before becoming a war machine, Rammasun, one of the Mech Overlords, could still hear the harmonious sounds of nature all around. However, a horrible War turned all sounds into noise, and cleansing has become its sole mission. It was an imperfect song that saved it from the chaos.
Witness Rammasun's thrilling intro, explore diverse biomes, engage in survival crafting, and team up with friends to build and defend your bases in our latest trailer!

🔔 Subscribe to our channel and Wishlist LIGHT OF MOTIRAM for more upcoming content and updates!
Steam: https://store.steampowered.com/app/33...
Epic Store: https://store.epicgames.com/en-US/p/l...

Follow us on social media for the latest news:
●Discord: 💬 / discord
●Official Site: https://lightofmotiram.com/
●X: https://x.com/LIGHTOFMOTIRAM
●Instagram: 📷 / lightofmotiram
●Facebook: 📘 / lightofmotiram
#LIGHTOFMOTIRAM  #GameTrailer

**LIGHT OF MOTIRAM**
1.58K subscribers

▶ Videos    👤 About    💬 Discord    📘 Facebook    🔴 Reddit    📷 instagram

Show less

**31 Comments**    ⇅ Sort by

Add a comment...

**@gustavotadeu5578**  13 days ago
I hope they announce the release date soon and launch it this year.
👍 1   👎    Reply

---

Document title: From Destruction to Redemption - Rammasun | LIGHT OF MOTIRAM Cinematic &amp; Gameplay Trailer - YouTube
Capture URL: https://www.youtube.com/watch?v=6prk0Jxg7Cw
Capture timestamp (UTC): Fri, 25 Jul 2025 17:39:22 GMT                                                                                                              Page 1 of 4







# Exhibit 35.B

# Lodged with the Court in Native Format