# Exhibit 36



| | |
|---|---|
| Document title: | Facebook |
| Capture URL: | https://www.facebook.com/photo/?fbid=122157031514328404&set=a.122100048092328404 |
| Page loaded at (UTC): | Wed, 08 Oct 2025 18:49:12 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 18:50:03 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 2 |
| Capture ID: | 72BKCSx884c1oKqiGyFJGk |
| Display Name: | wkovalick |

PDF REFERENCE #:     pBcrb4XAZM6hktvaf8SisC

