# Exhibit 38

PageVault

| | |
|---|---|
| Document title: | LIGHT OF MOTIRAM Official |
| Capture URL: | https://web.archive.org/web/20250601083502/https:/www.reddit.com/r/LIGHTOFMOTIRAM/ |
| Page loaded at (UTC): | Wed, 08 Oct 2025 18:50:35 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 18:51:55 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 9 |
| Capture ID: | bhBBjXJQQdDXbiwbuJz5th |
| Display Name: | wkovalick |

PDF REFERENCE #:    iAZmHVqUiYGSGJyEVU7nmf





### r/LIGHTOFMOTIRAM

📌 Community highlights

u/Intern-Great •

### Pioneers Manual - Actions & Weapon Combos

Battling Mech Overlords is more than just mashing buttons. To maximize your combat efficiency, learn to use all actions and combos specific to your weapon choice.

- **Each weapon features its own unique combos**, with the final hit delivering extra damage.
- Using **charged and jumping attacks** can also deal significantly more damage and stagger your enemy.

- **Dodging, rolling and sprint attacks** are ideal for maintaining the momentum.

- If you're equipped with a **shield**, remember to make use of its **block and counterattack** to your advantage when the moment arises.

These are just the beginning of combat in LIGHT OF MOTIRAM. Explore different weapons, skills, and combat Mechanimal companions to discover even more possibilities!

Join our Discord

https://preview.redd.it/pioneers-manual-actions-weapon-combos-v0-447y366f0i2f1.png

u/Intern-Great •

### Unveiling LIGHT OF MOTIRAM: Dev Insights & Gameplay Showcase







TOPICS
- Internet Culture (Viral)
- Games
- Q&As
- Technology
- Pop Culture
- Movies & TV

RESOURCES
- About Reddit
- Advertise
- Reddit Pro BETA
- Help
- Blog
- Careers
- Press

- Communities
- Best of Reddit
- Topics

- Log In / Sign Up
- Advertise on Reddit
- Try Reddit Pro BETA
- Shop Collectible Avatars

u/Intern-Great ·

### PIONEER'S MANUAL - Elemental Strength

Each Mechanimal is assigned to a specific natural element, whether it be the swift wind, the destructive flame, or the crackling lightning. From the smallest gremlins to the colossal behemoths, each mechanimal has a distinct elemental weakness.

These elemental affiliations are not just symbolic; they play an important role in your combat strategy. Elemental Strength deals additional damage and applies the corresponding elemental debuff to the enemy.

A strategic player that can identify the elemental attribute of mechanimals, anticipate their weaknesses, and exploit them effectively to emerge victorious in the wilderness.

Join our Discord

https://preview.redd.it/pioneers-manual-elemental-strength-v0-30m0bjxtykse1.png

u/Intern-Great ·

### April Calendar is here! 🌸 4�?�



u/Intern-Great ·

### Lightning Warden - PAMOLA!



Case 3:25-cv-06275-JSC    Document 61-38    Filed 10/15/25    Page 7 of 10

u/Intern-Great •

# New Trailer | The Eternal Fall



u/Intern-Great •

# PIONEER'S MANUAL - Combat & Weapon Choices

In LIGHT OF MOTIRAM, you can choose from a variety of weapons and hone your combat skills by battling diverse opponents to determine the most suitable one for yourself.

�?
Single handed weapons, such as swords, spears, and cudgels, are the most versatile choices. They can be used together with a shield to block or parry incoming attacks.

�?
GreatSwords and Hammers are slow, sluggish and leave you vulnerable without the protection of a shield. But they are capable of breaking or staggering the most formidable enemies, with the right timing and skills.

�?
You can opt for the classic Bow&Arrows if you prefer Stealth and Agility. Use your archery skills with a wide array of special arrows to respond to various scenarios. But always remember to keep your distance!

Practice and training lead to improvement!
Join our Discord for more detail:  https://discord.gg/LIGHTOFMOTIRAM


https://preview.redd.it/pioneers-manual-combat-weapon-choices-v0-etwmqksa80qe1.jpg

u/Intern-Great •

# DIRECTORY OF SURVIVAL - Survival Resources

The land of MOTIRAM presents significant survival challenges. To thrive, you must secure a steady supply of food, fuel, shelter, and Mechanimal materials.

Start by gathering fruits and berries from the wilderness to fight off hunger. Once you've established a shelter and a campfire, cooked meals from hunting and fishing become vital. Utilize fuel and specific Mechanimals to enhance your culinary skills and elevate your cooking experience.

The selection of your shelter's location is crucial, as it determines your access to the types of resources in the vicinity.  Wood can be easily found and gathered to prov

Document title: LIGHT OF MOTIRAM Official
Capture URL: https://web.archive.org/web/20250601083502/https://www.reddit.com/r/LIGHTOFMOTIRAM/
Capture timestamp (UTC): Wed, 08 Oct 2025 18:51:55 GMT                                    Page 5 of 8

become vital. Utilize fuel and specific Mechanimals to enhance your culinary skills and elevate your cooking experience.

The selection of your shelter's location is crucial, as it determines your access to the types of resources in the vicinity. Wood can be easily found and gathered to provide a basic shelter. As you progress, you will unlock the ability to use stone and glass, enabling the creation of more intricate structures for your dream home!

https://preview.redd.it/directory-of-survival-survival-resources-v0-3riyls35kmoe1.png

u/Intern-Great •

### DIRECTORY OF SURVIVAL - Exploration

https://www.reddit.com/r/LIGHTOFMOTIRAM/comments/1j5k6vs/director...

**Nature's Bounty** 🌴

In MOTIRAM, you can immerse yourself in vibrant landscapes filled with flora, mountains, and celestial wonders. Use your survival instincts on this land: forage for berries and mushrooms, craft campfires to keep warm, light your way with torches, and use medicinal herbs to heal. Explore diverse regions to discover unique species and their uses—understanding the world is crucial for survival.

**Human Legacy** 📜

Trace the remnants of civilization through ancient cave paintings, ruins, and personal journals. **These artifacts** tell the stories of those who came before, and **may contain valuable treasure**, adding surprises to your exploration.

**Ancient Relics**

Discover advanced technological relics hidden beneath the earth, from towering spires to mysterious gateways. These remnants hint at a glorious past and the secrets they hold. The Mechanimals, with their dimmed eyes, may hold the keys to understanding and guide you toward new discoveries for whoever is willing to follow.

**Remember:**

- **Glowing Areas** often conceal treasures!

- **Collecting Shimmers** may bring fortune!

- Pause to **appreciate scenic views**—— your predecessors did too!

- Enjoy gathering resources, but **manage your inventory** wisely! 💦

Wishlist LIGHT OF MOTIRAM on Steam

https://preview.redd.it/directory-of-survival-exploration-v0-7wyt4lvmr8ne1.png

u/Intern-Great •

### DISCOVER MOTIRAM - Kuram Isles & Residents

As one of the surviving ancient tribes in MOTIRAM, the Lojia tribe thrives in the secluded paradise of Kuram Isles to the east. Guarding these lush islands across generations, they maintain ancestral traditions while dispatching pioneers to fulfill time-honored mandates.

Kuram Isles stand as an ideal sanctuary for pioneers seeking support. The archipelago preserves ancient Lojia architecture and cultural legacies, where travelers can find merchants supplying materials, access daily quests and resource portals, and test combat prowess in specialized proving grounds.

This sacred haven serves as the communal hub for all pioneers. When struggling to survive in the wilderness of MOTIRAM, pioneers may return to consult tribal elders, collaborate with fellow adventurers, and trade supplies. Here, alliances form to empower bolder expeditions across MOTIRAM's uncharted territories - where ancient wisdom and modern courage converge to rewrite the rules of exploration.



This sacred haven serves as the communal hub for all pioneers. When struggling to survive in the wilderness of MOTIRAM, pioneers may return to consult tribal elders, collaborate with fellow adventurers, and trade supplies. Here, alliances form to empower bolder expeditions across MOTIRAM's uncharted territories - where ancient wisdom and modern courage converge to rewrite the rules of exploration.

Join our Discord! 👉 http://discord.gg/LIGHTOFMOTIRAM

https://preview.redd.it/discover-motiram-kuram-isles-residents-v0-3xjc4tvnyule1.jpghttps://preview.redd.it/discover-motiram-kuram-isles-residents-v0-j00zoatnyule1.png

u/Intern-Great ·

### 🚨 Pioneer's Manual - Rough World to Live In �?�

In MOTIRAM, you'll encounter a variety of survival challenges, with the primal environment and harsh climate topping the list. You need to be prepared at all times, stay warm and dry, manage hunger and thirst, and keep track of your backpack and its weight.

The first priority for survival here is to gather resources, find a suitable place to settle, and try to establish a solid base. This will provide you with shelter, storage space, and a sense of security in tough situations.

Achieving this is no easy task. As you explore, you must have enough food to sustain your energy; your chosen settlement should be near abundant resources, including stone, wood, food, and herbs, which will help you quickly fortify and develop your home.

Throughout this process, you need to constantly monitor your surroundings and inventory capacity. Changing weather and the onset of nightfall will limit your visibility; and if you gather too many resources, you may find yourself barely able to move. If enemies attack during these difficult moments, the situation becomes even more perilous. Lastly, remember to seek Angelos's help when necessary. As your most reliable assistant here, he might bring you some unexpected surprises.

In this ruthless and challenging MOTIRAM, learning to utilize everything around you and being open to collaborating with other pioneers to tip the scales of survival in your favor is a wise move.
Join strategies with survivors! 👉 http://discord.gg/LIGHTOFMOTIRAM

https://preview.redd.it/pioneers-manual-rough-world-to-live-in-v0-h137ajvio9ke1.png

u/Intern-Great ·

### DIRECTORY OF SURVIVAL - Stay Alive!

Dear Pioneers, welcome to MOTIRAM! To help you become acquainted with this mysterious world, we have prepared this survival guide for you!

Primitive World, Real Survival

MOTIRAM is a world close to its primitive state, with complex and diverse surface environments. Apart from scattered towers and ubiquitous mechanical creatures, you will hardly find any traces of modern human activities here. The rich landforms and harsh natural conditions are constantly reminding you of the hidden dangers: the scorching heat during the day can lead to dehydration, the chilly winds at night can cause a cold, not eating for a long time will make you weak, and repeatedly consuming the same food will lead to boredom. Dense jungles harbor deadly beasts, while open wildernesses greatly increase the chances of being struck by lightning.

Stay Alive, Utilize Everything Around You!

The key to survival in MOTIRAM is to collect and utilize all the resources around you. You might find edible berries in the grass, and delicious mushrooms beside fallen logs; the widespread trees and stones are important materials for building camps and shelters; the Mechanimals and wild animals can also provide you with necessary supplies for survival.

even more perilous. Lastly, remember to seek Angelos's help when necessary. As your most reliable assistant here, he might bring you some unexpected surprises.

In this ruthless and challenging MOTIRAM, learning to utilize everything around you and being open to collaborating with other pioneers to tip the scales of survival in your favor is a wise move.
Join strategies with survivors! 👉 http://discord.gg/LIGHTOFMOTIRAM

https://preview.redd.it/pioneers-manual-rough-world-to-live-in-v0-h137ajvio9ke1.png

---

u/Intern-Great ·

### DIRECTORY OF SURVIVAL - Stay Alive!

Dear Pioneers, welcome to MOTIRAM! To help you become acquainted with this mysterious world, we have prepared this survival guide for you!

Primitive World, Real Survival

MOTIRAM is a world close to its primitive state, with complex and diverse surface environments. Apart from scattered towers and ubiquitous mechanical creatures, you will hardly find any traces of modern human activities here. The rich landforms and harsh natural conditions are constantly reminding you of the hidden dangers: the scorching heat during the day can lead to dehydration, the chilly winds at night can cause a cold, not eating for a long time will make you weak, and repeatedly consuming the same food will lead to boredom. Dense jungles harbor deadly beasts, while open wildernesses greatly increase the chances of being struck by lightning.

Stay Alive, Utilize Everything Around You!

The key to survival in MOTIRAM is to collect and utilize all the resources around you. You might find edible berries in the grass, and delicious mushrooms beside fallen logs; the widespread trees and stones are important materials for building camps and shelters; the Mechanimals and wild animals can also provide you with necessary supplies for survival.

During the collection process, always pay close attention to your surroundings, because you never know when danger might strike. For example, when chopping down trees, the falling tree could potentially injure you, so be mindful of the direction in which the tree is falling.

Survival Tips:

�?Avoid traveling on rainy days to prevent being struck by lightning.

�?Light a bonfire, but be careful not to burn yourself.

�?Explore a variety of foods and embrace your inner food enthusiast.

�?If the night is too dark, don't worry—rest well, and daylight will come.

https://preview.redd.it/directory-of-survival-stay-alive-v0-v6j3i4bdo9ke1.png

---

u/Intern-Great ·

### 📅 New Monthly Calendar Available!

https://preview.redd.it/new-monthly-calendar-available-v0-tkcc1u6ym9ke1.png

Welcome to a fresh month! Get ready for more development updates and news that will keep you on your toes! Remember to put a heart on the 14th, Valentine's Day!

How has the new month been for you? Share your thoughts in the comments below!

Don't forget to join us on Discord!👇

🔗 https://discord.gg/LIGHTOFMOTIRAM