# Exhibit 39

**Generated on:** This page was generated by TSDR on 2025-10-15 14:30:04 EDT

**Mark:** LIGHT OF MOTIRAM

LIGHT OF MOTIRAM

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98185878 | **Application Filing Date:** | Sep. 19, 2023 |
| **US Registration Number:** | 7434160 | **Registration Date:** | Jul. 02, 2024 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jul. 02, 2024

**Publication Date:** Apr. 16, 2024

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | LIGHT OF MOTIRAM |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

# Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 018851429 | **Foreign Application Filing Date:** | Mar. 21, 2023 |
| **Foreign Registration Number:** | 018851429 | **Foreign Registration Date:** | Sep. 13, 2023 |
| **Foreign Application/Registration Country:** | EUROPEAN UNION | **Foreign Expiration Date:** | Mar. 21, 2033 |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer application software for mobile phones, portable media players, handheld computers, namely, software for e-sports, for playing computer and video games, for providing information relating to e-sports and computer and video games, for streaming audio-visual and multimedia content via the internet and global communications networks, for viewing electronic cartoons and electronic comics; Downloadable computer game software; Downloadable computer game software for use on mobile and cellular phones; Downloadable electronic publications in the nature of books, magazines, brochures, manuals, newsletters, journals in the field of e-sports and computer and video games, animated cartoons, animated comics and cartoons; Downloadable image file containing artwork, text, audio, video, games and Internet Web links relating to sporting and cultural activities; Downloadable multimedia file containing artwork, text, audio, video and video games relating to e-sports, computer and video games authenticated by non-fungible tokens (NFTs); Downloadable music files; Memory cards for video game machines; Recorded computer game programs; Recorded computer game software; Video disks and video tapes with recorded animated cartoons; Video game cartridges; Virtual reality headsets

| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
|---|---|---|---|

**Class Status:** ACTIVE

**For:** Arranging and conducting of congresses in the field of e-sports, computer and video games, entertainment, cultural activities; Entertainment and educational services in the nature of competitions in the field of entertainment, education, culture, sports, and other non-business and non-commercial fields; Entertainment in the nature of e-sports competitions; Entertainment information; Entertainment services, namely, providing on-line computer games; Multimedia publishing of books, magazines, journals, software, games, music, and electronic publications; Organization of cosplay entertainment events; Organization of shows for cultural purposes; Providing films, not downloadable, via video-on-demand transmission services; Providing on-line music, not downloadable; Providing online non-downloadable electronic publications in the nature of books, magazines, brochures, manuals, newsletters, journals in the field of e-sports, computer and video games; Providing online non-downloadable videos in the field of e-sports, computer and video games, entertainment, cultural activities; Providing television programs, not downloadable, via video-on-demand transmission services; Recreation information

| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
|---|---|---|---|

**Class Status:** ACTIVE

**For:** Computer software consultancy; Computer software design; Design and development of computer game software; IT consulting services relating to installation, maintenance and repair of computer software; Platform as a service (PAAS) featuring computer software platforms for recording time in computer games and video games, software for displaying in-game data and scores, software for recording computer game and video game footage, software for taking screenshots of computer games and video games, software for computer game and video game enhancers; Providing on-line non-downloadable software for online management of personal computer game software; Rental of computer game software; Software as a service (SAAS) services featuring software for recording time in computer games and video games, software for displaying in-game data and scores, software for recording computer game and video game footage, software for taking screenshots of computer games and video games, software for computer game and video game enhancers; Software development in the framework of software publishing

| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
|---|---|---|---|

**Class Status:** ACTIVE

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | Yes | **Currently 44D:** | No |
| **Filed 44E:** | Yes | **Currently 44E:** | Yes |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | TENCENT HOLDINGS LIMITED |
| **Owner Address:** | CRICKET SQUARE HUTCHINS DR, GEORGE TOWN P.O. BOX 2681 GT, CENTURY YARD GRAND CAYMAN CAYMAN ISLANDS |
| **Legal Entity Type:** | limited company (ltd.) |
| **State or Country Where Organized** | CAYMAN ISLANDS |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Prakash NAMA | **Docket Number:** | VM125593 |
| **Attorney Primary Email Address:** | docketing@globalipservices.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | PRAKASH NAMA 121 MOORE ST PRINCETON, NEW JERSEY UNITED STATES 08540 | | |
| **Phone:** | 603-809-0781 | | |
| **Correspondent e-mail:** | docketing@globalipservices.com usipfiling@gmail.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jul. 02, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jul. 02, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 16, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 16, 2024 | PUBLISHED FOR OPPOSITION | |
| Mar. 27, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 12, 2024 | ELECTRONIC RECORD REVIEW COMPLETE | |
| Mar. 01, 2024 | ON HOLD - ELECTRONIC RECORD REVIEW REQUIRED | |
| Feb. 22, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 15, 2024 | ASSIGNED TO EXAMINER | |
| Oct. 04, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 22, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** FILE REPOSITORY (FRANCONIA)    **Date in Location:** Jul. 02, 2024

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98185878**
**Filing Date: 09/19/2023**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | LIGHT OF MOTIRAM |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | LIGHT OF MOTIRAM |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | TENCENT HOLDINGS LIMITED |
| INTERNAL ADDRESS | CRICKET SQUARE HUTCHINS DR, GEORGE TOWN |
| *MAILING ADDRESS | P.O. BOX 2681 GT, CENTURY YARD |
| *CITY | GRAND CAYMAN |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Cayman Islands |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | limited company (ltd.) |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Cayman Islands |
| *DOMICILE | NOT PROVIDED |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 009 |
| | Downloadable computer application software for **mobile phones, portable media players, handheld computers,** namely, software for **e-sports, for playing computer and video games, for providing information relating to e-sports and computer and video games, for streaming audio-visual and** |

| | |
|---|---|
| **\*IDENTIFICATION** | **multimedia content via the internet and global communications networks, for viewing electronic cartoons and electronic comics**; Downloadable computer game software; Downloadable computer game software for use on mobile and cellular phones; Downloadable electronic publications in the nature of **books, magazines, brochures, manuals, newsletters, journals** in the field of **e-sports and computer and video games, animated cartoons, animated comics and cartoons**; Downloadable image file containing artwork, text, audio, video, games and Internet Web links relating to sporting and cultural activities; Downloadable multimedia file containing artwork, text, audio, and video relating to **e-sports, computer and video games** authenticated by non-fungible tokens (NFTs); Downloadable music files; Memory cards for video game machines; Recorded computer game programs; Recorded computer game software; Video disks and video tapes with recorded animated cartoons; Video game cartridges; Virtual reality headsets |
| **\*FILING BASIS** | SECTION 44(d) |
| **\*FOREIGN APPLICATION NUMBER** | 018851429 |
| **\*FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | European Union Trademark - EUTM |
| **\*FOREIGN FILING DATE** | 03/21/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **\*FILING BASIS** | SECTION 44(e) |
| **\*FOREIGN REGISTRATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | European Union Trademark - EUTM |
| **\*FOREIGN REGISTRATION NUMBER** | 018851429 |
| **\*FOREIGN REGISTRATION DATE** | 09/13/2023 |
| **FOREIGN REGISTRATION EXPIRATION DATE** | 03/21/2033 |
| **FOREIGN REGISTRATION FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | reg-218253145226-03244858 2_._230919_EUTM_cert.pdf |
| **CONVERTED PDF FILE(S) (16 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0008.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0013.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0014.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0015.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0016.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0018.JPG |
| **STANDARD CHARACTERS OR EQUIVALENT** | YES |
| *INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Arranging and conducting of congresses in the field of **e-sports, computer and video games, entertainment, cultural activities**; Entertainment and educational services in the nature of competitions in the field of entertainment, education, culture, sports, and other non-business and non-commercial fields; Entertainment in the nature of e-sports competitions; Entertainment information; Entertainment services, namely, providing on-line computer games; Multimedia publishing of books, magazines, journals, software, games, music, and electronic publications; Organization of cosplay entertainment events; Organization of shows for cultural purposes; Providing films, not downloadable, via video-on-demand transmission services; Providing on-line music, not downloadable; Providing online non-downloadable electronic publications in the nature of **books, magazines, brochures, manuals, newsletters, journals** in the field of **e-sports, computer and video games**; Providing online non-downloadable videos in the field of **e-sports, computer and video games, entertainment, cultural activities**; Providing television programs, not downloadable, via video-on-demand transmission services; Recreation information |
| *FILING BASIS | SECTION 44(d) |
| *FOREIGN APPLICATION NUMBER | 018851429 |
| *FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | European Union Trademark - EUTM |
| *FOREIGN FILING DATE | 03/21/2023 |
| | At this time, the applicant intends to rely on Section 44(e) as a |

| | |
|---|---|
| **INTENT TO PERFECT 44(d)** | basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| *****FILING BASIS** | SECTION 44(e) |
| *****FOREIGN REGISTRATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | European Union Trademark - EUTM |
| *****FOREIGN REGISTRATION NUMBER** | 018851429 |
| *****FOREIGN REGISTRATION DATE** | 09/13/2023 |
| **FOREIGN REGISTRATION EXPIRATION DATE** | 03/21/2033 |
| **FOREIGN REGISTRATION FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | reg-218253145226-03244858 2_._230919_EUTM_cert.pdf |
| **CONVERTED PDF FILE(S) (16 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0013.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0014.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0015.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0016.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0018.JPG |

| | |
|---|---|
| **STANDARD CHARACTERS OR EQUIVALENT** | YES |
| *\*INTERNATIONAL CLASS* | 042 |
| *\*IDENTIFICATION* | Computer software consultancy; Computer software design; Design and development of computer game software; IT consulting services relating to installation, maintenance and repair of computer software; Platform as a service (PAAS) featuring computer software platforms for **recording time in computer games and video games, software for displaying in-game data and scores, software for recording computer game and video game footage, software for taking screenshots of computer games and video games, software for computer game and video game enhancers**; Providing on-line non-downloadable software for **online management of personal computer game software**; Rental of computer game software; Software as a service (SAAS) services featuring software for **recording time in computer games and video games, software for displaying in-game data and scores, software for recording computer game and video game footage, software for taking screenshots of computer games and video games, software for computer game and video game enhancers**; Software development in the framework of software publishing |
| *\*FILING BASIS* | SECTION 44(d) |
| *\*FOREIGN APPLICATION NUMBER* | 018851429 |
| *\*FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY* | European Union Trademark - EUTM |
| *\*FOREIGN FILING DATE* | 03/21/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| *\*FILING BASIS* | SECTION 44(e) |
| *\*FOREIGN REGISTRATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY* | European Union Trademark - EUTM |
| *\*FOREIGN REGISTRATION NUMBER* | 018851429 |
| *\*FOREIGN REGISTRATION DATE* | 09/13/2023 |
| **FOREIGN REGISTRATION EXPIRATION DATE** | 03/21/2033 |
| **FOREIGN REGISTRATION FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | reg-218253145226-03244858 2_._230919_EUTM_cert.pdf |
| **CONVERTED PDF FILE(S) (16 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0006.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0013.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0014.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0015.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0016.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\981\858\98185878\xml1\ FTK0018.JPG |
| **STANDARD CHARACTERS OR EQUIVALENT** | YES |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| MISCELLANEOUS STATEMENT | Applicant has had a bona fide and effective industrial or commercial establishment in the Netherlands, which is a member state of the European Union, as of the date of issuance of the foreign registration. |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Prakash NAMA |
| ATTORNEY DOCKET NUMBER | VM125593 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |

| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
|---|---|
| STREET | 121 Moore St |
| CITY | Princeton |
| STATE | New Jersey |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 08540 |
| PHONE | 603-809-0781 |
| EMAIL ADDRESS | docketing@globalipservices.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Prakash NAMA |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | docketing@globalipservices.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | usipfiling@gmail.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 3 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 750 |
| *TOTAL FEES PAID | 750 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Prakash Nama/ |
| * SIGNATORY'S NAME | Prakash NAMA |
| * SIGNATORY'S POSITION | Attorney of record, Massachusetts Bar member |
| SIGNATORY'S PHONE NUMBER | 603-809-0781 |
| * DATE SIGNED | 09/19/2023 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478

Approved for use through 10/31/2024. OMB 0651-0009

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98185878**
**Filing Date: 09/19/2023**

## To the Commissioner for Trademarks:

**MARK:** LIGHT OF MOTIRAM (Standard Characters, see mark)
The literal element of the mark consists of LIGHT OF MOTIRAM. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, TENCENT HOLDINGS LIMITED, a limited company (ltd.) legally organized under the laws of Cayman Islands, having an address of

  CRICKET SQUARE HUTCHINS DR, GEORGE TOWN
  P.O. BOX 2681 GT, CENTURY YARD
  GRAND CAYMAN
  Cayman Islands
  XXXX
**Domiciled at:** Not Provided

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 009:  Downloadable computer application software for mobile phones, portable media players, handheld computers, namely, software for e-sports, for playing computer and video games, for providing information relating to e-sports and computer and video games, for streaming audio-visual and multimedia content via the internet and global communications networks, for viewing electronic cartoons and electronic comics; Downloadable computer game software; Downloadable computer game software for use on mobile and cellular phones; Downloadable electronic publications in the nature of books, magazines, brochures, manuals, newsletters, journals in the field of e-sports and computer and video games, animated cartoons, animated comics and cartoons; Downloadable image file containing artwork, text, audio, video, games and Internet Web links relating to sporting and cultural activities; Downloadable multimedia file containing artwork, text, audio, and video relating to e-sports, computer and video games authenticated by non-fungible tokens (NFTs); Downloadable music files; Memory cards for video game machines; Recorded computer game programs; Recorded computer game software; Video disks and video tapes with recorded animated cartoons; Video game cartridges; Virtual reality headsets

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on European Union Trademark - EUTM application number 018851429, filed 03/21/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

Based on Foreign Registration: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services, and submits a copy of European Union Trademark - EUTM registration number 018851429, and/or proof of renewal, registered 09/13/2023 with a renewal date of _____ and an expiration date of 03/21/2033, and translation thereof, if appropriate.

**Original PDF file:**
reg-218253145226-03244858 2_._230919_EUTM_cert.pdf
**Converted PDF file(s)** (16 pages):
Foreign Registration-1
Foreign Registration-2
Foreign Registration-3
Foreign Registration-4
Foreign Registration-5
Foreign Registration-6
Foreign Registration-7

Foreign Registration-7
Foreign Registration-8
Foreign Registration-9
Foreign Registration-10
Foreign Registration-11
Foreign Registration-12
Foreign Registration-13
Foreign Registration-14
Foreign Registration-15
Foreign Registration-16

The foreign registration that is the basis of the U.S. application under §44(e) of the Trademark Act includes a claim of standard characters or the country of origin's standard character equivalent.

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 041:  Arranging and conducting of congresses in the field of e-sports, computer and video games, entertainment, cultural activities; Entertainment and educational services in the nature of competitions in the field of entertainment, education, culture, sports, and other non-business and non-commercial fields; Entertainment in the nature of e-sports competitions; Entertainment information; Entertainment services, namely, providing on-line computer games; Multimedia publishing of books, magazines, journals, software, games, music, and electronic publications; Organization of cosplay entertainment events; Organization of shows for cultural purposes; Providing films, not downloadable, via video-on-demand transmission services; Providing on-line music, not downloadable; Providing online non-downloadable electronic publications in the nature of books, magazines, brochures, manuals, newsletters, journals in the field of e-sports, computer and video games; Providing online non-downloadable videos in the field of e-sports, computer and video games, entertainment, cultural activities; Providing television programs, not downloadable, via video-on-demand transmission services; Recreation information

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on European Union Trademark - EUTM application number 018851429, filed 03/21/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

Based on Foreign Registration: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services, and submits a copy of European Union Trademark - EUTM registration number 018851429, and/or proof of renewal, registered 09/13/2023 with a renewal date of _____ and an expiration date of 03/21/2033, and translation thereof, if appropriate.

**Original PDF file:**
reg-218253145226-03244858 2_._230919_EUTM_cert.pdf
**Converted PDF file(s)** (16 pages)
Foreign Registration-1
Foreign Registration-2
Foreign Registration-3
Foreign Registration-4
Foreign Registration-5
Foreign Registration-6
Foreign Registration-7
Foreign Registration-8
Foreign Registration-9
Foreign Registration-10
Foreign Registration-11
Foreign Registration-12
Foreign Registration-13
Foreign Registration-14
Foreign Registration-15
Foreign Registration-16

The foreign registration that is the basis of the U.S. application under §44(e) of the Trademark Act includes a claim of standard characters or the country of origin's standard character equivalent.

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 042:  Computer software consultancy; Computer software design; Design and development of computer game software; IT

consulting services relating to installation, maintenance and repair of computer software; Platform as a service (PAAS) featuring computer software platforms for recording time in computer games and video games, software for displaying in-game data and scores, software for recording computer game and video game footage, software for taking screenshots of computer games and video games, software for computer game and video game enhancers; Providing on-line non-downloadable software for online management of personal computer game software; Rental of computer game software; Software as a service (SAAS) services featuring software for recording time in computer games and video games, software for displaying in-game data and scores, software for recording computer game and video game footage, software for taking screenshots of computer games and video games, software for computer game and video game enhancers; Software development in the framework of software publishing

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on European Union Trademark - EUTM application number 018851429, filed 03/21/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

Based on Foreign Registration: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services, and submits a copy of European Union Trademark - EUTM registration number 018851429, and/or proof of renewal, registered 09/13/2023 with a renewal date of _____ and an expiration date of 03/21/2033, and translation thereof, if appropriate.

**Original PDF file:**
reg-218253145226-03244858 2_._230919_EUTM_cert.pdf
**Converted PDF file(s)** (16 pages)
Foreign Registration-1
Foreign Registration-2
Foreign Registration-3
Foreign Registration-4
Foreign Registration-5
Foreign Registration-6
Foreign Registration-7
Foreign Registration-8
Foreign Registration-9
Foreign Registration-10
Foreign Registration-11
Foreign Registration-12
Foreign Registration-13
Foreign Registration-14
Foreign Registration-15
Foreign Registration-16

The foreign registration that is the basis of the U.S. application under §44(e) of the Trademark Act includes a claim of standard characters or the country of origin's standard character equivalent.


**Miscellaneous Statement**
Applicant has had a bona fide and effective industrial or commercial establishment in the Netherlands, which is a member state of the European Union, as of the date of issuance of the foreign registration.


The owner's/holder's proposed attorney information: Prakash NAMA. Prakash NAMA, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    121 Moore St
    Princeton, New Jersey 08540
    United States
    603-809-0781(phone)
    docketing@globalipservices.com
The docket/reference number is VM125593.
Prakash NAMA submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Prakash NAMA
PRIMARY EMAIL FOR CORRESPONDENCE: docketing@globalipservices.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): usipfiling@gmail.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $750 has been submitted with the application, representing payment for 3 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Prakash Nama/   Date: 09/19/2023
Signatory's Name: Prakash NAMA
Signatory's Position: Attorney of record, Massachusetts Bar member
Signatory's Phone Number: 603-809-0781
Signature method: Sent to third party for signature
Payment Sale Number: 98185878
Payment Accounting Date: 09/19/2023

Serial Number: 98185878
Internet Transmission Date: Tue Sep 19 05:03:00 ET 2023
TEAS Stamp: USPTO/FTK-XXX.XXX.XXX.XXX-20230919050301
477594-98185878-86017d289d813f6090f48b2c
1dfdd75ba38b41d44e66ead684877e5464bb8a7b
f-CC-03006802-20230919032448582275

# LIGHT OF MOTIRAM



OPERATIONS DEPARTMENT
D113

## Copia Certificada  ⋄  Beglaubigte Abschrift  ⋄  Certified Copy
## Copie Certifiée  ⋄  Copia Autenticata

Por el presente se certifica que el documento que se adjunta es una copia conforme del certificado de registro para la marca de la Unión Europea cuyo número y fecha de registro aparecen a continuación.

Hiermit wird bestätigt, dass die Abschrift, die diesem Beleg beigeheftet ist, eine genaue Abschrift der Eintragungsurkunde ist, die für die Unionsmarke mit der nachstehenden Eintragungsnummer und dem nachstehenden Eintragungstag ausgestellt wurde.

This is to certify that the attached document is an exact copy of the certificate of registration issued for the European Union trade mark bearing the registration number and date indicated below.

Par la présente, il est certifié que le document annexé est une copie conforme du certificat d'enregistrement délivré pour la marque de l´Union Européenne portant le numéro et la date d'enregistrement qui figurent ci-après.

Con la presente si certifica che l'allegato documento è una copia conforme del certificato di registrazione per il marchio dell´Unione Europea contrassegnato dal numero e dalla data di registrazione riportati sotto.

| Núm./Nr./No/n°/n. | Fecha/Datum/Date/Date/Data |
|---|---|
| **018851429** | **13/09/2023** |

Alicante,  19/09/2023

**Karin KUHL**

Departamento de Operaciones
Hauptabteilung Kerngeschäft
Operations Department
Département «Opérations»
Dipartimento Operazioni

Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata
Certificado de registro de marca de la Unión Europea / Eintragungsurkunde einer Unionsmarke / Registration certificate of European Union trade mark / Certificat d'enregistrement de marque de l'Union européenne/ Certificato di registrazione di marchio dell'Unione europea


**EUIPO**
EUROPEAN UNION
INTELLECTUAL PROPERTY OFFICE

*Registered / Registrato 13/09/2023*

*No 018851429*

**EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE**
**CERTIFICATE OF REGISTRATION**

This Certificate of Registration is hereby issued for the European Union trade mark identified below. The corresponding entries have been recorded in the Register of European Union trade marks.

**UFFICIO DELL'UNIONE EUROPEA PER LA PROPRIETÀ INTELLETTUALE**
**CERTIFICATO DI REGISTRAZIONE**

Si rilascia il presente certificato di registrazione per il marchio dell'Unione europea identificato in appresso. I dati ad esso relativi sono stati iscritti nel Registro dei Marchi dell'Unione europea.

LIGHT OF MOTIRAM

*The Executive Director / Il Direttore esecutivo*

*Christian Archambeau*

www.euipo.europa.eu

COPY

EUTM 018851429

Alicante, 19/09/2023

Identification Code: YPRC5DH7Q6CRMXOGK5KJXL5TPI



Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata
Certificado de registro de marca de la Unión Europea / Eintragungsurkunde einer Unionsmarke / Registration
certificate of European Union trade mark / Certificat d'enregistrement de marque de l'Union européenne/
Certificato di registrazione di marchio dell'Unione europea



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

UFFICIO DELL'UNIONE EUROPEA PER LA PROPRIETÀ INTELLETTUALE

| | |
|---|---|
| 210 | 018851429 |
| 220 | 21/03/2023 |
| 400 | 06/06/2023 |
| 151 | 13/09/2023 |
| 450 | 14/09/2023 |
| 186 | 21/03/2023 |
| 541 | LIGHT OF MOTIRAM |
| 521 | 0 |
| 732 | Tencent Holdings Limited<br>P.O. Box 2681 GT, Century Yard, Cricket Square, Hutchins Drive,<br>George Town, Grand Cayman<br>KY |
| 740 | Lane Intellectual Property (Ireland) Limited<br>2 Dublin Landings, North Wall Quay<br>Dublin 1 Dublin<br>IE |
| 270 | EN IT |
| 511 | **BG** - 9 |

Софтуер за игри; Компютърни игри за употреба с клетъчни или мобилни телефони; Компютърни софтуерни приложения, за сваляне; Компютърен софтуер, записан; Компютърни програми, които могат да бъдат прехвърлени върху друг носител; Касети за видеоигри; Електронни публикации, които могат да бъдат прехвърляни върху друг носител; Музикални файлове, които могат да бъдат прехвърляни върху друг носител; Файлове с изображения, които могат да бъдат изтеглени; Компютърен хардуер; Компютърни периферни устройства; Компютърни клавиатури; Оптични дискове; Мишки [компютърна периферия]; Подложки за мишки [компютърни]; Подложкиза ръце при работа с компютър; Лаптопи; Калъфи за лаптопи; Таблетен компютър; Калъци за таблетни компютри; Карти с интегрални схеми [смарт карти]; Карти памет за машини за видеоигри; Джойстик за компютри, различни от тези за видеоигри; Жетони за сигурност [криптиращи устройства]; USB памет; Слушалки за клетъчни телефони; Калъфи за смартфони; Защитни покрития за смартфони; Връзки (аксесоари) за мобилни телефони; Протектори за екрани на мобилни телефони; Пръстен държач за мобилни телефони; Държани, пригодени за мобилни телефони и смартфони; Постелки за предно табло, пригодени за държане на мобилни телефони и смартфони; Хуманоидни роботи с изкуствен интелект за употреба в следните области: Научни изследвания, проектиране и разработване на компютърен хардуер и софтуер, както и компютърни игри; Шлемове за виртуална реалност; Портативни видео звукови системи; Материали за електропроводи [проводници, кабели]; Жици, електрически; Батерии, електрически; Зарядни устройства; Декоративни магнити; Анимационни филми; Кинематографски филми, експонирани; Слушалки; Фотоапарати [фотография]; Преносими източници на ток; Цифрови файлове с възможност за изтегляне, удостоверени с незаменими токени [NFTs].

**BG** - 41
Услуги, свързани с провеждане на онлайн игри, предоставяни чрез компютърна мрежа; Услуги за он-лайн игри; Издаване и осигуряване на компютърни игри; Организиране на конкурси [образование или развлечения]; Услуги за киберспорт (е-спорт); Стая на загадките [развлечения] / игра на загадки [развлечения]; Организиране на развлекателни косплей събития;

Публикуване на текстове, с изключение на рекламни текстове; Доставка на онлайн електронни публикации, без възможност да бъдат прехвърляни върху друг носител; Организиране на представления [импресарски услуги]; Организиране на изложби с културни или развлекателни цели; Организиране и провеждане на конгреси; Представления на живо; Услуги на артисти; Телевизионни развлечения; Производство на филми, с изключение на рекламни; Предоставяне на онлайн музика, без възможност за сваляне; Предоставяне на онлайн видео, без възможност за сваляне; Предоставяне на филми по поръчка, без възможност за сваляне; Предоставяне на телевизионни програми по поръчка, без възможност да бъдат свалени; Развлекателни услуги; Предоставяне на информация в областта на развлеченията; Предоставяне на информация, относно отмора и почивка; Услуги на увеселителни паркове; Организиране на услуги в зали с игрални автомати; Осигуряване на съоръжения за отмора; Клубни услуги [развлечения или обучение]; Отдаване под наем на играчки; Услуги на библиотека за игри; Отдаване под наем на оборудване за игри.

**BG** - 42
Проектиране на софтуер; Отдаване под наем на компютърен софтуер; Технически услуги за изтеглянето на видео игри; Предоставяне на уебсайт и уеб услуги за онлайн управление на персонален софтуер за компютърни игри; Софтуер като услуга, а именно, софтуер за записване на времето в компютърни игри и видеоигри, софтуер за показване на данни и резултат в игри, софтуер за записване дължината на компютърни игри и видеоигри, софтуер за правене на екранни снимки на компютърни игри и видеоигри, софтуер за подобряване на компютърни игри и видеоигри; Разработване на видео за компютърни игри и видеоигри; Софтуер като услуга [SaaS]; Платформа като услуга [PaaS]; Разработка на софтуер в рамките на издаването на софтуер; Консултантски услуги в областта на информационни технологии [ИТ]; Инсталиране на компютърен софтуер; Компютърни софтуерни консултации; Услуги за защита от компютърни вируси; Осигуряване на средства за търсене в интернет; Дистанционен мониторинг на компютърни системи; Консултантски услуги по дизайн на уебсайтове; Електронно съхранение на данни; Изчисления в облак; Доставчици на подизпълнителски услуги в областта на информационните технологии; Консултантски услуги в областта на компютърните технологии; Консултации в областта на компютърната сигурност; Графичен дизайн; Промишлен дизайн; Стилистика [промишлен дизайн].

**ES** - 9
Software de juegos; Juegos informáticos para su uso con teléfonos celulares o móviles; Aplicaciones informáticas descargables; Software [programas grabados]; Programas informáticos descargables; Cartuchos de videojuegos; Publicaciones electrónicas descargables; Archivos de música descargables; Archivos de imagen descargables; Hardware; Dispositivos periféricos utilizados con ordenadores; Teclados de ordenador; Discos ópticos; Ratones [periféricos informáticos]; Alfombrillas de ratón; Reposamuñecas para utilizar con ordenadores; Ordenadores de regazo; Fundas para ordenadores portátiles; Tabletas electrónicas; Carcasas para tabletas electrónicas; Tarjetas de circuitos integrados; Tarjetas de memoria para máquinas de videojuegos; Palancas de mando [joysticks] de ordenador, que no sean para videojuegos; Fichas de seguridad [dispositivos de cifrado]; Memorias USB; Teléfonos celulares; Estuches para teléfonos inteligentes; Películas de protección diseñadas para teléfonos inteligentes [smartphones]; Cordones para teléfonos celulares; Protecciones de pantalla para teléfonos móviles; Anillos para sujetar teléfonos

<hr>

No 018851429

1/14



Identification Code: YFRC5DHTQ6CRMXOGR5KJXL5TPI

Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata
Certificado de registro de marca de la Unión Europea / Eintragungsurkunde einer Unionsmarke / Registration
certificate of European Union trade mark / Certificat d'enregistrement de marque de l'Union européenne/
Certificato di registrazione di marchio dell'Unione europea



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

UFFICIO DELL'UNIONE EUROPEA PER LA PROPRIETÀ INTELLETTUALE

móviles; Soportes adaptados para teléfonos móviles y teléfonos inteligentes [smartphones]; Alfombrillas para salpicadero diseñadas para sujetar teléfonos móviles y teléfonos inteligentes [smartphones]; Robots humanoides dotados de inteligencia artificial para su uso en los siguientes ámbitos: Investigación científica, diseño y desarrollo de hardware y software de ordenador, juegos de ordenador; Cascos de realidad virtual; Monitores de visualización de vídeo ponibles; Cascos auriculares; Material para conducciones eléctricas [hilos, cables]; Hilos eléctricos; Pilas eléctricas; Cargadores de pilas y baterías; Imanes decorativos; Dibujos animados; Películas cinematográficas expuestas; Auriculares; Cámaras fotográficas; Fuentes portátiles de electricidad; Archivos digitales descargables autentificados por tókenes no fungibles [NFT].

**ES** - 41
Servicios de juegos disponibles en línea por una red informática; Servicios de juegos en línea; Publicación y suministro de juegos informáticos; Organización de concursos [actividades educativas o recreativas]; Servicios de deportes electrónicos; Cuarto de escape [entretenimiento]/juego de escape [entretenimiento]; Organización de eventos recreativos en torno a juegos de disfraces [cosplay]; Publicación de textos que no sean publicitarios; Suministro de publicaciones electrónicas en línea, que no sean descargables; Organización de espectáculos [servicios de empresarios]; Organización de exposiciones con fines culturales o educativos; Organización y dirección de congresos; Representación de espectáculos en vivo; Servicios de artistas del espectáculo; Programas de entretenimiento por televisión; Producción de películas que no sean publicitarias; Suministro en línea de música no descargable; Suministro en línea de vídeos no descargables; Suministro de películas, no descargables, mediante servicios de vídeo a la carta; Suministro de programas de televisión, no descargables, mediante servicios de vídeo a la carta; Servicios de entretenimiento; Información sobre actividades de entretenimiento; Información sobre actividades recreativas; Servicios de parques de atracciones; Servicios de salas de juegos; Puesta a disposición de instalaciones recreativas; Servicios de clubes [educación o entretenimiento]; Alquiler de juguetes; Servicios de ludotecas; Alquiler de material para juegos.

**ES** - 42
Diseño de software; Alquiler de software; Servicios técnicos de descarga de videojuegos; Acceso a un sitio web y servicios basados en la web para la gestión en línea de software de juegos de ordenador personal; Software como servicio, en concreto, software para la grabación de tiempos en juegos informáticos y videojuegos, software para la presentación de datos y puntuaciones durante el juego, software para la grabación de secuencias de juegos informáticos y videojuegos, software para hacer capturas de pantalla de juegos informáticos y videojuegos, software para potenciadores de juegos informáticos y videojuegos; Desarrollo de videojuegos y juegos informáticos; Software como servicio [SaaS]; Plataforma como servicio [PaaS]; Desarrollo de software en el marco de la edición de software; Consultoría sobre tecnologías de la información; Instalación de software; Consultoría sobre software; Servicios de protección antivirus [informática]; Provisión de motores de búsqueda para Internet; Control a distancia de sistemas informáticos; Consultoría sobre diseño de sitios web; Almacenamiento electrónico de datos; Servicios informáticos en la nube; Externalización de servicios de tecnologías de la información; Consultoría sobre tecnología informática; Consultoría sobre seguridad informática; Diseño de artes gráficas; Diseño industrial; Estilismo [diseño industrial].

**CS** - 9

Software pro počítačové hry; Počítačové hry pro použití s mobilními telefony; Stahovatelné počítačové aplikace; Počítačový software (nahraný); Počítačové programy [stahovatelné]; Kazety na videohry; Stahovatelné elektronické publikace; Stahovatelné hudební soubory; Stahovatelné obrázky (soubory); Počítačový hardware; Periferní zařízení počítače; Počítačové klávesnice; Optické disky; Myši [počítačová periferní zařízení]; Podložky pod myš; Opěrky zápěstí pro práci s počítačem; Přenosné počítače [laptopy]; Obaly na přenosné počítače (laptopy); Tablety (počítače); Kryty pro tablety [počítače]; Čipové karty [karty s integrovaným obvodem]; Paměťové karty pro videoherní zařízení; Joysticky pro počítače, jiné než pro videohry; Bezpečnostní tokeny [šifrovací zařízení]; USB flash disky; Buňkové telefony; Pouzdra na chytré telefony (smartphony); Ochranné fólie na chytré telefony; Šňůrky na mobilní telefony; Chrániče displejů mobilních telefonů; Držáky ve formě kroužků na mobilní telefony; Držáky pro mobilní telefony a chytré telefony; Podložky na palubní desku přizpůsobené jako držáky na mobilní a chytré telefony; Humanoidní roboti vybavení umělou inteligencí pro použití v následujících oblastech: Vědecký výzkum, navrhování a vývoj počítačového hardwaru a softwaru a počítačových her; Náhlavní soupravy pro virtuální realitu; Nositelné video obrazovky; Sluchátka; Materiály pro elektrická vedení [vodiče, kabely]; Elektrické vodiče; Elektrické baterie; Nabíječky baterií; Dekorační magnety; Animované filmy; Exponované kinematografické filmy; Sluchátka; Fotoaparáty; Přenosné elektrické zdroje; Digitální soubory ke stažení ověřené pomocí nezaměnitelných tokenů (NFT).

**CS** - 41
Poskytování her online z počítačové sítě; Služby online her; Publikování a poskytování počítačových her; Pořádání soutěží [vzdělávacích nebo zábavných]; Služby v oblasti elektronických sportů; Úniková místnost [zábava] / úniková hra [zábava]; Organizování zábavních akcí zaměřených na hraní v kostýmech [cosplay]; Vydávání textů, s výjimkou reklamních; Poskytování elektronických publikací online bez možnosti stažení; Pořádání estrád [služby impresária]; Pořádání výstav ke kulturním nebo vzdělávacím účelům; Pořádání a vedení kongresů; Představení živých vystoupení; Služby baviče; Televizní zábava; Výroba filmů, s výjimkou reklamních; Poskytování hudby online bez možnosti stažení; Poskytování videí online bez možnosti stažení; Poskytování filmů bez možnosti stažení prostřednictvím přenosu videa na objednávku; Poskytování televizních programů bez možnosti stažení prostřednictvím přenosu videa na objednávku; Zábava; Informace o zábavě; Informace o rekreaci; Zábavní parky; Provozování heren; Provozování rekreačních zařízení; Klubové služby [zábava nebo vzdělávání]; Půjčování hraček; Služby knihovny her; Půjčování herního vybavení.

**CS** - 42
Tvorba počítačového softwaru; Pronájem počítačového softwaru; Technické služby pozůstávající v souvislosti se stahováním videoher; Poskytování webové stránky a služeb na bázi webu pro on-line správu herního softwaru pro osobní počítače; Software jako služba, jmenovitě software pro záznam času u počítačových hrách a video hrách, software pro zobrazování herních údajů a bodů, software pro záznam stopáže počítačových her a video her, software pro posilovače počítačových her; Vývoj videoher a počítačových her; Software jako služba [SaaS]; Platforma jako služba (PAAS); Vývoj softwaru v rámci vydávání softwaru; Poradenství v oblasti informačních technologií [IT]; Instalace počítačového softwaru; Poradenství v oblasti počítačového softwaru; Ochrana proti počítačovým virům; Provozování internetových vyhledávačů; Vzdálené monitorování počítačových systémů; Poradenství v oblasti navrhování webových stránek; Ukládání elektronických dat; Cloud computing; Poskytování outsourcingových slu-

Identification Code: YPRC5DH7Q6CRMXOGRK5KJXL5TPI



Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata
Certificado de registro de marca de la Unión Europea / Eintragungsurkunde einer Unionsmarke / Registration
certificate of European Union trade mark / Certificat d'enregistrement de marque de l'Union européenne/
Certificato di registrazione di marchio dell'Unione europea



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

UFFICIO DELL'UNIONE EUROPEA PER LA PROPRIETÀ INTELLETTUALE

žeb v oblasti informačních technologií; Poradenství v oblasti počítačových technologií; Poradenství v oblasti zabezpečení počítačů; Umělecký design; Průmyslový design; Styling [průmyslový design].

**DA – 9**
Software til spil; Computerspil til brug sammen med mobiltelefoner; Softwareapplikationer til computere, downloadable; Software til computere, optaget; Downloadable computerprogrammer; Videospilkassetter; Elektroniske publikationer, downloadable; Downloadable musikfiler; Downloadable billedfiler; Computerhardware; Perifere enheder til computere; Tastaturer til computere; Optiske disks; Mus [perifere enheder til computere]; Musemåtter; Håndledsstøtter til brug med computere; Bærbare computere; Sleeves til laptops; Tabletcomputere; Covers til tablet computere; Smartkort [kodede]; Hukommelseskort til videospillemaskiner; Joysticks til brug med computere, andre end til videospil; Sikkerhedsnøgler [krypteringsenheder]; USB flash drivere; Mobiltelefoner; Etuier til smartphones; Beskyttelsesfilm tilpasset til smartphones; Mobiltelefonremme; Skærmbeskyttere til mobiltelefoner; Ringholdere til mobiltelefoner; Holdere tilpasset til mobiltelefoner og smartphones; Instrumentbrætmåtter tilpasset til at holde mobiltelefoner og smartphones; Humanoide robotter med kunstig intelligens til brug inden for følgende områder: Videnskabelig forskning, design og udvikling af computerhardware og -software samt computerspil; Virtual reality-headsets; Wearable videoskærme; Hovedtelefoner; Materiel til elektriske hovedledninger [tråd, kabler]; Elektrisk tråd; Batterier, elektriske; Opladere til batterier; Dekorative magneter; Tegnefilm; Eksponerede kinematografiske film; Høretelefoner; Kameraer [fotografiske]; Transportable strømkilder; Downloadable digitale filer autentificeret af non-fungible tokens [NFT'er].

**DA – 41**
Spiltjenester tilvejebragt online fra et computernetværk; Udbydelse af onlinespil; Udgivelse og levering af computerspil; Organisering af konkurrencer [uddannelse eller underholdning]; E-sportstjenester; Flugtrum [underholdning] / flugtrum [underholdning]; Organisering af cosplayarrangementer [underholdningsvirksomhed]; Udgivelse af tekster, undtagen reklametekster; Tilvejebringelse af online elektroniske publikationer, ikke downloadable; Organisering af shows [impressariovirksomhed]; Udstillinger med kulturelt eller uddannelsesmæssige formål; Arrangering og afholdelse af kongresser; Levende optræden; Entertainervirksomhed; Fjernsynsunderholdning; Filmproduktion, andre end reklamefilm; Stillen online musik til rådighed, ikke-downloadable; Stillen online videoer til rådighed, ikke-downloadable; Tilrådighedsstillelse af ikke-downloadable film via video-on-demand-tjenester; Tilrådighedsstillelse af ikke-downloadable fjernsynsudsendelser via video-on-demand-tjenester; Underholdningsvirksomhed; Stillen information til rådighed om underholdning; Stillen information til rådighed om rekreative aktiviteter; Fortjelseesparkvirksomhed; Spillehalvirksomhed; Stillen rekreative faciliteter til rådighed; Klubvirksomhed [underholdning eller undervisning]; Udlejning af legetøj; Tjenesteydelser ydet af spilbiblioteker; Udlejning af udstyr til spil.

**DA – 42**
Design af computerprogrammer; Udlejning af computerprogrammer; Teknisk bistand til download af videospil; Udbydelse af et websted og websbaserede tjenesteydelser til onlineadministration af spilsoftware til pc'er; Software som en serviceydelse, nemlig software til tidsregistrering i computerog videospil, software til visning af spildata og stillinger, software til optagelse af computer- og videospil, software til at tage screenshots af computer- og videospil, software til forbedring af computer- og videospil; Udvikling af video- og

computerspil; Software as a service [saas]; Platform as a Service [PaaS]; Softwareudvikling inden for rammerne af softwareudgivelse; Rådgivning om informationsteknologi [IT]; Installation af computersoftware; Rådgivning vedrørende computer software; Beskyttelse mod computervirus; Stillen søgemaskiner til rådighed på internettet; Overvågning af computersystemer ved fjernadgang; Rådgivning om websitedesign; Elektronisk datalagring; Cloud computing; Stille outsource-tjenesteydelser til rådighed inden for informationsteknologi; Rådgivning vedrørende computerteknologi; Rådgivning vedrørende computersikkerhed; Design af kunstgrafik; Industriel design; Formgivning [industriel design].

**DE – 9**
Spielsoftware; Computerspiele zur Verwendung mit Funkoder Mobiltelefonen; Herunterladbare Software-Anwendungen für Computer; Gespeicherte Computersoftware; Herunterladbare Computerprogramme; Videospielkassetten; Herunterladbare elektronische Publikationen; Musikdateien zum Herunterladen; Bilddateien zum Herunterladen; Computerhardware; An Computer angepasste Peripheriegeräte; Computertastauren; Optische Platten [Datenverarbeitung]; Mäuse [Computerzubehör]; Mauspads [Mausmatten]; Handgelenkauflagen zur Verwendung mit Computern; Laptops; Laptoptaschen; Tablet-Computer; Hüllen für Tablet-Computer; Karten mit integrierten Schaltkreisen [Smartcards]; Speicherkarten für Videospielautomaten; Joysticks für Computer, ausgenommen für Videospiele; Security-Tokens [Verschlüsselungsgeräte]; USB-Sticks; Mobiltelefone; Schalen für Smartphones; Angepasste Schutzfolien für Smartphones; Riemen für Mobiltelefone; Bildschirmschutz für Mobiltelefone; Ringhalter für Mobiltelefone; Angepasste Halter für Mobiltelefone und Smartphones; Armaturenbrettmatten angepasst für Mobiltelefone und Smartphones; Humanoide Roboter mit künstlicher Intelligenz zur Verwendung in den folgenden Bereichen: Wissenschaftliche Forschung, Entwurf und Entwicklung von Computerhardware und -software und Computerspielen; Virtual-Reality-Headsets; Am Körper getragene Monitore; Kopfhörer; Material für elektrische Leitungen [Drahte, Kabel]; Elektrodrähte; Elektrische Batterien; Ladegeräte für Batterien; Dekorative Magnete; Zeichentrickfilme; Belichtete kinematografische Filme; Kopfhörer; Fotoapparate; Transportable Stromquellen; Durch Non-Fungible-Tokens [NFTs] authentifizierte, herunterladbare digitale Dateien.

**DE – 41**
Über ein Computernetzwerk online angebotene Spieldienstleistungen; Durchführung von Online-Spielen; Veröffentlichung und Bereitstellung von Computerspielen; Veranstaltung von Wettbewerben [Erziehung und Unterhaltung]; E-Sport-Dienste; Escape-Rooms [Unterhaltung] / Escape-Spiele [Unterhaltung]; Organisation von Cosplay-Veranstaltungen zu Unterhaltungszwecken; Herausgabe von Texten, ausgenommen Werbetexte; Online-Bereitstellung von nicht herunterladbaren elektronischen Publikationen; Veranstaltung von Unterhaltungsshows [Künstleragenturen]; Veranstaltung von Ausstellungen für kulturelle oder Unterrichtszwecke; Organisation und Veranstaltung von Kongressen; Durchführung von Live-Veranstaltungen; Dienste von Unterhaltungskünstlern; Fernsehunterhaltung; Filmproduktion, ausgenommen Werbefilmproduktion; Bereitstellung von nicht herunterladbarer Online-Musik; Bereitstellung von nicht herunterladbaren Online-Videos; Bereitstellung von nicht herunterladbaren Filmen über Video-on-Demand; Bereitstellung von nicht herunterladbaren Fernsehsendungen über Video-on-Demand; Unterhaltungsdienstleistungen; Informationen über Unterhaltungsveranstaltungen; Auskünfte über Freizeitaktivitäten; Dienstleistungen von Vergnügungsparks; Dienstleistungen von Spielhallen; Dienstleistungen bezüglich Freizeitgestaltung; Betrieb eines Klubs [Unterhaltung oder Unterricht]; Vermietung von Spielzeug;

No 018851429

3/14

**COPY**



Identification Code: YPRC5DH7Q6CRMXOGR5KJXL5TPI



Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata
Certificado de registro de marca de la Unión Europea / Eintragungsurkunde einer Unionsmarke / Registration
certificate of European Union trade mark / Certificat d'enregistrement de marque de l'Union européenne/
Certificato di registrazione di marchio dell'Unione europea

EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

UFFICIO DELL'UNIONE EUROPEA PER LA PROPRIETÀ INTELLETTUALE

Dienstleistungen einer Ludothek; Vermietung von Spielaus-
rüstung.

**DE** - 42
Design von Computer-Software; Vermietung von Computer-
Software; Technische Dienstleistungen für das Herunterladen
von Videospielen; Bereitstellung einer Website und webba-
sierter Dienste für das Online-Management von persönlicher
Computerspielsoftware; Software as a Service, nämlich Soft-
ware zur Zeiterfassung bei Computerspielen und Videospielen,
Software zum Anzeigen von Daten und Punkteständen wäh-
rend des Spiels, Software zur Aufzeichnung von Computer-
spiel- und Videospielfilmmaterial, Software zum Erstellen von
Screenshots bei Computerspielen und Videospielen, Software
für Computerspiel- und Videospiel-Erweiterungsgeräte; Ent-
wicklung von Video- und Computerspielen; Software as a
Service [SaaS]; Platform as a Service [PaaS]; Software-Ent-
wicklung im Rahmen des Software-Publishing; Beratung auf
dem Gebiet der Informationstechnologie [IT]; Installieren von
Computerprogrammen; Computersoftwareberatung; Dienst-
leistungen zum Schutz von Computerviren; Bereitstellung von
Suchmaschinen für das Internet; Fernüberwachung von
Computersystemen; Beratung zur Gestaltung von Websites;
Elektronische Datenspeicherung; Cloud-Computing; Outge-
sourcte Dienstleistungen auf dem Gebiet der Informationstech-
nologie; Beratung auf dem Gebiet der Computertechnologie;
Beratung auf dem Gebiet der Computersicherheit; Grafiker-
dienstleistungen; Industriedesign; Styling [industrielles Design].

**ET** - 9
Mängude tarkvara; Mobiiltelefonidega kasutatavad arvutimän-
gud; Allalaaditavad arvutitarkvararakendused; Salvestatud
arvutitarkvara; Arvutiprogrammid [allalaaditav tarkvara]; Vide-
omängude kassetid; Elektroonilised allalaaditavad publikat-
sioonid; Allalaaditavad muusikafailid; Allalaaditavad pildifailid;
Arvutiiistvara; Arvutite välisseadmed; Arvutite klaviatuurid,
klahvistikud; Optilised kettad; Hiired [arvuti välisseadmed];
Hiirematid; Randmetoed arvutikasutajatele; Sülearvutid;
Sülearvutiümbrised [kotid]; Tahvelarvutid; Tahvelarvutite
ümbrised; Integraalskeemkaardid, klipkaardid; Videomängu.sea-
dmete mälukaardid; Arvutijuhtkangid, v.a videomängudele;
Turvapääsmikud [krüpteerimisseadmed]; USB-mälupulgad;
Mobiiltelefonid; Nutitelefonide ümbrised; Nutitelefonide kaitse-
kiled; Mobiiltelefonide rihmad; Mobiiltelefonide ekraanisäästi-
jad; Mobiiltelefoni rõngashoidikud; Mobiiltelefonidega ja nuti-
telefonidega kohandatud hoidikud; Mobiiltelefonide ja nutite-
lefonide hoidmiseks kohandatud espaneelimatid; Tehisintel-
lektiga humanoidrobotid kasutamiseks järgmistes valdkonda-
des: Arvutiiistvara ja-tarkvara ning arvutimängude teaduslikud
uuringud, projekteerimine ja arendamine; Virtuaalreaalsuse
peakomplektid; Kaasaskantavad videokuvarid; Kõrvaklapid;
Elektriillinimaterjalid [juhtmed, kaablid]; Elektrijuhtmed;
Elektripatareid; Akulaadurid, patareilaadurid; Dekoratiivmagne-
tid; Multifilmid, joonisfilmid, animafilmid; Säritatud kinofilmid;
Kõrvaklapid; Fotokaamerad, fotoaparaadid; Kantavad toiteal-
likad; Asendamatute digitaalseste omandiõigust näitavate an-
dmeüksustega (NFT) autenditud allalaaditavad digitaalsed
failid.

**ET** - 41
Mänguteenused arvutivõrgus; Mänguteenused vee-
bikeskkonnas; Arvutimängude avaldamine ja pakkumine;
Hariduslike või meelelahutuslike võistluste organiseerimine;
E-sporti teenused; Põgenemistuba [meelelahutus] / pögene-
mismäng    [meelelahutus];    Cosplay-meelelahutusürituste
korraldamine; Tekstide, v.a reklaamtekstide publitseerimine,
avaldamine; Elektronväljaannete pakkumine arvutivõrgus, v.a
allalaaditavad; Etenduste korraldamine [impressaaride
enused]; Kultuurliste või hariduslike näituste korraldamine;
Kongresside korraldamine ja läbiviimine; Esinemised elavet-

tekandena; Meelelahutajateenused; Televisioonimeelelahutus-
saated, telemeelelahutus; Filmitootmine, -produtseerimine,
v.a reklaamfilmide tootmine; On-line-muusika (v.a allalaadita-
va)    pakkumine;    On-line-videote (v.a  allalaaditavate)
pakkumine; Filmide (v.a allalaaditavate) pakkumine võ.doku-
mentaalfilmide pakkumine; Filmide (v.a allalaaditavate) pakkumine nõudevi-
deo edastusteenuste vahendusel; Telecogrammide (v.a alla-
laaditavate) pakkumine nõudevideo edastusteenuste vahen-
dusel; Meelelahutusteenused,    Meelelahutusteave,  -info;
Rekreatsioonialane teave; Lõbustuspargiteenused; Mängua-
utomaatide saalide teenused; Rekreatsioonialade pakkumine;
Klubiteenused [meelelahutus või haridus]; Mänguasjade la-
enutus; Mängude raamatukogu teenused; Mänguvarustuse
laenutus.

**ET** - 42
Tarkvara projekteerimine; Arvutitarkvara üürimine, laenutus;
Tehnilised teenused videomängude allalaadimiseks; Veebilehe
ja veebiteenuste pakkumine isikliku arvutimängutarkvara si-
dushaldamiseks; Pilveteenused, nimelt arvuti- ja videomän-
gudes aja salvestamise tarkvara, mänguaeseste andmete ja
punktide kuvamise tarkvara, arvuti- ja videomängu filmimater-
jali salvestamise tarkvara, arvuti- ja videomängus ekraanipildi
tegemise tarkvara, arvuti- ja videomängu võimenedite tarkvara
sisaldavad pilveteenused; Video- ja arvutimängude arendami-
ne; Pilveteenused [SaaS]; Platvorm teenusena [PaaS]; Tark-
varaarenus tarkvarakirjastamise raames; Infotehnoloogiakon-
sultatsioonid; Arvutitarkvara installeerimine; Arvutitarkvarakon-
sultatsioonid; Arvutite viiruseltõrje teenusena; Interneti otsimo-
torite loomine; Arvutisüsteemide seiramine kaughalduse teel;
Veebisaitide projekteerimise konsultatsioonid; Elektrooniline
andmesalvestus; Pilvandmetöötlus; Infotehnoloogiateenuste
pakkumine alltöövõtuna; Arvutitehnoloogilised konsultat-
sioonid; Arvutiturbekonsultatsioonid; Graafiline disain; Töös-
tusdisain, tootekujundus; Kujundamine, stiliseerimine [too-
tekujundus, tööstusdisain].

**EL** - 9
Λογισμικό ηλεκτρονικών παιχνιδιών· Παιχνίδια ηλεκτρονικών
υπολογιστών για χρήση με κυψελοειδή ή κινητά τηλέφωνα·
Εφαρμογές    λογισμικού    ηλεκτρονικών    υπολογιστών,
μεταφορτώσιμες· Η/Υ (Προγράμματα –) εγγεγραμμένο· Η/Υ
(προγράμματα –) [τηλεμεταφερόμενο λογισμικό]· Φυσίγγια
παιχνιδιών βίντεο· Ηλεκτρονικές εκδόσεις, με δυνατότητα
μεταφόρτωσης·    Τηλεφορτώσιμα    αρχεία    μουσικής·
Τηλεφορτώσιμα    αρχεία    εικόνων·    Υλικό ηλεκτρονικών
υπολογιστών· Περιφερειακός εξοπλισμός προσαρμοσμένος
για χρήση σε ηλεκτρονικός υπολογιστές· Πληκτρολόγια
ηλεκτρονικού    υπολογιστή·    Δίσκοι    οπτικοί·    Ποντίκια
[εξαπλισμός πληροφορικής]· Προστατευτικές βάσεις για
ποντίκια (ηλεκτρονικού υπολογιστού)· Καρπών στηρίγματα
για    χρήση    με    ηλεκτρονικούς    υπολογιστές·    Φορητοί
ηλεκτρονικοί υπολογιστές· Θήκες για φορητούς υπολογιστές·
Φορητοί    υπολογιστές    (Tablet)·    Καλύμματα    φορητών
υπολογιστών-τύπου    ταμπλέτας·    Κάρτες    ολοκληρωμένων
κυκλωμάτων [έξυπνες κάρτες]· Κάρτες μνήμης για κονσόλες
βιντεοπαιχνιδιών· Χειριστήρια τύπου μοχλού για ηλεκτρονικούς
υπολογιστές, εκτός αυτών για χρήση με βιντεοπαιχνίδια·
Κουπόνια ασφαλείας [διατάξεις κρυπτογράφησης]· Οδηγοί
USB (καθολικού σειριακού αγωγού)· Κινητά τηλέφωνα· Θήκες
για    έξυπνα    τηλέφωνα·    Προστατευτικές    μεμβράνες
προσαρμοσμένες για έξυπνα τηλέφωνα· Λουράκια για κινητά
τηλέφωνα· Μέσα προφύλαξης οθόνης για κινητά τηλέφωνα·
Δακτύλιοι    στήριξης    κινητού    τηλεφώνου·    Βάσεις
προσαρμοσμένες για κινητά τηλέφωνα και έξυπνα τηλέφωνα·
Βάσεις στήριξης κινητών και έξυπνων τηλεφώνων στο ταμπλό
οχήματος· Ανθρωποειδή ρομπότ με τεχνητή νοημοσύνη για
χρήση    στους    ακόλουθους    τομείς:    Επιστημονική έρευνα,
σχεδιασμός και ανάπτυξη υλικού και λογισμικού ηλεκτρονικών
υπολογιστών και παιχνιδιών ηλεκτρονικών υπολογιστών·
Ακουστικά κεφαλής εικονικής πραγματικότητας· Οθόνες βίντεο



EUTM 018851429        Alicante, 19/09/2023

Identification Code: YPRC5DH7Q6CRMXOGR5KJXL5TPI

Page 6 of 15    EUTM 018851429        Alicante, 19/09/2023

No 018851429

5/14

Identification Code: YPRC5DH7Q6CRMXOGK5XJXL5TPI

**— 9 —**

Computer game software. Computer games for use on mobile and cellular phones; computer software applications, downloadable; computer software, recorded; computer programs [downloadable software]; video game software; electronic publications, downloadable; downloadable music files; downloadable image files; computer firmware; computer peripheral devices; computer hardware; optical discs; mouse [computer peripheral]; mouse pads; wrist rests for use with computers; laptop computers; sleeves for laptops; tablet computers; covers for tablet computers; integrated circuit cards [smart cards]; memory cards for video game machines; joysticks for use with computers, other than for video games; security tokens [encryption devices]; USB flash drives; mobile telephones; cases for smartphones; protective films adapted for smartphones; cell phone straps; mobile phone screen protectors; telephones; cases for smartphones; smartphones; mobile telephones and smartphones; dashboard mats adapted for holding mobile telephones and smartphones; humanoid robots with artificial intelligence for use in scientific research; mobile telephones and smartphones; smart mobile phones; computer hardware; virtual reality headsets; wearable video display monitors; headphones; materials for electric mains [wires, cables]; wires, electric; batteries, electric; battery chargers; dosimeters; magnets; batteries, electric; graphic film; exposed; earphones; cameras [photography]; portable media source; downloadable digital files authenticated by non-fungible tokens [NFTs].

**— 41 —**

Game services provided on-line from a computer network; Providing online games; publishing and provision of computer games; organization of competitions [education or entertainment]; e-sports services; escape room [entertainment]; organization of entertainment events; arrangement and conducting of congresses; presentation of live performances; exhibitions for cultural or educational purposes; arranging and organization of shows [impresario services]; organization of an on-line electronic document; providing on-line electronic publications, not downloadable; providing television programmes, not downloadable; providing films, not downloadable, via video-on-demand services; entertainment services; entertainment services; film production; entertainment services; television [entertainment]; entertainer services; radio and television entertainment; providing online music, not downloadable; providing online videos, not downloadable; movie studio services; providing amusement arcade services; entertainment information; amusement park services; providing recreation facilities; club services [entertainment or education]; toy rental; games library services; games equipment rental.

**— 42 —**

Computer software design; rental of computer software; technical services for the downloading of video games; providing a website and web based services for online management of personal computer game software; software as a service, namely, software for recording time in-game data and scores; software for recording computer game and video game footage; software for tracking screenshots of computer game footage; software for the development and editing of computer software enhancers; development of video and computer games; software as a service [SaaS]; platform as a service [PaaS]; software development in the framework of software publishing; information technology [IT] consultancy; installation of computer software; computer software consultancy; computer virus protection services; providing search engines for the internet; monitoring of computer systems by remote access; web site design consultancy; electronic data storage; cloud computing; outsource service providers in the field of information technology.



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

UFFICIO DELL'UNIONE EUROPEA PER LA PROPRIETÀ INTELLETTUALE



Certificato di registrazione di marchio dell'Unione europea

Copia Certificada / Beglaubigte Abschrift / Certified Copy / Copie Certifiée / Copia Autenticata / Certificado de registro de marca de la Unión Europea / Eintragungsurkunde einer Unionsmarke / Registration certificate of European Union trade mark / Certificat d'enregistrement de marque de l'Union européenne



Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata
Certificado de registro de marca de la Unión Europea / Eintragungsurkunde einer Unionsmarke / Registration
certificate of European Union trade mark / Certificat d'enregistrement de marque de l'Union européenne/
Certificato di registrazione di marchio dell'Unione europea



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

UFFICIO DELL'UNIONE EUROPEA PER LA PROPRIETÀ INTELLETTUALE

information technology; computer technology consultancy; computer security consultancy; graphic arts design; industrial design; styling [industrial design].

**FR** - 9
Logiciels de jeux; Jeux informatiques à utiliser avec des téléphones cellulaires ou portables; Applications logicielles informatiques téléchargeables; Logiciels [programmes enregistrés]; Programmes d'ordinateurs téléchargeables; Cartouches de jeux vidéo; Publications électroniques téléchargeables; Fichiers de musique téléchargeables; Fichiers d'images téléchargeables; Matériel informatique; Périphériques adaptés pour utilisation avec des ordinateurs; Claviers d'ordinateur; Disques optiques; Souris [périphérique d'ordinateur]; Tapis de souris; Repose-poignets à utiliser avec un ordinateur; Ordinateurs portables; Housses pour ordinateurs portables; Tablettes électroniques; Coques pour tablettes électroniques; Cartes à mémoire ou à microprocesseur; Cartes mémoire pour machines de jeux vidéo; Leviers de commande à utiliser avec un ordinateur autres que pour jeux vidéo; Jetons de sécurité [dispositifs de chiffrement]; Clés USB; Téléphones mobiles; Étuis pour ordiphones [smartphones]; Films de protection conçus pour ordiphones [smartphones]; Cordonnets pour téléphones mobiles; Protections d'écran pour téléphones mobiles; Bagues de téléphone mobile; Supports conçus pour téléphones mobiles et ordiphones [smartphones]; Tapis de tableau de bord conçus pour accueillir des téléphones mobiles et des ordiphones [smartphones]; Robots humanoïdes dotés d'une intelligence artificielle à utiliser dans les domaines suivants: Recherche, conception et développement scientifiques de matériel informatique et de logiciels, ainsi que de jeux informatiques; Casques de réalité virtuelle; Moniteurs d'affichage vidéo à porter sur soi; Casques à écouteurs; Matériel pour conduites d'électricité [fils, câbles]; Fils électriques; Piles électriques; Chargeurs de piles et batteries; Aimants décoratifs [magnets]; Dessins animés; Films cinématographiques exposés; Casques d'écoute; Appareils photographiques; Sources de courant portables; Fichiers numériques téléchargeables authentifiés par des jetons non fongibles [NFT].

**FR** - 41
Services de jeux proposés en ligne à partir d'un réseau informatique; Services de jeux en ligne; Publication et fourniture de jeux informatiques; Organisation de concours [éducation ou divertissement]; Services de sports électroniques; Jeux d'évasion [escape game] [divertissement]; Organisation d'événements costumés [cosplay] pour le divertissement; Publication de textes autres que textes publicitaires; Mise à disposition de publications électroniques en ligne non téléchargeables; Organisation de spectacles [services d'imprésarios]; Organisation d'expositions à buts culturels ou éducatifs; Organisation et conduite de congrès; Représentation de spectacles; Services d'artistes de spectacles; Divertissement télévisé; Production de films autres que films publicitaires; Mise à disposition en ligne de musique non téléchargeable; Mise à disposition en ligne de vidéos non téléchargeables; Mise à disposition de films, non téléchargeables, par le biais de services de vidéo à la demande; Mise à disposition d'émissions de télévision, non téléchargeables, par le biais de services de vidéo à la demande; Services de divertissement; Informations en matière de divertissement; Informations en matière de récréation; Services de parcs d'attractions; Services de salles de jeux; Mise à disposition d'installations de loisirs; Services de clubs [divertissement ou éducation]; Location de jouets; Services de ludothèque; Location de matériel de jeux.

**FR** - 42

Élaboration [conception] de logiciels; Location de logiciels informatiques; Services techniques de téléchargement de jeux vidéo; Fourniture d'un site Web en ligne et de services en ligne pour la gestion en ligne de logiciels de jeux informatiques personnels; Logiciel-service, à savoir logiciels pour l'enregistrement du temps de jeux informatiques et vidéo, logiciels pour la présentation de données et résultats dans des jeux, logiciels pour l'enregistrement de séquences de jeux informatiques et vidéo, logiciels pour la capture d'écran de jeux informatiques et vidéo, logiciels pour dispositifs d'amélioration de jeux informatiques et vidéo; Développement de jeux informatiques et vidéo; Logiciels en tant que service [SaaS]; Plateforme informatique en tant que service [PaaS]; Développement de logiciels dans le cadre de l'édition de logiciels; Conseils en technologie de l'information; Installation de logiciels; Consultation en matière de logiciels; Services de protection contre les virus informatiques; Fourniture de moteurs de recherche pour l'internet; Télésurveillance de systèmes informatiques; Conseils en conception de sites web; Stockage électronique de données; Informatique en nuage; Services externalisés en matière de technologies de l'information; Services de conseils en technologies informatiques; Consultation en matière de sécurité informatique; Services de conception d'art graphique; Dessin industriel; Stylisme [esthétique industrielle].

**IT** - 9
Software per giochi; Giochi per computer da utilizzare con telefoni cellulari; Applicazioni per computer software, scaricabili; Software [programmi registrati]; Programmi per computer, scaricabili; Cartucce per videogiochi; Pubblicazioni elettroniche [scaricabili]; Files musicali scaricabili; Files di immagini scaricabili; Computer hardware; Periferiche concepite per essere utilizzate con i computer; Tastiere del computer; Dischi ottici; Mouse [informatica]; Tappetini per mouse; Poggiapolsi per tastiera per l'uso del computer; Computer portatili; Custodie per computer portatile; Tablet; Covers per tablet; Carte magnetiche; Schede di memoria per videogiochi; Barre di comando da utilizzare con computer, non per video-giochi; Dispositivi di autenticazione di sicurezza [token]; Chiavi USB; Telefoni portatili; Astucci per smartphones; Pellicola protettiva adattata per smartphone; Cinghie per cellulari; Protezioni per lo schermo dei telefoni cellulari; Supporti a forma di anello per telefoni cellulari; Supporti progettati per telefoni cellulari e smartphone; Tappetini per cruscotto adatti a contenere telefoni cellulari e smartphone; Robots umanoidi dotati di intelligenza artificiale da utilizzare nei seguenti campi: Ricerca scientifica, progettazione e sviluppo di hardware e software e giochi per computer; Caschi per realtà virtuale; Monitor di visualizzazione video portatili; Cuffie per la musica; Materiale per condotte per l'elettricità [fili, cavi]; Fili elettrici; Batterie elettriche; Caricabatterie; Calamite decorative [magneti]; Disegni animati; Cinematografiche [pellicole] impressionate; Auricolari; Apparecchi fotografici; Alimentatori elettrici portatili; File digitali scaricabili autenticati da token non fungibili [NFT].

**IT** - 41
Servizi di giochi forniti online da una rete informatica; Giochi di denaro on line; Pubblicazione e fornitura di giochi per computer; Organizzazione di concorsi [educazione o divertimento]; Servizi di sport elettronico; Stanza di fuga [intrattenimento] / gioco di fuga [intrattenimento]; Organizzazione di eventi di intrattenimento cosplay; Pubblicazione di testi eccetto quelli pubblicitari; Fornitura online di pubblicazioni elettroniche non scaricabili; Organizzazione di spettacoli [servizi di impresari]; Organizzazione di esposizioni per scopi culturali o educativi; Organizzazione e direzione di congressi; Rappresentazione di spettacoli dal vivo; Servizi di artisti di spettacoli; Divertimento televisivo; Produzione di films non per scopi pubblicitari; Fornitura di musica online, non scaricabile; Forni-

No 018851429

6/14



Identification Code: YFRC5DH7Q6CRMXOGR5KJXL5TPI



Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata
Certificado de registro de marca de la Unión Europea / Eintragungsurkunde einer Unionsmarke / Registration
certificate of European Union trade mark / Certificat d'enregistrement de marque de l'Union européenne/
Certificato di registrazione di marchio dell'Unione europea



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

UFFICIO DELL'UNIONE EUROPEA PER LA PROPRIETÀ INTELLETTUALE

tura di video online, non scaricabili; Servizi di messa a
disposizione di films, non scaricabili, per mezzo di trasmissioni
di video on-demand; Servizi di messa a disposizione di
programmi televisivi, non scaricabili, per mezzo di trasmissioni
di video on-demand; Servizi di divertimento; Fornitura di infor-
mazioni in materia di divertimento; Fornitura di informazioni
in materia di ricreazione; Servizi di parchi di divertimento;
Servizi di sale di gioco; Servizi di fornitura di strutture ricreati-
ve; Servizi di clubs [divertimento o educazione]; Noleggio di
giocattoli; Servizi di biblioteche di giochi; Noleggio di attrezza-
ture di giochi.

IT - 42
Elaborazione [ideazione] di software; Locazione di software
informatici; Servizi tecnologici per scaricare videogame; Un
sito web e servizi basati sul web per gestione on-line di
software per giochi per personal computer; Software come
servizio, ovvero software per la registrazione del tempo in
giochi per computer o videogiochi, software per la visualizza-
zione di dati e punteggi in giochi, software per la registrazione
di filmati di giochi per computer e videogiochi, software per
scattare istantanee di giochi per computer e videogiochi,
software per potenziarli di giochi per computer e videogiochi;
Sviluppo di videogiochi e di giochi per computer; Software
come servizio [SaaS]; Piattaforma come servizio [PaaS];
Sviluppo di software nell'ambito di pubblicazione di software;
Servizi di consulenza in tecnologie informatiche [IT]; Installa-
zione di software; Consulenza in materia di software; Servizi
di protezione contro i virus informatici; Fornitura di motori di
ricerca per internet; Monitoraggio dei sistemi informatici tramite
accesso remoto; Consulenza per la progettazione di siti web;
Archivio elettronico di dati; Cloud computing; Servizi di forni-
tura nel settore delle tecnologie dell'informazione; Servizi di
consulenza informatica; Consulenza in materia di sicurezza
informatica; Servizi di disegnatori di arti grafiche; Servizi di
disegni industriali; Stilismo [industrial design].

LV - 9
Spēļu programmatūra; Datorspēles izmantošanai ar šūnu vai
mobilajiem telefoniem; Lejupielādējamas lietojumprogrammas;
Ierakstīta datoru programmatūra; Lejupielādējamas datorprog-
rammas; Videospēļu kasetnes; Lejupielādējamas elektroniskās
publikācijas; Lejupielādējamas mūzikas datnes (faili); Lejupie-
lādējamas attēlu datnes (faili); Datoraparatūra; Datoru perifē-
rijas ierīces; Datoru tastatūras; Optiskie diski; Peles (datoru
perifērijas ierīces); Peļu (datoru perifērijas ierīču) paliktni;
Plaukstas locītavu balsti datorlietotājiem; Klēpjdatori; Klēpjda-
toru apvalki; Planšetdatori; Planšetdatoru vāciņi un apvalki;
Viedkartes (kartes ar integrēto shēmu); Atmiņas kartes video-
spēļu iekārtām; Kursorsvara datoriem, izņemot videospēlēm
paredzētās kursorsviras; Kodu autentifikācijas žetoni; USB
zibatmiņas; Mobilie telefoni; Viedtālruņu mezzi; Aizsargstikls,
kas īpaši paredzētas viedtālruņiem; Mobilo telefonu auklinas;
Mobilo telefonu ekrānu aizsargi; Mobilo telefonu gredzenveida
turētāji; Mobilajiem telefoniem un viedtālruņiem pielāgoti tu-
rētāji; Auto priekšējā paneļa pakļāļini mobilo telefonu un vie-
dtālrunu novietošanai; Cilvēkveidīgie roboti ar mākslīgo inte-
lektu izmantošanai spēlēs; Zinātniskā izpēte, datoru
aparatūras un programmatūras projektēšana un izstrāde, kā
arī datorspēles; Virtuālās realitātes austinas ar mikrofonu;
Valkājami video monitori; Austinas; Elektrotīklu materiāli (vadi,
kabeļi); Elektrības vadi; Elektrisko akumulatoru baterijas;
Akumulatoru baterijas uzlādes ierīces; Dekoratīvie magnēti;
Animācijas filmas; Kinofilmas (eksponētas); Ieaušu austinas;
Fotokameras; Pārvietojami strāvas avoti; Lejupielādējamas
digitālās datnes (faili), kas autentificējamas ar neaizstājama-
jiem blokķēžu žetoniem (NFT).

LV - 41

Spēļu pakalpojumu nodrošināšana tiešsaistē ar datortīklu
starpniecību; Tiešsaistes spēļu pakalpojumi; Datorspēļu
publicēšana un nodrošināšana; Konkursu organizēšana izg-
lītības un izklaides nolūkiem; E-sporta pakalpojumi; Bēgšanas
istaba [izklaide] / bēgšanas spēle [izklaide]; Kostīmspēļu pa-
sākumu organizēšana izklaides nolūkiem; Tekstu, izņemot
reklāmas tekstus, publicēšana; Nelejupielādējamu elektronisku
publikāciju nodrošināšana tiešsaistē; Izrāžu organizēšana,
proti, impresāriju pakalpojumi; Izstāžu organizēšana kultūras
un izglītības nolūkiem; Kongresu rīkošana un vadīšana; Izrāžu
demonstrēšana; Mākslinieciskās izklaides pakalpojumi; Tele-
vīzijas izklaides pakalpojumi; Filmu, izņemot reklāmas filmas,
producēšana; Nelejupielādējamu digitālās mūzikas ierakstu
nodrošināšana tiešsaistē; Nelejupielādējamu audiovizuāls
nodrošināšana tiešsaistē; Nelejupielādējamu filmu nodroši-
nāšana, izmantojot pieprasījumvideo pārraides pakalpojumu;
Nelejupielādējamu televīzijas raidījumu nodrošināšana, izman-
tojot pieprasījumvideo pakalpojumu; Izklaides pakalpojumi;
Informācijas sniegšana par izklaidi; Informācijas sniegšana
par atpūtas pasākumiem; Atrakciju parku pakalpojumi; Spēļu
automātu pakalpojumu nodrošināšana; Atpūtas iespēju nod-
rošināšana; Klubu pakalpojumi izklaides vai izglītības no-
lūkiem; Rotaļlietu iznomāšana; Spēļu bibliotēku pakalpojumi;
Spēļu piederumu iznomāšana.

LV - 42
Datorprogrammu projektēšana; Datoru programmatūras izno-
māšana; Tehniskie pakalpojumi videospēļu lejupielādēšanai;
Tīmekļa vietnes nodrošināšana un uz tīmekli balstīti pakalpo-
jumi personālo datoru spēļu programmatūras tiešsaistes va-
dībai; Programmatūra kā pakalpojums, proti, programmatūra,
lai ierakstītu laiku datorspēlēs un videospēlēs, programmatūra,
lai demonstrētu spēles datus un rezultātus, programmatūra,
lai ierakstītu datorspēles un videospēles videomateriālu,
programmatūra, lai uzņemtu datorspēļu un videospēļu ekrānu-
znēmumus, programmatūra datorspēles un videospēles pa-
plašinājumiem; Videospēļu un datorspēļu izstrāde; Program-
matūra kā pakalpojums (SaaS); Platforma kā pakalpojums
(PaaS); Programmatūras izstrāde programmatūras publicēša-
nas jomā; Konsultēšana informācijas tehnoloģiju jomā; Datoru
programmatūras instalēšana; Konsultēšana datorprogrammu-
matūras jomā; Pakalpojumi aizsardzībai pret datorvīrusiem;
Meklētājprogrammu nodrošināšana Internetā; Attālinātā da-
torsistēmu uzraudzība; Konsultēšana tīmekļa vietnu dizaina
jomā; Elektroniskā datu uzglabāšana; Mākondatošanas pakal-
pojumi; Datortehnoloģiju ārpakalpojumi; Konsultēšana dator-
tehnoloģiju jomā; Konsultēšana datordrošības jomā; Grafiskā
dizaina izstrāde; Rūpnieciskā dizaina pakalpojumi; Stila izst-
rāde (rūpnieciskais dizains).

LT - 9
Kompiuterinių žaidimų programinė įranga; Kompiuteriniai
žaidimai, skirti naudoti korinio ryšio ar mobiliuosiuose telefo-
nuose; Parsisiunčiamoji kompiuterių programinė įranga;
Įrašyta kompiuterių programinė įranga; Parsisiunčiamosios
kompiuterių programos; Vaizdo žaidimų kasetės; Elektroninai
leidiniai [parsisiunčiamieji]; Parsisiunčiamosios muzikos rink-
menos; Parsisiunčiamosios vaizdo rinkmenos; Kompiuterinė
aparatinė įranga; Kompiuterių išoriniai įrenginiai; Kompiuterių
klaviatūros; Optiniai diskai; Pelės [kompiuterio išoriniai įtaisai];
Pelės padėkliukai; Riešų atramos darbui su kompiuteriais;
Skreitiniai kompiuteriai; Skreitinių kompiuterių įmautės; Pla-
nšetiniai kompiuteriai; Planšetinių kompiuterių dangtelai; In-
tegrinių grandinių kortelės [lustinės kortelės]; Vaizdo žaidimų
aparatų atminties kortelės; Kompiuterių vairasvirtės (ne vaizdo
žaidimams); Prieigos raktai [šifravimo prietaisai]; Atmintukai
[USB]; Mobilieji telefonai; Išmaniųjų telefonų deklai; Išmaniųjų
telefonų ekranų apsauginės plėvelės; Mobilijų telefonų dirže-
liai; Mobilijų telefonų ekranų apsaugos; Žiediniai mobilijų
telefonų laikikliai; Mobilijų ir išmaniųjų telefonų laikikliai;



EUTM 018851429    Alicante, 19/09/2023



| | |
|---|---|
| Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata |
| Certificado de registro de marca de la Unión Europea / Eintragungsurkunde einer Unionsmarke / Registration certificate of European Union trade mark / Certificat d'enregistrement de marque de l'Union européenne/ Certificato di registrazione di marchio dell'Unione europea |



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

UFFICIO DELL'UNIONE EUROPEA PER LA PROPRIETÀ INTELLETTUALE

Prietaisų skydelio padėklai mobiliesiems ir išmaniesiems telefonams laikyti; Dirbtinio intelekto humanoidiniai robotai naudoti šiose srityse: Moksliniai tyrimai, kompiuterių aparatinės ir programinės įrangos projektavimas ir tobulinimas bei kompiuteriniai žaidimai; Virtualiosios realybės ausinės; Dėvimieji vaizdo monitoriai; Radijo ausinės; Elektros linijų medžiagos [laidai, kabeliai]; Elektros laidai; Elektrinės baterijos; Baterijų įkrovimo įtaisai; Puošybiniai magnetai; Animaciniai filmai; Kino juostos (eksponuotos); Ausinės; Fotoaparatai; Nešiojami energijos tiekimo įrenginiai; Parsisiunčiamosios skaitmeninės rinkmenos, patvirtintos nepakeičiamais žetonais [NFTs].

LT - 41
Žaidimų paslaugos, teikiamos tiesiogiai per kompiuterių tinklą; Interneting žaidimų paslaugos; Kompiuterinių žaidimų publikavimas ir teikimas; Pramoginių ar mokomųjų konkursų rengimas; Elektroninio sporto paslaugos; Pabėgimo kambarys [pramogos] / pabėgimo žaidimas [pramogos; Teminių pramoginių renginių (cosplay) rengimas; Tekstų skelbimas [išskyrus reklaminius]; Elektroninių publikacijų teisiginis pateikimas per kompiuterių tinklą (ne parsisiunčiamųjų); Pramoginių rodinių [šou] rengimas; Kultūros ar mokomųjų parodų rengimas; Kongresų rengimas ir vedimas; Tiesioginių laidų rengimas; Artistų paslaugos; Televizijos pramoginės laidos; Filmų kūrimas (išskyrus reklaminius); Tiesioginis muzikos pateikimas per kompiuterių tinklą (ne parsisiunčiamosios); Tiesioginis vaizdo įrašų pateikimas per kompiuterių tinklą (ne parsisiunčiamujų; Vaizdo filmų parūpinimas pagal pageidavimą (ne parsisiunčiamųjų; Televizijos programų parūpinimas pagal pageidavimą (ne parsisiunčiamųjų); Pramogų paslaugos; Pramogų informacija; Informacija apie poilsio ir pramogų renginius; Atrakcionų parkų paslaugos; Pramogų pavijonų paslaugos; Poilsio ir pramogų vietų paslaugos; Klubų paslaugos [pramogos ar švietimas]; Žaislų nuoma; Žaidimų bibliotekų paslaugos; Žaidimų įrangos nuoma.

LT - 42
Kompiuterių programinės įrangos projektavimas; Kompiuterių programų nuoma; Vaizdo žaidimų parsisiuntimo techninė pagalba; Svetainės teikimas ir tinklo paslaugų teikimas, skirtas asmeninių kompiuterinių žaidimų programinei įrangai valdyti tiesioginiu ryšiu; Programinė įranga kaip paslauga, būtent programinė įranga, skirta laikui kompiuteriniuose žaidimuose ir vaizdo žaidimuose registruoti, programinė įranga, skirta duomenims ir balams žaidimuose rodyti, kompiuterių programinė įranga, skirta kompiuteriniu žaidimų ir vaizdo žaidimų filmuotai medžiagai įrašyti, kompiuterių programinė įranga, skirta kompiuterinių žaidimų ir vaizdo žaidimų ekrano kopijoms daryti, programinė įranga, skirta kompiuterių žaidimų ir vaizdo žaidimų kokybės gerinimo prietaisų reikmėms; Vaizdo ir kompiuterinių žaidimų kūrimas; Programinė įranga kaip paslauga [SaaS]; Platforma kaip paslauga [PaaS]; Programinės įrangos leidybos programavimas; Informacinių technologijų [IT] konsultavimo paslaugos; Kompiuterinės programinės įrangos įtaisymas; Kompiuterių programinės įrangos konsultacijos; Apsaugos nuo kompiuterinių virusų paslaugos; Internetinių paieškos sistemų parūpinimas; Kompiuterių sistemų stebėsena per nuotolinę prieigą; Visuotinio kompiuterių tinklo svetainių projektavimo konsultacijos; Elektroninių duomenų saugojimas; Debesų kompiuterija; Informacinių technologijų užsakomosios paslaugos; Kompiuterinių technologijų konsultacijos; Kompiuterių aparatūros konsultacijos; Meninio dizaino paslaugos; Pramoninis konstravimas; Eskizų darymas [pramoninis dizainas].

HR - 9
Softver za igrice; Računalne igre za uporabu na mobilnim telefonima; Aplikacije za računalne programe koje se mogu preuzeti s Interneta. Računalni programi [snimljeni]; Programi (računalni -) [koji se mogu preuzeti]; Kazete za videoigre;

Elektronske publikacije koje se mogu preuzeti s Interneta; Glazbene datoteke koje se mogu preuzimati s Interneta; Slikovne datoteke koje se mogu preuzimati s Interneta; Računalni hardver; Periferni uređaji prilagođeni za uporabu s računalima; Tipkovnice računala; Optički diskovi; Miš [računalna oprema]; Podloge za miša; Podošci za šaku za rad s računalima; Računala, džepna; Navlake za prijenosna računala; Tablet računala; Futrole za tablet računala; Smart kartice [kartice s integriranim rasklopnim krugom]; Memorijske kartice za uređaje za video igrice; Džojstik za uporabu s računalima, osim za videoigre; Sigurnosni tokeni [uređaji za šifriranje]; USB uređaji [USB stickovi]; Mobiteli; Etuiji za pametne telefone; Zaštitne folije prilagođene za pametne telefone; Trake za mobilne telefone; Štitnici za zaslone mobilnih telefona; Prstenasti držači za mobilne telefone; Držači prilagođeni mobilnim i pametnim telefonima; Podloge za upravljačku ploču prilagođene za držanje mobilnih telefona i pametnih telefona; Humanoidni roboti s umjetnom inteligencijom za uporabu u sljedećim područjima: Znanstveno istraživanje, koncepcija i razvoj računalnog hardvera i softvera i računalno igranje; Slušalice za generiranje virtualne stvarnosti; Nosivi monitori za prikazivanje videosadržaja; Slušalice; Materijali za električne mreže [žice, kablovi]; Električni kablovi; Električne baterije; Punjači baterija; Ukrasni magneti; Crtani filmovi; Eksponirani kinematografski filmovi; Slušalice; Fotoaparati; Prijenosni izvori napajanja; Digitalne datoteke koje se mogu preuzimati i čija se autentičnost provjerava s pomoću nezamjenjivih tokena (NFT).

HR - 41
Online igre na računalnoj mreži; Usluge online igranja; Objavljivanje i ponuda računalnih igara; Organiziranje natjecaja [obrazovanja ili razonoda]; Usluge e-sporta; „escape room" (bijeg iz zaključane sobe) [zabava] / igra bijega iz zaključane sobe [zabava]; Organizacija zabavnih kostiminiranih događanja; Objavljivanje tekstova [osim u reklamne svrhe]; Pružanje elektroničkih publikacija koje se ne mogu preuzimati; Organiziranje spektakla [usluge impresarija]; Organiziranje izložaba u kulturne i odgojne svrhe; Organiziranje i održavanje kongresa; Izvedbe (Prikazivanje uživo -); Obuka; Razonoda posredstvom televizije; Filmska produkcija, osim reklamnih filmova; Pružanje on-line glazbe, koja nije za preuzimanje; Pružanje on-line video snimaka, koji nisu za preuzimanje; Pružanje filmova koji se ne mogu preuzeti putem usluga prijenosa videozapisa na zahtjev; Pružanje televizijskih programa koji se ne mogu preuzeti putem usluga prijenosa videozapisa na zahtjev; Zabavne usluge; Obavijesti u razonodi; Obavijesti u svezi rekreacije; Cirkusi [zabavni parkovi]; Usluge video arkade; Rekreacijski objekti (Pružanje -); Usluge klubova [za zabavu ili za obrazovanje]; Iznajmljivanje igrački; Usluge knjižnice s videoigrama; Iznajmljivanje opreme za igre.

HR - 42
Izrada [koncipiranje] računalnih programa; Iznajmljivanje informatičkih programa; Tehničke usluge za preuzimanje videoigara; Osiguravanje internetske stranice i usluga putem iste za on-line upravljanje softverom za uporabu na osobnom računalu; Softver kao usluga, i to softver za bilježenje vremena u računalnim igrama i videoigrama, softver za prikazivanje podataka i rezultata u igrama, softver za snimanje videosnimaka računalnih igara i videoigara, softver za snimanje slika računalnih igara i videoigara, softver za pojačivače računalnih igara i videoigara; Razvoj računalnih igara i videoigara; Softver kao usluga [SaaS]; Platforma kao usluga (PaaS); Razvoj softvera u okviru izdavanja softvera; Konzultantske usluge u svezi s informacijskom tehnologijom; Instaliranje računalnog softvera; Konzultantske usluge u svezi s računalnim softverom; Zaštita od informatičkih virusa; Ponuda pretraživača za Internet; Daljinski nadzor računalnih

No 018851429

8/14



EUTM 018851429   Alicante, 19/09/2023

Identification Code: YFRC5DH7Q6CRMXOGR5KJXL5TPI



| | |
|---|---|
| Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata | |

Certificado de registro de marca de la Unión Europea / Eintragungsurkunde einer Unionsmarke / Registration certificate of European Union trade mark / Certificat d'enregistrement de marque de l'Union européenne/ Certificato di registrazione di marchio dell'Unione europea



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

UFFICIO DELL'UNIONE EUROPEA PER LA PROPRIETÀ INTELLETTUALE

sustava; Savjetovanje u svezi s dizajnom web-stranica; Pohrana elektroničkih podataka; Cloud računarstvo; Vanjski pružatelji usluga u području informacijske tehnologije; Savjetodavne usluge u vezi s računalnom tehnologijom; Savjetovanje u svezi s računalnom sigurnosti; Grafički dizajn; Industrijski dizajn; Industrijska estetika.

**HU – 9**
Játékszoftverek; Mobiltelefonokon játszható számítógépes játékok; Számítógépes szoftveralkalmazások, letölthető; Számítógépes programok, rögzített; Számítógépes programok [letölthető szoftverek]; Videojáték patronok, kazetták; Letölthető elektronikus kiadványok, publikációk; Letölthető zenefájlok; Letölthető képfájlok; Számítógépes hardver; Számítógéphez kialakított perifériák; Számítógép billentyűzetek; Optikai lemezek; Egér [számítógép-periféria]; Egérpadok; Csuklótámaszok számítógépekhez; Laptop számítógépek; Laptop tokok; Táblagépek; Táblagép tokok; Chipkártyák [integrált áramkörös kártyák]; Memóriakártyák videojáték-gépekhez; Botkormányok számítógépekhez, videojátékokhoz; Biztonsági tokenek [kódoló eszközök]; USB pendrive-ok; Mobiltelefonok; Tokok okostelefonhoz; Védőfóliák okostelefonhoz; Szíjak, pántok mobiltelefonokhoz; Képernyővédők mobiltelefonokhoz; Mobiltelefon-tartó gyűrűk; Mobiltelefonokhoz és okostelefonokhoz kialakított tartók; Mobiltelefonokat és okostelefonokat tartó alátétek műszerfalakra; Humanoid robotok mesterséges intelligenciával a következő területeken történő használatára: Tudományos kutatás, számítógépes hardverek és szoftverek tervezése és fejlesztése, valamint számítógépes játékok; Virtuális valóság headsetek; Hordható videokijelző monitorok; Fejhallgatók; Anyagok elektromos hálózatokhoz; Fényképezőgépek [huzalok, kábelek]; Elektromos kábelek; Elektromos elemek, akkumulátorok; Akkumulátor- és elemtöltők; Diszító mágnesek; Rajzfilmek; Exponált mozifilmek; Fejhallgatók; Fényképezőgépek, kamerák; Hordozható áramforrás; Letölthető, nem helyettesíthető tokenekkel (NFT) hitelesített digitális fájlok.

**HU – 41**
Számítógépes hálózatról online biztosított játékszolgáltatások; Online játékszolgáltatások; Számítógépes játékok megjelentetése és rendelkezésre bocsátása; Versenyek szervezése [oktatás vagy szórakoztatás]; E-sport szolgáltatások; Szabadulószoba [szórakoztatás] / szabadulós játék [szórakoztatás]; Cosplay szórakoztató rendezvények szervezése; Nem nekizárólag szöveges publikálása; Online elektronikus kiadványok biztosítása, nem letölthetők; Show-műsorok szervezése [impresszáriók szolgáltatásai]; Kulturális vagy oktatási célú kiállítások szervezése; Kongresszusok szervezése és lebonyolítása; Élő előadások bemutatása; Előadóművészek szolgáltatásai; Televíziós szórakoztatás; Filmgyártás, kivéve reklámfilmek; Digitális zene szolgáltatása az interneten [nem letölthető]; Online, nem letölthető videók biztosítása; Nem letölthető filmek biztosítása digitális videotár szolgáltatások útján; Nem letölthető televíziónúsorok biztosítása digitális videotár szolgáltatások útján; Szórakoztatási szolgáltatások; Szórakozási, szórakoztatási információk; Szabadidős tevékenységekkel kapcsolatos tájékoztatás; Vidámparkok; Játéktermi szolgáltatások nyújtása; Szabadidős létesítmények üzemeltetése; Klubszolgáltatások [szórakoztatás vagy oktatás]; Játékkölcsönzés; Játékkönyvtári szolgáltatások; Játékfelszerelések kölcsönzése.

**HU – 42**
Szoftvertervezés; Számítógépes szoftver bérlése, kölcsönzése; Videojátékok letöltésével kapcsolatos technikai szolgáltatások; Honlap- és internetalapú szolgáltatások biztosítása személyi számítógépes játékszoftverek online kezeléséhez; Szoftver-mint-szolgáltatás, nevezetesen időmérő szoftverek számítógépes játékokhoz és videojátékokhoz, szoftverek a

játékon belüli adatok és pontszámok megjelenítésére, számítógépes játék és videojáték felvételére szolgáló szoftverek, szoftverek számítógépes játékok és videojáték képernyőképének rögzítéséhez, számítógépes játék- és videojátékfejlesztő szoftverek; Video- és számítógépes játékok bérbevétele; Szoftver mint szolgáltatás [SaaS]; Platform-mint-szolgáltatás (PAAS); Szoftverfejlesztés szoftverkiadás keretében; Információtechnológiai [IT] tanácsadási szolgáltatások; Szoftvertelepítés; Számítógép szoftver tanácsadás; Számítógépes vírusvédelmi szolgáltatások; Internetes kereső otrorok biztosítása; Számítógépes rendszerek távfelügyelete [monitoring]; Honlaptervezési tanácsadás; Elektronikus adattárolás; Felhőalapú szolgáltatástechnika; Kihelyezett szolgáltatók az információs technológia területén; Számítástechnikai tanácsadás; Számítógépes biztonsággal kapcsolatos tanácsadás; Grafikai tervezés; Ipari formatervezés; Stíldíszítés [ipari formatervezés].

**MT – 9**
Softwer tal-loghbiet; Logħob tal-kompjuter għall-użu ma' telefowns ċellulari jew mowbajls; Applikazzjonijiet ta' softwer tal-kompjuter, li jitniżżlu; Programmi tal-kompjuter irrekordjati; Programmi tal-kompjuter [softwer li jista' jitniżżel]; Kontenituri tad-data għal logħob tal-vidjo; Pubblikazzjonijiet elettroniċi, li jistgħu jitniżżlu; Fajls tal-mużika li jistgħu jitniżżlu; Fajls tal-immaġni li jistgħu jitniżżlu; Ħardwer tal-kompjuter; Periferali addattati għall-użu mal-kompjuters; Tastieri tal-kompjuters; Diski ottiċi; Maws [periferal tal-kompjuter]; Mattijiet għall-maws; Serħ il-polz għal użu ma' kompjuters; Kompjuters stil takkwin; Kisi għall-kompjuter li jinġarr; Kompjuter f'forma ta' tablets; Għata għall-kompjuters tablets; Skedi [kards] b'ċirkwiti integrati; Kards tal-memorja għal magni tal-logħob bil-vidjow; Ġojstikks għall-użu ma' kompjuters, għajr għall-vidjowġejms; Tokens tas-sigurtà [apparat ta' kriptaġġ]; Flash drives tal-USB; Mowbajls; Kaxxi għall-ismartphones; Films protettivi addattati għal smartphones; Ċineg tat-telefons ċellulari; Protetturi tal-iskrin tal-mowbajl; Oġġetti tondi għaż-żamma tat-telefons ċellulari; Pokits addattati għal telefons ċellulari u smartphones; Mats tad-dashboard addattati biex jinżammu telefons ċellulari u smartphones; Robots umanojdi b'intelliġenza artifiċjali għall-użu fi-oqsma li ġejjin: Riċerka, disinn u żvilupp xjentifiku ta' hardware u software tal-kompjuter, u logħob tal-kompjuter; Ħedsets tar-realtà virtwali; Moniters tad-displej u l-vidjo li jintlibsu; Kuffji; Materjali għall-mejns tal-elettriku (linji); Linji elettriċi; Batteriji tal-elettriku; Karikaturi għal batteriji elettriċi; Dekorattivi (Kalamiti –); Kartuns animati; Films ċinematografiċi (espost); Kuffji; Kameras; Sors ta' enerġija li jista' jinġarr; Fajls tal-kompjuter li jistgħu jitniżżlu awtentikati permezz ta' tokens mhux funġibbli (NFTs).

**MT – 41**
Servizzi ta' logħob provduti fuq l-internet (minn netwerk tal-kompjuter); Servizzi ta' logħob fuq l-internet; Il-pubblikazzjoni u l-provvista ta' logħob tal-kompjuter; Kompetizzjonijiet (Organizzazzjoni ta' -) [edukazzjoni jew divertiment]; Servizzi ta' sports elettroniku; escape room [divertiment] / escape game [divertiment]; L-organizzazzjoni ta' avvenimenti ta' divertiment fil-qasam tal-cosplay; Il-pubblikazzjoni ta' testi (minbarra testi pubbliċitarji); Provvista ta' pubblikazzjonijiet elettroniċi online, li ma jistgħux jitniżżlu; Organizzazzjoni ta' spettakli [servizzi ta' impreżarju]; L-organizzazzjoni ta' esibizzjonijiet għal skopijiet kulturali u edukattivi; L-organizzazzjoni u t-tmexxija ta' kungressi; Prestazzjonijiet diretti (Preżentazzjoni ta' -); Servizzi ta' professjonist fil-qasam tad-divertiment; Divertiment fuq it-televiżjoni; Il-produzzjoni tal-films, għajr għal films tar-reklamar; Provvista ta' mużika diġitali (li ma tistax titniżżel) mill-internet; Forniment ta' vidjows online, li ma jitniżżlux; Il-provvediment ta' films, li ma jistgħux jitniżżlu, permezz ta' servizzi ta' trażmissjoni tad-vidjo fuq talba; Il-provvediment ta' programmi televiżivi, li ma jistgħux jitniżżlu, permezz ta'

No 018851429

9/14



Identification Code: YFRC5DH7Q6CRMXOGR5KJXL5TPI



| Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata
Certificado de registro de marca de la Unión Europea / Eintragungsurkunde einer Unionsmarke / Registration
certificate of European Union trade mark / Certificat d'enregistrement de marque de l'Union européenne/
Certificato di registrazione di marchio dell'Unione europea



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

UFFICIO DELL'UNIONE EUROPEA PER LA PROPRIETÀ INTELLETTUALE

servizzi ta' trażmissjoni ta' vidjow fuq talba; Servizzi ta' divertiment; Informazzjoni dwar id-divertiment; Informazzjoni dwar rikreazzjoni; Parks tad-divertiment; Il-provvista ta' servizzi ta' hwienet għad-divertiment b'magni tal-logħob awtomatiċi; Faċilitajiet għar-rikreazzjoni (Provvista ta' -); Servizzi ta' klabb [divertiment jew edukazzjoni]; Il-kiri ta' gugarelli; Servizzi ta' librerija tal-logħob; Il-kiri ta' tagħmir tal-logħob.

MT — 42
L-iżvilupp ta' softwer tal-kompjuter; Kiri ta' softwer tal-kompjuter; Servizzi tekniċi għat-tniżżil tal-logħob tal-vidjo; Il-provvista ta' websajt u ta' servizzi bbażati fuq il-web għall-ġestjoni onlajn ta' softwer tal-logħob tal-kompjuter personali; Softwer bħala servizz, jiġifieri, softwer għar-reġistrazzjoni ta' hin f'logħob tal-kompjuter u logħob tal-vidjow, softwer għall-wiri ta' data u punteġġi f'logħba, softwer għar-reġistrazzjoni ta' filmati ta' logħob tal-kompjuter u logħob tal-vidjow, softwer li jieħu ritratti tal-iskrin ta' logħob tal-kompjuter u logħob tal-vidjow, softwer li jtejjeb logħob tal-kompjuter u logħob tal-vidjow; L-iżvilupp ta' logħob vidjo u tal-kompjuter; Softwer bħala servizz [SaaS]; Pjattaforma bħala Servizz (PAAS); L-iżvilupp ta' softwer fil-qafas tal-pubblikazzjoni ta' softwer; Konsulenza fil-qasam tat-teknoloġija tal-informatika; Installazzjoni ta' softwer tal-kompjuter; Konsulenza (ta-softwer tal-kompjuter); Servizzi għall-ħarsien tal-kompjuter minn virus; Provvista ta' faċilitajiet ta' tiftix għall-internet; Il-monitoraġġ ta' sistemi tal-kompjuter b'aċċess mill-bogħod; Konsultazzjoni dwar disinn ta' websajt; Ħżin tal' data elettroniku; Kunċetti tal' konfigurazzjoni; Fornituri esterni tas-servizzi fil-qasam tat-teknoloġija tal-informatika; Konsulenza fit-teknoloġija tal-kompjuter; Konsulenza dwar is-sigurtà tal-kompjuter; Disinn grafiku; Disinn u ġġanar industrijali; Il-mod kif ħaġa hi msawra (disinn industrijali).

NL — 9
Spelsoftware; Computerspellen voor draagbare of mobiele telefoons; Downloadbare computersoftware-applicaties; Software [geregistreerde programma's]; Computerprogramma's, downloadable; Videospelcassettes; Elektronische publicaties [te downloaden]; Downloadbare muziekbestanden; Downloadbare beeldbestanden; Computer hardware; Computerrandapparatuur; Toetsenborden voor computers; Optische schijven; Computermuizen; Muismatten; Polssteunen voor gebruik met computers; Laptops; Hoezen voor laptops; Elektronische tablets; Hoesjes voor tabletcomputers; Kaarten met geheugen of met microprocessor; Geheugenkaarten voor videospelmachines; Joysticks voor gebruik met computers, anders dan voor videospellen; Authenticatie tokens [encryptie-apparaten]; USB-sticks; Mobiele telefoons; Etuis voor smartphones; Beschermende folie aangepast aan smartphones; Koordjes voor mobiele telefoons; Beeldschermbeschermers voor mobiele telefoons; Ringhouders voor mobiele telefoons; Houders bedoeld voor mobiele telefoons en smartphones; Dashboardmatten met houders voor mobiele telefoons en smartphones; Hominoïde robots met kunstmatige intelligentie voor gebruik met betrekking tot de volgende gebieden: Wetenschappelijk onderzoek, ontwerp en ontwikkeling van hardware en software en computerspellen; Virtual reality headsets; Op het lichaam te dragen videomonitors; Hoofdtelefoons; Materiaal voor elektrische leidingen [draden, kabels]; Elektrische draden; Elektrische batterijen; Batterij-laders; Magneten, decoratieve; Tekenfilms; Cinematografische films, belicht; Oorteiefoons; Fototoestellen; Draagbare voedingsbronnen; Downloadbare digitale bestanden geauthentiseerd door niet-inwisselbare tokens [NFT's].

NL — 41
Ter beschikking stellen van online spellen via een computernetwerk; Gokspellen online; Uitgave en verschaffing van computerspellen; Organisatie van wedstrijden [opvoeding of

ontspanning]; E-sportdiensten; Escaperooms [ontspanning] / ontsnappingsspellen [ontspanning]; Organisatie van cosplay-evenementen voor ontspanningsdoeleinden; Testuitgave, andere dan publicitair; Ter beschikking stellen van online, niet-downloadbare elektronische publicaties; Organisatie van voorstellingen [impresario-diensten]; Organisatie van tentoonstellingen voor culturele of educatieve doeleinden; Het organiseren en houden van congressen; Toneelvoorstellingen; Diensten van film- en toneelartiesten; Ontspanning via de televisie; Filmproductie, anders dan voor reclamedoeleinden; Ter beschikking stellen van online niet-downloadbare muziek; Ter beschikking stellen van online niet-downloadbare video's; Ter beschikking stellen van films, niet downloadbaar, via video-on-demand; Ter beschikking stellen van televisieprogramma's, niet downloadbaar, via video-on-demand; Amusementsdiensten; Verschaffen van informatie op het gebied van amusement; Verschaffen van informatie op het gebied van recreatie; Diensten van attractieparken; Diensten van amusementshallen; Ter beschikking stellen van installaties voor vrijetijdsbesteding; Clubs [ontspanning of opvoeding]; Verhuur van speelgoed; Spelbibliotheekdiensten; Verhuur van spelmateriaal.

NL — 42
Software-ontwikkeling; Verhuur van computer software; Technische diensten met betrekking tot het downloaden van videospellen; Verschaffing van een website en levering van diensten via het web voor onlinebeheer van spelsoftware voor personal computers; Terbeschikkingstelling van software (SaaS) voor tijdopname in computer- en videospellen, software voor het weergeven van gegevens en scores in spellen, software voor het opnemen van beelden van computer- en videospellen, software voor het maken van screenshots van computer- en videospellen, software voor computer- en videospel-uitbreidingen; Ontwikkeling van video- en computerspellen; Ter beschikking stellen van software [SaaS]; Platform als een dienst (PaaS); Softwareontwikkeling in het kader van de publicatie van software; Advisering met betrekking tot IT IT; Installatie van software; Advisering op het gebied van software; Bescherming tegen computervirussen; Ter beschikking stellen van zoekmachines voor het internet; Controle op afstand van computersystemen; Websiteontwerpadvies; Elektronische data-opslag; Cloud computing; Outsourcing op het gebied van IT; Advisering op het gebied van computertechnologie; Advisering inzake computerbeveiliging; Grafisch ontwerp; Industrieel ontwerp; Styling [industrieel ontwerpen].

PL — 9
Oprogramowanie gier; Gry komputerowe do użytku z telefonami komórkowymi; Aplikacje komputerowe do pobrania; Programy komputerowe nagrane; Programy komputerowe [oprogramowanie do pobrania]; Kartridże z grami wideo; Publikacje elektroniczne, do pobrania; Pliki muzyczne do pobierania; Pliki graficzne do pobierania; Sprzęt komputerowy; Sprzęt peryferyjny do komputerów; Klawiatury komputerowe; Dyski optyczne; Myszy [sprzęt do przetwarzania danych]; Podkładki pod myszy komputerowe; Podpórki pod nadgarstki do użytku z komputerem; Komputery przenośne [podręczne]; Pokrowce na laptopy; Tablety; Pokrowce do tabletów; Karty inteligentne [karty z układem scalonym]; Karty pamięci do urządzeń do gier wideo; Dżojstiki do użytku z komputerami, inne niż do gier wideo; Tokeny bezpieczeństwa [urządzenia szyfrujące]; Pamięci zewnętrzne USB; Telefony komórkowe; Etui na smartfony; Folie ochronne dostosowane do smartfonów; Paski do telefonów komórkowych; Ochraniacze na ekrany telefonów komórkowych; Uchwyty w kształcie pierścienia do telefonów komórkowych; Uchwyty dostosowane do telefonów komórkowych i smartfonów; Maty na deskę rozdzielczą na telefony komórkowe i smartfony; Roboty humanoidalne wyposażone w sztuczną inteligencję do użytku w następują-

No 018851429

10/14



EUTM 018851429         Alicante, 19/09/2023



Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata
Certificado de registro de marca de la Unión Europea / Eintragungsurkunde einer Unionsmarke / Registration
certificate of European Union trade mark / Certificat d'enregistrement de marque de l'Union européenne/
Certificato di registrazione di marchio dell'Unione europea



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

UFFICIO DELL'UNIONE EUROPEA PER LA PROPRIETÀ INTELLETTUALE

cych dziedzinach: Badania, projektowanie i rozwój naukowy w zakresie sprzętu komputerowego i oprogramowania oraz gier komputerowych; Zestawy na głowę do rzeczywistości wirtualnej; Monitory wyświetlające wideo do noszenia na ciele lub w ubraniach; Słuchawki [zakładane na głowę]; Materiały na przewody instalacji elektrycznych [kable]; Kable elektryczne; Ogniwa galwaniczne; Ładowarki do baterii; Magnesy dekoracyjne; Filmy rysunkowe animowane; Film kinematograficzny, nakświetlony; Słuchawki [douszne]; Aparaty fotograficzne; Przenośne źródła prądu; Pliki cyfrowe do pobrania uwierzytelnione za pomocą niewymienialnych tokenów [NFT].

**PL** - 41
Usługi gier oferowane w systemie on-line za pośrednictwem sieci komputerowej; Usługi gier online; Publikowanie i udostępnianie gier komputerowych; Organizowanie konkursów [edukacja lub rozrywka]; Usługi w zakresie e-sportu; Escape room [rozrywka] / escape game [rozrywka]; Organizacja imprez rozrywkowych typu cosplay; Publikowanie tekstów, innych niż teksty reklamowe; Udostępnianie publikacji elektronicznych [nie do pobrania]; Organizowanie widowisk [impresariat]; Organizowanie wystaw w celach kulturalnych lub edukacyjnych; Organizowanie i prowadzenie kongresów; Wystawianie spektakli na żywo; Usługi artystów estradowych; Telewizyjne usługi rozrywkowe; Produkcja filmów, innych niż reklamowe; Udostępnianie muzyki cyfrowej [nie do pobrania] w Internecie; Udostępnianie filmów online nie do pobrania; Dostarczanie filmów, nie do pobrania, przy pomocy usług typu transmisja wideo na żądanie; Dostarczanie programów telewizyjnych, nie do pobrania, przy pomocy usług typu transmisja wideo na żądanie; Usługi rozrywkowe; Informacja o imprezach rozrywkowych; Informacja o rekreacji; Usługi parków rozrywki; Udostępnianie obiektów i sprzętu do salonów gier; Udostępnianie obiektów i sprzętu rekreacyjnego; Usługi klubowe [rozrywka lub nauczanie]; Wypożyczanie zabawek; Usługi biblioteki gier; Wynajem urządzeń do gier.

**PL** - 42
Projektowanie oprogramowania komputerowego; Wypożyczanie oprogramowania komputerowego; Usługi techniczne w zakresie pobierania gier wideo; Udostępnianie strony internetowej i świadczenie usług sieciowych do zarządzania online prywatnym oprogramowaniem gier komputerowych; Oprogramowanie jako usługa, mianowicie oprogramowanie do rejestrowania czasu w grach komputerowych i grach wideo, oprogramowanie do wyświetlania danych i wyników w czasie gry, oprogramowanie do rejestrowania nagrań z gier komputerowych i gier wideo, oprogramowanie do wykonywania zrzutów ekranu z gier komputerowych i gier wideo, oprogramowanie do ulepszeń do gier komputerowych i gier wideo; Tworzenie gier wideo i komputerowych; Oprogramowanie jako usługa [SaaS]; Platforma jako usługa [PaaS]; Opracowywanie oprogramowania w ramach publikacji oprogramowania; Usługi konsultacyjne w dziedzinie technologii informacyjnej; Instalacja oprogramowania komputerowego; Doradztwo w zakresie oprogramowania komputerowego; Usługi w zakresie ochrony antywirusowej komputerów; Udostępnienie wyszukiwarek internetowych; Monitoring systemów komputerowych przy użyciu dostępu zdalnego; Doradztwo w zakresie projektowania stron internetowych; Przechowywanie danych elektronicznych; Chmura obliczeniowa; Usługi podmiotów zewnętrznych w dziedzinie informatyki; Usługi doradcze w dziedzinie technologii komputerowej; Usługi dotyczące bezpieczeństwa komputerowego; Usługi graficzne; Wzornictwo przemysłowe; Stylizacja [wzornictwo przemysłowe].

**PT** - 9
Software de jogos; Jogos de computador destinados a telefones celulares ou telemóveis; Aplicações de software informático descarregáveis; Software [programas de computador

gravados]; Programas de computador descarregáveis; Cartuchos de jogos de vídeo; Publicações eletrónicas descarregáveis; Ficheiros de música descarregáveis; Ficheiros de imagem descarregáveis; Hardware informático; Periféricos adaptados para uso com computadores; Teclados de computador; Discos óticos; Ratos [periféricos informáticos]; Tapetes de rato; Apoios de pulsos para utilização com computador; Computadores portáteis [laptops]; Bolsas para computadores portáteis; Computadores em forma de tablet; Capas para computadores tablet; Cartões de circuitos integrados [smart cards]; Cartões de memória para máquinas de videojogos; Joysticks para uso com computadores, sem ser para videojogos; Passes (tokens) de segurança [dispositivos de encriptação]; Unidades de disco amovível [USB flash drives]; Telefones celulares; Capas para smartphones; Películas protetoras adaptadas para smartphones; Correias para telefones móveis; Protetores de ecrã para telemóveis; Suportes em anel para telemóveis; Suportes próprios para telemóveis e telemóveis inteligentes; Tapetes para tablers adaptados ao suporte de telemóveis e telefones inteligentes; Robôs humanóides com inteligência artificial para uso nos seguintes domínios: Investigação, conceção e desenvolvimento científicos de hardware e software de computador e de jogos de computador; Headsets de realidade virtual; Monitores de vídeo portáteis; Auriculares; Materiais para condução elétrica [fios, cabos]; Fios elétricos; Baterias elétricas; Carregadores de baterias; Ímanes decorativos; Desenhos animados; Filmes cinematográficos impressos; Auriculares; Câmaras fotográficas; Fontes de alimentação portáteis; Arquivos digitais descarregáveis autenticados por tokens não fungíveis [NFTs].

**PT** - 41
Serviços de jogo prestados online a partir de uma rede de computadores; Serviços de jogos on-line; Edição e fornecimento de jogos de computador; Organização de competições [educação ou divertimento]; Serviços de desporto eletrónico [E-sports]; Sala de fuga [entretenimento] / jogo de fuga [entretenimento]; Realização de eventos de entretenimento de "cosplay"; Publicação de textos, com exceção dos textos publicitários; Serviços online de publicações eletrónicas, não descarregáveis; Organização de espetáculos [serviços de empresários]; Organização de exposições para fins culturais ou educativos; Organização e realização de congressos; Exibição de espetáculos ao vivo; Serviços de artistas de espetáculo; Divertimento televisivo; Produção de filmes; Disponibilização de música online, não descarregável; Disponibilização de vídeos online, não descarregáveis; Disponibilização de filmes, não descarregáveis, por meio de serviços de vídeo-on-demand; Disponibilização de programas de televisão, não descarregáveis, através de serviços de vídeo-on-demand; Serviços de divertimento; Informação sobre entretenimento; Prestação de informações sobre atividades recreativas; Serviços de parques de diversão; Serviços de salões de jogos de arcadas; Exploração de instalações recreativas; Serviços de clubes [entretenimento ou educação]; Aluguer de brinquedos; Serviços de ludoteca; Aluguer de equipamento de jogos.

**PT** - 42
Design de software; Aluguer de software; Serviços técnicos de descarregamento de jogos de vídeo; Fornecimento de um sítio Web e serviços baseados na Web para gestão em linha de software de jogos de computador para uso pessoal; Software como serviço, nomeadamente, software para o registo do tempo no contexto de jogos de computador e de vídeo, software para visualização de dados e pontuações em jogos, software para registo de imagens de jogos de computador e de vídeo, software para registo de imagens de captura de ecrã de jogos de computador e de vídeo, software para dispositivos de otimização de jogos de computador e de vídeo; Desenvolvimento de vídeos e de computador; Soft-

Identification Code: YPRC5DH7Q6CRMXOGR5KJXL5TPI

No 018851429

11/14



EUTM 018851429    Alicante, 19/09/2023



Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata
Certificado de registro de marca de la Unión Europea / Eintragungsurkunde einer Unionsmarke / Registration
certificate of European Union trade mark / Certificat d'enregistrement de marque de l'Union européenne/
Certificato di registrazione di marchio dell'Unione europea



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

UFFICIO DELL'UNIONE EUROPEA PER LA PROPRIETÀ INTELLETTUALE

ware como serviço [SaaS]; Plataformas como um serviço [PaaS]; Desenvolvimento de software no âmbito de edição de software; Serviços de consultoria em tecnologias de informação [IT]; Instalação de software; Consultoria em software; Serviços informáticos de proteção antivírus; Serviços de motores de busca para a internet; Monitorização de sistemas de computador por acesso remoto; Consultoria em conceção de websites; Armazenamento eletrónico de dados; Computação em nuvem; Fornecedores de serviços de tecnologias de informação por outsourcing; Consultoria em tecnologia informática; Consultoria em matéria de segurança informática; Design de artes gráficas; Design industrial; Estilismo.

**RO** - 9
Software pentru jocuri; Jocuri pentru calculator adaptate pentru utilizarea cu telefoane celulare sau mobile; Aplicaţii software de calculator, descărcabile; Programe de calculator înregistrate; Programe de calculatoare [software descărcabil]; Casete pentru jocuri video; Publicaţii electronice descărcabile; Fişiere cu muzică descărcabile; Fişiere cu imagini descărcabile; Hardware pentru calculator; Periferice adaptate pentru a fi folosite la calculatoare; Tastaturi de calculator; Discuri optice; Mouse [periferice de calculator]; Suporturi de mouse; Suporturi pentru încheietura mâinii, folosite de utilizatorii de calculatoare; Laptopuri; Huse pentru laptopuri; Tablete; Huse pentru tablete; Cartele cu cip [carduri cu circuite integrate]; Carduri de memorie pentru aparate de jocuri video; Joystickuri pentru calculatoare, nu pentru jocuri video; Jetoane de securitate [dispozitive de criptare]; Memorii USB; Telefoane mobile; Carcase pentru telefoane inteligente; Folii de protecţie adaptate pentru telefoane inteligente; Curele pentru telefonul mobil; Protecţii de ecran pentru telefoane mobile; Suporturi cu inel pentru telefoane mobile; Suporturi adaptate pentru telefoane mobile şi telefoane inteligente; Suporturi de bord adaptate pentru telefoane mobile şi telefoane inteligente; Roboţi umanoizi cu inteligenţă artificială spre a se utiliza în următoarele domenii: Cercetare ştiinţifică, creare şi dezvoltare de hardware şi software de calculator şi jocuri de calculator; Căşti pentru realitate virtuală; Ecrane de afişare video care se poartă în combinaţie cu hainele; Căşti audio; Materiale pentru reţeaua de electricitate [fire, cabluri]; Cabluri electrice; Baterii galvanice; Alimentatoare pentru acumulatoare; Magneţi decorativi; Desene animate; Filme cinematografice expuse; Căşti auriculare; Aparate de fotografiat; Surse transportabile de curent; Fişiere digitale descărcabile autentificate prin jetoane nefungibile (NFT).

**RO** - 41
Jocuri on-line printr-o reţea de calculatoare; Servicii de jocuri online; Pulsează şi furnizare de jocuri de calculator; Organizarea de concursuri [educaţie sau divertisment]; Servicii de sporturi electronice; Sala de evadare [divertisment]; Jocuri de evadare [divertisment]; Organizare de evenimente de divertisment cosplay; Publicare de texte, altele decât textele publicitare; Furnizare de publicaţii electronice online, nedescărcabile; Organizarea de spectacole [servicii de impresariat]; Organizarea de expoziţii în scopuri culturale sau educative; Organizarea şi conducerea de congrese; Prezentări de spectacole în direct; Servicii de animator; Divertisment televizat; Producţii de film, altele decât filmele publicitare; Punerea la dispoziţie de muzică digitală [fără posibilitatea de descărcare] pe internet; Furnizare de materiale video on-line, nedescărcabile; Furnizare de filme, nedescărcabile, cu ajutorul serviciilor de transmisie video la cerere; Furnizare de programe de televiziune, nedescărcabile, cu ajutorul serviciilor de transmisie video la cerere; Servicii de divertisment; Informaţii în materie de divertisment; Informaţii în materie de recreere; Parcuri de distracţie; Furnizare de instalaţii de săli de jocuri; Furnizare de instalaţii de recreere; Servicii de cluburi [divertisment sau educaţie]; Închirierea de

jucării; Servicii de ludotecă; Închirierea echipamentelor de jocuri.

**RO** - 42
Proiectare de software; Închirierea de programe informatice; Servicii tehnice pentru descărcarea de jocuri video; Furnizarea unui site web şi de servicii pe web, pentru administrarea online a software-ului personal pentru jocuri de calculator; Software ca serviciu, şi anume software pentru înregistrarea timpului în jocuri de calculator şi jocuri video, software pentru afişarea datelor şi scorurilor în jocuri, software pentru înregistrarea de secvenţe din jocuri de calculator şi jocuri video, software pentru capturi de ecran din jocuri de calculator şi jocuri video, software pentru îmbunătăţiri pentru jocuri de calculator şi jocuri video; Dezvoltare de jocuri video şi pe calculator; Software ca serviciu [SaaS]; Platformă ca serviciu [PaaS]; Dezvoltare de software în cadrul publicării de software; Servicii de consultanţă în materie de tehnologie a informaţiei [IT]; Instalarea de programe; Consultanţă în domeniul programelor de calculator; Servicii de protecţie împotriva viruşilor informatici; Furnizare de motoare de căutare în internet; Monitorizarea sistemelor computerizate prin acces la distanţă; Consultanţă în materie de design web; Stocarea electronică a datelor; Cloud computing; Furnizori de servicii externalizate în domeniul tehnologiei informaţiei; Consultanţă în domeniul tehnologiilor referitoare la calculatoare; Consultanţă în materie de securitate informatică; Design grafic; Design industrial; Stilism [design industrial].

**SK** - 9
Počítačové hry (softvér); Počítačové hry na používanie pre mobilné telefóny; Počítačové softvérové aplikácie (sťahovateľné); Počítačový softvér (nahraté počítačové programy); Sťahovateľné počítačové programy; Kazety na videohry; Elektronické publikácie (sťahovateľné); Sťahovateľné hudobné súbory; Sťahovateľné obrazové súbory; Počítačový hardvér; Periférne zariadenia počítačov; Počítačové klávesnice; Optické disky; Myši (periférne zariadenia počítačov); Podložky pod myš; Opierky zápästia na prácu s počítačom; Prenosné počítače; Obaly na notebooky; Tablety (prenosné počítače); Obaly na elektronické tablety; Karty s integrovaným obvodmi (pamäťové alebo mikroprocesorové); Pamäťové karty zariadení na videohry; Ovládače s počítačom (džojstiky), nie na počítačové hry; Bezpečnostné tokeny (šifrovacie zariadenia); USB kľúče; Mobilné telefóny; Puzdrá na smartfóny; Ochranné fólie na smartfóny; Šnúrky na mobilné telefóny; Chrániče displeja mobilných telefónov; Kruhové držiaky mobilných telefónov; Držiaky na mobilné telefóny a smartfóny; Protišmykové podložky na prístrojové dosky na ovládanie mobilných telefónov a smartfónov; Humanoidné roboty s umelou inteligenciou na použitie v nasledujúcich oblastiach: Vedecký výskum, návrh a vývoj počítačového hardvéru a softvéru a počítačové hry; Súpravy okuliarov a slúchadiel na virtuálnu realitu; Displeje na nosenie na tele alebo na odeve; Slúchadlá; Materiály na elektrické vedenie (drôty, káble); Elektrické drôty; Elektrické batérie (články); Nabíjačky batérií; Dekoratívne magnety; Kreslené filmy; Exponované kinematografické filmy; Slúchadlá; Fotoaparáty; Prenosné zdroje elektrickej energie; Sťahovateľné digitálne súbory overené nezameniteľnými tokenmi (NFT).

**SK** - 41
Online poskytovanie počítačových hier (z počítačových sietí); On-line herné služby; Vydávanie a poskytovanie počítačových hier; Organizovanie vedomostných alebo zábavných súťaží; Služby v oblasti elektronických športov; Uniková miestnosť [zábava]/úniková hra [zábava]; Organizovanie zábavných podujatí zameraných na oblekanie sa do kostýmov; Vydávanie textov (okrem reklamných); Online poskytovanie elektronických publikácií (bez možnosti kopírovania); Organizovanie

Identification Code: YFRC5DH7Q6CRMXOGR5XJXL5TPI



Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata
Certificado de registro de marca de la Unión Europea / Eintragungsurkunde einer Unionsmarke / Registration
certificate of European Union trade mark / Certificat d'enregistrement de marque de l'Union européenne/
Certificato di registrazione di marchio dell'Unione europea



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

UFFICIO DELL'UNIONE EUROPEA PER LA PROPRIETÀ INTELLETTUALE

predstavení (manažérske služby); Organizovanie kultúrných
alebo vzdelávacích výstav; Organizovanie a vedenie kongre-
sov; Organizovanie živých vystúpení; Služby zabávačov; Te-
levízna zábava; Produkcia filmov (nie reklamných); Online
poskytovanie digitálnej hudby (bez možnosti kopírovania);
Online poskytovanie videozáznamov (bez možnosti kopírova-
nia); Poskytovanie nesťahovateľných filmov prostredníctvom
služieb na prenos videí (na požiadanie); Poskytovanie nesťa-
hovateľných televíznych programov prostredníctvom služieb
na prenos videí (na požiadanie); Zábava; Informácie o mo-
žnostiach zábavy; Informácie o možnostiach rekreácie; Zábav-
né parky; Herne s hracími automatmi (služby); Poskytovanie
zariadení na oddych a rekreáciu; Východzábavné klubové
služby; Požičiavanie hračiek; Služby knižníc v oblasti hier;
Prenájom vybavenia herní.

**SK** - 42
Tvorba počítačového softvéru; Požičiavanie počítačového
softvéru; Technické služby v súvislosti so sťahovaním video-
hier; Organizovanie webových stránok a webových služieb pre
on-line správu herného softvéru pre osobné počítače; Softvér
ako služby, menovite softvér na zaznamenávanie času v po-
čítačových hrách a videohrách, softvér na zobrazovanie
údajov a bodového hodnotenia v hrách, softvér na nahrávanie
videozáznamov z počítačových hier a videohier, softvér na
zaznamenávanie snímok obrazovky z počítačových hier a vi-
deohier, softvér pre výroby na zlepšovanie počítačových hier
a videohier; Vývoj videohier a počítačových hier; Poskytovanie
softvéru prostredníctvom internetu (SaaS); Poskytovanie po-
čítačovej platformy prostredníctvom internetu (PaaS); Vývoj
softvéru v rámci vydávania softvéru; Poradenstvo v oblasti
informačných technológií; Inštalácie počítačového softvéru;
Poradenstvo v oblasti počítačového programov; Ochrana po-
čítačov proti počítačovým vírusom; Poskytovanie internetového
vyhľadávačov; Diaľkové monitorovanie počítačových systé-
mov; Poradenstvo pri tvorbe webových stránok; Uchovávanie
elektronických údajov; Poskytovanie počítačových technológií
prostredníctvom internetu (cloud computing); Externé posky-
tovanie služieb v oblasti informačných technológií; Poraden-
stvo v oblasti počítačových technológií; Poradenstvo v oblasti
počítačovej bezpečnosti; Grafické dizajnérstvo; Priemyselné
dizajnérstvo; Navrhovanie vzhľadu výrobkov (priemyselné
dizajnérstvo).

**SL** - 9
Programska oprema za igrice; Računalniške igre za uporabo
z mobilnimi telefoni; Računalniška programska oprema, nalo-
žljiva preko računalniške mreže; Računalniški programi, po-
sneti; Računalniški programi [naložljiva programska oprema];
Kasete za video igre; Naložljive datoteke publikacije; Nalo-
žljive datoteke slik; Naložljive datoteke slik; Računalniška
strojna oprema; Zunanje enote, prilagojene za uporabo z ra-
čunalniki; Računalniške tipkovnice; Optični diski; Miška [raču-
nalniška periferna oprema]; Podloge za miško; Počivala za
zapestje, ki se uporabljajo z računalniki; Notesniki (osebni
računalniki); Torbe za prenosne računalnike; Tablični raču-
alnik; Ovitki za tablične računalnike; Pametne kartice (kartice
z integriranim vezjem); Spominske kartice za aparate za video
igre; Kontrolne ročice za uporabo z računalniki razen za video
igre; Varnostni žetoni [naprave za kodiranje]; USB ključki;
Mobilni telefoni; Etuiji za pametne telefone; Zaščitne folije,
prilagojene za pametne telefone; Trakovi za prenosne tele-
fone; Zaščite za zaslone mobilnih telefonov; Držala (priprave)
za prenosne telefone; Držala, prilagojena za mobilne telefone
in pametne telefone; Podloge za upravljalno ploščo, prirejene
za držanje prenosnih in pametnih telefonov; Humanoidni rob-
oti z umetno inteligenco za uporabo na naslednjih področjih;
Znanstvene raziskave, oblikovanje in razvoj računalniške stro-
jne in programske opreme ter računalniških iger; Slušalke z
mikrofonom za navidezno resničnost; Nosljivi video prikazov-

alniki; Slušalke; Materiali za električno napeljavo [žice, kabli];
Električni kabli; Električne baterije; Električni polnilniki za ba-
terije; Okrasni magneti; Animirani filmi; Kinematografski filmi,
osvetljeni; Slušalke; Fotoaparati; Prenosni vri električne ener-
gije; Prenosljive digitalne datoteke, kateri pristnost se pre-
verja z nezamenljivimi žetoni (NFT).

**SL** - 41
Storitev nudenja spletnih iger (preko računalniškega omrežja);
Storitve spletnega igranja; Izdajanje in nudenje računalniških
iger; Organizacija tekmovanj [zabavnih in izobraževalnih];
Storitve elektronskega športa; pobeg iz zaklenjene sobe [za-
zvedrilo]/igre [razvedrilo]; Organizacija cosplay zabavnih pri-
reditev; Publikacija besedil, razen reklamnih besedil; Nudenje
spletnih elektronskih publikacij, nenaložljivih; Orga-
nizarnje nastopov [storitve zabaviljača]; Organizacija razstav
za kulturne ali izobraževalne namene; Organizacija in vodenje
kongresov; Nastopanje v živo; Storitve zabavnikov; Televizijski
zabavni program; Filmska produkcija, razen oglaševalskih
filmov; Nudenje digitalne glasbe [ki se je ne da naložiti] iz in-
terneta; Nudenje spletnih videoposnetkov, ki se jih ne da
naložiti preko računalniške mreže; Nudenje filmov, nenaložlji-
vih, preko storitev prenosa videa na zahtevo [storitve televizij-
skih programov, nenaložljivih, preko storitev prenosa videa
na zahtevo; Razvedrilne storitve; Informacije v zvezi z razvad-
rilom; Informiranje o rekreaciji; Storitve zabaviščnih parkov;
Nudenje prostorov in oprem (igralnih salonov; Nudenje rekr-
eacijskih prostorov in opreme; Klubske storitve [za zabave ali
za izobraževanje]; Najem igrač; Storitve knjižnice z igrami;
Izposoja opreme za igre.

**SL** - 42
Oblikovanje programske opreme; Najem računalniške progr-
amske opreme; Tehnične storitve za nalaganje videoiger;
Nudenje spletnega mesta in spletnih storitev za spletno upr-
avljanje programske opreme za računalniške igre; Programska
oprema kot storitev, in sicer programska oprema za beleženje
časa v računalniških in video igrah, programska oprema za
prikaz podatkov in rezultatov v igri, programska oprema za
snemanje računalniških in video iger, programska oprema za
zajemanje posnetkov zaslona v računalniških in video igrah,
programska oprema za izboljšanje zmogljivosti v računalniških
in video igrah; Razvoj video in računalniških iger; Programska
oprema kot storitev [SaaS]; Platforma kot storitev[PaaS]; Ra-
zvoj programske opreme v okviru izdajanja programske opre-
me; Svetovalne storitve na področju informacijske tehnologije;
Namestitev računalniške programske opreme; Svetovanje na
področju računalniške programske opreme; Storitve zaščite
pred računalniškimi virusi; Nudenje internetnih iskalnikov;
Nadzor računalniških sistemov na daljinsko upravljanje; Sve-
tovanje v zvezi z oblikovanjem spletnih strani; Elektronsko
shranjevanje podatkov; Računalništvo v oblaku; Zunanji
izvajalci na področju informacijske tehnologije; Svetovanje
glede računalniške tehnologije; Storitve svetovanja s področja
računalniške varnosti; Grafično oblikovanje; Industrijsko obli-
kovanje; Oblikovanje [industrijsko].

**FI** - 9
Peliohjelmistot; Matkapuhelimien kanssa käytettävät tietoko-
nepelit; Ladattavat tietokoneohjelmistosovellukset; Tietoko-
neohjelmat [tallennetut]; Ohjelmistot [tietokoneohjelmistojen
tallennetut]; Videopelikasetit; Elektroniset julkaisut
[järjestelmästä toiseen poimittavat]; Ladattavat musiikkitiedos-
tot; Ladattavat kuvatiedostot; Tietokonelaitteistot; Tietokoneen
oheislaitteet; Tietokoneen näppäimistöt; Optiset levyt;
Hiiri [tietokoneen oheislaite]; Hiirimatot; Rannetuet käytettäviksi
tietokoneiden kanssa; Läppärit [kannettavat tietokoneet];
Suojatakut kannettaville tietokoneille; Tablettitietokoneet;
Tablettitietokoneiden suojakotelot; Älykortit [mikropiirikortit];
Muistikortit videopelilaitteisiin; Tietokoneiden kanssa käyttä-

No 018851429

13/14



EUTM 018851429        Alicante, 19/09/2023

Identification Code: YFRC5DH7Q6CRMXOGR5KJXL5TPI



| | Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata<br>Certificado de registro de marca de la Unión Europea / Eintragungsurkunde einer Unionsmarke / Registration<br>certificate of European Union trade mark / Certificat d'enregistrement de marque de l'Union européenne/<br>Certificato di registrazione di marchio dell'Unione europea |
|---|---|

EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

UFFICIO DELL'UNIONE EUROPEA PER LA PROPRIETÀ INTELLETTUALE

vät ohjainsauvat muuta kuin videopelejä varten; Turvapoletit [salauslaitteet]; USB-muistit; Matkapuhelimet; Älypuhelinten kuoret; Älypuhelinille tarkoitetut suojakalvot; Matkapuhelinen hihnat; Matkapuhelinen näytönsuojat; Kannettavan puhelimen rengaspidikkeet; Matka- ja älypuhelimille soviteltut pidikkeet; Kojelaudan alustat, jotka on soviteltu matka- tai älypuhelimien pitämiseen; Tekoälyllä varustetut humanoidirobotit käyttöön seuraavilla aloilla: Tietokonelaitteistojen ja ohjelmistojen sekä tietokonepelaamisen tieteellinen tutkimus, suunnittelu ja kehittäminen; Kuulokemikrofoniyhdistelmät virtuaalitodellisuutta varten; Puettavat videonäyttölaitteet; Kuulokkeet; Sähköjakeluverkkokaapelit; Johtimet (Sähkö -); Sähköparistot; Akkulaturit; Koristemagneetit; Animaatioelokuvat; Valoteltu elokuvafilmi; Kuulokkeet; Kamerat; Kannettavat virtalähteet; Ladattavat digitaaliset tiedostot, varmennettu ei-vaihtokelpoisilla tunnuksilla [NFT].

**F1** - 41
Pelipalveluiden tarjoaminen [suoraan tietoverkoissa]; Onlinepelipalvelut; Tietokonepelien julkaiseminen ja tarjoaminen; Kilpailujen järjestäminen [koulutus- tai ajanvietepalveluina]; E-urheilupalvelut; pakohuone (viihde) / pakopelit (viihde); Cosplay-viihdetapahtumien järjestäminen; Julkaisu (tekstien) [paitsi mainostekstien]; Sähköisten, ei-ladattavien julkaisujen on-line tarjoaminen; Impressaaripalvelut; Näyttelyiden järjestäminen kulttuuri- tai koulutustarkoituksiin; Kongressien järjestäminen; Suorat esitykset; Esiintymispalvelut; Televisioviihde; Elokuvatuotanto, muu kuin mainosfilmien; Digitaalisen musiikin [ei ladattavan] tarjoaminen Internetistä; Muiden kuin ladattavien online-videoiden tarjoaminen; Ei-ladattavien elokuvien tarjoaminen pyynnöstä tapahtuvien videosiirtopalvelujen kautta; Ei-ladattavien televisio-ohjelmien tarjoaminen tilausvideopalveluna; Huvipalvelut; Ajanvieteneuvonta; Viihdeneuvonta; Huvipuistot; Peliautomaattihallipalvelut; Virkistyspalveluiden tarjoaminen; Kerhopalvelut [ajanviete- tai koulutuspalveluina]; Leikien vuokraus; Pelikirjastopalvelut; Pelilaitteiden vuokraus.

**F1** - 42
Ohjelmistosuunnittelu; Ohjelmistojen (Tietokone -) vuokraus; Tekniset palvelut videopelien lataamiseen; WWW-sivusto- ja WWW-pohjaisten palvelujen tarjoaminen henkilökohtaisten tietokonepeliohjelmistojen online-muotoista hallintaa varten; Verkkosovelluspalvelut, nimittäin seuraaviin liittyvät: ohjelmistot ajan merkintään tietokonepeleissä ja videopeleissä, ohjelmistot pelidatan ja -pisteiden näyttämiseen, ohjelmistot tietokonepeli- ja videopelaineiston tallennukseen, ohjelmistot näyttövedosten ottamiseen tietokonepeleistä ja videopeleistä, ohjelmistot tietokonepeli- ja videopelivahvistimiksi; Video- ja tietokonepelien kehittäminen; Verkkosovelluspalvelut [SaaS]; Sovelluskautta palveluna (PaaS); Ohjelmistojen julkaisemiseen liittyvä ohjelmistojen kehittely; Informaatioteknologiaan [IT] liittyvät konsultointipalvelut; Tietokoneohjelmistojen asennus [installointi]; Konsultointi liittyen tietokoneohjelmistoihin; Tietokonevirustorjuntapalvelut; Internetin hakukonepalveluiden tarjoaminen; Eitalivonta (Tietokonejärjestelmien -); Verkkosivujen suunnittelua koskevat konsultointipalvelut; Elektroninen tietojen säilytys; Pilvilaskenta; Alihankintapalvelut tietotekniikan alalla; Tietoketniikkaa koskeva konsultointi; Konsultointi tietokonetuvallisuuden alalla; Graafinen taidesuunnittelu; Teollinen muotoilu; Muotoilu [teollinen muotoilu].

**SV** - 9
Programvara för spel; Datorspel för användning med mobiletelefoner; Softwareapplikationer för datorer, nedladdningsbara; Registrerade datormjukvaror; Datorprogram, nedladdningsbara; Videospelkassetter; Tidskrifter (elektroniska), nedladdningsbara; Nedladdningsbara musikfiler; Nedladdningsbara bildfiler; Datorhårdvaror; Kringutrustning anpassade för användning med datorer; Tangentbord för datorer; Optiska skivor; Möss [datorutrustning]; Musmattor; Handledsstöd för användning

vid datorer; Laptops; Fodral för laptops; Surfplattor; Fodral till surfplattor; Integrerade kretskort [smartcards] aktivkort; Minneskort för tv-spelskonsoler; Joysticks för användning med datorer, inte för videospel; Säkerhetsnycklar [krypteringsanordningar]; USB-minnen; Mobiltelefoner; Skal för smartphones; Skyddsfilm för smartphones; Band för mobiltelefoner; Skärmskydd för mobiltelefoner; Ringhållare för mobiltelefoner; Hållare anpassade för mobiltelefoner och smartphones; Antiglidmattor för instrumentpaneler anpassade för mobiltelefoner och smartphones; Människoliknande robotar med artificiell intelligens för användning inom följande områden: Vetenskaplig forskning, design och utveckling av datormaskinvara och programvara, och datorspel; Hörlurar med mikrofon för virtual reality bruk; Kroppsburna videoskärmar; On-ear hörlurar; Material för elektriska huvudledningar [tråd, kablar]; Elektrisk tråd; Batterier, elektriska; Batteriladdare; Dekorativa magneter; Tecknade filmer; Exponerad biograffilm; Öronsnäckor; Kameror; Flyttbara energikällor; Nedladdningsbara digitala filer autentiserade genom non-fungible tokens [NFT].

**SV** - 41
Speltjänster online via datornätverk; Speltjänster online; Publicering och tillhandahållande av datorspel; Anordnande av tävlingar [utbildning eller underhållning]; E-sporttjänster; flyktrum [underhållning]/flyktspel [underhållning]; Anordnande av underhållningsevenemang på området cosplay; Publicering av texter, inte reklamtexter; Upplåtande av elektroniska publikationer online, inte nedladdningsbara; Anordnande av teateroch andra nöjesförställningar (impressariotjänster); Anordnande av utställningar för kulturella eller utbildningsändamål; Arrangerande och hållande av kongresser; Framförande av liveföreställningar; Artisttjänster; Televisionsunderhållning; Filmproduktion, andra än reklamfilmer; Upplåtande av musik online, inte nedladdningsbar; Upplåtande av filmer online, inte nedladdningsbara; Tillhandahållande av filmer, inte nedladdningsbara, via video-on-demandtjänster; Tillhandahållande av tv-program, inte nedladdningsbara, via video-on-demandtjänster; Underhållningstjänster; Nöjes- och underhållningsinformation; Information avseende rekreation; Nöjesfält; Tillhandahållande av spelhalltjänster; Rekreationstjänster; Klubbverksamhet [underhållning, nöje, undervisning, utbildning]; Uthyrning av leksaker; Spelbibliotekstjänster; Uthyrning av spelutrustning.

**SV** - 42
Utformning av programvara; Uthyrning av datorprogramvara; Tekniska tjänster för nedladdning av videospel; Upplåtande av en webbplats och webbtjänster för onlinedrift av spelprogram för persondatorer; Programvara som en tjänst (SaaS), nämligen, programvara för registrering av tid i dator- och videospel, programvara för visning av data som avser spelande och spelresultat, programvara för inspelning av filmmaterial för dator- och videospel, programvara för att ta skärmdumpar av dator- och videospel, programvara för förstärkningar för dator- och videospel; Utveckling av tv- och dataspel; Molntjänster [SaaS]; Plattform som en tjänst (PAAS); Programvaruutveckling inom ramen för programvaruutgivning; Konsulttjänster relaterade till informationsteknik; Installation av datormjukvara; Rådgivning avseende datormjukvara; Skyddstjänster mot datavirus; Upplåtande av sökmotorer för internet; Övervakning av datorsystem via fjärranslutningar; Konsultationer avseende webbdesign; Elektronisk datalagring; Molntjänster; Outsourcade tjänster avseende informationsteknologi; Konsultationer inom datorteknologi; Konsultation avseende datorsäkerhet; Grafisk konstdesign; Industriell formgivning; Konstnärlig formgivning [industriell].

| No 018851429 | 14/14 |
|---|---|


Identification Code: YFRC5DH7Q6CRMXOG6R5KJXL5TPI