# Exhibit 40

# United States of America
### United States Patent and Trademark Office

# LIGHT OF MOTIRAM

**Reg. No. 7,434,160**
**Registered Jul. 02, 2024**
**Int. Cl.: 9, 41, 42**
**Service Mark**
**Trademark**
**Principal Register**

TENCENT HOLDINGS LIMITED (CAYMAN ISLANDS limited company (ltd.))
CRICKET SQUARE HUTCHINS DR, GEORGE TOWN
P.O. BOX 2681 GT, CENTURY YARD
GRAND CAYMAN, CAYMAN ISLANDS

CLASS 9: Downloadable computer application software for mobile phones, portable media players, handheld computers, namely, software for e-sports, for playing computer and video games, for providing information relating to e-sports and computer and video games, for streaming audio-visual and multimedia content via the internet and global communications networks, for viewing electronic cartoons and electronic comics; Downloadable computer game software; Downloadable computer game software for use on mobile and cellular phones; Downloadable electronic publications in the nature of books, magazines, brochures, manuals, newsletters, journals in the field of e-sports and computer and video games, animated cartoons, animated comics and cartoons; Downloadable image file containing artwork, text, audio, video, games and Internet Web links relating to sporting and cultural activities; Downloadable multimedia file containing artwork, text, audio, and video relating to e-sports, computer and video games authenticated by non-fungible tokens (NFTs); Downloadable music files; Memory cards for video game machines; Recorded computer game programs; Recorded computer game software; Video disks and video tapes with recorded animated cartoons; Video game cartridges; Virtual reality headsets

CLASS 41: Arranging and conducting of congresses in the field of e-sports, computer and video games, entertainment, cultural activities; Entertainment and educational services in the nature of competitions in the field of entertainment, education, culture, sports, and other non-business and non-commercial fields; Entertainment in the nature of e-sports competitions; Entertainment information; Entertainment services, namely, providing on-line computer games; Multimedia publishing of books, magazines, journals, software, games, music, and electronic publications; Organization of cosplay entertainment events; Organization of shows for cultural purposes; Providing films, not downloadable, via video-on-demand transmission services; Providing on-line music, not downloadable; Providing online non-downloadable electronic publications in the nature of books, magazines, brochures, manuals, newsletters, journals in the field of e-sports, computer and video games; Providing online non-downloadable videos in the field of e-sports, computer and video games, entertainment, cultural activities; Providing television programs, not downloadable, via video-on-demand transmission services;

*Katherine Kelly Vidal*
**Director of the United States
Patent and Trademark Office**



Recreation information

CLASS 42: Computer software consultancy; Computer software design; Design and development of computer game software; IT consulting services relating to installation, maintenance and repair of computer software; Platform as a service (PAAS) featuring computer software platforms for recording time in computer games and video games, software for displaying in-game data and scores, software for recording computer game and video game footage, software for taking screenshots of computer games and video games, software for computer game and video game enhancers; Providing on-line non-downloadable software for online management of personal computer game software; Rental of computer game software; Software as a service (SAAS) services featuring software for recording time in computer games and video games, software for displaying in-game data and scores, software for recording computer game and video game footage, software for taking screenshots of computer games and video games, software for computer game and video game enhancers; Software development in the framework of software publishing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 018851429, FILED 03-21-2023, REG. NO. 018851429, DATED 09-13-2023, EXPIRES 03-21-2033

SER. NO. 98-185,878, FILED 09-19-2023

Page: 2 of 3 / RN # 7434160

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.