ANNETTE L. HURST (BAR NO. 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020
Facsimile:  +1 213 612 2499

Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10.<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**PLAINTIFF SONY INTERACTIVE ENTERTAINMENT LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Date: December 2, 2025<br>Time: 9:00 a.m.<br>Courtroom: 8 – 19th Floor<br>Judge: Hon. Jacqueline Scott Corley |

1    Pursuant to Civil Local Rule 79-5(f), Plaintiff, Sony Interactive Entertainment LLC ("SIE")
2    respectfully submits this Administrative Motion to Consider Whether Another Party's Material
3    Should Be Sealed in connection with SIE's Declaration of Olivier Courtemanche ("Courtemanche
4    Decl."). Dkt No 63. Two documents filed as exhibits to the Courtemanche Declaration contain
5    information that Defendants may consider confidential and have been provisionally filed under
6    seal. Specifically, the documents are as follows and attached herein:

- Exhibit A to the Courtemanche Declaration, which bears the language "Confidential for SIE-Guerilla" and contains information provided to SIE by Defendants at a meeting in San Francisco, California.
- Exhibit B is an email thread reflecting correspondence between SIE and Defendants relating to that meeting. Though this document bears no confidentiality designation, since it relates to Exhibit A with a designation, SIE is filing it provisionally under seal out of an abundance of caution.

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Consistent with that rule, SIE has submitted the above exhibits under seal because they contain information that the Defendants may consider confidential and request be filed under seal. SIE takes no position on the merits of sealing the Defendants' designated material, and expects the Defendants to file one or more declarations in accordance with the Local Rules should they wish the documents to remain sealed.

In compliance with Civil Local Rule 79-5(d) and (e), unredacted (except for redactions of Personally Identifiable Information) versions of the above listed documents accompany this Administrative Motion. In accordance with Local Rule 79-5(c)(3), SIE has also filed a Proposed Order herewith.

Dated: October 15, 2025

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Annette L. Hurst*
    ANNETTE L. HURST

ORRICK, HERRINGTON & SUTCLIFFE
Attorneys for Plaintiff
Sony Interactive Entertainment LLC