1  ANNETTE L. HURST (BAR NO. 148738)
   ahurst@orrick.com
2  DIANA M. RUTOWSKI (BAR NO. 233878)
   drutowski@orrick.com
3  DANIEL D. JUSTICE (BAR NO. 291907)
   djustice@orrick.com
4  ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
   amendez-villamil@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA 94105-2669
7  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
8
   LAURA A. WYTSMA (BAR NO. 189527)
9  lawytsma@orrick.com
   ISAAC BEHNAWA (BAR NO. 342441)
10 ibehnawa@orrick.com
   355 S. Grand Street, # 2700
11 Los Angeles, CA 90071
   Telephone: +1 213 629-2020
12 Facsimile: +1 213 612 2499

13 Attorneys for Plaintiff
   SONY INTERACTIVE ENTERTAINMENT LLC
14

15                **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17 | SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,

    Plaintiff,

    v.

    TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10.

    Defendants.

| Case No. 3:25-cv-06275-JSC

**[PROPOSED] ORDER GRANTING PLAINTIFF SONY INTERACTIVE ENTERTAINMENT LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**

Date: December 2, 2025
Time: 9:00 a.m.
Courtroom: 8 – 19th Floor
Judge: Hon. Jacqueline Scott Corley

1  Plaintiff, Sony Interactive Entertainment LLC ("SIE") filed an Administrative Motion to
2  Consider Whether Another Party's Materials Should be Sealed (Dkt. No. 62) in connection with
3  two exhibits to the Declaration of Olivier Courtemanche.  Dkt. No. 63.

4  Having considered SIE's Administrative Motion, and good cause to seal having been
5  shown, the Court **GRANTS** SIE Administrative Motion and **ORDERS** sealed the documents listed
6  below:

| DOCUMENT | PORTIONS TO BE FILED UNDER SEAL | DESIGNATING PARTY |
|---|---|---|
| Courtemanche Decl. Ex. A.  Dkt. No. 63-1. | All | Defendants |
| Courtemanche Decl. Ex. B.  Dkt. No. 63-2. | All | Defendants |

**IT IS SO ORDERED.**

Dated: _____   _____
DISTRICT JUDGE JACQUELINE SCOTT CORLEY