1  ANNETTE L. HURST (BAR NO. 148738)
   ahurst@orrick.com
2  DIANA M. RUTOWSKI (BAR NO. 233878)
   drutowski@orrick.com
3  DANIEL D. JUSTICE (BAR NO. 291907)
   djustice@orrick.com
4  ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
   amendez-villamil@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA 94105-2669
7  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
8
9  LAURA A. WYTSMA (BAR NO. 189527)
   lawytsma@orrick.com
10 ISAAC BEHNAWA (BAR NO. 342441)
   ibehnawa@orrick.com
11 355 S. Grand Street, # 2700
   Los Angeles, CA 90071
12 Telephone: +1 213 629-2020
   Facsimile: +1 213 612 2499
13
   Attorneys for Plaintiff
14 SONY INTERACTIVE ENTERTAINMENT LLC

15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17 SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company, | Case No. 3:25-cv-06275-JSC |
| 18 | **DECLARATION OF OLIVIER COURTEMANCHE** |
| Plaintiff, | |
| 19 v. | |
| 20 TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10. | Date: December 2, 2025
Time: 9:00 a.m.
Courtroom: 8 – 19th Floor
Judge: Jacqueline Scott Corley |
| Defendants. | |

1  I, Olivier Courtemanche, declare as follows:

2  1. I am currently the Head of Mobile, PlayStation Studios at Sony Interactive Entertainment LLC ("SIE"). The facts stated in this declaration are based on my personal knowledge unless otherwise noted.

2. I received a Bachelor of Commerce from McGill University in 2011. Since graduating, I have worked in the electronic game industry, including at Electronic Arts (2011-2013); The Walt Disney Company (2013-2015); Zynga, as Lead Product Manager and Director of Product (2015-2021); and Meta, as a Product Manager (2021 to 2022). At The Walt Disney Company, I was a product lead for the Star Wars portfolio and supported the launch of key products for other notable intellectual property, including Frozen, Maleficent, and MARVEL.

3. I joined SIE in April 2022, as Senior Director, Head of Mobile Product for PlayStation Studios. In this role, I helped launch the Mobile organization within PlayStation Studios and built a team to support internal and external game development. I oversaw SIE's mobile development strategy and was tasked with bringing PlayStation's intellectual property to mobile in SIE's first wave of mobile projects.

4. In June 2023, I was promoted to Co-Head of the Mobile organization, overseeing all Product Strategy, Development, and Operations. In November 2024, I became Head of the Mobile organization. In my roles as Co-Head and later Head of the Mobile organization, I have been and remain responsible for delivery of PlayStation Studios quality mobile titles, including both titles that are internally developed by existing studios and titles that are externally developed via licensing, co-development, and co-publishing partnerships.

5. As part of my responsibilities, I engage with potential licensing partners to explore opportunities for collaboration across all SIE intellectual property. In this capacity, I have met with Tencent executives various times. In my experience, the Tencent executives with whom I have interacted identify themselves as working for Tencent's gaming business.

6. In February 2024, my team met with two Tencent employees, Gary Clubb and Tian Xian, at the annual DICE (Digital Innovation Center of Excellence) conference in Las Vegas, Nevada. Based on my direct interactions with them as well as internal discussions with my business

1  DECLARATION OF OLIVIER COURTEMANCHE
CASE NO. 3:25-CV-06275-JSC

1  development team, I understand that Gary Clubb and Tian Xian work for the gaming business
2  division of Tencent, and are both based in southern California.

3        7.     During the February 2024 meeting, Gary Clubb and Tian Xian expressed Tencent's
4  interest in co-developing a Horizon-themed game with Aurora Studios. I learned of this interest in
5  my role as Co-Head of Mobile product development.

6        8.     At the Game Developers Conference ("GDC") in March 2024, in San Francisco,
7  California, my team met with Tencent and individuals identified as being associated with Tencent's
8  Aurora Studios. Approximately 5 or 6 persons affiliated with Tencent attended the meeting,
9  including Gary Clubb and Tian Xian. During the meeting, Tencent pitched a *Horizon*-themed
10  project. Attached as **Exhibit A** is a true and correct copy of the presentation materials my team
11  received from Tencent. Tencent also played a grainy video that was difficult to decipher. Tencent
12  and Aurora Studios referred to this project as "Project Z."

13        9.     At the time of the meeting at GDC in San Francisco, California, we were not
14  interested in licensing the *Horizon* intellectual property.

15        10.    As one of the most valuable game franchises in our portfolio, the *Horizon*
16  intellectual property is broached in many meetings with potential partners about expansion
17  opportunities. When asked about licensing the *Horizon* intellectual property beyond our current
18  pipeline of activities, we inform potential partners that we are not interested in their proposed
19  projects relating to that intellectual property and try to steer them to other opportunities.

20        11.    On April 8, 2024, my team informed Tencent via email that SIE was not interested
21  in licensing the *Horizon* intellectual property and suggested partnering on other SIE franchises
22  instead. On May 16, 2024, Tencent responded that the Aurora Studios team was not interested in
23  any SIE intellectual property other than *Horizon*. The email stated that "For [the Aurora Studios
24  team], Horizon was an IP that they were confident in adapting not only due to their deep passion
25  for the game, but also given some of the parallels and points of connection to skillsets they have
26  perfected while working on Project Z." Attached as **Exhibit B** is a true and correct copy of the
27  email exchange on which I was copied.

28

2                         Declaration of Olivier Courtemanche
                          Case No. 3:25-cv-06275-JSC

12. I traveled with members of my team to Shenzhen, China, in July 2024 to discuss a variety of partnership opportunities with Tencent and its game studios, including Aurora Studios. With respect to Aurora Studios, we went into the meeting under the impression that they wanted to do a potential collaboration for *The Last of Us*. However, although we had previously declined Tencent's request to codevelop a new *Horizon* mobile game, while watching Aurora Studios' presentation, we saw a slide with images resembling a potential *Horizon* collaboration from the "Project Z" concept discussed in March 2024. I recall the slide featured a female character with costume design resembling *Horizon*'s mix of tribal clothing and metal armor, and a robot/animal hybrid resembling a *Horizon* robotic animal. Now that I have reviewed the promotional materials released for *Light of Motiram*, I believe that these images contained assets from the *Light of Motiram* game. I was confused by the slide given that we had rejected a potential *Horizon* collaboration and thought we were there to discuss *The Last of Us*, among other opportunities.

13. To my knowledge as Head of Mobile at SIE, my team did not discuss a potential *Horizon* collaboration with Tencent at any time after July 2024 and we considered the matter of a co-development project based on *Horizon* closed.

I declare under penalty of perjury the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of October 2025, at London, England.

*Olivier Courtemanche*
Olivier Courtemanche

3

DECLARATION OF OLIVIER COURTEMANCHE
CASE NO. 3:25-CV-06275-JSC