ANNETTE L. HURST (BAR NO. 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020
Facsimile:  +1 213 612 2499

Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10.<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**NOTICE OF LODGING OF PHYSICAL EXHIBITS TO THE DECLARATION OF ANNETTE HURST IN SUPPORT OF PLAINTIFF SONY INTERACTIVE ENTERTAINMENT LLC'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiff Sony Interactive Entertainment LLC ("SIE") hereby lodges with the Court a flash drive containing copies of **Exhibits 24.B, 24.C, 25.B, 26.B, 26.C, 27.B, 28.C, 30.B, and 35.B** to the Declaration of Annette L. Hurst in Support of Plaintiff Sony Interactive Entertainment LLC's Opposition to Defendants' Motion to Dismiss (Dkt. No. 61-1) (the "Lodged Exhibits"). The Lodged Exhibits consist of video files. Because the Lodged Exhibits are in a format unsupported by CM/ECF, they are being lodged with the Court in a flash drive.

The Lodged Exhibits were electronically served on counsel of record for Defendants via LiquidFiles on October 15, 2025 per Dkt. No. 65-1.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

Dated:   October 15, 2025

ORRICK HERRINGTON & SUTCLIFFE LLP

By: */s/ Annette L. Hurst*
    Annette L. Hurst
    Attorneys for Plaintiff
    SONY INTERACTIVE ENTERTAINMENT LLC