1    ANNETTE L. HURST (BAR NO. 148738)
     ahurst@orrick.com
2    DIANA M. RUTOWSKI (BAR NO. 233878)
     drutowski@orrick.com
3    DANIEL D. JUSTICE (BAR NO. 291907)
     djustice@orrick.com
4    ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
     amendez-villamil@orrick.com
5    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
6    405 Howard Street
     San Francisco, CA 94105-2669
7    Telephone:     +1 415 773 5700
     Facsimile:     +1 415 773 5759
8

9    LAURA A. WYTSMA (BAR NO. 189527)
     lawytsma@orrick.com
     ISAAC BEHNAWA (BAR NO. 342441)
10    ibehnawa@orrick.com
     355 S. Grand Street, # 2700
11    Los Angeles, CA 90071
     Telephone: +1 213 629-2020
12    Facsimile:  +1 213 612 2499

13    Attorneys for Plaintiff
     SONY INTERACTIVE ENTERTAINMENT LLC
14

15             **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17   SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company, | Case No. 3:25-cv-06275-JSC |
| 18 | |
| 19            Plaintiff, | **CERTIFICATE OF SERVICE** |
|        v. | |
| 20 | |
| 21   TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY | Judge: Hon. Jacqueline Scott Corley |
| 22   LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; | |
| 23   TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA | |
| 24   PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; | |
| 25   PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10. | |
| 26         Defendants. | |
| 27 | |

28

1         I am employed in the County of San Mateo, State of California. I am over the age of 18

2    years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe

3    LLP, 1000 Marsh Road, Menlo Park, California 94025.  On October 15, 2025, I served the

4    following document(s) entitled:

5

6         **EXHIBIT A TO THE DECLARATION OF OLIVIER COURTEMANCHE (FUS)**

7         **EXHIBIT B TO THE DECLARATION OF OLIVIER COURTEMANCHE (FUS)**

8         **EXHIBITS 24.B, 24.C, 25,B, 26.B, 26.C, 27.B, 28.C, 30.B, AND 35.B TO THE
     DECLARATION OF ANNETTE L. HURST IN SUPPORT OF PLAINTIFF SONY**

9         **INTERACTIVE ENTERTAINMENT LLC'S OPPOSITION TO DEFENDANTS'
     MOTION TO DISMISS**

10

11        on all interested parties to this action in the manner described as follows:

12   ☐    **(VIA EMAIL)** On October 15, 2025, via electronic mail in Adobe PDF format the
     document(s) listed above to the electronic address(es) set forth below.

13   ☐    **(VIA U.S. MAIL)** On October 15, 2025, by placing a true copy of the document(s) listed
     above in an envelope, with postage thereon fully prepaid, addressed as set forth below and then

14   sealing the envelope and depositing it in the U.S. mail at Menlo Park, CA.

15   ☒    **(VIA LIQUIDFILES)** On October 15, 2025, via secure file transfer using the

16   LiquidFiles platform the document(s) listed above to the electronic address(es) set forth below.

17   Allison L. Stillman               Sara E. Sampoli
     alli.stillman@lw.com             sara.sampoli@lw.com

18   LATHAM & WATKINS LLP      Sarang Damle
     1271 Avenue of the Americas      sy.damle@lw.com

19   New York, NY 10020              LATHAM & WATKINS LLP

20                                        555 Eleventh Street, NW, Suite 1000
     Andrew M. Gass                 Washington, D.C., 20004

21   andrew.gass@lw.com
     Ivana Dukanovic

22   ivana.dukanovic@lw.com

23   LATHAM & WATKINS LLP
     505 Montgomery Street, Suite 2000

24   San Francisco, CA 94111

25   *Attorneys for Defendants Tencent America LLC,*

26   *Proxima Beta U.S. LLC, and Tencent Holdings Ltd.*

27        I declare under penalty of perjury under the laws of the State of California and the United

28   States that the foregoing is true and correct.

CERTIFICATE OF SERVICE
CASE NO. 3:25-CV-06275-JSC

Executed on October 15, 2025, at Menlo Park, California.

_/s/ Gabrielle Van Vleck_
Gabrielle Van Vleck