ANNETTE L. HURST (BAR NO. 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020
Facsimile:  +1 213 612 2499

Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10.<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

1    Presently before the Court is Plaintiff Sony Interactive Entertainment LLC's ("SIE")

2 Administrative Motion to File Under Seal confidential information filed in support of its Motion

3 for Preliminary Injunction.

4    Having considered the Administration to File Under Seal, the declarations in support

5 thereof, the pleadings on file, and any other relevant materials, and finding compelling reasons

6 therefore, SIE's Administrative Motion to File Under Seal is **GRANTED**.

7    IT IS HEREBY ORDERED that the following materials should be sealed and that counsel

8 for SIE may file the following material under seal:

| Description of Document | Portions to be Filed under Seal |
|---|---|
| Motion for Preliminary Injunction | Highlighted text at: 2:10, 21-22; 5:5, 9, 11-16; 7:7-14; 10:24; 21:10-12, 20-21, 24-28; 23:12. |
| Declaration of Asad Qizilbash in support of Motion For Preliminary Injunction | Highlighted text at 1:20, 22-23, 26-2:5; 2:18-3:2; 3:3-7, 14-19; 7:7-8, 22-23; 7:25-8:5; 8:6-7, 10-16, 17-18, 19-23, 25-27; 9:1-6, 7-12; 10:16. |
| Declaration of Jan-Bart Van Beek in support of Motion For Preliminary Injunction | Highlighted text at 4:18-24; 10:4-5, 16-17; 20:8-14. |

1

**IT IS SO ORDERED.**

2

3

4   Dated: _____        _____
                                          DISTRICT JUDGE JACQUELINE SCOTT CORLEY
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28