ANNETTE L. HURST (BAR NO. 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020
Facsimile:  +1 213 612 2499

Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10.<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**DECLARATION OF MATTHEW KUYKENDALL IN SUPPORT OF PLAINTIFF SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  November 20, 2025<br>Time:  10:00 a.m.<br>Courtroom:  8 – 19th Floor<br>Judge: Jacqueline Scott Corley |

I, Matthew Kuykendall, under penalty of perjury, declare and state as follows:

1. I make this declaration based upon my personal knowledge of the facts and circumstances recited herein.

2. I am the Director of Brand Intellectual Property at Sony Interactive Entertainment LLC ("SIE"). As such, among my responsibilities are trademark and copyright portfolio management for SIE. In this role, I support the licensing of trademark and copyright rights between and among SIE and its affiliates.

3. I am aware that SIE has asserted the following copyrights in the above-captioned litigation, registered with the Copyright Office: Horizon Zero Dawn on PS4 (U.S. Reg. No. PA0002516411, filed 01/29/2025 and registered 02/10/2025) and for Horizon Forbidden West on PS4 (U.S. Reg. No. PA0002392809, filed 10/26/2022 and registered 10/31/2022) and PS5 (U.S. Reg. No. PA0002391316, filed 10/26/2022 and registered 10/31/2022).

4. SIE is the exclusive licensee of the rights in each of the afore-mentioned copyrights the United States.

5. I am also aware that SIE has asserted common law trademark rights in the ALOY character mark in the above-captioned litigation.

6. SIE is the owner of all rights, title, interest, and goodwill in the ALOY character mark derived from the ALOY character in Horizon franchise, used in connection with the Horizon franchise games and various of SIE's products and services in the United States.

I declare under penalty of perjury the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of October 2025, at San Mateo, California.

*/s/ Matthew Kuykendall*
Matthew Kuykendall