ANNETTE L. HURST (BAR NO. 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020
Facsimile: +1 213 612 2499

Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10.<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 20, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8 – 19th Floor<br>Judge: Jacqueline Scott Corley |

Plaintiff Sony Interactive Entertainment LLC's ("SIE") Motion for Preliminary Injunction duly came on before the Court and was heard. Having considered the evidence and authorities and having heard the arguments of counsel, and for good cause shown, the Court **HEREBY FINDS** that SIE has demonstrated a likelihood of success on the merits of its copyright and trademark infringement claims against *Light of Motiram*. SIE has further demonstrated that it has suffered and is suffering ongoing irreparable harm in the form of interference with its creative control, business relationships, and consumer goodwill in its *Horizon* intellectual property. The balance of equities favors SIE as an injunction pending a final hearing on the merits will preserve the status quo and Tencent has not yet released *Light of Motiram*. Further, the Court finds that a preliminary injunction serves the public interest given evidence of public confusion and the need to protect companies' investments in developing intellectual property to promote future innovation. Accordingly, **IT IS HEREBY ORDERED THAT:**

Pursuant to Fed. R. Civ. P. 65, the Court hereby enjoins (i) Defendants; (ii) their officers, directors, agents, servants, employees, successors, and assigns; (iii) direct and indirect subsidiaries that they control; (iv) all other persons who are in active concert or participation with them and who have actual notice of this order, from the following:

1. Directly, contributorily, or vicariously infringing any of SIE's copyrights in *Horizon Zero Dawn* and *Horizon Forbidden West* ("the *Horizon* Works") in any manner whatsoever; including but not limited to:

    (a) Reproducing, creating derivative works of, distributing, publicly displaying, or publicly performing the *Horizon* Works, or derivatives thereof;

    (b) Developing, testing, distributing, displaying, performing, selling, marketing, or promoting *Light of Motiram*;

    (c) Posting *Light of Motiram* gameplay, trailers, or promotions on any media platform, including but not limited to Steam, Epic Games, YouTube, Instagram, Facebook, X, Reddit, and Discord;

    (d) Authorizing or purporting to authorize any other person or entity to do any of the foregoing.

1        2.    Directly, contributorily, or vicariously infringing SIE's common law trademark rights in the ALOY character mark ("ALOY MARK"), including but not limited to:

(a)    using the ALOY MARK, or any reproductions or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product, including the *Light of Motiram* videogame;

(b)    using the ALOY MARK, or any reproductions or colorable imitations thereof to pass off, induce, or to enable others to sell or pass off any product, including *Light of Motiram*, as authorized by or affiliated with SIE;

(c)    committing any acts calculated to cause consumers to believe that *Light of Motiram* is authorized, sponsored, approved, or otherwise connected with SIE, Sony or PlayStation; and

(d)    using any metatags to create a false association between *Light of Motiram* and SIE, Sony, Sony PlayStation, the *Horizon* Works and/or ALOY MARK; and

(e)    authorizing or purporting to authorize any other person or entity to do any of the foregoing.

**IT IS FURTHER ORDERED THAT:**

Pursuant to Rule 65(c), the Court finds that in its discretion no bond shall be required. There is no likely harm to Defendants from enjoining their conduct.

Upon SIE's request, those with actual notice of this Preliminary Injunction Order, including third parties, shall within seven (7) calendar days after receipt of such notice, disable and cease publicly displaying any *Light of Motiram* trailers, gameplay, or promotions.

This Preliminary Injunction Order will remain effective pending (i) a final disposition in this action or (ii) until this Order is dissolved, modified, or terminated by further order of the Court.

The Court shall retain jurisdiction to entertain such further proceedings and enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Preliminary Injunction Order.

//

//

**IT IS SO ORDERED.**

Dated: _____

_____
DISTRICT JUDGE JACQUELINE SCOTT CORLEY