ANNETTE L. HURST (BAR NO. 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020
Facsimile:  +1 213 612 2499

Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,

Plaintiff,

v.

TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10.

Defendants.

Case No. 3:25-cv-06275-JSC

**DECLARATION OF JAN-BART VAN BEEK IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Date:  November 20, 2025
Time:  10:00 a.m.
Courtroom:  8 – 19th Floor
Judge: Hon. Jacqueline Scott Corley

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED.**

I, Jan-Bart van Beek, declare as follows:

1.      This declaration is based on my personal knowledge of the facts described herein, unless otherwise noted.

2.      I am the Studio Director and Art Director of Guerrilla Games, a Sony studio based in Amsterdam with 355 employees. Guerilla Games was founded as Lost Boys Games in 2000, became Guerilla Games in 2002, and was acquired by Sony in 2005. Guerrilla Games operates in the Sony PlayStation group.

3.      I have a Bachelor's degree in photography from the Royal Academy for Visual Arts. I have worked on Sony projects since 1999, when I started working as a freelance animator to develop a trailer for the project that would ultimately become *Killzone*. After formally joining Guerrilla Games, I assumed the positions of Lead Artist (2002-2004); Movie Director (2004-2005); Game Director (2005-2007); Art and Animation Director (2007-present); and Studio Director (2019-present). At Guerilla Games, I created the original concept for *Horizon Zero Dawn*.

### The Origins of *Horizon Zero Dawn*

4.      Before its acquisition by Sony in 2005, Guerrilla Games was an independent game development studio best known for *Killzone*, a linear first-person shooter game.

5.      After making four mainline games in the *Killzone* franchise, which tasks players with exterminating waves of futuristic Nazi-like soldiers in a dark dystopian world, Guerrilla Games wanted to develop an entirely new and fresh game, unlike anything available on the market.

6.      In 2010, with *Killzone 3* nearing completion, Guerrilla Games sent a challenge to its employees: to pitch ideas for new games. As popular as the *Killzone* games were, we wanted to develop something truly new and unique in a market saturated with single-shooter games. This was our specific challenge: "Develop an Epic and Cinematic Character-Driven Game Franchise with Intense Action-packed Gameplay, Strong Storytelling, set in a Distinct and Rich Universe."

7.      We wanted to develop not just a new game, but a game concept that could ultimately lead to books, movies, merchandise, and an entire game franchise. We wanted something evocative, something that would stand out visually and be memorable. And we wanted to create an iconic character to be a brand for the franchise.

DECL. OF JAN-BART VAN BEEK IN SUPPORT
OF PRELIMINARY INJUNCTION MOTION
CASE NO. 3:25-CV-06275-JCS

8.      After spending years working on the dark *Killzone* franchise, we wanted to develop something vibrant, stunning, and hopeful that was character-driven and artistically beautiful. I began working on a concept for a beautiful but recovering post-post-apocalyptic world reclaimed by nature, in which the ferocity of nature manifested itself in the form of large robotic beasts, hunted by a red-haired woman. My original concept included all the key features defining *Horizon Zero Dawn*: primitive tribes fighting to survive in a lush, vibrant landscape dominated by "ancient war machines" long after the collapse of modern civilization, with a strong, iconic female protagonist. In my pitch, I called the game "*Horizon*" and named the red-headed female protagonist "Aloy."

9.      My colleagues pitched a wide variety of game ideas, such as linear adventure games, puzzle games, and even a football game. Below are some ideas our team pitched:



10.     Of the approximately 35 pitches presented and considered, my concept was considered one of the riskiest ideas, shifting from our established first-person shooter series in dystopian worlds full of glass, steel, concrete, and bullets to an open-world action role-playing game in a rich and lush, natural environment juxtaposed with high-tech science fiction elements. Ultimately, the unique story concept and fondness for Aloy, the female protagonist character, resulted in the studio choosing my pitch to develop.

11.     Development on the first chapter of the game that would be called *Horizon Zero Dawn* started in 2011 and it would take over six years before release in 2017.

**The Three "Pillars" of the _Horizon_ Game**

12. Once my concept was selected, we defined three conceptual "pillars" for the new game to inform the intended creative experience.

13. The first pillar, which we initially called "majestic wilderness" or "majestic nature," focuses on the setting: a lush vibrant post-post-apocalyptic world emphasizing the majesty of nature as contrasted with the ruins of a collapsed civilization.



14. The second pillar of "awe-inspiring machines" refers to the characters: robotic animals that dominate the post-post-apocalyptic world. These mechanical animals are both majestic and threatening. We wanted to design machines that felt alive and that tribal characters could hunt.



15. The third pillar is tribal characters and accompanying narrative, who have lost all knowledge of the past. We designed not just one tribal culture but a whole range of them with distinctions in a way that is believable.



Docusign Envelope ID: 9FD79CB2-990E-4943-8DD2-8E8F11617B68

16.    Sometimes we consider Aloy, a member of the Nora tribe, to be an implicit fourth pillar. These pillars influenced every aspect of our game development—including artwork, narrative storyline, character development, color schemes, attire and accessories, and musical choices. Also, from storyline to music, every game feature is experienced from Aloy's perspective, an intimate perspective. Ultimately, it was the careful mix of ingredients from our three core pillars—which required countless individual design choices to finetune—that made the "magic" of *Horizon*. We hung posters of the pillars in our office as a constant reminder as we developed *Horizon Zero Dawn*.

17.    An initial team of approximately 20 designers, coders, modelers, animators, and artists began developing a prototype for the game, including its concept, characters, artwork, and storyline. Initially, we sketched out 20 or so stories, exploring various concepts and characters. To develop the storyline, we hired narrative director John Gonzalez, who worked with lead writer Ben McCaw (who would later direct the narrative for *Horizon Forbidden West*).

18.    In 2012, we pitched our concept to SIE and began extensive focus testing in the United States, United Kingdom, and Germany. While cautiously optimistic about the game, it was far from clear that *Horizon* ultimately would be a success. But we continued developing the game; in fact, we decided to invest all our studio resources into *Horizon*'s development.

19.    After we completed *Killzone: Shadow Fall* in late 2013,



### **The Visual World of *Horizon***

20.    As an artist by profession, and Guerrilla's Art Director at the time, my primary focus in developing *Horizon* was creating its unique visual world, including the *Horizon* setting, tribes, Machines, and Aloy character.

21. *Horizon* is set in a post-post-apocalyptic world where tribal societies live alongside massive robotic animals called "Machines." Visually, although ruins from a lost high-tech human world remain, they are largely overgrown by lush jungles, rich forests, broad deserts, and frozen mountain ranges. In the storyline of the game, players control the Nora huntress Aloy, who gathers natural resources and Machine parts to make tools, weapons, and other survival items. In the game's narrative, players can "override" certain Machines and ride them across the open-world landscape.

22. As Aloy explores the ruins and underground facilities of the old world, she learns more about her own background, the lost high-tech human civilization, and the mysterious calamities that destroyed the old world and brought about the world of *Horizon*.

23. Creating an optimistic post-post-apocalyptic world required far more than simply illustrating overgrown city ruins filled with dinosaur-like robots and tribal characters. It required countless detailed artistic choices to create the lush, vibrant *Horizon* world and its inhabitants.

### *Horizon*'s Setting

24. As we started the development process, we spent a significant amount of time researching what the world would look like in a thousand years. Aided by archeology, we researched how building materials would decay over a millennium. Below are images of our artistic team's efforts to illustrate that decaying process:



25. Rendering nature and vegetation in a world set a thousand years in the future was extremely challenging. It required not only design choices in the look and movement of vegetation, such as the types of foliage and color schemes, but less obvious design choices in texture, scale, spring settings, shading, shadow casting, and many other choices. The setting needed to be art-driven and align with our core pillars. For instance, the *Horizon* setting prominently features patches of red grass to provide camouflage for red-headed Aloy as she hunts Machines.

### *Horizon*'s Machines

26.     In addition to the scenery, we created the inhabitants of the world. Although Aloy became the face of *Horizon*, the animalistic machine robots—or "Machines"—we created are almost as iconic. Even before the game's release, we were often asked about the mechanized animals and their development during press interviews. From the "Watcher" Machine featured in our initial trailers to the "Thunderjaw" Machine featured in the game's initial artwork, the robotic animals in *Horizon* became instantly recognizable. Many of the early favorable reviews commented on the Machines' unique designs.

27.     Although counterintuitive for a post-apocalyptic world, dinosaurs provided our inspiration in creating the Machines. Primitive tribes hunting high-tech machines based on an extinct species a thousand years in the future seemed illogical or even silly at first. But while perhaps counterintuitive from an intellectual perspective, dinosaur-like machine animals worked visually, narratively, and emotionally for the *Horizon* world. As we internally tested the concept and early designs, the feedback reinforced our internal consensus that the machine robots were an important part of the game, both visually and narratively.

28.     Developing the Machines was one of the most challenging parts of the development process. While creating *Horizon*'s Machines, we consulted with robotic experts at the Delft University of Technology to explore what robotic machines of the future may look like.

29.     We ultimately developed 25 Machine species in *Horizon Zero Dawn*, each one unique with distinct physical characteristics as well as behavioral patterns and sounds. We wanted the Machines to be awe-inspiring, requiring careful attention to every detail of their design—including shapes, exoskeletons, colors, and behavior.

30.     We designed the unique visual representation of the Machines by combining elements of robots with elements of animal biology in a terraforming narrative. For example, several Machines convert grass into biofuels. "Grazers" are Machines that have some aesthetic features of deer, "grazing" together in skittish herds and fleeing if they sense danger at a distance, while "Broadheads" are Machines with some aesthetic features of Longhorn bulls that aggressively charge, kick, rear, and buck to attack enemies using their large horn-like apparatuses.

31.     We designed the *Horizon* Machines to have a biomechanical aesthetic. Each Machine combines sleek alloy plating with intricately modeled joints that mirror animal musculoskeletal structures. Armor panels are engraved with stylized tribal motifs, while integrated LED conduits pulse with rhythmic light. The Machines typically feature sensors that are created to appear like eyes and visually distinctive colored or glowing cannisters, cables, or components.

32.     Thunderjaw was the first robot we developed and served as our proof of concept as discussed in a Sony blog entry, available at https://blog.playstation.com/2017/02/24/the-making-of-horizon-zero-dawns-machines/, which I understand is attached as **Exhibit 51** to the Declaration of Diana Rutowski ("Rutowski Decl.") that will be submitted along with this declaration.

### *Horizon*'s Tribes

33.     The *Horizon* storyline features humanity living in culturally distinct, technologically primitive tribes, co-existing with Machines in different ways.

34.     Creating the tribes was one of the most time-consuming and expensive parts of the *Horizon* development process. We had to create style manuals for each tribe—ranging from 60 to 200 pages—and make countless artistic choices in designing the tribes' physical traits, attire, accessories, dwellings, etc.

35.     In developing the various tribes, we worked with anthropologists to understand how tribal cultures form. We read literature, talked to experts, listened to presentations, and did significant research to understand how real-world tribes are formed and what creates unique tribal cultures. We invested countless hours into research before we began creating the visual environment and narrative of *Horizon*.

36.     We designed each tribe to have a unique aesthetic design reflecting its material culture and home biome. We chose distinctive color palettes to reinforce each biome's identity and the cultural distinctiveness of its inhabitants. For example, the Nora tribe wears primitive apparel made primarily from animal hides, leather, linen, and protective metal plates, accented with feathers, embroidery, wooden beads, metal accents, and discarded cables.

///

JAN-BART VAN BEEK DECL. IN SUPPORT OF
PRELIMINARY INJUNCTION MOTION
CASE NO. 3:25-CV-06275-JSC

### *Horizon*'s Aloy Protagonist

37.     Aloy was a key part of my pitch. Although there was initial resistance to a female protagonist at the time because the gaming industry had historically been dominated by male "hero" or protagonist characters, I always envisioned the leading character as a woman. Similar to the game's theme of restorative beauty, its heroism centered on femininity, which was a large departure from the masculinity of *Killzone*. Also, *Killzone*, which featured only the enemy on its box cover, did not have a strong hero character. So we wanted to create a hero protagonist for *Horizon*, one that would be strongly associated with the franchise itself. We always anticipated that Aloy would be the "face" of *Horizon* and put her on the box cover from the outset.

38.     In developing Aloy's likeness, we tested dozens of different features, including her facial features, hair style, make-up, garb, accessories, and many other aspects of her visual identity. Although we tested many depictions of Aloy and she went through many iterations before we landed on her unique persona, we always chose the striking red hair in developing her image.

39.     Intentionally designed by our team to be distinctive and immediately recognizable, Aloy is a young, powerful, female warrior-huntress with fiery red hair, a strong jawline and freckles. We wanted Aloy's visage to be immediately recognizable from a distance and to reinforce the game's aesthetic themes. Aloy wears tribal attire and specific-colored accessories. Her costume blends leather and woven fabrics with materials scavenged from Machines, such as metal plates. She is often shown with a headpiece made from Machine materials, creating a layered silhouette that combines the primitive and futuristic elements in the game. We chose to use vibrant colors of orange, deep teal, and earthy browns on her gear and in the environment, consistent with our desire to create a beautiful and hopeful post-post-apocalyptic world rather than a dark dystopian world. While players can customize her gear as the game progresses, the distinctive Aloy image persists.

40.     Over the years, I've observed the public's fondness for Aloy's character, seeing her image tattooed on fans and learning of babies named after Aloy.

41.     During press interviews, I am often specifically questioned about the Aloy character and how she became a Sony PlayStation icon. In fact, there have been interviews focused almost entirely on Aloy and how she became an icon. Once example is available at https://www.guerrilla-

JAN-BART VAN BEEK DECL. IN SUPPORT OF
PRELIMINARY INJUNCTION MOTION
CASE NO. 3:25-cv-06275-JSC

games.com/read/how-guerrilla-made-a-playstation-icon, which I understand is attached as **Exhibit 54** to the Declaration of Diana Rutowski.

### Our Risk in Developing *Horizon Zero Dawn*

42.     At the time we started developing *Horizon Zero Dawn*, we had no guarantee that the game would achieve the significant success and recognition that it ultimately did. We took a very real risk by investing many years and millions of dollars into a game where, basically, a young woman hunts robot dinosaurs a thousand years in the future.

43.     Just before the first trailer was shown at the Electronic Entertainment Expo (E3), one of the video game industry's most significant annual business events, in June 2015 in a 5000-seat stadium filled with international press, I turned to Hermen Hulst (then managing director of Guerrilla, now head of PlayStation Studios) and asked: "What if it doesn't work? What if the whole idea of cave people fighting robot dinosaurs is just too silly?" Hermen responded: "Well, it's too late for that." I was worried that the game would be laughed out of the room, but the trailer generated so much applause and enthusiasm that we knew *Horizon Zero Dawn* was a potential hit. It was—and the initial game launched one of the most successful video game franchises and beloved characters in Sony history.

### *Horizon Zero Dawn* Was Released to Acclaim

44.     After over six years of development, we released *Horizon Zero Dawn* in February 2017. I remember waiting anxiously to learn how the critics reviewed the game. We were thrilled once the reviews started posting. The feedback exceeded our greatest expectations.

45.     Once released, *Horizon Zero Dawn* received critical acclaim, winning the Golden Joystick Award for "Best Storytelling" in 2017; and the SXSW Gaming Awards for "Excellence in Visual Achievement" and "Most Promising New Intellectual Property," as well as Writers Guild of America Award for "Outstanding Achievement in Videogame Writing" in 2018. It also won gaming's most prestige price, a BAFTA, in 2018 for "Original Property," showing that a group of industry peers recognized the originality of Horizon.

**<u>Expansion of the *Horizon* Franchise</u>**

46.    In November 2017, we released *Horizon Zero Dawn: The Frozen Wilds*. In 2018, we began work on *Horizon Forbidden West*, which we revealed at the 2020 PS5 Future of Gaming and released in February 2022. Development of the sequel involved over ████████ █████████

47.    Soon after its release, *Horizon Forbidden West* was quickly nominated for several awards, including The Game Awards 2022 Game of the Year and the 26th Annual DICE Awards Game of the Year. *Horizon Forbidden West* ultimately received the 2022 Golden Joystick Award for "Best Storytelling," the 2022 Japan Game Awards' "Award for Excellence," and the 2022 Dutch Game Awards for "Best Game" and "Best Art."

48.    In 2023, we released a *Horizon* game for PlayStation VR2, *Call of the Mountain*, and, that same year, we released *Horizon Forbidden West: Burning Shores*.

49.    In 2024, we released *Lego Horizon Adventures* and licensed Lego to sell *Horizon* Lego sets. It was very exciting to see our *Horizon* characters physically expressed in Legos and work with a company as passionate about our beloved characters as we are.

50.    ████████████████████████████████████████████ ██████ Our decision to invest time and money into any new games is significantly impacted by other games in the market. Based on my decades of experience in the gaming industry, and experience with the *Killzone* franchise, I have learned that video game genres can become oversaturated with competing products if they are too similar.

51.    Mastering a video game requires investing a substantial amount of time in playing the game. For example, it takes the average player approximately 61 hours to reach the highest level of play ("Completionist") for *Horizon Zero Dawn*.

52.    As we learned with *Killzone,* gamers typically chose one shooter franchise and did not invest the time in mastering other similar shooter games. In fact, this is one reason we wanted to create something entirely unique from other games when we decided to develop *Horizon Zero Dawn*.

53.     The *Horizon* franchise is not just commercially successful; it has received significant industry praise for its artistry, storytelling and music. To this day, we often receive requests for interviews to discuss the origins of *Horizon* and its development process. We regularly speak at industry conferences about the franchise. When we began working on *Horizon*, we could not have imagined how wildly successful the franchise ultimately would become. Our investment in and attachment to *Horizon* makes the blatant apparent copying of the game deeply disturbing— personally and professionally—to all of us at Guerrilla.

**Tencent Promotes *Light of Motiram* Publicly**

54.     I learned of *Light of Motiram* when Tencent began promoting the game publicly. Reviewing the promotions and trailers, I was shocked to see so many similarities between Tencent's game and *Horizon*, including the same three pillars of *Horizon*: (1) a lush, vibrant post-post-apocalyptic world (2) in which tribal characters, including a young female protagonist that closely resembles Aloy, (3) hunt mechanical animal and dinosaur-like robots called "Mechanimals."

55.     After my initial shock upon learning of *Light of Motiram*, I more carefully reviewed the game's promotional materials and trailers. As described, the promotional materials and trailers contain artistic and storyline elements similar or identical to those in *Horizon*, including the landscape, female protagonist, tribes, and machine animals. Indeed, the extent to which *Motiram* copies *Horizon* still shocks me.

56.     The below comparison of scenes from the *Horizon* games and *Light of Motiram* promotional material is based on my familiarity with *Horizon* artwork and my review of the *Light of Motiram* trailers, social media posts, and other promotional materials identified below, which I understand are exhibits to the Declaration of Diana Rutowski.

57.     With respect to **Exhibits 49.A**, **63.A** and **65.A** attached to the Declaration of Diana Rutowski, I am familiar with the "Horizon Zero Dawn – Launch Trailer | PS4", available at https://www.youtube.com/watch?v=wzx96gYA8ek (**Ex. 49.A**); the "Horizon Zero Dawn – E3 2015 Trailer | PS4", available at https://www.youtube.com/watch?v=Fkg5UVTsKCE (**Ex. 63.A**); and the "Horizon Zero Dawn | PSX 2016 Machines Trailer | PS4", available

Docusign Envelope ID: 9ED79CB3-908E-4943-8DD2-0E8E14617B68

at https://www.youtube.com/watch?v=e7sm4i94mUY (**Ex. 65.A**). These trailers accurately depict our creative content from *Horizon Zero Dawn*.

### **The Visual Setting of *Light of Motiram* Is Almost Identical To *Horizon***

58.     Tencent's promotional material presents a visual setting almost identical to SIE's *Horizon* promotional material. In the images below, Aloy is in the same position as a look-alike to Aloy, a red-haired tribal huntress with a bow, and both characters look out on a broad, snow-peaked valley and mechanized creatures, including prominent mechanical animals, or "mechanimals," with the vista framed by trees and rock in the foreground.

| The *Horizon* Franchise | *Light of Motiram* Promotional Material[1] |
|---|---|
|  |  |

59.     Promotional art for both games conveys substantially the same look and feel from a game developer's perspective. For example, in the below images, circular structures covered in hanging vines and jungle overgrowth are in the background with tropical foliage in the foreground.

| The *Horizon* Franchise | *Light of Motiram* Promotional Material[2] |
|---|---|
|  | |

---

[1] Rutowski Decl. Ex. 55 (https://www.gematsu.com/2024/11/mechanimal-open-world-survival-crafting-game-light-of-motiram-announced-for-pc).

[2] Rutowski Decl. Ex. 28.B (Light of Motiram Official Announcement Trailer at 0:30).

60.    As shown in the below images, a watery basin in *Horizon* mirrors *Motiram*'s swampy clearing, with a spiral tower in both backgrounds.



61.    In the below images, a spherical repair node hovers above fields of red grass and trees in *Horizon Forbidden West*, while *Motiram* features a similarly shaped orb and scaffold silhouette standing over red grass and forest at dusk.



//
//
//
//
//
//

---

[3] Rutowski Decl. Ex. 56 (Light of Motiram Press Kit – Concept Art 8).
[4] Rutowski Decl. Ex. 1.B (Video from Steam at 3:04).

JAN-BART VAN BEEK DECL. IN SUPPORT OF
PRELIMINARY INJUNCTION MOTION
CASE NO. 3:25-CV-06275-JSC

62.     In the two images below, red-haired Aloy hides in *Horizon*'s reed-like red grass blowing to the left, while *Light of Motiram* also features its female protagonist in patches of reed-like red grass blowing to the left.

| The *Horizon* Franchise | *Light of Motiram* Promotional Material[5] |
|---|---|
|  | |

**The Mechanized Animals of *Light of Motiram* Closely Resemble Those of *Horizon***

63.     As discussed above, we designed the *Horizon* world with robotic Machines that mimic animal biology and behavior. The Machines are visually depicted as made of light gray and dark gray metal alloys, including metal armor mimicking recognizable animal musculature, and have glowing ocular sensors and an assortment of attached components.

64.     *Light of Motiram* promotions show mechanical animals (or "Mechanimals") that are substantially similar or identical to *Horizon* Machines, as shown below:

| The *Horizon* Franchise | *Light of Motiram* Promotional Material[6] |
|---|---|
|  | |

---

[5] Rutowski Decl. Ex. 28.B (Light of Motiram Official Announcement Trailer at 1:42).

[6] Rutowski Decl. Ex. 58 to Rutowski Decl. (Light of Motiram Press Kit – Concept Art 4 (first, second and fourth images); *id.* Ex. 57 (Light of Motiram Press Kit – Gameplay Screenshot 1 (third image); *id.* Ex. 46.B (YouTube Video "LIGHT OF MOTIRAM| Mechanimal: AGNI" (fifth image).

JAN-BART VAN BEEK DECL. IN SUPPORT OF
PRELIMINARY INJUNCTION MOTION
CASE NO. 3:25-CV-06275-JSC

| The *Horizon* Franchise | *Light of Motiram* Promotional Material[6] |
|---|---|



65.    The "Mechanimals" are not only visually similar to *Horizon*'s Machines, but play an important role in the game's narrative. Like *Horizon*'s Machines, the Mechanimals are characterized by different terraforming abilities. For example, as stated on a version of the *Light of Motiram* webpage, the *Light of Motiram* Mechanimal modeled after a bull purportedly was designed to use its horns for "large scale land clearing operations." Rutowski Decl. **Ex. 61**.

**The Redheaded Protagonist of *Light of Motiram* Looks Like *Horizon's* Aloy**

66.    As the below images show, the female protagonist in *Light of Motiram* promotional materials bears a striking similarity to Aloy.

| The *Horizon* Franchise | *Light of Motiram* Promotional Material |
|---|---|
| | [7] |
| | [8] |
| | [9] |

---

[7] Rutowski Decl. Ex. 55 (https://www.gematsu.com/2024/11/mechanimal-open-world-survival-crafting-game-light-of-motiram-announced-for-pc).

[8] Rutowski Decl. Ex 28.B (Light of Motiram Official Announcement Trailer at 6:29).

[9] Rutowski Decl. Ex. 59 (Light of Motiram Press Kit – Concept Art 7).

JAN-BART VAN BEEK DECL. IN SUPPORT OF
PRELIMINARY INJUNCTION MOTION
CASE NO. 3:25-CV-06275-JSC

| The *Horizon* Franchise | *Light of Motiram* Promotional Material |
|---|---|
|  | [10] |

67.    Not only does *Light of Motiram* use Aloy's likeness, but it also features a small high-tech device accompanying her. In *Horizon*, Aloy is accompanied and aided by a small, augmented reality device called a "Focus." The Focus is a silver, glowing device developed by the Old Ones using their advanced technological knowledge. Players can use the Focus to scan their immediate environment, physical objects, or Machines. The Focus displays a holographic visual 3D interface that provides information about the scanned area or object, locates clues about the Old Ones and the apocalypse, and illuminates hidden dangers, points of interest, and weak spots on Machines.




---

[10] Rutowski Decl. Ex. 60 (Light of Motiram Facebook page profile picture).

68.    *Light of Motiram* promotional materials show a glowing, high-tech device that assists tribal characters in exploring ancient ruins and scanning mechanical beasts. The below image is excerpted from *Light of Motiram*'s Steam page.



69.    *Light of Motiram*'s Reddit page describes the device as "a mechanical assistant … called Angelos, an essential companion for your survival and exploration here. It appears to be evidence and a 'Relic' of the once-destructed advanced civilization. You can communicate and interact with this world and the remnants of civilization through it. There seem to be many untold stories behind it." Rutowski Decl. **Ex. 24**.

**The Visual Tribal Elements of *Light of Motiram* Mimic Those of *Horizon***

70.    *Horizon* features primitive human tribes with distinct cultures. For example, the Nora tribe is known for its strictly matriarchal leadership, while the Tenakth tribe is known for its aggressive and violent warrior culture. These tribes differ in whether the lost technological knowledge of the Old Ones should be shunned or embraced.

71.    *Light of Motiram* features substantially similar primitive human tribes to *Horizon* tribes, for example, differing views on whether to reject or embrace lost technology. According to a Tencent announcement that I read, *Light of Motiram* will feature a "matriarchal" Ranau tribe (akin to *Horizon*'s Nora tribe) and a "warlike" Dariman tribe (akin to *Horizon*'s Tenakth tribe). I read

---

[11] Rutowski Decl. Ex. 32.

1    this in is a printout of a Twitter/X post by Light of Motiram that I understand will be submitted as

2    **Exhibit 25** to the Declaration of Diana Rutowski.

3         72.    *Light of Motiram* promotional materials also reflect that the tribal characters share

4    visual similarities, particularly with respect to apparel mirroring Nora tribal apparel in physical

5    design, color scheme, the use of similar natural materials and scrap-metal accents, and the inclusion

6    of similar decorative trims, beads fringes, wraps, and cords.

7         **The Narrative of *Light of Motiram* Is Substantially Similar to the *Horizon* Narrative**

8         73.    In *Horizon*, a technologically-advanced human civilization collapses, and

9    knowledge of what caused civilization's ruin has been lost to time. In the narrative of the game, the

10   lost civilization, known as the "Old Ones," left behind derelict ruins, artifacts, and mysterious

11   underground facilities, which have been overrun by nature. As players explore the wild and diverse

12   biomes stretched across *Horizon*'s open world map (including beaches, forests, jungles, deserts,

13   and snowy mountain ranges), they discover relics of the Old Ones. Investigation of these sites

14   reveals the calamities that caused the high-tech civilization's collapse. The remnants of surviving

15   humanity live in primitive tribes, having lost all knowledge of the Old Ones' advanced technology.

16   Many of these tribes hunt the animalistic, robotic Machines for resources and mechanical parts.

17        74.    *Light of Motiram* has a substantially similar setting and was released with an

18   overarching description of the game that mirrors the narrative and aesthetic of *Horizon*. The game's

19   Reddit page (Rutowski Decl. Ex. 24) explains that in *Light of Motiram*, "human civilization [] is as

20   fragile as a newborn baby, with countless mysterious mechanical creatures inhabiting the

21   wilderness, and high-tech structures that do not belong to this era scattered throughout. They seem

22   to originate from a higher civilization that has long since perished, leaving behind enigmatic

23   mechanical creations that wander the wilderness day after day, awaiting the unknown."

24        75.    *Light of Motiram*'s Steam page (Rutowski Decl. Ex. 1.A) summarized the narrative

25   this way: "Earth and human civilization as we once knew it are gone. Across untamed wilderness,

26   giant mechanical beasts roam freely, while humanity struggles to rebuild from the dawn of a new

27   primitive era. Journey from lush tropical rainforests to barren desert landscapes and snow-capped

28

Jan-Bart van Beek Decl. in Support of
Preliminary Injunction Motion
Case No. 3:25-cv-06275-JSC

1  mountain peaks—as you discover unique Mechanimals and mysterious ruins in different regions,

2  gradually uncovering the secrets of MOTIRAM."

3      76.    After spending over a decade creating and developing the *Horizon* franchise, it was

4  disappointing to see our work copied to such a significant extent. Instead of spending the years and

5  money that we invested into creating the *Horizon* world, *Light of Motiram* simply copied it,

6  sidestepping the investment we made—and significant risk we took—in developing *Horizon*.

7  ### *Light of Motiram* **Harms the Horizon Franchise and Jeopardizes Its Expansion**

8      77.



15     78.    There is an even greater risk of harm to the *Horizon* franchise if *Light of Motiram*,

16  once released, does not have the same high quality as the *Horizon* games.

17     79.    The confusion caused by *Light of Motiram* promotions has already interfered with

18  our existing *Horizon* development strategy, as there is a risk that future expansion could be

19  incorrectly interpreted as copying *Light of Motiram*.

20  ### **Tencent's Copying Deters Future Creative Investment and Harms the Gaming Public**

21     80.    Creating and developing *Horizon* has been a long labor of love and source of great

22  professional pride for all of us at Guerrilla. The extent to which *Light of Motiram* simply copies

23  *Horizon* in almost every respect—including artwork, imagery, landscape, characters, sound, and

24  storyline—has impacted morale at the studio. Such copying disregards Guerrilla's many years of

25  hard work and passion to create *Horizon*. As designers, artists and creators of content, we take great

26  pride in our creative work, and the creation of *Horizon* in particular. Obvious knock-offs, such as

27  *Light of Motiram*, can deter existing and future employees from pouring their passion into new

28  development projects if there is a risk that their creativity can be simply copied by others.

JAN-BART VAN BEEK DECL. IN SUPPORT OF
PRELIMINARY INJUNCTION MOTION
CASE NO. 3:25-CV-06275-JSC

81.    Over the years, we have met with thousands of *Horizon* game players at lectures, conferences, and other public events. At Guerrilla, we are not only protective of *Horizon* itself, but also our loyal fanbase. We were dismayed to learn that *Light of Motiram*'s trailers and promotions caused some to mistake *Light of Motiram* as a new version of or associated with *Horizon*, particularly as we have no control over the quality of Tencent's game if ultimately released.

**Confidentiality of SIE's Business Information and *Horizon* Expansion Plans**

82.    Based on my current position as Guerrilla's Studio Director and years of experience in the gaming industry, I understand what types of business information must be maintained as confidential for a game studio to maintain a competitive edge in the marketplace.

83.    Given the significant financial revenue that popular video games can generate, the gaming industry is highly competitive. Given the competitive nature of the industry, maintaining confidentiality of studio business information is critically important to game studios.

84.    To support SIE's preliminary injunction motion seeking to stop the promotion of *Light of Motiram* from further harming SIE, this declaration provides highly confidential and strategic information relating to the *Horizon* franchise, including investment costs, internal game development details, current development activities, and future expansion plans. This highly proprietary information includes franchise-specific investments (¶¶19, 46); active franchise expansion plans (¶¶50, 77); and contractual licensing relationships (¶77).

85.    To protect the confidentiality of business information, Guerrilla maintains strict confidentiality protocols, including code names, limiting information to those with a need-to-know basis, and confidentiality agreements. New game projects are given code names, which we use in all communications about a confidential project. Project information is shared only with persons with a specific business need who are advising and working on the project. Those employees are subject to employee confidentiality agreements. To the extent Guerrilla works with third-parties on the production, development or testing of unannounced game projects, those entities and persons are also bound by strict confidentiality agreements.

86.    Additionally, our financial investment and the number of personnel we employ on a project in game development is highly confidential. While the public has a general understanding

that the *Horizon* game franchise has been financially successful, detailed financial information relating to *Horizon* is highly confidential to SIE. Financial records and budgets are not matters of public record nor are they widely divulged within the business. Similarly, information about the number and types of personnel we staff on a particular game development project is not publicly available. Tencent is a competing developer and publisher of games, and publicly disclosing SIE's financial information would provide Tencent and other competitors with an insight into our game budgets and game-specific development strategies that they otherwise would not have.

87.    If the confidential information in this declaration is publicly disclosed, it would place Guerrilla and SIE at a significant disadvantage in the industry by providing competitive studios with key information on our prior and current game development strategies and expansion plans, allowing them to adjust their own strategies to try to replicate ours as they compete with Guerrilla and SIE. It also would weaken our negotiating position significantly if third parties learned the specific dollar amounts we invested in developing particular games.

88.    I understand that Asad Qizilbash (SVP of Product, Studio Business Group) has provided a declaration that further describes the steps that SIE takes to protect its confidential business information, operations, and strategies, as well as the real and significant risk of harm if such confidential information is publicly disclosed.

//
//
//
//
//
//
//
//
//
//
//

1    I declare under penalty of perjury the laws of the United States of America that the foregoing

2    is true and correct.

3    Executed on this 16th day of October 2025, in Amsterdam, The Netherlands.

4

5    Jan-Bart van Beek
———————————————————
Jan-Bart Van Beek

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28