ANNETTE L. HURST (BAR NO. 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020
Facsimile:  +1 213 612 2499

Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10.<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**DECLARATION OF LUCAS VAN TOL IN SUPPORT OF SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  November 20, 2025<br>Time:  10:00 a.m.<br>Courtroom:  8 – 19th Floor<br>Judge: Hon. Jacqueline Scott Corley |

I, Lucas van Tol, declare as follows:

1.     This declaration is based on my personal knowledge of the facts described herein, unless otherwise noted.

2.     I am the Music Lead at Guerrilla Games ("Guerrilla"), the studio that created the *Horizon* franchise and a subsidiary of Sony Interactive Entertainment LLC ("SIE").

3.     I obtained a European Master of Arts with honors in Sound and Music Production from Hogeschool voor de Kunsten Utrecht ("HKU", Utrecht School of Arts), Faculty of Arts, Media and Technology ("KMT") in the Netherlands in 2004. I then obtained a post-graduate diploma in Sound Design from HKU. As part of my studies, I took classes that focused on composition in context and analyzing music (both in style and function) for media (including (animated) movies and games).

4.     Shortly before graduating, I joined Guerrilla Games in May 2006. Over the past nineteen years, I have worked on most stages of audio production work over five major projects, including the *Killzone* franchise (*Killzone 2*, *Killzone 3*, and *Killzone Shadow Fall*) and, after that, the *Horizon* franchise, including *Horizon Zero Dawn*, *Horizon Forbidden West*, and their downloadable content expansions ("DLCs") (*Horizon Frozen Wilds* and *Horizon Burning Shores*).

5.     I became officially involved in Guerilla's music trajectory around 2014, and was promoted to Music Supervisor in December 2017, and eventually to Principal Music Supervisor. Since mid-2025, I have been Guerrilla's Music Lead. In my role as Music Lead, I am responsible for creating and maintaining the musical vision for Guerrilla's games that are being developed in-house. I create composer briefs, oversee the music team, find composers, and supervise the composers' collaboration and compositions to ensure they fit the project's vision.

## The Distinct Sound of *Horizon*

6.     I was part of the team that researched and established the rules for *Horizon*'s musical vision. We designed the music for *Horizon* to have a very distinct sound. We wanted *Horizon* music to be unlike anything our direct competitors were doing and intentionally steered clear of the typical "feel" or genre of music in existing video games within the same genre. We started from scratch when composing the *Horizon Zero Dawn* soundtrack so that there would be a recognizable and

Lucas van Tol Declaration in Support
of Motion for Preliminary Injunction
Case No. 3:25-cv-06275-JSC

distinct '*Horizon* music style'. When we started the selection process for composers, we identified three "High Level Goals": (1) "Unique style of music"; (2) "Not 'stereotypical symphony'"; and (3) "Recognizable as Horizon [] music."

7.    The music in *Horizon Zero Dawn* embodies the three overarching pillars of the games: robot animals ("Machines"), tribes, and majestic nature.

8.    The Machines pillar is reflected in the music through electronic elements and processed sounds. Our composers use analogue and digital synthesizers as well as a lot of outboard gear and computer-based plugins to making thematic identifiers for the Machines based on technology, sci-fi sounds and metal. We purposefully steered away from the more conventional and common 'clean arpeggio sci-fi sound'.

9.    The tribal pillar is reflected through percussion and big drum music. In *Horizon Zero Dawn*, a prominent tribal element was achieved by using live recorded gigantic drums like the Odaiko, recorded in a more tribal ('natural', 'dry') and less 'Zimmer-ish' ('epic') way. To achieve percussive sounds with other instruments, for example, we used unconventional playing techniques like bows on piano wire and cellos played with plectrums or the back of a bow to convey how contemporary instruments would be played by someone to whom our current-world instruments were unknown, as shown in the YouTube movie "Inventing Instruments" - https://www.youtube.com/watch?v=tGpVunSYuTs, which I understand is **Exhibit 53.B** to the Declaration of Diana Rutowski.

10.    The nature pillar is intended to evoke majestic beauty, and we used live recordings of organic sounds as much possible. We used a contrabass flute and made synth pads from blowing on a Thai bamboo flute, noting distant pads and ambiences, and wide, spread out chords.

11.    While the specific sounds reflecting the three pillars are not present in every piece, they appear roughly equally throughout the games and soundtracks.

12.    Our intent was to maintain an intimate sound, and to avoid "Hollywood" sounds that are big and "wet," heavily processed, and recurring in many games. This design choice went against what people would logically expect in a videogame. We deliberately focused on recording live solo

Lucas van Tol Declaration in Support
of Motion for Preliminary Injunction
Case No. 3:25-cv-06275-JSC

instruments and small sections close up, so you could hear the detail in the performance - and sounds that were a little Americana, avoiding tropes.

13.    Another important aspect of the *Horizon* sound is that it is written through the eyes of the female protagonist Aloy, which also renders the *Horizon* sound more intimate than the loud thunderous music in other video games. We included vocals by a soprano known by the name of Julie Elven. We made a conscious choice to have her be 'the musical voice of Aloy'. Julie Elven's voice would appear throughout the *Horizon* franchise during Aloy's most emotional moments.

14.    Every aspect of the *Horizon* sound was meticulously selected. For example, in connection with the nature pillar, the team spent a lot of time researching birds, noting information about what regions and habitats they inhabit and what time of day they sing and chirp, all to make sure the birds in the soundtrack reacted through sound in a natural way.

15.    To achieve the unique *Horizon* sound, we spent a lot of time and effort searching for the right composers who could capture the essence of the three pillars. First, we drafted a project brief describing the three pillars and overall music vision. Attached as **Exhibit A** (Guerrilla Brief Horizon Zero Dawn.PDF) is a true and correct copy of the project brief provided to candidate composers as part of the selection process for *Horizon Zero Dawn*. Attached as **Exhibit B** (Guerrilla Brief Horizon Forbidden West.PDF) is a true and correct copy of the project brief provided to candidate composers as part of the selection process for its sequel *Horizon Forbidden West*.

16.    Then, we engaged in an iterative process with composers, whereby they would submit music, we would provide our feedback, and they would return new versions. This required a lot of time and effort by SIE. We spent many months reviewing custom composed music cues from composers and reviewing them with the Guerrilla stakeholders including the music team and game director(s).

17.    Once we made a decision on which composers best fit the project, we gathered them for multiday on-site composer summits to see how their compositions would cohere as a sound and establish how the composers would work together as one well-oiled team. Our efforts paid off: much of the signature *Horizon* sound can be attributed to the composers we selected.

18.    The *Horizon Zero Dawn* soundtrack was ultimately composed by Joris de Man, Joe Henson, Alexis Smith, and Niels van der Leest, with additional choral contributions by Jonathan Williams. The *Horizon Zero Dawn* soundtrack, which took around two years to create, can be heard here:

https://open.spotify.com/album/1tnJU98uHAWkkAsRekqtTe?si=r3z69G76S82jYVoOSajeGA.

An example of the music in a promotional trailer can be heard here: https://www.youtube.com/watch?v=wzx96gYA8ek, which I understand is **Exhibit 49.B** to the Rutowski Declaration. Another example of a promotional trailer that defined our main theme and musical style can be heard here: https://www.youtube.com/watch?v=Fkg5UVTsKCE. This 'E3 2015 Announce Trailer' has become a key musical asset in defining the style for our *Horizon* franchise and is also the first asset where 'Aloy's musical voice' is featured. I understand that the promotional trailer is **Exhibit 63.B** to the Rutowski Declaration.

19.    The *Horizon Zero Dawn* soundtrack received substantial recognition. For example, it won Best Original Score in a Video Game at the 2017 Jerry Goldsmith Awards and Best Original Video Game Score at the 2018 Ivor Novello Awards.

20.    The *Horizon Zero Dawn* soundtrack also received significant industry praise, with the magazine *Sound on Sound* highlighting the game's scoring in an article called "Scoring Horizon Zero Dawn," July 2017, available at https://www.soundonsound.com/techniques/scoring-horizon-zero-dawn, which I understand is **Exhibit 50** to the Rutowski Declaration. The article captured our creative process: "To ensure that the world would be totally convincing to exploring players, Sony-owned Guerrilla carefully worked out every detail of the landscape, and created descriptions of all the civilizations that inhabited it. Naturally, the score had to support the story, so a great deal of thought was given to what kind of music might exist in such a place and time."

21.    We applied the same development template to music for other *Horizon* games, including *Horizon Forbidden West* and both *Horizon* DLCs, *Horizon Frozen Wilds* and *Horizon Burning Shores*. For example, when Guerrilla started working on the soundtrack for *Horizon Forbidden West*, we repeated the same selection process described above with approximately six to ten new composer candidates. This time, however, the process was complicated by the fact that

4

Lucas van Tol Declaration in Support
of Motion for Preliminary Injunction
Case No. 3:25-cv-06275-JSC

1   we needed any new composers to work on an established *Horizon* sound and work collaboratively

2   with the existing *Horizon* music team.

3       22.     We ultimately selected Canadian-based Oleksa Lozowchuk to join the composer

4   team. Mr. Lozowchuk helped implement and further refine the signature sounds of *Horizon*,

5   including blending the sounds of the three overarching pillars and Americana feel, into *Horizon*

6   *Forbidden West*. Mr. Lozowchuk achieved this by attending Guerrilla composer summits so that

7   he had a deep understanding of the already-established *Horizon* sound. As the newest addition to

8   the *Horizon* music team, Mr. Lozowchuk helped further develop the *Horizon* sound consistent with

9   *Horizon*'s pillars. For example, Mr. Lozowchuk introduced a Canadian choir to the choral sound

10  of the *Horizon Forbidden West* soundtrack and helped establish Horizon's 'pop' sound with his

11  arrangement of the opening title track "In the Flood".

12      23.     Like the *Horizon Zero Dawn* soundtrack, *Horizon Forbidden West*'s music received

13  significant industry praise, winning multiple awards from Music + Sound Awards in 2022 (Best

14  Sound Design/Best Original Composition) and the 2022 Game Award for Best Audio Design.

15                                    ***Light of Motiram***

16      24.     I have reviewed the music and sounds in *Light of Motiram*'s promotional materials.

17  I found striking similarities between their promotional trailer and the *Horizon* music. *Light of*

18  *Motiram*'s promotional materials contain the same core features of the *Horizon* sound, including

19  the pillars, instrumentation, intimacy of the lead female voice, melodic composition, and rhythm,

20  creating a similar overall feel.

21      25.     I have reviewed internet posts stating that Oleksa Lozowchuk composed the music

22  for the *Light of Motiram* trailer. I have also reviewed the game's YouTube site stating that the trailer

23  features "the captivating music by Oleksa Lozowchuk," which was previously available at

24  https://www.youtube.com/watch?v=7bABDo5r5fg, and I understand is **Exhibit 28.A** to the

25  Rutowski Declaration. I was disappointed to learn that the creatives behind the trailer had decided

26  to use Mr. Lozowchuk not only in name, but also had chosen to direct him towards this particular

27  similar style that led to a score that mimicked *Horizon*'s award-winning, distinctive sound.

28

5                   Lucas van Tol Declaration in Support
                          of  Motion for Preliminary Injunction
                          Case No. 3:25-cv-06275-JSC

26.    In carefully listening to the *Light of Motiram* trailer, I can state that the overall sound and feel of the *Light of Motiram* announce trailer indeed resembles *Horizon*'s music. Besides all pillars being present in this trailer and being similar in style to the *Horizon* trailers, one example that stands out is the female voice in the beginning. Not only does the singer have the same ethereal quality as Julie's voice that kicks off the Horizon Announce Trailer (E3 2015) ("Aloy's Theme," https://www.youtube.com/watch?v=0FllnTkXATI, which I understand is **Exhibit 48.B** to the Rutowski Declaration), the melody is very similar to one of our other most-loved music pieces from *Horizon Zero Dawn*: "City On the Mesa". It is a result that one can expect when giving both the *Horizon* main theme and "City On the Mesa" as reference musical pieces to a composer. "City on the Mesa" is available here: https://www.youtube.com/watch?v=T7E-3W2r850, which I understand is **Exhibit 64.B** to the Rutowski Declaration. The opening melody in *Light of Motiram*'s trailer also has a striking resemblance to the string-phrase in the opening title track from *Forbidden West* called "In The Flood," that directly transitions from a "City On the Mesa" variance. It seems like most of the melody contains the same four notes from the Dorian mode, just in a different order.

27.    We at Guerilla Games are not the only ones who have noticed these obvious similarities. I have reviewed posts commenting on the similarities and the apparent copying. For example, in the video posted at https://www.youtube.com/watch?v=NC9AciQQEe0, which I understand is **Exhibit 37.B** to the Rutowski Declaration, starting at approx. 7:10 minutes into the video the commentator states: "let's check out how blatantly the music of Horizon is copied as well the scan visual straight from Horizon" and then continues to play the *Light of Motiram* trailer in his video while discussing similarities. Another example is that in the official 'Light of Motiram – Official Reveal Trailer' as posted by IGN, there are multiple people commenting that they 'even copied the Horizon music style' in not one but multiple comment threads. I understand that a copy of the IGN webpage is attached as **Exhibit 11** to the Rutowski Declaration.

28.    We are very proud of the unique, award-winning sound the Guerrilla music team created for the *Horizon* franchise. It took years of the entire music team working to develop and refine the unique sound, one that is now instantly identifiable with the *Horizon* franchise. As artists,

Lucas van Tol Declaration in Support
of Motion for Preliminary Injunction
Case No. 3:25-cv-06275-JSC

1  our creations are a great point of personal and professional pride. If competitors can simply copy

2  the *Horizon* musical style, it will adversely impact not only the company's financial investment—

3  but also our artists' passion and personal investment—in creating unique sounds for other game

4  franchises.

5      I declare under penalty of perjury under the laws of the United States of America that the

6  foregoing is true and correct.

7      Executed on this 16th day of October 2025, in Amsterdam, The Netherlands.

8

9                                                              _____

10                                                             Lucas Van Tol

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28