# Exhibit A



HORIZON (working title) TEST FOR ORCHESTRAL COMPOSER
2014 - GUERRILLA GAMES

# Music Brief

*We are considering you for the position of one of the main composers of the soundtrack of our open-world project "Horizon" (working title) on PS4. To have a clear insight in the style of music you could provide for our game, we would like to ask you to provide us with a test, consisting out of three different music pieces.*

*Since we already know you know how to write adaptive music, we will leave that out of this test. This test is purely about style.*

**The Music style of Horizon: High Level Goals – Ambition**

- Unique style of music
- Not "stereotypical symphony"
- Recognizable as Horizon (working title) music

**The Music style of Horizon: High Level Goals – Fitting to concept**

- Epic / Big World
- Futuristic / Sci-Fi
- Magical
- Tribal
- Uniqueness
- Melody
- Americana

**Also interesting to explore**

- **Acoustic instruments** – e.g. guitar and / or piano solos
- **Small, emotive and naturalistic**



HORIZON (working title) TEST FOR ORCHESTRAL COMPOSER
2014 - GUERRILLA GAMES

**Test description:**

*The Nora are a primitive tribe living in the Rocky Mountains region. They live in wooden cabins close to the forest and water. They are a maternal tribe. Women are most important and the miracle of childbirth is sacred. Most of their appliances will be made from natural materials, mostly wood. If there is one tribe Aloy would belong to, it would have been the Nora, although they banished her soon after she was born.*

1. Compose one exploration piece, approximately one minute in length. This piece would be playing when Aloy is traversing the forest and mountains of the Nora region during *daytime*. Focus on the more naturalistic, beautiful epic nature for this piece and the place of the Nora within it (during the day, mostly organic small wildlife will play in the ambience). Experiment with subtle themes and melodies.

   Keywords: Americana, big world, magical, beautiful, freedom, (potentially) light tribal elements, unique, not stereotypical symphony

2. Compose one exploration piece, approximately one minute in length. This piece would be playing when Aloy is traversing the forest and mountains of the Nora region during *nighttime*. Focus on the more sterile, cold and slightly more dangerous mood that the nights will have (at night, only electronic creatures will play in the ambience).

   Keywords: Americana, electronic / light scifi, mysterious, unsettling, unique

3. Compose one layer of an epic robot fight piece (fighting the Raptor, the big dinosaur robot), approximately one minute in length. You may include an intro and an outro or just compose the middle part. No intensity switches necessary, focus purely on the style and overall epic feel. Make sure your piece 'breathes': if it's a wall of sound, the sound of the robot and its weapons may not be able to cut through and we'll have to put it lower in volume. Also keep in mind that fighting big robots might take a while, so the music can play for a long time!

   Keywords: electronic / scifi / processed sounds, epic, mechanic, dangerous



HORIZON (working title) TEST FOR ORCHESTRAL COMPOSER
2014 - GUERRILLA GAMES

**SPEC:**

**48 khz / 16 bit .wav**
**Stereo or stemmed stereo**


**FTP ACCOUNT:**

https://█████████████
**Username:** ████████████
**Password:** ██████████████████████████████


**FILES ON THE SERVER:**

**ComposerTest1.mov**
Nora region exploration movie – day. We will put your work under this movie when we present it.

**ComposerTest2.mov**
Nora region exploration movie – night. We will put your work under this movie when we present it.

**ComposerTest3.mov**
Raptor fight movie. We will put your work under this movie when we present it.

**Nora Character Style Guide#7.PDF**
PDF (7th revision) with everything that you ever wanted to know about the Nora on it. Use it to define the style of the day- and night pieces.