# Exhibit B

# Composer brief for "Horizon" IP
# Guerrilla Games



Please consider this document and anything in it confidential. This includes the existance of a sequel to Horizon as well as your possible involvement in any of Guerrilla's projects. If you have further questions, please refer to your NDA or contact us through ██████@guerrilla-games.com.



# Thank you!

In this document you will find all information required to write a musical composition for a simulated situation for a game that does not yet exist. However, as you probably expected, it will be a game that will take place within the universe that was established in the Playstation 4 game "Horizon Zero Dawn".

Early on in the process of "Horizon Zero Dawn" we established some musical rules. Things we wanted to hear in the soundtrack. Only after that, we started looking for the right composers to help us to realize that vision. For this game, we will take a similar approach.

One of the key take-aways from the last game was that for any next installments, we would like to focus on themes and melodies more. Someone that can write music that lives in the same world as the music that Joris de Man writes, but expands on it into their own direction.

One of the reasons why you are looking at this brief, and the reason we asked you to do a music test for us, is because we feel something in your composing style fits that description very well.

But the other reason is, of course that you agreed to write this test for us. For that we would like to thank you. Please read through the requirements and then let us know by what timeframe you think you could have something ready. It is also good for us to know if you want to write a one-off test piece, or if you would like us to give initial feedback to take into account for a revision.

We can't wait to hear the results!


Lucas van Tol
Music Supervisor
Guerrilla Games

Please consider this document and anything in it confidential. This includes the existance of a sequel to Horizon as well as your possible involvement in any of Guerrilla's projects. If you have further questions, please refer to your NDA or contact us through REDACTED-PII @guerrilla-games.com.



# A bit of background

**"In the beginning... there was a bunch of comments"**

Early in the process of Horizon Zero Dawn, a couple of people, including the game director Mathijs de Jonge, the audio lead and the music supervisor, sat together to come up with a recipe list. Rules to live by to ensure that multple composers could write music that exists in one universe. Although some of these rules have changed overtime, it is valuable to take a look at them to get an idea of what we were looking for back then, and what we will be looking for this time around as well.

> **The Music style of Horizon: High Level Goals – Ambition**
> -        Unique style of music
> -        Not "stereotypical symphony"
> -        Recognizable as Horizon (working title) music
>
> **The Music style of Horizon: High Level Goals – Fitting to concept**
> -        Epic / Big World
> -        Futuristic / Sci-Fi
> -        Magical
> -        Tribal
> -        Uniqueness
> -        Melody
> -        Americana
>
> **Also interesting to explore**
> -        Acoustic instruments – e.g. guitar and / or piano solos
> -        Small, emotive and naturalistic

**The Important Ones**

There are a couple of obvious ones there, like 'unique style of music', but the ones to pay attention to are the following. "Not Stereotypicsl Symphony" means that we wanted to steer away from the typically used large symphonic orchestra combo's with a lot of dynamics compression and big hall reverbs on top of them. To say it in a disrespecful way, but one that most people will understand: we don't want the stereotypical "Hans Zimmer sound" that many large blockbusters and games are going after.

Please consider this document and anything in it confidential. This includes the existance of a sequel to Horizon as well as your possible involvement in any of Guerrilla's projects. If you have further questions, please refer to your NDA or contact us through REDACTED.PII @guerrilla-games.com.



**"Horizon had to sound anti-blockbuster"**

Although some articles claimed that Horizon had to sound "anti-blockbuster", that is not really what we meant with that recipe item. It is relatively easy to wow people with an arsenal of big sounding samples, without really focussing on the composition itself. We didn't want our composers to hide behind production techniques, we wanted them to write good music.

Also, what we noticed relatively early in the process is that the smaller you keep the compositions, the more you seem to focus in on Aloy, who is the most important element in our world. Everything revolves around Aloy. She is the center of the Horizon universe. The bigger you make the music pieces though, the more you zoom out. For instance, while exploring with just a flute line, it seems to be underlining Aloy's emotion. When putting a huge string section in place, suddenly we are hearing how beautiful the forest around Aloy is.  One big pointer is that when in doubt, it's always about Aloy. Also, when not in doubt, it's still probably about Aloy.

The same seemed to happen with production techniques. You will have noticed that a lot of our music sounds less polished than what you are used to. That was intentional. We tried to keep the percussion as dry as we could, the dynamic range a bit larger than usual, and we used real instruments wherever possible. Most of the percussion was performed live using a theatre group called "Circle Percussion", which specializes in big Japanse drums. Their performances don't always sound as tight as they could have sounded using samples, but we liked the human element in it. Small 'mistakes' make the music come alive.



**What are you going to focus on?**

Please consider this document and anything in it confidential. This includes the existance of a sequel to Horizon as well as your possible involvement in any of Guerrilla's projects. If you have further questions, please refer to your NDA or contact us through REDACTED-PI@guerrilla-games.com.



# The brief

> **Read the 5 categories below. They all describe a situation that did not exist in Horizon Zero Dawn or did not have bespoke music. Some of them might be fan favorites, some of them could be made up. But all could appear in a Horizon game.**

**1** - Exploring a new region with vicious tribes that cannot be reasoned with. They have primitive emotions and ruthless ways of dealing with you. But hey, the nature is beautiful and lush here.  Aim for a music piece that communicates how Aloy would feel in such a world.

**2** - Fighting a quick moving chimpanzee-like robot that jumps from tree to tree. The fight has to be intense, still leave enough room for the sound design and be reactive (simulated) to the progress of the fight. It's dangerous, but Aloy should also feel bad-ass. Also, Chimpansee big jumps should be accentuated. You know 3 seconds in advance when it's going to make a jump.

**3** - The new signature theme song to our game. You can hear vague influences of the theme from Horizon Zero Dawn in it, but it's something fresh and instantly recognizable.

**4** - Mounting a hacked robot and first riding, then flying it higher and higher into the sky. Emphasize on speed and the feeling of freedom. The moment when you reach lift-off should be clearly noticable.

**5** - Diving underwater and exploring the mysterious underworld of Horizon, going deeper and deeper. You are free to move around, you are not inside a vessel, but you can move freely. This of course means that anything lurking around the corner can instantly harm or kill you. The mood is tranquil, mysterious, kind of nice in a "i can die any second" kind of way.

> **Write a music piece, 2 minutes to 4 minutes long, that starts with one of the  categories and then makes a smooth transition into another category. Both categories should be picked from the list above.**

Please consider this document and anything in it confidential. This includes the existence of a sequel to Horizon as well as your possible involvement in any of Guerrilla's projects. If you have further questions, please refer to your NDA or contact us through REDACTED-P1@guerrilla-games.com.



# Delivery details

- **Interleaved stereo .wav files**
- **24 bit / 48 kHz**
- **No loudness or dynamic range specs**

Please deliver the three sections both as one file and seperately:

- Section A
- Transition
- Section B

Please bounce out every section with a key-off tail (ring out- or reverb tail) and include the BPM information so we can easily sync it up.

Also include a few sentences describing what your process was, and what kind of decisions you made. Your piece might get sent to a couple of people within the company. Although i will try to be there when they hear your pieces, i might not always be. So make sure that all those people instantly understand what they are listening to!

- **Delivery date: to be set** (before the end of November 2017)

Please consider this document and anything in it confidential. This includes the existance of a sequel to Horizon as well as your possible involvement in any of Guerrilla's projects. If you have further questions, please refer to your NDA or contact us through REDACTED-PII@guerrilla-games.com.



# Questions and tips

**> Can i use live instruments?**

Because we encourage the use of live instruments, we encourage the use of them in this test. However, since this is just a test, budget is limited. If you want to use one or two instrumentalists, let us know what you are planning to spend and we will help you to try to make it work.

**> Am i supposed to mimic what Joris de Man did?**

No, we need you to show us your music can have a similar function in the game. Strong themes, songs that are memorable. Orchestral, but only as large as it needs to be. Listen to the first disc of our soundtrack. It has plenty of examples of what he did. Then, run with it. Make it your own. Throw out an extending arm in your own style, while showing us a clear connection to where it connects to Joris his music style.

**> There are some aspects / details about the brief that are unclear. Can i mail you?**

Yes, of course. We want you to be able to do the best test you can do. You can mail me at REDACTED-PII@guerrilla-games.com or, if preferred, we can plan a Skype call.

**> There are some aspects / details about the brief that i would like to change. Is that okay?**

No, we limited the amount of options for a reason.

**> I know nothing about your music tools. How do the transitions work technically?**

For this test assume anything will be possible. Just describe in your text how your method would work technically, and how a transition would work if it happened 10 seconds later.

**> What about the delivery date?**

Please let us know what your planning is. Are you going to send us a draft and want us to feedback on it? Or will you send in one version? A timeframe tells us what to expect and by when. Keep us in the loop!

Please consider this document and anything in it confidential. This includes the existance of a sequel to Horizon as well as your possible involvement in any of Guerrilla's projects. If you have further questions, please refer to your NDA or contact us through REDACTED-PII@guerrilla-games.com.

