# Exhibit 1.A

**Page Vault**

| | |
|---|---|
| Document title: | LIGHT OF MOTIRAM on Steam |
| Capture URL: | https://store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM/ |
| Page loaded at (UTC): | Thu, 12 Jun 2025 18:56:10 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 18:56:11 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | pB18Zu9weKU6mkRDrk9dUF |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     iDV7AxeZE1ARNo3fbjPxme






## SYSTEM REQUIREMENTS

**MINIMUM:**
- Requires a 64-bit processor and operating system
- OS: Windows 10, 64-bit or higher
- Processor: Intel Core i5 6600K or equivalent
- Memory: 8 GB RAM
- Graphics: NVIDIA GeForce GTX 1060 5GB or equivalent
- DirectX: Version 12
- Network: Broadband Internet connection
- Storage: 30 GB available space

**RECOMMENDED:**
- Requires a 64-bit processor and operating system
- OS: Windows 10, 64-bit or higher
- Processor: Intel Core i7 9700 or equivalent
- Memory: 16 GB RAM
- Graphics: NVIDIA GeForce GTX 3060 Ti or equivalent
- DirectX: Version 12
- Network: Broadband Internet connection
- Storage: 30 GB available space

### MORE LIKE THIS    See All



NEW $49.99    $14.99    $39.99    $23.99

### WHAT CURATORS SAY    View all

9 Curators have reviewed this product. Click here to see them.

**There are no reviews for this product**

You can write your own review for this product to share your experience with the community. Use the area above the purchase buttons on this page to write your review.



© 2025 Valve Corporation. All rights reserved. All trademarks are property of their respective owners in the US and other countries. VAT included in all prices where applicable.    Privacy Policy  |  Legal  |  Steam Subscriber Agreement  |  Refunds  |  Cookies

About Valve  |  Jobs  |  Steamworks  |  Steam Distribution  |  Support  |  Recycling  |  Gift Cards

# Exhibit 1.B

# Lodged with the Court in Native Format

# Exhibit 1.C

# Lodged with the Court in Native Format