# Exhibit 2.A

| | |
|---|---|
| Document title: | Light of Motiram - 16 Minutes of Gameplay - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=PqwoP_cTo4I |
| Page loaded at (UTC): | Thu, 12 Jun 2025 19:10:07 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 19:10:11 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 15 |
| Capture ID: | w3BafQCgvjrVJ4nCnbKHtA |
| Display Name: | johnathon.mann |

PDF REFERENCE #:   3vEvwEYDqfPoSJpWStSZAV











@n.e.imokrani1600 2 months ago
when a Western studio does it, you call it "inspired by", when a Chinese studio does it, you call it "copying". the bias is real

1   Reply

@Kromatt 1 month ago (edited)
The gliding is like , Zelda Breath of the Wild ...
Palworld survival crafting, Horizon Zero Dawn resemblance,
Destiny's Ghost companion, Elden Ring Machine movements.
Monster Hunter Weapon Combat, a little bit of ARK too.

If it's done right, i'm all for it ... Darksiders played like Zelda,
 but since it was done well, i didn't mind.
Show less

Reply

@aeQuack 6 months ago
Starting a gameplay presentation under the rain, by night. Geniuses.

3   Reply

@salviahard9391 6 months ago
a game of a banality and déjà vu... I pass my turn

1   Reply

@redcronojm 6 months ago
Its like palworlds meeets Horizon

18   Reply

@Tomofdahook17 6 months ago
They even have the shell walkers and the critical hit button for the spear. And one thing that I with Horizontal had, a god damn shield!

2   Reply

@JefftheGeek 6 months ago
Horizon: Breath of a Minecraft

1   Reply

@MrNabsMix 6 months ago
It's a mix between zelda and horizon (even the second horizon was inspired from zelda breath of the wild), i don't think it's bad but you feel the emptyness in the gameplay that's the real issue here.

1   Reply

@Lowfork 6 months ago
Horizon Xerox Dawn

15   Reply

@MajinBooRadley 6 months ago
I skimmed and saw chopping down a tree with an axe and I am immediately bouncing off this survival slop

2   Reply

@Silver2004Avalhadia 5 months ago
Is the Horizon game everyone mention  available on Android?

Reply

@danielgrezda3339 6 months ago
Glad we have an unofficial port of horizon on mobile. But seriously, this is such a blatant ripoff, at least change the visual style a little.

6   Reply

@unknown19366 6 months ago

Glad we have an unofficial port of horizon on mobile. But seriously, this is such a blatant ripoff, at least change the visual style a little.

👍 6   Reply

**@unknown19366** 6 months ago
Me: Why you copied the HZD?

Developer: Yes

👍 8   Reply

**@dangerden7492** 6 months ago
Horizon Zelda Dawn

👍 6   Reply

**@As4r** 6 months ago
This is like Palworld meets Horizon

👍 1   Reply

**@evilbeardedman** 6 months ago
This is such a low effort cashgrab, it's not even funny.

👍 11   Reply

**@marzcorpio1575** 6 months ago
What's with all the bots/uneducated people defending such a blatant copycat??

👍 2   Reply

⌃ 1 reply

   **@m.b.5329** 6 months ago
   Why should gamers care about stuff like that? If a game is good, it's good and that's what people care about.

   Getting offended on behalf of companies is just weird.

   👍 2   Reply

**@ArmoredcoreGOTY2024** 6 months ago
I looked at the trailer and thought "cool, I see it's taking notes from certain games" but no this is just Valheim with horizon robots but worse

👍 8   Reply

⌃ 1 reply

   **@ArmoredcoreGOTY2024** 6 months ago
   I just realized it's got a monster capture and camp mechanic, so I guess we're throwing palworld in there

   👍 5   Reply

**@illegalmonkey** 6 months ago
How is this shit legal? Many of the icons are clearly ripped straight out of Horizon.

👍 11   Reply

⌄ 4 replies

   **@Pioyer1** 6 months ago
   most games wouldnt exist if u couldnt copy them lel

   👍 6   Reply

   **@mum-your** 6 months ago
   should everyone start counting how many things guerilla ripped off lol

   👍 2   Reply

   **@ooperblownup** 6 months ago
   Chinese bots in full force defending



👍 1   Reply

**@metric152** 6 months ago
Does anyone really like building a base?
👍 2   Reply

**@RaszerTH** 6 months ago
I see just theme is Horizon but machanic game build and farm is Ark ,and boss fight is souls game. I'm not bias and hope to enjoy with this game. Please keep optimize and fix bug. Nice game 🎉
👍 8   Reply

**@sirfullofhimself** 6 months ago
Despite being a free-to-play mobile game, it looks amazing. I'm glad it's releasing on PC, I'll check it out for sure. Seems like it combined all of my favorite genres into one!
Reply

**@bismar1204** 6 months ago
This is weird wasn't Guerrilla doing a Horizon Mutiplayer game. Did they hire a different studio to do it for them.
Reply

**@lilsonmada** 6 months ago
It's ok ! ❤️
Reply

**@Fatlafury** 6 months ago
Es como si ark y horizon tuvieran un hijo con down
👍 1   Reply

**@JaidenLewis-n5k** 6 months ago (edited)
Horizon Enshrouded West
👍 1   Reply

**@Feitheoir** 6 months ago (edited)
Once Horizon valheim pal zero Human
👍 1   Reply

**@KoKoPyc** 6 months ago
Once Human copy?
Reply

**@sergiobadaro** 6 months ago
Horizon Zero Dawn + Once Human 🤣🤣🤣
👍 1   Reply

**@manny3918** 6 months ago
I know a fat lawsuit when i see one coming
👍 7   Reply

⌄ 2 replies

   **@АльбертШакиров-ь9э** 6 months ago
   Sony dropped this gameplay video with new trailer of the game is socials
   👍 2   Reply

   **@marzcorpio1575** 6 months ago
   I doubt it, probably way too expensive to sue Tencent and lose access to the Chinese market.
   Reply

**@theguy892** 6 months ago



عاليييييه

👍 👎 Reply

**@Aldridge517** 6 months ago
The character fights like Link in Ocarina of Time Lol

👍 👎 Reply

**@ooperblownup** 6 months ago
Horizon aesthetic and the enemy animations are copied straight from monster hunter and elden ring bosses

👍 👎 Reply

**@fabriciorobertoconfessor2127** 6 months ago
Nada se cria,tudo se copia,parece legal

👍 👎 Reply

**@robsonrb6969** 6 months ago
Horizon Ark survival 😅😅😅😅

👍 1 👎 Reply

**@YeezyPlz** 6 months ago
Not gonna lie, while I was playing Palworld I was wishing it had more action focused combat. So I'll give this a try. I love all the games it's copying anyway

👍 1 👎 Reply

**@dannyboy32125** 4 months ago
why doesnt every f*ucking game have to be ruined by survival machanics. jesus christ!!!

👍 👎 Reply

**@Zeta_xx90** 6 months ago
Maneiro!

👍 👎 Reply

**@BulletDrive991** 6 months ago
What a piece of copyright...

👍 👎 Reply

**@JayarJayarhan** 6 months ago
😊

👍 👎 Reply

**@fizzylonechees** 6 months ago
Just like palworld if its better im all for it

👍 7 👎 Reply

⌄ 1 reply

    **@EmersonCRVG** 6 months ago
    Except palworld wasn't better than anything

    👍 1 👎 Reply

**@MapleNafda** 6 months ago
This is just Ark

👍 2 👎 Reply

**@Fluminafly** 6 months ago
Ich finds sehr Palworld Ähnlich

👍 👎 Reply

**@xaviiniesta9268** 6 months ago
Horizon Breath of the Wild



Document title: Light of Motiram - 16 Minutes of Gameplay - YouTube
Capture URL: https://www.youtube.com/watch?v=PqwoP_cTo4I
Capture timestamp (UTC): Thu, 12 Jun 2025 19:10:11 GMT

upcoming multiplayer games sort of did the same thing. (Not take the slow gameplay of MH but more so the weapon variety and quality. Haven't played forbidden west so if they did this than I'm not aware.

Reply

**@pawes9953** 6 months ago
This is theft

7    Reply

1 reply

**@JenValzina** 6 months ago
nope, not even close. theft would be if they directly pulled the assets out of horizon, this even if they looked at it and copied the image of it as long as it has even small changes its considered "inspired by"

Reply

**@pangbangdang3672** 6 months ago
Graphics looks a little worse than Ark Ascended and will most likely have way worse performance than forbidden west. Looks like just another UE game.

Reply

**@AliceHolbrooke-lc4ty** 6 months ago
What the H E double hockey sticks is this?

Reply

**@paulinhosilva8212** 6 months ago
Android 😅

Reply

**@Mettigel3** 6 months ago
Looks kinda boring tbh. I dont need another palworld

Reply

**@trickveira** 6 months ago
goty

Reply

**@ooperblownup** 6 months ago
The Chinese literally dgaf what anyone thinks

Reply

**@FredT1988** 6 months ago
No thank u

Reply

**@Satanic-Metal-666** 6 months ago
Absolute Trash Game…
Low budget not a Triple AAA game, why rip off from a Sony Exclusive. Team Ninja's Rise of Ronin has better gameplay.

2    Reply

**@Vitorhahdhajjarhb** 6 months ago
Looks more fun to play than HZ DEI.
Day one.
Parece extremamente mais divertido de se jogar que o o jogo woke original, dito isso é day one.

2    Reply

**@elainehinton30** 6 months ago
Not interested. Not interesting. Rip off of a few better games.

Reply



Hopefully it's good.

👍 👎   Reply

**@arteshe.sorkh6975** 6 months ago
Horizon zero f..k

👍 👎   Reply

**@the_next_crusade** 6 months ago
This looks garbage

👍 👎   Reply

**@blackorc1136** 6 months ago (edited)
it look like million time better and interesting than horizon

it look like mix of horizon,fortnite and elder ring

👍 2  👎   Reply

**@chairmanoffragileproduct134** 6 months ago
combat are not that bad, we will be playing

👍 👎   Reply

**@Bo_Hazem** 6 months ago
Should be able to choose to play as a man.

👍 👎   Reply

**@TheWhaleForever** 6 months ago
Looks interesting

👍 👎   Reply

**@KeitFoster** 6 months ago
красиво

👍 👎   Reply

**@rafajib** 6 months ago (edited)
mobile menu disgusting, in that case, make a separate menu for PC, not like for mobiles
Where FPS? Say god bye fps?

👍 👎   Reply

**@d4mterro320** 6 months ago
fortnite Horizon battlepass

👍 👎   Reply

**@radiolaukv4750** 6 months ago
Шляпа

👍 👎   Reply

**@ProsttoKott** 6 months ago
Pls Xbox. 😍😍😍😍

👍 👎   Reply

**@dumbcube69** 6 months ago
game looks stupid lmao

👍 1  👎   Reply

# Exhibit 2.B

# Lodged with the Court in Native Format