# Exhibit 3

PageVault

| | |
|---|---|
| Document title: | Light of Motiram Doesn't Need To Plagiarise Horizon Zero Dawn |
| Capture URL: | https://www.thegamer.com/light-of-motiram-horizon-zero-dawn-plagiarism-copycat/ |
| Page loaded at (UTC): | Thu, 12 Jun 2025 18:55:30 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 18:55:33 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 13 |
| Capture ID: | 2xHQH1wxfPpnfYzRbTpe3G |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    nFJhSQimkKwj3zi3Q4exxK

THEGAMER
Sign In Now

Trending Nintendo Switch 2 Elden Ring Nightreign Pride Month 2025 Podcast Events Release Dates

# Why Do You Even Need To Plagiarise Horizon Zero Dawn?

HORIZON
ZERO DAWN
COMPLETE EDITION
5.0/10
Horizon Zero Dawn
Follow
Like

By Jade King — Published Nov 29, 2024

Follow Like Thread 22

Sign In To Your TheGamer Account

× Remove Ads

Ad

Horizon Zero Dawn has a cool aesthetic. The idea of robotic animals in a post-apocalyptic world where humanity has resurfaced as a variety of comparatively primitive tribes that hunt said creatures for resources is a fabulous concept, but one that seldom lends itself well to compelling storytelling and characters.

× Remove Ads

STAR WARS
SKELETON CREW
Disney+
ORIGINAL SERIES
Now streaming
Sign Up Now
© 2024 & TM Lucasfilm Ltd. Must be 18+ to subscribe.

But Guerilla struck gold with this franchise, building on the heavy and oppressive technology found in Killzone before combining it with a lusciously oversaturated open world where every corner you turned was an opportunity to gawp at the scenery. I found it too busy as I bounced off both games when the unfolding narrative failed to match the vibrant nature of its visuals. On the surface, however, Horizon Zero Dawn remains a grap

STAR WARS
SKELETON CREW

Disney+
ORIGINAL
Now stre
Sign Up

Our smallest ever SUV
Advertisement: 0:11

TRENDIN

## Horizon Zero

...nute Addition, Report

Document title: Light of Motiram Doesn't Need To Plagiarise Horizon Zero Dawn
Capture URL: https://www.thegamer.com/light-of-motiram-horizon-zero-dawn-plagiarism-copycat/
Capture timestamp (UTC): Thu, 12 Jun 2025 18:55:33 GMT
Page 1 of 12

unfolding narrative failed to match the vibrant nature of its visuals. On the surface, however, Horizon Zero Dawn remains a graphical marvel.

## Horizon Zero Dawn's Aesthetic Makes It Ripe For Copycats

This brings us to Light of Motiram, a recently revealed Polaris Quest and Tencent title that is ripping off Horizon Zero Dawn so blatantly that I can't believe it has a Steam page. When I first saw it doing the rounds, I thought it was nothing but a concept trailer with a small chance of ever getting off the ground, but to see it's backed by a major publisher and appears to have a decent development budget blew my mind. How on earth does this exist?

Let's take a look at the website first, which presents us with a gorgeous piece of key art and a stirring musical backdrop which sounds eerily like Horizon Zero Dawn's opening theme. It clearly wants you to look across its saturated wilderness and have your breath taken away, but I can't ignore how everything rips from Guerilla's blockbuster with no rhyme or reason.

× Remove Ads

× Remove Ads

TRENDING NOW | HORIZON ZERO DAWN

Chrono Odyssey Is Essentially Korean New World, And That's No Bad Thing

Dragon Age: The Veilguard's Biggest Choices Were A Last-Minute Addition, Report...

Lies Of P Developer Considers Upsetting Souls Fans By Tweaking Overture's Difficulty



× Remove Ads

TRENDING NOW | HORIZON ZERO DAWN

**Note**

You will seemingly be able to recruit robot animals and essentially have them as pets or cutesy companions in battle. I bet this will be a way to show off to your friends if the game ends up having any gacha mechanics.

You play as a hunter of sorts, a character you create who exists as a member of a tribe that must venture into the wilderness to gather resources and befriend robotic creatures. Such a machine can be seen standing alongside our character, a cute deer-like animal with pastel pink colours dotted across its design. The character is also dressed like Aloy with a similar assortment of frills, but I think the most blatant plagiarism can be seen in her bow and the blue and orange ropes that decorate the body. The colour scheme, grey and blue design of every robot, and how the world presents itself is so Horizon it hurts.

Scroll down the website, and you'll be treated to the CG reveal trailer and a trio of designs for robots that you can also view and rotate the models for. Light of Motiram has made a point to give most of them different colours, and features a gorilla bot which we've not seen before in Horizon, but even the intent here is so deeply rooted in copying a more impressive work via the buck and bull.

## But Light Of Motiram Doesn't Play Anything Like Horizon Zero Dawn







Sign In Now

× Remove Ads

Ad

TRENDING NOW | HORIZON ZERO DAWN

HORIZON
5.0/10
Horizon Zero Dawn

From what I can see from gameplay however, this isn't going to play much like Zero Dawn or Forbidden West. Combat seems to focus on locking onto enemies and fighting them like you would in a soulslike, while different weapons can change the flow of battle, as can any robotic companions you summon from the ether. These can be customised with weapons and a few cosmetic options too, so the focus is on curating your tribal identity rather than chasing a big, overarching story. If it's an online experience, it won't have a traditional narrative conclusion.

**Note**

I would be very surprised if Sony's lawyers aren't currently eyeing this game up and trying to figure out their options. It seems too blatant to not be crossing some sort of line.

There will also be plenty of building, resource gathering, crafting, and teaming up with your friends if going it alone isn't your style. Moment-to-moment gameplay couldn't be more different to Horizon, but it cheapens its entire identity by ripping off every visual hallmark it has. That is all anybody is going to notice, immediately dooming the title's reputation before anyone has a chance to play it.

STAR WARS SKELETON CREW
Disney+
ORIGINAL
Now stre
Sign Up







Sign In Now

Ad

× Remove Ads

During development did nobody look at a monitor and think this *might not be the best idea?* Scratch that, they know exactly what they are doing, and are banking on the controversy being a selling point. It's just a crying shame that any novel ideas Light of Motiram might have had are now scattered to the wind.

It reminds me of Palworld, and why I decided never to touch the Pocketpair developed title, because whether you side with it or not, its existence leans so heavily on the aesthetics of Pokemon. Playing it makes me feel dirty, and that my time would be better placed supporting something more daring, original, and more likely to push the medium forward. This Horizon rip-off is no different, and speaks to a lack of creativity across the entire experience that it needed to stoop to such a level.

TRENDING NOW | HORIZON ZERO DAWN

5.0/10
Horizon Zero Dawn

8 Images
Horizon Forbidden West
Action
RPG
Systems
4.0 /5
OpenCritic Reviews
Top Critic Avg: 88/100
Critics Rec: 96%
Released February 18, 2022
ESRB T for Teen: Blood, Language, Use of Alcohol, Violence
Developer(s) Guerrilla Games
Publisher(s) Sony
Engine Decima
Rate Now
WHERE TO PLAY
Powered by GR DB
Expand

Ad

SKELETON CREW
Disney+
Now stre
Sign Up
Advertisement: 0:07

Document title: Light of Motiram Doesn't Need To Plagiarise Horizon Zero Dawn
Capture URL: https://www.thegamer.com/light-of-motiram-horizon-zero-dawn-plagiarism-copycat/
Capture timestamp (UTC): Thu, 12 Jun 2025 18:55:33 GMT
Page 5 of 12

THREAD 22

Sign In To Your TheGamer Account

We want to hear from you! Share your opinions in the thread below and remember to keep it respectful.

Reply / Post

Sort by: Popular

**BakaPenguin**

2024-11-30 18:59:20

Personally, I only avoided Palworld because I can't stand Pokemon or it's aesthetic. Light of Motiram ticks all my aesthetic boxes while also being a survival! crafting game which I am quite the sucker for.

I for one don't mind if a game is derivative so long as it is fun. I think it's rather closed minded to say that multiple games, or any media, can't share aesthetics, gameplay, or even story elements. As long as the game isn't a whole sale copy of another title, I don't think it should be a problem, and companies shouldn't be able to sue. All it does is discourage creativity, and yes I do think you can be creative even while cribbing details from other works.

3 1 Copy

**Netriosilver**

2024-11-30 19:40:56

There's a difference between artistic liberty and direct plagiarism. If plagiarism is fair game, creativity ceases to exist

Copy

**William**

2024-11-30 15:57:09

People just can't help knocking Zero Dawn, can they? Smh. Give it a rest. It's gotten old, frankly. Hopefully Guerilla wins their lawsuit. G'day!

(Edited)

2 Copy

**Green**

2024-12-01 05:30:44

× Remove Ads

Ad

Green

2024-12-01 05:30:44

"so much it hurts?" jesus get over it. You supposed 'writers' are what's wrong with the gaming community.

2 Copy

Remove Ads

Ad

Remove Ads

maikol

2024-12-01 09:46:22

I don't know why this is a big deal. if the game is bad it will just fade away and if the game is good we the players win. Plus, ar this point I gave no sympathy for anything sony related

1 Copy

Jacob

2024-12-01 10:21:31

Palworld is as much a ripoff of Pokémon as Pokémon is to Dragon Quest.

1 Copy

kingcobraarchie

2024-11-30 17:23:42

What are people's issues with zero dawn or forbidden west, I do not understand. Both games have amazing visuals, story and combat that were all integrated well and still contained surprises. It's one of the best game series I've played and I don't get the hate and I really don't appreciate that this game that's completely stolen a lot of it's visuals is being used first and foremost to knock the original.

2 Copy

Koren

2024-12-01 08:46:46

Not to approve plagarism, but at this point I'll take clones of popular games over politically-controversial, half-baked and buggy AAA flops.

1 1 Copy

Hugh

Hugh

2024-12-01 08:54:45

What was politically-controversial, half-baked or buggy about Forbidden West?

1 Copy

Remove Ads

Ad

Ad

Jean

2024-11-30 17:37:03

I don't think horizon is that popular....

1 Copy

Hugh

2024-12-01 03:03:55

It is. Critics don't care much for it, but the franchise actually DOES have a huge fan base as much as the gaming media likes to just use the franchise as a whipping boy.

2 Copy

Netriosilver

2024-11-30 19:42:27

I saw what I understand now as the best and only necessary note on this title in the form of a YouTube comment on the trailer. It read, simply:
Vertical: Allowed East

1 Copy

Hugh

2024-12-01 03:59:31

Three words that are just antonyms of the title? Why is that best and necessary? "Visitor Good", "First Normality" , "Small Gift Manual" - are they best and necessary?

Copy

SKELETON CREW
ORIGINAL
Now stre
Sign Up
Advertisement: 0:03

Document title: Light of Motiram Doesn't Need To Plagiarise Horizon Zero Dawn
Capture URL: https://www.thegamer.com/light-of-motiram-horizon-zero-dawn-plagiarism-copycat/
Capture timestamp (UTC): Thu, 12 Jun 2025 18:55:33 GMT
Page 8 of 12

Ad

× Remove Ads

Ad

**Ghost**

2024-11-30 07:01:40

Mum, I want Horzon Zero Dawn

We have Horizon Zero Dawn at home

Horizon Zero Dawn at home:

1 Copy

**Darian**

2024-11-30 12:06:59

Horizon wishes it looked this fun..

Copy

**Eloarei**

2024-11-30 14:10:52

I think ripping off Pokemon is a little different than ripping off Horizon, given that one is a cultural juggernaut several decades old, with many diverse titles, and the other is a recent series with two basically identical games. That's like copying James Bond vs whatever last year's most popular new movie was.

Copy

**Derek**

2024-11-30 19:28:30

Perhaps LOM will be available on GeForce Now? I wish Horizon was... I have an Xbox One S and a computer without a dedicated GPU. I wish there was a way for me to play HZD. Forbidden West has been taken off PlayStation Plus. There's always Shadow, I might need to wait to get the game on a really good sale, and then play using Shadow game streaming.

Copy

Ad

STAR WARS
SKELETON CREW

Disney+

ORIGINAL
Now stre
Sign Up

Advertisement: 0:02

Document title: Light of Motiram Doesn't Need To Plagiarise Horizon Zero Dawn
Capture URL: https://www.thegamer.com/light-of-motiram-horizon-zero-dawn-plagiarism-copycat/
Capture timestamp (UTC): Thu, 12 Jun 2025 18:55:33 GMT
Page 9 of 12

Sign In Now

Ad

× Remove Ads

Ad

**Lorenzo**

2024-12-01 00:44:07

It's an obvious rip-off, pretending it's not by just slightly changing the gameplay. How it even got on Steam is puzzling, to say the least.

1 Copy

**Hugh**

2024-12-01 04:05:40

God yeah, imagine if they slight changed the gameplay of Pokémon. Or Zelda. Or Mario.

Copy

**Alan**

2024-12-01 14:32:18

If folks on the Steam boards are to believed, the point of the ripoff is to have a "conventionally attractive female character." I really doubt the devs are cynical enough to make a pure culture war play, but it's not inconceivable.

Copy

**Darian**

2024-11-30 12:11:55

Alot of choices made in horizon, really turned off alot if players, causing it to not sell so amazingly, this trailer fixes atleast some the concerns, yet to see to see how well the stories are integrated.. having proper melee battle is a big plus too.. beyond all that, atleast we know know the woman will be woman, and hella attractive.. it's Chinese, thank gawd!

1 1 Copy

**Hugh**

2024-12-01 03:18:48

I'm pretty sure Aloy is a woman?

1 Copy

Terms | Privacy | Feedback

VOLVO
Advertisement: 0:01

**RECOMMENDED**

STAR WARS
SKELETON CREW

Disney+

ORIGINAL
Now stre
Sign Up

Document title: Light of Motiram Doesn't Need To Plagiarise Horizon Zero Dawn
Capture URL: https://www.thegamer.com/light-of-motiram-horizon-zero-dawn-plagiarism-copycat/
Capture timestamp (UTC): Thu, 12 Jun 2025 18:55:33 GMT
Page 10 of 12

Sign In Now

## RECOMMENDED

Resident Evil Requiem

### Leon Will Reportedly Be The Main Character In Resident Evil Requiem, Won't Focus On Raccoon City

Grace Ashcroft may have stole the spotlight, but Leon Kennedy will still reportedly be the main character in Resident Evil Requiem.

6 days ago  13

Magic: The Gathering

### "Empty-Handed And Disappointed": Surprising Nobody, Magic: The Gathering's Final Fantasy Secret Lair...

MTG fans are once again struggling to get their hands on a Secret Lair.

3 days ago  18

Resident Evil Requiem

### I Saw Resident Evil Requiem Gameplay, And It Looks Like All The Best Parts Of 7 And 2 Remake...

A short look at Resident Evil Requiem proved Capcom hasn't lost its touch for building incredible tension in the mundane.

1 day ago  1

The Alters

### The Alters Review - Come For The Survival, Leave Questioning Your Whole Life

Me, myself, and I, and I, and I, and I, and I, and...

7 hours ago

Nintendo Switch 2

### A Major Publisher Has Revealed Which Console The Switch 2 Is As Powerful As

It's not quite PS5 level, but the Switch 2 has plenty of power behind it.

1 day ago  3

Triple-A Games

### The Witcher 3 Is Reportedly Getting A New Story DLC From The Witcher Remake Team

I guess there's no better practice for a Witcher remake than working on the best game in the series.

4 hours ago 

× Remove Ads

Ad

STAR WARS
SKELETON CREW
ORIGINAL SERIES
Now streaming
Disney+
Sign Up Now

Join Our Team | Our Audience | Ab... ...areers | Terms | Privacy | Policies

Document title: Light of Motiram Doesn't Need To Plagiarise Horizon Zero Dawn
Capture URL: https://www.thegamer.com/light-of-motiram-horizon-zero-dawn-plagiarism-copycat/
Capture timestamp (UTC): Thu, 12 Jun 2025 18:55:33 GMT
Page 11 of 12



Leon Will Reportedly Be The Main Character In Resident Evil Requiem, But It Won't Focus On Raccoon City

Grace Ashcroft may have stole the spotlight, but Leon Kennedy will still reportedly be the main character in Resident Evil Requiem.

6 days ago 13

"Empty-Handed And Disappointed": Surprising Nobody, Magic: The Gathering's Final Fantasy Secret Lair...

MTG fans are once again struggling to get their hands on a Secret Lair.

3 days ago 18

I Saw Resident Evil Requiem Gameplay, And It Looks Like All The Best Parts Of 7 And 2 Remake...

A short look at Resident Evil Requiem proved Capcom hasn't lost its touch for building incredible tension in the mundane.

1 day ago 1

**The Alters Review - Come For The Survival, Leave Questioning Your Whole Life**

Me, myself, and I, and I, and I, and I, and...

7 hours ago

**A Major Publisher Has Revealed Which Console The Switch 2 Is As Powerful As**

It's not quite PS5 level, but the Switch 2 has plenty of power behind it.

1 day ago 3

**The Witcher 3 Is Reportedly Getting A New Story DLC From The Witcher Remake Team**

I guess there's no better practice for a Witcher remake than working on the best game in the series.

4 hours ago

× Remove Ads

Ad

Join Our Team | Our Audience | About Us | Press & Events | Media Coverage | Contact Us

Advertising | Careers | Terms | Privacy | Policies

Follow Us

TheGamer is part of the Valnet Publishing Group

Link copied to clipboard

