# Exhibit 4

| | |
|---|---|
| Document title: | Light of Motiram, New Open-World Survival Game „Inspired" by Horizon and Palworld, Was Just Announced |
| Capture URL: | https://www.gamepressure.com/newsroom/light-of-motiram-new-open-world-survival-game-inspired-by-horizon/z675ee |
| Page loaded at (UTC): | Wed, 01 Oct 2025 14:33:27 GMT |
| Capture timestamp (UTC): | Wed, 01 Oct 2025 14:34:09 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 14 |
| Capture ID: | cRVjBJbjs4wYerD7FdcbjA |
| Display Name: | johnathon.mann |

PDF REFERENCE #:        a7yAmAdjCzWdSEbou8g3xN



Newsroom   Games   Reviews   Features   Download   Guides   Interactive Maps

Gamepressure › Newsroom › Gaming News

# Light of Motiram, New Open-World Survival Game „Inspired" by Horizon and Palworld, Was Just Announced

Tencent has announced the online survival game Light of Motiram. Looking at the first materials, it's clear that they had no reluctance to copy from the Horizon series.

**Adrian Werner**   November 28, 2024 05:23



Light of Motiram, New Open-World Survival Game „Inspired" by Horizon and Palworld, Was Just Announced *Source: Tencent.*

No game is created in a vacuum and every developer is inspired by other titles. This rarely raises any objections, but sometimes copying other people's solutions is so brazen that it even amuses. **This is exactly the case with** *Light of Motiram* which just has been announced.

Which holidays, seasons or celebrations are you likely to shop for? (Select All that Apply)

☐ Promotions/Job Changes
☐ Baby Showers
☐ Anniversary

No game is created in a vacuum and every developer is inspired by other titles. This rarely raises any objections, but sometimes copying other people's solutions is so brazen that it even amuses. **This is exactly the case with** *Light of Motiram* which just has been announced.

- It's a multiplayer survival game set in a post-apocalyptic world, where the last remnants of humanity live in primitive tribes, and the ruins of civilization, covered in thick vegetation, are patrolled by large robots that resemble wild animals.

- **These realities are obviously copied from the** *Horizon* series. Based on the screenshots and video materials, the developers of *Light of Motiram* borrowed the visual style from the Sony series to such an extent that if someone told me this is a spin-off of that brand, I would easily believe them. The devs were so audacious that they even put a red-haired heroine resembling Aloy on the first artwork.





However, let's leave these visual similarities aside and take a closer look at the gameplay. As in the Horizon series, players will be able to take control of robots. However, the creators will enrich this aspect with solutions from *Palworld* and similar games.





What holiday seasons/celebrations are you likely to shop for? (Select All that Apply)

☐ Promotions/Job Changes
☐ Baby Showers
☐ Anniversary
☐ Bachelor/Bachelorette/Wedding
☐ Retirement
☐ Birthday

◆ ZETA    1 of 3    Next

### News Calendar

| 2024 |
| --- |

| November |
| --- |

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| --- | --- | --- | --- | --- | --- | --- |
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**The mechanical beasts will be like the creatures from the *Pokemon* series – we will be able to catch and train them, increasing their abilities**. Every model is supposed to have unique features and its own development tree, allowing to adjust its functions to our needs. There will also be plenty of base building and big boss battles, which in turn seem to be inspired by the *Monster Hunter* series. It will be possible to both compete with other players and cooperate.

*Light of Motiram* is coming exclusively to PC. The game will be available on **Steam** and **Epic Games Store**. At the moment, the devs aren't ready to announce the planned release date.

- **Light of Motiram on Steam**



**Slow Sony**

Although to put it mildly, *Light of Motiram* isn't very original, it can still turn out to be a big success. The world of the *Horizon* series has always seemed like a perfect universe for an online survival game.

Unfortunately, we can notice how slow Sony is, which is also typical for large companies. In January of last year, **videos from the multiplayer spin-off of the Horizon series**, which focuses on base building and survival gameplay, were leaked. However, the game itself hasn't yet been officially announced and we would not be surprised if *Light of Motiram* was released earlier.

Especially in this genre, speed is everything. Releasing survival online projects in early access and regularly expanding them, while introducing changes suggested by the players, has become the norm. Such agility and adaptability, however, isn't something that is associated with large corporations and their teams.







What kind of shopping/celebrations are you likely to shop for? (Select All that Apply)

☐ Promotions/Job Changes
☐ Baby Showers
☐ Anniversary
☐ Bachelor/Bachelorette/Wedding
☐ Retirement
☐ Birthday

◆ ZETA          1 of 3          **Next**

## Following the Avatar

*Light of Motiram* is developed by Polaris Quest studio, which is part of Tencent. One player pointed out that the game's artwork strongly resembles that of the canceled Avatar: Reckoning. This project was also developed by Tencent, so it wouldn't be surprising if some elements from this abandoned game were later used in *Light of Motiram*.

Sponsored Content



Sponsored

**This 3-Ingredient Pink Salt Mix Is Being Called the "Homemade Bariatric Drink"**

Health Guide - Sponsored



Sponsored

**The Easiest Way to Get Your Passport in 2025**

Trusted by millions for fast, no-hassle passport renewals & applications.

GovPlus - Sponsored

Sponsored

**Enlarged Prostate Has Nothing to Do with Age. Just Stop Doing This One Commo...**

medicalhelp.me - Sponsored



Sponsored

**A Gift That Salutes Marine Corps Tradition.**

A perfect gift for Marines, veterans, and proud patriots.

topchicdeals.com - Sponsored





### News Calendar



| | | | 2024 | | | |
|---|---|---|---|---|---|---|
| | | | November | | | |
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |



Sponsored

**Why This 250th Anniversary Mug Is Selling Out Fast**

This mug infuses history, pride, and freedom with every sip.

topchicdeals.com - Sponsored

Sponsored

**A Surprising Red Wine Trick People Use for Weight Loss**

fitbodyadvisor.com - Sponsored



What day are you celebrations are you likely to shop for? (Select All that Apply)

- ☐ Promotions/Job Changes
- ☐ Baby Showers
- ☐ Anniversary
- ☐ Bachelor/Bachelorette/Wedding
- ☐ Retirement
- ☐ Birthday

◆ ZETA                1 of 3              **Next**

MORE:

Valheim's Call to Arms patch notes are here. Combat improvements, trinkets, and more

Palworld is getting ready to leave Early Access with 1.0, but the devs have yet to fix many „quirks and shortcomings"

Poles will bring the „cult vibe" of board game Twilight Empire to PC. Check out the trailer

**News Calendar**



| | | | 2024 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | November | | | |
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

## Light of Motiram

Q4 2027  PC  [PS]        **Want It!**

Overview

---

Announcements (Games)   Plagiarisms And Counterfeiting   Tencent   Survival Sandbox

♡ + Like it?      ♡ 0

---

Author: **Adrian Werner**

A true veteran of the Gamepressure newsroom, writing continuously since 2009 and still not having enough. He caught the gaming bug thanks to playing on his friend's ZX Spectrum. Then he switched to his own Commodore 64, and after a short adventure with 16-bit consoles, he forever entrusted ...



KT  Team NINJA  PS5  STEAM

NIOH 3  仁王 3    6TH FEBRUARY 2026 PRE-ORDER NOW

---

# Sony is suing Tencent. The company claims that a new open-world survival game from the Chinese giant is a „slavish clone" of the Horizon series

# Sony is suing Tencent. The company claims that a new open-world survival game from the Chinese giant is a „slavish clone" of the Horizon series

Sony will fight in court with Tencent. The reason for the dispute is the Light of Motiram game, which is very similar to the Horizon series.

Maciej Gaffke    July 29, 2025 05:18



Sony is suing Tencent. The company claims that a new open-world survival game from the Chinese giant is a „slavish clone" of the Horizon series *Source: Guerrilla Games.*

When the first materials from **Light of Motiram** came out, players felt that it **strongly resembled** the **Horizon series** from Guerrilla Games, owned by Sony Interactive Entertainment. **The same opinion was held by the Japanese giant, which ultimately decided to sue the Chinese corporation Tencent**, the owner of the company responsible for this open-world survival game.

## Sony versus Tencent

As **reported by** Reuters, Sony has filed a lawsuit against Tencent for copyright and trademark infringement. The case will be heard in a federal court in California, United States.

Advertiser Sponsored

Which of these products would you consider buying?

Advertiser Sponsored

Which of these products would you consider buying?

Choose

☐ Xbox One S
☐ Xbox One X
☐ Nintendo Switch 2

Next



## Which of these products would you consider buying?

Choose

- ☐ Xbox One S
- ☐ Xbox One X
- ☐ Nintendo Switch 2

Next

_ 1 of 3

## Which of these products would you consider buying?

Choose

- ☐ Xbox One S
- ☐ Xbox One X
- ☐ Nintendo Switch 2

Next

_ 1 of 3

In the legal document, Sony was set to accuse Tencent of blatantly copying distinctive elements of the *Horizon series*, which could mislead customers, and referred to Light of Motiram as a "slavish clone" of the series starring Aloy. What's interesting, **a Chinese company was supposed to offer Sony a collaboration on the next installment of** *Horizon* last year, but the Japanese company rejected the offer.

After some time, a controversial *Light of Motiram* was announced, which Sony claims has gameplay, story, graphics, and many other elements similar to what Horizon: Zero Dawn and Horizon: Forbidden West present. Among the arguments of PlayStation bosses, there are also numerous press articles calling Tencent's title a "copy" of Guerrilla Games' series.

**Sony is apparently asking the defendant for a specific amount of money (undisclosed) and a ban on infringing the company's intellectual property**. How will this case proceed further? We'll have to wait for the first processes to start to find out.

Sponsored Content



**Why Some Say Red Wine Helps With Shedding Pounds**

fitbodyadvisor.com - Sponsored



**Why This 250th Anniversary Mug Is Selling Out Fast**

This mug infuses history, pride, and freedom with every sip.

topchicdeals.com - Sponsored



**This 3-Ingredient Pink Salt Mix Is Being Called the "Homemade...**

Health Guide - Sponsored







## RELATED STORIES


Ghost of Yotei first reviews. It's a very good sequel to Sony's big hit...


Marvel's Wolverine officially revealed. We finally get to see...


First gameplay footage of a new game from Returnal creators. Saro...


„We always want it to be 3% smaller than is the kind of minimum to do...


New God of War to give Kratos a weapon perfect for the Egyptian setting...



**A Gift That Salutes Marine Corps Tradition.**

A perfect gift for Marines, veterans, and proud patriots.

topchicdeals.com - Sponsored



**The Easiest Way to Get Your Passport in 2025**

Trusted by millions for fast, no-hassle passport renewals &...

GovPlus - Sponsored



**250 years ago, freedom became America's greatest gift.**

HOPPBUY - Sponsored



**5 Ways to Finally Stop Your Dog's Destructive Chewing**

Nylabone - Sponsored

**You Should Activate Your McAfee License**

surfsafetoday.com - Sponsored



**Do This Once Daily And Watch Your Hair Sprouts like Wildflowers**

growhair.live - Sponsored

---

 MORE:

Singleplayer games are a priority for Sony. The company plans to strengthen PlayStation's position in this regard

PS Plus players only have a month left to play these 4 games. Among them is the highly rated Battlefield

New God of War to give Kratos a weapon perfect for the Egyptian setting. Insider confirms that two games in the series are being made

---

## Horizon: Forbidden West

February 18, 2022     Rate It!

Overview    Guide    Review

---

Plagiarisms And Counterfeiting    Lawsuits And Litigation    Tencent    Horizon (Franchise)

Sony Interactive Entertainment

---

♡⁺ Like it?     ♡ 0

---



Author: **Maciej Gaffke**

At Gamepressure.com, he is mainly involved in writing news. Graduated in Polish philology and sightseeing and historical tourism at the University of Gdansk, which is related to his other "non-game" interests - history, books, and travel. As for video games themselves - once a fan of FPS, n...

---



Which of these products would you consider buying?

[ Choose ]

☐ Xbox One S
☐ Xbox One X
☐ Nintendo Switch 2

[ Next ]

1 of 3

## RELATED STORIES

 Ghost of Yotei first reviews. It's a very good sequel to Sony's big hit...

 Marvel's Wolverine officially revealed. We finally get to see...

 First gameplay footage of a new game from Returnal creators. Saro...

 „We always want it to be 3% smaller than is the kind of minimum to do...

 New God of War to give Kratos a weapon perfect for the Egyptian setting...





6ᵀᴴ FEBRUARY 2026
PRE-ORDER NOW

# Ghost of Yotei first reviews. It's a very good sequel to Sony's big hit, but it won't convince Ghost of Tsushima skeptics

The first reviews of Ghost of Yotei are here. It's a solid PS5 exclusive, but not a perfect game.

**Zuzanna Domeradzka**    September 26, 2025 03:45

Ghost of Yotei first reviews. It's a very good sequel to Sony's big hit, but it won't convince Ghost of Tsushima skeptics *Source: Sucker Punch Productions.*

We're just a week away from the official release of one of the most anticipated games of 2025, which is only coming out on PlayStation 5. Ghost of Yotei is the second installment of the acclaimed series by Sucker Punch studio, for which many people have high hopes. Released in 2020, Ghost of Tsushima was a big hit, getting lots of praise from both critics (83% positive reviews on Metacritic) and players who absolutely loved Jin Sakai's story.

Advertisement

Advertisement

## RELATED STORIES

Advertisement

Advertisement

Expectations for Sony's next big "exclusive" are therefore high, as is the price of the sequel (the standard version costs $69.99). The first reviews from industry critics were hitting the internet yesterday, and they might just ease the skeptics' worries because they're saying it's actually a pretty solid game.

**Currently, the average rating for** *Ghost of Yotei* **on Metacritic is 87/100** (based on nearly 100 reviews). So, it's pretty much the same score as the basic edition of the original and the Director's Cut (87/100 for the PS5 version and 89/100 for the PC version).

> Would you like to get more news like this or read interesting facts from the gaming world? Join our community on **Google News and follow us there**! Your support helps us grow and bring even more content!

## Ghost of Yotei – selected reviews

- CGMagazine – 9.5/10
- Game Informer – 9.25/10
- **Gamepressure.com** – 9/10
- Push Square - 9/10
- Screen Rant – 9/10
- Wccftech – 8.8/10
- IGN – 8/10
- TechRadar - 4.5/5
- GamesRadar+ – 4.5/5
- The Gamer - 4/5

Reviewers primarily praise the **deep story presented in** *Ghost of Yotei*, which fits perfectly into the world created by Sucker Punch through numerous references to Japanese culture and old samurai movies.

Advertisement

Critics are also raving about the **vibrant and picturesque Ezo region** that we explore throughout the campaign in different seasons. Exploration and engaging in activities that are not marked on the map should be enjoyable and make narrative sense. A major advantage of

## RELATED STORIES


**Marvel's Wolverine officially revealed. We finally get to see…**


**First gameplay footage of a new game from Returnal creators. Saro…**


**Hades 2's first reviews leave no room for doubt. Clair Obscur: Expeditio…**


**„We always want it to be 3% smaller than is the kind of minimum to do…**


**First reviews of Silent Hill f. It's a great survival horror game, and one o…**

Critics are also raving about the **vibrant and picturesque Ezo region** that we explore throughout the campaign in different seasons. Exploration and engaging in activities that are not marked on the map should be enjoyable and make narrative sense. A major advantage of *Ghost of Yotei* **also seems to be the combat system, which is very similar to the one present in the previous game. Fans of** *Ghost of Tsushima* **will love the intense fights and character development**.



Ghost of Yotei - The Hunt Begins Cinematic Trailer

Some reviewers, however, mention that **the plot is too predictable in the long run, and the side quests are repetitive and boring** (among others, those using the touchpad and gyroscope in the DualSense controller). Some critics feel like the world and story are too similar to the original and don't really bring anything new to the table.

Also, *Ghost of Yotei* has some **glitches** that sometimes make you reload your last save, but they don't happen all that often. It's possible that some of them will be fixed in the launch update.

The new game from Sucker Punch is going to be awesome for anyone who spent hours playing *Ghost of Tsushima*. Players who were not impressed by the first game are unlikely to be impressed by the second installment of the series, which largely builds upon the foundations of the title released in 2020.

Advertisement

*Ghost of Yotei* will be released on October 2nd on PS5.

> MORE:
> **New God of War to give Kratos a weapon perfect for the Egyptian setting. Insider confirms that two games in the series are being made**

Advertisement

## RELATED STORIES


Marvel's Wolverine officially revealed. We finally get to see…


First gameplay footage of a new game from Returnal creators. Saro…


Hades 2's first reviews leave no room for doubt. Clair Obscur: Expeditio…


„We always want it to be 3% smaller than is the kind of minimum to do…


First reviews of Silent Hill f. It's a great survival horror game, and one o…

Document title: Light of Motiram, New Open-World Survival Game „Inspired" by Horizon and Palworld, Was Just Announced
Capture URL: https://www.gamepressure.com/newsroom/light-of-motiram-new-open-world-survival-game-inspired-by-horizon/z675ee
Capture timestamp (UTC): Wed, 01 Oct 2025 14:34:09 GMT

playing *Ghost of Tsushima*. Players who were not impressed by the first game are unlikely to be impressed by the second installment of the series, which largely builds upon the foundations of the title released in 2020.

Advertisement

Advertisement

*Ghost of Yotei* will be released on October 2nd on PS5.

> **MORE:**
>
> **New God of War to give Kratos a weapon perfect for the Egyptian setting. Insider confirms that two games in the series are being made**
>
> **Horizon Zero Dawn and Ghost of Tsushima spotted on Xbox Store? That doesn't mean these PS5 exclusives are actually coming to Xbox**
>
> **First reviews of Silent Hill f. It's a great survival horror game, and one of the best games of 2025**



# Ghost of Yotei

**October 2, 2025**    **Want It!**

Overview    Guide    Review

Sucker Punch    Game Scores    Exclusive Titles    Sony Interactive Entertainment

Ghost Of Tsushima (Franchise)

 Like it?     0

Author: **Zuzanna Domeradzka**

An introvert since birth, she has been interested in video games for as long as she can remember. She joined Gamepressure.com in 2022, first writing for the gaming newsroom and later helping with guides. She is an enthusiast of FPS and RPG games and a big fan of the Dragon Age, Five Nights ...

## RELATED STORIES

 Marvel's Wolverine officially revealed. We finally get to see…

 First gameplay footage of a new game from Returnal creators. Saro…

 Hades 2's first reviews leave no room for doubt. Clair Obscur: Expeditio…

 „We always want it to be 3% smaller than is the kind of minimum to do…

 First reviews of Silent Hill f. It's a great survival horror game, and one o…

All News    Gaming    How To    Movies & TV    Tech    Trending

RDR2 Guide    Cyberpunk 2077 Guide    Assassins Creed Shadows Map    BG3 Guide    AC Shadows Guide    How to Find and Activate Hall of the Penitent in Diablo 4

Kingdom Come 2 Interactive Map    BG3 Interactive Map

About Us    Our Team    Editorial Standards    Advertise    Contact    Privacy Policy    Cookie Settings    Terms of Use    Careers

Copyright © 2000 - 2025 **Webedia Polska SA**





*Ghost of Yotei* will be released on October 2nd on PS5.

> **MORE:**
>
> **New God of War to give Kratos a weapon perfect for the Egyptian setting. Insider confirms that two games in the series are being made**
>
> **Horizon Zero Dawn and Ghost of Tsushima spotted on Xbox Store? That doesn't mean these PS5 exclusives are actually coming to Xbox**
>
> **First reviews of Silent Hill f. It's a great survival horror game, and one of the best games of 2025**



## Ghost of Yotei

October 2, 2025   [PS]   Want It!

Overview    Guide    Review

Sucker Punch    Game Scores    Exclusive Titles    Sony Interactive Entertainment

Ghost Of Tsushima (Franchise)

♡+ Like it?    ♡ 0

**Author:** **Zuzanna Domeradzka**

An introvert since birth, she has been interested in video games for as long as she can remember. She joined Gamepressure.com in 2022, first writing for the gaming newsroom and later helping with guides. She is an enthusiast of FPS and RPG games and a big fan of the Dragon Age, Five Nights ...

## RELATED STORIES

 Marvel's Wolverine officially revealed. We finally get to see...

 First gameplay footage of a new game from Returnal creators. Saro...

 Hades 2's first reviews leave no room for doubt. Clair Obscur: Expeditio...

 „We always want it to be 3% smaller than is the kind of minimum to do...

 First reviews of Silent Hill f. It's a great survival horror game, and one o...

All News    Gaming    How To    Movies & TV    Tech    Trending

RDR2 Guide    Cyberpunk 2077 Guide    Assassins Creed Shadows Map    BG3 Guide    AC Shadows Guide    How to Find and Activate Hall of the Penitent in Diablo 4

Kingdom Come 2 Interactive Map    BG3 Interactive Map

About Us    Our Team    Editorial Standards    Advertise    Contact    Privacy Policy    Cookie Settings    Terms of Use    Careers

Copyright © 2000 - 2025 **Webedia Polska SA**

