# Exhibit 5

PageVault

| | |
|---|---|
| Document title: | Horizon knock-off Light of Motiram ripped apart by fans for "shameless" copy |
| Capture URL: | https://www.gamingbible.com/news/light-of-motiram-horizon-comparisons-300123-20241128 |
| Page loaded at (UTC): | Wed, 01 Oct 2025 14:27:32 GMT |
| Capture timestamp (UTC): | Wed, 01 Oct 2025 14:28:10 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 13 |
| Capture ID: | ktY4ddrM2JvFC19F1xx2Fi |
| Display Name: | johnathon.mann |

PDF REFERENCE #:   rUTYSR2JCxr8bTixLr6q27

# GAMING BIBLE



Home > News

*Published 17:19 28 Nov 2024 GMT*

# Horizon knock-off ripped apart by fans for "shameless" copy

We have Horizon Zero Dawn at home

 Olly Smith

Horizon fans are calling out a new open-world game for allegedly copying the Guerilla Games RPG series.

Earlier today, Tencent studio Polaris Quest announced *Light of Motiram*. It's an open-world RPG set in a post-apocalyptic world overran with big mechanical monsters.

There's also a red-haired heroine who uses a bow to fight these machines.

Sound familiar? No, you haven't gone back in time to when Sony announced *Horizon Zero Dawn* in 2015. That is genuinely the new game from Tencent.

**Speaking of Horizon, the first game recently got the remaster treatment. Check it out.**





ADVERT

### SIMILAR ARTICLES TO THIS



Star Wars Official Darth Vader 'Recast' Leaves Viewers Torn

Nintendo Switch 2 Just Got a New System Update You Can Download Now

It's not just the premise of *Light of Motiram* that sounds identical though. Even by glancing through the images in the embedded post below, it's hard to tell if the screenshots are from *Light of Motiram* or one of the Horizon games.



Take a look for yourself.

Take a look for yourself.



Looking through the released images and reveal trailer, it certainly looks Polaris Quest has taken a lot of inspiration from Guerrilla Games' RPG series. And users have not been shy about comparing the two.

"What in the Horizon is this?" writes Reddit user 'LoKSET'.

Meanwhile, another user in the same thread called it a scam, writing: "Is this a new meta to scam for funding, make a high quality trailer of a mishmash of popular games together?"





Over on X (formerly Twitter), the sentiment was pretty similar. Content creator Genki posted "This is shameless," along with four images of the game.

Underneath the post, another user posted four screenshots from the Horizon games to help people compare the two.

I get it. Art inspires art, and you'll never truly have a creative work that is separated from its inspirations. But the similarities here are far too on the nose that I can't help but make a "We have Horizon at home" joke.

The whole thing is reminiscent of *Palworld*'s obvious Pokémon similarities, which resulted in Nintendo and The Pokémon Company filing a lawsuit against developer Pocketpair in September this year.

There's no doubt Sony's lawyers are already combing through *Light of Motiram*'s reveal trailer for anything that may infringe upon the rights of their flagship RPG series. However, as of now, the company is yet to comment on the situation.

Featured Image Credit: Guerilla Games / Polaris Quest

Topics: Horizon Zero Dawn, Guerrilla Games, Sony



Home > News > Platform > Playstation

Published 11:32 19 Sep 2025 GMT+1

# Horizon Zero Dawn Gamers Hit Out at Controversial New Release

Not even subtle

 Angharad Redden

The Horizon Zero Dawn franchise is one of Sony's most successful so it is perhaps no wonder that other game studios have taken inspiration from Aloy and her adventures.

However, there is a big difference between taking inspiration and straight up ripping a game off and upcoming open-world RPG *Light of Motiram* is yet to find that distinction.

When the game by Polaris Quest was first announced back in November 2024, it did not take long for gamers to notice its similarities to Guerrilla Games' Horizon Zero Dawn.

Branded a shameless rip-off, *Light of Motiram* was heading for failure even before its launch and as a result, the game has now been delayed from a 2025 release to Q4 of 2027 in an attempt to make a more original RPG.

With a red-haired protagonist living in a vast open world filled with mechanical creatures, it is no wonder that lawsuits have been pursued.

## SIMILAR ARTICLES TO THIS


**Mass Effect Gamers Horrified By Major New Update**


**Jedi: Survivor Sequel Has Star Wars Gamers Worried For The Future**



Back in July, Sony filed a lawsuit against Tencent claiming that *Light of Motiram* was a "slavish clone" of the Horizon series.

However, in recent days, Tencent has hit back by claiming that Sony "seeks an impermissible monopoly on genre conventions".

ADVERT



ADVERT



Back in July, Sony filed a lawsuit against Tencent claiming that *Light of Motiram* was a "slavish clone" of the Horizon series.

However, in recent days, Tencent has hit back by claiming that Sony "seeks an impermissible monopoly on genre conventions".

"Long before this lawsuit, developers of '*Horizon Zero Dawn*' publicly acknowledged that the very same game elements that Sony claims to own exclusively were in fact borrowed from an earlier game" its statement read.

"Sony's complaint tellingly ignores these facts. Instead, it tries to transform ubiquitous genre ingredients into proprietary assets.

By suing over an unreleased project that merely employs the same time honored tropes embraced by scores of other games released both before and after Horizon like '*The Legend of Zelda: Breath of the Wild*', '*Far Cry Primal*', '*Far Cry New Dawn*', '*Outer Wilds*' ... and many more, Sony seeks an impermissible monopoly on genre conventions".

It seems as though Tencent is not taking this lawsuit lying down and has not only hit back at Sony but also Guerrilla Games itself.

Even in the comparison image shared on the Culture Crave Twitter account, it is clear to see that *Light of Motiram* is a dead-ringer for *Horizon Zero Dawn* and fans of the Sony series were quick to share their thoughts on the situation.

"If I didn't know what *Horizon Zero Dawn* was I would think they were the same damn thing," one user admitted.

User Chort added, "Taking inspiration from multiple other games and incorporating it into your own is fine, what Tencent is doing is a blatant rip-off of a single game lol."

It seems as though nobody is falling for Tencent's defence here so it remains to be seen if *Light of Motiram* will make enough changes over the next few years to stand as its own game.

Featured Image Credit: Guerrilla Games

Topics: Horizon Zero Dawn, Guerrilla Games, Sony





Home > News > Platform > Playstation

Published 12:09 29 Sep 2025 GMT+1

# Horizon Zero Dawn Surprise New Release Divides PlayStation Gamers

Aloy returns

 Angharad Redden

With exclusive games never staying exclusive for long in recent years, it makes sense that various PlayStation studios have embarked on another exciting collaboration.

There was once a time when console exclusives meant that you would never get your hands on a game unless you splashed out on its designated hardware.

However, with more studios and companies working together than ever before in recent years, our favourite exclusives are making their way to new and exciting places.

Well, that is most certainly the case for once-PlayStation exclusives such as *The Last of Us*, *God of War*, Horizon Forbidden West, *Uncharted*, Ghost of Tsushima, and more.

That is because studios such as Naughty Dog, Santa Monica Studio, Guerrilla, and Sucker Punch Productions have teamed up with Hasbro's Wizards of The Coast to bring us brand-new additions to the collectible trading card game, *Magic: The Gathering*.

**SIMILAR ARTICLES TO THIS**


PlayStation New Console Design Praised by Gamers




Cyberpunk 2077 Gamers Impressed by Surprise New Trailer



Featuring seven games and therefore seven drops, this *Magic: The Gathering* Secret Lair x PlayStation Superdrop collaboration will feature iconic characters and key locations from the beloved PlayStation titles and it is set to launch on 27 October.

Alongside characters such as Ellie and Joel from The Last of Us, Kratos from God of War, and Nathan Drake from Uncharted, *Horizon Zero Dawn*'s Aloy will also make an appearance.


ADVERT


ADVERT



Featuring seven games and therefore seven drops, this *Magic: The Gathering Secret Lair x PlayStation* Superdrop collaboration will feature iconic characters and key locations from the beloved PlayStation titles and it is set to launch on 27 October.

Alongside characters such as Ellie and Joel from *The Last of Us*, Kratos from *God of War*, and Nathan Drake from *Uncharted*, *Horizon Zero Dawn*'s Aloy will also make an appearance.

Known as 'Legendary Creature - Human Warrior', Aloy's card reads as follows:

"In you, all things are possible - Whenever one or more artifact creatures you control attack, discover X, where X is the greatest power among them."

Using both her smarts and her tenacity, this card will make an excellent addition to your pack and it seems as though Guerrilla Games was over the moon to be involved with its creation.

"This collaboration was rather close to our hearts, as many of us at Guerrilla are longtime *Magic: The Gathering* fans," the lead artist at the studio shared.

"Horizon world is built on pillars such as its majestic nature, unique machines, and diverse tribes, and the Wizards of the Coast team did an amazing job bringing all of that to Magic format through stunning artwork and fitting card mechanics.

We're especially proud of how Aloy's representation reflects her journey as a Seeker of the Nora, and how her knowledge of the Old World connects to Artifacts – the core theme around which the set is built. We can't wait for players to bring Aloy to life in their decks and adventures!"

With some fans excited to see Aloy join the *Magic: The Gathering* cast, others were sad to see games such as *Death Stranding* "get shafted" as well as the lack of Master Chief and characters from *Bloodborne*.

Nevertheless, the general consensus is a positive one and if you are one of the many budding fans, you will want to keep an eye out for the *Magic: The Gathering* Secret Lair x PlayStation Superdrop collaboration on 27 October.

Featured Image Credit: Guerrilla Games

Topics: Horizon Zero Dawn, Horizon Forbidden West, Guerrilla Games, PlayStation, Sony



ADVERT
ADVERT

Document title: Horizon knock-off Light of Motiram ripped apart by fans for &quot;shameless&quot; copy
Capture URL: https://www.gamingbible.com/news/light-of-motiram-horizon-comparisons-300123-20241128
Capture timestamp (UTC): Wed, 01 Oct 2025 14:28:10 GMT                                                                                          Page 8 of 12



Home > News > Platform > Playstation

Published 10:22 18 Sep 2025 GMT+1

# Horizon Zero Dawn Gamers Celebrate New Release

Light of Motiram has officially been delayed

 Kate Harrold

After months of campaigning, *Horizon Zero Dawn* fans appear to have successfully made their voices heard.

Franchise rip-off *Light of Motiram* has officially delayed its release by two years, from 2025 to Q4 2027, in an effort to rid itself of its Horizon-esque qualities.

POLARIS QUEST's *Light of Motiram* was first announced in November of 2024, with fans of *Guerrilla Games*' *Horizon* franchise quickly homing in on the title.

It was far from celebrated as something that might appeal to Horizon fans; instead, it was quickly branded a shameless rip-off.

*Light of Motiram* shares a very Aloy-looking auburn-haired protagonist who inhabits a natural world filled with machine creatures.

**SIMILAR ARTICLES TO THIS**


PlayStation Plus Gamers Horrified Over Impending Shutdown Date




PlayStation New Console Leaks, is a Huge Improvement

One *Light of Motiram* screenshot featured a machine mammoth that looked a lot like Horizon's Tremortusk.

Another showed a horned machine that bore a striking resemblance to the Grazers you can find within both *Horizon Zero Dawn* and *Horizon Forbidden West*.

Well, in July of this year, PlayStation finally made it known that the similarities had come to its attention.

Sony announced its intent to sue *Light of Motiram* publisher Tencent.

The lawsuit actually confirmed that Tencent once pitched a live-service Horizon game which was ultimately rejected by Sony.



*Horizon Zero Dawn* and *Horizon Forbidden West*.

Well, in July of this year, PlayStation finally made it known that the similarities had come to its attention.

Sony announced its intent to sue *Light of Motiram* publisher Tencent.

The lawsuit actually confirmed that Tencent once pitched a live-service Horizon game which was ultimately rejected by Sony.

It's perhaps not a stretch to argue that *Light of Motiram* is what it came up with instead.

Clearly, however, Tencent and POLARIS QUEST didn't do enough to differentiate *Light of Motiram*.

In a bid to avoid the costly wrath of Sony, *Light of Motiram* has quietly been delayed from 2025 to Q4 2027, reflected on its Steam pagem as devs set about ridding the game of its Horizon-like qualities.

Already, several screenshots have been removed from its Steam listing, including the Aloy-inspired heroine and the various similar machines.

No official update has been issued by Tencent nor POLARIS QUEST; this release adjustment has all been done rather subtly.

That's surely plenty of time for *Light of Motiram* to focus on its more original aspects; after all, it is supposedly an open-world survival title which Horizon is not.

Fans of Horizon are happy to see *Light of Motiram*'s developers doing the right thing.

"The amount of hubris Tencent has to blatantly copy first THEN repeatedly ask for licensing is ridiculous," remarked Reddit user TheVectronic.

"Not really surprising. The game seriously looked like a pirated version of Horizon," added MGfreak.

With this whole debacle out of the way, I wonder when an update on Horizon's next entry will appear?

Featured Image Credit: Tencent

Topics: Horizon Forbidden West, Horizon Zero Dawn, Guerrilla Games, PlayStation, PlayStation 5, Steam, PC

Horizon Zero Dawn Gamers Torn Over Third Game Tease

ADVERT

Home > News > Platform > Playstation

Published 14:00 18 Sep 2025 GMT+1

# Horizon Zero Dawn Gamers Torn Over Third Game Tease

It's a "way off"

 Kate Harrold

*Horizon Forbidden West*'s sequel is reportedly arriving later than any of us expected, which most definitely isn't the news fans want to hear.

In early 2026, *Horizon Forbidden West* will celebrate its fourth anniversary; I can't believe it's been so long since Aloy's last adventure landed.

Well, I suppose the *Burning Shores* DLC arrived three years ago, so we've had a little something to tide us over.

Oh, and VR adventure *Horizon: Call of the Mountain* that same year followed by *LEGO Horizon Adventures* in 2024 … okay, we're a lucky bunch.

Even still, many of us yearn to experience Aloy's next mainline project.

Horizon Zero Dawn arrived in 2017 with Forbidden West arriving in 2022, so they were split by five years.

You may then assume that the third game could arrive as soon as 2027.

The only problem is that Guerrilla is seemingly in the midst of developing more than one project as a multiplayer Horizon game is also believed to be on the way.

Well, Bloomberg's Jason Schreier previously unveiled on Spawncast that that title is set to arrive earlier than the next mainline game.

He referred to *Horizon 3* as still being "a ways off".

Is it perhaps more likely that the multiplayer game could land in 2026 or 2027?

Pushing the next mainline game to, say, 2028 or beyond?

That's painful to consider, but I suppose all good things come to those who wait.

I'm saying that with a grimace on my face.

ADVERT

ADVERT

ADVERT

He referred to *Horizon 3* as still being "a ways off".

Is it perhaps more likely that the multiplayer game could land in 2026 or 2027?

Pushing the next mainline game to, say, 2028 or beyond?

That's painful to consider, but I suppose all good things come to those who wait.

I'm saying that with a grimace on my face.

"Rather late than undercooked," remarked Reddit user KHaskins77.

"F**k it. Take your sweet ass time with it. However long you need. No need to set a bunch of dates and miss them. Just say when it's ready and make it good right when it first comes out," added Donmiggy143.

"I'll happily wait for a good game," echoed QuesterrSA.

Others were a tad more critical.

"Maybe if they weren't preoccupying themselves with remaking games that aren't old enough to need a remake," said ReignInSpuds.

Technically, *Horizon Zero Dawn* was remastered, not remade, and that work was mostly handled by Nixxes.

Still, I can understand the frustration. It can be difficult waiting years for a game you're desperate to play.

I do think this adds pressure to the upcoming multiplayer release.

If it flops, fans won't be happy that its development somewhat delayed the next mainline entry.

Guerrilla really needs to pull it out of the bag but then that's what this studio has consistently done time and time again so in all honesty, I have faith.

Whenever the studio's next project does surface, we'll be sure to bring that news to you.

Featured Image Credit: Sony Interactive Entertainment

Topics: Horizon Forbidden West, Horizon Zero Dawn, Guerrilla Games, PlayStation, PlayStation 4, PlayStation 5

## Choose your content:



4 hours ago

**PlayStation Plus Gamers Warned They've Last Chance For These 6 Free Games**



4 hours ago

**Steam Drops 9 Completely Free downloads in Limited-Time Event**



4 hours ago

**Cyberpunk 2077 Getting New Prequel, Mark Your Calendars**



4 hours ago

**MCU Leak Confirms Our Next Deadpool & Wolverine Team-Up**

Advertise | Tyla | Topics A-Z
Terms | UNILAD Tech | Authors
Privacy & Cookies | FOODbible | Do Not Sell
LADbible Group | License Our Content
LADbible | About Us & Contact
UNILAD | Jobs
SPORTbible | Latest

SUBMIT YOUR CONTENT

Document title: Horizon knock-off Light of Motiram ripped apart by fans for &quot;shameless&quot; copy
Capture URL: https://www.gamingbible.com/news/light-of-motiram-horizon-comparisons-300123-20241128
Capture timestamp (UTC): Wed, 01 Oct 2025 14:28:10 GMT

Page 12 of 12