# Exhibit 6

Page Vault

| | |
|---|---|
| Document title: | Stalker 2: Heart of Chornobyl Review Roundup |
| Capture URL: | https://thegamepost.com/tencent-light-of-motiram-shameless-horizon-series/ |
| Page loaded at (UTC): | Thu, 12 Jun 2025 19:13:06 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 19:13:17 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 74 |
| Capture ID: | avJQeVbXinebBS6KCwM2Jn |
| Display Name: | johnathon.mann |

NEWS   EXCLUSIVES   REVIEWS   TIPS & GUIDES   FEATURES   ESPORTS   LISTS

**NEWS**

# "Horizon Zero Originality": Tencent's Light of Motiram Slammed As A "Shameless" Clone Of Sony's Horizon Series

By **Zuhaad Ali**  |  Published: November 28, 2024  |  ⏱ Last updated: November 28, 2024

⇗ Share   f   𝕏   ✆   ⊚   ✉   🔗


Image: Tencent | Polaris Quest | SIE

**TRENDING**


Destiny 2 Edge of Fate Artifact Perks Detailed


Dune Awakening Mentat Trainer Locations – Basic and Advanced


All Destiny 2 Edge of Fate Exotic Weapons and Armor


Dune Awakening Swordmaster Trainer Locations – Basic and Advanced


Dune Awakening: How To Get To The Deep Desert – Complete Guide

Tencent's new game, Light of Motiram, is under fire for being a "shameless" copy of Sony's <u>Horizon</u> series, with fans blasting its similarities in art, mechanics, and characters.

<u>Tencent</u>'s subsidiary, Polaris Quest, has just unveiled its new game, Light of Motiram. Described as a visually stunning action-adventure MMO game, the title promises an open-world experience with "Mechanimals"—giant mechanical beasts that roam the wilderness of a post-apocalyptic Earth.

While the game's official description paints an exciting picture of a world ruled by machines and humanity struggling to rebuild, fans couldn't help but notice something strikingly familiar. If you've ever played Sony's Horizon Zero Dawn or Horizon Forbidden West, you'll immediately notice the resemblance.

 
FUND PEDIATRIC CANCER RESEARCH WHILE WALKING YOUR DOG.

47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S. get moving and help fund pediatric cancer research.


Virginia Privacy Notice

♡ 28 ⇄

something strikingly familiar. If you've ever played Sony's Horizon Zero Dawn or **Horizon Forbidden West**, the similarities are hard to ignore.





—— Image: Tencent | Polaris Quest



Virginia Privacy Notice

Developed by **Guerrilla Games** and published by **Sony Interactive Entertainment**, the Horizon series features lush open-world environments, towering mechanical creatures, and a strong-willed protagonist navigating a post-apocalyptic Earth. And now, Light of Motiram appears to replicate almost every aspect of it—from its art style to its gameplay mechanics.

## Fans Call Out Light of Motiram For Shamelessly Ripping Sony's Horizon Series

Shortly after the announcement, **Light of Motiram** began trending on social media for all the wrong reasons. Players were quick to point out glaring similarities to the Horizon games. One **user** on X (Twitter) didn't hold back, calling the game "Horizon Zero Originality" and adding, "What a shame…"



28



47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.

Another **said**, "They should get sued for this one. Like that game should just be called 'Horizon: One Dawn' or something." The backlash didn't stop there. Fans noted how even the description of Light of Motiram echoes the themes of Horizon.



Image: Tencent | Polaris Quest
Image: Tencent | Polaris Quest
Image: Tencent | Polaris Quest
Image: Tencent | Polaris Quest
Image: Tencent | Polaris Quest
Image: Tencent | Polaris Quest



Image: Tencent | Polaris Quest
Image: Tencent | Polaris Quest

The official game description promises an "Earth and human civilization as we once knew it are gone" narrative, where players journey through "lush tropical rainforests to barren desert landscapes and snow-capped mountain peaks."

This open-world exploration, combined with a focus on battling giant mechanical beasts, feels eerily close to Horizon's formula. Genki Gamer, a well-known content creator, summed up the controversy perfectly with a **viral post**: "This is shameless."

The criticisms don't stop at the setting. Players also pointed out that Light of

Document title: Stalker 2: Heart of Chornobyl Review Roundup
Capture URL: https://thegamepost.com/tencent-light-of-motiram-shameless-horizon-series/
Capture timestamp (UTC): Thu, 12 Jun 2025 19:13:17 GMT



This open-world exploration, combined with a focus on battling giant mechanical beasts, feels eerily close to Horizon's formula. Genki Gamer, a well-known content creator, summed up the controversy perfectly with a **viral post**: "This is shameless."

The criticisms don't stop at the setting. Players also pointed out that Light of Motiram's protagonist seems heavily inspired by Aloy, the red-haired character of the Horizon series. One fan **said**, "I know some games take inspiration from others, but, this is just Horizon. Even the main character is almost the same."

Virginia Privacy Notice



—— Image: SIE



28



Players have also n...
from successful ti...

Players have also raised concerns about Tencent's history of drawing "inspiration" from successful titles. With Light of Motiram, fans feel the line between homage and plagiarism has been completely crossed.

You can watch the teaser trailer for Light of Motiram below.



Virginia Privacy Notice



While the game does introduce features like a "freeform building system powered by realistic physics simulation" and "over 100 customizable Mechanimals" to train and battle with, players argue these additions don't justify its similarities to Horizon.

––––––

TAGGED:   **Horizon Forbidden West, Horizon Zero Dawn, Light of Motiram, Polaris Quest, Sony Interactive Entertainment, Tencent**

 Share This Article

 Facebook            



The Game Post Com...

Please read our Comment...



NEWS   EXCLUSIVES   REVIEWS   TIPS & GUIDES   FEATURES   ESPORTS   LISTS

### The Game Post Comment Policy

Please read our Comment Policy before commenting.

**Got it**

Comments for this thread are now closed. ✕

**3 Comments**

1 Login ▾

♡   • Share

Best   **Newest**   Oldest

**Darian Starfrog** 👤⁺
6 months ago

It's looking 1000x better than Horizon.. they even made the characters hot.. it takes the best bits of horizon, and updates it..based

─   🏳

see more

👍 1   👎 0   ↪

**Oliver Sudden** 👤⁺
6 months ago

─   🏳

I dunno. I watched the trailer and thought.. "looks more interesting than Horizon."

Also one "issue" with doing futuristic robotics, humanoid or animal, there is only so much you can do before things begin to look similar. On top of, post apocalyptic, of course you should expect characters with some sort of animal skin lost tech gear.

Now having said that... making a main character look very similar to an already established one is where

47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.

GOOD COOKIE CHALLENGE

Virginia Privacy Notice

 Subscribe    🔒 Privacy    ⓘ Do Not Sell My Data                    DISQUS

**NEWS**

# Rumors Of Bloodborne Remaster Announcement Shot Down By Industry Insider

NEWS    EXCLUSIVES    REVIEWS    TIPS & GUIDES    FEATURES    ESPORTS    LISTS

By **Zuhaad Ali** | Published: November 27, 2024 | ⓘ Last updated: November 27, 2024

 Share   



🟧 **TRENDING** 



**Destiny 2 Edge of Fate Artifact Perks Detailed**

News | ⓒ June 10, 2025

**Dune Awakening Mentat Trainer Locations – Basic and Advanced**

Guides News | ⓒ June 10, 2025

**All Destiny 2 Edge of Fate Exotic Weapons and Armor**

News | ⓒ June 10, 2025

**Dune Awakening Swordmaster Trainer Locations – Basic and Advanced**

Guides News | ⓒ June 10, 2025

**Dune Awakening: How To Get To The Deep Desert – Complete**

NEWS

# Rumors Of Bloodborne Remaster Announcement Shot Down By Industry Insider

By **Zuhaad Ali** | Published: November 27, 2024 | Last updated: November 27, 2024

Share



Image: Sony via The Game Post

TRENDING



**Destiny 2 Edge of Fate Artifact Perks Detailed**

News | June 10, 2025

**Dune Awakening Mentat Trainer Locations – Basic and Advanced**

Guides News | June 10, 2025

**All Destiny 2 Edge of Fate Exotic Weapons and Armor**

News | June 10, 2025

**Dune Awakening Swordmaster Trainer Locations – Basic and Advanced**

Guides News | June 10, 2025



**Dune Awakening: How To Get To The Deep Desert – Complete Guide**

Guides News | June 11, 2025

**Fans' hopes for a Bloodborne remaster reveal were reignited after a scheduled server update, but a trusted insider has debunked the rumors, calling them "nothing."**

Few games have captured the imagination of fans like Bloodborne. Released in 2015 for the PlayStation 4, this gothic action RPG from FromSoftware remains a cult favorite. However, its performance limitations on modern hardware—locked at 1080p and 30 FPS—have made fans call for a remaster or remake.

And today, excitement surged when a **Bloodborne server maintenance update** was announced for December 3, 2024, coinciding with the rumored PlayStation

Document title: Stalker 2: Heart of Chornobyl Review Roundup
Capture URL: https://thegamepost.com/tencent-light-of-motiram-shameless-horizon-series/
Capture timestamp (UTC): Thu, 12 Jun 2025 19:13:17 GMT

Document title: Stalker 2: Heart of Chornobyl Review Roundup
Capture URL: https://thegamepost.com/tencent-light-of-motiram-shameless-horizon-series/
Capture timestamp (UTC): Thu, 12 Jun 2025 19:13:17 GMT

However, it's important to manage expectations. This could just be routine server maintenance with no relation to any announcements.

Still, the timing is suspicious enough to ignite excitement, especially as Sony has yet to confirm the rumored PlayStation event. Adding fuel to the speculation is recent news that FromSoftware's parent company, Kadokawa Corporation, **is reportedly in acquisition talks with Sony**.



—— Image: Sony

If a deal were to be announced, a Bloodborne remaster reveal could serve as the perfect cherry on top for fans. As always, take these rumors with a grain of salt—but December 3 could be a big day for the Bloodborne community.

What are your thoughts on this? Let us know in the comments below!



NEWS    EXCLUSIVES    REVIEWS    TIPS & GUIDES    FEATURES    ESPORTS    LISTS

🏷 TAGGED:  **Bloodborne, FromSoftware, Sony Interactive Entertainment**

⤴ **Share This Article**    f Facebook    𝕏    ✆    reddit    ✉    🔗

`NEWS`

# Destiny Rising Is Offering Exclusive Reward For The Official Launch, Here's How To Get It

By **Zuhaad Ali** | Published: November 27, 2024 | ⏱ Last updated: November 27, 2024

⤴ Share   f 𝕏 ✆ reddit ✉ 🔗

Document title: Stalker 2: Heart of Chornobyl Review Roundup
Capture URL: https://thegamepost.com/tencent-light-of-motiram-shameless-horizon-series/
Capture timestamp (UTC): Thu, 12 Jun 2025 19:13:17 GMT

Document title: Stalker 2: Heart of Chornobyl Review Roundup
Capture URL: https://thegamepost.com/tencent-light-of-motiram-shameless-horizon-series/
Capture timestamp (UTC): Thu, 12 Jun 2025 19:13:17 GMT



—— Image: NetEase Games & Bungie



RUN, WALK
OR BIKE
47 MILES
and fund pediatric
cancer research!

GOOD
COOKIE
CHALLENGE

⊕ **Related: Destiny Rising: All Hero Characters And Abilities Detailed**

Currently, the game is in its first **Closed Alpha test** period, available only in the U.S. and Canada. The Alpha includes a prologue of the main story campaign, 11 playable

Now, the developer has announced that early testers can get an exclusive reward in Destiny Rising, which will arrive at the game's open beta launch.

## Destiny Rising Exclusive Launch Reward

**NetEase Games has announced a new reward for Alpha participants—an in-game emblem called "Effulgence."** This emblem will only be available to players who meet specific criteria during the Alpha test and will be awarded at the game's Public Beta launch.

• • •

• • •

Here's the official statement from Marunaru, Destiny Rising's community manager, shared in the game's official Discord server today:

"To thank you all for your continued support of the DRCA [Destiny: Rising Closed Alpha], upon our official launch, we'll be giving the "Effulgence" emblem to all Lightbearers who reach Chapter 5-1 within the event duration and link an email address. Bind your email addresses in the event screen now to receive the exclusive emblem!"



—— Image: NetEase Games via The Game Post

| NEWS | EXCLUSIVES | REVIEWS | TIPS & GUIDES | FEATURES | ESPORTS | LISTS |

• • •

⊕ **Related: [NetEase Issues Statement On AI-Generated Voicelines In Destiny: Rising Alpha](#)**

## How To Get Destiny Rising Effulgence Emblem

To earn the exclusive Effulgence emblem in Destiny Rising, you'll need to complete Chapter 5-1 of the campaign before the Alpha ends on December 5

## How To Get Destiny Rising Effulgence Emblem

**To earn the exclusive Effulgence emblem in Destiny Rising, you'll need to complete Chapter 5-1 of the campaign before the Alpha ends on December 5. After that, you need to link your email address within the game's "Effulgence Rewarded" event screen.**

You can find the official "Effulgence Rewarded" event rules below:

- After reaching Chapter 5-1 in the Closed Alpha Test, you will receive a redemption code for an exclusive Emblem in the Open Beta.
- The redemption code will be issued via email.
- Once you reach Chapter 5-1, please provide a valid email to receive your redemption code.

• • •

This event is currently live in-game and will end on December 5, 2024.



—— Image: NetEase Games via The Game Post

• • •

- Once you reach Chapter 5-I, please provide a valid email to receive your redemption code.

• • •

This event is currently live in-game and will end on December 5, 2024.



NEWS   EXCLUSIVES   REVIEWS   TIPS & GUIDES   FEATURES   ESPORTS   LISTS

• • •

## Destiny Rising Open Beta Launch Date

**As seen in the above image, an open beta for Destiny Rising is officially on the way. However, the exact launch date for the game remains a mystery, with no details shared by the developers yet.**

For those curious about whether progress from the Closed Alpha test will carry over to the final release, the developers have made it clear that it will not. All your achievements and unlocked content in the Closed Alpha will remain exclusive to this test build. When the game officially launches, everyone will need to start fresh from

Document title: Stalker 2: Heart of Chornobyl Review Roundup
Capture URL: https://thegamepost.com/tencent-light-of-motiram-shameless-horizon-series/
Capture timestamp (UTC): Thu, 12 Jun 2025 19:13:17 GMT

Document title: Stalker 2: Heart of Chornobyl Review Roundup
Capture URL: https://thegamepost.com/tencent-light-of-motiram-shameless-horizon-series/
Capture timestamp (UTC): Thu, 12 Jun 2025 19:13:17 GMT

What we do know came straight from CD Projekt Red's CFO, Piotr Nielubowicz, who **shared**: "I'm also very happy to announce that we're working on another animation project set in the Cyberpunk universe, which will be released on Netflix."

Netflix also teased a new Cyberpunk project back in September 2024. Alongside this announcement, Nielubowicz revealed some impressive milestones for the Cyberpunk franchise. Sales of Cyberpunk 2077 have officially surpassed thirty million copies, while its Phantom Liberty expansion has already hit eight million units sold.

"In less than four years since release we've already sold 30 million copies of Cyberpunk 2077, and as for Phantom Liberty – in just over a year it has sold over 8 million copies," said Nowakowski.

"These are impressive figures. I'm very happy to see a large, dedicated community coalesce around our Cyberpunk games."

NEWS    EXCLUSIVES    REVIEWS    TIPS & GUIDES    FEATURES    ESPORTS    LISTS

broadening the audience even further. CD Projekt Red reported consolidated Q3 2024 revenues of 228 million PLN, with a net profit of 78 million PLN for the quarter.



—— Image: CD Projekt Red

Document title: Stalker 2: Heart of Chornobyl Review Roundup
Capture URL: https://thegamepost.com/tencent-light-of-motiram-shameless-horizon-series/
Capture timestamp (UTC): Thu, 12 Jun 2025 19:13:17 GMT



Image: CD Projekt RED via The Game Post

TRENDING

Destiny 2 Edge of Fate Artifact Perks Detailed
News | June 10, 2025

Dune Awakening Mentat Trainer Locations – Basic and Advanced
Guides News | June 10, 2025

All Destiny 2 Edge of Fate Exotic Weapons and Armor
News | June 10, 2025

Dune Awakening Swordmaster Trainer Locations – Basic and Advanced
Guides News | June 10, 2025

Dune Awakening: How To Get To The Deep Desert – Complete Guide
Guides News | June 11, 2025

**CD Projekt Red confirms The Witcher 4 (Project Polaris) has entered full-scale production, marking a major milestone in the game's development.**

CD Projekt Red has delivered an exciting update for fans eagerly waiting for **The Witcher** 4, officially codenamed Project Polaris. The upcoming game marks the first installment in a brand-new Witcher trilogy and is shaping up to be one of the studio's most ambitious projects yet.

NEWS EXCLUSIVES REVIEWS TIPS & GUIDES FEATURES ESPORTS LISTS

As of several weeks ago, "the Polaris team wrapped up preproduction and moved on to full-scale production – the most intensive phase of development," said Michał Nowakowski, Joint CEO of CD Projekt, as part of the latest quarterly earnings report.

**CD Projekt Red confirms The Witcher 4 (Project Polaris) has entered full-scale production, marking a major milestone in the game's development.**

CD Projekt Red has delivered an exciting update for fans eagerly waiting for **The Witcher** 4, officially codenamed Project Polaris. The upcoming game marks the first installment in a brand-new Witcher trilogy and is shaping up to be one of the studio's most ambitious projects yet.

As of several weeks ago, "the Polaris team wrapped up preproduction and moved on to full-scale production – the most intensive phase of development," said Michał Nowakowski, Joint CEO of CD Projekt, as part of the latest quarterly earnings report.



—— Image: CD Projekt RED

"Project Polaris – the first instalment in the new Witcher trilogy – has progressed to

"Project Polaris – the first instalment in the new Witcher trilogy – has progressed to full-scale production. I'm proud to confirm that several weeks ago the Polaris team wrapped up preproduction and moved on to full-scale production – the most intensive phase of development.

"We are very pleased with our progress on this project, and I wish to thank the team for its dedication."

Adding to the excitement, Game Director Sebastian Kalemba shared a heartfelt message on **X** (Twitter), along with an image of a coin from the Witcher universe. He wrote:

"I'm thrilled to announce that Project Polaris has entered the full-scale production phase! With new challenges just around the corner, it's the talented and hard-working people who make me believe we can together make the upcoming Witcher Saga a remarkable experience.

NEWS    EXCLUSIVES    REVIEWS    TIPS & GUIDES    FEATURES    ESPORTS    LISTS

"No stopping now! Stay tuned for what's on the other side of the coin!"





Share This Article

f Facebook    X    whatsapp    reddit    ✉    🔗

**NEWS**

# Destiny 2 Disables Warlock Exotic Behind Game-Breaking Glitch, But Titan Super Bug Will Stay Until December

By Zuhaad Ali · Published: November 26, 2024 · ⏱ Last updated: November 26, 2024

Share  f  X  whatsapp  reddit  ✉  🔗



Image: Bungie via The Game Post

**Bungie has disabled the Warlock exotic behind a game-breaking Destiny 2 glitch, but players still have time to use another Titan Super bug that won't be fixed until mid-December.**

### TRENDING



**Destiny 2 Edge of Fate Artifact Perks Detailed**
News · ⏱ June 10, 2025

**Dune Awakening Mentat Trainer Locations – Basic and Advanced**
Guides News · ⏱ June 10, 2025

**All Destiny 2 Edge of Fate Exotic Weapons and Armor**
News · ⏱ June 10, 2025

**Dune Awakening Swordmaster Trainer Locations – Basic and Advanced**
Guides News · ⏱ June 10, 2025

**Dune Awakening: How To Get To The Deep Desert – Complete Guide**
Guides News · ⏱ June 11, 2025

Virginia Privacy Notice

♡
28
⤴

• • •


47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.

GOOD COOKIE CHALLENGE

• • •

Yesterday, players found a **game-breaking glitch** that allowed them to delete raid and dungeon bosses in seconds. This glitch required a specific loadout involving the Warlock's Ballidorse Wrathweavers exotic arms, a Shadebinder Stasis Super, and support fire from Thunderlord and Ex Diris.

The combination of freeze effects, Arc damage, and exotic synergies caused chunks of boss' health to disappear.



• • •

⊕ **Related: Destiny 2 Expansions Are Heavily Discounted Up To 90% Off This Black Friday Sale**

Unsurprisingly, Bungie quickly stepped in to disable the Warlock exotic, effectively patching this glitch. However, there's still another bug causing chaos in the game, this time involving the Titan's Void Sentinel Shield Super.

  
47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S. get moving and help fund pediatric cancer research. GOOD COOKIE CHALLENGE

# Bungie Disables Warlock Exotic Following Stasis Super Glitch

**In response to the Warlock glitch, Bungie announced on its official <u>Bungie Help account</u> on X (Twitter) that it has disabled the Ballidorse Wrathweavers exotic arms until "a fix can be implemented."**

This means the glitch that relied on Ballidorse Wrathweavers is no longer usable. Here's what the developer said: "Due to an issue where more damage can be distributed than intended, the Warlock's Ballidorse Wrathweavers exotic has been disabled until a fix can be implemented. Updates will be provided when available."

• • •



—— Image: Bungie

While Bungie acted swiftly on the Warlock glitch, there's also another Super-related bug involving the Titan Sentinel Shield. This Void-based Super is currently dealing significantly more damage than intended, allowing Titans to melt bosses and tackle solo flawless dungeons with ease.


47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.



Although it's not as effective as the now-patched Warlock exploit, it's still powerful enough to easily take down raids and dungeon bosses. Bungie is aware of the issue and has given players a window to enjoy the bug before a fix arrives.

**Related: Destiny 2 Datamine Reveals New Look At Upcoming Slayer's Fang Exotic Shotgun**



—— Image: Bungie

Virginia Privacy Notice

On their **Destiny 2 Team** account on X, the developer stated:

"We're aware of an issue with Sentinel Shield's Super melee attack doing more damage than intended. We are working on a fix targeting mid-December."

"We plan to reduce

47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.
GOOD COOKIE CHALLENGE


"We're aware of an issue with Sentinel Shield's Super melee attack doing more damage than intended. **We are working on a fix, targeting mid-December.**

"We plan to reduce the current, unintended damage while still leaving it higher than it was pre-8.1.5. **In the meantime, we look forward to seeing your gameplay clips of bosses melting and solo flawless dungeons.**"

This mid-December patch is expected to go live with the launch of **The Dawning 2024 event**, which begins on **December 10, 2024**. With the fix still weeks away, players have time to experiment with this overpowered Titan Super.

What are your thoughts on this? Let us know in the comments below!

⊘ TAGGED:  **Bungie, Destiny 2**

**Share This Article**

⬛ Facebook    ✖    ⬤ WhatsApp    ⬤ reddit    ✉    🔗

NEWS

# Destiny 2 Players Discover New Solo Game-Breaking Glitch That Instantly Melts Bosses

By **Zuhaad Ali** | Published: November 26, 2024 | ⓘ Last updated: November 26, 2024

↗ Share    🇫    ✖    ⬤    reddit    ✉    🔗

♡
28
⬤




ⓘ ▷ⓧ
47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.
GOOD COOKIE CHALLENGE

⬛ **TRENDING**

**Destiny 2 Edge of Fate Artifact Perks Detailed**
News    ⓘ June 10, 2025

**Raw: Awakening Mentat Trainer Locations – Basic and Advanced**
Guides News    ⓘ June 10, 2025

⌃






Image: Bungie via The Game Post

Perks Detailed

News ⏐ ⏱ June 10, 2025

**Dune Awakening Mentat Trainer Locations – Basic and Advanced**

Guides News ⏐ ⏱ June 10, 2025

**All Destiny 2 Edge of Fate Exotic Weapons and Armor**

News ⏐ ⏱ June 10, 2025

**Dune Awakening Swordmaster Trainer Locations – Basic and Advanced**

Guides News ⏐ ⏱ June 10, 2025

**Dune Awakening: How To Get To The Deep Desert – Complete Guide**

Guides News ⏐ ⏱ June 11, 2025

**A new game-breaking glitch in Destiny 2 has been found that lets players melt raid and dungeon bosses in seconds.**

Destiny 2 players are no strangers to bugs and glitches. From the infamous Prometheus Lens "Laser Tag" weekend to the chaotic **Craftening incident**, and more recently, the controversial **perk-weighting situation**, the game has a history of bugs that create chaos (and fun) for players.

While these exploits are usually patched quickly, they often provide an exciting window of opportunity for players to wreak havoc before order is restored.





47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.
GOOD COOKIE CHALLENGE

emblem!



—— Image: NetEase Games via The Game Post



FUND PEDIATRIC CANCER RESEARCH WHILE WALKING YOUR DOG.

⊕ **Related: NetEase Issues Statement On AI-Generated Voicelines In Destiny: Rising Alpha**

## How To Get Destiny Rising Effulgence Emblem

**To earn the exclusive Effulgence emblem in Destiny Rising, you'll need to complete Chapter 5-1 of the campaign before the Alpha ends on December 5. After that, you need to link your email address within the game's "Effulgence Rewarded" event screen.**

You can find the official "Effulgence Rewarded" event rules below:

- After reaching Chapter 5-1 in the Closed Alpha Test, you will receive a redemption code for an exclusive Emblem in the Open Beta.

- The redemption code will be issued via email.

- Once you reach Chapter 5-1, please provide a valid email to receive your redemption code.

• • •

· · ·

**Update November 26, 2:50 AM:** This exploit no longer works as Bungie has disabled the **Ballidorse Wrathweavers Exotic Arms**. The developer shared an update on the official Bungie Help X (Twitter) **account**.

"Due to an issue where more damage can be distributed than intended, the Warlock's Ballidorse Wrathweavers exotic has been disabled until a fix can be implemented. Updates will be provided when available."

You can find this glitch in action below.



NEWS     EXCLUSIVES     REVIEWS     TIPS & GUIDES     FEATURES     ESPORTS     LISTS

· · ·

**Here's how it works:**

To make it work, Player 2 and Player 3 continuously spam their weapons—Thunderlord, or Anarchy, and Ex Diris—on the boss. Meanwhile, Player 1 spams their **Shadebinder Stasis Super**, freezing the boss repeatedly. This combination seems to cause an unusual interaction between the buffs, supers, and debuffs, making

**Arms**, the **Retinal Brun Artifact perk**, and the **Anarchy Exotic Grenade Launcher**.

Start by unloading a full magazine of Anarchy into the boss. Once that's done, activate your **Winter's Wrath Super** and repeatedly use its left–mouse–click attack to freeze and deal damage.



⊕ **Related: Bungie Apologizes For False Destiny 2 Bans, Unbans Affected Players**





—— Image: Bungie

If done correctly, you'll notice massive chunks of the boss's health bar disappearing in seconds. While the exact mechanics of the glitch remain unclear, the synergy between **Ballidorse Wrathweavers** and **Stasis freezing** appears to be essential for it to work.

As of now, Bungie has not commented on this exploit, but it's likely the developer is already investigating it. If you want to experience this wild glitch for yourself, now's the time—before it inevitably gets patched.



— Image: Bungie

If done correctly, you'll notice massive chunks of the boss's health bar disappearing in seconds. While the exact mechanics of the glitch remain unclear, the synergy between **Ballidorse Wrathweavers** and **Stasis freezing** appears to be essential for it to work.

• • •

NEWS    EXCLUSIVES    REVIEWS    TIPS & GUIDES    FEATURES    ESPORTS    LISTS

As of now, Bungie has not commented on this exploit, but it's likely the developer is already investigating it. If you want to experience this wild glitch for yourself, now's the time—before it inevitably gets patched.

In related news, Bungie has launched **significant discounts on all Destiny 2 expansions and DLCs as part of this year's Black Friday sale**. If you've been considering trying out the critically acclaimed The Final Shape expansion or starting your journey as a New Light, now is the perfect time to jump in.

What are your thoughts on this? Let us know in the comments below!

The previous anime, developed by Studio Trigger, not only won critical acclaim but also reignited interest in Cyberpunk 2077, contributing to record-breaking sales after its release in 2022.



—— Image: CD Projekt RED

What we do know came straight from CD Projekt Red's CFO, Piotr Nielubowicz, who **shared**: "I'm also very happy to announce that we're working on another animation project set in the Cyberpunk universe, which will be released on Netflix."

Netflix also teased a new Cyberpunk project back in September 2024. Alongside this announcement, Nielubowicz revealed some impressive milestones for the Cyberpunk franchise. Sales of Cyberpunk 2077 have officially surpassed thirty million copies, while its Phantom Liberty expansion has already hit eight million units sold.

"In less than four years since release we've already sold 30 million copies of Cyberpunk 2077, and as for Phantom Liberty – in just over a year it has sold over 8 million copies," said Nowakowski.

"These are impressive figures. I'm very happy to see a large, dedicated community coalesce around our Cyberpunk games."



NEWS    EXCLUSIVES    REVIEWS    TIPS & GUIDES    FEATURES    ESPORTS    LISTS

—— Image: Valve via The Game Post

**A new Half-Life 3 leak hints at linear gameplay, voxel-based destruction, advanced AI, and Steam Deck 2 compatibility.**

Half-Life fans have been waiting for years for the next major chapter in **Valve**'s legendary franchise. While Half-Life 2 continues to stand as one of the most influential games of all time, Valve recently celebrated its **20th anniversary** in style.

• • •

The celebration included a **special two-hour documentary** talking about the development of Half-Life 2, offering a behind-the-scenes look at how the revolutionary game was made. To top it off, Valve even made Half-Life 2 free to claim on Steam for a limited time.



—— Image: Valve





28

• • •

Now, some new details have been shared about the long-rumored Half-Life 3, which could be Valve's most ambitious project yet. Dubbed Half-Life X, the rumored game is claimed to be under active development at Valve, with several innovative features reportedly being worked on.

## Half-Life 3 Leaked Details

According to a **video** posted by a well-known content creator, **Tyler McVicker**, Half-Life 3 or Half-Life X will emphasize gameplay innovation over graphical leaps. **One of the most exciting features involves Valve's voxel-based destruction engine,** borrowing technology from Valve's canceled project "Arty," the game is likely to include advanced destruction mechanics

**Half-Life 3 will also reportedly feature linear level design with expansive areas, akin to Uncharted 4, focusing on storytelling and immersion rather than a fully open-world experience.**

Virginia Privacy Notice

• • •

AI improvements are another highlight, with claims of advanced behaviors like standoff mechanics and more realistic movement animations, making NPC interactions more dynamic. Additionally, the game is said to utilize "shared environments" to create seamless level transitions without the need for traditional loading screens.




47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.
GOOD COOKIE CHALLENGE

28



—— Image: Valve via The Game Post



"I don't think Half-Life 3 is an immersive sim at its core, but think it will have more game sim elements than seem prior, McVicker said in the video. "We do know that, that quest NPC system and procedural generation in certain side-level design is very much happening.

"And although some people misunderstood those factors to then guess that it was an open-world game–not the game–it's open-linear, more akin to Uncharted 4, and not at all like Fallout."

Finally, there's speculation that Half-Life 3 is being developed with the Steam Deck in mind, ensuring compatibility with the current system and possibly its rumored Steam Deck 2.

These details come from a speculative leak and datamined information and should be taken with a grain of salt. Whether or not Half-Life 3—or Half-Life X—sees the light of day, Valve fans can't help but hope this marks the return of one of gaming's greatest franchises.

28




47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.
GOOD COOKIE CHALLENGE

What are your thoughts on this? Let us know in the comments below!

———

⌖ TAGGED: **Valve**

⬈ **Share This Article**

Facebook    X    WhatsApp    Reddit    ✉    🔗

---

Virginia Privacy Notice

NEWS

# Destiny 2 Fans Criticize Revenant Act 2 For "Ridiculous Bugs" and "Forced" Narrative Decisions

Zuhaad Ali  ·  Published: November 22, 2024  ·  ⌚ Last updated: November 22, 2024

⬈ Share    f    X    🟢    ✉    🔗



❤    28    ⬈
Image: Bungie via The Game Post

**TRENDING**

**Destiny 2 Edge of Fate Artifact Perks Detailed**
News · ⌚ June 10, 2025

**Dune Awakening Mentat Trainer Locations – Basic and Advanced**
Guides News · ⌚ June 10, 2025

**All Destiny 2 Edge of Fate Exotic Weapons and Armor**
News · ⌚ June 10, 2025

**Dune Awakening Swordmaster Trainer Locations – Basic and Advanced**
Guides News · ⌚ June 10, 2025

**Dune Awakening: How To Get To The Deep Desert – Complete Guide**
Guides News · ⌚ June 11, 2025

Destiny 2 Episode
with bugs and qu



47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.    GOOD COOKIE CHALLENGE



—— Image: CD Projekt RED

While fans might be tempted to get new details on The Witcher 4's release date, CD Projekt Red has made it clear that we shouldn't expect any release date before 2025.

In the same **segment**, the Polish developer also confirmed that its critically acclaimed **Cyberpunk 2077** has **now sold 30 million copies since launch, with the Phantom Liberty expansion selling over 8 million copies**.

———

🏷️ TAGGED: **CD Projekt Red, Cyberpunk 2077, The Witcher**

⤴️ Share This Article



———

NEWS

# Destiny 2 Disables Warlock Exotic Behind Game-Breaking Glitch, But Titan Super Bug Will Stay Until December

By **Zuhaad Ali** | Published: November 26, 2024 | 🕓 Last updated: November 26, 2024

⤴️ Share

TRENDING

**Destiny 2 Edge of Fate Artifact Perks Detailed**

News   🕓 June 10, 2025

⊕ **Related: [Destiny 2 Expansions Are Heavily Discounted Up To 90% Off This Black Friday Sale](#)**

The act goes deeper into Eido's controversial decision to free Eramis, a decision that's been widely criticized by fans. Eramis, a recurring enemy with a long history of betrayal, is believed to be key in helping Guardians hurt Fikrul's plans. However, her release has left many fans questioning the narrative direction.

## Community Backlash Over Bugs and Story in Destiny 2 Episode Revenant

As players dived into the latest act, frustrations quickly bubbled to the surface, with DestinyTheGame subreddit threads filled with critical discussions. A **post** titled "This episode actually sucks" called out the act's technical issues, saying, "The amount of bugs [in] this episode is insane and for an unknown reason they removed Engram focus for a season with no crafting is absolutely crazy."

Others echoed similar sentiments, pointing out the broken mechanics and unpolished state of the game. One user **replied**, "I've been playing since Season 9 and this is the buggiest the game has ever been."

Another user **replied**, "The number of bugs this season is ridiculous and [Bungie] should rightly be called out when they happen."



RUN, WALK OR BIKE 47 MILES and fund pediatric cancer research! GOOD COOKIE CHALLENGE

Virginia Privacy Notice



* * *

⊕ **Related: Destiny 2 Expansions Are Heavily Discounted Up To 90% Off This Black Friday Sale**

Unsurprisingly, Bungie quickly stepped in to disable the Warlock exotic, effectively patching this glitch. However, there's still another bug causing chaos in the game, this time involving the Titan's Void Sentinel Shield Super.

## Bungie Disables Warlock Exotic Following Stasis Super Glitch

**In response to the Warlock glitch, Bungie announced on its official Bungie Help account on X (Twitter) that it has disabled the Ballidorse Wrathweavers exotic arms until "a fix can be implemented."**

This means the glitch that relied on Ballidorse Wrathweavers is no longer usable. Here's what the developer said: "Due to an issue where more damage can be distributed than intended, the Warlock's Ballidorse Wrathweavers exotic has been disabled until a fix can be implemented. Updates will be provided when available."

* * *

⊙ **Related: [Bungie Apologizes For False Destiny 2 Bans, Unbans Affected Players](#)**



—— Image: Bungie

Virginia Privacy Notice

On a more positive note, the new cinematic released at the end of Act 2 has received widespread praise for its unique style. As for what's next in Episode Revenant, **Act 3** is set to launch in January 2025, which is when fans can expect the conclusion to the episodic storyline.

What are your thoughts on Episode Revenant's story, activities, and gameplay? Let us know in the comments below!

28

⊙ TAGGED: **Bungie, Destiny 2**




**RUN, WALK OR BIKE 47 MILES** and fund pediatric cancer research!    GOOD COOKIE CHALLENGE



—— Image: Bungie

On a more positive note, the new cinematic released at the end of Act 2 has received widespread praise for its unique style. As for what's next in Episode Revenant, **Act 3** is set to launch in January 2025, which is when fans can expect the conclusion to the episodic storyline.

What are your thoughts on Episode Revenant's story, activities, and gameplay? Let us know in the comments below!

NEWS    EXCLUSIVES    REVIEWS    TIPS & GUIDES    FEATURES    ESPORTS    LISTS

🏷️ TAGGED:  **Bungie, Destiny 2**

📤 **Share This Article**

f Facebook        X        WhatsApp        reddit                Email        🔗



NEWS

# Destiny 2 Expansions Are Heavily Discounted Up To 90% Off This Black Friday Sale, Don't Miss Out

By **Zuhaad Ali**  |  Published: November 22, 2024  |  Last updated: November 22, 2024

Share    f    X    WhatsApp    reddit    ✉    🔗

■ **TRENDING**

**Destiny 2 Edge of Fate Artifact**

And now, these discounted expansions give players a chance to experience the saga at a fraction of the cost. Over the lifespan of Destiny 2, the game has received a total of six annual expansions (excluding Curse of Osiris and Warmind). These are Forsaken, Shadowkeep, Beyond Light, The Witch Queen, Lightfall, and The Final Shape.



—— Image: Bungie via The Game Post

⊕ **Related: Destiny 2 Datamine Reveals New Look At Upcoming Slayer's Fang Exotic Shotgun**

In this article, we will discuss all the discounts Destiny 2 expansions and DLCs are getting during the Black Friday 2024 sale.

## Black Friday 2024 Deals: Massive Savings on Destiny 2 Expansions

This year's Black Friday sale offers jaw-dropping deals for Destiny 2 expansions on the PlayStation and Xbox storefronts, including the PC version through the Xbox store. Here's a breakdown:

**PlayStation Store: (Offer ends December 3, 2024)**

- **Forsaken Pack: $1.99**, was $19.99 (90% off)
- **Shadowkeep Pack: $1.99**, was $19.99 (90% off)
- **Beyond Light Pack: $1.99**, was $19.99 (90% off)
- **Bungie 30th Anniversary Pack: $2.49**, was $24.99 (90% off)
- **The Witch Queen: $2.99**, was $29.99 (90% off)
- Lightfall: $2.99, ...
- The Final Shape: ...

  
47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.
GOOD COOKIE CHALLENGE

Virginia Privacy Notice

♡
28

**A new game-breaking glitch in Destiny 2 has been found that lets players melt raid and dungeon bosses in seconds.**

Destiny 2 players are no strangers to bugs and glitches. From the infamous Prometheus Lens "Laser Tag" weekend to the chaotic **Craftening incident**, and more recently, the controversial **perk-weighting situation**, the game has a history of bugs that create chaos (and fun) for players.

· · ·

While these exploits are usually patched quickly, they often provide an exciting window of opportunity for players to wreak havoc before order is restored.



—— Image: Bungie

⊕ Related: **Destiny 2 Datamine Reveals New Look At Upcoming Slayer's Fang Exotic Shotgun**

Now, a new glitch has surfaced, and it might just be one of the most broken ones yet.

Document title: Stalker 2: Heart of Chornobyl Review Roundup
Capture URL: https://thegamepost.com/tencent-light-of-motiram-shameless-horizon-series/
Capture timestamp (UTC): Thu, 12 Jun 2025 19:13:17 GMT

⊕ **Related: Destiny 2 Datamine Reveals New Look At Upcoming Slayer's Fang Exotic Shotgun**

Now, a new glitch has surfaced, and it might just be one of the most broken ones yet. This exploit allows players to melt raid and dungeon bosses almost instantly. If you thought the recent Sentinel Titan super was broken after the launch of **Revenant Act 2**, wait until you hear about this one.

## Destiny 2 Warlock Stasis Super Glitch

Destiny 2 players have discovered a new glitch with Warlock's **Winter's Wrath Stasis Super** in combination with the **Ballidorse Wrathweavers Exotic Arms**. While the exact mechanics of this glitch remain unclear, here's what we've tested, and it works:

- **Player 1**: Shadebinder Winter's Wrath Stasis Warlock with **Ballidorse Wrathweavers Exotic Arms** and the **Retinal Brun** Artifact perk.
  - **Ballidorse Wrathweavers' exotic perk: Hearts of Ice** – Targets frozen by your Winter's Wrath Super take increased Shatter damage. Allies in range of your Winter's Wrath shockwave and Frostpulse gain Frost Armor and deal increased damage with Stasis weapons. Granting these buffs to allies grants you Super energy.
- **Player 2**: **Thunderlord Exotic Heavy Machine Gun** with its **catalyst**, or **Anarchy Exotic Grenade Launcher**.
- **Player 3**: **Ex Diris Exotic Grenade Launcher**.

• • •

**Update November 26, 2:50 AM:** This exploit no longer works as Bungie has disabled the **Ballidorse Wrathweavers Exotic Arms**. The developer shared an update on the official Bungie Help X (Twitter) **account**.

"Due to an issue where more damage can be distributed than intended, the Warlock's Ballidorse Wrathweavers exotic has been disabled until a fix can be implemented. Updates will be provided when available."

You can find this glitch in action below.

Warlock's Balladrole Wrathweaver's exotic has been disabled until a fix can be
implemented. Updates will be provided when available."

You can find this glitch in action below.

• • •

**Here's how it works:**

To make it work, Player 2 and Player 3 continuously spam their weapons—
Thunderlord, or Anarchy, and Ex Diris—on the boss. Meanwhile, Player 1 spams their
**Shadebinder Stasis Super**, freezing the boss repeatedly. This combination seems
to cause an unusual interaction between the buffs, supers, and debuffs, making
chunks of boss' health disappear.

• • •

You can find more video clips of this exploit in action below.

> mysterious new DPS strategy **pic.twitter.com/UTwlzjrPhG**
> — Llama (@LlamaOnD2) **November 25, 2024**

NEWS   EXCLUSIVES   REVIEWS   TIPS & GUIDES   FEATURES   ESPORTS   LISTS

By Zuhaad Ali | Published: November 21, 2024 | Last updated: November 21, 2024




Image: Gamescom | Geoff Keighley

TRENDING



**Destiny 2 Edge of Fate Artifact Perks Detailed**
News | June 10, 2025

**Dune Awakening Mentat Trainer Locations – Basic and Advanced**
Guides News | June 10, 2025

**All Destiny 2 Edge of Fate Exotic Weapons and Armor**
News | June 10, 2025

**Dune Awakening Swordmaster Trainer Locations – Basic and Advanced**
Guides News | June 10, 2025

**Dune Awakening: How To Get To The Deep Desert – Complete Guide**
Guides News | June 11, 2025

**Geoff Keighley's Opening Night Live 2025 is reportedly increasing ad slot prices, with top-tier slots costing nearly $500,000, according to a new report.**

Opening Night Live (ONL), **Geoff Keighley**'s flagship event for **Gamescom**, is set to return on **August 19, 2025**, kicking off one of the largest gaming conventions. The showcase has become a must-watch for gamers globally, with its 2024 edition attracting over 40 million video views—double that of 2023.

Virginia Privacy Notice

• • •

This remarkable growth not only highlights ONL's prominence but also the increasing demand for ad space during the event. A new report from German outlet **GamesWirtschaft** claims that ONL's 2025 ad slot prices are seeing a significant increase.


47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.
GOOD COOKIE CHALLENGE

If done correctly, you'll notice massive chunks of the boss's health bar disappearing in seconds. While the exact mechanics of the glitch remain unclear, the synergy between **Ballidorse Wrathweavers** and **Stasis freezing** appears to be essential for it to work.

· · ·

As of now, Bungie has not commented on this exploit, but it's likely the developer is already investigating it. If you want to experience this wild glitch for yourself, now's the time—before it inevitably gets patched.

In related news, Bungie has launched **significant discounts on all Destiny 2 expansions and DLCs as part of this year's Black Friday sale**. If you've been considering trying out the critically acclaimed The Final Shape expansion or starting your journey as a New Light, now is the perfect time to jump in.

What are your thoughts on this? Let us know in the comments below!

———

🏷 TAGGED: **Bungie, Destiny 2**

---

⬆ **Share This Article**

     f Facebook     X     WhatsApp     Reddit     ✉     🔗

---

**NEWS**

- **150 seconds:** €400,000 / around $419,400 USD
- **180 seconds:** €465,000 / around $487,600 USD



—— Image: Geoff Keighley

While these figures reflect ONL's expanding reach, it's worth noting that this report hasn't been officially confirmed by Gamescom or Keighley's team. However, if accurate, it underscores ONL's growth in the gaming space. For now, take this info with a pinch of salt.

What are your thoughts on these new prices for ONL 2025? Let us know in the comments below!



47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S. get moving and help fund pediatric cancer research.

GOOD COOKIE CHALLENGE

Share This Article



—— Image: Geoff Keighley

• • •

While these figures reflect ONL's expanding reach, it's worth noting that this report hasn't been officially confirmed by Gamescom or Keighley's team. However, if accurate, it underscores ONL's growth in the gaming space. For now, take this info with a pinch of salt.

What are your thoughts on these new prices for ONL 2025? Let us know in the comments below!

⤴ **Share This Article**        f Facebook    𝕏    ⬤ WhatsApp    ⬤ reddit        ✉ Email    🔗

---

`NEWS`

# Destiny 2 Datamine Reveals New Look At Upcoming Slayer's Fang Exotic Shotgun

By **Zuhaad Ali**  ·  Published: November 21, 2024  ·  ⏱ Last updated: November 21, 2024    ⤴ Share  f  𝕏  ⬤  ⬤  ✉  🔗

■ **TRENDING**

**Destiny 2 Edge of Fate Artifact**

Bungie has been building excitement around Slayer's Fang, an upcoming craftable Void Exotic shotgun revealed during the recent **Destiny 2 Episode Revenant Act 2 developer livestream**. Set to debut in Revenant Act 3, players will be able to unlock this exotic weapon from the new "Kell's Fall" exotic mission.

In the livestream, Bungie showcased the Slayer's Fang's gameplay, giving players a glimpse of the weapon's exotic perks. And now, with the release of Revenant Act 2, it seems we have some more details on this upcoming exotic shotgun in Destiny 2.



—— Image: Bungie via The Game Post

Virginia Privacy Notice

• • •

⊕ Related: **After Superblack, Destiny 2 Seems To Be Bringing Back Another Fan-Favorite Shader From Destiny 1**

## Destiny 2 Slayer's Fang Exotic Shotgun Leak

Following the launch of Revenant Act 2, dataminers **found** two new images of Slayer's Fang. The exclusive ornament


47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.
GOOD COOKIE CHALLENGE

Following the launch of Revenant Act 2, dataminers **found** two new images of Slayer's Fang. **The first image shows the weapon's base model, as well as a new exclusive ornament that will be available through the Eververse store.**

**The second image showcases a Bungie Rewards collectible—an "Exotic Armory Collection" display for Slayer's Fang.** This reward will likely be tied to completing the Kell's Fall mission and acquiring the weapon itself, with players able to purchase it from the Bungie Store to commemorate their in-game achievement.

You can check out these two images below.

• • •


Image: Bungie via The Game Post / Destiny Bulletin


Image: Bungie via The Game Post / Destiny Bulletin

## Destiny 2 Slayer's Fang Exotic Weapon Perks

Slayer's Fang is a Void shotgun that has two unique perks called **"Nightsworn Sight"** and **"Heart Piercer."** You can check out the detailed breakdown of these two perks below.


47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S. get moving and help fund pediatric cancer research.

GOOD COOKIE CHALLENGE




**NEWS**

# Destiny 2 Fans Criticize Revenant Act 2 For "Ridiculous Bugs" and "Forced" Narrative Decisions

By **Zuhaad Ali** | Published: November 22, 2024 | ⓘ Last updated: November 22, 2024

↗ Share  f  X  ⬤  ⬤  ✉  🔗




— Image: Bungie via The Game Post

🟧 **TRENDING**

**Destiny 2 Edge of Fate Artifact Perks Detailed**
News | ⓘ June 10, 2025

**Dune Awakening Mentat Trainer Locations – Basic and Advanced**
Guides News | ⓘ June 10, 2025

**All Destiny 2 Edge of Fate Exotic Weapons and Armor**
News | ⓘ June 10, 2025

**Dune Awakening Swordmaster Trainer Locations – Basic and Advanced**
Guides News | ⓘ June 10, 2025

**Dune Awakening: How To Get To The Deep Desert – Complete Guide**
Guides News | ⓘ June 11, 2025

**Destiny 2 Episode Revenant Act 2 is out, and it has left many players frustrated with bugs and questionable story choices.**

This Tuesday, November 19, 2024, Bungie released **Episode Revenant Act 2**, continuing the storyline of Fikrul, the Fanatic, and other Eliksni houses. With this Act, Bungie released a new activity in the game called "**Tomb of Elders**".

For Destiny 1 veterans, yes, this is inspired by the original Prison of Elders from the House of Wolves expansion. ***This article contains spoilers for the Episode Revenant Act 2***

For Destiny 1 veterans, yes, this is inspired by the original Prison of Elders from the House of Wolves expansion. ***This article contains spoilers for the Episode Revenant Act 2.***



—— Image: Bungie

⊕ **Related: <u>Destiny 2 Expansions Are Heavily Discounted Up To 90% Off This Black Friday Sale</u>**

The act goes deeper into Eido's controversial decision to free Eramis, a decision that's been widely criticized by fans. Eramis, a recurring enemy with a long history of betrayal, is believed to be key in helping Guardians hurt Fikrul's plans. However, her release has left many fans questioning the narrative direction.

## Community Backlash Over Bugs and Story in Destiny 2 Episode Revenant

As players dived into the latest act, frustrations quickly bubbled to the surface, with DestinyTheGame subreddit threads filled with critical discussions. A **post** titled "This episode actually sucks" called out the act's technical issues, saying, "The amount of bugs [in] this episode is insane and for an unknown reason they removed Engram focus for a season with no crafting is absolutely crazy."

As players dived into the latest act, frustrations quickly bubbled to the surface, with DestinyTheGame subreddit threads filled with critical discussions. A **post** titled "This episode actually sucks" called out the act's technical issues, saying, "The amount of bugs [in] this episode is insane and for an unknown reason they removed Engram focus for a season with no crafting is absolutely crazy."

Others echoed similar sentiments, pointing out the broken mechanics and unpolished state of the game. One user **replied**, "I've been playing since Season 9 and this is the buggiest the game has ever been."

Another user **replied**, "The number of bugs this season is ridiculous and [Bungie] should rightly be called out when they happen."



—— Image: Bungie

• • •

On the narrative side, fans were equally frustrated. In a **thread** titled "Did they just decide to make Fido... stupid?" one user criticized the story, saying, "What is more

On the narrative side, fans were equally frustrated. In a **thread** titled "Did they just decide to make Eido… stupid?", one user criticized the story, saying, "What is more frustrating is that the story 'forces the player' to go along with Eido's plan."

"I do not agree with freeing a mass murderer," the Reddit user said. "I do not agree that 'Eramis is our only hope'. The player character kills evil gods for breakfast. They do not need Eramis."

Even Destiny 2 lore expert **My Name Is Byf** weighed in on the Act 2 storyline, calling Eido's decision to release Eramis from prison "kind of ridiculous."

Byf elaborated, "This is Eido choosing to release someone who has actively threatened both her house and her father, and she's releasing them with the hopes that Eramis can assist them in hunting down Fikrul and helping her find a tonic that will cure her father. There's naivety and then there's just this."

He further expressed his frustration, saying, "It's moments like this that make me wish we could make decisions and have an impact on Destiny's narrative as the actual Guardian at the center of the plot." You can watch the full YouTube video **here**.

⊙ **Related: Bungie Apologizes For False Destiny 2 Bans, Unbans Affected Players**



---

Document title: Stalker 2: Heart of Chornobyl Review Roundup
Capture URL: https://thegamepost.com/tencent-light-of-motiram-shameless-horizon-series/
Capture timestamp (UTC): Thu, 12 Jun 2025 19:13:17 GMT

some data being sent from the game to our detection tools that resulted in a small number of false positive bans, said Bungie in a post on X. "We have unbanned the players affected and issued a change to prevent further false positives.

"We apologize to anyone who was hit by this issue. We take game security seriously and are determined to detect and remove cheaters while safeguarding against false positives, but we will be transparent and work quickly to issue fixes when we identify them."

> We have investigated several ban appeals and determined there was an issue with some data being sent from the game to our detection tools that resulted in a small number of false positive bans. We have unbanned the players affected and issued a change to prevent further false…
>
> — Destiny 2 Team (@Destiny2Team) **November 21, 2024**

Virginia Privacy Notice



—— Image: Bungie

  
47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.
GOOD COOKIE CHALLENGE

• • •

Content creator **TheAegisRelic** also confirmed the news that he has now been unbanned in Destiny 2. "No official statement yet but thankfully my ban has been removed! Thanks to all of you for your support and kind words during this time," Aegis said in a post on **X**.

"While I'm grateful to be back on the game, I would really appreciate some clarification on whether or not Destiny Damage Tracker is allowed under Bungie ToS, as it is an overlay. It doesn't attach to the game or modify memory/files, but I'd like to be safe."



**@Destiny2Team @A_dmg04** While I'm grateful to be back on the game, I would really appreciate some clarification on whether or not Destiny Damage Tracker is allowed under Bungie ToS, as it is an overlay. It doesn't attach to the game or modify memory/files, but I'd like to be safe.
— TheAegisRelic (@TheAegisRelic) **November 21, 2024**

In other Destiny 2 news, Bungie seems to be bringing back another fan-favorite Chatterwhite shader soon. **Here's everything we know about it**.

What are your thoughts on this? Let us know in the comments below!




Virginia Privacy Notice





Document title: Stalker 2: Heart of Chornobyl Review Roundup
Capture URL: https://thegamepost.com/tencent-light-of-motiram-shameless-horizon-series/
Capture timestamp (UTC): Thu, 12 Jun 2025 19:13:17 GMT


FUND PEDIATRIC CANCER RESEARCH

⊘ TAGGED: **Bungie, Destiny 2**

⤴ **Share This Article**

f Facebook    X    ⓦ    ⓡ    ✉    🔗

---

NEWS

# Take Advantage Of This New Destiny 2 Glitch That Turns Hunter's Super Into Boss Melting Machine

By **Zuhaad Ali** | Published: November 20, 2024 | ⏱ Last updated: November 20, 2024

⤴ Share  f  X  ⓦ  ⓡ  ✉  🔗





Image: Bungie via The Game Post

**A new Destiny 2 glitch makes Hunter's Golden Gun a boss-melting machine with Super regeneration in seconds!**

If you've been keeping up with Destiny 2, you probably know that **Episode Revenant Act 2** launched this week on Tuesday, November 19, 2024. This latest update added new content, includ...

But what really tur...

## TRENDING



**Destiny 2 Edge of Fate Artifact Perks Detailed**

News | ⏱ June 10, 2025

**Dune Awakening Mentat Trainer Locations – Basic and Advanced**

Guides News | ⏱ June 10, 2025

**All Destiny 2 Edge of Fate Exotic Weapons and Armor**

News | ⏱ June 10, 2025

**Dune Awakening Swordmaster Trainer Locations – Basic and Advanced**

Guides News | ⏱ June 10, 2025

**Dune Awakening: How To Get To The Deep Desert – Complete Guide**

Guides News | ⏱ June 11, 2025

Virginia Privacy Notice

28

---

—— Image: Sony | Bungie via The Game Post

## Xbox Store/PC: (Offer ends December 3, 2024)

- **Forsaken Pack: $1.99**, was $19.99 (90% off)
- **Shadowkeep Pack: $1.99**, was $19.99 (90% off)
- **Beyond Light Pack: $1.99**, was $19.99 (90% off)
- **Bungie 30th Anniversary Pack: $2.49**, was $24.99 (90% off)
- **The Witch Queen: $2.99**, was $29.99 (90% off)
- **Lightfall: $2.99**, was $29.99 (90% off)
- **The Final Shape: $24.99**, was $49.99 (50% off)
- **Final Shape + Annual Pass: $49.99**, was $99.99 (50% off)
- **Legacy Collection (2024): $10.49**, was $69.99 (85% off)
- **The Light and Darkness Collection: $52.49**, was $149.99 (65% off)



—— Image: Microsoft | Bungie via The Game Post

⊕ **Related: Bungie Apologizes For False Destiny 2 Bans, Unbans Affected Players**

**What about Steam? While Steam hasn't kicked off its Autumn Sale yet (starting next week, Wednesday, November 27, 2024)**, PC players can still snag these discounts via the Xbox store. All expansions are playable on Windows PCs through this storefront, making it a great alternative for those who can't wait for next week.

**The Light and Darkness Collection is now at its lowest price ever**, making this Black Friday sale a golden opportunity for Destiny 2 players looking to get all major expansions in one bundle.

This synergy allows you to get your Super back multiple times in a boss single damage phase. For example, in the new **Vesper's Host** dungeon—where **double loot is active until December 3rd**—you can use this setup to one-phase the Corrupted Puppeteer boss with ease.



—— Image: Bungie via The Game Post

⊕ **Related: Destiny 2 Leak Reveals New Look At Dawning 2024 Armor, Event Card, And Other Cosmetics**

**Setup:**

While the setup is fairly simple, if you're aiming to squeeze every ounce of power out of this glitch, here's exactly what you'll need:

NEWS    EXCLUSIVES    REVIEWS    TIPS & GUIDES    FEATURES    ESPORTS    LISTS

(VS Velocity Baton or any Grenade Launcher with Cascade Point).

- ○ **Mods**:
  - **Font of Wisdom:** Increases Intellect when you have Armor Charge.
  - **Triple Kinetic Surge:** Boosts Outbreak Perfected's damage.
  - **Kinetic Siphon:** Generates orbs of power for faster Super regeneration.
  - **Time Dilation:** Extends the duration of Armor Charge.
- ○ **Armor**: Use C**elestial Nighthawk** for boosted Golden Gun damage.
- ○ **Subclass**: Run **Prismatic Hunter** with **Transcendence** for extra weapon damage.

You can watch this glitch in action in the video below!





Bungie hasn't patched this glitch yet, so take advantage of it while you can. In other Destiny 2 news, Bungie is giving out **free god roll weapons** as an apology for the perk weighting glitch that players discovered.

What are your thoughts on this? Let us know in the comments below!

• • •

Virginia Privacy Notice

🏷 TAGGED:  **Bungie, Destiny 2**

↗ **Share This Article**

f Facebook          X          ⓦ          ⓡ                  ✉          🔗



Fortnite And Rocket League Getting Cyberpunk


RUN, WALK OR BIKE 47 MILES
and fund pediatric cancer research!
GOOD COOKIE CHALLENGE

2077 Co...

NEWS    EXCLUSIVES    REVIEWS    TIPS & GUIDES    FEATURES    ESPORTS    LISTS

# Fortnite And Rocket League Getting Cyberpunk 2077 Collaboration, It's Claimed

By **Zuhaad Ali** | Published: November 20, 2024 | Last updated: November 20, 2024

Share 




Image: Epic Games | CD Projekt Red

**TRENDING**

**Destiny 2 Edge of Fate Artifact Perks Detailed**
News · June 10, 2025

**Dune Awakening Mentat Trainer Locations – Basic and Advanced**
Guides News · June 10, 2025

**All Destiny 2 Edge of Fate Exotic Weapons and Armor**
News · June 10, 2025

**Dune Awakening Swordmaster Trainer Locations – Basic and Advanced**
Guides News · June 10, 2025

**Dune Awakening: How To Get To The Deep Desert – Complete Guide**
Guides News · June 11, 2025

**Fortnite and Rocket League might be getting a Cyberpunk 2077 crossover, according to a reliable insider.**

Epic Games' Fortnite has become famous for its impressive crossovers with major franchises, blending universes in a way no other game has done. From teaming up with Marvel's superheroes to adding **Destiny 2 characters** and even Star Wars lightsabers, the game has continuously surprised its fans.

· · ·

Rocket League, with its fast-paced soccer-meets-cars gameplay, has also dabbled in collaborations, including tie-ins with other Epic Games titles and pop culture events.


RUN, WALK OR BIKE 47 MILES
and fund pediatric cancer research!
GOOD COOKIE CHALLENGE


Virginia Privacy Notice

28

events.



—— Image: CD Projekt Red

• • •

Virginia Privacy Notice

⊕ **Related:** **Fortnite OG Is Back for Good, Epic Games Confirms Permanent Return Next Month**

On the other hand, **Cyberpunk 2077** is a sci-fi RPG from CD Projekt Red that made waves with its massive open world and Keanu Reeves' unforgettable portrayal of Johnny Silverhand. While the game had a rocky launch, updates, and the recent Phantom Liberty expansion have restored its reputation.

And now, after a ton of waiting, it looks like we might finally see Cyberpunk 2077–themed items in Fortnite and Rocket League.

## Fortnite, Rocket League x Cyberpunk 2077 Crossover Leaked

According to a credible insider known as **SamLeakss** on X (Twitter), **Fortnite and Rocket League could soon feature a Cyberpunk 2077 collaboration**. The insider, who has a history of accurately leaking Fortnite and Rocket League updates, claimed that both games will have a crossover event tied to the Cyberpunk universe.



47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.

who has a history of accurately leaking Fortnite and Rocket League updates, claimed that both games will have a crossover event tied to the Cyberpunk universe.

• • •

INSIDER: FORTNITE AND ROCKET LEAGUE X CYBERPUNK COMING SOON !!
pic.twitter.com/7igFmWvNJC
— Sam (@SamLeakss) November 20, 2024

This leak surfaced shortly after **Rocket League** teased a Cyberpunk collaboration on **its official social channels**. However, there's no official confirmation yet, so it's best to take this rumor with a grain of salt.

No details about the release date, in-game items, or event specifics have been revealed. Fans are hopeful for a futuristic twist to their favorite games, but until Epic Games or CD Projekt Red speaks up, the speculation continues.

⊕ Related: **Live Service Games Not Just About Creating Ten Fortnites or Destinys, Says PlayStation Studios Head**


Image: Epic Games


47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.

GOOD COOKIE CHALLENGE

Document title: Stalker 2: Heart of Chornobyl Review Roundup
Capture URL: https://thegamepost.com/tencent-light-of-motiram-shameless-horizon-series/
Capture timestamp (UTC): Thu, 12 Jun 2025 19:13:17 GMT

What are your thoughts on this potential crossover with Cyberpunk 2077? Let us know in the comments below!

———

🏷 TAGGED: **CD Projekt Red, Cyberpunk 2077, Epic Games, Fortnite**

---

⬆ Share This Article

| f Facebook | X | whatsapp | reddit | | ✉ | 🔗 |

---

Virginia Privacy Notice

`NEWS`

# Stalker 2: Heart of Chornobyl Review Roundup

Zuhaad Ali  |  Published: November 20, 2024  |  ⟳ Last updated: November 20, 2024

⬆ Share  f  X  whatsapp  reddit  ✉  🔗



❤

28

⬆

Image: GSC Game World via The Game Post

🟧 **TRENDING**

**Destiny 2 Edge of Fate Artifact Perks Detailed**

News  |  ⟳ June 10, 2025

**Dune Awakening Mentat Trainer Locations – Basic and Advanced**

Guides News  |  ⟳ June 10, 2025

**All Destiny 2 Edge of Fate Exotic Weapons and Armor**

News  |  ⟳ June 10, 2025

**Dune Awakening Swordmaster Trainer Locations – Basic and Advanced**

Guides News  |  ⟳ June 10, 2025

**Dune Awakening: How To Get To The Deep Desert – Complete Guide**

Guides News  |  ⟳ June 11, 2025

⬆

A detailed review
critics think abo

47 MILES FOR THE 47 KIDS DIAGNOSED WITH CANCER EVERY DAY IN THE U.S.
get moving and help fund pediatric cancer research.

GOOD COOKIE CHALLENGE

NEWS   EXCLUSIVES   REVIEWS   TIPS & GUIDES   FEATURES   ESPORTS   LISTS

Guides  News    ⏱ June 11, 2025

—— Image: GSC Game World via The Game Post

**A detailed review roundup for Stalker 2: Heart of Chornobyl, showcasing what critics think about GSC Game World's long-awaited survival horror sequel.**

After years of anticipation, **Stalker 2: Heart of Chornobyl** is finally here. Developed by **GSC Game World** and released on November 20, 2024, the game plunges players back into the eerie, dangerous Zone around the Chornobyl Exclusion Zone.

• • •

Known for its atmospheric survival horror and immersive storytelling, this sequel has faced a turbulent development cycle, including delays. But now that it's out, how does it hold up? Critics are weighing in, and the consensus highlights both its triumphs and shortcomings.



—— Image: GSC Game World



Virginia Privacy Notice




RUN, WALK OR BIKE 47 MILES
and fund pediatric cancer research!
GOOD COOKIE CHALLENGE

Document title: Stalker 2: Heart of Chornobyl Review Roundup
Capture URL: https://thegamepost.com/tencent-light-of-motiram-shameless-horizon-series/
Capture timestamp (UTC): Thu, 12 Jun 2025 19:13:17 GMT

· · ·

Early reviews for Stalker 2 highlight its gripping atmosphere, detailed world-building, and intense survival gameplay that stays true to the series' roots. **However, with a Metacritic score of 76 and an OpenCritic score of 77 at the time of writing, opinions are divided.**

While many praise the immersive environment, critics have pointed out issues like technical bugs, inconsistent AI behavior, and performance issues.

## Stalker 2 Reviews: What Critics Are Saying

Here's a complete list of the latest Stalker 2: Heart of Chornobyl reviews from major gaming outlets.

### Hardcore Gamer (5/5)

*"Stalker 2 is nothing short of a miracle. Developed by Ukrainian studio GSC Game World over the course of seven years amid a pandemic and a war — among many other challenges — Stalker 2 is a labor of love and the best type of sequel one could hope for. While many long-running franchises have strayed from their roots in an (often misguided) attempt to appeal to as many players as possible, Stalker 2 knows its core audience well and delivers exactly the type of game we were hoping for."*

· · ·

### VGC (2/5)

*"Stalker 2 could be a great game in a few years, but what's presented at launch is a technical mess that doesn't capitalise on its best ideas. Compelling side stories and a brilliant setting do a lot of the heavy lifting, but at launch Stalker 2 isn't an adventure we'd fully recommend embarking on."*

### Dexerto (3/5)

*"Sure, it's not perfe...*


RUN, WALK OR BIKE 47 MILES
and fund pediatric cancer research!
GOOD COOKIE CHALLENGE

Virginia Privacy Notice

28



**XboxEra (8.4/10)**

*"After a tumultuous dev cycle, S.T.A.L.K.E.R. 2 shines despite some rough edges."*

### GameSpot (8/10)

*"Stalker 2: Heart of Chornobyl is rough around the edges, but its propensity for creating emergent moments in a deadly and alluring world makes this trip back to the Zone a fraught and compelling experience"*

· · ·


**RUN, WALK OR BIKE 47 MILES**
and fund pediatric cancer research!

### DualShockers (7/10)

*"As it stands now, STALKER 2 is fun and has a lot of potential, but it would be unfair to call it good. You can easily sink 100 hours into it without noticing, especially if you have a deep love for previous iterations. However, the performance issues, overall inconsistency in many areas, and clumsy presentation will hold this game back until a major overhaul comes."*

### GamesRadar+ (60/100)

*"For fans of hardcore shooters or punishing post-apocalypse games, Stalker 2: Heart of Chornobyl is truly incomparable. Unfortunately, due to a litany of bugs, it's the greatest game you shouldn't play right now. Give it some time, and this will be one of the best survival experiences you'll ever play – but until then, only the series' biggest fans should take the plunge."*

### Windows Central (4/5)

*"STALKER 2: Heart of Chornobyl stands tall as one of the most captivating open-world shooters I've ever played, with a palpable atmosphere and deeply rewarding exploration that kept me glued to my seat along with addictively intense and dynamic action that kept me on the edge of it. Some major issues with certain mutant encounters and noteworthy bugs and performance snags take away from the experience, but even so, The Zone will engross you with its haunting wonders. There's truly nothing else like it."*


**RUN, WALK OR BIKE 47 MILES**
and fund pediatric cancer research!



NEWS   EXCLUSIVES   REVIEWS   TIPS & GUIDES   FEATURES   ESPORTS   LISTS

### Game Rant (9/10)

*"Overall, Stalker 2: Heart of Chornobyl is truly something special. It's not perfect, but it manages to succeed in some major areas that many other games fall short in. Its open world is one of the best I've been in for quite some time, but its morally gray choice-driven narrative is also something worth writing home about, with the immense amount of player power it offers."*

### Press Start (6.5/10)

*"S.T.A.L.K.E.R. 2: Heart of Chornobyl is an achievement for so many reasons. As well as being the little game that could, given the team's real-world challenges, the game doubles down on the S.T.A.L.K.E.R. way, delivering a sublimely realised sense of place with the Zone. Unfortunately, so much of the console experience is rendered so disappointingly undercooked."*

Virginia Privacy Notice



Image: GSC Game World   Image: GSC Game World   Image: GSC Game World

RUN, WALK OR BIKE 47 MILES
and fund pediatric cancer research!
GOOD COOKIE CHALLENGE

**Press Start (6.5/10)**

*"S.T.A.L.K.E.R. 2: Heart of Chornobyl is an achievement for so many reasons. As well as being the little game that could, given the team's real-world challenges, the game doubles down on the S.T.A.L.K.E.R. way, delivering a sublimely realised sense of place with the Zone. Unfortunately, so much of the console experience is rendered so disappointingly undercooked."*

• • •



Image: GSC Game World    Image: GSC Game World    Image: GSC Game World

NEWS    EXCLUSIVES    REVIEWS    TIPS & GUIDES    FEATURES    ESPORTS    LISTS



Image: GSC Game World

What are your thoughts on Stalker 2? Let us know in the comments below!



RUN, WALK OR BIKE 47 MILES
and fund pediatric cancer research!

Stalker 2: Heart of Chornobyl goes live later today on Xbox and PC.

Document title: Stalker 2: Heart of Chornobyl Review Roundup
Capture URL: https://thegamepost.com/tencent-light-of-motiram-shameless-horizon-series/
Capture timestamp (UTC): Thu, 12 Jun 2025 19:13:17 GMT