# Exhibit 7.A



| | |
|---|---|
| Document title: | Welcome to LIGHT OF MOTIRAM on Steam :: LIGHT OF MOTIRAM Events & Announcements |
| Capture URL: | https://steamcommunity.com/app/3319630/eventcomments/4625855423768041356?snr=2_9_100003_ |
| Page loaded at (UTC): | Thu, 12 Jun 2025 18:54:44 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 18:54:45 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | sDB2YZP8o5VpfP7BQwqgy5 |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    kMQVeTWBuzwbt7nCq1RnxT



**Exclusive** ▾ Nov 29, 2024 @ 10:04am

Not only does it look like a copy of the horizon games, but you had the cheek to copy the cover art aswell.

#6

**NaomiWaifu69** ▾ Nov 29, 2024 @ 8:45pm

Already better than horizon, gonna be there day 1

#7

**Maleklum** ▾ Nov 30, 2024 @ 2:22am

Imitation is the highest for of flattery👍

#8

**วลาด** ▾ Nov 30, 2024 @ 5:05am

It's kind of a combination between Palworld and Horizon Zero Dawn. which is perfect because both games are amazing. Can't wait to play this ❤

#9

**SummerWolf** ▾ Nov 30, 2024 @ 11:26am

Elden Horizon Monter Hunter? Yes please. Please, not insane stupid microtransactions.

#10

**CaptainValium** ▾ Nov 30, 2024 @ 1:56pm

shut up and take my Money , i cant wait

#11

**Invasion_Dec** ▾ Nov 30, 2024 @ 10:42pm

I would l ike to wishlist and buy your game. Please make the game available in Singapore. You can check my country's GDP per capita or Purchasing Power Parity if you have any concerns. We have good relations with China too. Thank you

#12

**WeeHammy** ▾ Dec 1, 2024 @ 12:12am

OMG!!! Finally, Sony are releasing Horizon 3 and its free to play!!!... wait a minute.... this isn't sony... guys help... I think I clicked on the wrong game!!

#13

**Morpheus** ▾ Dec 1, 2024 @ 1:48am

Can't wait. 🫠

#14

**Ogrebot** ▾ Dec 1, 2024 @ 2:53am

You guys know no shame, but the gameplay itself looks promising, not gonna lie.

#15

Showing 1-15 of 33 comments    < 1 **2** 3 >
Per page: 15  30  50

LIGHT OF MOTIRAM > Events & Announcements > Topic Details

Document title: Welcome to LIGHT OF MOTIRAM on Steam :: LIGHT OF MOTIRAM Events &amp; Announcements
Capture URL: https://steamcommunity.com/app/3319630/eventcomments/4625855423768041356?snr=2_9_100003_
Capture timestamp (UTC): Thu, 12 Jun 2025 18:54:45 GMT
Page 2 of 3



# Exhibit 7.B

# Lodged with the Court in Native Format

# Exhibit 7.C

# Lodged with the Court in Native Format