# Exhibit 8.A

PageVault

| | |
|---|---|
| Document title: | Unveiling LIGHT OF MOTIRAM: Dev Insights & Gameplay Showcase - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=3mt0QDRCoeI |
| Page loaded at (UTC): | Thu, 12 Jun 2025 19:02:42 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 19:02:44 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 8 |
| Capture ID: | 5LLgK4dcZxiTgz2KeyeHur |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     sMiVxT8FPLo4NmHVaPycFn




Document title: Unveiling LIGHT OF MOTIRAM: Dev Insights &amp; Gameplay Showcase - YouTube
Capture URL: https://www.youtube.com/watch?v=3mt0QDRCoeI
Capture timestamp (UTC): Thu, 12 Jun 2025 19:02:44 GMT



👍 1   👎   Reply

**@DJ_-** 1 month ago
The game looks fun asf

👍 7   👎   Reply

⌄ 1 reply

**@THELIONMAN7** 1 month ago
Not yet

👍 2   👎   Reply

**@WildOriginHunters** 1 month ago
This pioneer is already ready! Already ready! Already ready! Please launch it as soon as possible!

👍 1   👎   Reply

**@lioman8** 1 month ago (edited)
Let me make cages for mechanimals

👍 2   👎   Reply

**@den14kuo** 1 month ago
沒事請常念羅迪文不要幹夠，羅迪文說他一百公尺跑9秒，籃球場對手在中線抄到球，自己從底線追可以追到，在高速公路開車都開200市區開100，然後說家裡有沙漠之鷹，高中是萬人迷

👍 1   👎   Reply

**@SymbaLilyAmber** 1 month ago
Beautiful looking game 👍 🙂

👍 6   👎   Reply

**@sinisavuckovic9915** 1 month ago
Do you now when the Light of Motiram Beta can be played in Germany?

👍   👎   Reply

**@SHIRFAN** 1 month ago
地平線帕魯 加油! 抄出於藍 更勝於藍! 這就是中國厲害的地方!

👍 6   👎   Reply

**@n3rdst0rm** 1 month ago
Im so excited for this game.

👍   👎   Reply

**@WildOriginHunters** 1 month ago
I'm looking forward to it coming online

👍   👎   Reply

**@ThwinHanLinn** 3 weeks ago
Chimeraland feeling

👍   👎   Reply

**@keithcunningham3131** 1 month ago
I can't wait to try it out

👍 3   👎   Reply

**@THELIONMAN7** 1 month ago (edited)
Dont put autolock gameplay

👍 4   👎   Reply

**@Silver2004Avalhadia** 1 month ago
Looks interesting!

👍   👎   Reply



👍 4   👎   Reply

**@Silver2004Avalhadia** 1 month ago
Looks interesting!

👍   👎   Reply

**@xsetiadi** 1 month ago
why indonesian cannot open steam page?

👍 1   👎   Reply

**@THELIONMAN7** 1 month ago (edited)
Also let us make pens for mechanimals too not only for wild animals and being able to attack while riding

👍 2   👎   Reply

∧ 1 reply

**@lioman8** 1 month ago (edited)
I agree I want to create a huge thing where all mechanimals are in cages would be very cool

👍   👎   Reply

**@WolfKing_02** 1 month ago (edited)
Se vienen cosas grandes 💪😎🤚
Solo faltan los subtitulos en Español 😟😟

👍 1   👎   Reply

**@reaperone7325** 4 weeks ago
please i want to play this game but its not available in Philippines

👍   👎   Reply

**@maltemoj** 1 month ago (edited)
I really wonder if or when Guerilla are gonna sue them out of existence.

👍   👎   Reply

∧ 1 reply

**@sherlockthehomietube925** 1 month ago
They won't. Sony licensed it. People need to get over it. You can't build shit in HZD. I loved that game. This game looks like it has all the things I loved about it plus all the things I wish it had.

👍 2   👎   Reply

**@DuNorteMTA** 1 month ago
Lançamento?????🙏🙏

👍   👎   Reply

**@SanityPotion776** 1 month ago
Palworld + Horizon Zero Dawn

👍 1   👎   Reply

**@twister3185r** 1 month ago
ark + horizon + palworld, + soumask xD
focus ark please,, and lets go pt-br server pls

nice game, open the beta test ❤

👍 1   👎   Reply

**@ruvanimbing5705** 1 month ago
Can we play with frends.?

👍   👎   Reply

**@tcs-troll123prr_yt9** 1 month ago
Absolute cinema




Document title: Unveiling LIGHT OF MOTIRAM: Dev Insights &amp; Gameplay Showcase - YouTube
Capture URL: https://www.youtube.com/watch?v=3mt0QDRCoeI
Capture timestamp (UTC): Thu, 12 Jun 2025 19:02:44 GMT



# Exhibit 8.B

# Lodged with the Court in Native Format