# Exhibit 9.A

PageVault

| | |
|---|---|
| Document title: | From Destruction to Redemption - Rammasun \| LIGHT OF MOTIRAM Cinematic & Gameplay Trailer - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=6prk0Jxg7Cw |
| Page loaded at (UTC): | Fri, 25 Jul 2025 17:39:21 GMT |
| Capture timestamp (UTC): | Fri, 25 Jul 2025 17:39:22 GMT |
| Capture tool: | 3.10.30 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 5 |
| Capture ID: | xos53FZTTtqyqnKLofzgDx |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    4jBeEiA2CjNE47idL3ZNYX










# Exhibit 9.B

PageVault

| | |
|---|---|
| Document title: | LIGHT OF MOTIRAM on X: "☐  RAMMASUN Cinematic &amp; Gameplay Trailer Once in tune with the sounds of nature, Rammasun was forced to become a war machine. That War changed everything—what was once harmony became unbearable noise. Its sole mission: eliminate everything in its path. All until an https://t.co/ca1lHWWS0c" / X |
| Capture URL: | https://x.com/LIGHTOFMOTIRAM/status/1943596681360269538 |
| Page loaded at (UTC): | Fri, 25 Jul 2025 17:50:46 GMT |
| Capture timestamp (UTC): | Fri, 25 Jul 2025 17:51:57 GMT |
| Capture tool: | 10.58.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 2 |
| Capture ID: | mjxbkZo5LcoNK7L1jZiSo7 |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    d9cAfhjM4sn8HbYmBhPUN2



**LIGHT OF MOTIRAM** ✓
@LIGHTOFMOTIRAM

⚡ RAMMASUN Cinematic & Gameplay Trailer

Once in tune with the sounds of nature, Rammasun was forced to become a war machine. That War changed everything—what was once harmony became unbearable noise. Its sole mission: eliminate everything in its path.

All until an extraordinary melody freed it from the chaos...

#LIGHTOFMOTIRAM #OpenWorld #Survival #Crafting

0:59

9:02 AM · Jul 11, 2025 · **1,927** Views

💬 9      🔁 17      ♥ 67      🔖 9      ⬆

💬 Read 9 replies

**New to X?**
Sign up now to get your own personalized timeline!

G Sign up with Google
 Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.
↻ Retry

Terms of Service | Privacy Policy | Cookie Policy
More ···    © 2025 X Corp.

Don't miss what's happening
People on X are the first to know.
Log in    Sign up

# Exhibit 9.C

# Lodged with the Court in Native Format