# Exhibit 10



| | |
|---|---|
| Document title: | Horizon games official site \| PlayStation (US) |
| Capture URL: | https://www.playstation.com/en-us/horizon/#discover |
| Page loaded at (UTC): | Fri, 25 Jul 2025 17:35:28 GMT |
| Capture timestamp (UTC): | Fri, 25 Jul 2025 17:35:30 GMT |
| Capture tool: | 3.10.30 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 6 |
| Capture ID: | r2gLvk6YccYktAC36Yr7kX |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    nBunkSyUNmXRnYRNMbiWGo



Games  PS5  PS4  Services  Accessories  News  Store  Support

Sign In

Discover the Horizon Universe   Games   Latest news   Community   Merchandise   FAQs



WELCOME TO THE OFFICIAL DESTINATION
FOR ALL THINGS HORIZON.

      

# DISCOVER THE HORIZON UNIVERSE



### Majestic nature and ruins

From the frozen mountain ranges of the north to the hot, dense jungles of the south, the world of Horizon spans a wide variety of different geographies. Overgrown ruins linger throughout, marking the vestiges of a lost civilization.



### Awe-inspiring machines

The world of Horizon is inhabited by highly advanced machines of all shapes and sizes. Terrifyingly alien yet strikingly familiar, these mysterious automatons combine mechanical strength with organic shapes and an animalistic ferocity.



### Tribal culture

In the world of Horizon, the last remnants of mankind have regrouped into distinct tribes. Cut off from the knowledge and technological advancements of the past, each tribe has developed its own rich culture and traditions.





# LATEST NEWS

**First-look report: PS5 Pro games**

Kristen and I got a chance to go eyes on (and hands on) with the PlayStation Pro console for the first time, and first impressions are promising. Though we didn't have …

Kristen Zitani (she/her)
Manager, Content Communications, Sony Interactive Entertainment
Sep 25, 2024

**Horizon Forbidden West Complete Edition lands on PC today**

Hi everyone, we're thrilled for our PC community to join Aloy on her journey as she braves the Forbidden West – a majestic but dangerous frontier that conceals mysteriou…

Anne van der Zanden
Senior Community Manager, Guerrilla
Mar 21, 2024

**Horizon Forbidden West Complete Edition PC specifications revealed, out March 21**

Hey everyone, Horizon Forbidden West Complete Edition is coming to PC soon! Last month, we detailed the main PC features and now that we are getting closer to launc…

Julian Huijbregts
Communications Manager, Nixxes
Mar 05, 2024

---





Document title: Horizon games official site | PlayStation (US)
Capture URL: https://www.playstation.com/en-us/horizon/#discover
Capture timestamp (UTC): Fri, 25 Jul 2025 17:35:30 GMT
Page 4 of 5



## FAQS

**Horizon Zero Dawn** | Horizon Zero Dawn Complete Edition | Horizon Forbidden West | Horizon Forbidden West Complete Edition | LEGO Horizon Adventures

I have not achieved 100% completion. What am I missing?    +

A trophy didn't unlock for me. What should I do?    +

After finishing the game and watching the credits, I was returned to the quest The Looming Shadow. Is there something wrong?    +

How do I start New Game+? The option is greyed out on the Main Menu.    +

How do I obtain the 'New Game+ Completed' trophy?    +



PlayStation

Home » Horizon games official site

| Values | Support | Resources | Connect |
|---|---|---|---|
| Environment | Support hub | PSN terms of service | Facebook  X |
| Accessibility | PlayStation Safety | PS Store cancellation policy | |
| Online safety | PSN Status | Age ratings | |
| Diversity, equity & inclusion | PlayStation Repairs | Health warning | Instagram  YouTube |
| | Password reset | Developers | |
| | Manuals | Glossary | iOS app |
| | | Official Licensing Program | Android APP |
| | | | Join our playtesting program |

**Get more from playstation.com**
See offers tailored for you, manage your account settings & more
[Sign In]

Sony Interactive Entertainment

© 2025 Sony Interactive Entertainment LLC
All content, games titles, trade names and/or trade dress, trademarks, artwork and associated imagery are trademarks and/or copyright material of their respective owners. All rights reserved. More info

 United States    Legal | Privacy policy | Website terms of use | Site map | Do not share my personal information

