# Exhibit 11



| | |
|---|---|
| Document title: | Horizon Zero Dawn Review - IGN |
| Capture URL: | https://www.ign.com/articles/2017/02/20/horizon-zero-dawn-review |
| Page loaded at (UTC): | Tue, 17 Jun 2025 16:24:46 GMT |
| Capture timestamp (UTC): | Tue, 17 Jun 2025 16:24:50 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 14 |
| Capture ID: | 9MSTWGSATJNvJHoFDrWjB6 |
| Display Name: | johnathon.mann |

PDF REFERENCE #:        2gWSW51QBwssKj3Wg9CTrX

**HORIZON: ZERO DAWN**

# Horizon Zero Dawn Review

A beautiful open world peppered with mechanical monsters that make for exhilarating fights.



6:15 Horizon: Zero Dawn Review    Autoplay setting: On

 BY **LUCY O'BRIEN**    UPDATED: MAY 2, 2017 6:47 PM    POSTED: FEB 20, 2017 8:01 AM

There's something about being dropped into a brand new game world and finding it to be dense with deeply considered lore, terrifyingly aggressive creatures, and tantalizing questions that leaves an indelible mark on the memory. Horizon Zero Dawn is one of those games, and it carves out a unique identity within the popular action-roleplaying genre. Coupled with wonderfully flexible combat and a story that touches on unexpectedly profound themes, I found it hard to tear myself away from Horizon even after I'd finished its main campaign some 40 odd hours later.

## Horizon's premise is a big

---

Document title: Horizon Zero Dawn Review - IGN
Capture URL: https://www.ign.com/articles/2017/02/20/horizon-zero-dawn-review
Capture timestamp (UTC): Tue, 17 Jun 2025 16:24:50 GMT

Page 1 of 13

identity within the popular action-roleplaying genre. Coupled with wonderfully flexible combat and a story that touches on unexpectedly profound themes, I found it hard to tear myself away from Horizon even after I'd finished its main campaign some 40 odd hours later.

# Horizon's premise is a big mystery that begs to be solved.

A sense of urgency is established from the get-go, as Horizon's premise is a big mystery that begs to be solved. The questions raised by protagonist Aloy and the primitive, feral machine-infested open world she inhabits kept me guessing throughout: *what's at the centre of it all?* Although Horizon suffers from occasionally corny dialogue that belies its smarts, the broader ideas it prods at - the nature of creation, for example - are remarkably ambitious.



A Full 24 hours in Horizon Zero Dawn

Aloy's personality helped me care about her journey on a more personal level. Nimbly voiced by Ashly Burch (known for her performance as Borderlands 2's Tiny Tina), she's a charming character to watch and play as because of the wry wit that tempers her big-hearted heroism; some of my favourite smaller moments came from Aloy's sarcastic interactions with other characters who didn't get the joke. Though you have some say on the way she responds to situations in the interests of dialogue flavour, she remains largely a well-intentioned character, which is in step with Horizon's broader story.

## Fighting Machines

There's much more flexibility to be found once Aloy's out in the big wide world. Horizon's combat is its most compelling feature, thanks to the variety found within 26 distinct species of animal-like machines that roam its great



**James Gunn Says Batman Is 'My Biggest Issue in All of DC Right Now': 'I'm Not Interested in a Funny, Campy Batman'**

💬 49



**As Orlando Bloom Says It's Time to 'Get the Band Back Together', Pirates of the Caribbean 6 Producer Confirms Movie Will Bring Back Old Cast Members**

💬 61



Document title: Horizon Zero Dawn Review - IGN
Capture URL: https://www.ign.com/articles/2017/02/20/horizon-zero-dawn-review
Capture timestamp (UTC): Tue, 17 Jun 2025 16:24:50 GMT

Page 2 of 13

### Fighting Machines

There's much more flexibility to be found once Aloy's out in the big wide world. Horizon's combat is its most compelling feature, thanks to the variety found within 26 distinct species of animal-like machines that roam its great far-future expanse. These beasts have several weak points that can be scanned using Aloy's Focus (a lore-friendly device that gives you Witcher-like heightened senses), and hitting different points can have different results that change the way a fight plays out.

## Horizon's combat is its most compelling feature.

"

Send a piercing arrow into the bulging 'cargo sac' of a giant fire-spewing Bellowback, for example, and you'll set off a massive explosion. Down a flying, ice-shooting Glinthawk by destroying the armoured sac on its chest to temporarily freeze the bird, or shoot the cannon off the back of a tiger-like Ravager and pick it up to blast a T-Rex-esque Thunderjaw, who you only just noticed approaching from the corner of your eye during the fight. It's breathless stuff, and there are no hand-holding tutorials telling you how to best approach the beasts, which makes for more rewarding wins.



Horizon Zero Dawn: Taking Down a Deadly Sawtooth 4K

After I learned how to fight competently, Horizon continually made me feel like a ridiculously accomplished warrior without sacrificing the vital sense that every major battle could easily result in my death, in large part thanks to the ferocity of the machines themselves. Though they patrol on set routes, even the 'herbivores' will immediately attack when you're spotted, and will continue to scan for you if you manage to find a hiding place.



**IGN Recommends**



**James Gunn Says Batman Is 'My Biggest Issue in All of DC Right Now': 'I'm Not Interested in a Funny, Campy Batman'**

💬 49



**As Orlando Bloom Says It's Time to 'Get the Band Back Together', Pirates of the Caribbean 6 Producer Confirms Movie Will Bring Back Old Cast Members**

💬 61



like a ridiculously accomplished warrior without sacrificing the vital sense that every major battle could easily result in my death, in large part thanks to the ferocity of the machines themselves. Though they patrol on set routes, even the 'herbivores' will immediately attack when you're spotted, and will continue to scan for you if you manage to find a hiding place.

On the offense, these robotic beasts are authentically animalistic. Snapmaws – enormous, mechanical alligators – will swipe with their tails and spew ice blasts from their mouths, while tiger-like Ravagers will charge at you with alarming speed for a full body slam up close. Dodging their attacks requires constant use of Aloy's roll move, all the while using the quick on-the-fly crafting system to build ammo specifically to counter the threat.

# Her upgradable bows feel great to use thanks to her Concentration skill that slows down time.

For Aloy's part, her arsenal is largely tricked-out 'primitive' weaponry. Her upgradable bows and elemental-infused arrows - your primary weapon - feel great to use thanks to her Concentration skill that slows down time, allowing for dead-eye aiming. She also has access to a handful of more elaborate devices like the Ropecaster, which shoots out ropes to immobilize enemies, or the Tripcaster, a weapon that creates explosive tripwire traps at a range. Though these more creative weapons sound great in theory, in practice they're annoyingly slow and fiddly when you're up against multiple threats, and I found the most challenging machines were too fast and too powerful to use them in a genuinely effective way. Fun to play around with on weaker enemies during more casual hunts, then, but far from crucial when you're up against a wall.





**James Gunn Says Batman Is 'My Biggest Issue in All of DC Right Now': 'I'm Not Interested in a Funny, Campy Batman'**
💬 49



**As Orlando Bloom Says It's Time to 'Get the Band Back Together', Pirates of the Caribbean 6 Producer Confirms Movie Will Bring Back Old Cast Members**
💬 61



---



**Horizon Zero Dawn: Aloy Becomes a Fierce Hunter**

Not that Horizon encourages you just to blindly wander into every fight and start shooting. A lot of the machines roam in packs, with larger beasts flanked by velociraptor-like sentry bots called Watchers, so if you're not careful you can be outnumbered and devoured within seconds. To counter this, there's generally a silent path to take: hiding in swatches of tall red grass and drawing machines in gives you a chance for a stealth kill, and if by some misfortune you're spotted, Aloy's Concentration skill is vital in helping you land an arrow right in that Watcher's prying eye before you make a quick escape. It's a shame luring specific machines away from their packs is so time-consuming, though; often simple hunts for a single animal evolve into massive fights against several types.

Alternatively, Aloy doesn't have to do all the work herself, as she'll discover how to override the machines' brains in the field while exploring her world (to tell you how would ruin a wonderful surprise). Overriding has different effects depending on the machine - some become docile mounts, for example, while others will fight on your behalf, killing their own kind. As you upgrade your skill tree, these overrides can last for longer, which allows you to essentially build up a small army of loyal, vicious steeds. Watching them wreak havoc on the field from a place of safety is smugly satisfying.



**8 Ways to Tell If You'll Like Horizon: Zero Dawn**

### The Big, Big Wide World

You don't just fight machines in Horizon. While not as engaging as their mechanical counterparts, there are human targets too - many of whom populate the bandit camps peppered throughout this massive open world.



**James Gunn Says Batman Is 'My Biggest Issue in All of DC Right Now': 'I'm Not Interested in a Funny, Campy Batman'**
💬 49



**As Orlando Bloom Says It's Time to 'Get the Band Back Together', Pirates of the Caribbean 6 Producer Confirms Movie Will Bring Back Old Cast Members**
💬 61



Document title: Horizon Zero Dawn Review - IGN
Capture URL: https://www.ign.com/articles/2017/02/20/horizon-zero-dawn-review
Capture timestamp (UTC): Tue, 17 Jun 2025 16:24:50 GMT
Page 5 of 13

## The Big, Big Wide World

You don't just fight machines in Horizon. While not as engaging as their mechanical counterparts, there are human targets too - many of whom populate the bandit camps peppered throughout this massive open world. Though you're free to take them on as you please, I found it's best to take a stealthy approach through the tall grass and pick off these heavily armed NPCs one by one. That's a largely satisfying approach, aside from the fact that, like in other half-stealth games like Uncharted 4 or Watch Dogs 2, you can't hide bodies. It's a design decision that sticks in my craw when an NPC's curiosity piques after he or she spots someone sprawled on the ground with an arrow sticking out of its chest from a mile away.

Clearing these enemy camps is one of the many incidental side activities scattered across Horizon, a variety which also includes digging in ancient bunkers for clues from the past, tracking machines through dedicated hunting grounds, and climbing to the top of a giant brontosaurus-like Tallneck to unlock more of the map. It's nothing we haven't seen before in other games of this ilk - the Tallneck is basically a walking Far Cry tower - but thanks to the promise of XP and loot that you can trade for currency to buy better weapons, it's all very compulsive.



**Horizon: Zero Dawn Combat Montage**

# Horizon's 'post-post apocalyptic' landscape itself is beautiful and terrifying.

On top of that, Horizon's 'post-post apocalyptic' landscape itself is beautiful



**IGN Recommends**

James Gunn Says Batman Is 'My Biggest Issue in All of DC Right Now': 'I'm Not Interested in a Funny, Campy Batman'

💬 49



As Orlando Bloom Says It's Time to 'Get the Band Back Together', Pirates of the Caribbean 6 Producer Confirms Movie Will Bring Back Old Cast Members

💬 61



## Aloy is beautiful and terrifying.

On top of that, Horizon's 'post-post apocalyptic' landscape itself is beautiful and terrifying, so journeying through it in search of things to do between main quests - not that you ever have to go too far - is usually a reward of its own. Snowy vistas, autumnal forests, and vast deserts are stunningly realised, even capped at 30 frames per second as it is. (That's true on PlayStation 4 Pro as well, where it runs in a stunning 4K mode.) Frozen mountain peaks or the calcified remains of a skyscraper make for eerie, quiet jaunts, made more unnerving by the Lost World-esque horror that sits in Horizon's underbelly. One of the most thrilling moments in my playthrough was when I got lost early on, skirted too close to the water's edge, and accidentally walked across the giant tail of a half-submerged Snapmaw before sprinting to safety with sweaty palms. Being killed in Horizon isn't Dark Souls-style punishing, but as you save via spread out 'campfires', the threat of death also equals the threat of losing some progress. It's enough to make these moments of terrifying discovery into Horizon's 'water cooler moments' – the ones you look back on and shiver.

Aloy moves about the world with near Uncharted-like ease, too. Developer Guerrilla have done a great job at making her base movements - such as climbing, rolling, rappelling down cliff faces - fluid and responsive. Though I noticed the occasional pop-in and judder, Horizon's visuals keep up with Aloy, and impressively, I didn't notice any significant glitches in its massive open world.

### 21 Stunning Horizon Zero Dawn Screenshots







### The Human Element

Elsewhere, settlements and camps form a rag-tag civilization. Humans of this world have been reduced back to a tribal state, and each tribe has its own identity shaped by historical victories and grievances and various theories on the nature of their strange existence, devoid of a sense of their true history. Guerrilla has done an enormous amount of seductive world-building here, and I spent a great deal of time just wandering around settlements listening to elders tell elaborate tales of gods to children or seeking stories of misplaced vengeance in the crowds.



**James Gunn Says Batman Is 'My Biggest Issue in All of DC Right Now': 'I'm Not Interested in a Funny, Campy Batman'**
💬 49



**As Orlando Bloom Says It's Time to 'Get the Band Back Together', Pirates of the Caribbean 6 Producer Confirms Movie Will Bring Back Old Cast Members**
💬 61



Guerrilla has done an enormous amount of seductive world-building here, and I spent a great deal of time just wandering around settlements listening to elders tell elaborate tales of gods to children or seeking stories of misplaced vengeance in the crowds.

# " Main missions cleverly weave current-day politics into a quest to solve the mysteries of the old world.

It's at these settlements that you'll be given your missions, both the urgent, high-stakes main quests and the side-quests that pop up as little exclamation marks on you map. While the latter are as lengthy as the main missions, they do quickly fall into regular fetch-quest patterns: go and find this thing, kill some things, return, collect reward. Though these make for a great excuse to destroy more machines and there is the occasional compelling storyline, I would have liked a little more originality to keep them from blurring together into one, and better rewards for completion in the late game, where XP ceases to matter next to the search for frustratingly scarce useful weapon mods.

Main missions, on the other hand, cleverly weave current-day politics into a quest to solve the mysteries of the old world. I found myself switching between chasing the ghosts of the past in the deep, lonely bunkers of lost technology and solving the murder of a tribal leader, using my focus ability to track bloodstains and trace clues before facing off against a tribe of cultists in a climactic battle. Horizon encourages you to chase your own story, but help others a little on the way too. Its ultimate reveal - prior to a frenzied, heart-in-the-throat finale - is smart and provocative, and a great pay off to the journey.



Horizon: Zero Dawn Official BTS Video #1: From Corridors to Mountains

3:12                                                          Autoplay setting: On

## IGN Recommends



**James Gunn Says Batman Is 'My Biggest Issue in All of DC Right Now': 'I'm Not Interested in a Funny, Campy Batman'**

💬 49



**As Orlando Bloom Says It's Time to 'Get the Band Back Together', Pirates of the Caribbean 6 Producer Confirms Movie Will Bring Back Old Cast Members**

💬 61





3:12  Autoplay setting: On

**Horizon: Zero Dawn Official BTS Video #1: From Corridors to Mountains**

### Death Stranding 2 Vinyl is Here!

**Shop on IGN Store**

Developed over three years with Kojima Productions, the soundtrack for DEATH STRANDING 2: ON THE BEACH, the hotly anticipated sequel is now available for pre-order.

**Shop Now**

## Verdict

Across a vast and beautiful open world, Horizon Zero Dawn juggles many moving parts with polish and finesse. Its main activity - combat - is extremely satisfying thanks to the varied design and behaviors of machine-creatures that roam its lands, each of which needs to be taken down with careful consideration. Though side questing could have been more imaginative, its missions are compelling thanks to a central mystery that led me down a deep rabbit hole to a genuinely surprising - and moving - conclusion.

### IGN Recommends



**James Gunn Says Batman Is 'My Biggest Issue in All of DC Right Now': 'I'm Not Interested in a Funny, Campy Batman'**
💬 49



**As Orlando Bloom Says It's Time to 'Get the Band Back Together', Pirates of the Caribbean 6 Producer Confirms Movie Will Bring Back Old Cast Members**
💬 61



Across a vast and beautiful open world, Horizon Zero Dawn juggles many moving parts with polished finesse. Its main activity - combat - is extremely satisfying thanks to the varied design and behaviors of machine-creatures that roam its lands, each of which needs to be taken down with careful consideration. Though side questing could have been more imaginative, its missions are compelling thanks to a central mystery that led me down a deep rabbit hole to a genuinely surprising - and moving - conclusion.



**As Orlando Bloom Says It's Time to 'Get the Band Back Together', Pirates of the Caribbean 6 Producer Confirms Movie Will Bring Back Old Cast Members**

💬 61



**SnyderCut Subreddit Issues Statement After James Gunn Dismisses Fan Calling for Mass Superman Review Bomb Campaign**

💬 173



## In This Article

**Horizon: Zero Dawn**
GUERRILLA GAMES
FEB 28, 2017

[ Rate this game ]  ⋯

| RELATED GUIDES | Overview ↗ | Tips and Tricks ↗ | Power Cell Locations ↗ | The Frozen Wilds ↗ |

### Horizon Zero Dawn Review



**9.3**

**Amazing**

Horizon Zero Dawn presents us with a beautiful world full of unforgettable challenges.

 Lucy O'Brien

Review scoring



Horizon: Zero Dawn Review

Document title: Horizon Zero Dawn Review - IGN
Capture URL: https://www.ign.com/articles/2017/02/20/horizon-zero-dawn-review
Capture timestamp (UTC): Tue, 17 Jun 2025 16:24:50 GMT
Page 10 of 13





## Conversation 469 Comments

Have fun. Don't be mean. Feel free to criticize ideas, not people. Report bad behavior. **Read our 2025 community guidelines.**

What do you think?

Sort by Best

**kortez09**
24 September, 2023

Horizon is simply one of the best games ever made in my opinion. The fluid gameplay. The immersive story, and the various combat options. And to top it off, the graphics!! I'm more about gameplay rather than graphics, bat to connect on all cylinders??? This game deserves a 10/10 in my opinion.

Reply · 👍 1 · Share

**MoonDock**
18 August, 2023

Only just got around to playing this now that I finally caved and bought a PS5.

Still playing, probably not even halfway through, but so far...
The world the world they've built, the dystopian future, all of that is pretty damn neat.
And how good are the graphics?? Wow. Seriously, when did Guerilla Ga...

See more

Reply · 👍 · Share



---

Document title: Horizon Zero Dawn Review - IGN
Capture URL: https://www.ign.com/articles/2017/02/20/horizon-zero-dawn-review
Capture timestamp (UTC): Tue, 17 Jun 2025 16:24:50 GMT

Only just got around to playing this now that I finally caved and bought a PS5.
Still playing, probably not even halfway through, but so far...
The world the world they've built, the dystopian future, all of that is pretty damn neat.
And how good are the graphics?? Wow. Seriously, when did Guerilla Ga...

**See more**

Reply · Share

**pcb2121**
27 May, 2020

I guess I'm missing something . I want to like this game so much. great concept, graphics, etc., but I find myself trying to aim at specific parts of the enemies and constantly having to use "concentration" or whatever...everywhere I go I have to sneak, and a lot of times I get caught in BS ways. M...**See more**

Reply · 2 · Share

↳ 3 replies

**licklover6969**
26 June, 2019

I hope Horizon Zero Dawn 2 is on the works and come sometime soon, maybe with PS5

Reply · 1 · Share

↳ 1 reply

**AmorousBadger**
14 January, 2018

There's not a lot original about this game but, much like a Far Cry game, everything it does is terrifically well executed,(also like a Far Cry game) it's entertainingly distracting and carried off with a lot of charm. Sure, you MIGHT think you're off to do this quest *right now* but what you'll ac...**See more**

Reply · 1 · Share

**laudernAUST**
7 April, 2017

It has the assassin's creed mission approach. Tons of NPCs to give you lots of side missions. It has a farcry 4, approach the situation how you like, feel as well. And it has a convoluted, extremely poor acting/writing, story similar to both AC and farcry.

Reply · Share

**ballbearing**
29 January, 2018

The icon of the LODGE BLAST SLING might have been mistaken. Weapons of SLING series are H shape while weapons of BLAST SLING are Y shape.

Reply · Share

**Reagan_1**
30 April, 2017

laudernAUST Thanks, mate. I appreciate it.

Reply · Share

**sirchnord**
14 April, 2017

scottrory1978 That's review enough for me. I'll definitely take your word for it based on your experience. Can't wait to try it.

Reply · Share

**Bigyellow24**
22 March, 2017

I don't really want to reach to the extremes of either of you guys, being a Nintendo player myself, I ca... still see how this and many other PS4 games are great. But still, even though the Nintendo fanbase can

The icon of the LODGE BLAST SLING might have been mistaken. Weapons of SLING series are H...

Reply · Share

**Reagan_1**
30 April, 2017

laudernAUST Thanks, mate. I appreciate it.

Reply · Share

**sirchnord**
14 April, 2017

scottrory1978 That's review enough for me. I'll definitely take your word for it based on your experience. Can't wait to try it.

Reply · Share

**Bigyellow24**
22 March, 2017

I don't really want to reach to the extremes of either of you guys, being a Nintendo player myself, I can still see how this and many other PS4 games are great. But still, even though the Nintendo fanbase can be incredibly ignorant, I find die hard PS4 fans to often times be assholes who won't ackn...**See more**

Reply · Share

**Show More Comments**

Powered by OpenWeb         Terms | Privacy | Feedback

## Popular in the Community

