# Exhibit 15



| | |
|---|---|
| Document title: | How Guerrilla Games' Horizon Franchise Subverts the Sci-Fi Genre |
| Capture URL: | https://gamerant.com/horizon-franchise-unique-guerrilla-games-subverts-sci-fi-genre/ |
| Page loaded at (UTC): | Tue, 17 Jun 2025 16:26:24 GMT |
| Capture timestamp (UTC): | Tue, 17 Jun 2025 16:26:26 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 8 |
| Capture ID: | v4YC3XDvc7YbFWgjA3nQTY |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    7cZRYiKqrGfCSTeaFaYgfT

☰ GAMERANT    Sign In Now

**Trending**  Game Rant Advance  •  Mario Kart World  •  Deltarune  •  Dune Awakening  •  Nightreign  •  Coming Soon

# How Guerrilla Games' Horizon Franchise Subverts the Sci-Fi Genre





8.9/10
**Horizon: Zero Dawn**

+ Favorite    + Played    + Wishlist

☆☆☆☆☆☆☆☆☆☆

✎ Review    🔖 Follow    👍 Like

By Smangaliso Simelane — Published Jul 13, 2022    🔖 Follow    👍 Like

Sign In To Your Game Rant Account

Guerrilla's *Horizon* franchise has captured the imaginations of gamers worldwide, in part thanks to just how many unique elements it manages to blend into its premise. The first game, *Horizon Zero Dawn*, introduced gamers to a future version of Earth where life is teetering on the edge of extinction, and ferocious robots known as machines roam the land. Among the few surviving humans who live in primitive settlements, an outcast warrior named Aloy discovers the epic nature of her origins and realizes that it may be her destiny to save the planet. It was followed by 2022's *Horizon Forbidden West* which has Aloy traveling to foreign lands when she discovers new threats to nature.

✕ Remove Ads



*Horizon Forbidden West*, and the rest of the *Horizon* series, situates itself within the soft science fiction genre, though it stands out from the typical sci-fi adventure. Most notably, it blends futuristic elements with primitive ones to produce a unique new aesthetic. Additionally, instead of looking to the stars and imagining a future where the problems of humanity are solved by taking to the stars, it instead plants its feet firmly on Earth and imagines a future where humans instead try to solve the planet's ecological problems.

**TRENDING NOW**    **HORIZON: ZERO DAWN**


Best Starting Attributes and Skills In SCUM 1.0


'We Were All Very Surprised' Sinners Star Reflects on the Film's Incredible $361 Million Box Offic...


This Acclaimed Stephen King Novel Was Made Into A Movie, But Now It Needs A Limited Series

**RELATED:**
Horizon Forbidden West: 7 Tips For Ultra Hard Difficulty

## Sci-Fi and the ...



Document title: How Guerrilla Games&#39; Horizon Franchise Subverts the Sci-Fi Genre
Capture URL: https://gamerant.com/horizon-franchise-unique-guerrilla-games-subverts-sci-fi-genre/
Capture timestamp (UTC): Tue, 17 Jun 2025 16:26:26 GMT
Page 1 of 7

## Sci-Fi and the Final Frontier



The sci-fi genre typically concerns itself with imagining human possibilities and the mysteries of the universe. Although sci-fi works, to varying degrees, attempt to explain their worlds using real-world scientific concepts, the aim is to imagine what lies beyond the borders of current reality. One of the most common ways sci-fi does this is by imagining humans taking to the stars, colonizing other planets, and extending their reach throughout the cosmos.

✕ Remove Ads



The appeal of this dream is easy to understand, as Earth, as beautiful as it is, has finite resources which would seem to be incapable of continuously supporting a growing population. Furthermore, humankind's time on Earth has resulted in ecological disasters from deforestation, warfare, commercial farming, and mining, to name but a few harmful human activities. Consequently, humankind's home planet grows increasingly unappealing, and hopes of a shiny new place to live are far more attractive.

The trope of conquering the final frontier can be found throughout sci-fi, most famously in space adventures like *Star Trek*, *2001: A Space Odyssey*, and *WALL-E*. It also pops up in sci-fi games such as *The Outer Worlds*, which takes place in the Halcyon System, and the upcoming Bethesda game *Starfield*, which takes place in a corner of the Milky Way humans have dubbed The Settled Systems. Instead of following the trend, the Horizon franchise instead goes in a different direction, and in doing so delivers a powerful ecological message.

## Horizon's Fallen Earth



Document title: How Guerrilla Games&#39; Horizon Franchise Subverts the Sci-Fi Genre
Capture URL: https://gamerant.com/horizon-franchise-unique-guerrilla-games-subverts-sci-fi-genre/
Capture timestamp (UTC): Tue, 17 Jun 2025 16:26:26 GMT







In the *Horizon* franchise, Earth is damaged by humans through greed and warfare. When Faro Automated Solutions produces the Chariot range of robots, they are popular at first because they can work together in an unstoppable chariot swarm. However, when a glitch causes them to become self-aware, they stop responding to their masters and instead consume all the biomass they can, and it quickly becomes evident that they will bring about the extinction of all life on Earth soon.

Ad

**RELATED:**
**The Chronological Timeline Of The Horizon Franchise**

Fortunately, Dr. Elisabet Sobeck starts Project Zero Dawn, which involves storing the seeds of life in underground bunkers and giving an artificial intelligence system known as GAIA the job of repopulating the planet once it is safe to do so again. This is the world that Aloy is born into. It is fragile, and life has been given a second chance, but even the slightest interruption could cause it all to start crumbling again. *Horizon Zero Dawn* warns of the dangers of valuing technology over the planet's ecological health, as the technology of Faro Automated Solutions almost leads to the end of humankind. However, with the sequel, the series suggests that this planet, regardless of how beaten it is, is still worth fighting for.

## How Aloy's Hope Subverts Sci-Fi Tropes



Document title: How Guerrilla Games&#39; Horizon Franchise Subverts the Sci-Fi Genre
Capture URL: https://gamerant.com/horizon-franchise-unique-guerrilla-games-subverts-sci-fi-genre/
Capture timestamp (UTC): Tue, 17 Jun 2025 16:26:26 GMT                                                                                Page 3 of 7



In *Horizon Forbidden West,* Aloy gets paid a visit by some people from outer space. They are the Far Zeniths, and they left Earth long ago when the disasters got too bad. They have also been able to extend their lifespans, and they enjoyed life on their colony on Sirius until it collapsed, which motivated them to return to Earth to take GAIA and use her to fix their new home. In many ways, the Far Zeniths resemble the characters of typical sci-fi.



Aloy stands in opposition to all the Far Zeniths except Tilda van der Meer, who she befriends at first. Tilda betrays the rest of the Far Zeniths and helps Aloy and her friends rescue GAIA. However, she eventually reveals herself to hold no hope for the future of Earth, and she tries to convince Aloy to join her in using GAIA to rebuild life on Sirius. Aloy refuses, because she still has hope that Earth can be saved and that humans still have it in their power to fix the problems facing them.

The message that *Horizon Forbidden West* presents is a useful one, as it is a reminder that while dreams of taking to the stars are nice, they should not be motivated by the desire to escape the mess that humans have left on Earth. It is worth taking responsibility for the planet's ecology and attempting to preserve the precious resources that are available to share.

While the ability to colonize other planets is a testament to humankind's intelligence and ingenuity, Aloy demonstrates that it takes an equal amount of courage and creativity to take care of a delicate planet that is able to provide so much when it is nurtured. Sci-fi stories that remain firmly planted on Earth may offer a hopeful message at a time when it is needed, reminding the species that it is within its power to solve the big problems that face all life on the planet. Though the stars hold many possibilities, *Horizon Forbidden West* stresses that home is still important.

*Horizon Forbidden West* is available now on PS4 and PS5.



*Horizon Forbidden West* is available now on PS4 and PS5.

Ad

Ad

**MORE:**

## Horizon: What Happens To The World Outside The United States

---


GR Originals | Horizon: Zero… | Horizon…

Follow | Like | Share


**TRENDING NOW** | **HORIZON: ZERO DAWN**
Horizon: Zero Dawn
8.9/10
+ Favorite  + Played  + Wishlist
Review

### ⭐ POPULAR


Pokemon Trading Card Game…

### Pokemon TCG Pocket Trade Requests
Players can find other people to trade with in this Pokemon TCG Pocket trade request thread.

By **Tom Bowen**    May 29, 2025     1408


**Oblivion Fans Think the Remaster Has Ruined One of the Game's Creepiest…**
By Daniel Morris     2
2 days ago


**The Elder Scrolls 6 May Be Tempted to Bring Back Oblivion Remastered's…**
By Andrea Trama    7
2 days ago


**For Oblivion Remastered, a Single Missed Opportunity May Have Killed Its Chanc…**
By Hamza Haq
3 hours ago


**2 of the Best Elder Scrolls Games Have Gotten Permanent Price Cuts**
By Gabriel Machado Pure…    1
4 days ago


**Helldivers 2 Reveals Patch Notes for June 2025 Update**
By José V. Rossi
41 minutes ago

### 🔥 RECOMMENDED







---

Document title: How Guerrilla Games&#39; Horizon Franchise Subverts the Sci-Fi Genre
Capture URL: https://gamerant.com/horizon-franchise-unique-guerrilla-games-subverts-sci-fi-genre/
Capture timestamp (UTC): Tue, 17 Jun 2025 16:26:26 GMT
Page 5 of 7

## RECOMMENDED


**Blasphemous - Interactive Map (Cvstodia)**
Our interactive map for Cvstodia in Blasphemous. All the upgrades, quest items, collectibles, and more found in the game.
45 minutes ago


**How to Start a Fire in SCUM 1.0**
New players will need to know how to make fire in SCUM, and they might be having trouble figuring it out.
2 hours ago


**All Ubisoft Remakes Leaked or Confirmed to Be In Development**
According to rumors and official statements from the company itself, Ubisoft is working on remakes of installments in many of its major franchises.
2 hours ago


**The Nintendo Switch 2 Has Already Beaten the 'Wii U 2' Allegations**
Fans were worried that the Nintendo Switch 2 could end up repeating the Wii U's flaws, but the Switch 2 is on track to put its predecessor to…
11 minutes ago


**Nintendo Switch 2 Needs to Steal an Idea From 1994**
The Nintendo Switch 2 and its NSO subscription service could be improved by adding a feature that was originally pioneered in the 1990s.
55 minutes ago


**Big Upcoming Nintendo Switch 2 Exclusive Game Was Originally a Switch 1 Title**
A source reveals that one of the Nintendo Switch 2's major upcoming first-party titles was originally being made for the original Switch.
50 minutes ago

× Remove Ads







Blasphemous - Interactive Map (Lvstodia)

Our interactive map for Blasphemous contains all the upgrades, quest items, collectibles, and more found in the game.

45 minutes ago

How to Start a Fire in SCUM 1.0

New players will need to know how to make fire in SCUM, and they might be having trouble figuring it out.

2 hours ago

All Ubisoft Remakes Leaked or Confirmed to Be in Development

According to rumors and official statements from the company itself, Ubisoft is working on remakes of installments in many of its major franchises.

2 hours ago



Nintendo Switch 2

The Nintendo Switch 2 Has Already Beaten the 'Wii U 2' Allegations

Fans were worried that the Nintendo Switch 2 could end up repeating the Wii U's flaws, but the Switch 2 is on track to put its predecessor to…

11 minutes ago



Nintendo Switch 2

Nintendo Switch 2 Needs to Steal an Idea From 1994

The Nintendo Switch 2 and its NSO subscription service could be improved by adding a feature that was originally pioneered in the 1990s.

55 minutes ago



Hyrule Warriors: Age of...

Big Upcoming Nintendo Switch 2 Exclusive Game Was Originally a Switch 1 Title

A source reveals that one of the Nintendo Switch 2's major upcoming first-party titles was originally being made for the original Switch.

50 minutes ago

✕ Remove Ads



GR

Join Our Team | Our Audience | About Us | Press & Events | Media Coverage | Contact Us

Follow Us

Advertising | Careers | Terms | Privacy | Policies



Link copied to clipboard

Ad

Document title: How Guerrilla Games&#39; Horizon Franchise Subverts the Sci-Fi Genre
Capture URL: https://gamerant.com/horizon-franchise-unique-guerrilla-games-subverts-sci-fi-genre/
Capture timestamp (UTC): Tue, 17 Jun 2025 16:26:26 GMT
Page 7 of 7