# Exhibit 16



| | |
|---|---|
| Document title: | Strange Horizons - Metagames: Horizon Zero Dawn Should Get a Hugo By Andrea Phillips |
| Capture URL: | http://strangehorizons.com/wordpress/non-fiction/columns/metagames-horizon-zero-dawn-should-get-a-hugo/ |
| Page loaded at (UTC): | Tue, 17 Jun 2025 16:27:29 GMT |
| Capture timestamp (UTC): | Tue, 17 Jun 2025 16:27:34 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 22 |
| Capture ID: | qwbM4KofpEskLoHGNBa7fT |
| Display Name: | johnathon.mann |

# STRANGE HORIZONS

ARCHIVES    ABOUT    DONATE    SUBMIT    AZIMUTH

Search

## CURRENT ISSUE
### 16 JUN 2025

FICTION

### Because I Held His Name Like a Key
By: Aimee Ogden

When I met the young Mr Turing, I had not yet ascended as Autumn's King. Nowadays it has become fashionable for the sons and daughters of the lesser fey gentry to improve their position in the shifting hierarchy of the Courts by virtue of intrigue, scandal, and the naked blade; but in those times, it was the custom to advance one's position through the collection of human bagatelles.

POETRY

### Women Who Crossed
By: Claudia Excaret Santos

When women cross the border, / coyotes get rooms at motels.

POETRY

### Why Some Towns Get Extra Bears
By: Amelia Gorman

With their noses shaped like rockets and ancient vacuum cleaners

REVIEWS

**Monday**: Major Arcana by John Pistelli
By: Catherine Baker

**Wednesday**: Bird Ornaments by Angel T. Dionne
By: Paul Chuks

**Friday**: Dengue Boy by Michel Nieva, translated by Rahul Bery
By: David Hebblethwaite

---

COLUMNS                                    SIZE ⊞ / ⊟ / ↺ / ⊚

# METAGAMES: *HORIZON ZERO DAWN* SHOULD GET A HUGO

**BY: ANDREA PHILLIPS**
**ISSUE: 3 JULY 2017**

In prior editions of Metagames, I've talked about how games have the artistic potential to put players through entirely different emotional experiences than non-interactive media. This isn't really a review column, but for once, I'd like to break precedent and discuss a single game at length, from multiple angles. This game is proof that the tools all exist already to make layered and powerful narratives native to digital media—artistic works that can scarcely be compared to anything that's come before.

That game is *Horizon Zero Dawn*. This game casts you as Aloy, a young hunter from the matriarchal Nora tribe. The world she lives in is a lush, almost primordial paradise—that humans share with dangerous, animal-like robots of mysterious origin.

On a surface, purely mechanical level, *Horizon Zero Dawn* (*HZD*) is an unremarkable game. It uses devices found widely in other modern PC and console games. There is a health bar; experience points and levels; combat via shooting, melee, or laying traps; dialogue trees; inventory. As in many RPGs, there are collectible items to find and sell. There's a unit of currency to collect, with which to gradually purchase better gear. There are flora and fauna to hunt for resources, and a crafting system. There is a parkour-like mechanic for climbing, and, as in an Assassin's Creed game, there are vantage points to climb that reveal new areas of the map.

None of this is particularly new, or even terribly interesting.

The genius of *HZD* is in how it relentlessly adds depth, meaning, or adventure to elements of the game that are familiar unto tedious. Hunting is a great example. In many games you can hunt and kill the wildlife. And in many games, you can craft new items with the meat, bones, and leather you obtain in this way. But I've always found that mechanic distasteful, emotionally too much like hunting for sport (even if the animals are pretend).

In *HZD*, though, hunting is the only way to obtain the scarce materials you need to advance and improve. And for once, it's in keeping with your character Aloy's origin as a hunter-gatherer. So hunting is transformed in *HZD* into a necessary reality, and it became something I didn't mind doing as a result. In the dozens of RPGs I've played over dozens of years, that's never once happened before.

## Going Through the Motions

There is one interesting mechanical change in *HZD*, and it's in how you shoot the bad guys. Typical games are basically all "press the button to fire," and have been since the days when there was only one round red button to press. Modern controllers have triggers as well as buttons, and increasingly these are used as the button to press to shoot, in order to create a motion that feels more resonant with firing a gun.

It doesn't have that same gestural resonance for firing arrows or casting fireball spells, but hey, you work with what you've got.

In *HZD*, though, the model for shooting an arrow is different enough that it took me a while to figure out how to do it *even while the instructions were written on the screen*, because it was so different from what I expected. Here's how it works: you pull one trigger to nock an arrow, and then then the trigger to loose.

---

Document title: Strange Horizons - Metagames: Horizon Zero Dawn Should Get a Hugo By Andrea Phillips
Capture URL: http://strangehorizons.com/wordpress/non-fiction/columns/metagames-horizon-zero-dawn-should-get-a-hugo/
Capture timestamp (UTC): Tue, 17 Jun 2025 16:27:34 GMT



Angel T. Dionne
By: Paul Chuks

**Friday**: Dengue Boy by Michel
Nieva, translated by Rahul Bery
By: David Hebblethwaite

READ ISSUE

ISSUE 9 JUN 2025

POETRY
# INFERTILE
# ORACLE By: sterling-
elizabeth arcadia

POETRY
# A JOURNEY
# THROUGH THE
# DYSTOPIAVERSE By:
Jason P. Burnham

REVIEWS
**Monday**:
# WATERBLACK BY
# ALEX PHEBY By:

Matthew Estevah **Wednesday**:

motion that feels more resonant with firing a gun.

It doesn't have that same gestural resonance for firing arrows or casting fireball spells, but hey, you work with what you've got.

In *HZD*, though, the model for shooting an arrow is different enough that it took me a while to figure out how to do it *even while the instructions were written on the screen*, because it was so different from what I expected. Here's how it works: you pull one trigger to nock an arrow, and then the other to draw the bow. You line up your shot, and then release the second trigger to let the arrow fly.

It's complicated, but the upshot is a system that feels viscerally like actually firing an arrow. The visual clues on screen as this takes place all help reinforce this sense of verisimilitude, too, from the way your focus gets narrower when you nock the bow to the trembling you see in Aloy's forearm from the strain of keeping the bow drawn if you're lining a shot up slowly and carefully, or patiently waiting for prey to come into view.

## Delivery Systems Matter

*HZD* is one of the most narratively complex works I've ever seen in a video game. There are three distinct stories being told here: one is about the apocalypse and how it came to pass; one is about the events of twenty years before the game, that set the immediate story in motion; and then there is the "contemporary" story of Aloy of the Nora tribe, who has a mysterious origin that connects her intimately to the distant past.

In many RPGs, you find epistolary evidence that fills you in on exposition or colorful detail. These are the diaries where an enterprising farmer tells where they've buried a treasure or hidden a key; news articles about the crimes of the villain you're about to confront; wizards or scientists describing just the key details of an experiment gone wrong that you'll need to know to survive the area before you. (Some games are self-aware about this tendency, too. *Witcher 3*'s expansion *Blood and Wine* lampshades this trope and features a journal from a bandit leader complaining about how all of his underlings are constantly scribbling in diaries, rather than conducting proper banditry.)

In *HZD*, the landscape is likewise littered with pieces of media that expand the narrative universe and fill you in on important facts that help you to navigate the world more effectively. But for the most part, these are digital artifacts from a time that is their ancient history (and our future to come). There are advertisements for futuristic dating services and luxury apartments, an obituary for the leader of a cult, news reports on the construction of a spacecraft.

And there is a wealth of multimedia content, too. Aloy doesn't just find text—she finds audio and video recordings, as disparate as a long-dead soldier's message to his family, private therapy sessions, recordings of what went down in a conference room long, long ago.

You learn about the past and the wider world in the same ways and at the same time as the character you're playing. There's no as-you-know-Bob here.

And everywhere you go, the past is there under your feet, inescapable. Here is a thing that can happen in *HZD*: you are climbing across a large stretch of rusted metal, overgrown with lichen and vines. Slowly you come to realize that you're walking along the wing of a downed aircraft. Or you venture down a straight, wide road and see the unmistakable silhouette of broken parking meters running along the side. Or you climb high into the mountains, and discover that the way is dotted with long-abandoned tanks, rusted and dormant but somehow still menacing.

These signs of the past-yet-to-come are everywhere in *HZD*, and they tell a story just as compelling as the story of Aloy and her struggle to find the truth of her heritage.

## Trust Issues

When you play a lot of video games, you get used to excusing elements of the game as necessary artifacts of the fact that it's a video game. There are always places where the fiction breaks down. Think about all of the fantasy RPGs whose entire economies seem to rely upon the exchange of tremendous volumes of rusty swords from adventurers, and where no food production seems to take place. Or the perplexing way that an enemy will steam forward to try to kill you even after you've easily dispatched its nine buddies. Or the implausible costuming

Document title: Strange Horizons - Metagames: Horizon Zero Dawn Should Get a Hugo By Andrea Phillips
Capture URL: http://strangehorizons.com/wordpress/non-fiction/columns/metagames-horizon-zero-dawn-should-get-a-hugo/
Capture timestamp (UTC): Tue, 17 Jun 2025 16:27:34 GMT

Page 2 of 21

REVIEWS

**Monday**:

# WATERBLACK BY ALEX PHEBY By:

Matthew Eatough, **Wednesday**:

# THE WHEEL OF TIME SEASON 3 By: Marina Berlin, **Friday**:

# COLD ETERNITY BY S.A. BARNES By: Shannon Fay

READ ISSUE



ISSUE 8 JUN 2025

FICTION

# VIEW WINDOW By:

A. T. Greenblatt

FICTION

## The Ache of Hollow Places By: Avra Margariti

POETRY

# SPACE WORM POEM By: Libby Graham

## Trust Issues

When you play a lot of video games, you get used to excusing elements of the game as necessary artifacts of the fact that it's a video game. There are always places where the fiction breaks down. Think about all of the fantasy RPGs whose entire economies seem to rely upon the exchange of tremendous volumes of rusty swords from adventurers, and where no food production seems to take place. Or the perplexing way that an enemy will steam forward to try to kill you even after you've easily dispatched its nine buddies. Or the implausible costuming choices made by anyone you could reasonably call a "boss."

In *HZD*, there were numerous elements that at first seemed like that—places where the game was using creative license to be cool, or conserve development resources, but that instead wound up being pivotal clues about the deeper narrative. The game rewards you for trusting it to know what it's doing.

Here's an example: there are enormous squid-like robots, each seemingly the size of a city, located in a few spots on the world-view map. They're half-buried in the earth, their metal tentacles motionless. I won't lie, it looks really cool. But I never expected an explanation. It just seemed like a neat piece of world-building.

And yet explanations were forthcoming—layers and layers of them. One of these squid-titans is clutching your tribe's holy place, All-Mother Mountain. There's a myth among the Nora people about the All-Mother saving them from a Metal Devil. Later, you learn exactly what those dead titans were. Later still, you discover why their husks are precisely where they are. Layers and layers of meaning reveal themselves to you, more the longer you keep searching.

Similarly, the ecosystems of the game seem much too simple. I can name for you all of the kinds of animals that exist in *Horizon Zero Dawn*: rats, salmon, trout, rabbits, foxes, raccoons, turkeys, geese, boars. That's all. There's nothing so large as a deer in all the world, excepting robots. (Though some of those robots seem very like giant deer, or crocodiles, or ostriches.) But this simplicity isn't just a ploy to limit development resources. It's a pivotal clue about the world Aloy finds herself in—a subtle indicator of the grand truth that underpins the story.

And the racial mix of the populace is broad and non-geographical. People of color are represented widely and often. This would at first seem like social justice in action, a way for a game to sidestep race issues entirely and show representation. And if that were the case, I'd laud that creative decision! But here, again, is another clue. The truth is everywhere. The whole world is telling you the story, once you know how to look for it.

## Science Fiction at Its Best

Let's talk about that story, because this is where *Horizon Zero Dawn* shines brightest. I won't dance around my point here: *Horizon Zero Dawn* is among the freshest, most moving, most topical works of science fiction I've seen in years.

The Hugos don't have a games category, and works like this are a brilliant example of why there should be one. Games like *Horizon Zero Dawn* are doing things that have never been done before. If *Horizon Zero Dawn* isn't on the ballot for Best Dramatic Presentation (Long Form) next year, that will be a crying shame, because it is a stunningly award-worthy work, as intricately woven as past Hugo winners like *Hyperion* or *Rainbows End*, and miles more complex or interesting than, yeah, another Star Wars film, or yeah, another Marvel film.

There will be some spoilers from here on out as I describe why.

At its heart, *Horizon Zero Dawn* is about a post-apocalyptic world that can't quite escape the apocalypse. The societies in it are smart and have adapted well to the only reality they've ever known; where our ancient societies adorned ourselves and houses with vines and flowers, in *HZD*, ornamentation with circuit boards is par for the course. They aren't high-tech themselves, but they've learned to use the metal and wiring of the machines just like our ancestors learned to use the bones and hide of flesh animals. And everywhere you go there are ruins of skyscrapers, highways, war machines.

The question of what happened here and why hangs over the game like a dark shadow. It's obvious that at some point, our world came to a calamitous halt. But gradually, you and Aloy

POETRY

# SPACE WORM POEM By: Libby Graham

POETRY

# A MERMAID FALLS IN LOVE WITH ICARUS By:

Elena Sichrovsky

POETRY

In the Year of the Wedding By: Lalini Shanela Ranaraja

POETRY

Do Ghosts Have Department Stores? By: Brittany Decker

ARTICLES, NON-FICTION

# THE WILD COURAGE OF DESPAIR By: Ian Muneshwar

REVIEWS

Sunday: WILLIAM HOPE HODGSON AND THE RISE OF THE WEIRD: POSSIBILITIES OF THE DARK BY TIMOTHY S. MURPHY By: Daniel A. Rabuzzi, Tuesday: MICKEY7 BY EDWARD

*HZD* elaborates on with a pursuit both subtle and profound. Robots don't march themselves, but they've learned to use the metal and wiring of the machines just like our ancestors learned to use the bones and hide of flesh animals. And everywhere you go there are ruins of skyscrapers, highways, war machines.

The question of what happened here and why hangs over the game like a dark shadow. It's obvious that at some point, our world came to a calamitous halt. But gradually, you and Aloy discover that the apocalypse was even worse than you could have imagined. The ancients—that's us—accidentally set off an unstoppable chain reaction that only ends with the biosphere completely shut down. Robots were going to eat life, completely.

Once you learn this, you also hear about Project Zero Dawn, presumably the reason Aloy is able to ask these questions. Because obviously the world *didn't* end. She's there, isn't she? But slowly you discover that the answers are bleak. That there was no way to avert the end. That the earth *was* killed, and billions of lives extinguished.

But the ancients planted a seed in the hopes that after the death of humanity and the death of the earth, new life would come again—and in time, people might be reborn. The story of *Horizon Zero Dawn*, and the story of Aloy, is the struggle to protect that fragile new ecosystem and those fledgling cultures who have been planted in the dead husk of what came before.

*Horizon Zero Dawn* speaks to some of the pressing questions of our time. The Swarm that devours the world works both as a metaphor for the risks of autonomous military machines and for climate change. This game deals with questions of responsibility, and how the present is always inescapably shaped by the past, no matter how hard we try to escape our legacy. It's a game about whether knowledge is dangerous, whether faith is dangerous, whether humanity can become less savage than our predecessors, and stay that way.

It's a good question, isn't it?

## Let's Wrap This Up

I could rhapsodize at much further length, because this is a game that rewards scrutiny. There are characters in *Horizon Zero Dawn* you don't see every day; most notably, there is a twist on the wizard-like mentor, who is uncommunicative and completely lacking in empathy. There is the touching story of a man mourning his mother and his misspent youth at the end of the world. I cannot overstate the emotional punch of imagining what it was like to be on Project Zero Dawn, knowing the world was dying, and knowing that you couldn't stop it. The beauty of the trees and sky, the way the wind ripples over fields of grass.

This is a game that makes you laugh, and weep, and think big thoughts.

I confess I don't genuinely expect it to be on the Hugo ballot, the voting body being what it is, and the barrier to entry on console games being what it is. But this is truly an important contribution to the body of games and to the body of science fiction. If you can play it, do so.

This is what we can do right now. This is art.

Like this:

☆ Like    2 likes

© Copyright 2017 By: Andrea Phillips

### ABOUT ANDREA PHILLIPS

Andrea Phillips is an award-winning game designer and author. Her debut novel is the snarky SF thriller *Revision*, which totally got good reviews and everything. You can find Andrea on Twitter at @andrhia. I mean, if you like that sort of thing.

**MURPHY** By: Daniel A.

Rabuzzi, **Tuesday**:

# MICKEY7 BY
# EDWARD
# ASHTON AND
# MICKEY17 By: Amritesh

Mukherjee, **Wednesday**: **The
River Has Roots by Amal El-
Mohtar** By: Archita Mittra

READ ISSUE



ISSUE 2 JUN 2025

POETRY

# HANSEL &
# GRETEL PART
# WAYS By: Ziggy Edwards

POETRY

# CUSTOMER
# SERVICE
# REPRESENTATIVE'S
# NOTES ON SOUL
# PROCESSING By:

### ABOUT ANDREA PHILLIPS

Andrea Phillips is an award-winning game designer and author. Her debut novel is the snarky SF thriller *Revision*, which totally got good reviews and everything. You can find Andrea on Twitter at @andrhia. I mean, if you like that sort of thing.

SERVICE
REPRESENTATIVE'S
NOTES ON SOUL
PROCESSING By:

Dana Wall

PODCASTS

PODCAST: 'A
CITY ON ITS
TENTACLES' By: R.B.
Lemberg
Podcast read by: Jenna Hanchey

REVIEWS

Monday: THE SEA
GIVES UP THE
DEAD: STORIES
BY MOLLY
OLGUÍN By: Elizabeth A.
Allen, Wednesday:
DREAM OF THE
BIRD TATTOO BY
JUAN J.
MORALES By: Tristan
Beiter, Friday: PERI PERI
PAPRIKA BY
LEANNE SU By: Eric
Hendel

READ ISSUE





ISSUE 26 MAY 2025

POETRY

## LEGO RHAPSODY By: Faye Susan

POETRY

## R/ASK PHYSICS: CAN A LIGHT BE BRIGHT ENOUGH TO SHINE THROUGH A HUMAN BODY WITHOUT DAMAGING IT? By:

Tara Labovich

ARTICLES, NON-FICTION

## NEITHER GIRLS NOR FRIENDS: THE ARTIFICIAL WOMAN IN AMERICAN

# THE ARTIFICIAL WOMAN IN AMERICAN SCIENCE FICTION By: William Shaw

FICTION

# HOW TO DISPOSE OF A DEAD ALBATROSS By: Octavia Cade

PODCASTS, SH@25

# SH@25 EPISODE 13: A CONVERSATION WITH NGHI VO By: Kat Kourbeti
By: Nghi Vo

REVIEWS

Monday: # THE MIRES BY TINA MAKERETI By: Octavia Cade, Wednesday: # ORIGINS OF DESIRE IN ORCHID FENS BY LYNN HUTCHINSON LEE By: Kyle R. Garton, Friday: # HOW TO SURVIVE THIS

Document title: Strange Horizons - Metagames: Horizon Zero Dawn Should Get a Hugo By Andrea Phillips
Capture URL: http://strangehorizons.com/wordpress/non-fiction/columns/metagames-horizon-zero-dawn-should-get-a-hugo/
Capture timestamp (UTC): Tue, 17 Jun 2025 16:27:34 GMT
Page 8 of 21

# HUTCHINSON LEE

By: Kyle R. Garton,

Friday: **HOW TO SURVIVE THIS FAIRYTALE BY S. M. HALLOW** By: Hana Carolina

READ ISSUE



ISSUE 19 MAY 2025

PODCASTS

# PODCAST: 'HALF SICK OF SHADOWS' By: Elle Engel

Podcast read by: Emmie Christie

POETRY

# THE ADMIRAL PUB PINBALL REPAIRMAN REPAIRS WITCH MOUNTAIN By: M.C. Childs

# REPAIRMAN REPAIRS WITCH MOUNTAIN
By: M.C. Childs

POETRY

# RABBIT DELUSION WITH DESIRE LINE
By: Em Setzer

REVIEWS

Monday: **THE STRANGE CASE OF JANE O. BY KAREN WALKER THOMPSON**
By: Jenny Hamilton, Wednesday: **YOU, FROM BELOW BY EM J. PARSLEY**
By: Phoenix Scholz, Friday: **EXIT ZERO BY MARIE-HELENE BERTINO**
By: Anushree Nande

READ ISSUE



ISSUE 12 MAY 2025



ISSUE 12 MAY 2025

FICTION

## FIVE THINGS YOU CAN SEE By: Nadia Radovich

POETRY

## INSTRUCTIONS FOR BORROWING TIME By: Subham Rai

POETRY

## STRANGER By: Vivian Estelle McMeekin

PODCASTS, SH@25

## SH@25 EPISODE 12: A CONVERSATION WITH NAOMI KRITZER By: Kat Kourbeti

By: Naomi Kritzer

REVIEWS

Monday: **THE WEST PASSAGE BY**

REVIEWS

**Monday:** **THE WEST PASSAGE BY JARED PECHAČEK** By: Electra Pritchett, **Wednesday:** **THE RAVEN SCHOLAR BY ANTONIA HODGSON** By: Bill Capossere, **Friday:** **THE FROZEN PEOPLE BY ELLY GRIFFITHS** By: Sneha Pathak

READ ISSUE



ISSUE 5 MAY 2025

FICTION

**EVERYTHING WE LOST IN THE APOCALYPSE** By: Mar Vincent

# EVERYTHING WE LOST IN THE APOCALYPSE By:

Mar Vincent

POETRY

# THE STRANGERS CAME By: Adam Ford

POETRY

# COME BACK WRONG By: Izzy

Wasserstein

AZIMUTH, EDITORIALS

# CALL FOR VOLUNTEERS: WEBMASTER By:

Gautam Bhatia

REVIEWS

Monday: THYME TRAVELLERS: AN ANTHOLOGY OF PALESTINIAN SCIENCE FICTION EDITED BY SONIA SULAIMAN By:

Akankshya Abismruta,
Wednesday: SKY FULL OF ELEPHANTS BY CEBO CAMPBELL By: Vivian

Wagner, Friday: DON'T

**BY CEBO CAMPBELL** By: Vivian Wagner, Friday: **DON'T LET THE FOREST IN BY C. G. DREWS** By: Cameron Miguel

READ ISSUE



ISSUE 21 APR 2025

POETRY
# LOW FLYING OWLS By: K. Meera

POETRY
# ENTANGLED HEARTS: THE QUANTUM MECHANICS OF LOVE By: Massimo Mitolo

FICTION
# NIAN: A NEW YEAR STORY

Document title: Strange Horizons - Metagames: Horizon Zero Dawn Should Get a Hugo By Andrea Phillips
Capture URL: http://strangehorizons.com/wordpress/non-fiction/columns/metagames-horizon-zero-dawn-should-get-a-hugo/
Capture timestamp (UTC): Tue, 17 Jun 2025 16:27:34 GMT

# LOVE By: Massimo Mitolo

FICTION

# NIAN: A NEW YEAR STORY By:

**Leeyee Lim**

FICTION, PODCASTS

# PODCAST: BY SALT, BY SEA, BY LIGHT OF STARS By: **Premee Mohamed**

Podcast read by: **Kat Kourbeti**

REVIEWS

Monday: DEATH OF THE AUTHOR BY NNEDI OKORAFOR By: **Kyle R. Garton,** Wednesday: SALUTATION ROAD BY SALMA IBRAHIM By: **Paul Chuks,** Friday: THIS CURSED HOUSE BY DEL SANDEEN By: **David Lewis**

READ ISSUE



ISSUE 14 APR 2025

POETRY
## SKINK SONG By:
Edryd Bowmer

POETRY
## THE CHURCH AT THE EDGE OF TIME By: Angela Liu

AZIMUTH
## NOVELETTE SUBMISSION GUIDELINES Strange Horizons

FICTION
## PANDORA'S FORMULA By: Hannah Yang

AZIMUTH
## INDIGENOUS AUTHOR SUBMISSIONS Strange

AZIMUTH

# INDIGENOUS AUTHOR SUBMISSIONS Strange Horizons

PODCASTS, SH@25

# SH@25 EPISODE 11: A CONVERSATION WITH CHARLIE JANE ANDERS By:

**Kat Kourbeti**
By: **Charlie Jane Anders**

REVIEWS

Monday: **NEW ADVENTURES IN SPACE OPERA EDITED BY JONATHAN STRAHAN** By: **Stephen Case**, Wednesday: **EXODUS: THE ARCHIMEDES ENGINE BY PETER F. HAMILTON** By: **Matt Hilliard**, Friday: **SHE WHO KNOWS BY NNEDI OKORAFOR** By: **Racheal**

# WHO KNOWS BY NNEDI OKORAFOR

By: **Racheal Chie**

READ ISSUE



ISSUE 7 APR 2025

FICTION

# NO ONE DIES OF LONGING

By: **Anjali Sachdeva**

POETRY

# CIRCUMBENDIBUS

By: **Wamuhu Mwaura**

POETRY

# REAPER

By: **Mary Soon Lee**

PODCASTS

# PODCAST: BRIDE / BUTCHER / DOE

By: **Lowry Poletti**

Podcast read by: **Emmie Christie**

REVIEWS

Monday:

/ BUTCHER /
DOE By: **Lowry Poletti**

Podcast read by: **Emmie Christie**

REVIEWS

**Monday**:

# SCHRÖDINGER'S WIFE (AND OTHER POSSIBILITIES) BY PIPPA GOLDSCHMIDT By:

**Octavia Cade**, **Wednesday**: **J. G. BALLARD'S CRASH BY PAUL MARCH-RUSSELL AND KEITH ROBERTS'S PAVANE: A CRITICAL COMPANION BY PAUL KINCAID** By:

**Adam Roberts**, **Friday**:

# ALIEN CLAY BY ADRIAN TCHAIKOVSKY By:

**Eric Primm**

READ ISSUE

READ ISSUE



About

Masthead

Contributors

Donate

RSS Feeds

Submit

## CATEGORIES

Art

Comics

Fiction

Reprint

Strange Lusts

Non-Fiction

100African

Articles

Azimuth

Columns

Reviews

Podcasts

Critical Friends

SH@25

Writing While
Disabled

Poetry

*Strange Horizons* is a weekly magazine of and about speculative fiction. We publish fiction, poetry, reviews, essays, interviews, and art. For more information, see our about page. All material in *Strange Horizons* is copyrighted to the original authors and may not be reproduced without permission.

## SUPPORT US

DONATE NOW

## CONNECT WITH US

   

Document title: Strange Horizons - Metagames: Horizon Zero Dawn Should Get a Hugo By Andrea Phillips
Capture URL: http://strangehorizons.com/wordpress/non-fiction/columns/metagames-horizon-zero-dawn-should-get-a-hugo/
Capture timestamp (UTC): Tue, 17 Jun 2025 16:27:34 GMT

About
Masthead
Contributors
Donate
RSS Feeds
Submit

## CATEGORIES

Art
Comics
Fiction
Reprint
Strange Lusts
Non-Fiction
100African
Articles
Azimuth
Columns
Reviews
Podcasts
Critical Friends
SH@25
Writing While
Disabled
Poetry

*Strange Horizons* is a weekly magazine of and about speculative fiction. We publish fiction, poetry, reviews, essays, interviews, and art. For more information, see our about page. All material in *Strange Horizons* is copyrighted to the original authors and may not be reproduced without permission.

## SUPPORT US

DONATE NOW

## CONNECT WITH US



All content © Strange Horizons unless noted
Website by Matthew Kressel / Sunray Computer
Logo and icons by Kris Dikeman

Document title: Strange Horizons - Metagames: Horizon Zero Dawn Should Get a Hugo By Andrea Phillips
Capture URL: http://strangehorizons.com/wordpress/non-fiction/columns/metagames-horizon-zero-dawn-should-get-a-hugo/
Capture timestamp (UTC): Tue, 17 Jun 2025 16:27:34 GMT