# Exhibit 18



| | |
|---|---|
| Document title: | Newly Announced Open-World Survival Game Looks Like a Major Horizon Rip-Off |
| Capture URL: | http://web.archive.org/web/20250728230852/https://www.cbr.com/light-of-motiram-open-world-survival-horizon-rip-off/ |
| Page loaded at (UTC): | Thu, 18 Sep 2025 21:09:26 GMT |
| Capture timestamp (UTC): | Thu, 18 Sep 2025 21:10:43 GMT |
| Capture tool: | 10.60.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 5 |
| Capture ID: | pxK96F8jHnhD22Junk3tb2 |
| Display Name: | johnathon.mann |

INTERNET ARCHIVE
Wayback Machine
2 captures
12 Jan 2025 - 28 Jul 2025

☰  **CB R**

Trending | The CW | MCU, DCU & More | Dragon Ball | Lord of the Rings | Procedurals & Dramas | Westerns | Zelda



# Newly Announced Open-World Survival Game Looks Like a Major Horizon Rip-Off

By Sophie Ulanoff — Published Dec 2, 2024

🔖 Follow  👍 Like  💬 Thread

Sign In To Your **CBR** Account 👤

Polaris Quest, a subsidiary of Tencent, announced last week their very own open-world survival craft game and players can't help but notice its glaring similarities to Guerilla's hit franchise, *Horizon*. *Light of Motiram* is described as taking place in a "world overrun by colossal machines," not unlike the PlayStation series it seems to have borrowed much inspiration from.

Polaris Quest hasn't shared a release date, but at the moment players can wishlist *Light of Motiram* on Steam. Polaris Quest has shared that the game will also be available on iOS, Android, and PS5, along with a reveal trailer and 16 minutes of gameplay that don't help its case.

**RELATED**



**Newly Released Plague Inc. Sequel Asks Players To Rebuild The World**

After destroying humanity in Plague Inc. players can now rebuild it in Ndemic Creations' latest game After Inc.

## Light of Motiram's Colossal Machines Bear a Striking Resemblance to Those Found in Horizon

**TRENDING NOW**


**Studio Ghibli Brings Spirited Away's Rainy-Night Magic Into the Home With Official No-Face...**


**A 30-Year-Old Vietnam-Era Classic With 1 of Cinema's Coldest Endings Lands on Peacock Next Month**


**Netflix's Most Popular Dark Fantasy Anime Takes a Disappointing Step Back**

**TRENDING NOW**



**Studio Ghibli Brings Spirited Away's Rainy-Night Magic Into the Home With Official No-Face...**



**A 30-Year-Old Vietnam-Era Classic With 1 of Cinema's Coldest Endings Lands on Peacock Next Month**



**Netflix's Most Popular Dark Fantasy Anime Takes a Disappointing Step Back**

The *Horizon* series is often described as having "mechanical dinosaurs," when, in actuality, all the machines are modeled after real-life animals — now long extinct in the series' canon. There's lore and a reason why the machines look the way they do in Horizon; spoilery lore that players can find out for themselves if they'd so like. But regardless, it's more than just a design choice; it weaves into the actual plot. ***Light of Motiram* is extremely liberal in its borrowing of these designs, seemingly for no reason**.

Those at Eurogamer were the first to notice this bold choice, and neither Tencent nor Polaris Quest have commented. The design of *Light of Motiram*'s machines is a clear issue, the color palette not even something they bothered to change. Aside from the machines who have very clear counterparts living in the *Horizon* series, there are also the tribal communities.

There are several tribal factions in *Horizon*, all of which integrate machine parts into their everyday wear and armor. ***Light of Motiram*'s own tribal groups not only look strikingly similar to those found in *Horizon*** — specifically the Utaru and Banuk — but they even use machine parts to supplement their armor and outfits. The model designs created by Polaris Quest have very clearly taken from Guerilla's own creations for both the giant machines they boast, as well as the NPCs that occupy

wear and armor. *Light of Motiram*'s own tribal groups not only look strikingly similar to those found in *Horizon* — specifically the Utaru and Banuk — but they even use machine parts to supplement their armor and outfits. The model designs created by Polaris Quest have very clearly taken from Guerilla's own creations for both the giant machines they boast, as well as the NPCs that occupy the world. Even the post-apocalyptic landscape looks like it's pulled straight out of the world Guerrilla has crafted for the *Horizon* series.

While Polaris Quest and Tencent have chosen to ignore those calling foul, it's doubtful they will be able to get away without commenting on the accusations for long. With more of the community continuing to notice the similarities, and *Horizon* being one of PlayStation's biggest flagship titles, *Light of Motiram* could have a bumpy road ahead.

Source: Eurogamer

### TRENDING NOW


**Studio Ghibli Brings Spirited Away's Rainy-Night Magic Into the Home With Official No-Face...**


**A 30-Year-Old Vietnam-Era Classic With 1 of Cinema's Coldest Endings Lands on Peacock Next Month**


**Netflix's Most Popular Dark Fantasy Anime Takes a Disappointing Step Back**

Games    horizon zero dawn    open world

🔖 Follow    👍 Like    ➦ Share

## 💬 THREAD

Sign In To Your CBR Account 👤

We want to hear from you! Share your opinions in the thread below and remember to keep it respectful.

Be the first to post

**This thread is open for discussion.**
Be the first to post your thoughts.

Terms | Privacy | Feedback

## 🔥 RECOMMENDED

**Elon Musk Wants His New AI Company to Make Their Own Video Games**
Elon Musk posted on X saying how he wants his company xAI to start making video games to
Nov 30, 2024

**10 Best Retro Video Game Consoles of All Time, Ranked**
The Nintendo Entertainment System and Sega Genesis are some of the best retro video game
4 days ago    12

**It's the End of an Era for Palworld and Pocketpair**
Palworld has made numerous changes in response to lawsuits, but Nintendo's latest actions
4 days ago    19

**The Chainsaw Man Movie Is About to Have a Serious Fan-Service Problem**
Chainsaw Man: The Movie - Reze Arc can't escape the controversial nature of its source material.
2 hours ago

**The Boys Creator's Next Ultra-Violent Story Is Getting a Movie Adaptation**
The Boys is coming to an end, but its creator's next adaptation has just gotten an exciting
3 hours ago

**After Rewatching Supernatural, I Finally Realized Why This 19-Year-Old Episode Is Still the Show's Scariest**
Supernatural has some truly chilling moments and episodes, but its most chilling remains the most
1 hour ago



💬 **THREAD**

Sign In To Your **CBR** Account 👤

We want to hear from you! Share your opinions in the thread below and remember to keep it respectful.

| 👤 | Be the first to post |



**This thread is open for discussion.**

Be the first to post your thoughts.

Terms | Privacy | Feedback

🔥 **RECOMMENDED**



**Elon Musk Wants His New AI Company to Make Their Own Video Games**

Elon Musk posted on X saying how he wants his company xAI to start making video games to

Nov 30, 2024

**10 Best Retro Video Game Consoles of All Time, Ranked**

The Nintendo Entertainment System and Sega Genesis are some of the best retro video game

4 days ago    12

**It's the End of an Era for Palworld and Pocketpair**

Palworld has made numerous changes in response to lawsuits, but Nintendo's latest actions

4 days ago    19

**The Chainsaw Man Movie Is About to Have a Serious Fan-Service Problem**

Chainsaw Man: The Movie - Reze Arc can't escape the controversial nature of its source material.

2 hours ago

**The Boys Creator's Next Ultra-Violent Story Is Getting a Movie Adaptation**

The Boys is coming to an end, but its creator's next adaptation has just gotten an exciting

3 hours ago

**After Rewatching Supernatural, I Finally Realized Why This 19-Year-Old Episode Is Still the Show's Scariest**

Supernatural has some truly chilling moments and episodes, but its most chilling remains the most

1 hour ago

Join Our Team | Our Audience | About Us | Press & Events | Contact Us

**Follow Us**   ▶ f 📷 𝕏 🎵 in

Advertising | Careers | Terms | Privacy | Policies

**CBR** is part of the **Valnet Publishing Group**

Copyright © 2025 Valnet Inc.

---

Document title: Newly Announced Open-World Survival Game Looks Like a Major Horizon Rip-Off
Capture URL: http://web.archive.org/web/20250728230852/https://www.cbr.com/light-of-motiram-open-world-survival-horizon-rip-off/
Capture timestamp (UTC): Thu, 18 Sep 2025 21:10:43 GMT