# Exhibit 19



| | |
|---|---|
| Document title: | New Tencent Game Accused of Copying Guerrilla's Horizon Series |
| Capture URL: | http://web.archive.org/web/20250728230852/https://gamerant.com/light-of-motiram-tencent-game-copy-horizon-guerrilla/ |
| Page loaded at (UTC): | Thu, 18 Sep 2025 21:23:20 GMT |
| Capture timestamp (UTC): | Thu, 18 Sep 2025 21:24:13 GMT |
| Capture tool: | 10.60.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 6 |
| Capture ID: | gqfdfopGXXZjsXfVykSqPp |
| Display Name: | johnathon.mann |

INTERNET ARCHIVE
WaybackMachine
https://gamerant.com/light-of-motiram-tencent-game-copy-horizon-guerrilla/
Go
6 captures
28 Nov 2024 - 30 Jul 2025
APR    JUL    AUG
2024    28    2026
       2025
About this capture

≡    GAME**RANT**

DB    Sign In Now

Trending    Game Rant Advance    Wuchang: Fallen Feathers    DK Bananza    Tony Hawk 3+4    PEAK    Umamusume    Coming Soon

# New Tencent Game Accused of Copying Guerrilla's Horizon Series



 By Viraaj Bhatnagar • Published Nov 28, 2024

🔖 Follow    👍 Like    💬 Thread  3

Sign In To Your Game Rant Account  👤

## RELATED

 **How Horizon 3's Approach to the Tribes Could Differ Greatly From Zero Dawn, Forbidden...**

 **Study Reveals the Average Age of Final Fantasy Fans**

 **8 Games Where You Don't Know You're The Villain**

## ☰ SUMMARY

- Light of Motiram, a new Tencent game, is being accused of blatantly lifting ideas from Guerrilla Games' Horizon series.
- Gamers believe Light of Motiram copies various Horizon aspects, such as a post-apocalyptic setting, mechanized animals, and even a redhead character who uses a bow and arrow.
- Light of Motiram differentiates itself from Horizon by offering co-op and base building mechanics, but many gamers wonder if legal action from Sony against Tencent is possible.

A newly-revealed Tencent game dubbed *Light of Motiram* is receiving criticism from gamers online due to its blatant similarities to Guerrilla Games' renowned **Horizon** series. While it isn't unusual for games to draw inspiration from existing critically-acclaimed titles, the *Horizon* influence in *Light of Motiram* is a bit overbearing, to say the least.

Despite being less than a decade old, the *Horizon* series has gained significant prominence among PlayStation's roster of award-winning IPs. The franchise's debut game, *Horizon Zero Dawn*, was lauded by players for its beautiful post-apocalyptic setting, which could turn lethal in moments thanks to the mechanized animals prowling the landscape. *Horizon Zero Dawn* ultimately sold over 24 million copies and spawned a highly successful franchise in the process. Guerrilla confirmed last year that it's working on 16 *Horizon* projects.

## RELATED



### How Horizon 3's Approach to the Tribes Could Differ Greatly From Zero Dawn, Forbidden West

Guerrilla Games' inevitable Horizon 3 could take a different route in addressing conflicts with post-apocalyptic tribes from prior Horizon games

💬 3

*Horizon's setting is rather unique, so if any game were to draw inspiration from it, it'd be quite obvious*

## TRENDING NOW

 **Boruto: Konoha's New Hokage Has Already Been Confirmed, And It Isn't Sarada**

 **Great News for Friday the 13th Fans (+ Rematch, PS5 and More News)**

 **All Pokemon Legends: Z-A Trainers Leaked to Use Mega Evolution So Far**

Document title: New Tencent Game Accused of Copying Guerrilla&#39;s Horizon Series
Capture URL: http://web.archive.org/web/20250728230852/https://gamerant.com/light-of-motiram-tencent-game-copy-horizon-guerrilla/
Capture timestamp (UTC): Thu, 18 Sep 2025 21:24:13 GMT



addressing conflicts with post-apocalyptic tribes from prior Horizon games

💬 3

**TRENDING NOW**


**Boruto: Konoha's New Hokage Has Already Been Confirmed, And It Isn't Sarada**


**Great News for Friday the 13th Fans (+ Rematch, PS5 and More News)**

**All Pokemon Legends: Z-A Trainers Leaked to Use Mega Evolution So Far**

*Horizon*'s setting is rather unique, so if any game were to draw inspiration from it, it'd be quite obvious. That's exactly what's happening with *Light of Motiram*, which was revealed very recently. Developed by Tencent subsidiary Polaris Quest, Light of Motiram's Steam page touts it as an open-world adventure game set in a world where "human civilization has ceased to exist" and "nature meets machine." This initial description already hints at some influence from the *Horizon* series, but *Light of Motiram* **takes it multiple steps further**.

## Light of Motiram Looks Extremely Similar to Horizon Zero Dawn and Forbidden West







The preview images of *Light of Motiram*'s world bear a striking semblance to the Horizon games, right down to the lush green scenery, mechanized animals, and primitive human settlements. There's even a female character who has red hair and wields a bow and arrow, much like Aloy, the protagonist of the *Horizon* series. The robotic beasts (dubbed "Mechanimals") can also be befriended and tamed, marking yet another similarity to the override mechanic for the machines in *Horizon* games. Glaring likeness aside, *Light of Motiram* does differentiate itself from the *Horizon* series in a few important ways, such as co-op multiplayer functionality with up to nine players and the ability to build shelters.

Still, *Light of Motiram* has been subject to extensive flak for its liberal inspiration from the *Horizon* games. Many have even been pondering whether Guerrilla Games and Sony have grounds to pursue legal action against Polaris Quest and Tencent. It wouldn't be all that unfathomable, since Nintendo sued *Palworld* developer Pocket Pair a few months ago for alleged patent infringement of certain gameplay mechanics. *Light of Motiram* is currently scheduled for a 2025 release on PC and mobile, but that could change if Sony decides it flew too close to the sun.


**Horizon**



## Horizon

The Horizon franchise follows Aloy as she is forced to contend with a series of powerful, towering robotic creatures in a post-apocalyptic landscape. The third-person action-RPG has already seen a sequel with Horizon: Forbidden West and gives players the freedom to explore the open world as they see fit.



Video Games    Horizon    Horizon Zero...

🔖 Follow        👍 Like        ➤ Share

### TRENDING NOW


**Boruto: Konoha's New Hokage Has Already Been Confirmed, And It Isn't Sarada**


**Great News for Friday the 13th Fans (+ Remation, PS5 and More News)**


**All Pokemon Legends: Z-A Trainers Leaked to Use Mega Evolution So Far**

---

 **THREAD** 3

Sign In To Your Game Rant Account 👤

We want to hear from you! Share your opinions in the thread below and remember to keep it respectful.

### What do you make of Light of Motiram and its similarities to Horizon?

 **Viraaj** Nov 28, 2024

Polaris Quest could've at least tried to be a bit more subtle about the Horizon influence in Light of Motiram. Judging by the reactions online, I fear it's not going to go well for Light of Motiram, even if Sony doesn't pursue legal action.

> 👤 Reply / Post

Sort by: [Popular ▾]

 **SRMember**

2024-11-29 15:24:47

Don't see a lawsuit unless Sony, like Nintendo, has a patent they can claim is being violated.
Look and feel lawsuits under trade dress laws are hard to win and copyright only covers the actual code. You can't copyright the *idea* of animal-shaped robots any more than you can Copyright the idea of powersuited characters or demolition-derby car games.

That leaves trademark and that is more of a market confusion thing. If anything, it might hurt Sony if and when they release a Horizon online multiplayer game.

Sony can't even try to outspend them in eternal litigation because TENCENT has deeper pockets than they do.

As is, the copying is only skin deep; the Tencent game is different in all the ways that matter. Game category, gameplay, target market, and (apparently) monetization as it is a live service game. If anything, ARK might have a better case. For all we know the thing started out as a clone of ARK and got a Horizon facelift later.

Specifically, the game presents as a post apocalyptic survival game with coop, crafting, creature capture and "training". None of those apply to *existing* Horizon games.

---

better case. For all we know the thing started out as a clone of ARK and got a Horizon facelift later.

Specifically, the game presents as a post apocalyptic survival game with coop, crafting, creature capture and "training". None of those apply to *existing* Horizon games.

Depending on when Tencent started work on their game and Sony started work on their unreleased live service game, Tencent might even have a better case on a countersuit. 😁

Best guess is Sony has to grin and bear it.
At least they now know it feels like to have a Chinese company shamelessly copy your product. (look up Chery Cars.) This is neither the first not the last time China, Inc does it to a successful global company.

(Edited)

⬆ 2  ⬇  ↩  🔗 Copy

**Trey**

2024-12-02 10:37:54

Didn't they do the same thing with a world of warcraft ripoff? These guys aren't even trying to be subtle

⬆  ⬇  ↩  🔗 Copy

**gameovr360**

2024-11-29 14:38:31

This actually looks better than Horizon in every way

⬆  ⬇  ↩  🔗 Copy

Terms | Privacy | Feedback

## ⭐ POPULAR



**Dungeons and Dragons: All Classes, Ranked By Beginner-Friendliness**
By Amy Cowley
6 days ago    💬 11

**PS Plus Monthly Games for August 2025 Wish List**
By J. Scott Thurlow
3 days ago    💬 17


**New Steam Petition Is Blowing Up**
By Eric Law
5 days ago    💬 11


**Oblivion Remastered Hits Huge Player Count Milestone**
By Daniel Morris
3 days ago


**Horizon 3 Might Have a Great Excuse to Mimic a Key Zelda: Tears of the Kingdo...**
By J. Scott Thurlow
2 days ago

## 🔥 RECOMMENDED



**Pokemon Fan Art Imagines New Eeveelution Made by Sholdier Fusing With**

**Stephen King Praised This 'Clever' And 'Suspenseful' Sci-Fi TV Thriller With Only**


**Helldivers 2 Just Proved One Supply Stratagem Shouldn't Be Slept on**

Document title: New Tencent Game Accused of Copying Guerrilla&#39;s Horizon Series
Capture URL: http://web.archive.org/web/20250728230852/https://gamerant.com/light-of-motiram-tencent-game-copy-horizon-guerrilla/
Capture timestamp (UTC): Thu, 18 Sep 2025 21:24:13 GMT




https://gamerant.com/light-of-motiram-tencent-game-copy-horizon-guerrilla/

6 captures
28 Nov 2024 - 30 Jul 2025

APR  JUL  AUG
2024  28  2026
      2025









**Dungeons and Dragons: All Classes, Ranked By Beginner-Friendliness**

By Amy Cowley
6 days ago                                    11

**PS Plus Monthly Games for August 2025 Wish List**

By J. Scott Thurlow
3 days ago                                    17

**New Steam Petition Is Blowing Up**

By Eric Law
5 days ago                                    11

**Oblivion Remastered Hits Huge Player Count Milestone**

By Daniel Morris
3 days ago

**Horizon 3 Might Have a Great Excuse to Mimic a Key Zelda: Tears of the Kingdo...**

By J. Scott Thurlow
2 days ago

🔥 **RECOMMENDED**



**Pokemon Fan Art Imagines New Eeveelution Made by Shellder Fusing With Eevee**

One creative artist from the Pokemon community designs a particularly unusual Eeveelution while

2 hours ago



**Stephen King Praised This 'Clever' And 'Suspenseful' Sci-Fi TV Thriller With Only 67% On Rotten Tomatoes**

Stephen King was a big fan of this fascinating series, and it's definitely worth another look.

5 hours ago



**Helldivers 2 Just Proved One Supply Stratagem Shouldn't Be Slept on**

Helldivers 2 boasts a bunch of excellent supply stratagem permits, but one may be a cut above

3 hours ago



**Madden NFL 26 Reveals Who Is in the 99 Club**

EA Sports and the NFL reveal that seven athletes have been granted the highest overall rating in

5 hours ago



**Battlefield 6 Is Already Blowing Up on Steam**

Battlefield 6 is already blowing up as a top-trending game on Steam with an impressive

2 hours ago



**August 19 Will Be a Big Day for Silent Hill Fans**

Fans of Silent Hill will want to circle August 19 on their calendar, as Konami is preparing to offer a

5 hours ago



Join Our Team | Our Audience | About Us | Press & Events | Media Coverage | Contact Us

Advertising | Careers | Terms | Privacy | Policies

Follow Us    

Game Rant is part of the Valnet Publishing Group

Copyright © 2025 Valnet Inc.