# Exhibit 20



| | |
|---|---|
| Document title: | Tencent Didn't Learn Anything From These 5 Games' Mistakes Before Making Light of Motiram - IMDb |
| Capture URL: | https://www.imdb.com/news/ni64980911/ |
| Page loaded at (UTC): | Thu, 18 Sep 2025 21:25:13 GMT |
| Capture timestamp (UTC): | Thu, 18 Sep 2025 21:26:06 GMT |
| Capture tool: | 10.60.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 5 |
| Capture ID: | 3qwVfEv6Sfna5MdxCLcczR |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    teyVAkzd6uPmzAK4vrX7Su



### Tencent Didn't Learn Anything From These 5 Games' Mistakes Before Making Light of Motiram



Tencent's new game Light of Motiram is so visually similar to Sony's Horizon Zero Dawn that one can easily get confused between the two. Even the cover image used for both games represents similar compositions and visual elements.

Light of Motiram is a direct copy of Horizon Zero Dawn. Image Credit: Tencent

It looks like a copy. Tencent has no shame at all in even hiding it. It is showcasing it as if the world is completely unaware of the similarities between the two games. Horizon fans can very clearly see a lawsuit coming Tencent's way soon. Studios copying other studios' design elements is not a recent phenomenon but is something that has been going on for a while now. Here are 5 more lawsuits that follow along similar lines.

5. Tetris Holding LLC Vs Xio Interactive (2012) Tetris has been part of a lawsuit as well. Image Credit: Tetris Holding...

See full article at FandomWire 

11/29/2024 · by Anupam Lamba · FandomWire 

### Similar News

**FandomWire >**

"This Guy's probably gonna beat me": Cody Rhodes Reveals the Future of WWE and It's Not Surprising
9/18/2025 · by Pranial Mishra · FandomWire 

## More to explore

**Top news >**


Julia Roberts Confirms 'My Best Friend's Wedding' Sequel Talks; Luca...
9/18/2025 · by Michaela Zee...


Joseph Kosinski's 'Miami Vice' Movie Lands August 2027 Release Date,...
9/17/2025 · by Pamela McClint...


'Summer I Turned Pretty' Movie Set at Amazon Following Series Finale
9/17/2025 · by Joe Otterson...


Ozzy Osbourne Doc 'No Escape From Now' Sets October Release Date on...
9/17/2025 · by Ellise Shafer...


'Grave Encounters' Getting a Reboot with Justin Long Starring & Kate...
9/18/2025 · by John Squires...

**Celebrity news >**


Shailene Woodley & Lucas Bravo Source Hints Why They Split: 'Differe...
9/18/2025 · by Just Jared...


'Saturday Night Live': Bad Bunny, Amy...

# Similar News

## FandomWire ›

| "This Guy's probably gonna beat me": Cody Rhodes Reveals the Future of WWE and It's Not Surprising
9/18/2025 · by Pranjal Mishra · FandomWire ↗

The Carpenter's Son Trailer Makes Nicholas Cage Face Satan Made Of Biblical Nightmare
9/18/2025 · by Sonika Kamble · FandomWire ↗

Which Iconic Role Did Victoria Beckham Want Before Angelina Jolie Took It?
9/18/2025 · by Kaberi Ray · FandomWire ↗

## Sony ›

'Materialists' Is First Indie Movie of 2025 to Surpass $100 Million at Global Box Office
9/18/2025 · by Rebecca Rubin · Variety Film + TV ↗

The Rise of 'Demon Slayers' Coincides With Hollywood's Box Office Decline in Asia
9/18/2025 · by Jeremy Fuster · The Wrap ↗

Jack Black and Paul Rudd to star in Sony's Anaconda...but it's not a true remake
9/18/2025 · by Carla Davis · 1428 Elm ↗

## Warcraft ›

Celebrity Weakest Link Season 1 Premiere Recap: Glee Homecoming
9/16/2025 · by Suvechha Sarkar · Moviedelic ↗

South Park Season 27 Episode 4: Is Satan Pregnant? Details Explained
9/4/2025 · by Deepak Bisht · FandomWire ↗

"WoW Is Dead": Latest World Of Warcraft Lawsuit Is Getting Negative Reaction From Fans
9/2/2025 · by Lee D'Amato · ScreenRant ↗

## Celebrity news ›

Shailene Woodley & Lucas Bravo Source Hints Why They Split: 'Differe…
9/18/2025 · by Just Jared · …

'Saturday Night Live': Bad Bunny, Amy Poehler, Sabrina Carpenter Set as…
9/18/2025 · by Rick Porter · …

'Camp Rock 3' Now Filming With Jonas Brothers Starring and Demi…
9/17/2025 · by Selome Hailu…

'The Walking Dead' Script Supervisor Amy Blanc Lacy Dies After Hit-and-Run
9/17/2025 · by Jack Dunn · …

Justin Theroux To Play Steve Wynn In Apple's Siegfried & Roy Limited Serie…
9/18/2025 · by Nellie Andreeva…

## Indie news ›

'Conjuring' Writers Chad and Carey Hayes to Make Directorial Debut With…
9/18/2025 · by Naman Ramach…

Lily Gladstone-Narrated Blackfeet Nation Buffalo Doc 'Bring Them Hom…
9/18/2025 · by JD Knapp · …

'The Secret Agent' Lead Wagner Moura to Produce and Star in Sandra…
9/18/2025 · by Rafa Sales Ros…

Buena Vista Takes Latin American and U.S. Rights to Lucía Puenzo's Crimina…
9/18/2025 · by Emiliano De Pa…

'Depeche Mode: M' Trailer: Synth-Pop Legends Embrace Mortality in Mexic…
9/18/2025 · by Christian Zilko…

## Movie news ›

Bert Kreischer to Star in College Comedy 'Homecoming' From 'Tag'…
9/18/2025 · by Ethan Shanfeld…

'Grave Encounters' Getting a Reboot with Justin Long Starring & Kate…
9/18/2025 · by John Squires…





















IMDb.com, Inc. takes no responsibility for the content or accuracy of the above news articles, Tweets, or blog posts. This content is published for the entertainment of our users only. The news articles, Tweets, and blog posts do not represent IMDb's opinions nor can we guarantee that the reporting therein is completely factual. Please visit the source responsible for the item in question to report any concerns you may have regarding content or accuracy.

Comedy 'Homecoming' From 'Tag'…
9/18/2025 · by Ethan Shanfeld 

'Grave Encounters' Getting a Reboot with Justin Long Starring & Kate…
9/18/2025 · by John Squires… 

Matt Reeves Says 'The Batman 2' Villain Has 'Never Really Been Done i…
9/18/2025 · by Jack Dunn · … 

'Camp Rock 3' Now Filming With Jonas Brothers Starring and Demi…
9/17/2025 · by Selome Hailu… 

'Summer I Turned Pretty' Movie Set at Amazon Following Series Finale
9/17/2025 · by Joe Otterson… 

### TV news >

Daredevil: Born Again Officially Renewed; Season 3 Will Begin…
9/18/2025 · … 

'Tulsa King' Renewed for Season 4, Terence Winter to Return
9/17/2025 · by Joe Otterson… 

'The Boys' Star Chace Crawford Joins Dan Fogelman's NFL Drama as Serie…
9/18/2025 · by Tess Patton · … 

The Paper to Air on NBC This Fall After Peacock Debut — See What Else Is…
9/18/2025 · by Dave Nemetz… 

Lily Gladstone-Narrated Blackfeet Nation Buffalo Doc 'Bring Them Hom…
9/18/2025 · by JD Knapp · … 



