# Exhibit 21



| | |
|---|---|
| Document title: | This Wild Copy Of Horizon Zero Dawn Is Just Begging For Sony To Sue - Kotaku |
| Capture URL: | https://kotaku.com/horizon-zero-dawn-sony-light-of-motiram-tencent-copy-1851709969 |
| Page loaded at (UTC): | Fri, 19 Sep 2025 13:32:55 GMT |
| Capture timestamp (UTC): | Fri, 19 Sep 2025 13:33:43 GMT |
| Capture tool: | 10.60.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 9 |
| Capture ID: | 1gDEbmnCMvm4sqTpYLW3Tv |
| Display Name: | johnathon.mann |

PDF REFERENCE #:   e2BgCojdFRbrtvx9Q18c7n




LATEST   ENTERTAINMENT   REVIEWS   NEWS   TIPS & GUIDES   GAMES   DEALS

## NEWS

# This Wild Copy Of *Horizon Zero Dawn* Is Just Begging For Sony To Sue

Tencent's *Light of Motiram* is unashamedly using *Horizon* 's aesthetic for yet another tree-punching survival sim

Nintendo    Palworld    Windows Games

By **John Walker**    Published November 28, 2024



Screenshot: Tencent / Kotaku



As [Nintendo gears up to take down *Palworld*](#) for its aping of *Pokémon* game design elements, another high-profile court case seems inevitable with Tencent's announcement of *Light of Motiram* (thanks [Gematsu](#)), a game that looks uncannily similar to Sony's *Horizon Zero Dawn*




Document title: This Wild Copy Of Horizon Zero Dawn Is Just Begging For Sony To Sue - Kotaku
Capture URL: https://kotaku.com/horizon-zero-dawn-sony-light-of-motiram-tencent-copy-1851709969
Capture timestamp (UTC): Fri, 19 Sep 2025 13:33:43 GMT                                               Page 1 of 8





To be clear, we're not saying, "Oh, hey, that kind of reminds us of *Horizon*." This is more of a, "Oh my good lord, what are they *thinking*, this is outrageous!" *Light of Motiram* is one of those cases where you feel safe to type the words "complete rip-off" without worrying about a letter from someone's lawyers.

> As explorations flow,
> Back to the beginning we all go.
> And a world anew we shall know… pic.twitter.com/i55mxy84zJ
>
> — LIGHT OF MOTIRAM (@LIGHTOFMOTIRAM) November 28, 2024

It's so hilariously blatant, that you have to wonder if it's an exercise in attention-seeking, a deliberate troll of Sony to see if Tencent can lure a court case that the press will eagerly cover, and then pull back and change their designs once the name is in everyone's minds. Just take a look at this screenshot, for instance:













Screenshot: Tencent

Yup, there's Aloy! And those familiar robotic animals. In a post-apocalyptic world, nature taking over sci-fi architecture. And take a look at this closer view of a robot not-Aloy rides on:



Image: Tencent

For context, here's Aloy in an official screenshot from *Horizon Forbidden West*:





Screenshot: Sony



What japes!

*Motiram*'s <u>official site</u> goes an extra step by helpfully highlighting some of its creature designs. Here's the Agni:



Image: Tencent

And just by-the-by, here's *Horizon*'s Fanghorn:





---

Document title: This Wild Copy Of Horizon Zero Dawn Is Just Begging For Sony To Sue - Kotaku
Capture URL: https://kotaku.com/horizon-zero-dawn-sony-light-of-motiram-tencent-copy-1851709969
Capture timestamp (UTC): Fri, 19 Sep 2025 13:33:43 GMT

Page 4 of 8



Image: Sony

What a coincidence!

Oh go on, you've been good, have another one. Here's *Moratorium*'s (honestly, I've gotten bored of scrolling up to see how it's spelt) behorned Yama:



Image: Tencent

And here's *Horizon*'s Broadhead:







Document title: This Wild Copy Of Horizon Zero Dawn Is Just Begging For Sony To Sue - Kotaku
Capture URL: https://kotaku.com/horizon-zero-dawn-sony-light-of-motiram-tencent-copy-1851709969
Capture timestamp (UTC): Fri, 19 Sep 2025 13:33:43 GMT
Page 5 of 8

 


Screenshot: Sony

I could do this all day.

This is being created by Tencent's developer, Polaris Quest, and is of course being described as an "open-world survival crafting game," because isn't everything? So of course it'll not have the epic open storyline of the wonderful *Horizon* games, but rather be yet another tree punching sim using someone else's aesthetic. And, given that, it'll likely be spectacularly popular, although there's no word on a release date yet. You've got to assume Sony's going to be coming for it, and fast.

Although, there's some irony to that, given it's Sony in Japan that's recently teamed up with *Palworld* creators Pocketpair to create a merch company, right in the face of Nintendo's fury.



AdChoices   Sponsored

 **Level up your inbox**

Don't miss the latest reviews, news and tips. Sign up for our free newsletter.

Enter email here

**Sign me up**

### You May Also Like

CULTURE » NEWS



Document title: This Wild Copy Of Horizon Zero Dawn Is Just Begging For Sony To Sue - Kotaku
Capture URL: https://kotaku.com/horizon-zero-dawn-sony-light-of-motiram-tencent-copy-1851709969
Capture timestamp (UTC): Fri, 19 Sep 2025 13:33:43 GMT                                                                    Page 6 of 8


## You May Also Like



**CULTURE** » **NEWS**

### New Official *Sonic Racing Crossworlds* Ad Goes After *Mario*…

Plus: *Xenoblade* gets mentioned in an unexpected place, *Palworld* will leave early…

By **Zack Zwiezen**    Published September 16, 2025



**CULTURE** » **FEATURE**

### Every *Super Mario* Game, Ranked From Worst To Best

Gaming's favorite Nintendo mascot has had his ups and downs. Here they are

By **Ethan Gach**    Published September 13, 2025



**CULTURE** » **NEWS**

### Everything We Saw At Today's Nintendo Direct

Mario's celebrating 40 years, a new *Pokémon* game is on the horizon, Donkey Kong's getting…

By **Claire Jackson**    Published September 12, 2025







**OPINION** » **COMMENTARY**

### Hey Nintendo, Where Mario?

During today's big Nintendo Direct we got everything but a new 3D Mario game







**OPINION** » **COMMENTARY**

### Hey Nintendo, Where Mario?

During today's big Nintendo Direct we got everything but a new 3D Mario game

By Zack Zwiezen — Published September 12, 2025



**CULTURE** » **NEWS**

### *Donkey Kong Bananza* DLC Adds Roguelike Mode And Is Out Today

DK Island and Emerald Rush is a paid expansion that adds a classic location to explore

By Zack Zwiezen — Published September 12, 2025



**CULTURE** » **NEWS**

### Yoshi Is Getting A New Game And It Looks Super Cute

*Yoshi and the Mysterious Book* is a new 2D platformer arriving on Switch 2 next year

By Zack Zwiezen — Published September 12, 2025





Sitemap   About   Accessibility   Privacy Policy   Terms of Use   Advertising   Reprints & Permissions

We may earn a commission when you buy through links on our sites.
©2025 KOTAKU USA LLC. All rights reserved.

Document title: This Wild Copy Of Horizon Zero Dawn Is Just Begging For Sony To Sue - Kotaku
Capture URL: https://kotaku.com/horizon-zero-dawn-sony-light-of-motiram-tencent-copy-1851709969
Capture timestamp (UTC): Fri, 19 Sep 2025 13:33:43 GMT                                         Page 8 of 8