# Exhibit 22



| | |
|---|---|
| Document title: | Tencent's Light of Motiram is such a Horizon Zero Dawn rip-off, they're hard to tell apart : r/videogames |
| Capture URL: | https://www.reddit.com/r/videogames/comments/1h46aau/tencents_light_of_motiram_is_such_a_horizon_zero/ |
| Page loaded at (UTC): | Thu, 12 Jun 2025 20:48:24 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 20:49:22 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | xprtaFTVUYs6AeZDTBEyfR |
| Display Name: | johnathon.mann |

PDF REFERENCE #:        bpY57xSRjCnkggTMpj999g



r/videogames • 6 mo. ago
AdSpecialist6598

# Tencent's Light of Motiram is such a Horizon Zero Dawn rip-off, they're hard to tell apart

Discussion



techspot.com — Open

⬆ 4 ⬇   💬 28   🏆   ↗ Share

**crowdstrike** • Promoted

Click to download e-guide

Download                    go.crowdstrike.com



Join the conversation

Sort by: Best ▾      🔍 Search Comments

**ryanrem** • 6mo ago

While I understand you shouldn't be able to copyright gameplay mechanics (even if Nintendo really wants to be able to) I think the issue is that the animations look like they were pulled from popular games, which makes it seem more unsettling.

Like, I could understand if they wanted to do their own take robotic prehistoric creatures (Palworld made their own "pokemon" and its fine), but the animations look like they were pulled from MHR and Elden Ring, and I wouldn't be surprised if they were.

As long as they aren't actually stealing assets from these games I think it should be okay.

⊖    ⬆ 8 ⬇    💬 Reply    🏆 Award    ↗ Share    ...

**Hillsy7** • 6mo ago

It's half an asset flip, half iterating on said assets. This just isn't ok. Like there's even the guard counter sound effect ping in one clip. I just cannot believe they haven't pulled assets into UE5 and started tweaking. That's fine if a) they're open for sale, or b) they pay the Devs who built them..... But they aren't, are they. The texture maps from HZD are practically identical.

I appreciate that if they built this from the ground up, you can appreciate the work. But riding on marketing is legally blurry... The idiot in a rush test.... So.... It's legally permissable in a sense but damn we should be kicking back at this .....







Document title: Tencent&#39;s Light of Motiram is such a Horizon Zero Dawn rip-off, they&#39;re hard to tell apart : r/videogames
Capture URL: https://www.reddit.com/r/videogames/comments/1h46aau/tencents_light_of_motiram_is_such_a_horizon_zero_/
Capture timestamp (UTC): Thu, 12 Jun 2025 20:49:22 GMT                                                                                          Page 1 of 3

they aren't, are they. The texture maps from HZD are practically identical.

I appreciate that if they built this from the ground up, you can appreciate the work. But riding on marketing is legally blurry... The idiot in a rush test.... So.... It's legally permissable in a sense but damn we should be kicking back at this .....

I'm not having a go at your position - I think it's acceptable in this kind of discussion - I'm just venting a bit, and trying to point out that even hard work can unfairly ride on the coat tails of artists (I'm referencing GG here, not Sony)

↑ 1 ↓   Reply   Award   Share   ...

1 more reply

**WhoAmIEven2** • 6mo ago

Horizon Elden Hunter: The Game.

This just makes me even more curious to see how Guerilla's actual rumoured "Monster Hunter Horizon" multiplayer game will be like.

↑ 3 ↓   Reply   Award   Share   ...

1 more reply

**IveFailedMyself** • 6mo ago

Lol, I only just heard of "Light of Motiram" and I thought it was just the early concept art for Horizon Zero Dawn.

↑ 2 ↓   Reply   Award   Share   ...

**dan-hanly** • 6mo ago

I think Tencent is trying their luck. They're based in China, and Guerilla are based in the EU, so if Guerilla decide to sue, it would be the first intercontinental copyright lawsuit in this particular domain. If Tencent win, then it'll open the doors for far more game 'copies'. The reality is that Tencent have no real incentive to *not* do this.

↑ 3 ↓   Reply   Award   Share   ...

**Admirable_Ice2785** • 6mo ago

They can be banned from doing any operations in Europe. They have partial ownership of most game studios

↑ 2 ↓   Reply   Award   Share   ...

3 more replies

1 more reply

[deleted] • 6mo ago • Edited 6mo ago

bunnyman1142 • 6mo ago

Obie-two • 6mo ago

**drsalvation1919** • 6mo ago
Top 1% Commenter

Is there a name for this aesthetic of tech/primal?

It could be a genre, like cyberpunk, steampunk, dieselpunk, biopunk, atompunk (Fallout games are similar to this) etc.

If not, then Horizon devs have coined a new type of aesthetic which is a lot to be proud of, as long as the game and its story is not a straight out rip-off of horizon, I don't see a big issue.

I mean, it's tencent, they're definitely not the ones I'd trust with 'good intentions' and 'definitely not ripping off other games', but I'm just speaking in the big picture's sense, to allow other devs make new games using the same style.

↑ 1 ↓   Reply   Award   Share   ...

Document title: Tencent&#39;s Light of Motiram is such a Horizon Zero Dawn rip-off, they&#39;re hard to tell apart : r/videogames
Capture URL: https://www.reddit.com/r/videogames/comments/1h46aau/tencents_light_of_motiram_is_such_a_horizon_zero_/
Capture timestamp (UTC): Thu, 12 Jun 2025 20:49:22 GMT
Page 2 of 3

**drsalvation1919** • 6mo ago
🛡️ Top 1% Commenter

Is there a name for this aesthetic of tech/primal?

It could be a genre, like cyberpunk, steampunk, dieselpunk, biopunk, atompunk (Fallout games are similar to this) etc.

If not, then Horizon devs have coined a new type of aesthetic which is a lot to be proud of, as long as the game and its story is not a straight out rip-off of horizon, I don't see a big issue.

I mean, it's tencent, they're definitely not the ones I'd trust with 'good intentions' and 'definitely not ripping off other games', but I'm just speaking in the big picture's sense, to allow other devs make new games using the same style.

↑ 1 ↓   💬 Reply   🏆 Award   ↗ Share   …

➕ 1 more reply

**Pretend-Librarian-55** • 6mo ago

Ah, Made in China. That makes sense. Their entire economy was built by copying foreign brands back in the 90s and 2000s. I wonder though, if publishers are laying off studios and devs upon game launch, it would make sense the animators would all hop to different companies to make ends meet, and so you'd start to see similarities in designs in other company games.( Not blatant ripoffs like this though)

↑ 1 ↓   💬 Reply   🏆 Award   ↗ Share   …

**Playboy-Tower** • 6mo ago

Wait so it's not apart of the same universe? I just watched gameplay and thought "looks like they've dialled it up for the sequel". How's is this even allowed to be so similar to HZD IP?

↑ 1 ↓   💬 Reply   🏆 Award   ↗ Share   …

➕ 1 more reply

**Polarexia** • 6mo ago

this actually looks good though

↑ 1 ↓   💬 Reply   🏆 Award   ↗ Share   …

**MaxRichter_Enjoyer** • 6mo ago

Wait - this isn't a DLC for Horizon Zero Dawn?

↑ 1 ↓   💬 Reply   🏆 Award   ↗ Share   …

**chriztaphason** • 5mo ago

I thought this was in the Horizon Universe at first.

↑ 1 ↓   💬 Reply   🏆 Award   ↗ Share   …

**servusdedurantem** • 2mo ago

aside from morals and theft is bad etc...

this will make others do the same and we will get stuck with zero creativity and the same games all over again, currently we see companies do this with their own games like ubisoft keep releasing same assassins creed game with different title and very few changes instead of taking the rşsk of doing something completley new.

Take for an example GOW 2018 for an example it didnt continue the legacy but the built something completly new and better ( I love the first games but I appreciate them not keep releasing the same)

↑ 1 ↓   💬 Reply   🏆 Award   ↗ Share   …

 r/HorizonZeroDa... • 9 mo. ago
Did anyone know if this is gonna get a physical...
78 upvotes · 24 comments

 r/deathwatch40k • 7 mo. ago
Deathwatch Relic Terminator - Emperor's...
103 upvotes

r/horizon • 5 mo. ago
Horizon movie
477 upvotes · 261 comments

r/patientgamers • 10 days ago
Horizon Zero Dawn (2017) is easily one of the best open world action...
577 upvotes · 390 comments

r/GranblueFantasyRelink • 9 mo. ago
Pyet-A's theme is so good
48 upvotes · 7 comments

 r/HorizonZero... • 16 days ago
What is this game
453 upvotes · 44 comments

 r/GundamBreaker • 7 mo. ago
Jyaki-GUN-Oh, the gatling disco king from SRW OG...
22 upvotes · 5 comments

r/videogames   Join

Video Games
An active and friendly subreddit for discussion of (almost) anything related to videogames! Community content,...

Show more

🌐 Public
440K Members

Reddit Rules   Privacy Policy   User Agreement
Reddit, Inc. © 2025. All rights reserved.

Document title: Tencent&#39;s Light of Motiram is such a Horizon Zero Dawn rip-off, they&#39;re hard to tell apart : r/videogames
Capture URL: https://www.reddit.com/r/videogames/comments/1h46aau/tencents_light_of_motiram_is_such_a_horizon_zero_/
Capture timestamp (UTC): Thu, 12 Jun 2025 20:49:22 GMT
Page 3 of 3