# Exhibit 23



| | |
|---|---|
| Document title: | LIGHT OF MOTIRAM Coming Soon - Epic Games Store |
| Capture URL: | https://store.epicgames.com/en-US/p/light-of-motiram-094dff |
| Page loaded at (UTC): | Thu, 12 Jun 2025 18:53:36 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 18:53:37 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | ehjG2JTcQtkrkceKrtfJ1i |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    oakRPqgqUTqG14EgZrygEk



# LIGHT OF MOTIRAM

In a world overrun by colossal machines, explore the vast open world, build your base of operations, advance technology, train Mechanimals, and take on formidable bosses. Starting from the primitive age, forge a new path of development.

**Genres**
Action-Adventure · Open World · Survival

**Features**
Cross Platform · MMO

**Everyone** — Users Interact (ESRB)

Base Game

Coming Soon

Add to Wishlist

| | |
|---|---|
| Developer | POLARIS QUEST |
| Publisher | POLARIS QUEST |
| Available | Coming Soon |
| Platform | (Windows) |

Share · Report

### In a world overrun by colossal machines, explore the vast open world, build your base of operations, advance technology, train Mechanimals

**A Mechanimal-Ruled Open World**
Earth and human civilization as we once knew it are gone. Across untamed wilderness, giant mechanical beasts roam freely, while humanity struggles to rebuild from the dawn of a new primitive era.
Journey from lush tropical rainforests to barren desert landscapes and snow-capped mountain peaks— as you discover unique Mechanimals and mysterious ruins in different regions, gradually uncovering the secrets of MOTIRAM.

**Survive in the Wilderness**
In this mechanical wilderness where civilization is a distant memory, primal cultures, extreme weather, and lurking Mechanimals will constantly test your survival skills. Make smart use of everything around you to stay alive and face off

Show more

---



## LIGHT OF MOTIRAM System Requirements

**Windows**

| | Minimum | Recommended |
|---|---|---|
| OS version | Windows 10, 64-bit or higher | Windows 10, 64-bit or higher |
| CPU | Intel Core i5 6600K or equivalent | Intel Core i7 9700 or equivalent |
| Memory | 8GB | 16GB |
| GPU | NVIDIA GeForce GTX 1060 5GB or equivalent | NVIDIA GeForce GTX 3060 Ti or equivalent |
| DirectX | DirectX 12 | DirectX 12 |
| Storage | 30GB | 30GB |

**Languages Supported**

Audio: N/A

Text: Chinese (Simplified), Chinese (Traditional), English, Japanese, Korean, Spanish (Spain), Spanish (Latin America), Portuguese (Brazil), Portuguese, Russian, French

©2024 Tencent All Rights Reserved.

* The lowest price offered on The Epic Games Store in the last 30 days before discount

# STORE 

## Games
- Fortnite
- Fall Guys
- Rocket League
- Unreal Tournament
- Infinity Blade
- Shadow Complex
- Robo Recall

## Marketplaces
- Epic Games Store
- Fab
- Sketchfab
- ArtStation
- Store Refund Policy
- Store EULA

## Tools
- Unreal Engine
- UEFN
- MetaHuman
- Twinmotion
- Megascans
- RealityScan
- Rad Game Tools

## Online Services
- Epic Online Services
- Kids Web Services
- Services Agreement
- Acceptable Use Policy
- Trust Statement
- Subprocessor List

## Company
- About
- Newsroom
- Careers
- Students
- UX Research

## Resources
- Dev Community
- MegaGrants
- Support-A-Creator
- Creator Agreement
- Distribute on Epic Games
- Unreal Engine Branding Guidelines
- Fan Art Policy
- Community Rules
- EU Digital Services Act Inquiries
- Epic Pro Support

© 2025, Epic Games, Inc. All rights reserved. Epic, Epic Games, the Epic Games logo, Fortnite, the Fortnite logo, Unreal, Unreal Engine, the Unreal Engine logo, Unreal Tournament, and the Unreal Tournament logo are trademarks or registered trademarks of Epic Games, Inc. in the United States of America and elsewhere. Other brands or product names are the trademarks of their respective owners. Our websites may contain links to other sites and resources provided by third parties. These links are provided for your convenience only. Epic Games has no control over the contents of those sites or resources, and accepts no responsibility for them or for any loss or damage that may arise from your use of them.

Back to top

Terms of service   Privacy policy   Safety & security   Store refund policy   Publisher Index

---