# Exhibit 24



| | |
|---|---|
| Document title: | DIRECTORY OF SURVIVAL - The MOTIRAM : r/Motiram |
| Capture URL: | http://web.archive.org/web/20250326192810/https://www.reddit.com/r/Motiram/comments/1hy0r40/directory_of_survival_the_motiram/ |
| Page loaded at (UTC): | Thu, 18 Sep 2025 20:52:53 GMT |
| Capture timestamp (UTC): | Thu, 18 Sep 2025 20:54:23 GMT |
| Capture tool: | 10.60.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | 7LwLGu8Ypbfbg5MNsziuxR |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     65pTEoWGPLwxmfVQbAFdoZ



r/Motiram •
Intern-Great

# DIRECTORY OF SURVIVAL - The MOTIRAM

Greetings, pioneers! To help you become acquainted with this mysterious world, we have prepared this survival guide about MOTIRAM for you!

About the MOTIRAM

In AD 4078, Cycle Experiment V commenced. The world once again welcomed its "rebirth," and, as if bound by fate, moved towards its end once more.

Now, Cycle Experiment VI will initiate. You will find that human civilization here is as fragile as a newborn baby, with countless mysterious mechanical creatures inhabiting the wilderness, and high-tech structures that do not belong to this era scattering throughout. They seem to originate from a higher civilization that has long since perished, leaving behind enigmatic mechanical creations that wander the wilderness day after day, awaiting the unknown.

About Angelos

Upon your arrival in this world, you will find a mechanical assistant by your side, called Angelos, an essential companion for your survival and exploration here. It appears to be evidence and a "relic" of the once-destructed advanced civilization. You can communicate and interact with this world and the remnants of civilization through it. There seem to be many untold stories behind it.

Survival Tips

● When encountering hostile tribes, do not attempt to communicate, do not get spotted! Leave the area swiftly!

● Strange portals often lead to both treasures and dangers; prepare well before challenging them.

● Beware of the night, rolling logs, and burning flames.

● The Angelos is the only existence you can trust; you can always turn to it for reliable help.

Wishlist on Steam now: https://store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM/

Wishlist on Epic Store: https://store.epicgames.com/p/light-of-motiram-094dff

Discord: http://discord.gg/LIGHTOFMOTIRAM

Share



Be the first to comment
Nobody's responded to this post yet.
Add your thoughts and get the conversation going.



r/Motiram •
Intern-Great

# DIRECTORY OF SURVIVAL - The MOTIRAM

Greetings, pioneers! To help you become acquainted with this mysterious world, we have prepared this survival guide about MOTIRAM for you!

About the MOTIRAM

In AD 4078, Cycle Experiment V commenced. The world once again welcomed its "rebirth," and, as if bound by fate, moved towards its end once more.

Now, Cycle Experiment VI will initiate. You will find that human civilization here is as fragile as a newborn baby, with countless mysterious mechanical creatures inhabiting the wilderness, and high-tech structures that do not belong to this era scattering throughout. They seem to originate from a higher civilization that has long since perished, leaving behind enigmatic mechanical creations that wander the wilderness day after day, awaiting the unknown.

About Angelos

Upon your arrival in this world, you will find a mechanical assistant by your side, called Angelos, an essential companion for your survival and exploration here. It appears to be evidence and a "relic" of the once-destructed advanced civilization. You can communicate and interact with this world and the remnants of civilization through it. There seem to be many untold stories behind it.

Survival Tips

● When encountering hostile tribes, do not attempt to communicate, do not get spotted! Leave the area swiftly!

● Strange portals often lead to both treasures and dangers; prepare well before challenging them.

● Beware of the night, rolling logs, and burning flames.

● The Angelos is the only existence you can trust; you can always turn to it for reliable help.

Wishlist on Steam now: https://store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM/

Wishlist on Epic Store: https://store.epicgames.com/p/light-of-motiram-094dff

Discord: http://discord.gg/LIGHTOFMOTIRAM

Share



Be the first to comment

Nobody's responded to this post yet.
Add your thoughts and get the conversation going.