# Exhibit 25



| | |
|---|---|
| Document title: | LIGHT OF MOTIRAM on X: "MOTIRAM is home to diverse factions: the warlike Dariman, the Mechanimal-friendly Lojia, the matriarchal Ranau, the resilient Olsa, and the extinct Tartaros. Each faction sees the world differently: ☐    Join our Discord for more: https://t.co/bKdUdMICF7 ☐    Dariman: Reject tech, https://t.co/jncOc3MPNO" / X |
| Capture URL: | https://x.com/LIGHTOFMOTIRAM/status/1892861838448005554 |
| Page loaded at (UTC): | Thu, 12 Jun 2025 19:03:05 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 19:03:06 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | aGMFyHZyS7cfW7xSjsXuXo |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    nGWJBw2kVXXkZTLAqKwzPv

