# Exhibit 26



| | |
|---|---|
| Document title: | 10 Iconic Video Game Characters Introduced In The Last Decade |
| Capture URL: | https://www.thegamer.com/iconic-video-game-characters-last-decade/ |
| Page loaded at (UTC): | Thu, 12 Jun 2025 18:55:11 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 18:55:14 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 12 |
| Capture ID: | jXFZAGZAn6RnkBhvqHqFeM |
| Display Name: | johnathon.mann |

PDF REFERENCE #:      3JJdAu2Cp7J5hhB8enubVN



Red Dead Redemption 2

# 10 Iconic Video Game Characters Introduced In The Last Decade

By Michael Caruso    Published Sep 12, 2021    Follow    Like    Sign In To Your **TheGamer** Account

Remove Ads

Throughout the past few decades, many interesting stories have been told through video games with amazing characters. However, the technology in the past decade has allowed developers to create even more realistic characters and worlds to experience.

Remove Ads

Ad

**RELATED:**

### Wario Is The Best Mario Character And It's Not Even Close

There are iconic video game characters throughout every game console, and with so many to meet, it's hard to experience all of their stories. Here are the ten most interesting characters introduced in the past decade that helped shape modern video games.

**TRENDING NOW** | **RED DEAD REDEMPTION 2**

 Hero Forge Appears To Be Muting Fans Calling Out Spotlighting Problematic...

 I Saw Resident Evil Requiem Gameplay, And It Looks Like All The Best Parts Of 7 And 2...

 Stellar Blade Has Already Outperformed Every Other PlayStation PC Port In Less...

## 10

## Goose (Untitled Goose Game)


Making freight shipping easy
See how Amazon Freight makes shipping faster and less of a burden for businesses.
Amazon Freight    Open >

### Wario Is The Best Mario Character And It's Not Even Close

There are iconic video game characters throughout every game console, and with so many to meet, it's hard to experience all of their stories. Here are the ten most interesting characters introduced in the past decade that helped shape modern video games.

## 10
## Goose (Untitled Goose Game)



**TRENDING NOW** | **RED DEAD REDEMPTION 2**


Hero Forge Appears To Be Muting Fans Calling Out Spotlighting Problematic…


I Saw Resident Evil Requiem Gameplay, And It Looks Like All The Best Parts Of 7 And 2…


Stellar Blade Has Already Outperformed Every Other PlayStation PC Port In Less…

That's right: the unnamed Goose from Untitled Goose Game ranks as one of the most iconic characters created within 2010 - 2019. Let's face it: his haphazard honks and trickster behavior could only lead to mass endearment (and missing sunhats).

Even though the "character" is created by the player's actions, Goose has a personality to himself and it's one of mischief and intolerance of autocratic rules. This spoke to many people and that's what makes a character iconic.

## 9
## Joel Miller (The Last Of Us)





Joel Miller was first introduced in The Last Of Us, a post-apocalyptic video game. Joel is a tough survivor in a world plagued by monsters, including both evil humans and actual monsters.

> **RELATED:**
> HBO Is Paying Pedro Pascal Big Money To Play Joel In The Last Of Us



Although Joel is a character that's rough around the edges, he opens up during the story and shows how much he can care for others, including the young girl he travels with, Ellie. Overall, we will forever remember Joel as one of the most interesting survivors in post-apocalyptic entertainment.

# 8
# Sam Porter (Death Stranding)




TRENDING NOW | RED DEAD REDEMPTION 2
Red Dead Redemption 2


Making freight shipping easy
See how Amazon Freight makes shipping faster and less of a burden for businesses.
Amazon Freight

Sam Porter from Death St...

---

Document title: 10 Iconic Video Game Characters Introduced In The Last Decade
Capture URL: https://www.thegamer.com/iconic-video-game-characters-last-decade/
Capture timestamp (UTC): Thu, 12 Jun 2025 18:55:14 GMT

Page 3 of 11



https://www.pcgamer.com/death-stranding-on-pc-is-a-great-version-of-a-very-weird-game/

Sam Porter from Death Stranding is still a character fresh in the mind of most players, but it doesn't change the impact that he's had on many people. One of the reasons that Sam Porter is such an iconic protagonist is because he's played by the famous actor Norman Reedus.

Norman Reedus does a wonderful job at portraying the post-apocalyptic deliveryman Sam Porter and brings him to life in a way that wouldn't be possible without a recognizable face. Death Stranding is also an emotional story, which makes your connection with Sam Porter even stronger while playing through the main story.

## 7
## Arthur Morgan (RDR2)

 

**TRENDING NOW** | **RED DEAD REDEMPTION 2**



× Remove Ads

× Remove Ads

Ad

John Marston is the cowboy protagonist of Red Dead Redemption, and he returned for the second game as one of the two protagonists. However, Arthur Morgan was also introduced as a new protagonist in Red Dead Redemption 2, and he's arguably an even better character than John Marston because of his down-to-earth personality and combat skills.

**RELATED:**
 
Roger Clark C
Anti-Hero Art

**Making freight shipping easy**
See how Amazon Freight makes shipping faster and less of a burden for businesses.
Amazon Freight



**RELATED:**

**Roger Clark On The Cultural Impact Of Red Dead 2'S Sad Cowboy Anti-Hero Arthur Morgan**

Sometimes a protagonist that has a serious tone is more entertaining than a traditionally charismatic personality, and this is clearly the case with Arthur Morgan, which is why he's risen to the top of popular video game characters of the past few decades.

## 6

## Chloe Price (Life Is Strange)



There are many characters in the Life Is Strange franchise who are memorable, but the most iconic of them is definitely Chloe Price. Max's best friend, Chloe, is a young woman who experienced many hardships after her friend moved away, and you'll discover a lot about her during the main story of the original game and the prequel.

Not everybody likes Chloe's unique personality at first, but most players eventually warm up to her character. Chloe can seem dark at times, but she has a big heart at her core.

## 5

## Sans (Undertale)



**Making freight shipping easy**
See how Amazon Freight makes shipping faster and less of a burden for businesses.
Amazon Freight











Undertale is one of the many games released in the past ten years that have proved that a single developer or a few developers can create one of the most popular video games ever created. In Undertale, you explore a land of unique characters and villains that quickly will grab your attention.

> **RELATED:**
>
> **Undertale Fan Games Every Fan Should Know About**

Sans is the main antagonist of Undertale, but unlike other villains, he's quite likable. What makes Sans stand out is his dialogue, which is both funny and important for pushing the narrative forward. Along with a few other characters in Undertale, Sans is undoubtedly one of the most iconic characters from the 2010s.

## 4

## Aloy (Horizon Zero Dawn)







Another protagonist initially released as a PlayStation exclusive, Aloy, is the main character from the game Horizon Zero Dawn. Aloy is one of the best protagonists of the last decade, of which there are many to choose from, mostly because of her strong-willed nature and ability to act strong in difficult situations.

Aloy is a machine hunter and the clone of an engineer, which makes her occupation and backstory more than fascinating. Even though Horizon Zero Dawn is a masterpiece that stands on its own, Aloy makes it even better, which is why her face is recognizable to almost everyone in the PlayStation community.

**TRENDING NOW | RED DEAD REDEMPTION 2**



### 3
## Nick Valentine (Fallout 4)



Although Nick Valentine [...] important characters in Fa[...] quickly becomes one of [...]


Making freight shipping easy
See how Amazon Freight makes shipping faster and less of a burden for businesses.
Amazon Freight



---

Document title: 10 Iconic Video Game Characters Introduced In The Last Decade
Capture URL: https://www.thegamer.com/iconic-video-game-characters-last-decade/
Capture timestamp (UTC): Thu, 12 Jun 2025 18:55:14 GMT

Page 7 of 11

Although Nick Valentine wasn't a member of any of Fallout 4's main factions, he's still one of the most important characters in Fallout 4. You encounter Nick Valentine during the main questline, and he quickly becomes one of your greatest allies, functioning as a companion.

Nick Valentine is a middle-generation synth which is why he looks similar to second-generation synths but also has a normal human personality. Nick Valentine was such a popular character that the main story of the Far Harbor DLC partially revolves around him if you choose to travel with him to Far Harbor.

If you've played Fallout 4, then you'll never forget about Nick Valentine, and you may even recognize him if you didn't play Fallout 4 since he's such a popular character in video game groups.



2

Wheatley (Portal 2)



TRENDING NOW | RED DEAD REDEMPTION 2

The original Portal was a brilliant game with an interesting robotic villain and unique puzzles involving a portal gun. So when Portal 2 was released, it makes sense that so many people couldn't wait to play it. Although the character GLaDOS returned, Portal 2 also introduced a new robotic character in the form of Wheatley.

Remove Ads

Wheatley is initially on your side and acts as a companion with his hilarious British accent. However, you're introduced to his d...

Making freight shipping easy
See how Amazon Freight makes shipping faster and less of a burden for businesses.
Amazon Freight



Wheatley is initially on your side at the beginning of Portal 2, and he seems to be the perfect traveling companion with his hilarious comments and helpful insights. However, halfway through the story, you're introduced to his dark side, and you'll be forced to team up with GLaDOS to save both of you from a potentially deadly situation.

Wheatley is a fantastic villain, and his unique humor made him a fan-favorite character among the Portal fan base.

## 1

## Isabelle (Animal Crossing: New Leaf)



Though more people fell in love with the studious Isabelle in Animal Crossing: New Horizons, she debuted in New Leaf in 2012. Canonically the Shih Tzu breed, Isabelle quickly won over every player's heart with her officious nature and killer style. What other video game characters do you know who wear Gucci?

Her ubiquity grew logarithmically with her introduction to other video game titles like Super Smash Bros. Ultimate, Monster Hunter 4 Ultimate, Mario Kart 8, and more. She's sure to be a fixture for years to come in pop culture.

**NEXT:**

**Animal Crossing's Best Dog: Isabelle Vs. K.K. Slider**

**TRENDING NOW** | **RED DEAD REDEMPTION 2**


Red Dead Redemption 2

Making freight shipping easy
See how Amazon Freight makes shipping faster and less of a burden for businesses.
Amazon Freight


Advertisement: 0:02

TRENDING NOW  RED DEAD REDEMPTION 2

✕ Remove Ads





Lists    Triple-A Games    Red Dead...

 Follow     Like     Share

## 🔥 RECOMMENDED



Nintendo Switch 2

**Why Doesn't The Switch 2 Launch Feel Special?**

Despite the momentum of the Switch and the promising line-up of games, the Switch 2 just isn't doing it.

Jun 4, 2025                                         💬 31



The Elder Scrolls IV: Oblivion...

**"It's Just A Flea Bite": Oblivion Remastered Players Are Learning The Hard Way That You Can't Be A Stealt...**

I used to be an adventurer like you, then I took a few dozen arrows to the knee, and still managed to kill the Hero of Kvatch.

2 days ago                                         💬 37



The Witcher 4

**"I Never Wrote That Adult Women Can't Go Through Them": The Witcher Creator Addresses Ciri Backlash**

To all the Ciri naysayers, even Andrzej Sapkowski says women can go through the mutations.

3 days ago                                         💬 45



Resident Evil Requiem

**Leon Will Reportedly Be The Main Character In Resident Evil Requiem, Won't Focus On Raccoon City**

Grace Ashcroft may have stole the spotlight, but Leon Kennedy will still reportedly be the main character in Resident Evil Requiem.

6 days ago



Magic: The Gathering

**"Empty-Handed And Disappointed": Surprising Nobody, Magic: The Gathering's Final Fantasy Secret Lair...**

MTG fans are once again struggling to get their hands on a Secret Lair.



The Alters

**The Alters Review - Come For The Survival, Leave Questioning Your Whole Life**

Me, myself,

7 hours ago


Making freight shipping easy
See how Amazon Freight makes shipping faster and less of a burden for businesses.
Amazon Freight





### Why Doesn't The Switch 2 Launch Feel Special?

Despite the momentum of the Switch and the promising line-up of games, the Switch 2 just isn't doing it.

Jun 4, 2025 — 31



### "It's Just A Flea Bite": Oblivion Remastered Players Are Learning The Hard Way That You Can't Be A Stealt...

I used to be an adventurer like you, then I took a few dozen arrows to the knee, and still managed to kill the Hero of Kvatch.

2 days ago — 37



### "I Never Wrote That Adult Women Can't Go Through Them": The Witcher Creator Addresses Ciri Backlash

To all the Ciri naysayers, even Andrzej Sapkowski says women can go through the mutations.

3 days ago — 45



### Leon Will Reportedly Be The Main Character In Resident Evil Requiem, Won't Focus On Raccoon City

Grace Ashcroft may have stole the spotlight, but Leon Kennedy will still reportedly be the main character in Resident Evil Requiem.

6 days ago — 13



### "Empty-Handed And Disappointed": Surprising Nobody, Magic: The Gathering's Final Fantasy Secret Lair...

MTG fans are once again struggling to get their hands on a Secret Lair.

3 days ago — 18



### The Alters Review - Come For The Survival, Leave Questioning Your Whole Life

Me, myself, and I, and I, and I, and I, and...

7 hours ago

Ad



In Our Team | Our Audience | About Us | Press & Events | Media Coverage | Contact Us
Advertising | Careers | Terms | Privacy | Policies
Follow Us
TheGamer is part of the Valnet Publishing Group