# Exhibit 29



| | |
|---|---|
| Document title: | Horizon Forbidden West Will Only Further Cement Aloy as a PlayStation Mascot |
| Capture URL: | https://gamerant.com/horizon-forbidden-west-aloy-playstation-mascot/ |
| Page loaded at (UTC): | Wed, 24 Sep 2025 14:05:28 GMT |
| Capture timestamp (UTC): | Wed, 24 Sep 2025 14:06:23 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 6 |
| Capture ID: | sjqG2hexYqKhWsYdRFj9zs |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     9htn3GWsdyhYU2gYGL45eN

GAMERANT ☰  🔔 Sign In Now

**Trending** Baby Steps (Game Rant Advance) • Dying Light: The Beast • Skate • Borderlands 4 • Silksong • Coming Soon



# Horizon Forbidden West Will Only Further Cement Aloy as a PlayStation Mascot



🟧 **RELATED**

 Light No Fire: Exciting Features Hello Games Has Confirmed

 New Final Fantasy 7 Remake Features Will Completely Break the Game

 Hideo Kojima Reveals Cast for New Game Physint

 By Stan Hogeweg    Published Apr 6, 2021    🔖 Follow   👍 Like    Sign In To Your Game Rant Account 

Mascot characters are a fantastic way for game companies and studios to become more recognizable. Nintendo has more than its fair share of recognizable characters, from Mario to Link to Pikachu, while other companies like Microsoft use the likes of Master Chief to get the attention of fans. What's really interesting about mascots is how they sometimes emerge unintentionally from an unexpectedly popular character. One of those characters is Aloy, the protagonist of *Horizon Zero Dawn*'s eagerly awaited sequel *Horizon Forbidden West*. Aloy's name is rapidly becoming synonymous with Sony and the PlayStation, much to Sony and its console's benefit.

*Horizon Zero Dawn* was a huge boon to the PS4, met with rave reviews and receiving many awards and award nominations around its 2017 release. Aloy shot to fame with her game's success, and she immediately became a face of the PlayStation that could rival Sony mainstays like Kratos. *Horizon Forbidden West* is set to come out in the second half of 2021, and it'll be a big deal for Aloy's place at Sony. It'll go a long way in helping her become more than a well-loved character from one PlayStation gem and more of a PlayStation mainstay that can be treated as a proper Sony mascot. In other words, *Horizon Forbidden West* is only the beginning.

✕ Remove Ads

| Ad  ✕ Remove Ads |
| --- |
|  |
| **Mafate 5: For The Long Run** |
| Built to absorb the toughest terrain for a smooth and steady ride |
| HOKA |

---

Document title: Horizon Forbidden West Will Only Further Cement Aloy as a PlayStation Mascot
Capture URL: https://gamerant.com/horizon-forbidden-west-aloy-playstation-mascot/
Capture timestamp (UTC): Wed, 24 Sep 2025 14:06:23 GMT                                                   Page 1 of 5

Sony can go a long way in helping her become more than a well-loved character from one PlayStation gem and more of a PlayStation mainstay that can be treated as a proper Sony mascot. In other words, *Horizon Forbidden West* is only the beginning.

**RELATED:**
**Horizon Forbidden West's Delay Seems Likelier By The Day**

## Part of the PlayStation Family



Aloy's position as a crucial character in Sony's roster is undeniable. Not only is *Horizon Zero Dawn* a great success, but she was developed by Guerrilla Games, a Sony Interactive subsidiary. She's a verified home-grown Sony character, which makes her success mean even more. Sony had plenty of recognizable characters before Aloy came along, like *God of War*'s Kratos and *LittleBigPlanet*'s Sackboy, but as Nintendo's broad cadre of characters proves, there's always room for more mascots. It's great news that Aloy is stepping up as a recognizable character for Sony's current age.

It's not a surprise that Guerrilla Games is cooking up a *Horizon Zero Dawn* sequel. Fan demand, a rich

Document title: Horizon Forbidden West Will Only Further Cement Aloy as a PlayStation Mascot
Capture URL: https://gamerant.com/horizon-forbidden-west-aloy-playstation-mascot/
Capture timestamp (UTC): Wed, 24 Sep 2025 14:06:23 GMT

Page 2 of 5





It's not a surprise that Guerrilla Games is cooking up a *Horizon Zero Dawn* sequel. Fan demand, a rich setting with room for more plotlines, and the financial success of the first game make *Horizon Forbidden West* completely justified. Still, what the sequel does for Aloy's relationship with Sony might be even more important than the sequel itself. Guerrilla Games and Sony are setting up for Sony to be a recognizable figure for Sony for a long time. It wouldn't be surprising if *Horizon* becomes a long-lived franchise, and fans see Aloy go through many more journeys over many more consoles. A good sequel is always a good gateway to many more games, so Sony and its fans are surely both crossing their fingers.

> **RELATED:**
> Why Fans Shouldn't Expect Romance Options In Horizon: Forbidden West

## Aloy's Importance





Ad

It means a lot that Aloy of all characters is becoming a strong video game mascot. Even after all these years, most famous leading characters in video games are men. Aloy is a wonderful example of a well-written and inspirational female lead, so she sends a good message to Sony's fans. Many of *Horizon Zero Dawn*'s fans would likely argue that Aloy is deserving of a place among legendary female game protagonists like Lara Croft and Claire Redfield. If Aloy really does become one of the PlayStation's most familiar characters, it'll mean a lot for representation on the console.

*Horizon Forbidden West* is going to be a really important game for the PlayStation. It has the opportunity to open the door for many more adventures starring Aloy and to make her one of Sony's

Document title: Horizon Forbidden West Will Only Further Cement Aloy as a PlayStation Mascot
Capture URL: https://gamerant.com/horizon-forbidden-west-aloy-playstation-mascot/
Capture timestamp (UTC): Wed, 24 Sep 2025 14:06:23 GMT
Page 3 of 5

most familiar characters, it'll mean a lot for representation on the console.

*Horizon Forbidden West* is going to be a really important game for the PlayStation. It has the opportunity to open the door for many more adventures starring Aloy and to make her one of Sony's most important characters moving forward. No doubt Guerrilla Games will use the sequel to sow the seeds of future plots, just like how it was able to tease the Forbidden West in *Horizon Zero Dawn*. Aloy is already an important character in video game history, but it doesn't look like she'll become part of the game industry's past anytime soon. She has plenty of journeys with Sony ahead of her.

× Remove Ads

Your Bravo Favorites on Peacock
NBCU Peacock

SIGN UP

**TRENDING NOW**

 A Second Overwatch 2 and Persona 5 Collab Could Be Even Better Than The First With These...

 8 2025 Games That Are Ridiculously Hard

Silent Hill f - Interactive Map (Middle School)

*Horizon Forbidden West* will release in 2021 for PS4 and PS5.

**MORE:**

## Horizon Forbidden West: 5 Improvements It Needs Over The Original



GR Originals    Sony    Guerrilla Games

Follow    Like    Share

---

## 🔥 RECOMMENDED



4 days ago
**Stellar Blade Teases Horror DLC**



18 hours ago
**After Helldivers 2's Into the Unjust Update, I Realize We May Not Need Another Enemy Faction**



5 days ago
**Insider Provides Bloodborne Update, and It's Not Good**



16 minutes ago
**Helldivers 2 Reviews Drop to Mixed As Arrowhead Acknowledges Performance...**

× Remove Ads

**MORE:**

# Horizon Forbidden West: 5 Improvements It Needs Over The Original

---

GR Originals  Sony  Guerrilla Games

Follow   Like   Share

## RECOMMENDED


4 days ago
**Stellar Blade Teases Horror DLC**


18 hours ago
**After Helldivers 2's Into the Unjust Update, I Realize We May Not Need Another Enemy Faction**


5 days ago
**Insider Provides Bloodborne Update, and It's Not Good**


16 minutes ago
**Helldivers 2 Reviews Drop to Mixed As Arrowhead Acknowledges Performance…**

Ad — Remove Ads
Mafate 5: For The Long Run — HOKA — SHOP NOW

GR
Join Our Team | Our Audience | About Us | Press & Events | Media Coverage | Contact Us
Follow Us
Advertising | Careers | Terms | Privacy | Policies
Game Rant is part of the Valnet Publishing Group

Copyright © 2025 Valnet Inc.