# Exhibit 30



| | |
|---|---|
| Document title: | LIGHT OF MOTIRAM (@lightofmotiram) • Instagram photos and videos |
| Capture URL: | https://www.instagram.com/lightofmotiram/ |
| Page loaded at (UTC): | Wed, 24 Sep 2025 16:50:15 GMT |
| Capture timestamp (UTC): | Wed, 24 Sep 2025 16:52:04 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | 1F5xy6UbYi4Af7DRKojD3N |
| Display Name: | johnathon.mann |

PDF REFERENCE #:   ekhSRiYDNhSwWmBpVNfRCQ



