# Exhibit 31



| | |
|---|---|
| Document title: | (14) Facebook |
| Capture URL: | https://www.facebook.com/LIGHTOFMOTIRAM |
| Page loaded at (UTC): | Wed, 24 Sep 2025 17:06:40 GMT |
| Capture timestamp (UTC): | Wed, 24 Sep 2025 17:13:00 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 7 |
| Capture ID: | uhnFBmVtXKAHwmb6ihqBLP |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     vKDGSsaYCrdPsamWLQvB9j




LIGHT OF MOTIRAM



Information about Page Insights Data · Privacy · Terms · Advertising · Ad Choices · Cookies · More



**LIGHT OF MOTIRAM**
March 28

⚡Lightning Warden - PAMOLA!... See more

20   Like   Comment   Share

Write a comment…

**LIGHT OF MOTIRAM**
March 27

As dark clouds gather and thunder rumbles in the distance, a swift creature battles against the incoming apocalypse and strives to protect the Eye of MOTIRAM from an un... See more



### LIGHT OF MOTIRAM

📅 March Calendar is here! 🎏
A new month means new adventures—what's on your to-do list? 🎯
J... See more



👍❤️ 9    2 comments

👍 Like    💬 Comment    ➦ Share

View more comments

**Julio Fabian**
Release? 🥲🙇
29w · Like · Reply

### LIGHT OF MOTIRAM
February 14

🧧 Pioneer's Manual - Rough World to Live In 🏞️
B... See more

**PIONEER'S MANUAL**
Rough World to Live In

👍❤️ 15    5 comments

👍 Like    💬 Comment    ➦ Share

View more comments

✎ Author
**LIGHT OF MOTIRAM**
🏹 Survival Instincts Activated! 🏕️

**LIGHT OF MOTIRAM**

Author

🚀 Survival Instincts Activated! 🏝️

Adventurers, you've awakened on a mysterious island in **#MOTIRAM**. The first challenge? STAYING ALIVE. As a pioneer, what's your TOP PRIORITY after opening your eyes?... See more

31w   Like   Reply

**LIGHT OF MOTIRAM**
February 7

🌏Stay Alive in MOTIRAM ... See more



9

Like   Comment   Share

**LIGHT OF MOTIRAM**
January 26

Tiny paws, great help! Mechanimals work diligently to help us build our homes, making life in MOTIRAM better. Watch the video to feel their diligence and enthusiasm! ... See more

