# Exhibit 32

PageVault

| | |
|---|---|
| Document title: | LIGHT OF MOTIRAM on Steam |
| Capture URL: | https://web.archive.org/web/20241201080716/https:/store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM/ |
| Page loaded at (UTC): | Wed, 08 Oct 2025 18:18:38 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 18:20:29 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 4 |
| Capture ID: | 1Sxno1Ett9qs1t4CmfaQb6 |
| Display Name: | wkovalick |

PDF REFERENCE #:   4LKAT1UdeTf4YULVNL3uvP





