# Exhibit 33



| | |
|---|---|
| Document title: | LIGHT OF MOTIRAM on Steam |
| Capture URL: | https://web.archive.org/web/20241201080716/https://store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM/ |
| Page loaded at (UTC): | Thu, 12 Jun 2025 18:54:21 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 18:54:23 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | h74424e7wbWYsR3dLJjePx |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    nEoAWK7oLmYDFn1rJKWtcw







Document title: LIGHT OF MOTIRAM on Steam
Capture URL: https://web.archive.org/web/20241201080716/https://store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM/
Capture timestamp (UTC): Thu, 12 Jun 2025 18:54:23 GMT
Estimated post date: 12/01/2024 8:07:16 AM