# Exhibit 34



| | |
|---|---|
| Document title: | Upcoming Horizon Zero Dawn "Copycat" Looks Better Than People Are Giving It Credit For |
| Capture URL: | https://screenrant.com/light-motiram-horizon-zero-dawn-tencent/ |
| Page loaded at (UTC): | Wed, 24 Sep 2025 16:44:56 GMT |
| Capture timestamp (UTC): | Wed, 24 Sep 2025 16:46:18 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 9 |
| Capture ID: | fjGb3KjvuftBg6wKQoFHhK |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     jhXZkb5tX4SqfCpLgYGqCy

SCREENRANT   ☰   💬   Sign In Now

Trending · Best on Streaming · Exclusives · SR Database · Challenge My GOAT · Network TV Schedule



# Upcoming Horizon Zero Dawn "Copycat" Looks Better Than People Are Giving It Credit For

Custom Image by: Tom Wilson

By **Tom Wilson** — Published Nov 30, 2024

Tom Wilson is a Gaming Features Writer at Screen Rant. Over the past five years, Tom has worked as the Editor-in-Chief at The Game Crater, as a Staff Writer for GamingIntel, a List Writer at TheGamer, and, of course, as a...

The *Horizon* franchise has had its ups and downs, with the likes of *LEGO Horizon Adventures* and *Horizon Zero Dawn Remastered* struggling to bring in the same numbers its predecessors managed. This doesn't bode well for it, especially with its upcoming MMO getting a fairly lukewarm reaction from the community. However, to make matters worse, the *Horizon* franchise now has a direct competitor, one that is not just looking to take its place, but literally copying its entire identity.

Or so the internet would have people believe, but *Light of Motiram*, the latest open-world survival game from Tencent, looks set to be so much more than that. In a time when the *Horizon* franchise is expanding into other genres, *Light of Motiram* looks set to offer players an equally diverse experience, one that, while familiar, should hopefully feel fresh. The outrage is understandable, at least initially, but *Light of Motiram* has a good chance of having the same fate as one of the biggest games of all time.







# Light Of Motiram Is More Than A Horizon Clone
## The Similarities Are Mostly Surface Level



  

**It is fair to say that, in many ways,** *Light of Motiram* **resembles** *Horizon Zero Dawn* and *Forbidden West*. Most notably, many of the machines in *Horizon Forbidden West* and its predecessor have been recreated almost verbatim, from the giant robot mammoths to the bull-like robots seen in the screenshots uploaded to the game's Steam store page. Of course, Guerrilla Games doesn't own the copyright on robot animals, but the way that these have been designed, from the white, black, and orange color scheme to the way individual parts seem to combine on the body looks straight out of *Horizon*.

Ad

The similarities don't end there. For example, whenever a robot's body part is struck, it glows blue, just like in the *Horizon* games. The character shown in much of the promotional material resembles Aloy to a tee - red hair and all - and many of the weapons look like *Horizon Zero Dawn's* best weapons. **All of this certainly points to** *Light of Motiram* **being a blatant copycat** and in that sense, on a purely superficial level, it's hard to argue against that reasoning.

### TRENDING NOW

Jeremy Renner's New Hawkeye Season 2 Comments Are Just What The MCU Needed

Hayden Panettiere's Rumored Scream 7 Return Clarified In New Report

Why This One Star Wars Character Is So Exciting In The Mandalorian and Grogu

The similarities don't end there. For example, whenever a robot's body part is struck, it glows blue, just like in the *Horizon* games. The character shown in much of the promotional material resembles Aloy to a tee - red hair and all - and many of the weapons look like *Horizon Zero Dawn's* best weapons. **All of this certainly points to *Light of Motiram* being a blatant copycat** and in that sense, on a purely superficial level, it's hard to argue against that reasoning.





**TRENDING NOW**


Jeremy Renner's New Hawkeye Season 2 Comments Are Just What The MCU Needed


Hayden Panettiere's Rumored Scream 7 Return Clarified In New Report


Why This One Star Wars Character Is So Exciting In The Mandalorian and Grogu

However, on a much deeper level, *Light of Motiram* is a fundamentally different game, with vastly different gameplay systems and a much greater focus on multiplayer and survival than narrative. Of course, with *Horizon* getting its own MMO, it will likely be hard for *Light of Motiram* to keep its current art style as similar to the *Horizon* series as it is. Nevertheless, just because they look the same doesn't mean that Tencent's latest title should be disregarded right off the bat.



## Light Of Motiram Is Combining The Best Elements Of Monster Hunter & Horizon

### It's More Of An Open World Survival Game





*Light of Motiram* isn't an open-world narrative adventure like *Horizon Zero Dawn*, but rather a survival game with cooperative elements. Players can build bases, gather resources, create parties with their friends, hunt robots, and tame them, much like *Pokémon*, to then use in battle against tougher "Mechanimals" as they're known in *Light of Motiram*. Of course, all of that will sound familiar to avid MMO fans, especially those who've played the recently controversial *Palworld*.

### RELATED

**Horizon Zero Dawn Can't Seem To Break Its Release Schedule Luck**

The Red Dead Redemption PC port is overshadowing the Horizon Zero Dawn Remake for many players, but this isn't a first for the franchise.

💬 2

*Light of Motiram* **is clearly taking what has worked with other popular games and combining it** to create the ultimate experience. The untapped potential of *Horizon Zero Dawn's* robot-infested apocalypse is one that has surprisingly not been seen in any other games since. *Palworld's* combination of monster-taming and real-time battles also seems to be a heavily underutilized concept. *Light of Motiram* has come out at an unfortunate time when both of those series are either being talked about or have recently had a game come out.

However, aside from the more blatant infringements, **there's really nothing wrong with Tencent taking a collection of strong ideas and producing what looks to be a more polished and premium experience than** *Palworld* **currently offers**. It's also worth noting that a lot of the shared visual elements between *Horizon* and *Light of Motiram* seem to be purely marketing, as, for example, the red-haired female protagonist is not the only character model available to the player.

> *It feels too early to judge Light of Motiram, especially when other games have*

ANKER SOLIX
Anker SOLIX C1000 Gen 2 NEW
2,000W Keeps Your Life Running
Shop Now

TRENDING NOW

Jeremy Renner's New Hawkeye Season 2 Comments Are Just What The MCU Needed

Hayden Panettiere's Rumored Scream 7 Return Clarified In New Report

Why This One Star Wars Character Is So Exciting In The Mandalorian and Grogu

*Light of Motiram* seem to be purely marketing, as, for example, the red-haired female protagonist is not the only character model available to the player.

> It feels too early to judge Light of Motiram, especially when other games have been in its position and turned out to be global phenomenons.



ANKER SOLIX
Anker SOLIX C1000 Gen 2 **NEW**
2,000W Keeps Your Life Running
Shop Now

**TRENDING NOW**


Jeremy Renner's New Hawkeye Season 2 Comments Are Just What The MCU Needed


Hayden Panettiere's Rumored Scream 7 Return Clarified In New Report


Why This One Star Wars Character Is So Exciting In The Mandalorian and Grogu

With the *Horizon* franchise failing at the moment, it makes sense for a competitor to come in and capitalize on its best features. While *Light of Motiram* has gone a little too far with its visual inspirations, it's exciting to see another game take a shot at the amazing setting of the *Horizon* series. It feels too early to judge *Light of Motiram*, especially when other games have been in its position and turned out to be global phenomenons.

## Light Of Motiram Has The Potential To Be The Next Genshin Impact
### Early Trailers Can Lead To Misunderstanding



*Genshin Impact* was similarly derided for taking inspiration from *Breath of the Wild* when it was first announced. *Zelda* fans across the world saw it as a shameless rip-off, one that borrowed too many elements from paragliders to the stamina meter. There was even a fan that destroyed their PS4 in protest simply at the fact that Sony was promoting it coming to PlayStation consoles. However, it is clear now that not only were those initial extreme reactions unwarranted, but that *Genshin Impact* was far from the only game aping the stylings and gameplay mechanics of *Breath of the Wild*.

paragliders to the stamina meter. There was even a fan that destroyed their PS4 in protest simply at the fact that Sony was promoting it coming to PlayStation consoles. However, it is clear now that not only were those initial extreme reactions unwarranted, but that *Genshin Impact* was far from the only game aping the stylings and gameplay mechanics of *Breath of the Wild*.

Ad

*Genshin Impact* has gone on to have a critically acclaimed run, one that shows no signs of slowing down. It was the first game to copy *Breath of the Wild*, but **it opened the gate for other games to utilize the many innovative ideas established in that game, which has only benefited the industry**. *Light of Motiram*, in many ways, is following this same path by being the first game to outwardly copy the visual and gameplay stylings of the *Horizon* series. However, that doesn't mean that when it launches it will play and look exactly like those games.

**RELATED**



**10 Best Improvements In Horizon Zero Dawn Remastered**

Horizon Zero Dawn Remastered improves upon the original game in many meaningful ways, including enhancing textures and completely changing cutscenes.

Ad

Of course, there is every possibility that *Light of Motiram* could be a shameless copycat, or that Sony could shut it down before it has the chance to shine. However, it is always better to give a game the benefit of the doubt, especially when, for all intents and purposes, one game should not have a monopoly over a visual or gameplay style. If that were the case, then *Genshin Impact* would have died before it launched, and that would be a great shame. *Light of Motiram* may look like **Horizon Zero Dawn**, but it should have every chance to prove it is so much more.

Source: Light of Motiram/Steam, Rubhen925/YouTube



Document title: Upcoming Horizon Zero Dawn &quot;Copycat&quot; Looks Better Than People Are Giving It Credit For
Capture URL: https://screenrant.com/light-motiram-horizon-zero-dawn-tencent/
Capture timestamp (UTC): Wed, 24 Sep 2025 16:46:18 GMT
Page 6 of 8



marketing it's almost 1 to 1 horizon lmao

🔼 🔽 ↩ 🔗 Copy

**Jerry**

2024-12-01 12:27:53

Hopefully they get in trouble for this too. It's almost exactly the same

🔼 🔽 ↩ 🔗 Copy

Terms | Privacy | Feedback



## 🔥 RECOMMENDED



6 hours ago
**Binge Or Skip - Is Alien: Earth On Hulu Worth Your Time?**



4 hours ago
**Stranger Things Season 5 Trailer Teases Hawkins' Final Stand Against The Upside Down**



15 hours ago
**Murder In A Small Town Season 2 Premiere's Missing Characters Are Glaring**



5 hours ago
**Predator Is The Most Exciting Franchise In Sci-Fi Right Now**

