# Exhibit 35



| | |
|---|---|
| Document title: | Light Of Motiram Announced By Tencent, And It's An Obvious Knockoff Of Sony's Horizon Zero Dawn - PlayStation Universe |
| Capture URL: | https://www.psu.com/news/light-of-motiram-announced-by-tencent-and-its-an-obvious-knockoff-of-sonys-horizon-zero-dawn/ |
| Page loaded at (UTC): | Fri, 19 Sep 2025 13:59:21 GMT |
| Capture timestamp (UTC): | Fri, 19 Sep 2025 14:03:21 GMT |
| Capture tool: | 10.60.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 7 |
| Capture ID: | owsnV48NRTYyBJCVNA6ibV |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    eV3hzFN5hr8sTWywDA88ZH




HOME   PSE   PS PLUS   NEWS   FEATURES   GUIDES   REVIEWS   GAMES   WALLPAPERS   Search

🏠 / NEWS /
LIGHT OF MOTIRAM ANNOUNCED BY TENCENT, AND IT'S AN OBVIOUS KNOCKOFF OF SONY'S HORIZON ZERO DAWN

Horizon Zero Dawn | Light Of Motiram | News | PC | Tencent Games

# Light Of Motiram Announced By Tencent, And It's An Obvious Knockoff Of Sony's Horizon Zero Dawn

**MICHAEL HARRADENCE** / NOVEMBER 28, 2024



Light of Motiram is a new open-world craft game from Tencent Games subsidiary Polaris Quest, and while it's only coming to PC at present, a quick look at the first screenshots reveal that this couldn't be more similar to **Horizon Zero Dawn** if it tried.

Much like Guerrilla Games' critically acclaimed adventure title, Light of Motiram features a world overrun by mechanised beasts while the remnants of humanity struggle to survive in a hostile environment. Players will face off against hulking bosses — again, just like Horizon Zero Dawn — while exploring a wide range of locations, from lush forests to snowcapped mountains.



Horizon Zero Dawn Remastered
Platform — PC / PS5
Publisher — PlayStation Studios

struggle to survive in a hostile environment. Players will face off against hulking bosses — again, just like Horizon Zero Dawn — while exploring a wide range of locations, from lush forests to snowcapped mountains.

| | |
|---|---|
| Platform | PC / PS5 |
| Publisher | PlayStation Studios |
| US Release Date | Oct 31, 2024 |
| UK Release Date | Oct 31, 2024 |
| Genre | Action > RPG, Open World, RPG |
| Players | 1 |
| Rating | T for Teen |
| Score | ★ 9 |

**Read More**



In a world overrun by colossal machines, explore the vast open world, build your base of operations, advance technology, train Mechanimals, and take on formidable bosses. Starting from the primitive age, forge a new path of development. Defy the machination, survive with mechanimals.

**Related Content — Upcoming PS5 Games 2024: The Best PS5 Games Coming Soon**

**Upcoming Games**

Agatha Christie – Death On The Nile (Nintendo Switch / PC / PS5 /



Upcoming Games

📅 SEP 25    Agatha Christie – Death On The Nile (Nintendo Switch / PC / PS5 / Xbox Series X/S)

If that didn't seem Horizon-y enough for you, the main protagonist, like Aloy, is female and has red hair. Other features of the game include the ability to train and customise over 100 Mechanimals, which can offer support in combat or a boost in production.

📅 SEP 25    Silent Hill f (TBD)

Light of Motiram is scheduled for release on PC but a release date has yet to be announced. We have a feeling this isn't going to be a smooth ride for Tencent given its obvious similarities to Horizon Zero Dawn.

📅 SEP 25    Sonic Racing: CrossWorlds (Nintendo Switch / PC / PS4 / PS5 / Xbox One / Xbox Series)



📅 SEP 26    Hotel Barcelona (PC / PS5 / Xbox Series X/S)

📅 SEP 26    EA Sports FC 26 (PC / PS4 / PS5 / Xbox One / Xbox Series X/S)

📅 SEP 30    Final Fantasy Tactics – The Ivalice Chronicles (PS5)

    

📅 OCT 2    Ghost of Yōtei (PS5)

📅 OCT 3    Digimon Story Time Stranger (PS5)

**From the Web**                                Powered by ZergNet


Lady Dimitrescu's Actor Is Stunningly Gorgeous In Real Life


The Tragedy Of Markiplier Is Just Depressing


Video Games You Really Shouldn't Be Caught Playing By Your Kids



  





You Absolutely Need To Play These Perfect 10/10 Games

Tomb Raider Fans Just Aren't Having Sophie Turner As Lara Croft

These Video Games Were So Bad They Were Discounted Immediately

## Related News

**Is the PlayStation 6 Handheld More Than Just a Glorified Mobile Gaming Device?**

SIMON SAYERS / SEPTEMBER 19, 2025

The prospect of a PlayStation 6 handheld has stirred plenty of conversation, with speculation pointing towards a portable machine that ...

Read more

**Borderlands 4 PS5 Performance Drops Cause Headaches**

BEN FELLOWS / SEPTEMBER 19, 2025

Console players report frame rate drops in Borderlands 4. Gearbox suggests restarting the game, and discussions continue around missing FOV options and performance stability.

Read more

**Amazon's Live Action Mass Effect Series' Casting Leaks Spark Fan Speculation**

BEN FELLOWS / SEPTEMBER 19, 2025

Casting calls for Amazon's Mass Effect series have leaked online, leading fans to speculate about which characters might appear. While details are scarce, the leaks have generated significant interest and anticipation for the upcoming adaptation.

Read more

Sponsored



Document title: Light Of Motiram Announced By Tencent, And It's An Obvious Knockoff Of Sony&#39;s Horizon Zero Dawn - PlayStation Universe
Capture URL: https://www.psu.com/news/light-of-motiram-announced-by-tencent-and-its-an-obvious-knockoff-of-sonys-horizon-zero-dawn/
Capture timestamp (UTC): Fri, 19 Sep 2025 14:03:21 GMT
Page 4 of 6



