# Exhibit 36



| | |
|---|---|
| Document title: | LIGHT OF MOTIRAM Press Kit (Nov 2024) - Google Drive |
| Capture URL: | https://drive.google.com/drive/folders/1BYko-j3kaLCZPl8HR_h0mQcgE7mCAsGu |
| Page loaded at (UTC): | Fri, 25 Jul 2025 14:48:53 GMT |
| Capture timestamp (UTC): | Fri, 25 Jul 2025 14:48:54 GMT |
| Capture tool: | 3.10.30 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | 62LsQUxDYg2TLfWdGJRdJY |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     gxtmuJQWFKD58tGFyRdSRC




## LIGHT OF MOTIRAM Pr...

Download all

| Name ↑ | Owner | Last mo... ▼ | File size |
|---|---|---|---|
| 📁 Assets | Owner hidden | Nov 26, 2024 | — |
| 📁 Concept Art | Owner hidden | Nov 26, 2024 | — |
| 📁 Gameplay Footage | Owner hidden | Nov 26, 2024 | — |
| 📁 Trailers | Owner hidden | Nov 26, 2024 | — |