# Exhibit 37.A

Page Vault

| | |
|---|---|
| Document title: | Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=NC9AciQQEe0 |
| Page loaded at (UTC): | Thu, 12 Jun 2025 22:41:45 GMT |
| Capture timestamp (UTC): | Thu, 12 Jun 2025 22:42:03 GMT |
| Capture tool: | 3.9.4 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 109 |
| Capture ID: | hJYPpRpAGmYed3ATf9PfuP |
| Display Name: | johnathon.mann |

PDF REFERENCE #:          6dNvt2F6qSjtBaVuFq89sc





### Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon

YongYea ✓
1.18M subscribers

Join   Subscribe

👍 4.3K  👎   ↗ Share   ...

**96,633 views  Dec 2, 2024**
⬚ Remove your personal information from the web at https://JoinDeleteMe.com/YONG20 and use code YONG20 for 20% off ⬚ DeleteMe international Plans: https://international.joindeleteme.com

PATREON: ⬤ / yongyea
BLUESKY: https://bsky.app/profile/yongyea.bsky...
INSTAGRAM: 🔴 / yong_yea
TIKTOK: ⬤ / yongyea

0:00 News
5:15 Sponsor (DeleteMe)
7:09 News

SOURCES
1: https://www.gematsu.com/2024/11/mecha...
2: https://x.com/gematsu/status/18619989...
3: ▶ • Light of Motiram - Official Reveal Trailer
4: ▶ • Light of Motiram 16 Minutes Gameplay Demo ...

TOP PATRONS
[BIG BOSS]
• Devon B
[BOSS]
• Gerardo Andrade
• Michael Redmond
• Phil
[PRETTY LEGENDARY]
• azalea

### Chapters                                    View all



0:00          5:15                    7:09
News          Sponsor (DeleteMe)     News

---

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT



☰  ▶ YouTube          🔍          ⋮   ⊙ Sign in

0:00
News

5:15
Sponsor (DeleteMe)

7:09
News

## Transcript

Follow along using the transcript.

Show transcript

YongYea
1.18M subscribers

▶ Videos    🖼 About    ⊙ Patreon    ✖ Twitter    f Facebook

Show less

🎮 LIGHT OF MOTIRAM
BROWSE GAME  ›

Gaming
BROWSE ALL GAMING  ›

## 1,967 Comments          ⇄ Sort by

⊙  Add a comment...

⇩ Pinned by @YongYea

@YongYea ✔ 6 months ago (edited)
🔒 Remove your personal information from the web at https://JoinDeleteMe.com/YONG20 and use code
YONG20 for 20% off 🙌 DeleteMe international Plans: https://international.joindeleteme.com
- Lmao, as far as ripoffs go, this among the most shameless. They're practically inviting a lawsuit. Shame,
this game seems to have the bones to ben fun, all they had to do was be more unique with their aesthetic.

PATREON: http://www.patreon.com/yongyea
BLUESKY: https://bsky.app/profile/yongyea.bsky.social
INSTAGRAM: http://www.instagram.com/yong_yea
TIKTOK: http://www.tiktok.com/@yongyea

TOP PATRONS
[BIG BOSS]
 - Devon B
[BOSS]
 - Gerardo Andrade
 - Michael Redmond
 - Phil
[PRETTY LEGENDARY]
- azalea
Show less

👍 42   👎   Reply

⌄ 14 replies

404  @404Errored 6 months ago
    I got one word for tencent:

    SUBTLE 😂



14 replies

**@404Errored** 6 months ago

I got one word for tencent:

SUBTLE 😂

👍 2  👎    **Reply**

**@ZurigaSungama** 6 months ago

Thanks for the update, Kiryu-chan!

👍 👎    **Reply**

**@gio5854** 6 months ago

This are 3 rip offs in 1, Horizon, Monster Hunter and it looks like a bit of fortnite with the crafting maybe even a TD game too.

👍 👎    **Reply**

**@Rainos62** 6 months ago

this is unbelievably shameless. say what you want about palworld and how it looks similar to pokemon mon design wise the gameplay is vastly different to the point where its not even close to the same game. This this just looks like horizon with maybe monster hunter thrown in and the design is so blatently copied that it just makes it look like a cheap clone of horizon rather than something that feels different because the gameplay looks interesting if they alter the designs to make it look less horizon I would actually consider playing this but its so blatent where they are ripping off from that it just makes me not interested in playing it.

I think light of motiram is too blatent of a copy. palworld when i looked at the gameplay i was like this is very different from pokemon they had really strong differentiating factors to at least feel like while it looks similar to pokemon but was very clearly not pokemon. light of motiram on the other hand is so blatant of a copy to a point where even the combat looks similar to horizon that it just isnt differentiated enough to be considered something interesting and i think maybe they should shift up the designs to look less like horizon because the horizon designs are unique but because they are so unique copying them just makes the game look like a cheap copy of a good game and i think that hurts a lot.

the gameplay looks good but i think they need to do some character and monster design alterations to make it feel less horizon because palworld even when people were critical of the designs most of them were different enough where i was going ok so this looks different enough that i can tell its not a pokemon in a pokemon game but with light of motiram if you told me this was horizon i could believe you its that blatent.

Show less

👍 👎    **Reply**

**@crookim** 6 months ago (edited)

Didn't know Horizon called dibs on Mech style creatures....... 😂

👍 1  👎    **Reply**

**@xVandyLandx** 6 months ago

It's VERY hypocritical that you hyped and defended Palworld, then discredit this when Palworld ALSO stole from ARC and other games. Like yes, this game is ripping off other games but personally this seems more fleshed out than Palworld as well fun to play. Id rather try this than play forbidden west. TBH it feels like it was ok cuz Palworld was a Japanese developer and this is a Chinese one, and that's where the primary hate is coming from.

Show less

👍 1  👎    **Reply**

**@pushyrummble8625** 6 months ago

@xVandyLandx I mean this is from tencent, palworld is from a small crew and they took ideas while this game is taking the direct concept of games and implementing them.

It could be more fleshed out, but that's because it's backed up by tencent. We do not give these companies the benefit of the doubt anymore.

Show less

👍 👎    **Reply**

**@Siegel-r2y** 6 months ago

Yong yea deleted his account for Twitter...

companies the benefit of the doubt anymore.

Show less

👍   👎   **Reply**

**@Siegel-r2y** 6 months ago

Yong yea deleted his account for Twitter...

👍 1   👎   **Reply**

**@warhawkbm** 6 months ago

Imitation is the greatest for of Flattery I've been told. You seem strangely motivated to make this look bad but I wouldnt have known about this game if not for this video. So Thanks. Im always looking for alternate variety to my favorite games, even if its copy pasta.

👍   👎   **Reply**

**@spence6195** 6 months ago

Horizon from Wish looks good tho

👍 1   👎   **Reply**

↳ Show more replies

**@torakandwolf6786** 6 months ago (edited)

Let's be real here, Chinese companies copying and ripping off other products is just par for the course now. 😂

👍 1.1K   👎   **Reply**

⌄ 34 replies

**@Grav3staR** 6 months ago

If it weren't for that, we wouldn't have the best version of pokemon ever, aka Palworld

👍 17   👎   **Reply**

**@ThePelitin** 6 months ago

@Grav3staR Palworld isn't by a Chinese company.

👍 90   👎   **Reply**

**@Neongamer117** 6 months ago

@ThePelitin Pocketpair is a Japanese company

👍 58   👎   **Reply**

**@Derah_OG** 6 months ago

[Insert "Always has been" meme here]

👍 11   👎   **Reply**

**@antareszr9746** 6 months ago

Whatever, gamers just focus on game is ok

👍 1   👎   **Reply**

**@Nicholasmcmath-cr1xl** 6 months ago

Same it is

👍 1   👎   **Reply**

**@teddychu1177** 6 months ago

@antareszr9746 Found the Tencent representative!

👍 11   👎   **Reply**

↳ Show more replies

**@Boss_Fight_Index_Channel** 6 months ago

Sony can't sue Tencent for using the "robo-dino" concept, they can however litigate on *degrees of similarities*. This is how automakers patent and protect their vehicle designs.

👍 128   👎   **Reply**

⌄ 12 replies

**@kelticsage** 6 months ago

---

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT

Sony can't sue Tencent for using the "robo-dino" concept, they can however litigate on degrees of *similarities*. This is how automakers patent and protect their vehicle designs.

👍 128   👎   **Reply**

∧ **12 replies**

**@kelticsage** 6 months ago

They didn't just use the concept. They ripped assets and animations from other games like horizon, elden ring, and monster hunter to build stitched together Frankenstein game

👍 21   👎   **Reply**

**@prastagus3** 6 months ago

@kelticsage Sony will have to prove about "ripped assets" first. Otherwise, they can make them look similar without ripping assets as well.

👍 16   👎   **Reply**

**@YesGrandma** 6 months ago

@prastagus3 look at the attacks and abilitys of the bull robot,is a 1 to 1 copy of Fallen Star-beast from elden ring

👍 7   👎   **Reply**

**@prastagus3** 6 months ago

@YesGrandma is that an animation IP? If not, ...... gamers can decide to play this or not. Sony have to decide if it has a IP case to sue or not.

👍 9   👎   **Reply**

**@zuriyel5368** 6 months ago

Sony's not doing anything when this is already slated to come out on Playstation. They literally need Sony's approval for this. Sony allowed themselves to get cucked with this one. But that's what happens when you have big financial losses like Concord and LEGO Horizon.

👍 8   👎   **Reply**

**@Temperans** 6 months ago

@YesGrandma congrats no games can be made because some other game made it first. Can never make any other "knight enemy" because Dark Soul made those.

👍 6   👎   **Reply**

**@Spike2276** 6 months ago

@Temperans Big difference between copy-pasting animation rigs and movesets to adapting a concept...

👍 3   👎   **Reply**

**@KimuriMedia** 6 months ago

@YesGrandma I'm gonna ip human walk posture so everyone cannot walk normally

👍 1   👎   **Reply**

**@luthariii7827** 6 months ago

@zuriyel5368 Bingo, I don't think people understand that Sony literally had to REVIEW this to allow it on their platform. That means they already said "yep! This is ok!".

👍 3   👎   **Reply**

↳ **Show more replies**

**@nekonomicon2983** 6 months ago

Tencent is a Chinese company.

If i recall correctly, copyright laws work very differently there, so Tencent doesn't really care about how blatant the product can appear to others.

👍 668   👎   **Reply**

∧ **33 replies**

**@williamdrum9899** 6 months ago

i.e. there are no copyright laws there

👍 90   👎   **Reply**

☰ ▶ YouTube     🔍     ⋮   👤 Sign in

⌄ 33 replies

**@williamdrum9899** 6 months ago
i.e. there are no copyright laws there

👍 90 👎   Reply

**@Atomixi** 6 months ago
I thought I'd left a comment here for a second and went mad. Big ups 808

👍 8 👎   Reply

**@jodieholmes8453** 6 months ago (edited)
We know. We just have to laugh at them

👍 17 👎   Reply

**@christopherdsuza7531** 6 months ago (edited)
If they do it better, power to them. The western version has become stale. In a growing western industry that continues to make it the "in" thing to hate on customers and be vocal in not providers customer what they actually want to see within these franchises. Let there be competition and let the free market decide who does it better. Perhaps it will serve as a reminder to these western companies. Hard to feel sorry for a multimillion dollar company that shuns and won't acknowledge customer feedback - especially with the way they have been carrying themselves in more recent years showing open disdain for the gaming community with some of these social media posts. It is funny though, reminds me of what palworld did. Not a fan of free to play chinese games though, if I must say because monetization is typically azz. If not for that, perhaps they would have sold me.
Show less

👍 19 👎   Reply

**@kevingame3198** 6 months ago (edited)
So is miHoYo formally a Chinese company but is backed by Japan support for dubbing Jp and en I think

👍 1 👎   Reply

**@deadboyo2773** 6 months ago
@Atomixi based 808 enjoyers

👍 1 👎   Reply

**@TOBI.SARU.** 6 months ago
Yes but in the US, you shouldn't be allowed to post games under our laws. Thus should only be allowed on Chinese steam accounts.

👍 15 👎   Reply

↳ **Show more replies**

**@sgtkeebler** 6 months ago
I hear Tencent and I immediately think clone video game with pointless monetization without even watching this vid

👍 78 👎   Reply

**@DanielMether** 6 months ago
I wonder if they looked at Palworld and thought "dang if it's that easy then..."

👍 187 👎   Reply

⌄ 3 replies

**@tnerty6087** 6 months ago
Maybe the bad precedent to set wasn't protecting your copyright and parents and it's instead allowing people to rip your work and use it as their own.
Now it's no longer "If the game is fun then people will play it." It's, "You took it too far this time, Palworld."

👍 👎   Reply

**@coranbaker6401** 6 months ago
Which is funny since Palworld is more like Horizon than it is like Pokémon, the game that everyone compares it too.

👍 3 👎   Reply

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT

Reply

**@coranbaker6401** 6 months ago

Which is funny since Palworld is more like Horizon than it is like Pokémon, the game that everyone compares it too.

👍 3  👎    Reply

**@hustler666100** 6 months ago

think Nintendo were more upset Palworld innovated their idea and showed the world what Pokemon could be if Nintendo cared and put effort in.

👍 👎    Reply

**@governorairsoft4150** 6 months ago

If a better game comes from it, then let the multimillion-dollar companies fight each other and let us enjoy it.

👍 92  👎    Reply

⌄ **6 replies**

**@RP4Friends** 6 months ago

i kinda agree. If mish-mashing breathes new air into these stale genres and underwhelming franchises, i say go for it. I'd buy this game.

👍 8  👎    Reply

**@edwardmiller4562** 6 months ago (edited)

@RP4Friends It's not breathing "new air" into anything.  If anything you're encouraging other Chinese companies to create more variations of established franchises.  What's to stop them from lifting assets from God of War, adding a "survival mechanic" and calling it Deity of Conflict?

👍 9  👎    Reply

**@dusttodust915** 6 months ago

no kidding.

👍 👎    Reply

**@fluxuous6907** 6 months ago

@RP4Friends  god no, we don't need tencent taking over gaming any more than it already has.

👍 2  👎    Reply

**@khebre6032** 5 months ago

Ahhh yes a "BETTER* Chinese mobile game sure surely😂😂😂

👍 1  👎    Reply

**@aligoogle7532** 4 months ago

agree. thats the smart take :)

👍 👎    Reply

**@FellixNoAmatsu** 6 months ago (edited)

Copied Horizon and Ripped Animations and skeleton assets directly from Elden Ring and Monster Hunter World/Rise

👍 313  👎    Reply

⌄ **12 replies**

**@rafaelcalmon2858** 6 months ago

From which characters?
I still remember the fiasco of the people claiming Palworld ripped off Pokemon models, turning out the one who posted it was the one that ripped the models from Pokemon games and modified it to look closer to Palworld's.

👍 6  👎    Reply

**@RegularBladeRunner** 6 months ago (edited)

I could see the roll being copypasted from Elden Ring

👍 7  👎    Reply

**@xVandyLandx** 6 months ago (edited)

Sounds like it'll be really fun then. I love Elden Ring and the first Horizon Zero Dawn, would love a

I could see the roll being copypasted from Elden Ring

👍 7  👎    Reply

**@xVandyLandx** 6 months ago (edited)
Sounds like it'll be really fun then. I love Elden Ring and the first Horizon Zero Dawn, would love a combo between the two

👍 9  👎    Reply

**@FellixNoAmatsu** 6 months ago
@rafaelcalmon2858 There a bird companion shown later while fighting a Monkey machine and that bird is a direct skeletal copy of Aknosom from MHR with shared moveset.

The sword and shield moveset is directly copied from Elden Ring same with shield counter and knockback recoils.

The Hammer is a copy of Elden Rings collosol Weapon moveset. Also the Hammers charged atk is a direct copy of Monster Hunters World/Rises Greatsword charged finisher atk [True Charged Slash]

There is likely even more but this is all I can remember from just the top of my head from the trailers.

Show less

👍 14  👎    Reply

**@FellixNoAmatsu** 6 months ago
@rafaelcalmon2858 Also just noticed that the Flaming slash they do in the trailer is the animation of the second hit from the AoW for Flame Strike from Elden Ring as well but with enlarged visuals.

👍 3  👎    Reply

**@FellixNoAmatsu** 6 months ago
Also the shielding animation while running is the same animation as Elden Rings while using a light Shield, along with jump attack they did as well is the sword jump atk from Elden Ring.

👍 1  👎    Reply

**@YesGrandma** 6 months ago
The bull robot has the same attacks and "ability's" as the Fallen Star-Beast from elden ring,its a 1 go 1 copy if u look at the move set

👍 5  👎    Reply

**@darryljack6612** 6 months ago
We've been through this with Palworld, do you have  actual proof? Or are you just going off of how it looks?

👍 1  👎    Reply

**@FellixNoAmatsu** 6 months ago
@darryljack6612 Have you not read any of the comments here yet? Also the proof will come in time, afaik no one has posted a proper side by side comparison video yet. But if you've played MH or Elden Ring for 1000+hrs each as I have it is a very familiar sight.

However do you have any proof to prove they aren't the same animations 1:1, because a visual glance will very easily prove you wrong.

Show less

👍 2  👎    Reply

**@darryljack6612** 6 months ago
@FellixNoAmatsu  So... No proof. I have played monster hunter and i see similarities . The same way as someone who's played Pokemon, i have seen the similarities in Palworld. But something looking similar is not the same thing as them "ripping animations or skeleton assets". And just as with palworld, no was able to present proof that they infringed copyright or stole assets.

Also... that isnt how that works. You are the one making an accusation, the burden of proof is on you. If you cant proof it then all it is, is just a game with similar mechanics, visuals, and playstyles.

Show less

👍 1  👎    Reply

↳ Show more replies

---

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT

If you cant proof it then all it is, is just a game with similar mechanics, visuals, and playstyles.

Show less

👍 1  👎    Reply

↳ **Show more replies**

**M** @michaelramon2411  6 months ago

It's weird - it looks like money and effort have gone into animation, cinematics, the combat, but they obviously skimped on the concept art phase and couldn't be bothered to hire a SINGLE native English speaker to tell them that their trailer dialogue is wrong ("silence up"!?).

👍 15  👎    Reply

**V** @_VERESH  6 months ago

Well, the bull boss moveset is an exact ripoff of the falling star-beast of Elden Ring and the gorilla boss moveset is a shameless ripoff of Godrick the Grafteds moveset

👍 247  👎    Reply

⌃ **7 replies**

@Planag7  6 months ago

I noticed that too one of the backgrounds actually looks like a monster hunter arena from the PSP games

👍 24  👎    Reply

@Mr.MasterOfTheMonsters  6 months ago

The shield combat animations (and the rolling, but that is a given), including the spear moveset, are also straight from Elden Ring

👍 8  👎    Reply

@peger  6 months ago

hey if you must steal, steal from the best xD

👍 5  👎    Reply

@YesGrandma  6 months ago (edited)

As soon as the bull stopped you in the air i remembered about falling  star-beast,and the move set is a 1 to 1 with fallen star

👍 1  👎    Reply

@pyrophobia133  6 months ago

not surprising given the amount of outsourced work the Japanese game makers sent to China over the years

👍 1  👎    Reply

@azureth9544  6 months ago

The spider boss looks bit like Grafted Scion.

👍 2  👎    Reply

@jamesoakley4570  6 months ago

when i saw it, it looked like Elden Ring with its fighting gameplay, now that you mentioned the Fallen Star Beast you have just confirmed it for me

👍 1  👎    Reply

@FakeJeep  6 months ago (edited)

7:26 Oh look... a ghost from destiny...
8:41 Microsoft would like a word with Halo 5 assets being cloned...
8:47 Yup.. totalllllly not a ghost... totally...
9:41 More Halo 5.
10:15 Yup... poorly translated I'm leaning towards.
10:42 Hmmm Halo 5/Anthem?
10:52 Weapon looks very Destiny-ish
10:56 Halo fiiiiiiiiiiiiiive
12:10 Oh look, more Halo Guardians hard light armor... and is that a GRAVITY HAMMER?!
14:29 What.... silence up? clears throat and mimics Teal'c "No, things will in fact calm up."

Show less



10:42 Hmmm Halo 3/Anthem?
10:52 Weapon looks very Destiny-ish
10:56 Halo fiiiiiiiiiiiive
12:10 Oh look, more Halo Guardians hard light armor... and is that a GRAVITY HAMMER?!
14:29 What.... silence up? **clears throat and mimics Teal'c** "No, things will in fact calm up."

Show less

👍 5  👎    Reply

**@daniels.6500** 6 months ago
>Tencent
>Free-to-play + made for mobiles
>Blatantly stealing animations from Elden Ring/MH
>Yet another survival crafting game with a stamina dial
Wow, so much better than Horizon.

Show less

👍 280  👎    Reply

🔼 **10 replies**

**@dent.8100** 6 months ago
people shit on a mid game only to praise a literal chinese ripoff from tencent of all things they havent
even seen more than 5% of yet. cant make this shit up

👍 60  👎    Reply

C  **@christopherdsuza7531** 6 months ago
Won't know until its out. But I am not a fan of free to play chinese games in general due to the
egregiousness of the mtx in those game. Who know though, could be good even if its a copy.

👍 11  👎    Reply

**@USSAnimeNCC-** 6 months ago
@dent.8100  same guess gamer didn't learn nothing form watchdog just because it look doesn't
mean that how it'll be

👍 2  👎    Reply

B  **@Bayofthe91st** 6 months ago
>Yet another popup glider traveling mechanism

👍 3  👎    Reply

**@pyrophobia133** 6 months ago
keep in mind that Japanese/American devs outsourced a lot of work to China over the years, and
these guys are probably reusing a lot of stuff from that...

👍 3  👎    Reply

**@tinotantiado** 6 months ago
if it becomes a better product that i would enjoy. i will consume. it's not like copying is only mostly in
china. other companies from other countries does the same thing.

👍  👎    Reply

**@KimuriMedia** 6 months ago
Sure tencent copy a game, but blatantly Calling it stealing without proof is not make your argument
right

👍  👎    Reply

↳ **Show more replies**

a  **@aligoogle7532** 4 months ago (edited)
as a die hard Horizen fan, I'm happy and sad at the same time, and I'll play it.

👍 3  👎    Reply

**@amharbinger** ✓ 6 months ago
Releasing on PlayStation, man they're really going there

👍 37  👎    Reply

🔼 **3 replies**

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT

☰　▶ YouTube　　🔍　　Sign in

**@amharbinger** · 6 months ago

Releasing on PlayStation, man they're really going there

👍 37　👎　Reply

⌄ **3 replies**

**@hardcore476** 6 months ago (edited)

What is PlayStation going to do to tensent is a larger company with a lot more money have fun spending the next 5 years in court.　Even though I don't like China.　I dislike Sony more

👍 3　👎　Reply

**@SergeDuka** 6 months ago

It really depends on how good they are connected within the CCP. If they know the "right" people, Sony may decide to look the other way.

👍　👎　Reply

**@hardcore476** 6 months ago

@SergeDuka tencent is super close to the CCP they're right next to Yahweh and Alibaba

👍　👎　Reply

**@ANDYWOUNDSABRXS** 6 months ago (edited)

14:29 - 'you wont silence UP' ........... who wrote that? The lore would be funny as hell I bet. How could you create a world where the environment shaped robots to become animals from a by gone era WITHOUT it being the same reason why it happened in Horizon? That world made sense, the reasoning for the worlds outcome due to humans and tech. How did a robot go from a basic machine to an underwater dragon-bot?

👍 7　👎　Reply

**@starsuper64** 6 months ago

This is "The last hope" all over again.

That LOU clone on the switch that was so shitty that Sony took the game down themselves, which is pretty rare when big 3 get involved

👍 165　👎　Reply

⌄ **8 replies**

**@sws212** 6 months ago

Except the biggest developer in China, Tencent, is behind it. It's a ripoff but it's a big money ripoff that's also releasing on the PS5. It's closer to what Genshin Impact did with BOTW; copy the aesthetic and concept and add a bunch of gacha elements (Motiram is also releasing on mobile) to sell to their audience.

👍 17　👎　Reply

**@juanclaudio1103** 6 months ago

Sony will not allow this game to release on Playstation. This has lawsuit written all over it.

👍 2　👎　Reply

**@crookim** 6 months ago

@juanclaudio1103 Sony is a small company compared to Tencent, what are you talking about?

👍 1　👎　Reply

**@Deliveredmean42** 6 months ago

Nah, this is just a Genshin Impact Scenario again, with a similar style of trailer too. The trailer looking a look like a game they are trying to copy in term of feel and atmosphere, but the actual game is a bit different from what was advertised... kind of like a mobile style tactic actually.

👍 3　👎　Reply

**@erreyakendo8290** 6 months ago

@juanclaudio1103 In which court? China can have a different copyright laws, like Japan have their own, Russia too, etc...

👍 1　👎　Reply

**@kevingame3198** 6 months ago

@sws212 except genshin is entirely different than botw bc it's a considered a jrpg and there are aspects that different than botw notably the combat borrowed from Xenoblade Chronicles and

own, Russia too, etc...

👍 1   👎   Reply

**@kevingame3198** 6 months ago
@sws212 except genshin is entirely different than botw bc it's a considered a jrpg and there are aspects that different than botw notably the combat borrowed from Xenoblade Chronicles and kingdom hearts enemies have certain weaknesses and bosses are challenging

👍 2   👎   Reply

**@zugetzuzu** 6 months ago
@kevingame3198 Doesn't change the fact that their promotional material is made in such a way that it could confuse consumers about what product it is. This is a major breach of Western copyright law and while the game as a whole will probably still launch, they'll most likely be sued for copyright infringement on the basis I provided previously

👍 1   👎   Reply

**@juanclaudio1103** 6 months ago
@erreyakendo8290 China is not a lawless zone, they have copyrights there too. Blizzard shut down some Overwatch knockoffs a few years ago for example.

👍   👎   Reply

**@misusatriyo** 6 months ago
nah, they know exactly what they're doing. it's free marketing.

👍 7   👎   Reply

**@ZeoHidra** 6 months ago
Catching and customizing mecha animals actually sounds cool.

👍 193   👎   Reply

⌃ 8 replies

**@cherrygrabber7172** 6 months ago
Reminds me of Powerpuff Girls Mechanimals. Or Zords...I mean, Zoids.

👍 7   👎   Reply

**@Virtualblueart** 6 months ago
It's actually what I originally hoped they would do with forbidden west.
It would have been so cool to have your personal personal pet watcher or even a light model stalker variant following and hunting with you.
Maybe build and mod your own little robot from bits you harvest from other critters.
Taming the big ones as town defences against a new big threat.
What we got was ok, but could have been a lot more.
Show less

👍 19   👎   Reply

**@williammoutchia9292** 6 months ago
@Virtualblueart Finally, a good comment. I like your ideas, they all sound pretty cool

👍 7   👎   Reply

**@SenmiMsS** 6 months ago
Looking at gameplay, it's Palworld in Horizon universe.

👍 3   👎   Reply

**@incocnito1274** 6 months ago
i wouldnt jugde this game anymore than I would judge palworld. Horizon has no exclusive rights in Sci-fi robot dino idea

👍 3   👎   Reply

**@Ssecave** 6 months ago
@incocnito1274 they don't have exclusive rights. But you know what has the studios that made elden ring and monster hunter. They would like they assets (animations/skeleton etc) back.

👍 4   👎   Reply

**@SpaceManFive** 6 months ago
Yeah. I'd love that kind of gameplay if it wasn't a rip.

**@incocnlu1274** they don't have exclusive rights. But you know what has the studios that made elden ring and monster hunter. They would like they assets (animations/skeleton etc) back.

👍 4  👎  Reply

**@SpaceManFive** 6 months ago
Yeah, I'd love that kind of gameplay if it wasn't a rip.

👍 1  👎  Reply

**@mesmorrow** 6 months ago
Now spend the next 200 hours doing it and still not getting the best results because you didn't pay enough.

👍 1  👎  Reply

**@TheChaoticReflection** 6 months ago
I mean, you can easily associate majority of pals with pokemons, you even capture them by essentially using pokeballs. Palworld was absolutely creatively bankrupt, which didn't stopped it from hitting jackpot. Tencent looked how popular was survival crafting pokemon rip off was and decided to make similar rip off themselves just use different game aesthetic as source material.

👍 5  👎  Reply

**@CallMeConCon** 6 months ago (edited)
0:26 somebody tell him 50% of china's GDP is built of making cheap copies.

👍 159  👎  Reply

˄  **13 replies**

**@popatsot1** 6 months ago
Yup, and that's why every country uses them still to this day

👍 5  👎  Reply

**@prastagus3** 6 months ago
cheap doesn't mean bad anymore, especially for more recent Chinese product. But heh, not my business to live in the past still.

👍 3  👎  Reply

**@popatsot1** 6 months ago
**@prastagus3** Who said anything about bad? They upped the quality when people started buying Mexican products for about the same price. It's hard to fight over a billion people working for far cheaper than anyone here is willing to work for 🤓

👍 5  👎  Reply

**@prastagus3** 6 months ago
**@popatsot1** more competition = better and cheaper products, good for the consumer

👍  👎  Reply

**@popatsot1** 6 months ago
@prastagus3 Kinda? It's really hard to compete when your government tells you where to work with the threats and pays you next to nothing for it. I'm not about to stop buying the cheap things but I can at least see that it's not an even playing field 😕

👍 4  👎  Reply

**@prastagus3** 6 months ago (edited)
**@popatsot1** "It's really hard to compete when your government tells you where to work with the threats and pays you next to nothing for it" - the old trope still working I see. Keep living in the past for all I care.

👍 1  👎  Reply

**@popatsot1** 6 months ago
**@prastagus3** How in any way was that a coherent response? 😕

👍 1  👎  Reply

**@prastagus3** 6 months ago
**@popatsot1** fixed

👍 1  👎  Reply

☰  ▶ YouTube    [search]    🔍    Sign in

👍 1    👎    Reply

**@prastagus3** 6 months ago
@popatsot1 fixed

👍 1    👎    Reply

**@runforestrunfpv4354** 6 months ago
Copies that you keep buying though.

👍    👎    Reply

**@Pentti_Hilkuri** 6 months ago
50%? Can someone name one original thing they make money with?

👍    👎    Reply

↳ **Show more replies**

**@RedwindAndBeyond** 6 months ago
4:20 and yet why Concord was allowed to exist briefly?

👍 4    👎    Reply

**@S0ulGh0st** 6 months ago
It's already bad enough they're copying Horizon THAT much, but it's even worse they are doing yet another survival crafting game

👍 101    👎    Reply

∧ **7 replies**

**@magellan107** 6 months ago
oh i didnt know that. yeah nah instant pass

👍 8    👎    Reply

**@gm08351** 6 months ago
The game looks amazing and 10x better than horizon

👍 3    👎    Reply

**@lnsflare1** 6 months ago
To be fair, if there's one setting that makes sense for a Survival Crafting game, it's Horizon's.

👍 8    👎    Reply

**@lnsflare1** 6 months ago
@gm08351 The gameplay looks a lot different than Horizon's, but not in a way that would particularly appeal to people who like Horizon's rather excellent and more technically focused combat system.  Though if you also like Dark Souls, it might scratch that itch.

👍 9    👎    Reply

**@zacziggarot** 6 months ago
I honestly don't see too much wrong with there being another survival crafting game seeing as that's something that exists in real life. It makes sense 🤷 but who is going to pick this up after playing four other games similar to it?

👍 1    👎    Reply

**@goodlookinouthomie1757** 6 months ago
This is Chinese business. In the west we see it as something shameful or embarrassing to plagiarise other people's ideas and designs... We value authenticity and originality. But it's what a huge chunk of Chinese industry is based on. They don't think twice about it so of course their games will be no different.

👍    👎    Reply

**@jamesoakley4570** 6 months ago
who cares if they copied. aslong as its a good game.

👍 2    👎    Reply

**@theomnidegenerate5236** 6 months ago

who cares if they copied. aslong as its a good game.

👍 2  👎    Reply

**@theomnidegenerate5236** 6 months ago

I don't care. if the game is good I'll play it

👍 10  👎    Reply

**@glenntk8434** 6 months ago

I remember people mocking Genshin Impact for looking like Breath of the Wild and Palworld for looking like Pokemon when they were revealed.

👍 195  👎    Reply

⌄ **24 replies**

> **@Chaos-vm7cy** 6 months ago
>
> Genshin Impact atleast were honest about their inspiration from BOTW and built on their own universe to the point where Genshin is it's own thing and it's only compared to BOTW on the surface level.
>
> 👍 57  👎    Reply

> **@USSAnimeNCC-** 6 months ago
>
> But Genshin impect became it own thing while this is one of those trendy copy when seen with fortnite when alot companies where trying to copy it
>
> 👍 11  👎    Reply

> **@SecondChance-zip** 6 months ago
>
> Bro people compared everything to breath of the wild back when it released. Like it was the first open world game ever.
>
> I actually hated that era.
>
> 👍 26  👎    Reply

> **@lnsflare1** 6 months ago
>
> @Chaos-vm7cy  Honestly, Genshin Impact's marketing played up their extremely superficial similarities to BotW (even the art styles don't look anything alike) in order to bait and switch people who wanted a BotW style game on a non-Switch/WiiU platform.
>
> 👍 21  👎    Reply

> **@mittensfastpaw** 6 months ago
>
> The difference is those two pulled inspiration from the sources and are very much their own thing once you get past that surface element.
>
> They didn't right out literally steal animations from multiple titles for their bosses.
>
> 👍 3  👎    Reply

> **@biggy04215** 6 months ago
>
> Exactly. This just seems like another Genshin Impact and Palworld situation. Like, yeah, aesthetically copied, but they did innovate and find their own charms in gameplay. I'm confused why this would be any different. Why judge it now? It looks interesting to me. I'm intrigued to see how this goes.
>
> 👍 9  👎    Reply

> **@VitalVampyr** 6 months ago
>
> @SecondChance-zip  Genshin Impact had some major similarities to Breath of the Wild beyond just both being 3rd person open world games.  A circular stamina meter that hovers next to your character when consuming it, the ability to freely climb pretty much any vertical surface, and a hang glider you could just pull out of your pocket somehow at any time.  These were all quite prominent in the early marketing of the game.  You're deluding yourself if you think there isn't a good reason for the comparison.
>
> Show less
>
> 👍 4  👎    Reply

> **@lnsflare1** 6 months ago (edited)
>
> @VitalVampyr  I mean, you just described Gravity Rush with 2/3rds of that, which came out around 5 years before Breath of the Wild, and the the circular stamina wheel and hang glider never went into

4    Reply

@Insflare1 6 months ago (edited)
@VitalVampyr I mean, you just described Gravity Rush with 2/3rds of that, which came out around 5 years before Breath of the Wild, and the the circular stamina wheel and hang glider never went into the released game because the marketing was bait and switching people who wanted a BotW style experience on mobile/PC/PlayStation platforms.

3    Reply

@DeadlyAlpha 6 months ago
@Chaos-vm7cy  (it's not letting me reply directly 😵) heck, same with palworld and pokémon. only issue it had (after release) was the "copied hw" designs of **some** (not all) of the pals

Reply

@Deliveredmean42 6 months ago
@mittensfastpaw Basically its all marketing: show something resembling another game, but in actuality its a slightly different style of gameplay.

Reply

↳ Show more replies

@ameno4780 6 months ago
It's actually interesting how many legal issues this game will face, because just from this trailer I spotted blatant copy-paste from Elden Ring, Horizon, Monster Hunter, Breath of the Wild. Like at this point they were just curious how many games is it physically possible to copy mechanically/aesthetically and get away with it.

13    Reply

⌃ 1 reply

6 months ago
Their logic : Why copy from one game when u could copy from several?

1    Reply

@sik3xploit 6 months ago
Did everyone forget Tencent was from China?  Absolute copy (at the cost of quality) is their MO.

69    Reply

⌃ 8 replies

@disasterincarnate 6 months ago
im sure the likes of Path of Exile 2 will only enhance the game with tencent behind it.

Reply

@alexanderwolfington 6 months ago
It's funny it's happening to Sony. I'd rather give tencent money than Sony tbh.

3    Reply

@prastagus3 6 months ago
taking the chance to move the topic from Tencent to China? still living in the past?

1    Reply

@eldritchmorgasm4018 6 months ago
Made in China - The Game

Reply

@sik3xploit 6 months ago
@prastagus3  You do understand all business in China is under government authority?  There is no such thing as private businesses there.

3    Reply

@prastagus3 6 months ago
@sik3xploit government authority? they have business laws and national laws.

"There is no such thing as private businesses there" - old trope and misinformation. They have state

👍 3  👎  Reply

**@prastagus3** 6 months ago

@sik3xploit government authority? they have business laws and national laws.

"There is no such thing as private businesses there" - old trope and misinformation. They have state companies, and also have private companies that contributed at least 60% of their GDP last year.

Do you think a company in any other sovereign nations can freely ignore laws of their host nations regarding their business?

Show less

👍 1  👎  Reply

**@zuriyel5368** 6 months ago

@prastagus3  It's very astonishing how people have this cartoonish view of China that's totally devoid from reality, while believing themselves to be critical thinkers.

👍 3  👎  Reply

**@prastagus3** 6 months ago (edited)

@zuriyel5368  if US populace mostly are critical thinkers, it wouldn't be in this sorry state right now ....... old tropes about China die hard. It is easier for them to live in the past mentally just like the Brits after US dethroned them after WW2 to now (except when they tried and failed to topple US gold backed currency in the 60's-70s as its last struggle).

👍 1  👎  Reply

**@theeggthatsurvivedhowtobas778** 6 months ago (edited)

I personally agree with asmongolds take. If a superior game comes out of this, then lets just enjoy it, despite it copying many games, and leave it to the rich companies to fight it out

This isnt sugar coating it, its blatantly ripping off other games. But if the game ends up being actually good and fun, im going to enjoy it

Show less

👍 4  👎  Reply

**@kjunith** 6 months ago

As a bald man once said: "A stupid dev imitates, a smart dev steals."

👍 38  👎  Reply

∧ 3 replies

**@prastagus3** 6 months ago

Steve Jobs?

👍 2  👎  Reply

**@SimplyNotReally** 6 months ago

No its "A smart developer imitates, a genius developer steals. Huehuehuehuehue"

👍 2  👎  Reply

**@Mursaat666** 5 months ago (edited)

personally the only thing im interested in is... is it going to be fun... just sayin'
edit: after watching the vid i came to wondering did Yong have similar complaints about Palwold, or Temtem when it came out like in this video?

👍 1  👎  Reply

**@ameliamohsin8430** 6 months ago

Tencent should copy Nintendo, I really wanna see that happen in the future.

👍 66  👎  Reply

∧ 6 replies

**@Skyverb** 6 months ago

Godzilla quote:

Tencent should copy Nintendo, I really wanna see that happen in the future.

👍 66  👎  Reply

⌄ **6 replies**

**@Skyverb** 6 months ago

Godzilla quote:

"Let them fight"

👍 13  👎  Reply

**@eldritchmorgasm4018** 6 months ago

"Super Mario" clone done by Tencent next.
Mario: 😳 "They ripped-off my franchise, you sons of bitches!"

👍 1  👎  Reply

**@paulrasmussen8953** 6 months ago

They already tried. Had a pokemon cline and got sued

👍 1  👎  Reply

**@theemagicalgurl** 6 months ago

The irresistable force meeting the immovable object.

👍 1  👎  Reply

**@TerebikunDayo** 6 months ago

My brother in christ, that happens since the NES era. The reason u didnt see it is bc u are too young or
dont care enough

👍 1  👎  Reply

**@joelcastro2625** 6 months ago

But Copied game is boring to me… 😒 I want new games without copying other videos games.

👍  👎  Reply

**@Timjones-v4h** 6 months ago

. . . Sold

👍 1  👎  Reply

**@matheusataide3368** 6 months ago

Tbh if this game does it better, i don't really care.

👍 13  👎  Reply

⌄ **2 replies**

**@jamesoakley4570** 6 months ago

exactly. as a consumer the only thing i care for is "is it good?"

👍 1  👎  Reply

**@aligoogle7532** 4 months ago

does it better are you joking, horizen was a 500 employees dedicated to one idea, they cant pass that
with a copy mentality, its just could be fun on its own terms.

👍  👎  Reply

**@jamesmansfield67** 6 months ago

8:46 literally a ghost from Destiny.

👍 1  👎  Reply

**@TheConpletionist** 6 months ago

Foreground Infinite Night

👍 20  👎  Reply

**@jorwon** 4 months ago

Bro just make a good game, don't really care how you get there

👍 1  👎  Reply

👍 20    👎    Reply

**@jorwon** 4 months ago
Bro just make a good game, don't really care how you get there

👍 1    👎    Reply

**@fernandozavaletabustos205** 6 months ago
If Motiram devs lean heavily on the customization aspects, the survival elememts and polish the worldbuilding aspects, their game would be different enough from Horizon to shine on their own.

👍 9    👎    Reply

∧ 1 reply

P    **@prastagus3** 6 months ago
it is also free to play so .....

👍 1    👎    Reply

**@ihatecabbage7270** 6 months ago
It doesn't matter, if it is a live service garbage, I won't play it.

👍 2    👎    Reply

**@NorseTrojan** 6 months ago
I have to be honest, this game really does have me wanting to play it over Horizon.

👍 17    👎    Reply

∧ 2 replies

**@eldoriyah8236** 5 months ago
Actually attractive characters too
Unlike nickocado aloy

👍    👎    Reply

**@PS4Pat** 3 weeks ago
I actually like Horizon (including Forbidden West), but I'm kinda wanting to play this out of curiosity.

👍    👎    Reply

**@skateroffortune** 6 months ago
5:16 you know whats worse than somebody stealing your work? Somebody stealing your work and doing it better than you. This game looks way more fun than horizon

👍 1    👎    Reply

**@SirSblop** 6 months ago
This is what we mean when we say A.I. "art" isn't art. Sure there are no original ideas on earth anymore, but we literally see where, if put into an AI art context, the images have been picked and squished together based on a loose prompt.

👍 5    👎    Reply

**@cordingdesert9566** 6 months ago
Why copy horizon zero dawn? The only reason it sold so well was that it was packaged with every Playstation.

👍 1    👎    Reply

**@stewpitkuma91** 6 months ago
Thank god it has stamina. For a second I thought it would do something different, phew.

👍 18    👎    Reply

**@dereklewis8914** 6 months ago
It's like doing your homework with a group while avoiding copying each other, but then copying the only essay question word for word from someone else. All they had to do was make the creatures different in an obvious way and it would look cool.

👍    👎    Reply

@derek…914 6 months ago
It's like doing your homework with a group while avoiding copying each other, but then copying the only essay question word for word from someone else. All they had to do was make the creatures different in an obvious way and it would look cool.

👍 👎    Reply

**M** @michaelmaguire4147 6 months ago
Not to sidetrack from the fact that this is very much a rip-off; but I'd be remiss if I didn't mention Zoids, if we are talking about "originating the concept of 'natural' mechanized animals."

👍 9 👎    Reply

∧ **5 replies**

**M** @michaelmaguire4147 6 months ago
2:50 in fact, that looks like a god damned Ligar.

👍 3 👎    Reply

**M** @michaelmaguire4147 6 months ago
Actually the more I see of this, the more I'm seeing the design language of Zoids (mixed with what I'd say is the robot design language that they came up with for the Bayverse Transformers.) Having had not really paid much attention to the Horizon stuff after the initial images, I wonder how much they took from Zoids designs now.

👍 3 👎    Reply

@williammoutchia9292 6 months ago
@michaelmaguire4147 I learned more from your comments than I did in history class😂😂 the part about transformers was surprising ngl

👍 👎    Reply

**T** @tgb6823 6 months ago
@michaelmaguire4147 You'd never confuse Zoids or Transformers with Horizon, though.

👍 1 👎    Reply

@Temperans 6 months ago
Zoids look more like proper military mecha, while these look more like robot animals. While Horizon is only vague kind of sort of resemble an animal if you squint.

Like the radio dish one from Horizon is clearly based on a giraffe, but it does not look like a giraffe. Zoids would make a giant robot that looks like a giraffe of it was designed by the military. This game seems like it would make a robot that looks like a real giraffe if you removed the skin, and replaced everything with electronics.

Show less

👍 2 👎    Reply

**C** @ChetReeser 6 months ago
It is a mash up of different popular games and their respective mechanics

👍 9 👎    Reply

**D** @dj724 6 months ago
When you ask 5 people if you can copy their homework

👍 31 👎    Reply

∧ **2 replies**

@sepheiba 6 months ago
when you ask them, they refuse, and you do it yourself anyways

👍 1 👎    Reply

@DamnitMan88 6 months ago
And make it better.

👍 1 👎    Reply

**B** @brendanjames2983 4 months ago
The female character is this game is way better looking though! lol!

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT

☰  ▶ YouTube                                                                🔍    Sign in

And make it better.

👍 1  👎    Reply

**B**  @brendanjames2983  4 months ago
The female character is this game is way better looking though! lol!

👍 1  👎    Reply

@kevingame3198  6 months ago
Oh,really
Sony: you're a cheap knock off
Tencent: oh no, no no no no I'm the upgrade

👍 6  👎    Reply

⌄ 2 replies

**P**  @prastagus3  6 months ago
it also will release on PS5 .......

👍  👎    Reply

@mttylerdurden9  6 months ago
There is no universe where this is an upgrade

👍  👎    Reply

@lChrissy79l  6 months ago
The world in Motiram reminds me more about the Atmosphere in Final Fantasy Games . FF 8 had Crab
Robot many years ago, so there was always a game who had this things before 😊

👍  👎    Reply

@ethanwinterseveredhand  6 months ago
Next level shovelware

👍 8  👎    Reply

@Infomancer29  6 months ago
This literal just feels like palworld but everyone is on the otherside of the fence this time, though its a bit
larger in scale for sure

👍 1  👎    Reply

@Ninja_Champagne  6 months ago
I'm more concerned about Sony's obsession with Horizon and their blatantly ignoring of Bloodborne.

👍 26  👎    Reply

⌄ 10 replies

**T**  @tgb6823  6 months ago
So am I, but Horizon has sold like 10x as many copies as BB did, and both the studios that worked on
the game are no longer associated with Sony, so it's not really surprising that they are.

👍 2  👎    Reply

@zacziggarot  6 months ago
They're literally coming out with a BB remake on the PS5 pro next year

👍  👎    Reply

@_Cetarial  6 months ago
@zacziggarot Source: Trust me bro.

👍 4  👎    Reply

@jamesoakley4570  6 months ago
Bloodborne remaster has been confirmed of PS5 Pro

👍 1  👎    Reply

@jamesoakley4570  6 months ago
@_Cetarial  Its true, look it up. Sony already announced it

👍  👎    Reply

Bloodborne remaster has been confirmed of PS5 Pro

👍 1  👎  Reply

@jamesoakley4570  6 months ago
@_Cetarial  Its true, look it up. Sony already announced it

👍  👎  Reply

@DamnitMan88  6 months ago
@jamesoakley4570  Sony announced it? Are you sure they "announced" a "remaster"?

👍  👎  Reply

@jamesoakley4570  6 months ago
@DamnitMan88  not sure if it's a remaster but it's being opt for PsPro

👍  👎  Reply

@zacziggarot  6 months ago
@_Cetarial  takes all of 4 seconds to look up, you've revealed you're too stubborn and lazy to fact check, well done 👍

👍  👎  Reply

↳  Show more replies

@7DeadlyJinxs  6 months ago
This is what a world without copyright and patent law looks like. And I'm all for it.

👍  👎  Reply

@robertlimbrick9580  6 months ago
Tencent really is tanking rn

👍 6  👎  Reply

D  @DeaditeXx  6 months ago
Who cares. As a consumer, I don't owe my allegiance to any IP. May the funnest game win!

👍 1  👎  Reply

∧  3 replies

E  @edwardmiller4562  6 months ago
As a consumer you should care.  You're encouraging copycats to flood the market with slight variations of established IPs.

👍  👎  Reply

D  @DeaditeXx  6 months ago
Direct competition makes for better products for consumers

👍  👎  Reply

E  @edwardmiller4562  6 months ago
@DeaditeXx  You can directly compete with someone without lifting the work they did, slapping a different color on it and calling it yours.  That doesn't spur innovation or original thought.

👍  👎  Reply

M  @michaelmaguire4147  6 months ago (edited)
I don't like having this conversation about mechanics, because people "copying the original mechanics of other games" is how we end up with new genres. Obviously, there needs to be some element of originality, as you said, but I think that is the job of art style/writing. Talking about things like "the glider" especially bug me; Breath of the wild didn't invent that mechanic either. If we applied that kind of logic to something like "double jump" or "dash", then we wouldn't have the Metroidvania genre.

"monster-hunter" should be a genre; that's how we get innovation, but we gotta deal with the slop in order to give room for the good stuff.

Show less

👍 4  👎  Reply

∧  1 reply

@mastercraftbaker9414  6 months ago

---

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT

give room for the good stuff.

Show less

👍 4  👎  Reply

⌄ 1 reply

@masterofthelag8414 6 months ago

Monster hunter already kinda is - the God Eater and Toukiden series are both monster hunter-alikes
that are fun enough from what I played. And yeah - I don't care if it's a ripoff, I liked the original
Horizon and more of that to me is just a plus, and I **love** monster hunter so combining two generes I
really like plus some other fun looking stuff thrown in? I'm down! So long as they make it **fun** at any
rate...

Show less

👍 👎  Reply

@corsairmechanic4129 6 months ago

14:43 Youtube suggesting HZD Remastered's launch trailer at the end is just so fitting!

👍 👎  Reply

@Planag7 6 months ago

The thing is when I looked into it it's kind of like a monster hunter game.

It's kind of like what they did with genshin impact how they largely stole the premise of breath of the wild but
was a completely different game

👍 16  👎  Reply

⌄ 4 replies

@michaelmaguire4147 6 months ago

Did people really think Breath of the wild was the first open world game or something?

👍 7  👎  Reply

@lertik3898 6 months ago

@michaelmaguire4147  It's not about the gameplay itself for these specific examples, but for the
artstyle and the presentation

👍 3  👎  Reply

@quint2568 6 months ago

@lertik3898  ever play a tales game?????

👍 3  👎  Reply

@PlaystationTaxation69999 6 months ago

Breath of the Wild is completely different compared to Genshin. I would say Genshin is a buffet
version of Visions of Mana. (Not like BotW)

👍 👎  Reply

@SungJinwoo666 6 months ago

I agree with you 100% , but i think if they can make a better game and add more things , i will take that every
time , ,i am a consumer, and we can see that the games in the west are ass in the past few years, and
companies do not care about us and our opinion , so overall if they can copy all the good games and make a
better one i will take that as a win.

👍 1  👎  Reply

@jakethornton4856 6 months ago (edited)

I havent seen anyone "Mock" this game. most everyone i have seen say they like this and don't care if it was
"inspired" by other games. If anyone is mad about this it's Horizon fanboys

👍 7  👎  Reply

@elvishcyborg4275 6 months ago

That voice line about killing god, I have to wonder if it was "inspired" by the opening to Nier Automata

👍 👎  Reply

@thehunterjk2521 6 months ago

**@elvishcyborg4275** 6 months ago

That voice line about killing god, I have to wonder if it was "inspired" by the opening to Nier Automata

👍 👎 Reply

**@thehunterjk2521** 6 months ago

Lost me at mobile

👍 6 👎 Reply

**@Marcmoody1990** 6 months ago

Many people do not realize that in China, terms such as "rip off," "clone," and "copyright" do not carry the same negative connotations. Instead, they use the term "Shanzhai," which can signify a way to make desirable products more affordable.

👍 👎 Reply

**@Mista7P** 6 months ago

Yong looking like he hitting the gym strong 💪

👍 18 👎 Reply

∧ 1 reply

    **@ElNebuler** 6 months ago

    bro he's getting jacked, veins on the delts are starting to show

    👍 2 👎 Reply

**@EmeraldMage7188** 6 months ago

I'll be honest I thought the punchline was that as soon as he heard it was tencent he was going to disregard all of it and his employee would be flabbergasted as to why

👍 👎 Reply

**@mal82** 6 months ago

So now all who copy kojima for pt is the same thing?. Its but hurt for original devs because copy is better 😑

👍 4 👎 Reply

**@Piasecznik72** 6 months ago

One problem with similarity - if you model your game of of existing creatures, other games modeled of same creatures would look very similar. Giraffe, Bull, Deer, Dinosaurs combined with fiberoptics will look almost the same no matter if inspired or copied over.

👍 👎 Reply

**@KenBladehart** 6 months ago

Creatively bankrupt

👍 17 👎 Reply

**@RandomAccessedMemories** 6 months ago

Ay yo? This game sounds dope af

👍 1 👎 Reply

**@Aves_1** 6 months ago

I loved horizon (mainly due to the environment, mechanics, and setting. I liked the story in 1 but 2 felt meh story-wise)  so a survival game in something similar would actually interest me

👍 13 👎 Reply

∧ 1 reply

    **@williammoutchia9292** 6 months ago

    That's what I'm saying

    👍 2 👎 Reply

**@RedRavenNine** 6 months ago

Only think I disagree with is that it takes a lot to come up with a unique aesthetic for a game.

That's what I'm saying

👍 2  👎  Reply

**R** **@RedRavenNine** 6 months ago

Only think I disagree with is that it takes a lot to come up with a unique aesthetic for a game.

AI exists now. You can literally take screen grabs of anything you want to "get inspiration from", and tell it to make it gothic looking, make it steampunk, make it dark mechanical looking... and on and on and on...

So as far as getting your own unique look for your game, you just need a few command prompts.

Show less

👍  👎  Reply

**@combatsv** 6 months ago

It already looks better than Horizon Zero Dawn keep em comin!

👍 6  👎  Reply

**L** **@NexusNoxCS** 6 months ago

The contrast of lush green vegitation and that reddish tallgrass to hide in -- that's quintessential Horizon design and visual style feature. Just that detail would be enough to go "Whoop, there it is" as the meme would tell us. Then again, it's Tencent, it'S Chinese market, it's mobile --it will make a massive amount of money, no one will be able to sue them in that jurisdiction and nothing will change.

👍  👎  Reply

**D** **@deanhollingsworth7938** 6 months ago

Id rather buy this than a remake of Horizon

👍 11  👎  Reply

**@enderkatze6129** 6 months ago

This is probably gonna make Horizon get more Players

👍 2  👎  Reply

**@Hailey_Broko** 6 months ago

Didn't know it was called that, I kept calling it Not Horizon 😂

👍 4  👎  Reply

**J** **@jasonchen5732** 5 months ago

So what? Horizon isn't even good to begin with

👍 1  👎  Reply

**@FoieGras4u** 6 months ago

Skyline Cipher Daybreak

👍 4  👎  Reply

**@lon9222** 6 months ago

who cares if the game is good and fun,its not my problem its the company problem , if its good im playing it if its bad im skipping it  simple as that

👍 1  👎  Reply

**@nexusvideo** 6 months ago

It's FREE. And it does not need a Sony PSN acct. Sounds great.

👍 8  👎  Reply

∧ 1 reply

**@johnniewalker33** 6 months ago

I can see it now, so many Microtransactions so many...

👍 1  👎  Reply

**D** **@lfslayanct** 6 months ago

Chinese studios look at Western games like

I can see it now, so many Microtransactions so many...

👍 1  👎    Reply

**@lfslayanct** 6 months ago

Chinese studios look at Western games like
"the playable character isn't sexualized enough and doesn't sound like a child, so we're going to copy the whole damn thing and add sex and gacha mechanics."

👍  👎    Reply

**@duncanw5644** 6 months ago

They saw Marvel Rivals and thought "Nah, I'd Win"

👍 7  👎    Reply

⌄ **1 reply**

**@Sharpester-m4o** 6 months ago

Jujutsu Kaisen reference.

👍  👎    Reply

**@theafrocain9203** 6 months ago

As a consumer you shouldn't focus on plagiarism. Just to consume what's given to you and decide whether it's good or not. Let Sonny, FromSoftware, Capcom, Guerilla Games, Pocket Pair, Inc. Nintendo worry about plagiarism.

👍  👎    Reply

**@bullbae02** 6 months ago

no single game holds the rights to any of the things you mentioned.... i dont think mixing up genre and inspiration is bad especially for a game..... theres no controversy here, let the lawyers figure out that.

👍 12  👎    Reply

⌄ **1 reply**

**@Ssecave** 6 months ago

There is a difference between inspiration and copy then sell it. I can't just remade the Mona Lisa but add a hat to it then sell it for profit.
That what's happening here. 90% of the art (visuals, effects, sound design, music, animations) are from horizon.

👍 4  👎    Reply

**@Jonny2Tons** 6 months ago

The Palworld lawsuit has me nervous calling a thing a "blatant rip-off." I would need to see the final product first.

👍  👎    Reply

**@PierceArner** 6 months ago

The giant-robo-animal aesthetic of *Horizon* was already heavily reminiscent of *Zoids* from the '90s. That's not something that's really grounds for negatively going after the alpha of a game for — especially when they have mechanics about upgrading them and are using them in a unique and different way.

Inspiration and copying are two totally different things. There's literally nothing wrong with inspiration, and suggesting that they're "getting away with inspiration" is a flat-out dishonest framing.

Directly copying assets or movements and pastong them into a game IS a problem that should be addressed… but it's also not something that you can really judge alpha footage for — *because it's Alpha footage and by nature doesn't reflect the release version.*

Literally Frankensteining together a game by ripping assets and only making minor changes is a bad practice and ought to be pursued because it's parasitically stealing the work of others for profit.

Being inspired and making a game that's like a fusion of multiple different games is the opposite of a problem. Like with *Pal World* whether or not it's original enough to succeed is up to the playerbase who wants that and that the other games don't provide it.

Being overly-sensitive to inspirations and wanting them to get shut down just means we'll get more

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT

practice and ought to be pursued because it's parasitically stealing the work of others for profit.

Being inspired and making a game that's like a fusion of multiple different games is the opposite of a problem. Like with *Pal World* whether or not it's original enough to succeed is up to the playerbase who wants that and that the other games don't provide it.

Being overly-sensitive to inspirations and wanting them to get shut down just means we'll get more situations like *Shadow of War* patenting the Nemesis System — where we'll NEVER get any other game exploring or evolving the ENORMOUS potential of that mechanic, despite how awesome it would have made future games to all be able to make their own versions of that.

Show less

👍 17  👎    Reply

 ⌃ **2 replies**

 **@Octarinewolf** 6 months ago
Zoids looked noticeably different from Horizon's equivalents though. They landed more into being warmachines and Horizon's are more heavily Biomimicry. THey also didn't share Trade Dress, Lights uses the same colour palletes and music as HZD where as Zoids was more Gundam.

👍 👎    Reply

 **@PierceArner** 6 months ago
@Octarinewolf  That's more because *Zoids* was a product of the early '80s where the look of futuristic technology had a *VERY* different overall aesthetic than it does now 40+ years later with modern elements & designs that are now more reminiscent of smartphones than walkie-talkies. That's also in addition to the fact that Tomy started out *Zoids* as a plastic model kit toy line hence the aesthetic correlation to *Gundam* / Gunpla, so there are design optimization constraints based around what you can easily replicate with injection molding model kits. There's a similar constraint for the designs used in *Beast Wars: Transformers* in the late '90s as well, since they were also a practical toy line.

The point is that this was already a general concept around mechanical animals that *Horizon* riffed off of in their game in a new and interesting way. It's not something that's wholly original to them, and so a game having that similarity in an early Alpha stage where gameplay concepts & graphics are far from final… is just grounds for a bad take that overrepresents that similarity as being egregious rather than not necessarily being all that significant.

Show less

👍 👎    Reply

 **@solid-parker237** 6 months ago
Any reasonable game developer would feel obligated to point out what is wrong with this IP, but my first instinct is "YIKES".

👍 👎    Reply

 **@sabrevanson4412** 6 months ago
i Laughed way too hard at the trailer for that game

👍 4  👎    Reply

 **@BigLou521** 6 months ago
Aside from the obvious, it really bothers me that swinging the weapon looks like it takes alot of effort due to weight of said weapon but the dodge completely ignores that.

👍 👎    Reply

 **@dominicanbananas** 6 months ago
this reminds me of when everyone was hating on Genshin Impact for being a BOTW rip off and ppl ended up liking that game. I think this game looks pretty good all things considered.

👍 3  👎    Reply

 **@IILeinadII** 6 months ago
The only thing it really takes is art design. The gameplay looks like a combination of base building, soulslike/monster hunter mechanics, and it being an online open world game.

👍 👎    Reply

 **@Brown95P** 6 months ago (edited)
Tencent literally looked at Pocketpair aesthetically ripping off so many games and said: "If they can get

soulslike/monster hunter battle mechanics, and it being an online open world game.

👍  👎  Reply

**@Brown95P** 6 months ago (edited)
Tencent literally looked at Pocketpair aesthetically ripping off so many games and said: "If they can get away laughing all the way to the bank with it, why can't we?"

Seriously, I'm still utterly baffled at how Palworld got so much player support when all they had to do to send a message to GameFreak was just swap over to Digimon.

Show less

👍 3  👎  Reply

**@Skokan82** 6 months ago
As a consumer, my primary concern is the entertainment value of a game, regardless of whether it is a copy. If a game is enjoyable, it will naturally become popular. I particularly appreciate the survival elements in Horizon games.

Regarding legal issues, these are the responsibility of Tencent, not the consumer. It's worth noting that companies like Apple have also been known to incorporate features from other products and create something appealing. While there are complaints about Samsung copying Apple, it's important to remember that Apple has also adopted ideas from others.

In summary, as long as consumers enjoy and purchase the product, its origin is less significant. This perspective may not be widely accepted, but it reflects the reality of the market.

Show less

👍  👎  Reply

**@awesomereviews1561** 6 months ago
The twist is that it will be LGBTQ free and with attractive characters. It's rare this day 😂 .

👍 10  👎  Reply

**@MrDylanski** 6 months ago
I might be wrong, but the animation of that hammer attack at 2:33 looks exactly like the greatsword animation in Monster Hunter: World, and it's far from the only identical animation/model/design I'm seeing. I would be surprised if they didn't get slapped with a few lawsuits.

👍  👎  Reply

**@MRE-fc1vs** 6 months ago
They are about to get sooooo many cease and desist orders 😂

👍 4  👎  Reply

⌃ 1 reply

**@dsshocktrooper7523** 6 months ago
It's coming to Playstation...

👍 1  👎  Reply

**@landolondon3978** 6 months ago
When I seen and heard that dialogue you can't convince me that this game wasnt heavily developed by AI from start to finish.

👍  👎  Reply

**@ZirixStrarstrider** 6 months ago
To be honest, this one looks fun and cool. Forbidden West never gave me this kind of vibes of "Wooooow, cool!"

👍 7  👎  Reply

**@claymenefee6999** 6 months ago (edited)
I honestly dont really care when companies do this. It wont stop me from purchasing the real game, and sometimes the rip off is also fun.

👍  👎  Reply

☰  ▶ YouTube   [Search]   ⚲   ⋮   ⊙ Sign in

**@claymenefee6999** 6 months ago (edited)

I honestly dont really care when companies do this. It wont stop me from purchasing the real game, and sometimes the rip off is also fun.

👍 👎  Reply

**@Shimeji_e** 6 months ago

so does one party holding monopoly on a certain aspect on game industry and can sue whoever tried to do the same thing a good thing or not? I'm confused after the whole nintendo/palworld thing

👍 16 👎  Reply

∧ **7 replies**

**@charliegnu** 6 months ago

Oh look, Minesweeper has bombs in the game. I guess no other game ever can have bombs because they already did it.
And Pong has paddles controlled by the player through a device. Goodbye gamepads 😒 😂.

👍 2 👎  Reply

**@RegularBladeRunner** 6 months ago

Good point. Honestly, I don't give a damn, I just find it pathetic. But if anyone is going to try to copy a genre and make it as good as possible then I'm rooting for them.

👍 5 👎  Reply

**@aahzmandiaz2767** 6 months ago (edited)

No, they do not. You cannot copyright ideas- Only procedures and complete products. So tough luck.

👍 1 👎  Reply

**@Nammjahtan** 6 months ago

Mechanics are one thing but a game's entire visual style... or several games in this case as you have clear elements from not just Horizon but also Monster Hunter and Elden Ring. There's nothing there that benefits the consumer. Innovation does. Imagine if you had this game with it's own visual style and did not just straight steal animations from other games. That would have great potential as a game. Mechanics I don't think should be barred from devs making use of them as you have many instances of really amazing mechanics being made and then never being used in a game again.

Show less

👍 3 👎  Reply

**@prastagus3** 6 months ago

@Nammjahtan as gamers, most of us only care if the game is fun or not. If not fun, then however innovative it is won't matter much.
Same goes with clones that are trying to combine multiple game core aspects in to 1 game.

👍 👎  Reply

**@angelitabecerra** 6 months ago (edited)

It's not the mechanical animals, it's the **art style aesthetic** that's the issue.

Had they chosa a different art style that was all their own it wouldn't be a ripoff

👍 1 👎  Reply

**@luan4753** 6 months ago

@RegularBladeRunner you cant copy a genre lmaoo😂

👍 👎  Reply

**@DRIZZACE** 6 months ago

The origins of this armor is really the live action Peter PAN movie. when the lost boys wore armor for battle is exactly the same one. 😄

👍 👎  Reply

**@RinyuuSenpai** 6 months ago (edited)

Yeah this is absolutely 100% blatant, it's pretty sad. But who are we kidding? They are trying to pull a "Palworld" here. If they just throw all mega-popular game elements into the blender, throw good graphics on it, and sell it for like half the price of Horizon... This game probably will be another smash hit, just like Palworld. Honestly if things keep going like this, and if studios making rip-offs like this also stay away from DEI stuff, these rip games might become bigger than the originals. I believe this is what China, and really

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT

**@RinyuuSenpai** 6 months ago (edited)

Yeah this is absolutely 100% blatant, it's pretty sad. But who are we kidding? They are trying to pull a "Palworld" here. If they just throw all mega-popular game elements into the blender, throw good graphics on it, and sell it for like half the price of Horizon... This game probably will be another smash hit, just like Palworld. Honestly if things keep going like this, and if studios making rip-offs like this also stay away from DEI stuff, these rip games might become bigger than the originals. I believe this is what China, and really more Asian developers, are aiming for.

Show less

👍 7    👎    Reply

**@Okkultussharkanicus** 6 months ago

The thing that blows my mind is that they're claiming that its coming out on PS5.  Which means at some point Tencent approached Sony with either a copy of or the concept to this game and Sony/Playstation apparently greenlit having it on the Playstation.  I havent yet checked Playstation's release schedule yet to see if they are featuring this game on it, either as an upcoming or an early access/demo, but if they are then who knows what that means legally as far as the repercussions they can bring against Tencent.

Show less

👍    👎    Reply

**@baphometjr801** 6 months ago

It looks sick, idc honestly if they rip everyone off. Give us a good game!

👍 4    👎    Reply

**H** **@hwate8** 6 months ago

12:38 No, it's not. China doesn't give a damn about copyright outside their own country, and there's nothing a Dutch developer can do to make them stop. At most, they can make the better game and get better sales, but the average consumer doesn't care about originality, they care about the game being good.

👍    👎    Reply

**@LifeWulf** 6 months ago

>survival game

Why is it always the same with this drivel. Imagine if they actually tried to one-up Horizon instead of lazily copying its aesthetic in the most oversaturated genre

👍 7    👎    Reply

∧ 1 reply

**@Temperans** 6 months ago

Survival games are easy because you don't need to create a story.

👍    👎    Reply

**@ThatMecha** 6 months ago

Looking at the combat animations it seems more like Dauntless (monster hunter type game) than actual monster hunter. The jump attacks and rolls especially

👍    👎    Reply

**@ksenchy** 6 months ago

Hahah they didn't even try. That wallpaper 😂

👍 7    👎    Reply

**@Nds-f9b** 6 months ago

if the game is good, i dont realy care that its a copy, if its actualy better than the original, im in

👍 1    👎    Reply

**@magythemage** 6 months ago

3:16 watch nintendo sue them for patent infringement too

👍 3    👎    Reply

**A** **@andrewshorts1198** 6 months ago

Here is in China.

3.10 watch nintendo sue them for patent infringment too

👍 3  👎    Reply

**A**  @andrewshorts1198 6 months ago

Here is in China.

China doesn't have a concept of "stealing" it derives from Confusius ( if I spelt that right ), they view it more akin to "sharing". They don't think plaqurism equates to stealing or so forth.

👍  👎    Reply

**G**  @LungGore 6 months ago

The games industry has always copied/gained inspiration from past successful games; the ability is to evolve or develop a different game is what makes it unique. Pokemon has copied/gained inspiration from old Dragon Quest, Palworld has done the same however all these games gameplay is different. You can argue that a lot shooters all have similar mechanics CS, COD, BF all with different skins or themes attached. We do not currently have a game with all these mechanics (Horizon, Elden Ring, Monster Hunter, Palworld, Armoured Core) blended together which makes it unique and I'm actually excited to play this as it all games that appeal to me.

Show less

👍  👎    Reply

**R**  @Rabbitlord108 6 months ago

Yeah. To quote Bender from Futurama "AHAHAHAHA! Oh wait. You're serious. Let me laugh even harder. AHAHAHAHA!"

👍 9  👎    Reply

**m**  @smatthew990 6 months ago

I don't think  Guerrilla Games won't be happy about it seeing there work on the another game company. Unless they got permission

👍  👎    Reply

**🦇**  @flamebunny700 6 months ago

This is the era of dead creativity possibly winning. Genshin stole from BOTW, Palworld took from Pokemon and Ark, now this lol Can we stop letting these win??

👍 4  👎    Reply

**K**  @kelsipherzatozia840 6 months ago

I don't understand all the ourage.
Are Sony fanboys mad that someone might make a Horizon game that's actually fun?

👍 1  👎    Reply

**⬤**  @TheRealmDrifter 6 months ago

They can laugh all they want, the game looks great.
I would never play Horizon, it's completely unappealing to me, but Light of Motiram looks way more interesting and fun.

👍 4  👎    Reply

**🕷**  @jamesalexanderkaraba7037 5 months ago (edited)

Yeah, on visual,I can agree on that, but the story is a whole different one, I just hope the devs would make this game stand out for the game has caught my interest, 😉 I've been needing a game that could replace chimeraland for it's not playable anymore. 😉 And I see that it has the potential to it. 🙂😢

👍  👎    Reply

**E**  @eaglelyy5780 6 months ago

This is better than Horizon lol

👍 12  👎    Reply

**A**  @aeternusdoleo4531 6 months ago

So they are doing a Palworld.
So what is their 'but' in the "Pokemon, but with guns" idea here?

👍 2  👎    Reply

 **@aeternusdoleo4531** 6 months ago

So they are doing a Palworld.

So what is their 'but' in the "Pokemon, but with guns" idea here?

👍 2  👎    Reply

⌃ **2 replies**

 **@begobolehsjwjangan2359** 6 months ago

Horizon Zero Dawn BUT without DEI alphabet rainbow bullshit

👍 1  👎    Reply

**@DamnitMan88** 6 months ago

Stamina, survival, mech battle, what more do you want.

👍  👎    Reply

 **@ozzcoremidmx8287** 6 months ago

Even Palworld felt different because they had guns and focused more on crafting and survival like Ark and not even mentioning when Genshin was compared to Zelda, nowadays they are way more different. But this one totally deserves a copyright strike xD 😂

👍 8  👎    Reply

⌃ **2 replies**

**@jamesoakley4570** 6 months ago

why? its just an Horizon version of Palworld. as Palworld is a Palworld version of Pokemon. Open world, survival monster collecting game

👍 1  👎    Reply

**@DamnitMan88** 6 months ago

Well this one has crafting and survival like Ark and seems to focus on one on one fight and armor core robot style fighting. I don't see how it's any different from Palworld.

👍  👎    Reply

 **@irving_a3445** 6 months ago

Before attributing the plagiarism to "because it's China", do remember that there have been various examples of developers based there that have created high quality, original games, Wukong being the most prominent example in recent memory. The issue in Motiram's case stems from its lead creative directors not fulfilling their roles at the most basic level, and the leadership of Tencent for approving the project in its current form. Additionally, consider that the blame falls on people leading the company, not the developers working within it.

Show less

👍  👎    Reply

 **@biggy04215** 6 months ago

I'm just curious. People were fine with Palworld, but not this?

👍 6  👎    Reply

⌃ **2 replies**

 **@Ashurman666** 6 months ago

Palworld does original things. This doesn't

👍 3  👎    Reply

**@Yoruko0628** 6 months ago (edited)

Palworld did original ideas, and on top of that, the latest main release of Pokemon was so bad that people had to point out the issues, now Nintendo's lawsuits are making them (Nintendo) look worse than they look

This Horizon ripoff from Tencent just doesnt, just BLATANTLY rips off from Horizon and from other games, be it some Palworld, Ark and other games, NOT TO MENTION that Tencent is a Conglomerate, the only thing it cares about is profits at the expense of everything else, the quality of other products and stuff, and also they have a history of ripoffs

Show less

👍 2  👎    Reply

This Horizon ripoff from Tencent just doesnt, just BLATANTLY rips off from Horizon and from other games, be it some Palworld, Ark and other games, NOT TO MENTION that Tencent is a Conglomerate, the only thing it cares about is profits at the expense of everything else, the quality of other products and stuff, and also they have a history of ripoffs

Show less

👍 2  👎    Reply

**@ujayet** 6 months ago

I have to admit,, when I saw that you

Can craft a home...I want to play it… I wonder how deep is the base crafting system is though.

👍  👎    Reply

**@NorseTrojan** 6 months ago

I'd already rather play this than Forbidden West's story.

👍 4  👎    Reply

**@YeetusMingus** 6 months ago

After the massive letdown that was Forbidden West, I'm totally down for somebody to do a better job with an identical IP

👍  👎    Reply

**@CanMav** 6 months ago

Another copied game from China... ugh...

👍 4  👎    Reply

**@HOBBITSODYSSEY** 6 months ago

Tencent was the actual cost of their creative department for this game.

👍  👎    Reply

**@zeroexct** 6 months ago

Nah it looks and plays better than horizon lmao

👍 5  👎    Reply

**@KickMinecraftPL** 6 months ago

Ten cent:

"We never even heard about a game "horizon zero dawn" we swear it's 100% unique idea"

👍  👎    Reply

**@silentjohn117** 6 months ago

If this is an actual threat to their market value they should make a better game that is more compelling and memorable than an art style.

👍 3  👎    Reply

**@kayink558** 6 months ago

To be fair, tons of toys when I was a kid in the early 90' had the same aesthetics that Horizon has now. Horizon doesn't have the monopoly of mech design, and being a big fan of mech, I can see a difference in design. For everything else I agree, there's a lost of similar pattern with Elden Ring Bosses and MH movesets.

👍  👎    Reply

**@RayTheomo** 6 months ago

Ratatoing ahh video game 😂

👍 4  👎    Reply

**@norbertcsorba4639** 6 months ago

My guess is if the game comes out, first comparison will be the two main characters "artstyle"

👍  👎    Reply

**@kd9749** 6 months ago

Well, it can't be worse than Forbidden West, so there is that.

My guess is if the game comes out, first comparison will be the two main characters "artstyle"

Reply

**@kd9749** 6 months ago

Well, it can't be worse than Forbidden West, so there is that.

5    Reply

**@RealEffinNoob** 6 months ago

And to think that Tencent tried to get Game Science shutdown after the first reveal of Black Myth.

Or at least that's the story I heard back then.

Reply

**@Feuerhamster** 6 months ago

I sincerely hope it will be more successful than Horizon (which won't be difficult), simply because it would be funny as fuck.

3    Reply

**@FumetsuNoAnataE** 4 months ago

Horizon Zero Dawn is hot garbage, maybe this knockoff will actually be good. Nobody but the vocal minority online likes or defends that trash franchise 👀

1    Reply

**@ElectroShadowAngel** 6 months ago

I understand hating just because of Tencent but in terms of "ripping off" and stuff and comparing it to soo many games for X reason is nonsense. In the same way everyone compared Palworld to Pokemon even though they are completely different even though there are other mon games already existing in the genre besides Pokemon. Games have been like this for decades unless something is patented.

Having mechanical designed enemies isn't anything special. ARK already had Tek dino's in it's open world before Horizon. Or are we also going to say ARK copied Zoids? And there is nothing wrong with something having a similar art style. Like we don't just call any game with a gun a Doom or CoD clone just because you can shoot, so comparing the combat and mechanics to Palworld and Souls games is also dumb. Palworld combat is very bare bones and in terms of mechanics it doesn't offer anything unique that other games have done already before it, so to even hate on this because "it's like Palworld" is also dumb. Having i-frames in dodges is a normal thing. Fighting games have always done so. Even Devil May Cry has it too. I-frames are great to have otherwise you need insane mobility to get completely get out of the attack hitbox of such great enemies and would completely change the combat, enemy design and animations to accommodate that.

"Breathe of the Wild style explode the barrels"? Really Yong? That just leaves a bad taste in my mouth. I remember doing that before in Dark Souls games. Countless games for decades have blown up exploding barrels with guns. You should've compared it to The Speed Rumbler for that idea. Because I am pretty sure Breathe of the Wild didn't create a single new idea, especially not exploding barrels. Hell one of the main things in that game was durability, but even Dark Souls used that idea before BotW.

Calling out any resemblance on the crappy Horizon games is dumb. If anything is a rip off I would say it's more close to Elden Ring because 17:51 with the guard counter. And at 12:05 just how similar the entire fight is to Fallingstar Beast. If Elden Ring created any animation themself that this game ripped of them, or if the animations were bought from Unreal or Unity store after being ripped, then I could see there being an actual issue as what happened with Bleak Faith: Forsaken.

Otherwise taking inspiration is fine. Having certain enemy skeletal designs similar to another enemy from another game isn't too weird, resulting in some overlapping move-set ideas as attacks need to be clearly readable as well for the player. Like how many different ways can a bull kick and use their horns before being similar to another game enemy?
It's similar how people would compare Lucario to Anubis in Palworld, when they are both based on the "Anubis". Noone owns a patent on the Egyptian god "Anubis". Hell even Final Fantasy Lightning Returns first tutorial enemy is Anubis. And people would try compare basic mesh designs of Palworld creatures to Pokemon 3D models and even fake the evidence.

Hating on this game for having lot's of already existing ideas used in it from various other games but giving praise to another game like Palworld that done the same thing is nonsense.

Show less

3    Reply

Hating on this game for having lot's of already existing ideas used in it from various other games but giving praise to another game like Palworld that done the same thing is nonsense.

Show less

👍 3   👎   Reply

**@Chromastone64** 6 months ago

I just find it funny how people will give Palworld a pass just because it's ripping off a Nintendo property while also (rightfully) calling this out for being a total ripoff.

👍   👎   Reply

**@endersblade** 6 months ago

So let me get this straight:  Palworld is a blatant rip-off of Pokemon, and everybody supports it, but now you make a clickbait video about another game ripping off another game and trying to badmouth it?  I mean, I have no desire to support Tencent at all, ever, but still, who's to say this doesn't turn out to be a superior game like Palworld was over Pokemon?

👍 5   👎   Reply

∧ **2 replies**

**@justabearbrowsingyoutube4968** 6 months ago

I'm glad I'm not the only one who had such thoughts.

👍   👎   Reply

**@MrCurious410** 5 months ago

Palworld had bigger differences it did take tons of "inspiration" from Pokémon but it has major differences this game does not

👍   👎   Reply

**@medeusmediuth7543** 6 months ago

I wouldn't think Sony would care too much since it's more of a survival game than it is Horizon, except there are rumors of a Horizon spinoff where it's like Monster Hunter, and that's where I would think Sony would be concerned

👍   👎   Reply

**@lekanraposte6732** 6 months ago

The MC is a BEAUTIFUL WOMAN.
This makes it 1000% better than Horizon.
The "original" messed up. So, I'd gladly pay for the "Knock off".

👍 3   👎   Reply

**@Colorado-Coyote** 6 months ago

As someone who doesn't care about horizon forbidden west and has an xbox, i'm pretty interested in this game as long as it comes out on xbox. Especially if it has monster hunter elements.

👍 2   👎   Reply

**@Dajudge06** 6 months ago

It has actual attractive female characters. Dang, it is already better than Horizon. Taking inspiration from other properties to make something that actually looks fun, Im sold!

👍 3   👎   Reply

∧ **1 reply**

**@frbrbrgrblgrr7777** 6 months ago

Priority is female characters. Typical anime pfp poster

👍   👎   Reply

**@DinoDave150** 6 months ago

I didn't know The Asylum branched out into video games.

👍   👎   Reply

**@hansreithofer6212** 6 months ago

**@DinoDave150** 6 months ago

I didn't know The Asylum branched out into video games.

👍 👎 Reply

**@hansreithofer6212** 6 months ago

When a friend told me and i looked it up, I thought the ripoff poster was a horizon poster

👍 👎 Reply

**@HonduranMegatron** 6 months ago

I'm honestly convinced Tencent does this for ragebait, so that they can be in the limelight again for 5 minutes

👍 👎 Reply

**@bena5150** 6 months ago

at least, the protagonist seemed more 'beautiful' than Aloy

👍 1 👎 Reply

**@honeypeadigital** 6 months ago

This was literally Genshin Impact when BOTW was still in the air. Turned out to be something different enough when played. So this may just do that.

👍 👎 Reply

**@kd1only** 6 months ago

Horizon replicated Avtar, the movie. Horizon replicated Tomb Raider's control scheme. Replicating a replica is not a shame

👍 👎 Reply

**@Kortezxero** 6 months ago

This feels more like, the day after tomorrow then palworld. If this game comes out, it won't be like what's being shown in those videos. I feel like, this is just going to end the same way the day after tomorrow did.

👍 👎 Reply

**@RegularBladeRunner** 6 months ago

I don't understand why technoprimitivism is a genre

👍 1 👎 Reply

**@redmenace8287** 6 months ago

This could have been a great spin off where you create your own character in the Horizon world but Guerilla was too busy putting make up on a $5 dollar game to remaster to charge $40+ and playing with legos to make it, the shame is theirs.

👍 👎 Reply

**@dspprince** 6 months ago (edited)

Why is this a big deal? Lots of games look similar to lots of other games as well, and has been done for decades. Heck, Castlevania fans welcome Castlevania clones and rip-offs with open arms all the time because of how they are just as fun to play. Plus, Horizon didn't invent the whole post-apocalyptic setting with robots, human tribes, beautiful nature, etc, the same way Star Wars isn't the first sci-fi to invent the laser sword.

Show less

👍 1 👎 Reply

**@TheThreeDGrasshopper** 6 months ago

There's making a salad... then there's throwing into a bowl uncut veggies.
Upside though... I am reminded of an anime called ZOIDS from this... I feel old.

👍 👎 Reply

**@thebleweone5996** 6 months ago

Fortnite and roblox are literally a collection of ripoffs of other games and no one is complaining about them.

👍 1 👎 Reply

**@thebleweone5996** 6 months ago

Fortnite and roblox are literally a collection of ripoffs of other games and no one is complaining about them.

👍 1  👎    Reply

**@ItsInkyPaws** 6 months ago

At this point just let them. Either others wanting to get it or them getting sued. At this point it's just a waiting game.

👍 👎    Reply

**@Infinite_Mortis** 6 months ago

Ya know what, maybe Nintendo had a point to sue Palworld.

If you close your eyes and listen to this discourse it's like devils advocate for the Palworld argument

👍 👎    Reply

**@steveNCB7754** 6 months ago

I'll wait for the Lego tie-in version. 🙁

👍 👎    Reply

**@Dan016** 6 months ago

Well, if it's tencent they got the lawyers to keep this in the courts for decades

👍 👎    Reply

**@Nuelthebro** 6 months ago

the letter O in Tencent stands for Originality

👍 👎    Reply

**@Alfonso88279** 6 months ago

They may look similar but we don't know how different the games are when it comes to mechanics. I don't think that using similar lookings is a coincidence but I bet the game is quite different when you try playing it.

👍 👎    Reply

**@mhochoa** 6 months ago

When I first saw this trailer, I thought it was a DLC for Horizon, but then I I realized it was a rip-off of Horizon.

👍 👎    Reply

**@adammaginnis719** 6 months ago

Looks interesting even tho I am currently playing Once Human which is my main survival base building game but I don't plan on playing this game but I might just watch someone play it on YouTube or Twitch

👍 👎    Reply

**@CalvoV8** 6 months ago

Honestly, i think the most aggregious thing is the cover image they used from the start of the video.

👍 👎    Reply

**@mekacrab** 6 months ago

They took a page from Palworld's book and decided to rip off a known franchise and make it a survival game lol.
They're multiplying.

👍 1  👎    Reply

**@kiryuchansboyfriend** 6 months ago

After Sony vs. Microsoft we now have Tencent vs. Sony: the Second Corporate War

👍 👎    Reply

**@kiratorasei6227** 6 months ago

Bro this is crazy. we got Horizon Hunter Impact before gta6. 💀

👍 1  👎    Reply

Reply

**@kiratorasei6227** 6 months ago

Bro this is crazy. we got Horizon Hunter Impact before gta6. 🐰

👍 1 👎    Reply

**@IngameAsylum** 6 months ago

I feel like these guys saw what happened w Palworld regarding all the publicity (positive and negative), and figured they'd take their shot at it.

👍 👎    Reply

**@guymac30** 6 months ago

We can't praise pal world for being brave enough to rip off pokemon, and then shame light of motiram for copying horizon.

👍 👎    Reply

**@NagantSimp** 6 months ago (edited)

Bro 12:11 is that the move from the falling star beast(?) from elden ring and has the same moveset too?? lmao

👍 👎    Reply

**@djbare9** 6 months ago

Horizon Zero Dawn with survival and crafting? sign me up.

👍 1 👎    Reply

**@tysean0816** 6 months ago

Watch this game end up being way better than horizon 😂

👍 👎    Reply

**@SergeDuka** 6 months ago

8:55 Even the goddamn red grass!

👍 👎    Reply

**@SailorTurkey** 6 months ago (edited)

It looks like an upgrade, character customization and looks wise.  Wishlisted, thanks for the info.

👍 👎    Reply

**@HeroGetsu** 6 months ago

Honestly this looks like it will be a very fun game this seems totally my kind of style I didn't like horizon zero dawn but I love survival games and they look like they put more thought into melee combat in this game which Is
A big bonus for me

👍 👎    Reply

**@251TheMechanizedSingfantry** 6 months ago

I care when someone who isn't rich gets plagiarised, someone who can't afford to defend themselves with an expensive lawsuit. But I absolutely couldn't care less about a rich corpo being plagiarised.

👍 👎    Reply

**@popatsot1** 6 months ago

Eh, I'm more interested in this than Horizon but i think thats because i like survival more

👍 1 👎    Reply

**@nahuelleandroarroyo** 5 months ago (edited)

i hate gliders are always tracked to zelda, like Batman games had batman gliding with his cape, Gliders were a thing in Farcry1 plus fortnite

👍 👎    Reply

**@HeroDadGames** 6 months ago

I can definitely see elements of "Avatar frontiers of Pandora"

a thing in Farcry1 plus fortnite

👍 👎 Reply

**@HeroDadGames** 6 months ago

I can definitely see elements of "Avatar frontiers of Pandora"

👍 👎 Reply

**@blessanabey5575** 6 months ago

Hey hope they can make this genre, style or whatever more relevent than sony ever could.

👍 👎 Reply

**@hanh7395** 6 months ago

I can imagine this is the type of company that would threat a lawsuit if we attempt to copy their copy without realizing the irony 😄

👍 👎 Reply

**@darrenm5797** 6 months ago

I'm just waiting for Tencents Spider-person and Spider-person 2 with the black Toxin character.

👍 👎 Reply

**@guardiankiller108** 5 months ago

I do wonder if sony is gonna be watching to see if they can make their own survival horizon game. Maybe just a more traditional survival or one where youre supposed to make a whole town.

👍 👎 Reply

**@Maple1Pirate** 6 months ago

That mechanical bison is litterally 1 on 1 falling star beast [Elden ring]

👍 👎 Reply

**@tonybrown512** 6 months ago

My only issue with this game is that as far as I know, I won't be able to play it on my Series X. I played Horizon Zero Dawn on my ps4 pro, but opted to buy a series x instead of a ps5 about a year ago. I'm thinking about getting one though, because I would really like to play black myth wukong, and ff7 rebirth.

👍 👎 Reply

**@hafizmohd8224** 6 months ago

That just literally Waterwing on the poster 😄 😄

👍 👎 Reply

**@gamin9wizard945** 6 months ago

YongYea finds a way to talk around the elegant in the room again lol

👍 👎 Reply

**@heximiasmagaming3995** 6 months ago

Looks like the Big Evil is of course, an AI gone rogue. But for me I saw not only elements of Horizon and Zelda, but that one ball being pulled by some flying mech, felt like Star Wars Racers, and this feels more like Arc as a whole to me. I get the complaints, but when everything has been done, it gets harder and harder to make something "Original" So rather than compare it, we should see if its any fun to play at all.

👍 👎 Reply

**@yrazu05** 6 months ago

Copyrights and anti-piracy are the stupidest laws ever made. You don't "own" anything in terms of intellectual property. If this was so, then we would be paying a perpetual tax to Greece for all of our story ideas. And we would be paying royalties to the creator of the toilet, the zipper, etc.

If you can make a better product with the same aesthetics, so what? It doesn't stop the toilet or the table from being innovated on.

Show less

👍 👎 Reply

If you can make a better product with the same aesthetics, so what? It doesn't stop the toilet or the table from being innovated on.

Show less

👍 👎    Reply

**@LinkingYellow** 6 months ago

There's so much more to game development than art style. These complaints sound petty. Play it if you're interested. If you're not, but you're a huge fan of the studio, go ahead and complain. If you're not interested in the game or the studio, you're just here for the drama, and don't know what your talking about

👍 👎    Reply

**@Twocoolman115** 6 months ago

On the one hand, this looks like it could be cool and fun, and could definitely be worth a shot.

On the other hand, the fact that some of this looks like it was taken DIRECTLY from Horizon is a bit shameless.

I dunno, I'm a bit divided on this. And this as someone that hasn't played Horizon yet.

Show less

👍 👎    Reply

**@MIAPhilly** 6 months ago (edited)

There's like 12 games in this lol. I was actually waiting each second of the video to see if they put more games into it. The Destiny ghost at the beginning made me think it was a new destiny at first.

👍 👎    Reply

**@prastagus3** 6 months ago (edited)

As long as no IP is violated, no lawsuit can be filed. Even Nintendo have to find an violated IP (pokeball concept) to sue Palworld for. So good luck to Sony?

👍 👎    Reply

**@selpharessecret3899** 6 months ago

This is no rip off it is an upgrade.

👍 1 👎    Reply

**@csabawars** 6 months ago

Not gonna lie. That looks great!
I noticed on the bull fight we have bodypart based damage. (On hits it light up the parts)
Im interested in the soulslike combat.

👍 👎    Reply

⌃ **2 replies**

**@STR33TSofJUST1C3** 6 months ago

You mean EXACTLY like how combat works in Horizon?

👍 👎    Reply

**@csabawars** 6 months ago (edited)

@STR33TSofJUST1C3  Not gonna lie i never played it. And somehow pushed me away.
Its true im only interested in the combat. The survival/ palworld part not realy interest me.
Edit:
Hooly i chechked the Horizont gameplay. That just looked miserable. (Deathbringer bossfight)
Barely any moveset, weak melee strikes compare to the knockoff, and some weak ass archery as she strafe the extremly slow moving robot who barely can folow the past movement with his gun!

Show less

👍 👎    Reply

**@happyhealsgaming7614** 6 months ago

I doubt it'll get away to be honest.

At this point, I DESPERATELY, want Motiram to do a overhaul on monster and character design just so they can avoid a needless lawsuit.
The game looks fun, like really fun. Crafting/survival exploration that yes, looks really simple, but the combat

**@happyhealsgaming7614** 6 months ago

I doubt it'll get away to be honest.

At this point, I DESPERATELY want Motiram to do a overhaul on monster and character design just so they can avoid a needless lawsuit.
The game looks fun, like really fun. Crafting/survival exploration that yes, looks really simple, but the combat is looking solid. Might be that Palworld x Monster Hunter mix people would love.

Design/Theme/etc yes is a seriously one to one between Motiram and Horizon, but in all honesty I think the gameplay did JUST enough to make it feel somewhat different between each other. In all honesty, this feels similar to the battle between Palworld and Pokemon. 2 games with completely different gaming genre, but the monsters were...Well, you know. xD

Show less

👍 👎   Reply

**@carlthejexican7551** 6 months ago

Yeah I'm struggling to care if it's a rip off or not.

👍 1 👎   Reply

**@jabetaguiluz7322** 3 months ago

Well, we said that about Palworld, and I am having a blast with it now.

👍 👎   Reply

**@klaesegret75** 6 months ago (edited)

Honestly, Light of Motiram looks leagues above Horizon. The graphics look better, the gameplay looks better. Especially the melee combat.

👍 5 👎   Reply

⌄ 1 reply

> **@tgb6823** 6 months ago
>
> It doesn't look stiff and clunky to you? There's obvious animation frames missing.
>
> 👍 1 👎   Reply

**@vincenzovieri3743** 6 months ago

Sony, steam, xbox, should not allow this to sell on their store either. Copyright infringement, sue them!

👍 👎   Reply

**@DMBZero** 6 months ago

It's mecha monster hunter and they use a Horizon ZD controversy as advertising and they succeeded

👍 👎   Reply

**@Fxrrxt2x** 6 months ago

Of course it's not unique, nor original. That would be risky. Those companies wait for everyone else to do the creativity and innovation.

👍 👎   Reply

**@B-U-T-C-H-E-R** 6 months ago

I actually really enjoyed both horizon games. The premise was cool, world was awesome, and gameplay was fun.
I might try this Temu Horizon, if it's not a buggy mess

👍 👎   Reply

**@Johnzz1** 6 months ago

Honestly, I don't think the conversation here should be is it copying or not because it so clearly is. In my opinion, so what... it's not like we lose anything by games like these existing so idk... if it's not good, I'm not playing it, the end.

👍 👎   Reply

**@JRChuxx** 6 months ago

Palworld did the same thing 😂

playing it, the end.

👍 👎  Reply

**@JRChuxx** 6 months ago

Palworld did the same thing 😂

👍 1 👎  Reply

**@TisanaSama** 6 months ago

No problem as long as it is better than Horizon. Difficult... but not impossible.

👍 1 👎  Reply

**@ZackeroniAndCheese** 6 months ago

If they improve on Horizon Zero Dawn I'll be excited. If they don't surpass the predecessor, I lose nothing. Competition in the same space is good for consumers

👍 👎  Reply

**@Distant_Dubstep** 6 months ago

Idk, this whole situation feels like grasping at straws for the sake of typical internet drama.

👍 👎  Reply

**@ICountFrom0** 6 months ago

If one good thing comes of this... let the monster hunter devs see how COOL the idea is... and do a crossover with horizon.  Lets get giant robot dinosaurs in monster hunter from a crossover!

👍 👎  Reply

**@ironiccookies2320** 6 months ago

I just saw the trailer. The assets are EXACTLY the same. The foliage, the machines, even the freaking costumes and fictional creatures that Guerrilla Games put so much work into. Straight up stolen.

👍 👎  Reply

**@skeletonmandiecastcollector** 6 months ago

The combat system reminds me of Elden Ring as well 🙆 🙂

👍 👎  Reply

**@aeneas116116** 6 months ago

What if this game copies all of the things Horizon did right but has better dialogue that isn't cringy or preachy and has a great character development.... I would be in and okay with it

👍 👎  Reply

**@TearD6** 6 months ago

The shameless audacity of it all is something to be admired, I guess. But that's only compliment they deserve, if any...

👍 👎  Reply

**@Ghost_PM11** 6 months ago

I don't know, it looks better than Horizon in every way. I hope it's good.

👍 1 👎  Reply

**@RoderickThe13** 6 months ago

So this game is gonna be to Horizon what Stellar Blade was to Nier Automata. We really live in the era of unoriginality

👍 👎  Reply

**@dhgmrz17** 6 months ago (edited)

However Tencent could possibly still get away with it. Under U.S. copyright, styles cannot be copywrited. Just because the game looks similar, doesn't necessarily mean it broke copyright.
Edit: I saw that animations could have been ripped from other games. The style may not be a problem, but if they did rip assets then that could be a legal problem for them.

👍 👎  Reply

However, Telecom could possibly still get away with it under their copyright styles cannot be copyrighted.
Just because the game looks similar, doesn't necessarily mean it broke copyright.
Edit: I saw that animations could have been ripped from other games. The style may not be a problem, but if
they did rip assets then that could be a legal problem for them.

👍 👎 Reply

**@MyNameIsBucket** 6 months ago
thanks for rolling out of bed to get us this urgent news

👍 1 👎 Reply

**@Talkshowhorse_Echna** 6 months ago
In times where people thin AI doing copy paste of all kinds of art, it does not surprise me if directl copies will
become more and more over the years.

👍 👎 Reply

**@wolfhawk1999** 6 months ago
"Can I copy your homework?"
"Okay, just change it enough that no one will know."
...

👍 👎 Reply

**@narvuntien** 6 months ago
Like you see in the boardgame space, game mechanics shouldn't be copyrightable but the style, theme and
art can be. So this is stepping over the line into copying another game more than Palworld is by having
Palballs.

👍 👎 Reply

**@notasquiremario3299** 6 months ago
o right Thanksgiving Arc. hope you're having a good time with your family!

👍 👎 Reply

**@stevenharper9108** 6 months ago
You remember Genshin, right?  It was one green tunic away from being Breath of the Wild.

👍 👎 Reply

**@woteveruk1** 6 months ago
hmmm, with the recent news of sony showing interest in buying kadokawa and tencent being the other
major investor in kadokawa, its going to be interesting to see if sony does anything about this rip off, or if
sony plays nice so tencent dont do anything to try to stop them getting kadokawa

👍 👎 Reply

**@terryliliana** 6 months ago
They choose the copy the one game that has been trying HARD to become part of gaming culture and
failing miserably every time.

👍 👎 Reply

**@GelgoogJ** 6 months ago
Someone should copy their copy and then undercut their price.  They should be praised for being clever in
their opinion.

👍 👎 Reply

**@brsubwayfc** 3 months ago
I look at this like I see Palworld making improvements on Pokémon. Looking forward to it.

👍 👎 Reply

**@ANDYWOUNDSABRXS** 6 months ago
To be fair, 'the scan visual' is not from Horizon.... its from any sci-fi movie from decades ago....

👍 👎 Reply

**@DREADEDuuubGAMING** 6 months ago
This looks pretty sick ngl. The feeling of zero horizon in an open world crafting game with sea and air

To be fair, 'the scan visual' is not from Horizon.... its from any sci-fi movie from decades ago....

👍 👎  Reply

**@DREADEDuuubGAMING** 6 months ago
This looks pretty sick ngl. The feeling of zero horizon in an open world crafting game with sea and air combat. It doesn't even look cheap like palworld it looks like they put the effort in. After so many people calling HZD open world slop this definitely seems like it has more mechanic depth. Idk sure it looks like HZD but I doubt it will play anything like that game

👍 👎  Reply

**@gfear24** 6 months ago
Couldn't help but notice the suggested link at the end of the trailer was of the trailer for Horizon Zero Dawn.

👍 👎  Reply

**@123Juniiorr** 6 months ago
To end this drama perfectly they need to release the next horizon at the same time so it can be overshadowed by its own ripoff .

👍 👎  Reply

**@Kristina-dl2jv** 6 months ago
Hey Yong! I know this is random but just wanted to say grats on being in Potionomics! I got excited when I thought I recognized your voice in game and then it did turn out to be you!

👍 👎  Reply

**@Modioman69** 6 months ago
Siccc. Maybe next they'll make Maldurs Fence, which obviously is an original and takes no ideas from any D&D style big hit rpgs.

👍 👎  Reply

**@jackeriksen6753** 6 months ago
Honestly I'm not bothered at all, only question is witch one is the best the Original or the clone.
You can say much of the same about Palworld, I'm just glad Pokemon got some competition. It really benefits all.

👍 👎  Reply

**@MatrakenKEN** 6 months ago
The Aesthetics of the game look identical, the mechanics in the copy look far more engaging and less like a generic open world slopfest

👍 👎  Reply

**@nawab256** 6 months ago (edited)
lol this Chinese version looks way better and more fun then Sonys version. Also Sony doesn't own the rights to a dystopian future with robotic animals

👍 1 👎  Reply

**@vane909090** 6 months ago
At least the ripoff version didn't copy Aloy and the protag isn't the average Cali woman.

👍 1 👎  Reply

**@mesmorrow** 6 months ago
Do you wish you could play Horizon Zero Dawn for thousands of hours without end? Do you wish there was an endless amount of paid customization? Do you wish there was a sea of worthless loot for every 10 minutes of gameplay you would have to shift through? Then Light of Motiram is the game for you!

👍 👎  Reply

**@nathansdad12** 6 months ago
It looks like just the good parts of horizon without the millions of unnecessary puzzles.

👍 👎  Reply

**@0fficialdregs** 6 months ago

**@nathansdad12** 6 months ago

It looks like just the good parts of horizon without the millions of unnecessary puzzles.

👍 👎   Reply

**@0fficialdregs** 6 months ago

this is the same tencent who has investment in almost every publisher

👍 👎   Reply

**@720jlconner** 6 months ago

Dude the placeholder image literally looks like a horizon game

👍 👎   Reply

**@Rucy_Ramone** 6 months ago

Yong you should look up the history of Tencent! Because this ain't the first time they've been accused of copying other games and other forms of media entertainment!

👍 👎   Reply

**@meischoice** 6 months ago

China did this same shit to Breath of the Wild, called Genshin Impact. But most people forgot.

👍 👎   Reply

**@snakept69** 6 months ago

It's Palworld with a Horizon Zero Dawn coat of paint and a touch of Monster Hunter boss fights.
Honestly I'm here for it! It does look too close to Horizon but they really wasted potential with the design there so glad to see it put to use.
I don't know if this is Copyright Strikeable though, some concepts you can't put a brand on, no one owns robots as a concept, including robot animals. Like Pokemon has nothing on Palworld. I'd call it shameless but not sure if there is a legal base for a lawsuit.

Show less

👍 👎   Reply

**@Megarayquaza99** 6 months ago

People get mad at Nintendo for patenting gameplay mechanics because other games should be able to use them. Then blast a game that was made from other games gameplay mechanics melded together.

👍 👎   Reply

**@FelipeKana1** 6 months ago

Apparently AI can already spit out whole game concepts... ffs

👍 👎   Reply

**@zackphy** 6 months ago

Why didn't they just pay them for the license like Netease did with Bungie and Destiny?

👍 👎   Reply

**@FellixNoAmatsu** 6 months ago

90% of the melee combat aspect of this game was ripped directly from Elden Ring, along with a few from Monster Hunter titles. (Alot of the movesets for the monsters were ripped from Monster Hunter)

Example: the Hammer and Sword and Axe are copies of Elden Rings Collosal weapon and light sheild + Straight Sword. With an exception being the Hammer charged slam is MH's True Charged Slash from Greatsword.

Also the companion fighting alongside the player during the big monkey fight is literally just Aknosom skeleton and all ripped straight from MH:Rise.

Show less

👍 👎   Reply

**@RogerHecktor1929** 6 months ago

Many people claiming that the Horizon series is dying off, but I personally think it's too early to make that call. Yes, Lego Horizon Adventures didn't do so well (how did it do on the Switch?), and I didn't hear many people buying Horizon Zero Dawn Remastered. But the former, from what I see, is merely a spinoff rather

👍 👎    Reply

**@RogerHecktor1929** 6 months ago
Many people claiming that the Horizon series is dying off, but I personally think it's too early to make that call. Yes, Lego Horizon Adventures didn't do so well (how did it do on the Switch?), and I didn't hear many people buying Horizon Zero Dawn Remastered. But the former, from what I see, is merely a spinoff rather than a true Horizon game, and when it comes to remasters in general, there are cases in which a remaster doesn't perform as well as the original, and Horizon Zero Dawn Remastered is one of those, from what I see. And as for the VR stuff...I don't think about those. So, I'd say it's best to wait and see what happens with the next mainline Horizon before making the call on declaring the series dead.
Show less

👍 👎    Reply

**@ProjectArin** 6 months ago
It is probably going to be successful like Palworld, when this hits people are going to love it and have a phase for a while again.

Honestly this looks great, I came in thinking it was going to be some joke game but now I am leaving wanting this game. Look at it, it looks fun, and from the people flying around together, I think we can maybe assume this is going in the direction of multiplayer lobbies like palworld, just think about it, this is going to sell.
Show less

👍 👎    Reply

**@Gogo32monkey** 6 months ago
Absolutely wild that Sony are allowing a ripoff of their own game on their platform

👍 👎    Reply

**@Thordrel** 6 months ago
The label 🏷️ made in China was never more accurate.

👍 👎    Reply

**@MYyGUN** 6 months ago
0:07 I'm all for games sharing, concepts and design and ideas, but theres a line.
In art this game is fully stealing.
If Ubisoft wasn't sure if they could get money in the future, well lawsuits says they might be around a bit longer 😄

👍 👎    Reply

**@TheLordDragonX** 6 months ago
I have to agree, they did an AWESOME job with the trailer. Looks DAMN good. Now, for a company to successfully sue for copyright infringement, they must prove the other party is within 30% of their product/service/item. This would be REALLY close.

👍 1 👎    Reply

**@slugshotgun** 6 months ago
would've been more unique if they hadn't opted for robot animals

👍 👎    Reply

**@lorisceleste1860** 6 months ago
Horizon Zero Dawn 1: gold
Horizon Zero Dawn 2: old

👍 👎    Reply

**@emselurniak** 6 months ago (edited)
9:35 That's the acro mod sound from Path of Titans, right? So they're using stock sounds as well, not even making their own.

👍 👎    Reply

**@jmbrady1** 6 months ago
the way I see it, Netease is giving what players want

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT

making their own.

👍 👎  Reply

**@jmbrady1** 6 months ago

the way I see it, Netease is giving what players want

👍 👎  Reply

**@Bunsense_Gaming** 6 months ago

That floating robot doing the scan looks like a Ghost from Destiny. Pretty blatant lol

👍 👎  Reply

⌃ 1 reply

**@johnniewalker33** 6 months ago

Remmeber Navi. Yeah. So i guess any tiny floating side kick is a rip off then. Like the Canada penny compared to the USA one.

👍 👎  Reply

**@saliver5909** 6 months ago

It's pretty low to "inspire" from so many games, but I will take a good game anytime of the day.  In fact, as a consumer that's all I really care.  Leave the legals to the IP owners.

👍 👎  Reply

**@DaisukeYamamoto-n2s** 6 months ago

I agree that this is shameless. However, there is a precedent in Palworld. Perhaps we are in an era where shamelessness can be commercially successful. I don't know if such shameless behavior can be prohibited by court. The only thing I can say is that if original creators start to suffer losses, the future of the game industry will be bright.

👍 👎  Reply

**@ValorDucky** 6 months ago

Soundtrack sounds very annoying with the vocals. It's like in Justice League every time Wonderwoman is on screen.

👍 👎  Reply

**@sanmedina** 3 months ago

they could have ripped off any franchise and they chose horizon 🤦

👍 👎  Reply

**@umath6392** 6 months ago

ก็แล้วแต่คนๆไปมังนะ ผมเองก็ไม่ได้สนใจอะไรมากน่ะ ไม่รู้จะได้เล่นหรือเปล่าด้วยซ้ำ(เวลาไม่ค่อยมีน่ะ ขนาดที่ โหลดกุมายังเล่นไม่ครบเลย) , โดยรวมแล้ว ทั้งสองเกมที่ว่าก็ยังไม่น่าสนใจสำหรับผมมังนะ เลยไม่มีจุดมุ่งหมายใน การเล่นไปด้วยน่ะ .

👍 👎  Reply

**@themissingbracket** 6 months ago

For a moment i thought i clicked on a moistcritikal video but it's just youg yea with a shirt in an empty room

👍 👎  Reply

**@NigelMonteiro** 6 months ago

YongYea talking about copying and pasting for work....rolling my eyes way back

👍 👎  Reply

**@Sleepgarden** 6 months ago

I laugh at internet suddenly acting like they care about Horizon

👍 👎  Reply

**@danielpalwisegamer** 6 months ago

i would say that also resemble destiny a bit with the ghost like drone

👍 👎  Reply

Reply

**@danielpalwisegamer** 6 months ago

i would say that also resemble destiny a bit with the ghost like drone

Reply

**@josecruz8803** 6 months ago

I don't really see this being an issue. Yeah it does have a horizon skin on it but honestly it mostly looks like enshrouded with some combat and a cool Mount upgrade system.

Reply

**@alargefarva4274** 6 months ago

AI might not be making proper games yet, but it sure feels like someone asked Chat GBT to design a game

Reply

**@germainemcbounds9855** 6 months ago

I don't even care at this point somebody please just make me games. I don't care who made it! As long as it's a good game I don't even care anymore what these company's do.

Reply

**@whiteobama3032** 6 months ago

If your copy is better than the original, youre not copying, youre improving.

Reply

**@GRIMEYtheFATMAN** 6 months ago

Ya know what?  I'm less concerned about the blatantly copied aesthetic, and more concerned about the seemingly driving thought of 'What if Sony's Horizon, but far more monetizable multiplayer game-as-a-service?'  Hell, I would've been straight-up impressed if they managed to combine Sony's Horizon with Microsoft's Horizon, as THAT would certainly require a fuck-ton of creativity just to make sense...

Reply

**@sepheiba** 6 months ago

is it better? only thing what matters to me as a player

Reply

**@ilovemonkeyos** 6 months ago

If not for the blatant copying, having a MonHun style game in a Horizon-like world is.... pretty cool.

Reply

**@seanmarchman9105** 6 months ago

I wonder how much of this is going to get cut from the final game? Or if it's even going to look this good.

Reply

**@EridianX** 6 months ago (edited)

I mean lets be real here, there are only so many ways you can make mecha versions of animals before it no longer looks like that animal. I played Ark back in the day, and some of their robotic dinosaurs and shit looked similar to some of the stuff you would see in horizon, they even had the big tall walking ones with the disk shaped head. I would also say that the combat mechanics of glowing parts is not unique, at all, to horizon either. This looks more like if you combined monster hunter with ark, than it does horizon, to me. On a very base level you can go "oh mecha dinos means horizon" but that's really where the similarities end.

Show less

Reply

**@ProphecyElite** 6 months ago

It looks better than Horizon in my opinion, and tbh, it does have a lot of similarities to HZD, but it has enough difference that separates it enough to be fine. So many games exists that has many similarities to other games. I'm interested in playing this game, looks fun.

Reply

**@Tombstone943** 6 months ago

difference that separates it enough to be fine. So many games exists that has many similarities to other games. I'm interested in playing this game, looks fun.

👍 👎 Reply

**@Tombstone943** 6 months ago

Heard Tencent and verbally said "oh no"

👍 👎 Reply

**@ravoniesravenshir3926** 6 months ago

If they had made it Horizon with boobs, I might have been more willing to forgive its "RIP OFF" ness, but they can't even get that right :(

👍 👎 Reply

**@archibaldc.1833** 6 months ago

Aren't these the people who made Genshin Impact, which was just Breath of the Wild? Why is it surprising that they did it again?

👍 👎 Reply

**@Derah_OG** 6 months ago

Child: Mom can we get Horizon?

Mom: No, we have horizon at home.

Horizon at home:

Show less

👍 👎 Reply

**@begobolehsjwjangan2359** 6 months ago

you can't sue a genre or a genre you invented.

👍 👎 Reply

**@RamArt9091** 6 months ago

And I thought Black Myth Wukong was going to inspire a new gen of Chinese devs to try an be original. . . Yeah, i was delirious.

👍 👎 Reply

**@DenLim123** 6 months ago

I'm honestly surprised by how many different IPs they blatantly stole from and I can't even be mad at the sheer shamelessness of Tencent developers 😂

👍 👎 Reply

**@miles3101** 6 months ago

I will say, whatever similarities are found between this game and other matter absolutely nothing if the game is fun.

And honestly, it looks fun, the music is fine, and besides the survival aspect being LITERALLY there just to pad time and avoid refunds, everything else looks fine

Show less

👍 👎 Reply

**@sindeon** 6 months ago

nothing to see here China's copyright laws pretty much its ok to steal an IP or assets as long as it isn't another Chinese company. Remember when BMW sued a Chinese automaker who used to build some of their cars in China then started their own luxury cars with just a different emblem on them putting out those same BMW cars for a fraction of the price and they lost in the Chinese courts.

👍 👎 Reply

**@jeremygonzal8603** 6 months ago

This just screams how creatively bankrupt the developers of this game are. Monster Hunter plus Horizon plus Elden Ring.

👍 👎 Reply

≡  ▶ YouTube              Search            🔍    Sign in

👍 👎    Reply

@jeremygonzal8603  6 months ago
This just screams how creatively bankrupt the developers of this game are. Monster Hunter plus Horizon plus Elden Ring.

👍 👎    Reply

@yammychan88  6 months ago
this game will make a good competition between the similer games and that's GOOD

👍 👎    Reply

@marcun666  6 months ago
Kinda devils advocate here - look at Palworld. Pokemon rip off? Yes. Didn't care about law suit? Yes. Different mechanics cobbled together? Yes. Was it fun to play? Yes. Did it succeed? Fuck yes. So as long as they make it enjoyable and don't get smacked down in court too hard the story might repeat again and I hope nobody will cry about cruel fate of AAA publishers getting copied.

👍 👎    Reply

@FrahdChikun  6 months ago
You know what would be funny? If this game ends up doing better than Horizon and gets more awards than it.

👍 👎    Reply

@GADG3Tx87  6 months ago
Imitation is the sincerest form of flattery.

👍 👎    Reply

@KabegamiTheGreat  6 months ago
Idk, gameplay looks way different, looks like some souls like combat and actual weapon crafting from monsters you kill when horizon weapons werent related to the monsters you kill at all.

But yeah the aesthetics are a bit too close

👍 👎    Reply

@Kingfrozttheartist  6 months ago
Looks more fun to me but yeah, they should've been different about the aesthetic being all robots

👍 👎    Reply

@RevolvingPotato  6 months ago
it sucks that this will most likely get crushed legally. I didn't know I wanted a survival style horizon game lol

👍 👎    Reply

@Wavy_Godd96  6 months ago
Yooo it's been forever since I've been on this channel.

👍 👎    Reply

@lolthspawn  6 months ago
"since time immemorial"
So do you think the guy that invented chess was pissed at the investor of checkers or?

👍 👎    Reply

@TimeCapsule-96  6 months ago
It'll probably be better, too. Have you seen what Western devs put out nowadays?

👍 1 👎    Reply

@n00bified  6 months ago
Keep in mind this is a free to play game. Prepare for a massiv amount of microtransactions...

👍 👎    Reply

@AT7outof10  6 months ago

---

**@n00bified** 6 months ago

Keep in mind this is a free to play game. Prepare for a massiv amount of microtransactions...

👍  👎    Reply

**@AT7outof10** 6 months ago

Oh lord, it really is just Palworld, but ripping off Horizon instead of Pokemon; is this just the new thing? Openworld-survival-basebuilders wearing different skins of other franchises?

👍 1  👎    Reply

**@goblinounours** 6 months ago (edited)

And then we're all surprised when big companies like Nintendo patent their ideas. It's because on the other side, you have studios who do stuff like this.
People are only on PocketPair's side because Palworld is "fun", but they kinda did similar things and somehow that's fiiiiiine.
Double standards, people, that's all this is.

Show less

👍 2  👎    Reply

**@whattheflippodcast** 6 months ago

Certainly a copy, but has some different systems which makes me want to try it

👍  👎    Reply

**@Bonolebono** 6 months ago

Palworld taught us that it's not a rip off if it's better. So let's wait and see.

👍  👎    Reply

**@rokudodamaza** 6 months ago

Yong, that's literally 90% of chinese game companies. The only difference this time is this one looks good at least

👍  👎    Reply

**@_Cetarial** 6 months ago

Game looks superior to Horizon in every single way.

👍 1  👎    Reply

**@FaithPvP** 6 months ago

"If they're putting this little effort into at least making the aesthetic look original..." I think you missed the point. I imagine they put a ton of effort into making it look as close as they could to Horizon so they can piggy back off someone else's brand. It's not laziness, it's stealing.

👍  👎    Reply

**@peanut0187** 6 months ago (edited)

Did u forget? This is the same company who made Tower of fantasy, who copied the entire cut scene of another game(honkai star rail). It happened 3 years ago

👍  👎    Reply

**@charliegnu** 6 months ago (edited)

After seeing news about the Palworld lawsuit I say: good for Tencent. There's room for more than one game about fighting mechanical animals. Remix is innovation. No need to stiffle your creativity because someone else made a similar game mechanic before.
I'll even try it out if it's not a gacha machine.

👍 2  👎    Reply

**@madeofstone3588** 6 months ago

How cool would this game have been if it were more Zoids-like, huge missed opportunity.

👍  👎    Reply

**@rainbowdarth** 6 months ago

Sure horizon may have made it popular but they also weren't the first to make creatures like that.

👍  👎    Reply

**@rainbowdarth** 6 months ago

Sure horizon may have made it popular but they also weren't the first to make creatures like that.

👍 👎 Reply

**@Hyde472** 6 months ago

Haven't played either game but I swear the thumbnail is just the same game twice

👍 👎 Reply

**@IB34041** 6 months ago

I legit chuckled out loud when a friend sent me the trailer. It is such a blatant rip off of Horizon, Destiny, Monster Hunter, Palworld I couldn't do anything but laugh.

👍 👎 Reply

**@anthonycoffey1992** 6 months ago

Sony is going to make more money of this game than it ever could from Concord

👍 👎 Reply

**@Khaymen94** 6 months ago

kindof a shame its so blatant with ripping horizon off cause the clips we're looking at seem pretty fun

👍 👎 Reply

**@theblackskaar** 6 months ago

I got the Ark survival evolved feel from it, both aestetick, and sound, more than anything else. except for the gameplay ofcorse.

👍 👎 Reply

**@slasherofgods** 6 months ago

personally idgaf. the game looks banging and I always want more survival games

👍 👎 Reply

**@DeathWolfSaint** 6 months ago

I'll be honest bro. we're old enough that we don't care as long as it's fun

👍 👎 Reply

**@missedmurphy** 6 months ago

I mean, some of the features of this game is what I wanted in Horizon

👍 👎 Reply

**@SheepFreak2** 6 months ago

Would we speak about it, if it was unique design?

👍 👎 Reply

**@Limitless200** 6 months ago

Unless tencent is paying Sony, Nintendo and capcom to use key aspects of there IPs there will be hella law suits that would probably not have this game be released. However money talks so if it does well Sony won't care but Nintendo and capcom might

👍 👎 Reply

**@thehurricane6767** 6 months ago

Not the first time, not the last time a chinese developer rips off someone else's work. They ripped off the shadowbringers trailer as well

👍 👎 Reply

**@austinculp7082** 6 months ago

It's definitely feels like they copied them bar for bar... but I really do love survival building mechanics... so...

👍 👎 Reply

**@austinculp7082** 6 months ago

It's definitely feels like they copied them bar for bar… but I really do love survival building mechanics… so…

Reply

**@GeroniMomartinezMG** 6 months ago

Maybe imposing more tariffs in china isn't the worst idea…

Reply

**@AA-le2zv** 6 months ago

Is China that there entire talent copy and pasta
Wukon was the exception

Reply

**@AgriasOaks** 6 months ago

I'm not gonna lie, I seen this game listed on the Playstation store and instantly thought it was a spinoff of the Horizon Zero series. The font and everything are completely copied!

Reply

**@akaimizu1** 6 months ago (edited)

So when's Lego Light of Motiram coming out?

Reply

**@SlippedGear** 6 months ago

It would be hilarious if instead of Sony suing, Nintendo sued them for the same patents as Pal World, lol

Reply

**@jay-rweber4307** 6 months ago (edited)

So like Palworld but this time they ripping the Horizon franchise. If it is fun, I don't really care who they rip off

👍 1    Reply

**@Azombination** 6 months ago

Im totaly fine with it. I want to play it!

Reply

**@YodaIzChaos** 6 months ago

Lol. I remember seeing this on the Steam market.  My first thought was that it was some sorta surprise Horizon sequel.  Until I realized there wasnt anything Horizon in the title.

Reply

**@voidcowboy4327** 6 months ago

why is this okay but shit like Genshin Impact and Palworlds fine?  I genuinely don't care about this "controversy" but I feel like gamers just pick and choose what to like and hate based on where the placement of the stars that day.

👍 1    Reply

**@CuriousChronicles82275** 6 months ago

I love harvestmoon and stardew valley. Was there a lawsuit behind the scene?

Reply

**@TonyOnions666** 6 months ago

This is to Horizon as Palworld is into Pokemon. Why is this one getting hated though?

👍 1    Reply

∧ 1 reply

**@Ashurman666** 6 months ago

Because Palworld at least does something original. This doesn't

Reply

**@Ashurman666** 6 months ago
Because Palworld at least does something original. This doesn't

👍 👎 Reply

**@cynderkiryah1215** 6 months ago (edited)
This pretty much says
Please sue me

👍 👎 Reply

**@furshizzle** 6 months ago
maybe they will make the main character attractive and likable.

👍 👎 Reply

**@Seraphim09x** 6 months ago
You really think Sony is going to try their luck with Tencent...they know they will lose...

👍 👎 Reply

**@Pekkabloo** 6 months ago
The towers and hex shield reminds me of halo.

👍 👎 Reply

**@okayolek** 6 months ago
maybe at least it'll boost the sales of that recent lego horizon flop?

👍 👎 Reply

**@trentsworld7745** 6 months ago
Honestly, looks like they took Horizon and made into a better game. I'm definitely trying this out.

👍 👎 Reply

**@aria.e** 6 months ago
at least the character looks good

👍 1 👎 Reply

**@pyrophobia133** 6 months ago
imitation is a sincerest form of flattery

👍 👎 Reply

**@TheMadmanAndre** 6 months ago
When you're in a IP theft competition and your opponent is a mainland Chinese game company. (T_T)

👍 👎 Reply

**@prisoneroftthehighway1059** 6 months ago
Wonder if they'll make the character fat in the sequel?

👍 👎 Reply

**@LostSoulNo301281** 6 months ago
If this was my IP being ripped off like this I'd go nuclear.
Full lawsuit, banning of the game in its entirety, monetary compensation to the fullest extent.
These Chinese companies seem to think they can get away with anything.
If this were my IP being ripped off I'd make an example out of this company, and hopefully set a precedent
on IP copyright protection.
Show less

👍 2 👎 Reply

⌃ 3 replies

**@theRealSlimGordon** 6 months ago
Understandable, but what if the game they ripped off is worse than the "copy"?

👍 👎 Reply

⌄ **3 replies**

**@theRealSlimGordon** 6 months ago
Understandable, but what if the game they ripped off is worse than the "copy"?

👍 👎  Reply

**@mkmfan3197** 6 months ago
Well it's not. So relax yeah 😄

👍 👎  Reply

**@Ned-zl1qt** 6 months ago
They totally are getting away.  Sony not only will not sue, they approved the game by allowing it on PS5.  Moreover, if I were Tencent and Sony tried to sue, I'd threaten by pulling Wukong from Playstation, LOL.

👍 1 👎  Reply

**@ArcaneEther** 6 months ago
Some real "We have Horizon at home" energy here.

👍 👎  Reply

**@banedeath** 6 months ago
Even though it rips so much off, the game itself doesn't actually look bad. Looks kinda fun.

Sorta like how everyone hated Genshin Impact as a major rip off but the game itself was actually fun (excluding the gatcha/mobile aspect)

👍 👎  Reply

**@Yorishiriamori** 6 months ago
The weird part is that it actually looks more appealing than horizon lmao

👍 2 👎  Reply

**@Sunbreaker7** 6 months ago
They have no copyright laws same to us there in China. Overwatch and pretty much any game worth stealing has been made into a cheap chinese knock off.

👍 👎  Reply

**@Figlosof** 6 months ago
Never played Horizon but this looks much more interesting than Horizon ever was...

👍 👎  Reply

**@LordEverlost** 6 months ago
Don't care it looks fun going to play it.

👍 1 👎  Reply

**@princeofhalcyon** 6 months ago
Only reason im not gonna give this a hard time is because western gamers (not japan) have already decided its perfectly fine for the palworld devs to steal from pokemon and yokai watch's designs and just recolor them. Like i assumed they were all just A I fused creations but some are no exaggeration, literally just recolors. And if we're gonna decide thats fine then can we really start acting like this isnt? we're responsible for the world we allow. And im not cherry picking based on what franchise i feel like "deserves to be ripped off" Even if you say "well palworlds game loop is different" doesnt matter, still defended straight stealing.

Show less

👍 👎  Reply

**@crazycatlady2744** 6 months ago
I don't think I've ever seen plagiarism this blatant in my life. I smell a lawsuit on the horizon.

👍 👎  Reply

**@shatteredsentient5321** 6 months ago
Ngl, the combat looks way more interesting than Horizon. Will try it out since it's free.

👍 👎  Reply

Reply

**@shatteredsentient5321** 6 months ago

Ngl, the combat looks way more interesting than Horizon. Will try it out since it's free.

Reply

**@Varewulf** 6 months ago

Oh no, the main character looks like an Aloy cosplayer.

Reply

**@nathansdad12** 6 months ago

Let's not act like forbidden West wasn't as much of a blatant rip off of breath of the wild as they could legally get away with.

Reply

**@kaychan7242** 6 months ago

if you were capturing them via orbs  then Nintendo would be 1st on the lawsuit train

Reply

**@Korra228** 6 months ago

They're even ripping off Terminator in the trailer

Reply

**@seismicgasbag** 6 months ago

Game looks really soli can't wait to give it a try honestly, hope I can customize my character. If its not multiplayer probably wont play it though.

Reply

**@AegixDrakan** 6 months ago (edited)

Okay, that dialogue **really** screams "AI translation" It's really, **REALLY** off.

Reply

**@CiromBreeze** 6 months ago

I'm looking at this and it's like... man, I'm actually kinda game for a Horizon-esque game with Monster Hunter combat. Heck, I'm game for anything with Monster Hunter combat. I just also really like robots, so I'm sad to say this is kinda right up my alley, actually.

We'll see if it ends up being as blatant of a ripoff as it looks, though. Gotta remember that when Genshin Impact was first announced, they HEAVILY played up the Breath of the Wild-looking style to deliberately have people make comparisons between the two games. Same with Palworld and Pokémon.

Show less

Reply

**@YuukiBocchi** 6 months ago

When Original goes bad
Then "Others" rise

Reply

**@alolanjojo8153** 6 months ago

Lets be real, has anyone actually played ahd enjoyed Horizon?

1        Reply

**@Repulsedreject** 6 months ago

I for one like the look of this game and will play it. Just like Delta Force is a copy of Battlefield 2042 I will be playing it.

Reply

**@moraj7492** 6 months ago

This game is glorious for its thick skin and shamelessness! I love it

playing it.

👍 👎 Reply

**@moraj7492** 6 months ago
This game is glorious for its thick skin and shamelessness! I love it

👍 👎 Reply

**@surft** 6 months ago
Tencent: 'So sue me'

👍 👎 Reply

**@lordtao5617** 6 months ago
Effectively this is a mobile game, but if PS5 is releasing it as well, then doesn't that kind of legitimize it? I mean Sony would get a cut of the money for anyone buyting it off their store and they don't have to do any work for it.

👍 👎 Reply

**@leandro6234** 6 months ago
the internet can laugh, Tencent just needs to keep making money and buying others.

👍 👎 Reply

**@WooShell** 6 months ago
Let's be honest, all those games have always been copying concepts and mechanics off each other. Most of the AAA sphere nowadays is so same-y and forgettable, that it's not even fun anymore to track down who copied from who.

👍 👎 Reply

**@Treshar** 6 months ago
Are people actually surprised a Chinese company is copying something? Surely not.

👍 👎 Reply

**@danielmcleod9249** 6 months ago
Tencent are the scummiest greediest company in the industry bar none. I bet they would be up in arms with their lawyers if someone else Made a Tournaments of Legends or Halorant with all of their assets copy and pasted onto the new ones. In fact i hope someone actually does that in the future, seriously

👍 👎 Reply

**@Triforce9426** 6 months ago
I'll give this game one thing over Horizon. It's protagonist is actually attractive.

👍 👎 Reply

**@mr.cheese9571** 6 months ago
I can't wait to get the robot dragon deluxe edition of the fifth nation for $200

👍 👎 Reply

**@darienyedyteahernandez6152** 6 months ago
I don't give a F if the game is good then the game is good. That is all I care.

👍 👎 Reply

**@midengineZ06** 6 months ago
A combo of Horizon/Palworld/Zoids it could work?

👍 👎 Reply

**@EthanUrban-xz4bj** 6 months ago
To be honest I would agree but they do be charging way to much for games like horizon zero dawn and forbidden west

👍 👎 Reply

**@noface5775** 6 months ago
Hey they laughed at Genshin too. I laughed at it too. And now I'm a Genshin player for life. Look what that

forbidden west

👍 👎 Reply

**@noface5775** 6 months ago
Hey they laughed at Genshin too. I laughed at it too. And now I'm a Genshin player for life. Look what that became

👍 👎 Reply

**@libertariancat4514** 6 months ago
At this point, I don't care if they copied Horizon as long is a good game, because Horizon wasn't

👍 👎 Reply

**@nealpapworth5151** 6 months ago
If Light of Motiram plays better than Horizon Dawn, then I'd play it. I've played Horizion Dawn and the fact it kept crashing to rebooting my PC it wasn't that amazing. Light of Motiram looks much more graphically improved, plus it'll be free to play.

👍 👎 Reply

**@lovelycrimeboy8368** 6 months ago
Everyone said Genshin Impact was a Breath of the Wild clone but it had gatcha system and anime boobies and everyone decidied it was okay. Rip off gaming companies are right: you can rip something off and people will still play it. Please support indie games instead.

👍 👎 Reply

**@pokemonjt** 6 months ago
We got sooo used to sony ripping off Nintendo, this is just, fun to watch

👍 👎 Reply

**@seananthony7494** 6 months ago
I don't have a problem of when companies rip off other companies as long as their product is better. Like imagine a world without that and everything you had to buy when you go shopping had to be name brand…

👍 1 👎 Reply

**@BehuraStudio** 6 months ago
Between this and the Lego game I feel bad for Horizon fans

👍 👎 Reply

**@mikegamerofsparta** 6 months ago
i won't be surprise if Gorilla games files a lawsuit for plagiarizing.

👍 👎 Reply

**@TheBohemoth87** 6 months ago (edited)
This whole thing seems like it was ran through an AI generator for game design/music/art etc. And the developers are taking that idea and polishing it. It's like Horizon meets Destiny meets ARK meets Elden Ring/Monster Hunter.

👍 👎 Reply

**@Ned-zl1qt** 6 months ago
This game is coming out on PS5, so does that mean Sony has already approved it? If so, why should we care if Sony doesn't?

👍 👎 Reply

**@zenkomenhi** 6 months ago
As with Palworld, as with Light of Motiram

👍 👎 Reply

**@GrohiikVahlokJul** 6 months ago (edited)
Honestly I can't say that I am against a Survival game that lets you live in a Horizon esque world and plays a bit like Monster Hunter. Assuming they don't run into legal issues, I hope it turns out to be good.

👍 👎 Reply

👍 👎   **Reply**

**@GrohiikVahlokJul** 6 months ago (edited)
Honestly I can't say that I am against a Survival game that lets you live in a Horizon esque world and plays a bit like Monster Hunter. Assuming they don't run into legal issues, I hope it turns out to be good.

👍 👎   **Reply**

**@lekanraposte6732** 6 months ago
Sony wasn't able to make a proper sequel without wokeing and uglifying everything.
So, let the Chinese do it.

👍 👎   **Reply**

**@warhawkbm** 6 months ago
After what they did to Aloy and Destiny 2, Ill gladly play a ripoff.  Looks fun.

👍 1 👎   **Reply**

**@Gavvin84** 6 months ago (edited)
I mean if you wanna talk originality, ARK Survival Evolved which came out years prior to Horizon Zero Dawn has Mechanical Dinosaurs in it. Which when you think about originality and rip offs, HZD could be treated as a rip off of ARK Survival Evolved.

Being original is not as easy as people think, and getting that original concept to work and be fun, much more challenging. In this day and age, all that I really care about is whether a game is good, fun, and worth spending my money on it. If its not, doesn't matter if its original or a blatant rip off, cause if its not selling, its a failed project, regardless if the intentions were good or bad.

I'm not a fan of tencent either, but lets be honest, how many companies can people say they GENUINELY like? A couple? A few? Bethesda continues to destroy their reputation, EA being typical EA, Bioware forgot what made their games good & are in denial, CDPR who made the Witcher series are now pissing on their own franchise & success, at this point its hard to find a company that DOESN'T go against your values and common sense.
Right now for me, its Larian. But I wonder how long it will be till they fall into the crowd of hating the fans and destroying their reputation like so many companies have done before them.

Show less

👍 1 👎   **Reply**

**@Mr_Flopp-c8j** 6 months ago
I'm not a fan of Horizon ZD nor FW, but this is not the game that will change my mind on the concept.

👍 👎   **Reply**

**@HazyJ28** 6 months ago
Im not one for fanboysim or company loyalty, but if anyone supports this game, it's a slap in the face to every great IP Sony has ever produced.

👍 👎   **Reply**

**@kreiyu** 6 months ago (edited)
i doubt they can copy the deep story and lore that horizon has. this game looks like a Horizon version of Palworld. a bunch of noticeable game mechanics and designs from other games crammed into one.

👍 👎   **Reply**

**@bobinthebox4609** 6 months ago
tbh HZD just felt like a polished ark with effort style wise neither of these feel unique from a aesthetic point

👍 👎   **Reply**

**@metalfingers2129** 6 months ago
Im glad you caught the Destiny copy as well. Thats absolutely a ghost rip off on top of everything.

👍 👎   **Reply**

**@snowyluna** 6 months ago
Haven't played horizon but this game sounds kinda neat.

👍 👎   **Reply**

Reply

**@snowyluna** 6 months ago

Haven't played horizon but this game sounds kinda neat.

Reply

**@ojeritoayala** 6 months ago

The issue is that it looks too much like Horizon. If it just had another type of aesthetics, then it would be better

Reply

**@theroom4286** 6 months ago

So this is the Palworld of Horizon? Might check it out

Reply

**@ArcaneSorceror** 6 months ago

How much AI was used when aking this game. It it like they plummed games that appear on PS4 or 5 (not exclusive games) and that whole 'fighting God' line is like that JRPG trope about the protags starting at level 1 then by the end killing God is their goal...

Reply

**@KL53986** 6 months ago

Oh yes if people can freak out that games look similar then you conveniently forgot what MBA, Fifa games are or sports titles on general nowadays

Reply

**@forslos8756** 6 months ago

Bet they just "borrow" game code from Monster Hunter Outlander and reskin it. Both are tencent game survival crafting monster/mecha hunting game

Reply

**@nathansdad12** 6 months ago

It has to be more fun than forbidden West, which isn't saying much.

Reply

**@Zergdragon** 6 months ago

Tencent behaving poorly? I am shocked. Shocked! ...Well, not that shocked.

Reply

**@ironboy3245** 6 months ago (edited)

considering that tencent is a chinese company i wonder why they didn't choose to draw more from the chinese mythology and their horizon clone, instead of the north american tribal clothing style

Reply

**@HondoUnicorn** 6 months ago

Well, at least i can buy it..

👍 1    Reply

**@Martell_Dog** 6 months ago

Is it a shameless up Rip-off?  Yes
Does that gameplay combination still feels somewhat compelling?  Yes
Wonder what will be the graphic performance on PC, compared to Horizon

👍 1    Reply

**@BluntsNBeatz** 6 months ago

Honestly apart from that promo image being so similarly framed (but it's somewhat of a trope tbh) it doesn't seem that egregious to me... in the past games have copied each other a lot harder and that has gotten entire franchises off the ground, especially when limited graphical differences were even possible. Interestingly we're sort of coming full circle from limited graphics making distinct aesthetics harder to modern photorealistic graphics making distinct aesthetics harder, whereas in the PS1-PS3 eras there were more engines and more tailored approaches were needed to overcome limitations.

Honestly apart from that promo image being so similarly framed (but it's somewhat of a trope tbh) it doesn't seem that egregious to me... in the past games have copied each other a lot harder and that has gotten entire franchises off the ground, especially when limited graphical differences were even possible. Interestingly we're sort of coming full circle from limited graphics making distinct aesthetics harder to modern photorealistic graphics making distinct aesthetics harder, whereas in the PS1-PS3 eras there were more engines and more tailored approaches were needed to overcome limitations.

The worst part of this is obviously that it's by Tencent, which I think makes people judge this more harshly than they otherwise would. Everyone was all for PalWorld basically being "Pokemon with guns" - THAT was egregious but everyone was on-board. Taking elements from other games is a good thing to me, the opposite of Nintendo trying to trademark mechanics.

Show less

👍 1    👎    Reply

**@Dominion-Regalia** 6 months ago

Is it wrong that I kinda like the combat?

👍    👎    Reply

**@Keychu** 6 months ago

But is this Alloy actually good looking? Because I might give It a shot then

👍    👎    Reply

**@richard6907** 6 months ago

They might as well have called it "Sunrise, New Day" ffs😂😂😂

👍    👎    Reply

**@anotherhuman9974** 6 months ago

This is basically an Easter egg hunt of a game, can't wait for the list to come out when the internet does its thing, Steam sale £1.99 I'll buy 😂

👍    👎    Reply

**@shuraamano** 6 months ago

Light of CCP Tencent asking you to give your personal information for free.

👍    👎    Reply

**@gamerzr-us2568** 6 months ago

At least the characters aren't ugly.

👍    👎    Reply

**@Noobgamer0325** 6 months ago

The visuals are pretty egregious, and the music very reminiscent, but gameplay mechanics shouldn't be considered "copying" especially where they're taking inspiration from so many different places and putting it together in a way that actually sounds pretty interesting. I don't want to defend a large corporation, and this could just be lazy and malicious theft, but I only have a problem with the art style being so similar. The gameplay could be interesting, or it could be a soulless copying of too many things that come together poorly. If that's the case then it should be judged in the fact that it's just bad. All in all they took some interesting ideas and they're ruining it with being too similar to horizon

Show less

👍    👎    Reply

**@Power2All** 6 months ago

They even used Once Human icons, they seriously look 1:1 the same.
So this is a Horizon Zero Dawn, Elden Ring, Once Human, Pokemon ripoff :D

👍    👎    Reply

**@alexandermccalla5098** 6 months ago

I need to get my copy of horizon back from a friend. Never even played it. Bastard tried to redeem the code they came with it

👍    👎    Reply

**@scaper12123** 6 months ago

I need to get my copy of horizon back from a friend. Never even played it. Bastard tried to redeem the code they came with it

👍 👎    Reply

@scaper12123 6 months ago

The least they could do is rip something worth giving a damn about.

👍 👎    Reply

@MonCappy 6 months ago

There is a huge difference YongYea! The female playable character clearly wears significantly less clothing than Aloy. See? Difference. /s

👍 👎    Reply

@portioncontrol5466 6 months ago

I feel like a bait and switch is coming. I'm sure it will come out that it's somehow connected HZD.

👍 👎    Reply

@freya1548 6 months ago

Ngl I thought this game was a Horizon spin off when I saw the art.

👍 👎    Reply

@thereaversden6847 6 months ago (edited)

I was never a fan of Horizon. This game ACTUALLY looks like its adding in all the elements I wanted to see from Horizon to be honest.

But yeah, this is about as blatent as it gets when it comes to artistic prespective.

👍 👎    Reply

@vast634 6 months ago

I dont see a problem with inspiration. Its obviously a mix of several games, and not a 1:1 copy of one game. They likely did not "steal" any assets or visial design to 100%, so I dont see a handle for a lawsuit. And the plus point is: a Chinese company will not push this modern Audience DEI stuff, and lets the main character look good. Not like a puffy Aloy.

👍 👎    Reply

@emikochan13 6 months ago (edited)

let them rip, as a customer it's not my problem. I only care if it's good. At the end of the day horizon doesn't let you do a palworld.

👍 👎    Reply

@Wournos 5 months ago

I stay away from anything Tencent (and Chinese apps/games in general). Even dropped Conan Exiles when I found out Tencent owns said studio.

👍 👎    Reply

@RPGirlZera 6 months ago

Yeah Tencent is totally ripping them off. Though I will say the mechanical designs are more primal looking and remind me of Zoids.

I would like to state if they go after Tencent for this they need to go after them for the right reasons. We don't need another Palworld debacle where they go after them for mechanics other games and media already use.

Horizon was not the first game to have mechanical animals. They need to go after them for other reasons besides this. Specific designs or characters that are just reskins for example. Rather than the concept as a whole.

Show less

👍 👎    Reply

@jimbo121 6 months ago

And I guarantee you that if the gameplay is not half bad, the game will probably end up selling well on Steam

---

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT

Show less

👍 👎   Reply

**@jimbo121** 6 months ago

And I guarantee you that if the gameplay is not half bad, the game will probably end up selling well on Steam lol.

👍 👎   Reply

**@yammychan88** 6 months ago

loved the mix tbh

👍 👎   Reply

**@Voltaic_Fire** 6 months ago

I'm willing to bet the knock-off has better looking characters. 😂

👍 1 👎   Reply

**@JPD1990** 6 months ago

I played Horizon, it was good. Didn't play 2, but if this game is good, i'm gonna play it. I don't really care which faceless corporation makes it at this point.

👍 👎   Reply

**@PereVS23** 6 months ago

The game looks pretty good I must say. I'd rather play this than Horizon because of the survival elements. But yeah they could have been smarter with the art style

👍 👎   Reply

**@JI2398** 6 months ago

but this style came way before horizon, Zoids and mechanical beast roaming the lands was done before, robotic animals shouldn't be own by sony, if we keep up this way of thinking we won't have many options soon, Nemisis system is locked for another decade is an example of this

👍 👎   Reply

**@crazymage5316** 6 months ago

Honestly more hyped for this game than anything horizon lately

👍 👎   Reply

**@machado5765** 6 months ago

If the game is good I'll play it I don't care. People that get butthurt about this are just Sony fanboys.

👍 👎   Reply

**@myco2408** 6 months ago

Not trying to be a jerk saying this, but idk why this story got picked up by so many channels as if this isn't something they've been doing for decades

👍 👎   Reply

**@TwoPuyo** 6 months ago

If it is from tencent , it probably has gacha element.

👍 👎   Reply

**@MetoF50Narliev** 6 months ago

The Chinese probably don't know about Horizon anyway

👍 👎   Reply

**@twodayhero5139** 6 months ago

Tencent SAID, "SHIP IT!" 🤣🤣🤣🤣🤣

👍 👎   Reply

**@angelitabecerra** 6 months ago

I might have been interested in this game if they hadn't ripped off Horizon and if the publisher wasn't Tencent. I avoid Tencent as much as possible.

Tencent SAID, "SHIP IT! 😂😂😂😂😂

👍 👎  Reply

**@angelitabecerra** 6 months ago
I **might** have been interested in this game if they hadn't ripped off Horizon and if the publisher wasn't Tencent. I avoid Tencent as much as possible

👍 👎  Reply

**@khuantru** 6 months ago
I got horizon, monster hunter and destiny vibes from this, which looks pretty cool so far.

👍 👎  Reply

**@Gus1776** 6 months ago
Tbh I don't have a problem with them copying stuff and making something better out of it.
I think they're trying to give customers what they desire instead of giving them Lego Horizon 😂
I mean they take "The Horizon Universe" and make a cool game around it what people actually would like to play. Same Palworld did with the Pokémon stuff.
They're not copying the Horizon game itself.
Let's see how it plays.
Honestly I don't like all these gatekeeping companies who try to copyright just stuff so no other people can create games. Imagine the first jump and run would have a patent on jumping and running in a video game. So stupid.
Show less

👍 👎  Reply

**@xxnike0629xx** 6 months ago
This is has the art design of Horizon, gameplay mechanics from Monster Hunter.... Yea. They're trying to test a legal battle with these big developers and they're about to get REKT.

👍 👎  Reply

**@mzxa9988** 6 months ago
I mean it's basically horizon inspired survival game. I don't see the issue when people ok with palworld which basically do the same but pokemon with survival. Both game look like knockoff of their "inspired" game but with different genre from the original game

👍 👎  Reply

**@veryyes1919** 6 months ago
Just like Lies of Pi was a Bloodborne knock off or Palworld a Pokemon copy.

I don´t think ripping off Horizon will be an issue, and even then, Horizon is not that interesting or unique as a concept, they are just cavemen with robotic dinosaurs  with yet another Sony Post Apocalyptic World  .

👍 👎  Reply

**@VipPrinceGaming** 6 months ago
Damn, China and faking/copying in one sentense? No way!

👍 👎  Reply

**@noggyplays2822** 6 months ago
lol im honestly surprised sony would even let this release on the playstation considering they own horizon.

👍 👎  Reply

**@mttylerdurden9** 6 months ago
"Sony: seamless co-op and cross play, im bout to seamlessy beat your @$$"
-Mighty keef skit 😂😂😂

👍 👎  Reply

**@stevenplatt2679** 6 months ago
People are praising how much better it is than Horizon

👍 👎  Reply

**@The_LegendaryHero** 6 months ago



S @stevenplatt2679 6 months ago
People are praising how much better it is than Horizon

👍 👎 Reply

@The_LegendaryHero 6 months ago
I hope it's not FTP . Once Human is FTP but suffers an identity crisis.
Horizon never clicked for me but the survival mechanics in this one may be fun for me.

👍 👎 Reply

@ZEKESNAKE 6 months ago
Guess this is first A.i game then...

👍 👎 Reply

@Hammerite 6 months ago
Oh it'll be fine.
Its not like they make these kind of games to pay-to-win the everliving daylight out of.

👍 👎 Reply

@julianx2rl 6 months ago
I mean, Horizon's whole thing of machines in the wild was already done in Xenoblade back in the Wii, so they didn't even set the trend.

👍 👎 Reply

⌄ 1 reply

@julianx2rl 6 months ago
That said, why did they take Aloy?

👍 👎 Reply

@napalmsavage7717 6 months ago
I'd comment how comparable or different it is from Horizons gameplay, but all I've ever seen on social media for Horizon is boss walking simulators so....

👍 👎 Reply

N @Nidvex 6 months ago (edited)
from what I've seen of it. It blatantly rips off Horizon's style, and Palworld's gameplay. Literally looks like a really passionate Horizon conversion mod for Palworld. lol
Armchair lawyers say Palworld is a rip of Pokemon. Well, this game's artstyle is a rip of Horizon. Unlike Palworld which diverged from Pokemon like every other commercially avaliable Capture game in the genre, the creatures and design of this game blatantly BELONGS in Horizon.
Combat looks fun though, which is a shame because of the direction it went with is just blatantly taunting Sony instead of being it's own thing. It's been a long time since I've seen this much effort put into what has to be an attack on another publisher.

Show less

👍 👎 Reply

@planetd.a.r.p3471 6 months ago (edited)
chances are this wont need a PSN account so i'll be playing this and gladly support it

👍 👎 Reply

@Kekeripo 6 months ago
So it's a cosmetic horizon DLC for arc?

👍 👎 Reply

N @nikosantos6821 6 months ago
Infairness... it looks good, Maybe better.

👍 1 👎 Reply

@OMEKS_1 6 months ago
Game looks way better than horizon

👍 1 👎 Reply

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT

👍 1 👎 Reply

**@OMEKS_1** 6 months ago

Game looks way better than horizon

👍 1 👎 Reply

**@malikfoxen2045** 6 months ago (edited)

I'm going to be 100% real. I don't really care if it's a rip-off of horizon. I feel like I'd rather play it than horizon itself as long as the gameplay is decent. Nobody's going to say it so I will though because people are making comparisons to Palworld. This is way more blatant. And I mean WAY more blatant. You can easily confuse this with Verizon. If you're not paying attention at the very least with palworld you can tell it's not the same game just by looking at it. The only thing that makes it similar to pokémon are the pal sphere mechanics and the art style of the monsters.

Show less

👍 👎 Reply

**@720jlconner** 6 months ago

Horizon has not fallen as some dude commented. Like not at all what so ever.

👍 👎 Reply

**@Howlrunner82** 6 months ago

Sony vs Tencent ...the battle will be legendary...or not

👍 👎 Reply

**@fredgoh** 6 months ago

By now, I dun care who copy who. As long as it is good game, I gonna play it.

👍 👎 Reply

**@DamnitMan88** 6 months ago

Yongya is trying so hard to hate this game but is getting impressed by it LOL!

👍 👎 Reply

**@pgmp06** 6 months ago

They thought they can pull off what palworld did to Pokémon lol

👍 👎 Reply

**@VSTMM270** 6 months ago

I say if we get a good game from this why care? So many collaborations and crossovers cant happen simply because a company doesn't want it to. If the game is good i have no problem with it.

👍 👎 Reply

**@ThePowersinYourHands** 6 months ago

idk it looks good to me i dont think its bad they got inspiration from horizon hopefully its better

👍 👎 Reply

**@Kingkillwatts** 6 months ago

Tencent like yo what if we mashed Horizon with Monster Hunter and fuck it put Destiny Ghosts in there

👍 👎 Reply

**@robbo44566** 6 months ago

Jesus christ the monkey at the end is just Godrick. So shameless...

👍 👎 Reply

**@chitosesenri7087** 6 months ago

Wait the Chinese copying??? All popular gacha games like genshin, delta force, marvel rivals. Them buying the Game Awards to put a sub par game like wukong in nomination, that is the lowest rated game in TGA history. 😂😂😂😂

👍 1 👎 Reply

**@chattersdesptiant5231** 6 months ago

Wait the Chinese copying??? All popular gacha games like genshin, delta force, marvel rivals. Them buying the Game Awards to put a sub par game like wukong in nomination, that is the lowest rated game in TGA history. 😂😂😂😂

👍 1    👎        Reply

**@shatteredsentient5321** 6 months ago
Sony allowed this on their console to rake in the mtx money shares to cover the flop that is Concord. Let's be real. 😂

👍    👎        Reply

**@LegendRonk** 6 months ago
If only we can get a male protagonist

👍    👎        Reply

**@RamArt9091** 6 months ago
China not beating the allegations.

👍    👎        Reply

**@jabetaguiluz7322** 6 months ago
I don't know man, as long as it is fun, I am game.

👍    👎        Reply

**@gustsnts** 6 months ago
I didn't see anyone laughing. Actually, except by the story (probably), this will be superior to horizon in all shapes and form.

👍    👎        Reply

**@Sejbo8000Gaming** 6 months ago
So Palworld gets an OK, which is a game that is literally Pokemon but survival. but a game that uses Horizons artstyle and tries to use it for marketing but is actually a survival game is wrong. I understand getting upset over false marketing but no one is talking about that. Don't have double standards people either both are bad or they are both ok. They both do the same thing but because one is from China it is suddenly worse. the bias is extreme here.
Show less

👍    👎        Reply

⌃ 1 reply

K    **@TkoddaLee** 6 months ago
It the Sony fanboy who is outraged 😂😂😂 but the Chinese games do look better though

👍    👎        Reply

**@axlelocke396** 6 months ago
To me it looked more like Zoids (tons better than Horizon) without pilots but whatever.

👍    👎        Reply

**@Disorbs** 6 months ago
looks really good i might play it but its funny they coppied a game that bombed and even the lego version but ill check it out

👍    👎        Reply

**@anotherhuman9974** 6 months ago
Maybe it's the Horizon version of saints row, sleeping dogs & true crime is to GTA, but doubt it 😂

👍    👎        Reply

**@Crushed_Boombox** 6 months ago
Do we know for real this was a rip of Horizon ? This is like saying anytime you're in the desert is a rip of Assassin's Creed. All I'm seeing is a game where they actually put in decent work. Just like music bands borrow notes or similar sound  from each other. No band owns the actual music note.

👍    👎        Reply

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT



@Crushed_Boombox 6 months ago
Do we know for real this was a rip of Horizon ? This is like saying anytime you're in the desert is a rip of Assassin's Creed. All I'm seeing is a game where they actually put in decent work. Just like music bands borrow notes or similar sound from each other. No band owns the actual music note.

Reply

@italianspiderman5012 6 months ago
And watch it being more successful.

1    Reply

@pingpong5877 6 months ago
At least the girl looks prettier than Alloy.

Reply

@Samurai-no4wu 6 months ago
The reboot we needed

Reply

@EM_vi_ix 6 months ago
Imitation is the highest form of flattery.

Reply

@Raspberryspy 6 months ago
As long as it delivers better than Horizon, Im good with this.

Reply

@Calasanctius 6 months ago
yea im not gonna shit on this while simultaneously sing palworld's praises. if the game plays well and is fun, no one really cares about anything else.

Reply

@foxdye333 6 months ago (edited)
Doesn't matter as many others have said, I play the game if it's good, simple. This looks way better than anything Horizons has delivered, so people are gonna play it. Everything is copied in some way or shape these days, so who really cares?

Reply

@Mortanux 6 months ago
lol its funny they took the pallworld experience and avoid nintendo suits by instead copying Zero Dawn =P =P
Genius move =P

Reply

@joshnichols-qp6ex 4 months ago
its also has little bit of destiny

Reply

@gagewesterhouse9558 6 months ago
Well, if the second 'Horizon' wasn't such a disappointment, then no one would care. And a lot of people seem interested in this Chinese knockoff.

Reply

@DeadlyAlpha 6 months ago
they literally have a cauldron 😭

Reply

@HitBit_Gaming 6 months ago
I will play it, because some of the features look pretty neat. The combat system looks good and the survival stuff might be a lot of fun giving me more to do in a Horizon world. I'm not interested in Sony's version of newer Horizon titles with their wokeness.

**@HitBit_Gaming** 6 months ago

I will play it, because some of the features look pretty neat. The combat system looks good and the survival stuff might be a lot of fun giving me more to do in a Horizon world. I'm not interested in Sony's version of newer Horizon titles with their wokeness.

👍 👎    Reply

**@goldenbone8288** 6 months ago

So um where do we draw the line then. Is Impact ripping off BOTW and Palworld ripping off Pokemon was fine with people then how is this any different? Because with both of the other two games they copied their predecessor aesthetically but had enough difference gameplay wise for it to be okay. This seems like one of those causes because honestly the game looks more fun than horizon does.

👍 👎    Reply

**@juanvilla5819** 6 months ago

There is lots of monster hunter kock offs too

👍 👎    Reply

**@danar.raizal** 6 months ago

seems like they're running out of "unique" ideas

👍 👎    Reply

**@720jlconner** 6 months ago

How can they get away with this?

👍 👎    Reply

**@WorldOfSafari** 6 months ago

I wait for a chinese company to make a Pokemon-like game that`s super popular and see Nintendo lose their shit.

👍 👎    Reply

**@jorgealfy** 6 months ago

It's No-rizon and you rescue the No-ra tribe.

👍 👎    Reply

**@GeraltofRivia5150** 6 months ago

There are also bits of the Witcher music in here as well.  CCP doing what the CCP does. Copy and steal.

👍 👎    Reply

**@PomaReign** 6 months ago

It looks like Horizon if Horizon wasn't ugly. Alot of people will play this, probably more than Horizon Forbidden West.

👍 👎    Reply

**@fiskburk2908** 6 months ago

If I dont have aloy telling me how to move a finger every 30 seconds, its a good game in my book

👍 👎    Reply

**@LoricSwift** 6 months ago

The little robot you have following seems like a straight copy of the Ghost's from Destiny.

👍 👎    Reply

**@TheCatzMeow** 6 months ago

To me, it all looks fine. However. Its Tencent + A mobile game.
So it'll just have tons of MTX. All those robot parts I bet a lot of them will be paid only.
Pay to speed up production, pay for base customization, armor, weapon customization.
No way this will be a one time purchase. Not from Tencent lol

👍 👎    Reply

**@CBlade0** 6 months ago

So it'll just have tons of MTX. All those robot parts I bet a lot of them will be paid only.

Pay to speed up production, pay for base customization, armor, weapon customization.

No way this will be a one time purchase. Not from Tencent lol

👍 👎 Reply

**C** **@CBlade0** 6 months ago

"Everything that has been popular in the last 5 years" - hey, sounds like a AAA title 😂

👍 👎 Reply

**@cyang00** 6 months ago

I don't care what you guys say, I'm playing this game when it comes out!

👍 👎 Reply

**@Real-Time-Strategy-Games** 6 months ago

I'm not tencent fan but I support them if game is good. We need nice games. Of course memes will be memes

I am a Warcraft iii lover and never liked LOL but kind played it

However Arcane was best to come out of LOL and I think LOL is better with animation ,

I think Arcane is best time to finally just play LOL with bot in free time or quit

DoTA 2 is my fav but at the end of the day , social games aren't my thing.

I haven't played genshin because I'm a gacha addict in past. But I'm ready. Soon

Show less

👍 👎 Reply

**a** **@alaaadwan1398** 6 months ago

dont really care how much they steal from horizon, the game looks fun and thats all i care about , after all its not like taking arms for horizon is gona gain me anything.

👍 👎 Reply

**@mrbaileys4371** 6 months ago

So instead of Ring of Elysium 2, we're getting a rip off of Horizon? Lame.

👍 👎 Reply

**j** **@Basedlee00** 6 months ago

lol I'll probably end up actually playing this as it doesn't require me to link my steam to psn.

👍 👎 Reply

**@plastikloser** 6 months ago

Their new material contributions are micro transactions and jiggle physics

👍 👎 Reply

**V** **@vangxiong6535** 6 months ago (edited)

Chinese don't GaF about copy right laws cuz no one can do anything about it. They've been copying and ripping off of others works, what's new? New pokomonoloco?

👍 👎 Reply

**@Fyre0** 6 months ago

I'm gonna be honest--i give zero fucks. I play none of these alleged rip-off source games and I won't play this rip off game. If I was forced to pick one to play, horizon or whatever this is, I'd just flip a coin.

👍 👎 Reply

**m** **@murfeel1173** 6 months ago

tbh i don't really see what the fuss is about--the chinese companies do this alllllll the time (esp on mobile)? there's an asian spinoff for all the major franchises; they're pretty interesting if you can get past the language barrier and mtxs.

👍 👎 Reply

**@JustinIZHere** 6 months ago

Its a Chinese company doing what they do best.

👍 👎 Reply

Reply

**@JustiniZHere** 6 months ago

Its a Chinese company doing what they do best.

Reply

**@dusttodust915** 6 months ago (edited)

Honestly with the current devs for Horrizon shamelessly uglify their characters on purpose just to piss off the gamers, I don't really think anyone cares if it's a ripoff. If anything tencent is doing it better. Tencent of all companies.

Reply

**@GoldenBoy.17** 6 months ago

I believe this is a good thing. These IPs have become stale, they sit on the pile of money they made and refuse to improve the formula or offer a competitive product, the only addition to games in recent years has been to introduce DEI. I welcome China making their knock off games to be judged by the market and gamers using their wallets. If the game ends up being more successful and fun than Horizon that's a win for consumers. Why should you care about squabbles between companies?

Show less

Reply

**@om3g4z3r0** 6 months ago

>made in china
>made by tencent
Oh the surprise...

Reply

**@XD-385** 6 months ago

It's all ok if the rip-off turns out to be superior to the original.

Reply

**@jongarcia6064** 6 months ago

Are you at least going to give it a fair shot at playing it? Most games are just borrowed access anymore. But are they done right

Reply

**@nilskanneuchegalsein2593** 6 months ago

Bet companys get their games designed by Ai , so Ai takes a look what worked and whats their to feed from

Reply

**@daiakunin** 6 months ago

Skyline: Nil Daybreak.

Reply

**@Megoover** 6 months ago

Honey, wake up, Palworld 2 is here

Reply

**@rishyrish** ✪ 5 months ago

Yall ain't have this energy for Nintendo and palworld Nintendo was evil for doing the right thing and was hated for it and now they made shit like this game 😂

Reply

**@jfoverthrow486** 6 months ago

While I do not have high expectations for this game because the blatant copying is concerning, if the game is fun or interesting, then I couldn't care less. If it works out like Palworld, then as a consumer, I am all for it. Sony should definitely try to sue, as it is their right, but as a consumer, all that really matters to me is the quality of the game. A good game is a good game 🔒

Reply

while I do not have high expectations for this game because the blatant copying is concerning, if the game is fun or interesting, then I couldn't care less. If it works out like Palworld, then as a consumer, I am all for it. Sony should definitely try to sue, as it is their right, but as a consumer, all that really matters to me is the quality of the game. A good game is a good game 🙂

Reply

**@LokiEml** 6 months ago

Reminds me of Horizon meets Zoids

Reply

**@TinoushGTR** 6 months ago

This game requires surviving and souls game combat. I hate both. Aside from being a knock off of horizon. Give me horizon again.

Reply

**@whatthefanart** 6 months ago

Visuals and game mechanics aside, I'm still wondering how much of Horizon's story this game borrows/steals from? Are we talking machine apocalypse that *literally* wiped out human civilization (our world), and the new civilizations that emerged from the ashes, building on top of the world.

Reply

**@ReneAensland** 6 months ago

China vs. Japan again.
Here we go.

Reply

**@kebrus** 6 months ago

I have ZERO issues with this, if the game is bad people will not buy it and play it, if you think this is bad think about the hundreds, if not thousands, of games that wouldn't exist today because they were copying another game

people tend to forget that every time we get a new "genre", all the other games coming after are a ripoff of the first, same for rendering, style and anything in between, imagine not allowing any cellshaded style or cyberpunk style because "someone did it first"...

You have to be able to draw the line of what's appropriate or not, did they steal models? textures? animations? if not, then if they want to take the work of creating a whole game with someone else's style I see no issue with it

with that said, if Guerilla wanted to trademark Aloy or something unique about the game they would have tried, problem is that trademarking that is very difficult because even their work is inspired by a bunch of things, imagine they trademark Aloy cloth style and then they start suing native tribes around the world.. yes it's ridiculous, in the same way this case is, Guerilla would have a very difficult case here, even if it was a company outside of China

Show less

Reply

**@HuskySansVergogne** 6 months ago

I hope they'll sell more than Horizon

Reply

**@sozaj** 6 months ago

It would be so funny if this turned out to be a better game than Horizon.

Reply

**@poopoo-dk4hu** 6 months ago

I'm totally fine with this if the game is good unlike that PlayStation all stars game that ripped off smash years ago

Reply

**@joshuax1987** 6 months ago

at least the characters design look good

years ago

👍 👎 Reply

**@joshuax1987** 6 months ago
at least the characters design look good

👍 👎 Reply

**@capnphuktard5445** 6 months ago
Alloy got too fat for physical activity

👍 👎 Reply

**@everything3185** 6 months ago
we got horizon asian edition before GTA 6

👍 👎 Reply

**@kevinkev1530** 6 months ago
Crazy, looks good tho thy couldve tried a lil harded to be different

👍 👎 Reply

**@andreivanovich6007** 6 months ago
Just matter of time till Baldur's Gate 3 and Stalker 2 will get Tencent ripoffs of their own.

👍 👎 Reply

**@caluya2339** 6 months ago
They should have changed the aesthetic.  0 creativity just copy and paste what's successful from other games.

👍 👎 Reply

**@MrWulfgarr** 6 months ago
Tencent owns like %60 of gaming industry, they are constantly ripping themselves (?)

👍 👎 Reply

**@rafaelcalmon2858** 6 months ago (edited)
**Honestly, I'm not feeling it is a "rip-off".** Lots of times people jump into the wagon when something is similar visually to a popular series and immediately go "rip-off", to the point there's been instances where they accuse a property that came first from ripping-off a newer, more well known one.
Yong at points in the video goes "Horizon doesn't have this" or "this is more like Destiny/Monster Hunter/Wukong". The gameplay is clearly wildly different than Horizon. Combat flows closer to a Monster Hunter game. Survival leans closer to Ark. **Horizon doesn't own the idea of mechanized animals any more than Pokemon owns the design style that Palworld employed.** This is no more a rip-off than Palworld would be of Pokemon, Genshin of Breath of the Wild, League of Legends of DOTA and so on and on and on. **And if you've been a relatively informed gamer long enough, you know all the ones I mentioned were famously and prolifically accused of being rip-offs.**
Show less

👍 👎 Reply

**@countdadcula4475** 6 months ago
Sad to say, but It'll do better than Lego Horizon and probably the last actual Horizon as well.

👍 👎 Reply

**@mardiov** 6 months ago
Can't wait to play Horizon Zero Fear of A Lawsuit

👍 👎 Reply

**@AmethystReaver** 6 months ago
I never liked Horizon but this game looks compelling

👍 👎 Reply

**@crlake** 6 months ago
Omg... I thought you were kidding. Just... damn!

I never liked Horizon but this game looks compelling

👍 👎  Reply

**@crlake** 6 months ago

Omg... I thought you were kidding. Just... damn!

👍 👎  Reply

**M @mkmfan3197** 6 months ago

I honestly dont care. If the rip off is more fun than the original, well then the original needs to question itself 😂

👍 👎  Reply

**@Dracowinges** 6 months ago

First look seems okay..then sees tencent, oh dear.

👍 👎  Reply

**d @demonfox51321** 6 months ago

Yea i know but honestly i rather have a hot women in game then somone trying be somone in real life of being overweight etc

👍 👎  Reply

**@Zeinkel** 6 months ago

Mm i dont know i see how it look similar but i see good diference, so for me this look similar to palword vs pokemon so only the time will say.

👍 👎  Reply

**@colonelfz** 6 months ago

Reminds me of ark survival evolved: extinction.

👍 👎  Reply

**@BeersYourFriend** 6 months ago

I didn't know Tencent was this desperate to make some goddamn money. They've got the money to make something unique, but keep making products that are far too safe. So safe, I do wonder if Sony attacks Tencent, like Nintendo's attacking the group over at PalWorld. I am getting sick of these tree cutter building games. These games can be fun, but these games can also be a pain in the ass. Maybe it's just me, but whenever I see tree cutting games like this, it just turns me off. I have zero interest in this game.

Show less

👍 👎  Reply

**@What_evil_lurks_in_the_shadows** 6 months ago

Can you copyright animal style look and say no other can make them no matter if they are normal look or robotic look ?

👍 👎  Reply

**@ZeroHourProductions407** 6 months ago

Calling it now. Somy will let it ship anyway, then ban every positive review and account that bought it.

👍 👎  Reply

**@darkkingastos4369** 6 months ago

Thank Tencent for taking ideas and using them to make better games.  Honestly Horizon's gameplay is garbage but the idea is good.  The gameplay for this game looks 100 times better tehn Horizon and I hope this game does well. I bought Horizon and only played 2 hours of it becvause the gameplay is arse.  I want this Monster Hunter style gameplay more.

👍 👎  Reply

**@amano_s** 6 months ago

Not purchasing anything coming from Tencent.

👍 👎  Reply

**Y @NeahMinto88** 6 months ago



☰ ▶ YouTube                              🔍        Sign in

@amano_s 6 months ago
Not purchasing anything coming from Tencent.

👍 👎    Reply

@NeahMinto88 6 months ago
But let's not stop lapping praise for genshen impact and for palworld

👍 1 👎    Reply

@9a8szmf79g9 6 months ago
A Qing Qong as the main character. Yeah.

👍 👎    Reply

@-R4v3n-91 6 months ago
if it doesn't have PSN requirement it's already better than horizon or any ps game

👍 👎    Reply

@yammychan88 6 months ago
I don't see anything bad about this game, it's even good to slam it on the DEI games Devolopers face xD

👍 👎    Reply

@NetflixForeign 6 months ago (edited)
I know people bring up Wu Kong by Game Science but how many other Mainland China developed games do
they keep shooting themselves in the foot?
Either it is this game Yong is covering or Infinity Nikki. I was interested in Infinity Nikki until I found out it
would be a Gatcha game like their Mobile game. If it was single player to buy with a story and those outfits
granting different abilities with the gameplay shown in the trailer I would be SO down.
I bet the TenCent game is also loaded with microtransactions.

edit: Fixed, for intent. If you want to play games from Chinese devs. which are considered solid look at
Xuan Yuan and Sword and Fairy series, both by Taiwanese dev. Softstar.

Show less

👍 👎    Reply

@nimthegoodra8130 6 months ago
Theyre called tencent cause thats how much they spent on originality😂

👍 👎    Reply

@Elferner 6 months ago
Welcome to the era of AI generated games. Soon we'll have a copies of GoW, Halo, Mass Effect etc.

👍 👎    Reply

@erickcredidiooliveira201 6 months ago
I saw this and my First thaught It was a multiplayer spin off.

👍 👎    Reply

@erbz 6 months ago
who's worse Tencent or EA?

👍 👎    Reply

@luciferschoice 6 months ago
They already copied Nier & Zelda Movesets etc in Genshin Impact so I'm absolutely not surprised.... -.-

👍 👎    Reply

@windingtwilight 6 months ago
Horizon Ring looks like a good game tbh

👍 👎    Reply

@Zaxbox 6 months ago
I'll play it. It'll either be good or it will be bad. Time will tell.

👍 👎    Reply



Reply

**@Zaxbox** 6 months ago

I'll play it. It'll either be good or it will be bad. Time will tell.

Reply

**@WaifuMaxxer** 6 months ago

The game looks cool TBH. Lol. I would love to play it.

Reply

**@ValeriyApocalypse** 6 months ago (edited)

Can we stop referencing bad games (shitpalworld)
Because this game is bad for taking many elements from other games but Palworld's models with so many elements that suspiciously coincide with Pokémon models  (and it very difficult to exactly match 3D model polygons between two different models if they are ACTUALLY different and not, say one stolen from the other) is good just because Nintendo and GF kinda deserve to be shit upon?
Putting Ark and Palworld together is like saying "ah yes a game similar to GTA and Crimelife 3" because yeah they're the same genre but one is a good game and the other is the bad copy with stolen assets and assets flip.

Show less

Reply

**@johnniewalker33** 6 months ago (edited)

Its like saying FPS's cant be other people's FPS's/ One can't be exclusive while the other is not. Its like pal world ripping off pokemon and monster hunter. Its gonna happen sooner or later. Just looking at this game it really is just a horizon clone, I'm hoping its better.

Reply

**@Jake38nine** 6 months ago

These ripoff games always look the same, while ripping off other major IPs. I'm still behind PalWorld being a blatant Pokemon ripoff.

Reply

**@MADEIN1TALY** 6 months ago

Copies? In China? Unbelievable.

Reply

**@DJFlare84** 6 months ago

I don't care who they rip off and how much they rip off I only care if they can put all of these puzzle piece ideas together in a game that is actually as good as it looks.

You might say "fuck that guy they stole Monster Hunter and Horizon Zero Dawn".

To that I say "Fuck yeah I get Monster Hunter combat in Horizon Zero Dawn".

Show less

Reply

**@mikigameplays** 6 months ago (edited)

I am going to be truthful here.
I am only a consumer, i am not paid to worry about rips of games and all that. I am going to leave that to companies and layers.
if the game is fun in the end I will play it.
Here is see a cute none western girl with a big hammer and monster robots, for me this is already a buy for me. 🙏

Show less

2    Reply

**@yeshmesh1** 6 months ago

If nothing else i feel more compelled to play this over horizon? But hey, if the quality of the game is good, screw it. Oohh nnoooo, i get another elden ring, horizon, MH..

Reply

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT

**@yeshmesh1** 6 months ago

If nothing else i feel more compelled to play this over horizon? But hey, if the quality of the game is good, screw it. Oohh nnoooo, i get another elden ring, horizon, MH..

Reply

**@BradStarnes** 6 months ago

So it's a Tencent patchwork asset flip of other games. Very HZD, though. Not just because of the mechanimals but the outfit and character designs, that whole tribal aspect looks pretty much copied from HZD. If anyone actually tried to sue Tencent they'd probably just laugh.

Reply

**@LastJedi81** 6 months ago

Tencent about to get a call from Sony's lawyers 😅

Reply

**@Pocket_Sized_Satan** 6 months ago

Ngl i would care more if horizon wasn't a ps exclusive

Reply

**@Axvil** 6 months ago

Maybe it's a rip-off, but at least this protagonist is cute, so if I had to pick one or the other, I'd pick this. Then eventually, Western Devs will have to learn, adopt or die out, like the dinosaurs.

Reply

**@urbanshadow777** 6 months ago

Horizon forbidden by copyright infringement.

Reply

**@noraz4411** 6 months ago

The game look fun but i not see an identity or a charm form this game it feel not interesting
my perspective is form who love : immersive, strategy, story rich,

Reply

**@dsouthmonster** 6 months ago

I am so tired of playing the same game over and over and over and over again. Gotta be the savior of ___, gotta start out with primitive stuff and unlock craftables through a skill tree as you level up, gotta have open world collecting,gotta look like this and this game and feel like that game, gotta have Breath of The Wild elements (every single open world survival game has this now every one of them), and so on. **SOMEBODY PLEASE MAKE A GAME. A GAME!**

Show less

Reply

**@Hedercruz** 5 months ago

Man the grass look like hzd! Even the grass !!

Reply

**@Infinite_Mortis** 6 months ago

But are they doing it better ?

Reply

**@joesjoeys** 6 months ago

So they Pal World'd Horizon and "borrowed" as many other elements from other games as they could, like Destiny ghosts.
I've never been big into Chinese games in general, be they original(ish) or knockoffs but this really seems to be pushing the envelope.

Reply

**@FallsNight** 6 months ago

Honestly I'd probably enjoy it. Horizon Zero Dawn, Pokemon, Ark Survival Evoled, and Monster Hunter

be pushing the envelope.

👍 👎  Reply

**@FallsNight** 6 months ago

Honestly I'd probably enjoy it. Horizon Zero Dawn, Pokemon, Ark Survival Evoled, and Monster Hunter sounds fun.... but yeah, it's probably the most obvious rip-off I've ever seen.

👍 👎  Reply

**@rhayvenj** 6 months ago

Palworld/Ark meets Horizon meets Elden Ring meets Breath of the Wild meets Monster Hunter meets.....ya get the point lol. Tis the season for ripped games. 😄

👍 👎  Reply

**@yanuarmustika5816** 6 months ago

Laughing? I'm very excited with this. As long as they made it as buy to play game and not pay to win free game.

👍 👎  Reply

**@Orton93** 6 months ago (edited)

I get the Horizon rip off, but saying "breath of the wild style explosive barrels" and "Black Myth Wukong combat" as if those games invented that is silly. It clearly copied Horizon, sure. Everything else has existed for a long time. Did it also steal push button to jump from Donkey Kong 1981

👍 👎  Reply

**@nighteed02** 6 months ago

I dont really care if it is a ripoff as long as It doing something different. This seems to be tailored towards a part of the market that Monster Hunter occupies. Personally, I have enjoyed the combat portion of MH games, but have always hated or been annoyed by other large aspects of the games. This game seems to pull the Horizon aesthetic into that sort of MH world with a more survival settings. Frankly, after I just rereading my last sentence, I think I maybe sold on this game.

Show less

👍 👎  Reply

**@Narasir** 6 months ago

It's "Horizon 3 : the stolen East"

👍 👎  Reply

**@deadbeats5640** 6 months ago

Honestly if the gameplay is good I would not care if it is a rip off

👍 👎  Reply

**@ISeKToRI** 6 months ago

If it has hot characters then I do not care.

👍 👎  Reply

**@srex117** 6 months ago

This game look extremely fun. So what if its a copy of HZD. More robot animals for us to fight, what more do you want.

👍 👎  Reply

**@themurdock619** 6 months ago

Does it look like horizon? Sure but to the extent of getting confused and think it's horizon is laughable. This looks much better than horizon. Time will tell.

👍 👎  Reply

**@Otacon3480** 6 months ago

Yong. Im gonna need more cat in your home videos. 🙂

👍 👎  Reply

**@zzznardszzz4715** 6 months ago



**@Otacon3480** 6 months ago

Yong. Im gonna need more cat in your home videos. 😊

👍  👎  Reply

**@zzznardszzz4715** 6 months ago

Have you seen the new Tencent game Delta Force? It's a straight cut and paste of Battlefield 2042.

👍 1  👎  Reply

∧ 1 reply

**@StronkiTube** 6 months ago

Delta Force existed before Battlefield, you muppet.

👍  👎  Reply

**@Kaizelot** 6 months ago

Hmmmm, interesting, i never liked horizon dawn, was too repetitive for me, and over the years it felt worst, for what you have told us in the video, i am waaay more exited about this copy homework than the inspiration lol, if it doesn't gets canceled, i will buy it.

👍  👎  Reply

**@lardogio** 6 months ago

So this is already x100 better, and ofc good lookin woman!

👍  👎  Reply

**@BlazinNSoul** 6 months ago

It's Tencent as what do you suspect lol.

👍  👎  Reply

**@DennisBeatty69** 6 months ago

Im sold ill play it day one on Ps5. I didn't want to play horizon because it forced me to play as a female protagonist. Aloy was a ugly female to play as anyways if i had to play as one. If i can choose to play as a dude I'll play it. Im as guy i choose to play as a guy.

👍 1  👎  Reply

**@AndoCommando95** 6 months ago

Lets cut the bullshit and be honest here, the game looks better than Horizon. Lets not look at Light of Motiram and say Horizon rip off when we all know Horizon "borrowed" aesthetics from Ark. If anything, Light of Motiram is the Ark 2 we never got

👍  👎  Reply

**@ItsAcheron** 6 months ago

Internet laugh at how shamelessly YongYea rips off other creators that just review games negatively. Oh wait you got inspiration from other creators to make YOUR OWN version of them? Oh so game creators can't do that? Hypocrite.

👍  👎  Reply

**@Kausing_HavikTTV** 6 months ago

Sad part is this looks fun

👍  👎  Reply

**@mateusgreenwood1096** 6 months ago

Rip offs and bootlegs are a chinese local sport.

👍  👎  Reply

**@cutfromstone754** 6 months ago

Hopefully it wont be boring like HZD

👍  👎  Reply

**@max784020** 6 months ago

horizon design is beautiful, but when i bought the first one, i stopped playing after 2 hrs or so. Gameplay was clunky, interface was saturated, voice/dialogs were cringe, narrative dodged me completely, I found out

Hopefully it wont be boring like HZD

👍 👎    Reply

**@max784020** 6 months ago

horizon design is beautiful, but when i bought the first one, i stopped playing after 2 hrs or so. Gameplay was clunky, interface was saturated, voice/dialogs were cringe, narrative dodged me completely. I found out about this copycat right now here, and looks awesome, anything that copies valheim formula with different aesthetics is a must try for me.

👍 👎    Reply

**@Ginger_Tank** 6 months ago

Reminds me of Unearthed, a Saudi shameless Uncharted rip-off

👍 👎    Reply

**@PocoM6Pro-lw3ue** 6 months ago

never played horizon zero but i think i like this one better since the main character is better looking,or maybe its just my preferences with asian female with their feminine cute face

👍 👎    Reply

**@demonofwar1155** 6 months ago

I mean shit id still play it, the amount of ips that companys sit on and dont do anything with i dont mind this game at all who cares

👍 👎    Reply

**@xzerox2112** 6 months ago

As a Chinese gamer i hate Tencent so much. 🙁

👍 👎    Reply

**@TheTathaar** 6 months ago

Actual gameplay footage shows it plays completely differently than horizon tho!
Instead, the gameplay seems ripoff Monster Hunter instead. lol

👍 👎    Reply

**@nadtz** 6 months ago

This is nothing new, the only thing different about this game is the worldwide release.  If it weren't for that no one would know about this game along with all the other Chinese ripoffs.  Though to be fair they took from what looks like a bunch of games, not just Horizon, the art style is just low hanging fruit given it's the first thing you notice.

👍 👎    Reply

**@UnitedWeStandFreedom** 6 months ago (edited)

It will probably be better ! I will play it and enjoy it lol . Sony don't own the robot concept they can do it no problem! Plus the main characters are more beutiful 😄 😄

👍 👎    Reply

**@scottlamplugh9870** 6 months ago

And just watch it do gangbusters😄 😄

👍 👎    Reply

**@vhex61** 6 months ago

Imagine if they also used an AI generated voice that sounds like Yong Yea , ouch!

👍 👎    Reply

**@KaiserMattTygore927** 6 months ago

Let's all laugh at an industry that never learns anything, teeheehee.

👍 👎    Reply

**@kylemurphy6153** 6 months ago

They even ripped the grass right out of horizon 🤣 🤣 🤣

👍 👎    Reply

Reply

**@kylemurphy6153** 6 months ago

They even ripped the grass right out of horizon 🤣 🤣 🤣

👍 👎    Reply

**@flucky_1** 6 months ago

Cant wait to play "Mechamon horizon world"

👍 👎    Reply

**@risaadyatmika3990** 6 months ago

I didn't know that zoid have a new game!?

👍 👎    Reply

**@AvatarRoku22** 6 months ago (edited)

Honestly Idgaf. I dont care if its original. I dont care if its 'fresh'. All I care about is IS IT FUN? The same people that are up in arms about this are the same ones with 100's of hours in Palworld. Don't be a hypocrite. Wait for it to drop and see if its actually any good.

👍 👎    Reply

**@davoap1268** 6 months ago

I think Tencent are willing to receive the scorn as long as they receive sales for their copycat games. They have no interest in making games great.

👍 👎    Reply

**@alexjames2328** 6 months ago

Ok and? If it's good it's good if it's bad it's bad, who gives a damn. How many 2D metroidvania games are there and how many are damn near the same?

👍 👎    Reply

**@VaughanDavies** 6 months ago

It is copycat in many ways, but I'd be a hypocrite to shit on this game when I'm a fan of Palworld. Both are very clearly inspired heavily by another series(s) and take bits and pieces from each. While I have zero interest in this game (just isn't my thing) I don't think it's a big deal. If it were a direct rip-off then yeah, that'd be a problem, but instead it just looks like they're making their own Horizon-like game. It'd be very hard to do the whole mech-animal style of game without comparing it to Horizon Dawn.

Show less

👍 👎    Reply

**@unclientrandom5371** 6 months ago

This looks like so much better than Horizon ngl. It was such a bad game to this day I still dont understand why people like that crap. It was only a pretty game story was ass, combat was ass... this looks cool af

👍 👎    Reply

**@dragonfire3697** 6 months ago

Ngl, it does look like there are some fun elements to the game. But (imma going to be that guy) they could really do with some grammar work. the voice over section of the gameplay trailer was a little cringe ("silence up"? WTF?) But agreed, clear ripoff. Guess the only thing that may save them from a serious lawsuit would be the genre differences, but just barely.

👍 👎    Reply

**@alexjenkin4216** 6 months ago

looks closer to ark and Horizon

👍 👎    Reply

**@trshxgod8040** 6 months ago

Blatant but cool. I dont care who copies who

👍 👎    Reply

**@nathanielthomson6600** 6 months ago



**@trshxgod8040** 6 months ago

Blatant but cool. I dont care who copies who

👍 👎  Reply

**@nathanielthomson6600** 6 months ago

Calling the combat "monster hunter combat" is just the most shallow comparison you could have made.
Monster hunter combat isn't unique. It's virtually identical to every other generic melee centric combat
system. The only people who think monster hunter does anything unique are people who literally don't play
anything else. I'll grant you the aesthetics and music, but when you try to go after generic melee combat as
being a stolen idea it weakens your other criticisms.

Show less

👍 👎  Reply

**@ohiokansas2682** 6 months ago

ill be honest. i have not played a single horizon game and i prob wont ever will. it being tied to sony accounts
and all that garbage doesnt interest me and i heard the last game, while gameplay wise, is fine, the story and
few others was...left to be desired. so if anything, this game, the only GREAT critique is the visuals and prob
a bit to much likening to palworld. still interests me more than the horizon game will

👍 👎  Reply

**@Novk010** 6 months ago (edited)

People acting like they actually care 😂 stop it. just like palworld if it's fun we play it. I'm just a humble
consumer and idgaf

👍 👎  Reply

**@thermthehopeender9255** 6 months ago

I mean to be fair horizon zero dawns artstyle isn't exactly unique.

👍 👎  Reply

**@non-binary-fox** 6 months ago

let's add destiny because she has a ghost following her

👍 👎  Reply

**@luminousparadox7529** 6 months ago (edited)

They could have at least changed the colours 😂 😂 to be fair this looks horizon with waaaaay more to do
even if they stole the visual style.

👍 👎  Reply

**@yammychan88** 6 months ago

dude even you lowkey liked it in the end xD

👍 👎  Reply

**@kennyljs** 6 months ago

Alloy's daughter....

👍 👎  Reply

**@mateusz7953** 6 months ago

But who is laughing? There's nothing to laugh at. Nobody cares who rips off who, the only thing that matters
is whether the game is good or not.

👍 👎  Reply

**@yammychan88** 6 months ago

if theres no DEI am buying it

👍 👎  Reply

**@superhumansakti** 6 months ago

OK, see you on court then. But meanwhile, this game looks good tho and promising.
Mismash of everything in a  price of single game - count me in

👍 👎  Reply

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT



**@superhumansakti** 6 months ago

OK, see you on court then. But meanwhile, this game looks good tho and promising.
Mishmash of everything in a price of single game - count me in

👍 👎    Reply

**@zidanesg1** 6 months ago

I know art style is the same but comparing mechanical creatures is more complicated cause horizon gets inspiration from real animals so there only so Much you can do when the both are portraying animals but in a mechanical way.... However this also shows new animals that horizon haven shown yet.. But yeah aside that. This is a rip off but survival game at that. I wonder if horizon multiplayer was going to be anywhere near this

Show less

👍 👎    Reply

**@blackdragon5478** 6 months ago (edited)

Yup this is very similar to Horizon Zero Dawn.

👍 👎    Reply

**@diligencehumility6971** 6 months ago

Game looks good, it's gonna sell well. But they really should copy less, and be just a little more creative

👍 👎    Reply

**@charlesogden8492** 6 months ago

Sony has competition, and people are mad/worried? They (people) do realize the best products are ones that have competition. No competition = no innovation. Why did Apple make a more powerful and affordable touch screen phone? That's right it's because Android came out allowing many manufacturers to give you a phone at a decent price. Why do we have 4k televisions (over old 1080p) at a consumer price point... that's right because there is competition in the television industry driving the technology forwards at price points that make it accessible to everyone. Gatekeeping does nothing good for anyone but the company's doing it... CAUGH CAUGH Nintendo (Palworld).

SIDE NOTE: I do get a whiff of scam from the video game in question though. Even the "gameplay" looks like there are moments and interactions that look too good and just like "The Day After" showing their early "actual gameplay" (not what was actually delivered) some things looked to polished and arcade like and this game has that in spades. I'm interested but I'm also very hesitant.

Show less

👍 👎    Reply

**@Unknown-km4mh** 6 months ago

To be honest, it is a rip-off, but it does look really cool, so im willing to give it a chance if it survives Sony's lawsuit.

👍 👎    Reply

**@neock** 6 months ago

ok, while i dont like tencent, like any other self respecting gamer, but your whole argument is a 1-1 comparison to "call of duty is a battlefield knockoff"

👍 👎    Reply

**@goufr3540** 6 months ago

This is absolutely nothing new, the Chinese, Koreans and so forth have been playing copycat for decades in roughly every market. The real issue is, does anyone even care about Horizon as a franchise at all, cause it seems to be going no where at all now. If they were ripping off Elden Ring, Hogwarts Legacy or any other popular game, then it might be something worth taking note of.

👍 👎    Reply

**@jtwisthamilton** 6 months ago

Ya'll think Sony cares? They made a **LEGO** version of Horizon that *nobody asked for* & it's flopping. Apparently *anything* that draws attention to Horizon is good with Sony. They're treating it like their flagship IP for whatever reason. Horizon is good, but not flagship + spinoff games good

👍 2 👎    Reply

⌃ 1 reply

Ya'll think Sony cares? They made a LEGO version of Horizon that *nobody asked for* & it's flopping.
Apparently *anything* that draws attention to Horizon is good with Sony. They're treating it like their flagship
IP for whatever reason. Horizon is good, but not flagship + spinoff games good

👍 2   👎         Reply

˄ 1 reply

**@StyxxOfDidymos** 5 months ago
Well that's your opinion
👍 👎         Reply

**@Kate.000** 6 months ago
China Devs: UNLIMITED CLONE WORKS!
👍 👎         Reply

**@T.O.Wallee** 6 months ago
Any games are some how rip off of other games just matter of more or less. I don't care as long as the
game is fun to play
👍 👎         Reply

**@DarqStalker** 6 months ago
It only looks similar to Horizon. Doesn't play like it. Sony doesn't have a patent on robot enemies with a
certain color scheme. Gameplay is totally different. Sony doesn't have anything to go on for a legal suit.
👍 👎         Reply

**@via_negativa6183** 5 months ago
Yeah so what, it actually looks way  better than horizon anyway.
👍 👎         Reply

**@garten** 6 months ago
maybe these guys can make an enjoyable Horizons game...
👍 👎         Reply

**@aliens99xx74** 6 months ago
Yeah but it's NOT horizon, and it's a survival game, I like the game already, the combat looks good, I'll be
playing it,
👍 👎         Reply

**@Thronnos** 6 months ago
So this game is basically Horizon 3: Ripoff of Destiny (3)
👍 👎         Reply

**@SuperYacub** 6 months ago
oh no, both horizon fans must be really mad
👍 👎         Reply

**@howardhamaker2708** 6 months ago
Horizon is a open world survival game? I thought it was a action adventure game? I think this is nothing
burger.
👍 👎         Reply

**@Shatterwings060** 6 months ago
Well at least the character is pretty ? People, this is basically Horizon Walmart edition, let's not kid around
with the optics.
👍 👎         Reply

**@SomeThing-uw8hz** 6 months ago
I'm not touching it because it is f2p.
👍 👎         Reply

@dbsasuke 6 months ago

**@SomeThing-uw8hz** 6 months ago

I'm not touching it because it is f2p.

👍 👎    Reply

**@dbsasuke** 6 months ago

I would be upset but screw Sony

👍 👎    Reply

**@cindyzxec** 6 months ago

At least now we have an pretty Aloy now, she is not longer uglyfied. Better have a mod fix.

Just a shame it's a survival game, something I personally not so interested in. Otherwise I would definitely support this game, just hate what was done to Aloy who keep getting more ugly with each game. But it's free to play so I may check it out anyway.

Show less

👍 👎    Reply

**@zeruszephuros** 6 months ago

The visuals and music is a horizon rip off but the actual gameplay is more akin/taken from palworld , while weapon and animations from Monster Hunter 😂

👍 👎    Reply

**@lordofchaosinc.261** 6 months ago

Looks like Horizon, plays like Elden Ring. I mean I kinda disliked the actual gameplay of Horizon so I wouldn't really mind.

👍 👎    Reply

**@Nathan-gy1pr** 6 months ago

Their main character looks better atleast imo.

👍 👎    Reply

**@gainward2** 6 months ago

i thought the horizon games were really dull and bad lol, so idk why you would steal anything from them. That said this looks fun.

👍 👎    Reply

**@tacobellcall911** 6 months ago

Palworld did it. Now tencent... Oh well

👍 👎    Reply

**@Kalabi1234** 6 months ago

MH + horizon zero dawn = this im in ill be honest!

👍 👎    Reply

**@Volvagios** 6 months ago

Sony doesnt have the money to spend after lego horizon and concord flop

👍 👎    Reply

**@raydark8007** 6 months ago

it rips off Horizon..... but i am not going to lie the game look fun and I am sucker for survival and craft and base build just like Palworld

👍 👎    Reply

**@Hezzers** 6 months ago

The game does look pretty good, but wow, it really is just very blatantly copied off of several other games with a Horizon aesthetic slapped on it. How very safe

👍 👎    Reply

**@wyseman6143** 6 months ago (edited)

The game does look pretty good, but wow, it really is just very blatantly copied off of several other games with a Horizon aesthetic slapped on it. How very safe

👍 👎   Reply

**@wyseman6143** 6 months ago (edited)

Good, copy all the failing IP'S and make games I'd actually consider playing.

👍 👎   Reply

**@minias1444** 6 months ago

Sure it's a ripoff but that game looks rad as hell. I'm definitely going to be giving it a shot.

👍 👎   Reply

**@Marneus28** 6 months ago

You do know that Horizons animal design style was ripped off from Zoids right? This is just a rip off of a rip off. I can't even list how many post apocalyptic mecha shows and games existed before Horizon came along too. This seriously seems like a none issue imo. 😂

👍 👎   Reply

**@samhobbs9116** 6 months ago (edited)

Looks a hell of a lot better than Horizon 2 did. Copy Shmopy, Horizon doesn't own any concepts, they are not even the first to do robo dinos. Jokes. And oh look the character is actually attractive. So far looks way better than what it "copied"

👍 👎   Reply

**@tsukikofudo** 6 months ago

It also blatantly rips off Elden Ring

👍 👎   Reply

**@K4ndor3k** 6 months ago

yes, it LOOKS very similar to horizon, but the gameplay looks like a mix of Ark, MonsterHunter and armored core....
calling it a horizon ripoff makes horizon a legendofzelda-ripoff...

also, the game looks a lot better and a lot more fun than hirizon

Show less

👍 👎   Reply

**@NetflixForeign** 6 months ago

Sony will go after them.

👍 👎   Reply

**@JabelldiMarco** 6 months ago

So what?
Horizon drove their customers away with uglyfiing their game, so someone else picked up the pieced and delivered something more appealing to the customer.
And if this game sells well, Tencent will be able to deliver sequels in the same quality fast and reliable;
...something western studios continuous fail to provide in the last decade or so.

Show less

👍 👎   Reply

**@varkesh456** 6 months ago

Thatvis the kindbof game i would expwxt if i promopted an ai to come up with a surival style game like palworld but with the horizon asthetoc.

Sony may have no choice but to go sie them to aboid setting a president if this is ai creatibity

👍 👎   Reply

**@vovapsix** 6 months ago

It is a rip-off, but it looks interesting, so maybe its isnt just regurgitate crap. That being said we'll see when we get some future user gameplay...

👍 👎   Reply



👍 👎  Reply

**@vovapsix** 6 months ago

It is a rip-off, but it looks interesting, so maybe its isnt just regurgitate crap. That being said we'll see when we get some future user gameplay...

👍 👎  Reply

**@gbornlegend22** 6 months ago

Dont care as long as it is good i'll consume the product. They can copy as much as they wabt

👍 👎  Reply

**@josephtran9983** 6 months ago

watch it be a gacha game. "iOS and Android" + "Tencent" yeah dead give away 💀

👍 👎  Reply

**@LilyValesti** 6 months ago (edited)

It isn't a 'cool cinematic', though. It's childish, poorly translated, and low quality. The entire cinematic was really cringey to me, and I don't use that word lightly. Honestly I don't expect much better from China, though, or tencent.
Mihoyo atleast aren't ripping off and are doing their own thing.

👍 👎  Reply

**@y2LightMidnight** 6 months ago

In all honestly i dont care about games ripping off other companies' ideas (lets start with them not caring about any of us).
If this was done properly as a more Elden ring-like using Horizon's setting then sure, but THIS looks like a complete garbage.

👍 👎  Reply

**@abdallahfassi9149** 6 months ago

I hope this turns out to be better than horizon 🙏

👍 👎  Reply

**@mysteryk2283** 6 months ago

How is this shamelessly? and "insulting" when you won't use that words to describe palworld?

👍 👎  Reply

**@Jesse023** 6 months ago

Im in. So better sony. I want horizon with friends, not another remaster

👍 👎  Reply

**@yammychan88** 6 months ago

No DEI detected.. will buy it

👍 👎  Reply

**@happy.......** 6 months ago

I'm pretty sure the internet is praising this game...

👍 👎  Reply

⌃ 1 reply

**@Ashurman666** 6 months ago

No, no it's not

👍 👎  Reply

**@santossouto** 6 months ago

Horizon is boring as fuck, this looks way more interesting, since i'm a huge MH fan, i'm way more interested in this game than any game Horizon releases.

👍 👎  Reply

**@lv4nx3** 6 months ago

Horizon is boring as fuck, this looks way more interesting, since i'm a huge MH fan, i'm way more interested in this game that any game Horizon releases.

Reply

**@lv4nx3** 6 months ago

is there any non-playstation fanboy that cares if they're ripping off horizon? I do not care a bit, please steal more ideas and give me horizon eldenring monster hunter world palworld game.

Reply

**@Guckkasten85** 6 months ago

Let's be honest, this game will probably make lot's of cash. Genshin Impact was a botw "clone". I don't like it but millins of players will prob get it for free and then spend a lot of money there.

Reply

**@jjc5871** 6 months ago

Bet the main character won't be uglified at least.

Reply

**@papamilfz1565** 6 months ago

New Horizon DLC is a huge falloff 😂

Reply

**@Dohko_EX** 6 months ago

How does PlayStation allow this?

Reply

**@ropo9581** 6 months ago

Never played horizon so this look good to me

Reply

**@NeoSlashott** 6 months ago

I've seen enough too much game clones of mobile apps etc of the original.  What a waste of games.

Reply

**@hardcore476** 6 months ago (edited)

Ask somebody who doesn't play Playstation it looks pretty cool it should have come to Xbox.    In my opinion it doesn't bother me at all if a Chinese company wants to rip off PlayStation

Reply

**@ecoffey71** 6 months ago

I dont give a shit!!!Horizon in my top 3 fave games!!!! I be buying this shit!!!!

Reply

**@silentgoblin7722** 6 months ago

Horizon: Call of the Lawsuit

Reply

**@zix01vtuber** 6 months ago

i do not care, the game abes a mix of mechanics and astetics i enjoy so i play it anyways, also it will be free to play! do you know how many free monster hunter like games are out there, not many dats for sure.

Reply

**@calidude6992** 6 months ago

Idk.. if it's better than Horizon... then maybe

Reply

**@MastaDJMax** 6 months ago

♪ Lets all laugh at an industry that never learns anything, tee hee hee ♫

Reply

👍 👎  Reply

**M**  **@MastaDJMax** 6 months ago

♪ Lets all laugh at an industry that never learns anything, tee hee hee ♫

👍 👎  Reply

**@leaningtower201** 6 months ago

Tank top Yong thoooo 😳 😳 😳

👍 👎  Reply

**D**  **@drudru3591** 6 months ago

put a plant in your room

👍 👎  Reply

**@Temperans** 6 months ago

You know what? I don't yet believe its a rip-off.

By your standard Horizon is just a rip-off of Zoids. Who did the mech animal and dinosaur thing much earlier. Horizon's version of the animals are much more stylized compared to this game's design with look a lot more like real animals. The gliding thing was done in Breath of the Wild and has since become a staple of open world design (See Genshin). While the comparison of the clothes is weird because both games are clearly based on tribal clothing, which has very limited options.

The collection of animals in an open world and placing those animals to work was originally done by Ark not Palworld. But somehow Palworld didn't get any flak, but now this game is getting flak for it.

Show less

👍 👎  Reply

**@MikeSerrene** 6 months ago

i havnt played horizon this just looks like robots and things. what you are talking about is how far copyright literally crushes inovation things are similar ok sued into oblivion, then you wonder why companies sit on IP's its exactly for this reason, so they can sue if someone does anything similar the price of keeping the ip pays itself if they can just sue a single company or take out competition long enough that people are desperate for a game that they can then throw out a half complete game that sells. this game looks far different from the game its supposedly similar to. in a perfect world someone should be able to release any sony game without psn requirement and be considered different enough cause its more pro consumer in a perfect world any ea game could be remade without the anticonsumer stuff and be considered different in a perfect world you dont ned to ask for the permissions you just make the thing and things are sorted by a middle platform, touhou is the closest anyone has been to that perfect world period. also a lawsuit on this does literally nothing its a chinese game by a chinese company, oh no they cant release to the smallest common denominator aka the rest of the world where they wont make much money anyways lol

Show less

👍 👎  Reply

**@jordanacperry8797** 6 months ago

I guess this is the ten cents version of Horizon.

👍 👎  Reply

**@samzeyel8220** 6 months ago

Light of motiram: breath of the wild horizons

👍 👎  Reply

**@JphantomXIII** 6 months ago

Tencent saw how palworld ripped off pokemon and said, "Hold my beer" XD.

👍 👎  Reply

⌃ 1 reply

**@v3prhunterkiller828** 6 months ago

not even close

👍 👎  Reply

˄ 1 Reply



**@v3prhunterkiller828** 6 months ago

not even close

👍 👎    Reply

**@kevinmcdaniel871** 6 months ago

Its Horizon w a Pretty Alloy

👍 👎    Reply

**@rinhatsuyuki7090** 6 months ago

Nah man i'm just going to wait for Monster hunter, this just is painful to look at.

👍 👎    Reply

**@yammychan88** 6 months ago

it's looks more Palworld than Horizen

👍 👎    Reply

**@Nottvexx** 6 months ago

so what? what if it turns out better than horizon? the story to horizon was alright, the second game just way too short and barely anything new besides flight. it takes elements from many games which is what we should take away from this. many people often combine two major games and ask what if to the different features and things showed so who cares. when pal world came out we justified it and accepted it now with this game we're hating on it before it even comes out?

Show less

👍 👎    Reply

**@theholyvessel5736** 6 months ago

honestly at this point who cares game looks fun tbf.

👍 👎    Reply

**@boba1fett742** 6 months ago

So it's fine when palworld copies stuff

👍 👎    Reply

**@gokith1119** 6 months ago

Sony can't do nothing

👍 👎    Reply

**@benjscar1540** 6 months ago

Is this Mech Assault?

👍 👎    Reply

**@WarpChaos** 6 months ago

Of all the games to rip off, why Horizon?

👍 👎    Reply

**@demonofwar1155** 6 months ago

If the game is copied but doesnit better i really dont care

👍 👎    Reply

**@chowderocks7** 6 months ago

Astrobot exists?

👍 👎    Reply

**@Forrest_Trump** 6 months ago

Tbh I rather play this than Horizon.

👍 👎    Reply

**@alittle2high** 6 months ago



**@Forrest_Trump** 6 months ago

Tbh I rather play this than Horizon.

Reply

**@alittle2high** 6 months ago

It's so blatant lmao, f**kin' embarrassing 😂

Reply

**@dragoonseye76** 6 months ago

Not surprising

Reply

**@yammychan88** 6 months ago

this looks better than Horzon tbh

Reply

**@GonzaloAntares** 6 months ago

Nintendo can sue you for less

Reply

**@dastardlydragon466** 6 months ago

So its Pal Dawn Hunter?

1 reply

**@dastardlydragon466** 6 months ago

Dawn Hunter Pal?

Reply

**@Jyunnheikusada7003** 6 months ago

It's game development with Chinese characteristics.

Reply

**@crashzone6600** 6 months ago

I think it looks better than Horizon honestly.

Reply

**@shadowkhan422** 6 months ago (edited)

Chinese  have a lot of skill in taking someone's games , and combining  them into  "new" (and very popular) IP. Palworld and Genshin Impact are 2 examples .Original Horizon isnt going anywhere at this point . Will see if they manage to make it more successful. And lets just hope its not another gacha...

Reply

2 replies

**@oak8194** 6 months ago

PalWorld is actually made a Japanese dev... LOL

Reply

**@shadowkhan422** 6 months ago

@oak8194 Change "Chinese"  to Eastern then I guess. Also , considering Nintendo doing law suit based on retroactive patent change , they might not stay Japanese for long.

Reply

**@vast634** 6 months ago

If its not full of DEI, Im interested. I dont care if its a ripoff then.

Reply

**@yammychan88** 6 months ago

i support this really. better the DEI Horizon



If its not full of DEI, Im interested. I dont care if its a ripoff then.

Reply

**@yammychan88** 6 months ago

i support this really, better the DEI Horizon

Reply

**@justforfun7112** 6 months ago

Melee battle on horizon is really bad

Reply

**@yammychan88** 6 months ago

Dude this game is sick 😍 forget about HorizonShit for a seconed and let's enjoy this awesome game

Reply

**@gianbinuya5593** 6 months ago

Wtf? Some animations are from MH 1:1

Reply

**@ObiwanJakoby** 5 months ago (edited)

Pokimon ripped off games before it, And Horizon ripped off Arc Survival. Who cares. If its a good game, people will play it. Moriram takes inspiration from several different gaames. Honestly other than it LOOKING like Horzion the gameplay is vastly different all together.

Reply

**@UltimaShadrax** 6 months ago

Not a fan of the whole horizon did it first so no one else can do anything similar, it makes no sense .

i will say though, its not like horizon invented robotic biology. why not have a game that could do things better in any area.

Not saying it would be, but i could be.

Genshin is just "open world" Botw with anime gacha.

Show less

Reply

**@drudru3591** 6 months ago (edited)

palworld+valheim+monster hunter+horizon

Reply

**@michaelhinojosa2988** 6 months ago

ark horizon mix give ark some credit

Reply

**@allfourskingdom** 6 months ago

Horizon on Android
Well I'm hyped

Reply

**@A1AION** 6 months ago

Looks more interesting than horizon imo.

Reply

**@ceufrscio707** 6 months ago

Buff Yong yea? A new form?

Reply

**@augustvalek** 6 months ago

**@ceufrscio707** 6 months ago

Buff Yong yea? A new form?

👍 👎    Reply

**@augustvalek** 6 months ago

you should have started the video with a fakeout about a Horizon spin off

👍 👎    Reply

**@crookim** 6 months ago

Oh No.......... Anyway

👍 1 👎    Reply

**@Sonicfalcon16** 6 months ago

why would you rip off the game that keeps coming out next to bigger games in the same launch window? Are they gonna copy that too? Launch next to a bigger game?

👍 👎    Reply

**@hawkalypse7329** 6 months ago

Looks a lot more fun than Horizon

👍 👎    Reply

**@bfjrd** 6 months ago

unless you put copyright or patent on it then then you cant do something about it xD

👍 👎    Reply

**@Mirakuruuu** 6 months ago

Chinese clone that costs 10 cents

👍 1 👎    Reply

**@adityatiwari9789** 6 months ago

I dont care if its copy paste i enjoyed horizon because of this concept if there are more games like this out there that's competition and its not like mech animals is a new concept (ARK). the second horizon while also fun and not bad story the wokeness ruined my taste for the game a bit women hero, women villain, women romance, the first game the main boss was AI ending the world the second game is a catfight but despite all this i rest of the game didn't disappoint at all.

Show less

👍 👎    Reply

**@peacem8574** 6 months ago

Nah. I don't care. It's a fucking upgrade.

👍 👎    Reply

**@Malware-dex** 6 months ago (edited)

They know to avoid chubby face Aloy

👍 👎    Reply

**@abhi.dx2345** 6 months ago

Well, atleast the main character looks beautiful compared to Alex in Horizon Forbidden West 😂 😂

👍 👎    Reply

**@ObscenumLoL** 6 months ago

It looks different enough... People making fun of it are just a bunch of crybabies. Why does it need to have a "unique look"? Mechanichal dinosaurs are only allowed for Horizon now?

👍 2 👎    Reply

**@CitizenCoder** 6 months ago

At least they put an attractive woman in theirs. 😊

👍 👎    Reply

**@CitizenCoder** 6 months ago

At least they put an attractive woman in theirs. 😅

👍 👎 Reply

**@abhi.dx2345** 6 months ago

Well, atleast the main character looks beautiful compared to Alex in Horizon forbidden west 😂

👍 👎 Reply

**@devilsad0cate932** 6 months ago

I'm gonna play tf outta this game

👍 👎 Reply

**@wastelanddrifter7685** 6 months ago

Horizon Zero Inspiration

👍 👎 Reply

**@zid9611** 6 months ago

Man when i 1st seen image and thought wow. Knockoff horizon. Probably fortnite like with crafting. Made my china. Wasn't far off.

👍 👎 Reply

**@eimme** 6 months ago

Bro, you're looking jacked 🏋️

👍 👎 Reply

**@teamtim87** 6 months ago

A Chinese knock off of something? No. WAY.

👍 👎 Reply

**@bonesaw-777** 6 months ago

9:59 MLK IS IN THIS?

👍 👎 Reply

**@danotorious12** 6 months ago

It's a mobile game turned big box that's all

👍 👎 Reply

**@seanowens1073** 6 months ago

Has the internet been bored lately 😂

👍 👎 Reply

**@MrDadeadone** 6 months ago

and somehow it still looks better than Horizon lmao

👍 👎 Reply

**@hooweee450** 6 months ago

Why is this get shit on and palworld get praised?

👍 👎 Reply

**@Alexden96Channel** 6 months ago

"Mommy, can we buy Horizon?"

* looks at Light of Motiram *

"Yes, sweetie, let's get Horizon."

Show less

👍 1 👎 Reply

looks at Light of Motiram

"Yes, sweetie, let's get Horizon."

Show less

👍 1  👎    Reply

**@rangerguy** 6 months ago

oh so its like palworld x horizon

👍  👎    Reply

**@demolisher4437** 6 months ago

Horzion might be good this time.

👍  👎    Reply

**@YKVasilisk** 6 months ago

I don't see a Lawsuit coming on the horizon, PS5 owns both of them, besides, Motiram looks way better than Horizon.

👍  👎    Reply

**@mittensfastpaw** 6 months ago

The amount of people praising this literally knockoff using actual stolen animation assets and not just copies is nuts. Palworld pulled inspiration but nothing was a one to one ripoff of Elden Ring or Monster Hunter animations.

They haven't even played it but are already making excuses for it. Saying Horizon is generic when Horzion only has a couple games. Good Lord the comments are so incel in nature as well.

Your arguments are disingenuous and coming from a bad place. It is just pathetic the excuses made to justify this game.

Show less

👍 1  👎    Reply

**@vessellast836** 6 months ago

Horizon was meh anyways.

👍 1  👎    Reply

**@ebola9717** 6 months ago

This might be a complete ripoff, but I can't lie it looks more fun than Horizon to me.

👍  👎    Reply

**@victorv1151** 6 months ago

Game looks great tbh.

👍  👎    Reply

**@TKRepository** 6 months ago

If it's a quality game, who actually cares?

👍  👎    Reply

**@tamniall** 6 months ago

this game will prosper 💯

👍  👎    Reply

**@sangerzonnvolt6712** 6 months ago

chinese ripoffs should be bad, this is a f*cking upgrade

👍  👎    Reply

**@jeromewoods8939** 6 months ago

Its shameless but it looks fun

👍  👎    Reply

@Finallidahl 6 months ago

**J** **@jeromewoods8939** 6 months ago
Its shameless but it looks fun

👍 👎 Reply

**@FinalHideki** 6 months ago
Complaining? Everyone is saying they actually fixed Horizon xD

👍 👎 Reply

⌃ 1 reply

**@Ashurman666** 6 months ago
No, no they're not. The only people saying that are the same morons that think they can "fix" someone's art by making the character black

👍 👎 Reply

**@trulyyoursgaming7501** 6 months ago
The game looks fine leave it alone.. how much actual imagination is left in the world really anyway lol ..!

👍 👎 Reply

**A** **@abhi.dx2345** 6 months ago
Well, atleast the main character looks beautiful compared to Alex in HFW 😂

👍 👎 Reply

**@chrisrahl8577** 6 months ago
When you say the Internet are you referring to your echo chamber on Blue sky?

👍 2 👎 Reply

**@peger** 6 months ago
MC is hot xD So it's big W xD
Also good luck suing tencent

👍 👎 Reply

**@SkitterTheSauceMan** 6 months ago
It can't be worse than the Horizon games

👍 👎 Reply

**@XxPARTYBEARxX** 6 months ago
I see this game as WHAT IF...? What if Horizon is made by Chinese developers? At least it looks better when Horizon Forbidden West. 🤪

👍 👎 Reply

**@tidus2nd** 6 months ago
They copied Destiny man. That thing is the Ghost from Destiny. God they have no shame.

👍 👎 Reply

**@Hollow_Ichigo** 6 months ago
Ain't no dislikes

👍 👎 Reply

**@ViolentxStrike** 6 months ago
Sony suing incoming!

👍 👎 Reply

**@WobileeSausage** 6 months ago
Looks better than Horizon tbh.

👍 👎 Reply

**@adrianl415** 6 months ago
Ye nobody cares if it's good people will play it.

Looks better than Horizon tbh.

👍 👎    Reply

**@adrianl415** 6 months ago

Ye nobody cares if it's good people will play it.

👍 👎    Reply

**@coreyfaith69** 5 months ago

Palworld is getting away with it so why not

👍 👎    Reply

**@someguy6152** 6 months ago

So... how is this different from what Palworld?
People compare it to Palworld as if Palworld did literally anything unique, everything it has was copied from other places, they simply did it well, and Pokemon is wasting its IP by not improving it enough.
Don't get me wrong, the fact that it is a "free to play" game makes me not wanna play it.

👍 1 👎    Reply

**@raydhd1530** 5 months ago (edited)

Ill be honest. Ive played both horizon games. This does not look like wither of them. I feel like this game is barren. The horizon games had way mor le detail in its world. On top of that the machines do not remind me of the ones in horizon. They are different enough that ide look at them without thinking its some horizon expansion otlr something. But thats just me. This game just has a diff vibe to it. Different look to the environment. Just enough that it seperates itself.

I will warn everyone.... this game looks bland and boring. It may look nice on the surface. But its most likely like most of these indie games that come out looking like this, but end up being a buggy empty world with nothing much to do.

Show less

👍 👎    Reply

**@eldritchmorgasm4018** 6 months ago

Made in China - The Game

👍 👎    Reply

**@Radman1889** 6 months ago

Horizon: Zero Originality

👍 👎    Reply

**@SimpleTakes0** 6 months ago

😄they have balls to post it on PS5 lmao. and that's good they do have em

👍 👎    Reply

**@finnewar** 6 months ago

i will buy it.

👍 👎    Reply

**@TehSymbiote** 6 months ago

Goddamn bruh smh. This is awful but I can't judge too harshly because I enjoy palworld

👍 👎    Reply

**@MEISINGER888** 6 months ago

America: we have pal-world at home!🤣

👍 👎    Reply

**@yogasaktib3931** 6 months ago

So veilguard is bad?

👍 👎    Reply

**@ShyZen3i** 6 months ago

**@yogasaktib3931** 6 months ago

So veilguard is bad?

👍 👎    Reply

**@ShyZen3i** 6 months ago

Its not like the og devs can do better game anw, all I sse now is remastered and remakes, the ip went stale now, Tencent going Palworld is much better than fking remakes/remastered. Just more entertainment to gamers.

👍 👎    Reply

**@12mk763** 6 months ago

Wait, that's not a horizon game?

👍 👎    Reply

**@DrWickedSH** 6 months ago

This is all very interesting, but I'm too distracted by how small your head actually is since I can see the light through your hair, lol.

👍 1 👎    Reply

**@gamercrom09** 6 months ago

YEAH!! the concept is good but everything else is straight copy of zero dawn.

👍 👎    Reply

**@yammychan88** 6 months ago

i think it's good and i loved it xD am so happy that it will pissoff the DEI game developers xD

👍 👎    Reply

**@LluOukL** 6 months ago

At least bring it to xbox. Then something is original on it

👍 👎    Reply

**@ynnadquah** 6 months ago

I think LoM looks way more interesting.

👍 👎    Reply

**@clonossl99** 6 months ago

How you going to support palworld and not this lol make it make sense. I'm sold if it's fun to play and not expensive or over monetized I'm all in lol

👍 👎    Reply

**@sirlionheart4614** 6 months ago

Horizon zero dawn, sonys wii sports

👍 👎    Reply

**@daerovius7535** 6 months ago

I hate Tencent... But it's probably gonna be a better game than horizon...

👍 👎    Reply

**@Shadowh7** 6 months ago

Watch it be better than horizon, just like palworld is better than Pokémon.

👍 👎    Reply

**@sambas9257** 6 months ago

Looking how shi**y was the second one .Chinese will probably improve it..

👍 👎    Reply

**@jamesoakley4570** 6 months ago

other than giant robot dinosaurs and a female lead, its nothing like Horizon, ita more like Palworld. infact its just a rip off of Palworld thats a rip off of Pokemon.

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT

Reply

**@jamesoakley4570** 6 months ago
other than giant robot dinosaurs and a female lead, its nothing like Horizon, ita more like Palworld. infact its just a rip off of Palworld thats a rip off of Pokemon.
This game looks great and thats all that matters.

👍 👎 Reply

**@adilliosz** 6 months ago
I'll play it anyway

👍 👎 Reply

**@hegesu** 6 months ago (edited)
you're making fun of it now but the hilarity of this game is that it could come out and be better than Horizon forbidden West people made fun of Palworld and it made a copycat and it made a shit ton of money and people loved it I'll wait and make my judgments when the game comes out to know for sure it's unlikely but you never know

👍 👎 Reply

**@TkoddaLee** 6 months ago
Dam this game look pretty good 😂😂😂

👍 👎 Reply

**@MGdawg10000** 6 months ago
looks better than horizon tbh

👍 👎 Reply

**@epiclilbeast4353** 6 months ago
Yong jacked

👍 👎 Reply

**@Nyghtmare6380** 6 months ago
This is crazy

👍 👎 Reply

**@zeanxe** 5 months ago
Horizon isn't unique at all. All of their designs are from "Zoids"

👍 👎 Reply

**@herculees1589** 6 months ago
Of all the "franchises" to ape… nobody cares about horizon. It's a dead end ip.

👍 👎 Reply

**@RYouScare** 6 months ago
Look decent.

👍 👎 Reply

**@nateguerra319** 6 months ago
It looks better then horizon zero shit

👍 👎 Reply

**@sebazlp6672** 6 months ago
Its like horizon with a shitty ia filter

👍 👎 Reply

**@jpremier5743** 4 months ago
Oh China, the bootleg capital of the world

👍 👎 Reply

**@jpremier5743** 4 months ago
Oh China, the bootleg capital of the world

👍 👎    Reply

**@furtalance_x** 6 months ago
Sony lawsuit on its way 😄

👍 👎    Reply

**@Wandering_Silverian** 6 months ago
Zoids! Not Horizon.

👍 👎    Reply

**@Northern_Woodlander** 6 months ago
Looks better than horizon

👍 👎    Reply

**@llmitsull9500** 6 months ago
I rather play this than a half bake bug mess AAA game.

👍 👎    Reply

**@Pyovali** 6 months ago
And it'll probably sell better than Horizon because China

👍 👎    Reply

**@ARTSousa-q8b** 6 months ago
Let's be real, this is Tencent saying "This is Horizon, but much better, more complete and without the modern audience stuff". For me is a buy

👍 👎    Reply

**@100dayGamer** 6 months ago (edited)
So you wont talk about thw obsidian drama huh. I see your journalism is biased.

👍 👎    Reply

**@Luis-gz3oo** 6 months ago
We do not care

👍 👎    Reply

**@LordNexusTheFir** 6 months ago
Monster: Destiny: Horizon: Forbidden Hunter World, ass game. 🤣

👍 👎    Reply

**@gun2yuhhead** 6 months ago
Imagine it's better

👍 👎    Reply

**@Freedomgundam44** 6 months ago
Why you got sponsors when you're not demonitized.

👍 👎    Reply

**@DivinityOfBLaze** 6 months ago
Why rip off Horizon... a game thats not even all that popular?

👍 👎    Reply

**@kojinooni** 6 months ago
Monster Hunter: Horizon's dawn!!

👍 👎    Reply



**@kojinooni** 6 months ago

Monster Hunter: Horizon's dawn!!

👍 👎    Reply

**@7thsaga662** 6 months ago

Horizon's Palworld 😂😂😂

👍 👎    Reply

**D** **@davidkraft1658** 6 months ago

Put a shirt on please

👍 👎    Reply

**@dreamer8448** 6 months ago

hey why not? perhaps i will have more fun then with horizon 😎

👍 👎    Reply

**@praneshrao4132** 4 months ago

How have Sony and Guerrilla Games have not sued them into oblivion?

👍 👎    Reply

**S** **@Spathinator** 6 months ago

I don't care, Sony is not a good company and they deserve the rip offs. The truly went full on arrogant mode since Xbox lost the console race. Part of the reason why we have so many Souls clones was because Sony kept Demon's Souls hostage.

👍 👎    Reply

**@TheLuc1890** 5 months ago

its china, western copyriggghgt doesnt apply there

👍 👎    Reply

**@rogu3_wo1f74** 6 months ago

Im not gonna play it, but hopefully, they have a better story than the horizon games, lol. I like the world in the horizon games, but damn that story is both game are boring and not fun with some of the most boring and forgettable characters I've seen.

👍 👎    Reply

**@yammychan88** 6 months ago

i support this %100000 xD

👍 👎    Reply

**@Bortero** 6 months ago

This is trying to copy so many games that end up looking pretty generic

👍 👎    Reply

**@lucasstephens5003** 6 months ago

It's a Chinese made game. Are you surprised?

👍 👎    Reply

**@Sonicfalcon16** 6 months ago

TANK TOP!!!!

👍 👎    Reply

**@IHazPeppers** 6 months ago

One difference is that I am going to actually play this game.

👍 👎    Reply

**M** **@micaheljohnson9514** 6 months ago

Isn't this free  to play a game.

One difference is that I am going to actually play this game.

👍 👎    Reply

**@micaheljohnson9514** 6 months ago

Isn't this free to play a game.

👍 👎    Reply

**@joseluislopez7511** 6 months ago

Horizon-souls.

👍 👎    Reply

**@satsui2424** 6 months ago

idgaf man lmao it's probably still gonna be better than the actual horizon 😭 😭 😭

👍 👎    Reply

**@Fugeta20** 6 months ago

Wow.... What a rip off.

👍 👎    Reply

**@johnathonlongtin2275** 6 months ago

Of all the games you could copy they picked that boring ass franchise

👍 👎    Reply

**@mikeytaylor1111** 6 months ago

Well at least we'll get a feminine looking Alloy lol.

👍 👎    Reply

**@reybrygs** 6 months ago

W Tencent.

👍 👎    Reply

**@arthurpalha4605** 6 months ago

horizon at home

👍 👎    Reply

**@leepayne1981** 6 months ago

I have a question. Is this game ai created???

👍 👎    Reply

**@Rodox2k10** 6 months ago

Another day, another chinese brand copying shit from companies.
It'd be news if the chinese actually make something FIRST or stopped copying someone else's stuff.

👍 👎    Reply

**@Norderas** 6 months ago

First AI generated game?

👍 👎    Reply

**@faenethlorhalien** 6 months ago

First, ripoff.
Second, looks lame. At least Aloy looks human.
Third, it's Tencent. I don't install CCP crap into my systems.

👍 👎    Reply

**@crisschan2463** 6 months ago

and it is cooler

👍 👎    Reply

**@abdullaziz9266** 6 months ago



**@crisschan2463** 6 months ago

and it is cooler

👍 👎 Reply

**@abdullaziz9266** 6 months ago

im sorry but the game look amazing . and yes china will take over game production

👍 👎 Reply

**@GiggaWatts1.21** 6 months ago

I bet the story of this game will be better then Horizon's at least because Horizon has some of the most stupid lore of all time. Imagine letting the same guy doom all of humanity not just once but twice... holy shit the game series is ass.

👍 👎 Reply

**@VanemanaAMVs** 6 months ago

This video smells like sony.

👍 👎 Reply

**@MADba111** 6 months ago

20 minutes of "reacting" to a trailer. Dude be farming those mid-roll ads huh.
The game currently does look like ass, though. The animation and stiff camera movement in particular.
Gives off a tech demo vibe.

👍 👎 Reply

**@linksbro1** 6 months ago

I will laugh so hard if it ends up being a better game than Horizon.

👍 1 👎 Reply

⌃ 1 reply

**@johnniewalker33** 6 months ago

It probably will be.

👍 1 👎 Reply

**@jenjenhocho3188** 6 months ago (edited)

At least it rips off the good Hotizon's game. 😝 😂

👍 👎 Reply

**@jacobstrong1494** 6 months ago

So you complain and access this game as being a rip off yet you show and react to the entirely of the whole trailer and game play? So you're promoting and endorsing this kinds of rip off? That's all I see you doing. You and your channel are part of the problem with the game industry as a whole.

👍 👎 Reply

**@zerooskil7161** 6 months ago (edited)

I dunu dude im on board i feel this is a copy paste blatant rip off of lukes video lol do you feel bad? The game is fine and there will not be a legal situation

👍 👎 Reply

**@rookclark4204** 6 months ago

Maybe she'll be hot unlike aloy

👍 👎 Reply

**@AlienMadeus** 6 months ago

game mechanics look so mobile like lol.

👍 👎 Reply

**@gillie-art** 6 months ago

GayStation and Horison have zero rights and deserve nothing. I preffer to give my money to the chinese than Playstation.

👍 👎  Reply

**@gilie-art** 6 months ago

GayStation and Horison have zero rights and deserve nothing. I prefer to give my money to the chinese than Playstation.

👍 👎  Reply

**@malcadorthesigillite2541** 6 months ago

The state of today's gaming is trash.
I go thru the PS store and 95% is trash.
8 bit 16 bit game rip offs,  Atari 2600 type games, soft core porn games, generic copy cats,. Sad pathetic state of gaming.
Why bother with a new console ain't no games pushing the hardware.

Show less

👍 👎  Reply

**@fgytred8915** 6 months ago

Horizon is boring to me anyway, if they can make better I say go ahead

👍 👎  Reply

**@bilbonuggs1567** 6 months ago

i think your just reaching for clicks with this one

👍 👎  Reply

**@DTKEntertainment888** 6 months ago

PAL Horizons

👍 👎  Reply

**@CursedMarkZain** 6 months ago

Is he really crying about a game lol, i rather play this than sony first party games

👍 👎  Reply

**@wumbowjumbow** 6 months ago

If it's good enough, no one cares.
Look at genshin impact.

👍 👎  Reply

**@camhaothi8400** 6 months ago

If it wasted Don't play it 😑 dumbass simple.

👍 👎  Reply

**@randyjax09** 6 months ago

JFC it's even worse than I was expecting. This really feels like theft of IP.

👍 👎  Reply

**@Prebubs** 6 months ago

You should become a body builder

👍 👎  Reply

**@Banana-senpai** 6 months ago

Good. Make better games or get ripped.

👍 👎  Reply

**@Maryfs1** 6 months ago

Why bother with something good when you can make another shitty survival game? 😑

👍 👎  Reply

**@Xtraflossy** 6 months ago

This isn't a rip off you now have two versions of horizon one that can have sexy characters one that can't I guess

Why bother with something good when you can make another shitty survival game? 😏

👍 👎 Reply

**@Xtraflossy** 6 months ago
This isn't a rip off you now have two versions of horizon one that can have sexy characters one that can't I guess.

👍 1 👎 Reply

**@sansmayo** 6 months ago
looks good lol

👍 👎 Reply

**@TheHispanicJukeBox** 🎙 6 months ago
Hilariously pathetic and blatant ripoff, I hope guerilla games and Sony because Sony is the publisher and guerilla games is one of the studios under Sony.. and I'm surprised that Sony hasn't taken legal action I don't even know why Sony would put this game on their store knowing that this developer is copying the work of a studio under them... 🤦 🤦

👍 👎 Reply

**@brian-dg8gk** 6 months ago
couldn't watch whole thing, so shameless Horizon wannabe

👍 👎 Reply

**@erics7004** 5 months ago
Horizon Forbidden Waifu

👍 👎 Reply

**@Daakist** 6 months ago (edited)
Who cares? Horizon is my 3rd favorite game of all time and Im thankful for and will play a hundred clone games every day of the week and twice on sunday. Keep the clones coming for existing amazing games. Where all the F'in skyrim clones!?

👍 1 👎 Reply

**@windliger1068** 6 months ago
The game is going to be fire if they handle it right. Even if the artistic style looks a lot like horizon, I think the game itself is going to be different enough to be acceptable. I would play the hell out of this.

👍 👎 Reply

**@donridwano** 6 months ago
oh no... xD

👍 👎 Reply

**@SuuuB** 6 months ago
now ppl are talking about this? They are doing it since the original first nintendo console days. Literally rebuilding cheap copies of it and slap other brand names on it, or scan mangas like dbz and change the dialogue and names, and author to chinese ones. Not to even mention all the other jp food and cosmetic products they copypasted.

👍 👎 Reply

**@Final_Fantasy_7** 6 months ago
Xbot gamers are rejoicing lmao lol 😀 😋 Day 1 Gamepass anyone

👍 👎 Reply

**@hoangvuification** 6 months ago
china

👍 👎 Reply

**@raspvidy** 6 months ago
Horizon was a turd anyway.

👍 👎 Reply

Document title: Internet laugh at how shamelessly Tencent game Light of Motiram rips off Horizon - YouTube
Capture URL: https://www.youtube.com/watch?v=NC9AciQQEe0
Capture timestamp (UTC): Thu, 12 Jun 2025 22:42:03 GMT

**@raspvidy** 6 months ago

Horizon was a turd anyway.

Reply

**@dankduelzperuvian** 6 months ago

Why rip off terrible games :S

Reply

**@VodKaSlam** 6 months ago

Killzone was murdered for Horizon Zero Dawn...and didnt do great. An Sony is not innovative anymore. Thus other companies create identical games with many mechanics from other games. This is the world now, and at this point as a consumer....not our problem

Reply

**@jorgeluna6577** 6 months ago

Jon, are you a sell-out now ?? Speaking on behalf of Sony like a lap dog?? Yes theres a lot of inspiration, but it's other game, and it's gonna be with a different mechanichs Actually, it did even look like you couldn't find what to complain about at one point.

Reply

**@aquagrunty101** 6 months ago

I don't care. At all.  Either you do an existing genre and idea really well, or someone else will.  Horizon squandered its potential, now this game is going to step up and show western devs how it used to be done

Reply

**@isidornimages** 6 months ago

They obviously have one big difference from Horizon. An attractive main character.

Reply

**@StronkiTube** 6 months ago

People are too quick calling anything a ripoff. The gameplay looks like its different enough from Horizon.

Yeah the whole art style is very similar, its clearly inspired by Horizon.
But we've seen this happen plenty of times eith hero shooters, crafting survival games, ARPG's, Soulslikes.
Even back in the day and in current day you'd have so many games clearly taking inspiration from Doom, Hexen and Heretic etc.

Lets not pretend this is anything new now that it just happens to be big bad Tencent taking inspiration from the beloved Sony.

If you disagree, thats fine. But at the very least wait for the full release before judging.

Show less

Reply

**@richardmartinez5040** 6 months ago

This is really disgusting to see you all support this plagiarism, yet complain about microtransactions, AI-use, low effort, yada yada yada… why does this get a pass??

1    Reply

⌄ **2 replies**

    **@Frank_Costanzas_Lawyer** 6 months ago

    People seem to be conflating it with Palworld's current situation, even though the "inspiration" in this case is *way* more blatant.

    1    Reply

    **@richardmartinez5040** 6 months ago

    @ agreed. Anything special about this game is owed to the creativity of Horizon and Elden Ring. I don't see how anyone can hate that game, yet praise this one. It would be lifeless without the skin of Horizon

    Reply

**@richardmartinez5040** 6 months ago

@ agreed. Anything special about this game is owed to the creativity of Horizon and Elden Ring. I don't see how anyone can hate that game, yet praise this one. It would be lifeless without the skin of Horizon

Reply

**@Taovlad** 6 months ago

so far by the trailer this game looks so much interesting than horizon 2. lets see what bring to the table.

Reply

⌃ 1 reply

**@Frank_Costanzas_Lawyer** 6 months ago

Ah, the concessions we make out of spite.

Reply

**@Blastermanx** 6 months ago

Well when Sony doesn't care about their ip s, let other do it.

Reply

**@Dimitris4110** 6 months ago

Ai ahh game

Reply

**@psxnitro** 6 months ago

This looks like a huge upgrade to horizon ugly character models...  Hate to say it, but I was gonna just put it off as a clone and ignore it, but after seeing it in action, it looks better than horizon. Kinda have me a monster hunter, destiny, and horizon.  If it doesn't have stupid monetization added, I might try this out.

Reply

**@PrinceHyperion1337** 6 months ago

im fine with it. if palworld can copy nintendo, i am fone with it. besides horizon FW fuckin sucks with its beared aloy

👍 1  Reply

**B** **@bradley4385** 6 months ago

All games nowadays use identical ideas and mechanics from other games..... If these losers at Sony actually win some sort of lawsuit .....

Well then - EVERY SINGLE game on the market will be fair game for copyright lawsuits.
Would if John Carmack and Romero claimed ownership of the FPS genre??
Show less

Reply

**@SimmyDottG** 6 months ago

Great, now we two of these boring chicks

Reply

**@Endor2001** 6 months ago

At least the knock off game has a better looking lead character.

Reply

**Z** **@ZetaZeds** 6 months ago

The worst part is tLOM is better than Horizon 😂 😂

Reply

**@helix1713** 6 months ago

Ark has mechanoid creatures, does this mean that Horizon copied Ark as Ark had mechanoids first?  Every game has elements from other games somewhere within it from, moving behind a tree, sun rays and to the ground you stand on. Maybe they will get into trouble for copyright, or not.   Lets just wait and see. At worst

**@Blastermanx** 6 months ago

Well when Sony doesn't care about their ip s, let other do it.

👍 👎    Reply

**@Dimitris4110** 6 months ago

Ai ahh game

👍 👎    Reply

**@psxnitro** 6 months ago

This looks like a huge upgrade to horizon ugly character models... Hate to say it, but I was gonna just put it off as a clone and ignore it, but after seeing it in action, it looks better than horizon. Kinda have me a monster hunter, destiny, and horizon. If it doesn't have stupid monetization added, I might try this out.

👍 👎    Reply

**@PrinceHyperion1337** 6 months ago

im fine with it. if palworld can copy nintendo, i am fone with it. besides horizon FW fuckin sucks with its beared aloy

👍 1 👎    Reply

**@bradley4385** 6 months ago

All games nowadays use identical ideas and mechanics from other games..... If these losers at Sony actually win some sort of lawsuit .....

Well then - EVERY SINGLE game on the market will be fair game for copyright lawsuits.
Would if John Carmack and Romero claimed ownership of the FPS genre??

Show less

👍 👎    Reply

**@SimmyDottG** 6 months ago

Great, now we two of these boring chicks

👍 👎    Reply

**@Endor2001** 6 months ago

At least the knock off game has a better looking lead character.

👍 👎    Reply

**@ZetaZeds** 6 months ago

The worst part is tLOM is better than Horizon 😂 😂

👍 👎    Reply

**@helix1713** 6 months ago

Ark has mechanoid creatures, does this mean that Horizon copied Ark as Ark had mechanoids first? Every game has elements from other games somewhere within it from, moving behind a tree, sun rays and to the ground you stand on. Maybe they will get into trouble for copyright, or not.  Lets just wait and see. At worst they are thieves, at best they have been sneaking a peek at their classmates work. I like the look of this game and I don't like Horizon... funny that.

Show less

👍 👎    Reply

**@begobolehsjwjangan2359** 6 months ago

it is Horizon Zero Dawn BUT without DEI alphabet rainbow bullshit

👍 👎    Reply

# Exhibit 37.B

# Lodged with the Court in Native Format