# Exhibit 40



| | |
|---|---|
| Document title: | Tian Xiao - GamesBeat Summit 2025 |
| Capture URL: | https://gbs.gamesbeat.com/speaker/tian-xiao/ |
| Page loaded at (UTC): | Wed, 08 Oct 2025 18:24:45 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 18:25:07 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 2 |
| Capture ID: | iaJ4tuT49s18FmvEYw5JtU |
| Display Name: | wkovalick |

PDF REFERENCE #:   1oAfHREuNLkrhnFz9stvmY

GamesBeat SUMMIT 2025

CONFERENCE INFO    LOCATION    SPONSORS    EVENT APP    REGISTER TO ATTEND

SPEAKER BIO

View All Speakers



## Tian Xiao

Head of North America Strategic Partnerships & Investments
Tencent Games

Tian Xiao is the head of North America strategic partnerships & investments at Tencent Games. He is a seasoned investor and executive in the gaming industry. He joined Tencent in 2018 and was instrumental in driving many of Tencent's global investment and M&A activities in the gaming space. His investment experience covers a spectrum of studio types, from working with early stage founders to working on large scale M&A transactions on behalf of Tencent. Prior to this Tian spent time at Garena where he witnessed the early incubation of Freefire and Garena's dominance in emerging market. Prior to this, Tian also spent 10 years in traditional investment career including Morgan Stanley, Carlyle and Ontario Teacher's Pension Plan. Outside of work, Tian is a core gamer and spent thousands of hours in Moba games (Dota, Heroes of Newerth, League of Legend, Honour of King), open world RPG games (Cyberpunk, Red Dead Redemption and Witcher series) and is a growing fan of Roblox games.

Copyright © 2025 GamesBeat. All Rights Reserved.    Privacy Policy    Terms of Service