# Exhibit 43



| | |
|---|---|
| Document title: | MONSTER HUNTER: WORLD |
| Capture URL: | https://www.monsterhunter.com/world/us/topics/dlc_horizon/ |
| Page loaded at (UTC): | Wed, 08 Oct 2025 18:28:08 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 18:28:42 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 4 |
| Capture ID: | hNtLkp7UzkHDbG6wF1LKx5 |
| Display Name: | wkovalick |

PDF REFERENCE #:     gm2hNbMxnQk3PiBczgnvup

# Monster Hunter: World PlayStation®4 will feature Horizon Zero Dawn content!



Horizon Zero Dawn's young machine hunter Aloy comes to life in Monster Hunter: World for PS4, with Aloy's bow and full armor set and Palico armor that can make your Palico look like a machine from Horizon.

"Horizon Zero Dawn"™ ©2017 Sony Interactive Entertainment Europe. Developed by Guerrilla."Horizon Zero Dawn" is a trademark of Sony Interactive



## Collaboration Event: Horizon Zero Dawn, Round 2

**Event Quest: The Proving**
Quest Level: 6★
Conditions: HR 11 or higher
Locale: Ancient Forest
Main Objective: Hunt an Anjanath

The items you receive for completing the event quest "The Proving" can be used to forge the following items!

- Bow: "Aloy's Bow"
- Full armor set: "Aloy α"

Note:
- Full armor sets cannot be equipped in conjunction with other armor parts.
- Unlike layered armor, which only changes appearances, full armor sets activate a predetermined set of skills, and can even be upgraded at the Smithy.
- A player character equipped with Aloy's full armor set will resemble Aloy even if it's a male character.

## Collaboration Event: Horizon Zero Dawn, Round 1

**Event Quest: Lessons of the Wild**
Quest Level: 5★
Conditions: HR 6 or higher
Locale: Arena
Main Objective: Slay 8 Barnos

The items you receive for completing the event quest "Lessons of the Wild" can be used to forge the following items!

- Palico weapon, "Felyne Watcher Grinder"
- Palico full armor set, "Watcher"

← Home 

 ►Terms ►Privacy Policy ►Cookie Policy

All **trademarks** referenced herein are the properties of their respective owners.
©CAPCOM