# Exhibit 44.A



| | |
|---|---|
| Document title: | PlayStation Studios Opening Animation - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=UvXVA_ZLAWo |
| Page loaded at (UTC): | Wed, 08 Oct 2025 18:30:25 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 18:30:53 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | nnNWF5KKBWmKAWxj4DQJgJ |
| Display Name: | wkovalick |

PDF REFERENCE #:     n6Vqz1rFkr5CncXsmTTPiV




**PlayStation Studios Opening Animation**

PlayStation · 16.6M subscribers

1.9M views · 5 years ago

Introducing PlayStation Studios, the new brand name for all of your favorite exclusive PlayStation games. ...more

**Shop the PlayStation store**

| PlayStation 5 Pro Console:... | PlayStation Portal Remote... | DualSense Wireless... |
|---|---|---|
| $749.99 | $199.99 | $74.99 |
| PlayStation | PlayStation | PlayStation |

Comments are turned off. Learn more

All | From PlayStation | PlayStation | Visual

- Bright Abstract Neon Gold Lines Background video | Footage | ... — MG1010 — 86K views · 5 years ago
- PlayStation Studios Opening Animation 2015-2016, 2020-... — dottyduke — 60K views · 10 months ago
- AI Slop Is Killing Our Channel — Kurzgesagt – In a Nutshell — 4.7M views · 1 day ago — New
- Glowing Silver Confetti Particles Background Looped Animatio... — ptgregus — 187K views · 3 years ago
- PlayStation 5 - System Music - Login Screen (1 hour) — koba — 1M views · 4 years ago
- 30th Anniversary | Thank You — PlayStation — 2.2M views · 10 months ago
- All Console Startups (1977-2020) — CoolBeef66 — 3.3M views · 4 years ago
- Space Background Stars Fly Through Animation | 4K ... — Karen Hovsepyan — 463K views · 6 years ago
- Black and White Y2k Neon LED Lights Heart Background || 1 ... — Gradient and Colour — 5.8M views · 3 years ago
- Cyberpunk Code Hacker Glitch Hi-Tech Background video | ... — MG1010 — 208K views · 5 years ago
- Cyberpunk Futuristic DNA Interface Background video | ... — MG1010 — 243K views · 5 years ago
- I bought every Playstation Ever. — Mrwhosetheboss — 25M views · 3 years ago
- Purple Classic Galaxy ~60:00 Minutes Space Wallpaper~ ... — AA-VFX — 31M views · 4 years ago
- Abstract Light Background | Screensaver

---

YouTube

$749.99
PlayStation

$199.99
PlayStation

$74.99
PlayStation

Comments are turned off. Learn more

XBOX
SEGA
17:18
2020)
CoolBeef66
3.3M views • 4 years ago

25:12
Space Background Stars Fly Through Animation | 4K ...
Karen Hovsepyan
463K views • 6 years ago

1:00:00
Black and White Y2k Neon LED Lights Heart Background || 1 ...
Gradient and Colour
5.8M views • 3 years ago

30:07
Cyberpunk Code Hacker Glitch Hi-Tech Background video | ...
MG1010
208K views • 5 years ago

30:19
Cyberpunk Futuristic DNA Interface Background video | ...
MG1010
243K views • 5 years ago

17:26
I bought every Playstation Ever.
Mrwhosetheboss
25M views • 3 years ago

1:00:00
Purple Classic Galaxy ~60:00 Minutes Space Wallpaper~ ...
AA-VFX
31M views • 4 years ago

15:05
Abstract Light Background | Screensaver
Timely Backdrop
56K views • 2 years ago

STUDIOS
3:48
PlayStation Studios Opening Animation 2015-2016, 2020-...
dottyduke
113K views • 2 years ago

30:27
Blue Wave Lines Moving | 4K Relaxing Screensaver
Josu Relax
126K views • 8 years ago

fantastic
29:27
Tokyo | JazzHop
Fantastic Music
2.2M views • 5 years ago

30:01
Red Bokeh Particles Animation | motics - Motion Backgrounds
motics - Motion Backgrounds
129K views • 6 years ago

SEGA
12:54
All Xbox, Nintendo, PlayStation & Sega Startups (Switch 2 + ...
Game Domain
1.1M views • 5 months ago

1:00:04
4K 1 Hour White Star Tunnel Y2K Colorful Aesthetic LED ...
Officine LaLa
715K views • 2 years ago

Golden Metaball background in 4K UHD for your screen
4TOPK Background 4K

# Exhibit 44.B

# Lodged with the Court in Native Format