# Exhibit 46.A

PageVault

| | |
|---|---|
| Document title: | LIGHT OF MOTIRAM \| Mechanimal: AGNI - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=ncvh9_qISkk |
| Page loaded at (UTC): | Wed, 08 Oct 2025 18:38:11 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 18:38:47 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | mrG5vnnfRRkujgHZHzh69d |
| Display Name: | wkovalick |



# LIGHT OF MOTIRAM | Mechanimal: AGNI
🔗 Unlisted

 LIGHT OF MOTIRAM  
1.81K subscribers

Subscribe   👍 13  👎   ↗ Share   ↓ Download   •••

4.8K views  10 months ago  
Agni, prototype of the D-series, was a high-speed bionic mechanimal specially designed by NVA. The Dariman had never seen anything so beautiful yet so powerful. They respectfully called it Agni, and offered sacrifices to it, but to no avail. Shortly afterwards, an endless hunt for Agni began. ...more

### 3 Comments    ⇅ Sort by

🅱  Add a comment...

**@thedarkside3899** 10 months ago  
I love that cool color on this one 🔥😎  
👍 1  👎    Reply

**@enriquetheboy** 2 months ago  
horizon fake  
👍  👎    Reply



**Royal Kingdom - Shakira**  
Sponsored · youtube.com   [Play now]

All   For you   Recently uploaded


**Reserve Your Polestar 3 Today**  
Polestar 3 - The Electric Performance SUV. Low, Sleek, And Technical. Learn More Here.  
Sponsored · Polestar  
[Learn more]


**Horizon Forbidden West Soundtrack - Top 5 Songs (Old...**  
Top 5 Soundtracks  
58K views · 3 years ago


**Chile vs. México | Highlights Copa Mundial de la FIFA Sub-2...**  
Telemundo Deportes ✓  
667K views · 17 hours ago  
New


**Reacting to "Hi Me In 10 Years"**  
MrBeast 2 ✓  
14M views · 3 days ago  
New


**EJAE, Audrey Nuna and Rei Ami from KPop Demon Hunters: ...**  
The Tonight Show Starring Jimmy Fallon...✓  
4.1M views · 14 hours ago  
New


**AI Slop Is Killing Our Channel**  
Kurzgesagt – In a Nutshell ✓  
4.7M views · 1 day ago  
New


**YouTube is shutting down my channel**  
Davie504 ✓  
2M views · 5 days ago  
New


**Dr. Jane Goodall's Final Message To The World | ...**  
Still Watching Netflix ✓  
217K views · 1 day ago  
New


**2XKO Official Cinematic: Ties That Bind ft. Courtney LaPlant...**  
2XKO  
3.6M views · 2 days ago  
New


**Brother, I am troubled**  
burialgoods ✓  
1.4M views · 2 weeks ago


**They Thought This Was an Easy Trail... Then This Happened!**  
Matt's Off Road Recovery ✓  
100K views · 7 hours ago  
New







2XKO Official Cinematic: Ties That Bind ft. Courtney LaPlant...
2XKO
3.6M views • 2 days ago
New



Brother, I am troubled
burialgoods
1.4M views • 2 weeks ago



They Thought This Was an Easy Trail... Then This Happened!
Matt's Off Road Recovery
100K views • 7 hours ago
New



Actions & Stuff 1.6 Update
Actions & Stuff
437K views • 1 day ago
New



LAKERS at WARRIORS | FULL GAME HIGHLIGHTS | October ...
NBA
2M views • 2 days ago
New



EJAE, Audrey Nuna & Rei Ami from KPop Demon Hunters Ge...
The Tonight Show Starring Jimmy Fallon
1.1M views • 14 hours ago
New



Geddy and Alex Send a Message to Rush Fans
Rush
955K views • 2 days ago
New



Why the end of support for Windows 10 is uniquely ...
Nathan Proctor
279K views • 6 days ago
New



Warm Fall Morning Jazz at Cozy Coffee Shop Ambience ☕...
Relax Jazz Cafe
119K views • Streamed 6 days ago
New



Close to You – Nintendo
Nintendo of America
458K views • 1 day ago
New



Round of 8 Decided by UNFORGETTABLE Finish | 202...
NASCAR
333K views • 2 days ago
New



Three Books, Three Years | Ghostbloods Release Schedule
Brandon Sanderson
197K views • 6 days ago
New



The Xbox Situation is not good...
Modern Vintage Gamer
290K views • 2 days ago
New

Hi Me In 10 Years
MrBeast
32M views • 4 days ago

# Exhibit 46.B

# Lodged with the Court in Native Format