# Exhibit 47.A



| | |
|---|---|
| Document title: | Light of Motiram - Teaser Trailer - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=5IPmpZFdNP4 |
| Page loaded at (UTC): | Wed, 08 Oct 2025 18:39:15 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 18:40:02 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 6 |
| Capture ID: | 8Bewx6H87pDPjXJv2kMDNc |
| Display Name: | wkovalick |

PDF REFERENCE #:     9EpAEVpBQ2L2fpoV22bW7u





















Document title: Light of Motiram - Teaser Trailer - YouTube
Capture URL: https://www.youtube.com/watch?v=5IPmpZFdNP4
Capture timestamp (UTC): Wed, 08 Oct 2025 18:40:02 GMT

Page 1 of 5









# Exhibit 47.B

# Lodged with the Court in Native Format