# Exhibit 48.A



| | |
|---|---|
| Document title: | Joris de Man - Aloy's Theme \| Horizon Forbidden West (Original Soundtrack) ft. Julie Elven - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=0FllnTkXATI |
| Page loaded at (UTC): | Wed, 08 Oct 2025 21:55:58 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 21:57:02 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 6 |
| Capture ID: | qmX6RnDhCT52RKxE8GK5pF |
| Display Name: | wkovalick |

PDF REFERENCE #:     nnEkBv5W6ZKTQfYj3Nquwk

= YouTube    Search



Joris de Man - Aloy's Theme | Horizon Forbidden West (Original Soundtrack) ft. Julie Elven

SonySoundtracksVEVO    Subscribe    👍 7.3K 👎    Share    Download    ...
596K subscribers

572K views  3 years ago  #HorizonForbiddenWest #Soundtrack #PlayStation
"Aloy's Theme" from Horizon Forbidden West (Original Soundtrack)
Music by Joris de Man feat. Julie Elven
...more

301 Comments    Sort by



Add a comment...

📌 Pinned by @SonySoundtracksVEVO
@SonySoundtracksVEVO  3 years ago
Listen to the official the Horizon Forbidden West soundtrack here: https://horizon.lnk.to/collectionAY
👍 68    Reply

@Joey_XIII  3 years ago
I get stuck in the main menu everytime, listening to this.
👍 1.2K    Reply
⌄ 39 replies

@idrisahmed2659  2 months ago
Tbh horizon games will always have a special place in my heart the music ....the world .... The machines .... The story ...and aloy ......
👍 4    Reply

@mahmoudalhussein110  3 years ago
some would argue, that the true boss was the continue game button
👍 615    Reply
⌄ 4 replies

@pedrogoncalves3326  2 years ago
I love how the music mixes the two fundamental elements of the very concept of the game (stone age + futuristic technology). The tribal melodies and energic percussion, as well as the electric bass lines and electronic synthesizers. Absolutely wonderful!
👍 295    Reply

All  From the series  From SonySoundtracksVE  →


AI That Sees Every Crypto Move Coming
Trading Community
81K views
Sponsored


Horizon Zero Dawn Soundtrack - Top 5 Songs
Top 5 Soundtracks
137K views • 5 years ago
14:04


Interstellar Main Theme - Extra Extended - Soundtrack
Billion Dynasty
1.4M views • 2 years ago
12:56


Mix - Joris de Man
Joris de Man, Oleksa Lozowchuk, The Fli...
Updated today
Mix


By Choice, by Fate
Oleksa Lozowchuk - Topic
51K views • 3 years ago
7:09


It Begins: An AI Literally Attempted Murder To Avoid ...
Species | Documenting AGI
6.7M views • 7 days ago
13:55


Dune - Ultimate Relaxing Suite
SuiteSound Music
170K views • 3 years ago
17:59


2XKO Official Cinematic: Ties That Bind ft. Courtney LaPlant...
2XKO
3.7M views • 2 days ago
New
4:10


AI Slop Is Killing Our Channel
Kurzgesagt – In a Nutshell ✓
5.1M views • 1 day ago
New
12:14


The Witcher 3: Wild Hunt OST - The Fields of Ard Skellig ...
Savathor
14M views • 10 years ago
15:19


In the Flood (Lovisa's Version) | Horizon Forbidden West ...
SonySoundtracksVEVO
156K views • 3 years ago
4:15


Aloy's Theme Extended Remix [Horizon Zero Dawn]
MandalorSkyrd
327K views • 5 years ago
10:01

Gibran Alcocer's Best Ambient Playlist Vol.1 ✨
AbysSound
7.2M views • 1 year ago
19:45

Assassin's Creed II: Florence at Night [Ambience / Music]









# Exhibit 48.B

# Lodged with the Court in Native Format