# Exhibit 49.A



| | |
|---|---|
| Document title: | Horizon Zero Dawn - Launch Trailer \| PS4 - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=wzx96gYA8ek |
| Page loaded at (UTC): | Wed, 08 Oct 2025 18:33:58 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 18:34:34 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 6 |
| Capture ID: | nnLaNvaeSzmuahrZVWamRG |
| Display Name: | wkovalick |

PDF REFERENCE #:    c7aQLjNBZouVnHWQHF9kbM



# Horizon Zero Dawn - Launch Trailer | PS4

**PlayStation** ✓
16.6M subscribers

3.1M views · 8 years ago
https://www.playstation.com/games/hor...

In a world where Machines dominate the earth and mankind lives on in primitive tribal societies, one woman sets ou ...more

| Horizon Zero Dawn | Gaming |
|---|---|
| 2017 | |
| BROWSE GAME > | BROWSE ALL GAMING > |

**Shop the PlayStation store**

- PlayStation 5 Pro Console:... — $749.99 — PlayStation
- PlayStation Portal Remote... — $199.99 — PlayStation
- DualSense Wireles... — $74.99 — PlayStation

**1,914 Comments** — Sort by

Add a comment...

**@danielradina1330** · 7 years ago
I have the Horizon Zero Dawn Complete Edition witch contains The Frozen Wilds. This is one of the most amazing games I ever played. Great story, stunning graphics.
534 · Reply
16 replies

**@maneesh77** · 6 years ago
I want the arrow/bow combo that brought down a thunderjaw with two hits.
511 · Reply
11 replies

**@SirNuck94** · 8 years ago
Very very clever trailer, cutting between the prophecy and Aloy enacting said prophecy. Looks like a fascinating story and another gem for 2017.

---

Sidebar recommendations:

- **Horizon Forbidden West - Gameplay Trailer | PS5, PS4** — PlayStation ✓ — 2.2M views · 4 years ago — 13:52
- **Cyberpunk Futuristic DNA Interface Background video | ...** — MG1010 — 243K views · 5 years ago — 30:19
- **Horizon Zero Dawn: Top Ten Beginner Tips!** — MenWhoStareAtGames — 986K views · 8 years ago — 9:57
- **AI Could Wipe Out the Working Class | Sen. Bernie Sanders** — Senator Bernie Sanders ✓ — 317K views · 19 hours ago — 12:44 — New
- **Best of Gibran Alcocer | Beautiful Ambient Mix** — BLUME — 1.6M views · 1 year ago — 24:08
- **Abstract Light Background | Screensaver** — Timely Backdrop — 56K views · 2 years ago — 15:05
- **Grand Theft Auto VI Trailer 2** — Rockstar Games ✓ — 133M views · 5 months ago — 2:47
- **Horizon Forbidden West Soundtrack - Top 5 Songs (Old...** — Top 5 Soundtracks — 58K views · 3 years ago — 17:16
- **It Begins: An AI Literally Attempted Murder To Avoid ...** — Species | Documenting AGI — 6.7M views · 7 days ago — 13:55
- **Horizon Zero Dawn - Celebrating One Year | PS4** — PlayStation ✓ — 389K views · 7 years ago — 5:55
- **Horizon Forbidden West - Announcement Trailer | PS5** — PlayStation ✓ — 15M views · 5 years ago — 3:30
- **Cyberpunk Code Hacker Glitch Hi-Tech Background video | ...** — MG1010 — 208K views · 5 years ago — 30:07
- **All types of Machines in HORIZON FORBIDDEN WEST || ...** — TheWorldsOfGaming - cinematic videos — 622K views · 2 years ago — 11:46
- **Relaxing Blue Smoke Looping Background - Motion Graphic ...**

---









# Exhibit 49.B

# Lodged with the Court in Native Format