# Exhibit 54



| | |
|---|---|
| Document title: | How Guerrilla Made A PlayStation Icon |
| Capture URL: | https://www.guerrilla-games.com/read/how-guerrilla-made-a-playstation-icon |
| Page loaded at (UTC): | Wed, 08 Oct 2025 18:42:13 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 18:43:42 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | 3VjtZppKCLcYWDQEfmkyr6 |
| Display Name: | wkovalick |

PDF REFERENCE #:    sWmW2HMHjYjH4vykbcSVJa



Explore   Games   Join   Read   Contact

# HOW GUERRILLA MADE A PLAYSTATION ICON

10 October 2023

Share page 



How do you make a PlayStation icon? PlayStation Access spoke to Guerrilla's former management team, Angie Smets, Jan Bart van Beek and Michiel van der Leeuw, as they share their memories of building landmark experiences for PlayStation across an incredible 20-year history for the studio.

It all started in 2003 with Killzone, before the team moved on to create the ground-breaking Horizon Zero Dawn in 2017. Horizon was something entirely new for the studio, and in Aloy introduced a protagonist that immediately cemented a place in not just PlayStation history but also the hearts of players worldwide. So just how did Guerrilla create this incredible PlayStation icon?

BECOME A GUERRILLA

7 openings



experiences for PlayStation across an incredible 20-year history for the studio.

It all started in 2003 with Killzone, before the team moved on to create the ground-breaking Horizon Zero Dawn in 2017. Horizon was something entirely new for the studio, and in Aloy introduced a protagonist that immediately cemented a place in not just PlayStation history but also the hearts of players worldwide. So just how did Guerrilla create this incredible PlayStation icon?



Share page   





Explore

Games

Join

Contact

Connect

 
 

©2025 Guerrilla. "KILLZONE", "Horizon Zero Dawn", "Horizon Zero Dawn logo", "Horizon Forbidden West", "Horizon Forbidden West logo", "Guerrilla", "Guerrilla logo" and "Decima" are trademarks or registered trademarks of Sony Interactive Entertainment Europe. All Rights Reserved.

Privacy policy. Website terms. How we use cookies.

BECOME A GUERRILLA

7 openings