# Exhibit 63.A



| | |
|---|---|
| Document title: | Horizon Zero Dawn - E3 2015 Trailer \| PS4 - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=Fkg5UVTsKCE |
| Page loaded at (UTC): | Wed, 08 Oct 2025 18:52:17 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 18:53:47 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 12 |
| Capture ID: | 83mcvc9eaJxv6RUo2x4KPq |
| Display Name: | wkovalick |

PDF REFERENCE #:     gi4oqfMD3saod4BodWV8Va



# Horizon Zero Dawn - E3 2015 Trailer | PS4

**PlayStation** ✓
16.6M subscribers

Subscribe · 👍 95K · 👎 · Share · Download · •••

7.3M views · 10 years ago
https://www.playstation.com/games/hor...

Horizon Zero Dawn is an exhilarating new action role playing game exclusively for the PlayStation 4 System, develop ...more



Horizon Zero Dawn
2017
BROWSE GAME >



Gaming
BROWSE ALL GAMING >

### Shop the PlayStation store

PlayStation 5 Pro Console:... $749.99 — PlayStation
PlayStation Portal Remote... $199.99 — PlayStation
DualSense Wireless... $74.99 — PlayStation

**9,195 Comments**   Sort by

Add a comment...


**@bentep0511** · 8 years ago
Greeting people of the Past. I am a man from the future, this game is really REALLY good. The hype was actually real.
👍 1.6K · 👎 · Reply
▽ 18 replies


**@TheDuckClock** · 7 years ago
Did anyone else notice that in this trailer Aloy doesn't have her Focus.

Kinda gives you an idea of how much the game changed during that time.
👍 640 · 👎 · Reply
▽ 6 replies

**@333mron** · 8 years ago
The graphics in the final product looks even better than this. Weird it usually the other way around.

---

### Sidebar (Up Next)


Red Bokeh Particles Animation | motics - Motion Backgrounds
motics - Motion Backgrounds
129K views · 6 years ago · 30:01


The Art of Hades II with Supergiant Games' Jen Zee | ...
Game Informer ✓
131K views · 1 year ago · 16:26


Golden Metaball background in 4K UHD for your screen
4TOPK Background 4K
46K views · 3 years ago · 1:00:00


30 Minute Timer
Online Alarm Kur ✓
10M views · 6 years ago · 30:09


Horizon Zero Dawn - E3 2016 Gameplay Video | PS4
PlayStation ✓
10M views · 9 years ago · 8:17


Gibran Alcocer's Best Ambient Playlist Vol.1 ✨
AbysSound
7.2M views · 1 year ago · 19:45


AI Could Wipe Out the Working Class | Sen. Bernie Sanders
Senator Bernie Sanders ✓
324K views · 19 hours ago · 12:44
New


ABC World News Tonight with David Muir Full Broadcast - Oc...
ABC News ✓
780K views · 16 hours ago · 20:05
New


28 Perfect 10/10 Games You Must Play
gamewise
3M views · 9 months ago · 25:20


Ex-OpenAI Scientist WARNS: "You Have No Idea What's ...
AI Upload
3.5M views · 2 months ago · 18:14


Small Little Orange Lights | 4K Relaxing Screensaver
Josu Relax
8.8M views · 8 years ago · 31:05


UNCHARTED 4: A Thief's End - E3 2015 Press Conference ...
PlayStation ✓
10M views · 10 years ago · 7:17


Predator: Badlands | Final Trailer | Experience It In IMAX®
IMAX ✓
425K views · 1 day ago · 2:06
New

SPACE KING 1 - Pilot
Flashgitz ✓
12M views · 1 year ago · 17:20

---





















# Exhibit 63.B

# Lodged with the Court in Native Format