# Exhibit 64.A



| | |
|---|---|
| Document title: | City On The Mesa \| Horizon Zero Dawn (Original Soundtrack) Part 3 - Onwards to Meridian - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=T7E-3W2r850 |
| Page loaded at (UTC): | Wed, 08 Oct 2025 18:31:54 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 18:32:30 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | nT7BP5EkoRVdijoUHg8oGL |
| Display Name: | wkovalick |

PDF REFERENCE #:     bZC9rwk9kmCRq2uSr6Dc6A



City On The Mesa | Horizon Zero Dawn (Original Soundtrack) Part 3 - Onwards to Meridian

SonySoundtracksVEVO
596K subscribers

Subscribe    👍 44    👎    Share    Download    ...

1.9K views  4 months ago
Music video by Joris de Man performing City On The Mesa | Horizon Zero Dawn (Original Soundtrack) Part 3 - Onwards to Meridian.(C) 2017 Sony Interactive Entertainment Europe Ltd. ...more

3 Comments    Sort by

Add a comment...

@master.chief.117.0  3 months ago
One of the best ambient soundtracks of the game 🙏
👍 2    Reply
⌄ 1 reply

@The-Logic-Garden  2 months ago
"The sun shines on those who mind their own, so they say"
👍 2    Reply





# Exhibit 64.B

# Lodged with the Court in Native Format