# Exhibit 65.A



| | |
|---|---|
| Document title: | Horizon Zero Dawn \| PSX 2016 Machines Trailer \| PS4 - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=e7sm4i94mUY |
| Page loaded at (UTC): | Wed, 08 Oct 2025 22:57:14 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 22:58:08 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 6 |
| Capture ID: | sgQjaSp3L37zyyzZfbfpZM |
| Display Name: | wkovalick |

PDF REFERENCE #:     rAen47EKrv81GD1myLoSWd




  


 



 








Document title: Horizon Zero Dawn | PSX 2016 Machines Trailer | PS4 - YouTube
Capture URL: https://www.youtube.com/watch?v=e7sm4i94mUY
Capture timestamp (UTC): Wed, 08 Oct 2025 22:58:08 GMT                                                                 Page 1 of 5









# Exhibit 65.B

# Lodged with the Court in Native Format