# Exhibit 66

ANNETTE L. HURST (BAR NO. 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone:     +1 213 629 2020
Facsimile:     +1 213 612 2499

Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA | Case No. 3:25-cv-06275-JSC<br><br>**AFFIDAVIT OF ALEXANDER J.W. SAPPINGTON IN SUPPORT OF PLAINTIFF SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  November 20, 2025<br>Time:  10:00 a.m.<br>Courtroom:  8 – 19th Floor<br>Judge: Jacqueline Scott Corley |

PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,

Defendants.

**Affidavit of Alexander J.W. Sappington**

I, the undersigned, do hereby certify and affirm that:

1. I am over the age of 18 and am not a party to this action. All forthcoming facts are based on my personal knowledge, which I would be willing to testify competently to if called as a witness at trial.

2. I am the Co-Chief Executive Officer at Page Vault Inc., headquartered at 382 NE 191st Street, Suite 73062, Miami, Florida, 33179-3899. I have been so employed since August 2022.

3. Page Vault is a cloud-based service that enables Users to make captures of Web Content, including webpages, online media files such as videos, and online documents.

4. When capturing Web Content, a User provides URLs (Uniform Resource Locators) associated with the Web Content to be captured by the Page Vault Capturing Server (PVCS). This is accomplished either through the Page Vault Browser (PVB) interface or through the Page Vault Portal (PVP) interface.

5. When using the PVB interface, a User establishes a connection from their computer to the PVCS. This connection operates over an encrypted channel and allows the User to remotely control the Page Vault Browser (PVB) software that is installed on the PVCS.

6. The PVB is a proprietary browser that utilizes a Chromium browser engine. The PVB restricts the User from modifying the Web Content, accessing or modifying a webpage's source code, installing browser plugins, or otherwise altering the contents of the Web Content or the internet traffic between Web Servers (WS) and the PVCS.

7. As a User controls the PVB, the PVCS establishes an active web browsing session with various WS.

8. Remotely controlling the PVB, a User can direct the PVCS to create Captures of Web Content associated with a URL.

9. When using the PVP (Page Vault Portal) interface, a User establishes an authenticated session to the PVCS and provides a URL that is associated with Web Content to be collected.

10. Through the PVP interface, the User directs the PVCS to initiate a secure connection to WS and create Captures of the Web Content associated with the provided URL.

11. Captures can include the way the Web Content for the specified URL appeared in the PVB interface along with associated metadata. Captures are digitally signed and hashed.

12. Page Vault securely stores Captures, which Users can access, review, and download.

13. Exhibits 1 through 55 and 60 through 65, and 68 of the Declaration of Diana Rutowski are true and accurate copies of Captures of the PVCS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Executed this* 16th *day of* ___October___, 2025 *at* ___Orlando___, ___Florida___.

_____
Alexander J.W. Sappington