# Exhibit 67












# LIGHT OF MOTIRAM

571 likes · 613 followers

  

**Posts**    About    Mentions    Reviews    Followers    Photos    More ▾    ···

## Intro

In a world overrun by colossal machines, explore, craft, build and conquer epic challenges. Defy the Machination and survive with Mechanimals In LIGHT OF MOTIRAM.
Join our Discord:**https://discord.gg/LIGHTOFMOTIRAM**

ⓘ   **Page** · Video Game

◎   **lightofmotiram**

▶   **http://www.youtube.com/@LIGHTOFMOTIRAM**

𝕏   **https://x.com/LightOfMotiram**

🌐   **lightofmotiram.com**



       

 store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM

⭐ Not yet rated (0 Reviews) ⓘ

## Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025















        

**Posts**    Filter ✎

       

PIONEER'S MANUAL - Right "Tools" for the Job

Just like using an axe for logging or a pickaxe for mining, your weapons at hand are essential tools for survival and combat in LIGHT OF MOTIRAM. ⚔️ Choosing the right "tool" for the right situation is key to overcoming challenges and defeating the mighty Mech Overlords.

🔹 One-Handed Cudgels: Fast and agile, perfect for rapid strikes and outmaneuvering.... **See more**



👍 10



👍 Like        💬 Comment        📞 Send        ↪ Share

 Write a comment...        😊 😀 📷 GIF 🙂

**LIGHT OF MOTIRAM**
May 23 at 2:02 AM · 🌐

PIONEER'S MANUAL - Actions & Weapon Combos

Every weapon offers unique moves and actions—mastering different combos to dominate your foes.

Dodge, jump & charged attacks—use your creativity to deliver powerful strikes or stagger foes for a devastating execution.... **See more**















13

Like    Comment    Send    Share

Write a comment...





Facebook



        



        














        



        



Facebook



