# Exhibit 68



| | |
|---|---|
| Document title: | LIGHTOFMOTIRAM \| Official Website |
| Capture URL: | https://web.archive.org/web/20250615093720/https://lightofmotiram.com/EN/index.html#mech |
| Page loaded at (UTC): | Fri, 08 Aug 2025 14:46:53 GMT |
| Capture timestamp (UTC): | Fri, 08 Aug 2025 14:54:50 GMT |
| Capture tool: | 10.58.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 2 |
| Capture ID: | 2e3Mb7nhS5FKAaCTCheWG5 |
| Display Name: | johnathon.mann |

PDF REFERENCE #:        aHz6NtJhQ6z1z1wy72CExz

