# Exhibit 69

orrick

July 28, 2025

Via FedEx & Email

Brent R. Irvin, Esq.
Vice-President & General Counsel / Tencent Holdings Ltd.
President / Tencent America LLC
2747 Park Boulevard
Palo Alto, CA 94306
7510 SE 71st Street
Mercer Island, WA 98040
brentirvin@tencent.com

**Orrick, Herrington & Sutcliffe LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

+1 415 773 5700
**orrick.com**

**Annette L. Hurst**

E  ahurst@orrick.com
D  +1 415 773 4585
F  +1 415 773 5759

Re:   *Sony Interactive Entertainment LLC v. Tencent Holdings Ltd. et al.*
       Case No. 25-cv-06275-JCS

Dear Mr. Irvin:

Our firm represents Sony Interactive Entertainment LLC ("SIE") in connection with the above-captioned copyright and trademark infringement action filed against Tencent Holdings Ltd., Tencent Technology (Shanghai) Company Limited d/b/a Aurora Studios and/or Polaris Quest, Tencent America LLC, Proxima Beta Pte. Ltd. d/b/a Tencent Games and/or Level Infinite, and Proxima Beta U.S. LLC (collectively, "Tencent") on July 25, 2025, in the United States District Court for the Northern District of California.

As set forth in the enclosed Complaint, Tencent's proposed *Light of Motiram* videogame infringes the copyrights in SIE's best-selling, award-winning *Horizon* video games and the trademark in SIE's Aloy character. Tencent's copying of *Horizon* and Aloy is so blatant that the public has strongly protested, with commentators referring to it as a "shameless" "knock-off" and "One of the Most Blatant Copycat Games Ever."[1]

---

[1] *See, e.g.*, Olly Smith, GAMINGBIBLE, "Horizon knock-off ripped apart by fans for 'shameless' copy," Nov. 28, 2024, https://www.gamingbible.com/news/light-of-motiram-horizon-comparisons-300123-20241128 (accessed July 14, 2025); Liam Croft, PUSH SQUARE, "This Horizon Rip-Off Has to Be One of the Most Blatant Copycat Games Ever," Nov. 28, 2024, https://www.pushsquare.com/news/2024/11/this-horizon-rip-off-has-to-be-one-of-the-most-blatant-copycat-games-ever (accessed July 14, 2025).



Brent R. Irvin, Esq.
July 28, 2025
Page 2

Tencent purposefully centered its pre-release marketing and promotional strategy for *Light of Motiram* around a rip-off of *Horizon*'s iconic main character "Aloy," thereby causing confusion as to whether *Light of Motiram* is associated with the *Horizon* series. Tencent's unlawful copying of the protected audiovisual elements of SIE's *Horizon* games and deliberate adoption of a confusingly similar character mark explicitly used on a widespread basis for the promotion of the game constitute both willful copyright and trademark infringement.

As I'm sure you are aware, Tencent originally intended this game to be part of the *Horizon* series. Tencent closely mimicked the audiovisual elements of the *Horizon* games with the goal of adapting them to mobile platforms, going so far as to hire the same composer to write music for *Light of Motiram* that Sony used for *Horizon Forbidden West*. Tencent then requested a license to the *Horizon* IP for the express purpose of developing *Light of Motiram* as a mobile sequel in the existing franchise. SIE refused. Tencent then proceeded anyway to continue developing the game. SIE communicated its objection to this continued development and made clear to Tencent that *Light of Motiram* would infringe upon SIE's intellectual property, requesting that Tencent not move forward with its release. Even so, Tencent is apparently continuing to move forward with this project.

SIE has valued its partnership with Tencent. SIE also recognizes that Sony and Tencent are business partners. Tencent left SIE with no choice, however, but to move forward with litigation as Tencent is knowingly continuing to develop and prepare for testing and publication of an infringing work.

As you will see upon review of the complaint, SIE's claims of copyright and trademark infringement are strong. We are confident that SIE will prevail, and in doing so will be entitled to an injunction, damages, and its legal fees for being forced to pursue this action protecting its *Horizon* intellectual property. We thus ask Tencent to immediately cease and desist any further development or plans to release *Light of Motiram*. We ask that Tencent immediately and permanently withdraw public access to all game play videos, social media sites, and any other published material regarding this game, including without limitation accounts on YouTube, X, Steam, Epic, Facebook, Instagram, TikTok, Reddit, the Light of Motiram website at lightofmotiram.com, and its Discord server (collectively, the "*Light of Motiram* Materials"). Please also issue a legal hold notice immediately to Tencent's employees instructing them to retain and



Brent R. Irvin, Esq.
July 28, 2025
Page 3

not alter or destroy any communications, documents and materials regarding *Light of Motiram* or our *Horizon* video games, intellectual property, and franchise.

We respectfully demand that Tencent confirm in writing its commitment to withdraw the *Light of Motiram* Materials within five business days of your receipt of this letter. To the extent Tencent does not agree to do so, SIE is prepared to seek a preliminary injunction, damages, and any other remedies available at law or in equity to prevent irreparable harm to SIE and the consuming public. Please contact me immediately, and no later than August 4, to confirm Tencent's intended compliance with SIE's demand.

Finally, we request that you accept service of the enclosed Complaint on behalf of all Defendant entities and waive any requirements of the Hague Convention that might otherwise apply. You are an officer of the parent company and a number of the subsidiaries, and notice to you is sufficient for all Defendants.

SIE expressly reserves all rights, claims, and remedies available at law or in equity. Nothing in this letter shall be construed as a waiver of any rights.

Sincerely,

*/s/ Annette L. Hurst*
Annette L. Hurst