# Exhibit 70

**Sy Damle**
Direct Dial: 202.637.3332
sy.damle@lw.com

**LATHAM & WATKINS LLP**

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

**VIA EMAIL**

August 8, 2025

Annette Hurst
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
United States

        Re: <u>*Sony Interactive Entertainment v. Tencent Holdings et al.* – Light of Motiram Release</u>

Dear Annette:

        As you know, Latham & Watkins has been engaged as counsel for Tencent America LLC and Proxima Beta U.S. LLC ("U.S. Defendants") in relation to the complaint filed by Sony Interactive Entertainment ("SIE") on July 25, 2025.

        I understand from our conversation that SIE is considering filing a motion for a preliminary injunction against all defendants, including the U.S. Defendants. To begin with, even taking SIE's allegations as true, the U.S. Defendants had at most ancillary involvement in the events that led to SIE's suit, and there is no basis to even state a claim against our clients, let alone one that would justify a preliminary injunction against them. More generally, the complaint does not appear to describe viable claims at all, given that the similarities you identify appear to relate to stock or otherwise unprotectable elements of video games.

        In any event, it has come to my attention that, as was recently announced, the *Light of Motiram* is slated to be released no earlier than the fourth quarter of 2027—over two years from today.[1] Given that fact, you cannot possibly hope to demonstrate the "immediate threatened injury" that is the prerequisite of a preliminary injunction.[2]

---

[1] https://store.steampowered.com/app/3319630/LIGHT_OF_MOTIRAM/; https://store.epicgames.com/en-US/p/light-of-motiram-094dff?lang=en-US. Screenshots from these sites are provided on the following page.

[2] *Caribbean Marine Servs. Co., Inc. v. Baldrige*, 844 F.2d 668, 674 (9th Cir. 1988).

August 8, 2025
Page 2





LATHAM&WATKINS LLP

  Despite our position that SIE's allegations are not valid and without conceding any liability, my clients are keen on maintaining good relations with SIE. We welcome the opportunity to engage in an open dialogue to avoid unnecessary motion practice, or litigation more generally.

  Please feel free to reach out if you wish to discuss this further. Thank you for your prompt attention.

           Sincerely,

           */s/ Sy Damle*

           Sy Damle
           LATHAM & WATKINS LLP