ANNETTE L. HURST (BAR NO. 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020
Facsimile:  +1 213 612 2499

Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10.<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**NOTICE OF LODGING OF PHYSICAL EXHIBITS TO THE DECLARATION OF DIANA RUTOWSKI IN SUPPORT OF PLAINTIFF SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION FOR PRELIMINARY INJUNCTION** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Sony Interactive Entertainment LLC ("SIE") hereby lodges with the Court a flash drive containing copies of **Exhibits 1.B, 1.C, 2.B, 7.B, 7.C, 8.B, 9.C, 28.B, 37.B, 44.B, 45.B, 46.B, 47.B, 48.B, 49.B, 53.B, 63.B, 64.B, and 65.B** to the Declaration of Diana Rutowski in Support of Plaintiff Sony Interactive Entertainment LLC's Motion for Preliminary Injunction (Dkt. No. 71) (the "Lodged Exhibits"). The Lodged Exhibits consist of video files. Because the Lodged Exhibits are in a format unsupported by CM/ECF, they are being lodged with the Court in a flash drive.

The Lodged Exhibits were electronically served on counsel of record for Defendants via LiquidFiles on October 16, 2025 per Dkt. No 73.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

Dated:   October 16, 2025

ORRICK HERRINGTON & SUTCLIFFE LLP

By: */s/ Annette L. Hurst*
Annette L. Hurst
Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

- 1 -

NOTICE OF LODGING OF PHYSICAL EXHIBITS TO RUTOWSKI DECL. ISO MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:25-CV-06275-JSC