1  ANNETTE L. HURST (BAR NO. 148738)
   ahurst@orrick.com
2  DIANA M. RUTOWSKI (BAR NO. 233878)
   drutowski@orrick.com
3  DANIEL D. JUSTICE (BAR NO. 291907)
   djustice@orrick.com
4  ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
   amendez-villamil@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:     +1 415 773 5700
   Facsimile:     +1 415 773 5759
8
   LAURA A. WYTSMA (BAR NO. 189527)
9  lawytsma@orrick.com
   ISAAC BEHNAWA (BAR NO. 342441)
10 ibehnawa@orrick.com
   355 S. Grand Street, # 2700
11 Los Angeles, CA 90071
   Telephone: +1 213 629-2020
12 Facsimile:  +1 213 612 2499

13 Attorneys for Plaintiff
   SONY INTERACTIVE ENTERTAINMENT LLC
14

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10.<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Jacqueline Scott Corley |

I am employed in the County of San Mateo, State of California. I am over the age of 18 years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On October 16, 2025, I served the following document(s) entitled:

**PLAINTIFF SONY INTERACTIVE ENTERTAINMENT LLC'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT (FUS)**

**DECLARATION OF JAN-BART VAN BEEK IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION (FUS)**

**DECLARATION OF ASAD QIZILBASH IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION (FUS)**

**EXHIBITS 1.B, 1.C, 2.B, 7.B, 7.C, 8.B, 9.C, 28.B, 37.B, 44.B, 45.B, 46.B, 47.B, 48.B, 49.B, 53.B, 63.B, 64.B, 65.B TO THE DECLARATION OF DIANA RUTOWSKI IN SUPPORT OF PLAINTIFF SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION FOR PRELIMINARY INJUNCTION (LODGED)**

on all interested parties to this action in the manner described as follows:

☐ **(VIA EMAIL)** On October 16, 2025, via electronic mail in Adobe PDF format the document(s) listed above to the electronic address(es) set forth below.

☐ **(VIA U.S. MAIL)** On October 16, 2025, by placing a true copy of the document(s) listed above in an envelope, with postage thereon fully prepaid, addressed as set forth below and then sealing the envelope and depositing it in the U.S. mail at Menlo Park, CA.

☒ **(VIA LIQUIDFILES)** On October 16, 2025, via secure file transfer using the LiquidFiles platform the document(s) listed above to the electronic address(es) set forth below.

Allison L. Stillman
alli.stillman@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020

Andrew M. Gass
andrew.gass@lw.com
Ivana Dukanovic
ivana.dukanovic@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Sara E. Sampoli
sara.sampoli@lw.com
Sarang Damle
sy.damle@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C., 20004

*Attorneys for Defendants Tencent America LLC,*
*Proxima Beta U.S. LLC, and Tencent Holdings Ltd.*

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on October 16, 2025, at San Jose, California.

                                                   */s/ Gabrielle Van Vleck*
                                                   Gabrielle Van Vleck