LATHAM & WATKINS LLP
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Ivana Dukanovic (Bar No. 312937)
 ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600

Sarang V. Damle (admitted *pro hac vice*)
 sy.damle@lw.com
Sara E. Sampoli (Bar No. 344505)
 sara.sampoli@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Allison L. Stillman (admitted *pro hac vice*)
 alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendants Tencent America LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**[PROPOSED] ORDER GRAINTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED (ECF NO. 62)**<br><br>Hon. Jacqueline Scott Corley |

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (ECF No. 62) in connection with exhibits to the Declaration of Olivier Courtemanche ("Courtemanche Decl."), filed in support of Plaintiffs' Opposition (ECF No. 61) to the Served Defendants' Motion to Dismiss Complaint for Copyright and Trademark Infringement (ECF No. 48), and good cause to seal having been shown, the Court **GRANTS** the Administrative Motion and **ORDERS** that the following documents remain filed under seal pursuant to Civil Local Rule 79-5(c).

| ECF/Exh. No. | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| ECF No. 62-1 | Countermanche Decl. Ex. A | Entire document except slides 17-18, 22, 32, 35 | |
| ECF No. 62-2 | Countermanche Decl. Ex. B | Entire document | |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JACQUELINE S. CORLEY
United States District Judge