ANNETTE L. HURST (BAR NO. 148738)
  ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
  drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
  djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
  amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

LAURA A. WYTSMA (BAR NO. 189527)
  lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
  ibehnawa@orrick.com
355 S. Grand Street, # 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020
Facsimile:  +1 213 612 2499

Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 3:25-CV-06275-JSC<br><br>**DECLARATION OF DIANA RUTOWSKI IN SUPPORT OF JOINT STIPULATED REQUEST RE: BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION AND RESET HEARING DATE**<br><br>Judge: Hon. Jacqueline Scott Corley |

I, Diana Rutowski, declare as follows:

1.    I am a partner of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record Plaintiff Sony Interactive Entertainment LLC ("SIE"). I make this declaration based upon my personal knowledge of the facts and circumstances recited herein unless stated otherwise.

2.    I submit this declaration pursuant to Civil Local Rule 6-2(a), in support of the Parties' Joint Stipulated Request Re: Briefing Schedule for SIE's Motion for Preliminary Injunction and Reset Hearing Date.

3.    Pursuant to Civil L.R. 6-1(a), Tencent America, LLC and Proxima Beta U.S. LLC's response to the complaint was extended to September 17, 2025 (Dkt. 29).

4.    Pursuant to Civil L.R. 6-1(a), Tencent Holdings, Ltd.'s response to the complaint was extended to September 17, 2025 (Dkt. 39).

5.    Tencent America, LLC, Proxima Beta U.S. LLC, and Tencent Holdings, Ltd. are referred to collectively herein as the "Tencent Entities" and together with SIE as the "Parties."

6.    On September 17, 2025, Tencent Entities filed a Motion to Dismiss Complaint for Copyright and Trademark Infringement (Dkt. 48) and their related Request for Judicial Notice (Dkt. 49) (collectively, the "Motion to Dismiss"), with a noticed oral argument date agreed by the Parties of November 19, 2025.

7.    On September 29, 2025, the Court reset the hearing date on the Motion to Dismiss to December 2, 2025, at 9:00 a.m. and the initial case management conference to January 14, 2026, at 2:00 p.m. (Dkt. 53).

8.    Pursuant to Civil L.R. 6-1(b) and 6-2, the Parties stipulated (Dkt. 55) and the Court ordered (Dkt. 60) an extension of time to file their ADR Certification to December 24, 2025.

9.    Pursuant to Civil L.R. 6-1(b) and 6-2, the Parties stipulated (Dkt. 59) and the Court ordered (Dkt. 56) a modification of the briefing schedule in connection with the Motion to Dismiss.

10.    On October 16, 2025, SIE filed a Motion for Preliminary Injunction (Dkt. 67), with a noticed oral argument date agreed by the parties of November 20, 2025

11.    On October 17, 2025, the Court reset the hearing date on the Motion to Dismiss and the Motion for Preliminary Injunction to December 4, 2025, at 10:00 a.m. (Dkt. 74).

12. On Monday, October 20, 2025, my partner Annette Hurst, lead counsel for SIE, informed Tencent Entities' counsel at Latham & Watkins ("Latham") that she has a conflict with the December 4, 2025, hearing date due to a previously-set hearing in New York.

13. Tencent Entities' counsel at Latham requested additional time to file their response to the Motion for Preliminary Injunction in light of the number of issues raised therein.

14. Counsel for the Parties accordingly met and conferred about a mutually agreeable briefing schedule and a mutually agreeable oral argument date for both the Motion to Dismiss and the Motion for Preliminary Injunction so that all Parties will have sufficient time to investigate and respond to the issues presented and the motions may be heard on the same date when all Parties' counsel are available.

15. SIE requested, and the Tencent Entities agreed, that (a) the extended briefing schedule and later requested hearing date will not be used to argue that SIE delayed in seeking a preliminary injunction, (b) there will be no new promotion or public testing of *Light of Motiram* during the pendency of the Motion for Preliminary Injunction, (c) the *Light of Motiram* release will not be moved up to before Q4 2027, and (d) the Tencent Entities will not seek expedited discovery in connection with the Motion for Preliminary Injunction.

16. Counsel agreed on a stipulated request for a modified briefing schedule with mutually agreed dates and a mutually agreeable hearing date for both the Motion to Dismiss and the Motion for Preliminary Injunction as set forth below:

    a. Tencent Entities' deadline to file their response to the Motion for Preliminary Injunction shall be December 3, 2025;

    b. SIE's deadline to file its reply in support of the Motion for Preliminary Injunction shall be December 19, 2025; and

    c. The hearing date for both the Motion to Dismiss and the Motion for Preliminary Injunction be extended accordingly to the same date, which the Parties request be set for January 15, 2026, subject to the Court's availability.

17. This modified briefing schedule and requested hearing date will have no other effect on the schedule for the case.

1    I declare under penalty of perjury the laws of the United States of America that the foregoing

2  is true and correct.

3    Executed on this 29th day of October 2025, at Menlo Park, California.

4

5                                                    */s/ Diana Rutowski*

6                                                    DIANA RUTOWSKI

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

D. Rutowski Declaration in Support of
Opposition to Motion to Dismiss
Case No. 3:25-CV-06275-JSC