LATHAM & WATKINS LLP
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Ivana Dukanovic (Bar No. 312937)
 ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone: +1.415.391.0600

Sarang V. Damle (admitted *pro hac vice*)
 sy.damle@lw.com
Sara E. Sampoli (Bar No. 344505)
 sara.sampoli@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Allison L. Stillman (admitted *pro hac vice*)
 alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendants Tencent America, LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**DECLARATION OF IVANA DUKANOVIC IN SUPPORT OF TENCENT AMERICA LLC'S, PROXIMA BETA U.S. LLC'S, AND TENCENT HOLDINGS LTD.'S REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR COPYRIGHT AND TRADEMARK INFRINGEMENT**<br><br>Judge:    Hon. Jacqueline Scott Corley |

I, Ivana Dukanovic, declare as follows:

1.  I am an attorney with the law firm Latham & Watkins LLP and am counsel for Defendants Tencent America LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd. (collectively, the "Served Defendants"), in the above-referenced litigation. I have been admitted to practice before this Court.

2.  I submit this declaration in support of the Served Defendants' Reply in Support of Motion to Dismiss Complaint for Copyright and Trademark Infringement (Dkt. 48).

3.  True and correct copies of the trademark statuses for the trademark applications assigned U.S. Serial Numbers 77253806, 78864154, 75311898, 75207616, 75308856, and 74125949, as retrieved from the United States Patent and Trademark Office ("USPTO") website are compiled and attached hereto as **Exhibit A** for the Court's convenience. These documents were retrieved via the USPTO "Trademark search" function and are publicly available by serial number search at https://tmsearch.uspto.gov/search/search-information.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on October 29, 2025, in Yountville, California.

By: /s/ *Ivana Dukanovic*
Ivana Dukanovic

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Declaration of Ivana Dukanovic in Support of Tencent America LLC's, Proxima Beta U.S. LLC's, and Tencent Holdings Ltd.'s Reply in Support of Motion to Dismiss Complaint for Copyright and Trademark Infringement. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Sy Damle, attest that concurrence in the filing of this document has been obtained.

Dated: October 29, 2025

/s/ *Sarang V. Damle*
Sarang V. Damle