# EXHIBIT A



**Generated on:** This page was generated by TSDR on 2025-10-23 21:28:38 EDT

**Mark:** CLUB MICKEY

**US Serial Number:** 77253806

**Application Filing Date:** Aug. 13, 2007

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because no Statement of Use or Extension Request timely filed after Notice of Allowance was issued. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Oct. 19, 2009

**Publication Date:** Dec. 23, 2008 **Notice of Allowance Date:** Mar. 17, 2009

**Date Abandoned:** Oct. 19, 2009

## Mark Information

**Mark Literal Elements:** CLUB MICKEY

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of Mickey Mouse in a gear including the words "CLUB MICKEY".

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 03.09.06 - Chinchillas; Gerbils; Guinea pigs; Hamsters; Mice and related small rodents; Moles; Mouse; Rats
03.09.24 - Stylized rodents and other small mammals other than cats and dogs
15.07.01 - Cog wheels; Cog wheels (wheels with teeth), gears, several wheels in juxtaposition; Gears

## Related Properties Information

**Claimed Ownership of US Registrations:** 2278297, 3308015, 3036883

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Website offering games, children's entertainment video programs, music, and stories for children

**International Class(es):** 041 - Primary Class    **U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Disney Enterprises, Inc.

**Owner Address:** 500 South Buena Vista Street
Burbank, CALIFORNIA UNITED STATES 91521

**Legal Entity Type:** CORPORATION     **State or Country Where Organized** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Steve W. Ackerman

**Attorney Primary Email Address:** trademarks@disney.com     **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** STEVE W. ACKERMAN
THE WALT DISNEY COMPANY
500 S BUENA VISTA ST
BURBANK, CALIFORNIA UNITED STATES 91521-0007

**Phone:** 818-560-1030     **Fax:** 818-848-6424

**Correspondent e-mail:** trademarks@disney.com     **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 19, 2009 | ABANDONMENT NOTICE MAILED - NO USE STATEMENT FILED | |
| Oct. 19, 2009 | ABANDONMENT - NO USE STATEMENT FILED | |
| Mar. 17, 2009 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 23, 2008 | PUBLISHED FOR OPPOSITION | |
| Dec. 03, 2008 | NOTICE OF PUBLICATION | |
| Nov. 20, 2008 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Nov. 20, 2008 | ASSIGNED TO LIE | |
| Nov. 17, 2008 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 17, 2008 | EXAMINER'S AMENDMENT ENTERED | |
| Nov. 17, 2008 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Nov. 17, 2008 | EXAMINERS AMENDMENT E-MAILED | |
| Nov. 17, 2008 | EXAMINERS AMENDMENT -WRITTEN | |
| May 23, 2008 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| May 23, 2008 | FINAL REFUSAL E-MAILED | |
| May 23, 2008 | FINAL REFUSAL WRITTEN | |
| May 16, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| May 15, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 15, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 24, 2007 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Nov. 24, 2007 | NON-FINAL ACTION E-MAILED | |

| | |
|---|---|
| Nov. 24, 2007 | NON-FINAL ACTION WRITTEN |
| Nov. 19, 2007 | ASSIGNED TO EXAMINER |
| Aug. 17, 2007 | NOTICE OF DESIGN SEARCH CODE MAILED |
| Aug. 16, 2007 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

| TM Staff Information | |
|---|---|
| **TM Attorney:** CASE,LEIGH CAROLINE | **Law Office Assigned:** LAW OFFICE 105 |
| **File Location** | |
| **Current Location:** INTENT TO USE SECTION | **Date in Location:** Mar. 17, 2009 |

Generated on: This page was generated by TSDR on 2025-10-23 21:33:04 EDT

Mark: CLASSIC MICKEY COLLECTION

*classic mickey* COLLECTION

| | |
|---|---|
| US Serial Number: 78864154 | Application Filing Date: Apr. 18, 2006 |

Register: Principal

Mark Type: Trademark

TM5 Common Status Descriptor:  DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

Status: Abandoned because no Statement of Use or Extension Request timely filed after Notice of Allowance was issued. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Nov. 22, 2010

**Publication Date:** Jul. 31, 2007 **Notice of Allowance Date:** Oct. 23, 2007

**Date Abandoned:** Nov. 22, 2010

# Mark Information

Mark Literal Elements: CLASSIC MICKEY COLLECTION

Standard Character Claim: No

Mark Drawing Type: 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

Color(s) Claimed: Color is not claimed as a feature of the mark.

Disclaimer: COLLECTION

Design Search Code(s): 03.09.06 - Chinchillas; Gerbils; Guinea pigs; Hamsters; Mice and related small rodents; Moles; Mouse; Rats
03.09.26 - Costumed rodents and other small mammals, other than cats and dogs, and those with human attributes

# Related Properties Information

Claimed Ownership of US Registrations: 1857626, 2704887, 3115395

# Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Athletic shoes; bandanas; baseball caps; beach cover-ups; beachwear; belts; bikinis; blazers; boots; bow ties; bras; caps; chaps; cloth bibs for babies; coats; dresses; ear muffs; footwear; gloves; golf shirts; Halloween costumes; hats; head bands; head wear; hosiery; infantwear; jackets; jeans; jerseys; kerchiefs; leotards; leg warmers; mittens; neckties; night shirts; night gowns; pajamas; pants; panty hose; polo shirts; ponchos; rainwear; robes; sandals; scarves; shirts; shoes; skirts; shorts; slacks; slippers; sleepwear; socks; stockings; sweaters; sweat pants; sweat shirts; swimsuits; tank tops; tights; t-shirts; underwear; vests; wrist bands

International Class(es): 025 - Primary Class     U.S Class(es): 022, 039

Class Status: ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44D: | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Disney Enterprises, Inc |
| **Owner Address:** | 500 South Buena Vista Street<br>Burbank, CALIFORNIA UNITED STATES 91521 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Steven Plotkin | **Docket Number:** | 52538 |
| **Attorney Primary Email Address:** | trademarks@disney.com | **Attorney Email Authorized** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Steven Plotkin<br>THE WALT DISNEY COMPANY<br>Corporate Legal- Trademark Department<br>500 S BUENA VISTA ST<br>BURBANK, CALIFORNIA UNITED STATES 91521-0639 |

| | | | |
|---|---|---|---|
| **Phone:** | 818-560-7646 | **Fax:** | 818-848-6424 |
| **Correspondent e-mail:** | trademarks@disney.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 22, 2010 | ABANDONMENT NOTICE MAILED - NO USE STATEMENT FILED | |
| Nov. 22, 2010 | ABANDONMENT - NO USE STATEMENT FILED | |
| Apr. 10, 2010 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Apr. 09, 2010 | SOU EXTENSION 5 GRANTED | |
| Mar. 30, 2010 | SOU EXTENSION 5 FILED | |
| Mar. 30, 2010 | SOU TEAS EXTENSION RECEIVED | |
| Sep. 21, 2009 | SOU EXTENSION 4 GRANTED | |
| Sep. 18, 2009 | SOU EXTENSION 4 FILED | |
| Sep. 18, 2009 | SOU TEAS EXTENSION RECEIVED | |
| Mar. 05, 2009 | SOU EXTENSION 3 GRANTED | |
| Mar. 03, 2009 | SOU EXTENSION 3 FILED | |
| Mar. 03, 2009 | SOU TEAS EXTENSION RECEIVED | |
| Sep. 12, 2008 | SOU EXTENSION 2 GRANTED | |
| Sep. 09, 2008 | SOU EXTENSION 2 FILED | |
| Sep. 12, 2008 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Sep. 09, 2008 | SOU TEAS EXTENSION RECEIVED | |
| Apr. 22, 2008 | SOU EXTENSION 1 GRANTED | |
| Apr. 10, 2008 | SOU EXTENSION 1 FILED | |
| Apr. 10, 2008 | SOU TEAS EXTENSION RECEIVED | |
| Oct. 23, 2007 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 31, 2007 | PUBLISHED FOR OPPOSITION | |
| Jul. 11, 2007 | NOTICE OF PUBLICATION | |
| May 10, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| May 09, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 28, 2007 | AMENDMENT FROM APPLICANT ENTERED | |

| | |
|---|---|
| Apr. 28, 2007 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Apr. 28, 2007 | ASSIGNED TO LIE |
| Mar. 29, 2007 | PAPER RECEIVED |
| Sep. 28, 2006 | PRIORITY ACTION E-MAILED |
| Sep. 28, 2006 | PRIORITY ACTION WRITTEN |
| Sep. 20, 2006 | ASSIGNED TO EXAMINER |
| Apr. 26, 2006 | NOTICE OF DESIGN SEARCH CODE MAILED |
| Apr. 25, 2006 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information**

| | |
|---|---|
| **TM Attorney:** PILARO,MARK F | **Law Office Assigned:** LAW OFFICE 104 |

**File Location**

| | |
|---|---|
| **Current Location:** INTENT TO USE SECTION | **Date in Location:** Sep. 12, 2008 |

Generated on: This page was generated by TSDR on 2025-10-23 21:36:01 EDT

Mark: MICKEY FOR KIDS



| | | | |
|---|---|---|---|
| **US Serial Number:** | 75311898 | **Application Filing Date:** | Jun. 13, 1997 |
| **US Registration Number:** | 2461981 | **Registration Date:** | Jun. 19, 2001 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

TM5 Common Status Descriptor:



DEAD/REGISTRATION/Cancelled/Invalidated

The trademark application was registered, but subsequently it was cancelled or invalidated and removed from the registry.

**Status:** Registration cancelled because registrant did not file an acceptable declaration under Section 8. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Mar. 22, 2008

**Publication Date:** Dec. 02, 1997    **Notice of Allowance Date:** Feb. 24, 1998

**Date Cancelled:** Mar. 22, 2008

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MICKEY FOR KIDS |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Disclaimer:** | "FOR KIDS" |
| **Design Search Code(s):** | 03.09.06 - Chinchillas; Gerbils; Guinea pigs; Hamsters; Mice and related small rodents; Moles; Mouse; Rats |
| | 03.09.24 - Stylized rodents and other small mammals other than cats and dogs |
| | 03.09.26 - Costumed rodents and other small mammals, other than cats and dogs, and those with human attributes |
| | 26.15.02 - Plain single or multiple line polygons; Polygons (plain, single line) |
| | 26.15.20 - Polygons inside one another |

# Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 1152389, 1829033, 1828872 and others |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | hair shampoo, lip gloss, bubble bath, skin soap | | |
| **International Class(es):** | 003 - Primary Class | **U.S Class(es):** | 001, 004, 006, 050, 051, 052 |
| **Class Status:** | SECTION 8 - CANCELLED | | |
| **First Use:** | Dec. 31, 1992 | **Use in Commerce:** | Dec. 31, 1992 |
| **For:** | sunglasses and decorative refrigerator magnets | | |

| International Class(es): | 009 - Primary Class | U.S Class(es): | 021, 023, 026, 036, 038 |
|---|---|---|---|

**Class Status:** SECTION 8 - CANCELLED

| **First Use:** | Dec. 31, 1992 | **Use in Commerce:** | Dec. 31, 1992 |

**For:** clocks, watches and jewelry

| International Class(es): | 014 - Primary Class | U.S Class(es): | 002, 027, 028, 050 |

**Class Status:** SECTION 8 - CANCELLED

| **First Use:** | Dec. 31, 1992 | **Use in Commerce:** | Dec. 31, 1992 |

**For:** photograph albums, address books, appointment books, paper party bags, ball point pens, binders, paper gift wrap bows, paper cake decorations, calendars, gift cards, greeting cards, pen and pencil cases, decorative paper centerpieces, paper table cloths, paper party decorations, diaries, gift wrapping paper, pencils and stationery

| International Class(es): | 016 - Primary Class | U.S Class(es): | 002, 005, 022, 023, 029, 037, 038, 050 |

**Class Status:** SECTION 8 - CANCELLED

| **First Use:** | Jan. 31, 1998 | **Use in Commerce:** | Jan. 31, 1998 |

**For:** athletic bags, baby backpacks, backpacks, book bags, duffel bags, gym bags, tote bags, coin purses, fanny packs, knapsacks, waist packs, umbrellas, wallets

| International Class(es): | 018 - Primary Class | U.S Class(es): | 001, 002, 003, 022, 041 |

**Class Status:** SECTION 8 - CANCELLED

| **First Use:** | Dec. 31, 1992 | **Use in Commerce:** | Dec. 31, 1992 |

**For:** decorative non-metal boxes, beverage glassware, bowls, lunch boxes, hair brushes, hair combs, cake molds, wind chimes, decorative plates, cookie jars, mugs, paper cups, paper plates; plates, soap dishes, vacuum bottles

| International Class(es): | 021 - Primary Class | U.S Class(es): | 002, 013, 023, 029, 030, 033, 040, 050 |

**Class Status:** SECTION 8 - CANCELLED

| **First Use:** | Oct. 31, 1996 | **Use in Commerce:** | Oct. 31, 1996 |

**For:** bed sheets, pillow cases, comforters, curtains, dust ruffles, towels

| International Class(es): | 024 - Primary Class | U.S Class(es): | 042, 050 |

**Class Status:** SECTION 8 - CANCELLED

| **First Use:** | Apr. 30, 1999 | **Use in Commerce:** | Apr. 30, 1999 |

**For:** bathing suits, robes, beachwear, underwear, sweaters, dresses, infant wear, jackets, pajamas, pants, sweat pants, sweat shirts, shirts, shorts, sleepers, T-shirts, tank tops and vests

| International Class(es): | 025 - Primary Class | U.S Class(es): | 022, 039 |

**Class Status:** SECTION 8 - CANCELLED

| **First Use:** | Dec. 31, 1996 | **Use in Commerce:** | Dec. 31, 1996 |

**For:** Christmas tree ornaments, rubber action balls, plush toys, action skill games, bath toys, board games, toy building blocks, dolls, children's play cosmetics, electric action toys, jigsaw puzzles, kites, music box toys, inflatable pool toys, children's multiple activity toys

| International Class(es): | 028 - Primary Class | U.S Class(es): | 022, 023, 038, 050 |

**Class Status:** SECTION 8 - CANCELLED

| **First Use:** | Dec. 31, 1995 | **Use in Commerce:** | Dec. 31, 1995 |

# Basis Information (Case Level)

| **Filed Use:** | No | **Currently Use:** | Yes |
|---|---|---|---|
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |

Filed No Basis:  No                                      Currently No Basis:  No

## Current Owner(s) Information

Owner Name:  Disney Enterprises, Inc.

Owner Address:  500 South Buena Vista Street
Burbank, CALIFORNIA UNITED STATES 91521

Legal Entity Type:  CORPORATION          State or Country  DELAWARE
Where Organized:

## Attorney/Correspondence Information

**Attorney of Record**

Attorney Name:  MEI-LAN STARK

**Correspondent**

Correspondent  MEI-LAN STARK
Name/Address:  THE WALT DISNEY CO
500 S BUENA VISTA ST
BURBANK, CALIFORNIA UNITED STATES 91521-6842

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Mar. 22, 2008 | CANCELLED SEC. 8 (6-YR) | |
| Mar. 03, 2008 | NOTICE OF SUIT | |
| Feb. 18, 2008 | NOTICE OF SUIT | |
| Oct. 20, 2006 | CASE FILE IN TICRS | |
| Jun. 19, 2001 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 24, 2001 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Mar. 15, 2001 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Mar. 15, 2001 | ASSIGNED TO EXAMINER | |
| Mar. 15, 2001 | ASSIGNED TO EXAMINER | |
| Mar. 07, 2001 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jul. 21, 2000 | USE AMENDMENT FILED | |
| Apr. 16, 2000 | SOU EXTENSION 4 GRANTED | |
| Feb. 24, 2000 | SOU EXTENSION 4 FILED | |
| Sep. 14, 1999 | SOU EXTENSION 3 GRANTED | |
| Aug. 23, 1999 | SOU EXTENSION 3 FILED | |
| Mar. 03, 1999 | SOU EXTENSION 2 GRANTED | |
| Feb. 08, 1999 | SOU EXTENSION 2 FILED | |
| Sep. 09, 1998 | SOU EXTENSION 1 GRANTED | |
| Aug. 20, 1998 | SOU EXTENSION 1 FILED | |
| Feb. 24, 1998 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 02, 1997 | PUBLISHED FOR OPPOSITION | |
| Oct. 31, 1997 | NOTICE OF PUBLICATION | |
| Sep. 30, 1997 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 26, 1997 | EXAMINER'S AMENDMENT MAILED | |
| Sep. 25, 1997 | ASSIGNED TO EXAMINER | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location:  SCANNING ON DEMAND          Date in Location:  Oct. 20, 2006

**Generated on:** This page was generated by TSDR on 2025-10-23 21:36:42 EDT

**Mark:** MICKEY'S WORLD



| | |
|---|---|
| **US Serial Number:** 75207616 | **Application Filing Date:** Dec. 03, 1996 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:** 

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because no Statement of Use or Extension Request timely filed after Notice of Allowance was issued. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jul. 01, 2000

**Publication Date:** Apr. 07, 1998   **Notice of Allowance Date:** Jun. 30, 1998

**Date Abandoned:** Jul. 01, 2000

# Mark Information

**Mark Literal Elements:** MICKEY'S WORLD

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Design Search Code(s):**
01.01.03 - Star - a single star with five points
01.01.09 - Stars, two; Two stars
01.07.02 - Globes with meridians and parallels only
03.09.06 - Chinchillas; Gerbils; Guinea pigs; Hamsters; Mice and related small rodents; Moles; Mouse; Rats
03.09.24 - Stylized rodents and other small mammals other than cats and dogs
24.09.07 - Advertising, banners; Banners

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** jewelry, clocks and watches

**International Class(es):** 014 - Primary Class      **U.S Class(es):** 002, 027, 028, 050

**Class Status:** ACTIVE

**For:** stationery, envelopes, greeting cards, desk pads, pen and pencil holders, memo pad holders, address books, notecards, diaries, pens, pencils, markers, school supplies, folders, notepads, children's activity books, travel books, and coloring books

**International Class(es):** 016 - Primary Class      **U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050

**Class Status:** ACTIVE

**For:** athletic bags, pocketbooks, luggage tags, key cases, backpacks, duffel bags, overnight bags, wallets, cosmetic bags sold empty, briefcases, and umbrellas

**International Class(es):** 018 - Primary Class      **U.S Class(es):** 001, 002, 003, 022, 041

**Class(es):**

**Class Status:** ACTIVE

| | |
|---|---|
| **For:** | adult and children's apparel, namely, sweatshirts, sweaters, T-shirts, shirts, ties, hosiery, scarves, undergarments, swimsuits, bathing suits, belts, sleepwear, jackets, infant sleepers, sweatpants, pants, shorts, leggings, dresses, skirts, jackets, hats, and caps |

**International Class(es):** 025 - Primary Class          **U.S Class(es):** 022, 039

**Class Status:** ACTIVE

| | |
|---|---|
| **For:** | action figures, plush toys, stuffed dolls, board games, card games, activity toys, puzzles, hand-held electronic games, hobby craft kits consisting primarily of beads, stickers, games and activities for children, construction blocks, toy cars and accessories therefor, wind-up toys, train sets, baby rattles, golf balls, golf ball tees and golf clubs |

**International Class(es):** 028 - Primary Class          **U.S Class(es):** 022, 023, 038, 050

**Class Status:** ACTIVE

| | |
|---|---|
| **For:** | cookies, candy, candy covered nuts, chocolate covered nuts, and chocolate |

**International Class(es):** 030 - Primary Class          **U.S Class(es):** 046

**Class Status:** ACTIVE

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Disney Enterprises, Inc.

**Owner Address:** 500 South Buena Vista Street
Burbank, CALIFORNIA UNITED STATES 91521

**Legal Entity Type:** CORPORATION          **State or Country Where Organized** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** MIRIAN C BEEZY

### Correspondent

**Correspondent Name/Address:** MIRIAN C BEEZY
THE WALT DISNEY CO
500 S BUENA VISTA ST
BURBANK, CALIFORNIA UNITED STATES 91521-6848

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 03, 2001 | ABANDONMENT - NO USE STATEMENT FILED | |
| Feb. 03, 2000 | SOU EXTENSION 3 GRANTED | |
| Dec. 13, 1999 | SOU EXTENSION 3 FILED | |
| Jun. 25, 1999 | SOU EXTENSION 2 GRANTED | |
| May 28, 1999 | SOU EXTENSION 2 FILED | |
| Dec. 16, 1998 | SOU EXTENSION 1 GRANTED | |
| Nov. 20, 1998 | SOU EXTENSION 1 FILED | |
| Jun. 30, 1998 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |

| | |
|---|---|
| Apr. 07, 1998 | PUBLISHED FOR OPPOSITION |
| Mar. 07, 1998 | NOTICE OF PUBLICATION |
| Jan. 29, 1998 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jan. 23, 1998 | EXAMINER'S AMENDMENT MAILED |
| Dec. 19, 1997 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jul. 02, 1997 | NON-FINAL ACTION MAILED |
| Jul. 01, 1997 | ASSIGNED TO EXAMINER |
| Jun. 24, 1997 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

| TM Staff Information | |
|---|---|
| **TM Attorney:** | **Law Office Assigned:** LAW OFFICE 110 |

| File Location | |
|---|---|
| **Current Location:** FILE REPOSITORY (FRANCONIA) | **Date in Location:** May 09, 2001 |

**Generated on:** This page was generated by TSDR on 2025-10-23 21:36:59 EDT

**Mark:** MICKEY BONUS POINTS



| | | |
|---|---|---|
| **US Serial Number:** 75308856 | **Application Filing Date:** | Jun. 16, 1997 |
| **US Registration Number:** 2516004 | **Registration Date:** | Dec. 11, 2001 |
| **Register:** Principal | | |
| **Mark Type:** Trademark | | |

**TM5 Common Status Descriptor:**



DEAD/REGISTRATION/Cancelled/Invalidated

The trademark application was registered, but subsequently it was cancelled or invalidated and removed from the registry.

**Status:** Registration cancelled because registrant did not file an acceptable declaration under Section 8. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 13, 2008

**Publication Date:** Sep. 18, 2001 **Notice of Allowance Date:** Apr. 07, 1998

**Date Cancelled:** Sep. 13, 2008

## Mark Information

**Mark Literal Elements:** MICKEY BONUS POINTS

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Design Search Code(s):** 02.01.02 - Men depicted as shadows or silhouettes of men; Silhouettes of men
02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures
26.11.01 - Rectangles as carriers or rectangles as single or multiple line borders

## Related Properties Information

**Claimed Ownership of US Registrations:** 1152389, 1280964, 1760110, 1829033, 1828872 and others

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** hair shampoo, bath powder, cologne, lip gloss, body lotion, hand lotion, nail polish, bubble bath, skin soap

**International Class(es):** 003 - Primary Class       **U.S Class(es):** 001, 004, 006, 050, 051, 052

**Class Status:** SECTION 8 - CANCELLED

**First Use:** Sep. 01, 1998       **Use in Commerce:** Sep. 01, 1998

| | | |
|---|---|---|
| **For:** | sunglasses, decorative refrigerator magnets, and pre-recorded video cassettes featuring music, stories and activities for children | |
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** 021, 023, 026, 036, 038 |
| **Class Status:** | SECTION 8 - CANCELLED | |
| **First Use:** | Sep. 01, 1998 | **Use in Commerce:** Sep. 01, 1998 |

| | | |
|---|---|---|
| **For:** | clocks, watches, jewelry | |
| **International Class(es):** | 014 - Primary Class | **U.S Class(es):** 002, 027, 028, 050 |
| **Class Status:** | SECTION 8 - CANCELLED | |
| **First Use:** | Sep. 01, 1998 | **Use in Commerce:** Sep. 01, 1998 |

| | | |
|---|---|---|
| **For:** | photograph albums, address books, appliques in the form of decals, appointment books, arts and craft paint kits, autograph books, baby books, paper party bags, ball-point pens, binders, bookends, bookmarks, paper gift wrap bows, paper cake decorations, calendars, gift cards, greeting cards, , pen and pencil cases, decorative paper centerpieces, paper table cloths, paper party decorations, diaries, gift wrapping paper, paper party hats, paper napkins, pencils, stationery, stickers | |
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050 |
| **Class Status:** | SECTION 8 - CANCELLED | |
| **First Use:** | Sep. 01, 1998 | **Use in Commerce:** Sep. 01, 1998 |

| | | |
|---|---|---|
| **For:** | athletic bags, baby backpacks, backpacks, all purpose athletic bags, beach bags, book bags, diaper bags, duffel bags, gym bags, tote bags, coin purses, fanny packs, knapsacks, waist packs, textile shopping bags, umbrellas, wallets | |
| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** 001, 002, 003, 022, 041 |
| **Class Status:** | SECTION 8 - CANCELLED | |
| **First Use:** | Sep. 01, 1998 | **Use in Commerce:** Sep. 01, 1998 |

| | | |
|---|---|---|
| **For:** | wastepaper baskets, beverage glassware, bowls, lunch boxes, hair brushes, cake molds, wind chimes, hair combs, cups, decorative non-metal boxes, decorative plates, figurines of china, crystal, glass, porcelain; cookie jars, tea kettles, mugs, paper cups, paper plates; plates, soap dishes and trivets | |
| **International Class(es):** | 021 - Primary Class | **U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050 |
| **Class Status:** | SECTION 8 - CANCELLED | |
| **First Use:** | Sep. 01, 1998 | **Use in Commerce:** Sep. 01, 1998 |

| | | |
|---|---|---|
| **For:** | bath linen, bed blankets, bed sheets, crib bumpers, pillow cases, comforter, curtains, dust ruffles, kitchen towels, table linen, quilts, towels and washcloths | |
| **International Class(es):** | 024 - Primary Class | **U.S Class(es):** 042, 050 |
| **Class Status:** | SECTION 8 - CANCELLED | |
| **First Use:** | Sep. 01, 1998 | **Use in Commerce:** Sep. 01, 1998 |

| | | |
|---|---|---|
| **For:** | bathing suits, robes, beachwear, belts, cloth bibs, underwear, sweaters, Halloween costumes, dresses, gloves, hats, hosiery, infant wear, jackets, mittens, pajamas, pants, sweat pants, sweat shirts, shirts, shoes, shorts, sleepers, socks, T-shirts, tank tops, tights and vests | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** 022, 039 |
| **Class Status:** | SECTION 8 - CANCELLED | |
| **First Use:** | Sep. 01, 1998 | **Use in Commerce:** Sep. 01, 1998 |

| | | |
|---|---|---|
| **For:** | Christmas tree ornaments, rubber action balls, action figures and accessories therefor, plush toys, action skill games, balloons, golf balls, tennis balls, bath toys, board games, toy building blocks, , dolls and doll clothing, children's play cosmetics, crib toys, electric action toys, manipulative games, golf gloves, golf ball markers, kites, toy mobiles, mobile for children, crib mobiles, music box toys, party favors in the nature of small toys, inflatable pool toys, baby multiple activity toys, children's multiple activity toys, wind-up toys | |
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** 022, 023, 038, 050 |
| **Class Status:** | SECTION 8 - CANCELLED | |
| **First Use:** | Sep. 01, 1998 | **Use in Commerce:** Sep. 01, 1998 |

| | | |
|---|---|---|
| **For:** | bakery goods, candy cake decorations, candy and chocolate | |
| **International** | 030 - Primary Class | **U.S Class(es):** 046 |

Class(es):

**Class Status:** SECTION 8 - CANCELLED

**First Use:** Sep. 01, 1998  **Use in Commerce:** Sep. 01, 1998

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Disney Enterprises, Inc.

**Owner Address:** 500 South Buena Vista Street
Burbank, CALIFORNIA UNITED STATES 91521

**Legal Entity Type:** CORPORATION  **State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** MEI-LAN STARK

**Correspondent**

**Correspondent Name/Address:** MEI-LAN STARK
THE WALT DISNEY CO
500 S BUENA VISTA ST
BURBANK, CALIFORNIA UNITED STATES 91521-6842

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 13, 2008 | CANCELLED SEC. 8 (6-YR) | |
| Jan. 10, 2007 | CASE FILE IN TICRS | |
| Dec. 11, 2001 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 18, 2001 | PUBLISHED FOR OPPOSITION | |
| Aug. 29, 2001 | NOTICE OF PUBLICATION | |
| Mar. 01, 2001 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Mar. 01, 2001 | ASSIGNED TO EXAMINER | |
| Dec. 20, 2000 | ASSIGNED TO EXAMINER | |
| Dec. 17, 2000 | STATEMENT OF USE PROCESSING COMPLETE | |
| Oct. 02, 2000 | USE AMENDMENT FILED | |
| May 23, 2000 | SOU EXTENSION 4 GRANTED | |
| Mar. 27, 2000 | SOU EXTENSION 4 FILED | |
| Nov. 09, 1999 | SOU EXTENSION 3 GRANTED | |
| Sep. 24, 1999 | SOU EXTENSION 3 FILED | |
| Apr. 02, 1999 | SOU EXTENSION 2 GRANTED | |
| Mar. 31, 1999 | SOU EXTENSION 2 FILED | |
| Sep. 23, 1998 | SOU EXTENSION 1 GRANTED | |
| Sep. 23, 1998 | SOU EXTENSION 1 FILED | |
| Apr. 07, 1998 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 02, 1997 | PUBLISHED FOR OPPOSITION | |
| Oct. 31, 1997 | NOTICE OF PUBLICATION | |
| Sep. 30, 1997 | APPROVED FOR PUB - PRINCIPAL REGISTER | |

| Sep. 26, 1997 | EXAMINER'S AMENDMENT MAILED |
|---|---|
| Sep. 25, 1997 | ASSIGNED TO EXAMINER |

# TM Staff and Location Information

| TM Staff Information - None | |
|---|---|
| **File Location** | |
| Current Location: SCANNING ON DEMAND | Date in Location: Jan. 10, 2007 |

# Proceedings

| Summary | |
|---|---|
| Number of Proceedings: | 1 |

| Type of Proceeding: Opposition | |
|---|---|
| Proceeding Number: 91180367 | Filing Date: Oct 15, 2007 |
| Status: Terminated | Status Date: Jun 17, 2008 |
| Interlocutory Attorney: YONG OH (RICHARD) KIM | |

**Defendant**

| Name: | Shanda Latrice Pierce |
|---|---|
| Correspondent Address: | Shanda Latrice Pierce
P.O. Box 211234
Chula Vista CA UNITED STATES , 91921 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BELLA CHOCOLATA | | 78931400 | |

**Plaintiff(s)**

| Name: | Disney Enterprises, Inc. |
|---|---|
| Correspondent Address: | David M. Kelly
Finnegan, Henderson, Farabow, et al
901 New York Avenue, N.W.
Washington DC UNITED STATES , 20001-4413 |
| Correspondent e-mail: | docketing@finnegan.com , linda.mcleod@finnegan.com , judy.valusek@finnegan.com , susannah.klank@finnegan.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 78637100 | |
| | | 78637103 | |
| | | 78637112 | |
| | | 78637114 | |
| | | 78637115 | |
| | | 78637123 | |
| | | 78637131 | |
| | | 78637135 | |
| | | 78637142 | |
| | | 78637146 | |
| DISNEY'S WONDERFUL WORLD OF READING | | 73038002 | 1028641 |
| DISNEY PRESS | | 74148635 | 1703188 |
| MOUSE WORKS | | 74377051 | 1810769 |
| WALT DISNEY RECORDS | | 75538293 | 2310987 |
| MICKEY BONUS POINTS | | 75308856 | 2516004 |
| | | 76472332 | 2781693 |

<u>76472328</u>          <u>2784058</u>

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 8 | TERMINATED | Jun 17, 2008 | |
| 7 | BOARD'S DECISION: SUSTAINED | Jun 17, 2008 | |
| 6 | NOTICE OF DEFAULT | Apr 17, 2008 | |
| 5 | RESPONSE DUE 30 DAYS (DUE DATE) | Dec 06, 2007 | Jan 05, 2008 |
| 4 | P'S MOTION TO AMEND PLEADING/AMENDED PLEADING | Nov 13, 2007 | |
| 3 | PENDING, INSTITUTED | Oct 30, 2007 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 30, 2007 | Dec 09, 2007 |
| 1 | FILED AND FEE | Oct 15, 2007 | |

Generated on: This page was generated by TSDR on 2025-10-23 21:37:30 EDT

Mark: MICKEY'S KITCHEN



| | | | |
|---|---|---|---|
| **US Serial Number:** | 74125949 | **Application Filing Date:** | Dec. 14, 1990 |
| **US Registration Number:** | 1674655 | **Registration Date:** | Feb. 04, 1992 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:** 

DEAD/REGISTRATION/Cancelled/Invalidated

The trademark application was registered, but subsequently it was cancelled or invalidated and removed from the registry.

**Status:** Registration cancelled because registrant did not file an acceptable declaration under Section 8. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Aug. 10, 1998

**Publication Date:** Nov. 12, 1991

**Date Cancelled:** Aug. 10, 1998

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MICKEY'S KITCHEN |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Disclaimer:** | "KITCHEN" |
| **Design Search Code(s):** | 01.01.03 - Star - a single star with five points |
| | 01.01.09 - Stars, two; Two stars |
| | 03.09.06 - Chinchillas; Gerbils; Guinea pigs; Hamsters; Mice and related small rodents; Moles; Mouse; Rats |
| | 03.09.26 - Costumed rodents and other small mammals, other than cats and dogs, and those with human attributes |
| | 08.05.01 - Hamburger sandwiches |
| | 09.05.06 - Chef's Hat |
| | 11.03.01 - Glasses without stems; Glasses without stems including paper or plastic beverage containers |
| | 11.03.09 - Paper plates, empty; Plates, dinnerware, empty |
| | 25.03.01 - Checker board pattern; Checkerboard pattern; Checkerboard patterns |
| | 26.01.08 - Circles having letters or numerals as a border; Circles having punctuation as a border; Letters, numerals or punctuation forming or bordering the perimeter of a circle |
| | 26.01.17 - Circles, two concentric; Concentric circles, two; Two concentric circles |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | restaurant services | | |
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100 |
| **Class Status:** | SECTION 8 - CANCELLED | | |
| **First Use:** | Apr. 20, 1990 | **Use in Commerce:** | Apr. 20, 1990 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** WALT DISNEY COMPANY, THE

**Owner Address:** 500 South Buena Vista Street
Burbank, CALIFORNIA UNITED STATES 91521

**Legal Entity Type:** CORPORATION      **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Anne B. Nielsen

### Correspondent

**Correspondent Name/Address:** ANNE B NIELSEN
THE WALT DISNEY COMPANY
500 S BUENA VISTA ST
BURBANK, CALIFORNIA UNITED STATES 91521

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 10, 1998 | CANCELLED SEC. 8 (6-YR) | |
| Feb. 04, 1992 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 12, 1991 | PUBLISHED FOR OPPOSITION | |
| Oct. 11, 1991 | NOTICE OF PUBLICATION | |
| Jun. 20, 1991 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 22, 1991 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 09, 1991 | NON-FINAL ACTION MAILED | |
| May 01, 1991 | ASSIGNED TO EXAMINER | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** FILE REPOSITORY (FRANCONIA)      **Date in Location:** Feb. 14, 1992

## Assignment Abstract Of Title Information

### Summary

**Total Assignments:** 1      **Registrant:** WALT DISNEY COMPANY, THE

### Assignment 1 of 1

**Conveyance:** CHANGE OF NAME

**Reel/Frame:** 1544/0172      **Pages:** 8

**Date Recorded:** Jan. 13, 1997

**Supporting Documents:** No Supporting Documents Available

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | WALT DISNEY COMPANY,THE | **Execution Date:** | Dec. 04, 1996 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | DISNEY ENTERPRISES, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | BURBANK , CALIFORNIA 91521 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | LADAS & PARRY |
| **Correspondent Address:** | FRANCIE R. GOROWITZ<br>5670 WILSHIRE BOULEVARD<br>SUITE 2100<br>LOS ANGELES, CA 90036 |

**Domestic Representative - Not Found**