1  ANNETTE L. HURST (BAR NO. 148738)
     ahurst@orrick.com
2  DIANA M. RUTOWSKI (BAR NO. 233878)
     drutowski@orrick.com
3  DANIEL D. JUSTICE (BAR NO. 291907)
     djustice@orrick.com
4  ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
     amendez-villamil@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
8
   LAURA A. WYTSMA (BAR NO. 189527)
9    lawytsma@orrick.com
   ISAAC BEHNAWA (BAR NO. 342441)
10   ibehnawa@orrick.com
   355 S. Grand Street, # 2700
11 Los Angeles, CA 90071
   Telephone: +1 213 629-2020
12 Facsimile:  +1 213 612 2499

13 Attorneys for Plaintiff
   SONY INTERACTIVE ENTERTAINMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10.<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION AND RESET HEARING DATE**<br><br>(Civil Local Rules 6-1(b); 6-2)<br><br>Judge: Hon. Jacqueline Scott Corley |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Sony Interactive Entertainment LLC ("SIE") and Defendants Tencent America LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd. (collectively, the "Tencent Entities") (together with SIE, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, pursuant to Civil L.R. 6-1(a), Tencent America, LLC and Proxima Beta U.S. LLC's response to the complaint was extended to September 17, 2025 (Dkt. 29);

**WHEREAS**, pursuant to Civil L.R. 6-1(a), Tencent Holdings, Ltd.'s response to the complaint was extended to September 17, 2025 (Dkt. 39);

**WHEREAS**, on September 17, 2025, the Tencent Entities filed a Motion to Dismiss Complaint for Copyright and Trademark Infringement (Dkt. 48) and their related Request for Judicial Notice (Dkt. 49) (collectively, the "Motion to Dismiss"), with a noticed oral argument date agreed by the parties of November 19, 2025;

**WHEREAS**, on September 29, 2025, the Court reset the hearing date on the Motion to Dismiss to December 2, 2025, at 9:00 a.m. and the initial case management conference to January 14, 2026, at 2:00 p.m. (Dkt. 53);

**WHEREAS**, pursuant to Civil L.R. 6-1(b) and 6-2, the Parties stipulated (Dkt. 55) and the Court ordered (Dkt. 60) an extension of time to file their ADR Certification to December 24, 2025;

**WHEREAS**, pursuant to Civil L.R. 6-1(b) and 6-2, the Parties stipulated (Dkt. 59) and the Court ordered (Dkt. 56) a modification of the briefing schedule in connection with the Motion to Dismiss;

**WHEREAS**, on October 16, 2025, SIE filed a Motion for Preliminary Injunction (Dkt. 67), with a noticed oral argument date agreed by the parties of November 20, 2025;

**WHEREAS**, on October 17, 2025, the Court reset the hearing date on the Motion to Dismiss and the Motion for Preliminary Injunction to December 4, 2025, at 10:00 a.m. (Dkt. 74);

**WHEREAS**, lead counsel for SIE, Annette Hurst, has a conflict with the December 4, 2025, hearing date due to a previously-set hearing in New York;

**WHEREAS**, the Tencent Entities requested additional time to file their response to the

1  Motion for Preliminary Injunction in light of the number of issues raised therein;

2  **WHEREAS**, the Parties met and conferred about a mutually agreeable briefing schedule and a mutually agreeable oral argument date for both the Motion to Dismiss and the Motion for Preliminary Injunction so that all Parties will have sufficient time to investigate and respond to the issues presented and the motions may be heard on the same date when all Parties' counsel are available;

**WHEREAS**, SIE requested, and the Tencent Entities agreed, that (a) the extended briefing schedule and later requested hearing date will not be used to argue that SIE delayed in seeking a preliminary injunction, (b) there will be no new promotion or public testing of *Light of Motiram* during the pendency of the Motion for Preliminary Injunction, (c) the *Light of Motiram* release will not be moved up to before Q4 2027, and (d) the Tencent Entities will not seek expedited discovery in connection with the Motion for Preliminary Injunction;

**WHEREAS**, absent an extension, the Tencent Entities' deadline to file their opposition to the Motion for Preliminary Injunction would be October 30, 2025, and the SIE's deadline to file a reply in support of the Motion to Preliminary Injunction would be November 6, 2025 (Civil L.R. 7-3);

**WHEREAS**, the Parties have agreed to a stipulated request for a modified briefing schedule with mutually agreed dates and a mutually agreeable hearing date for both the Motion to Dismiss and the Motion for Preliminary Injunction;

**WHEREAS**, the Parties hereby request that the Tencent Entities' deadline to file their response to the Motion for Preliminary Injunction shall be December 3, 2025, and that SIE's deadline to file its reply in support of the Motion for Preliminary Injunction shall be December 19, 2025;

**WHEREAS**, the Parties hereby further request that hearing date for both the Motion to Dismiss and the Motion for Preliminary Injunction be extended accordingly to the same date, which the Parties request be reset from December 4, 2025 to January 15, 2026, subject to the Court's availability; and

**WHEREAS**, this modified briefing schedule and requested reset hearing date ensures that

the final reply brief will be filed more than 14 days before the requested oral argument date of January 15, 2026, and will have no other effect on the schedule for the case;

**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the Parties, that:

1. The Tencent Entities' deadline to file their opposition to the Motion for Preliminary Injunction shall be December 3, 2025;

2. SIE's deadline to file its reply in support of the Motion for Preliminary Injunction shall be December 19, 2025; and

3. The hearing date on the Motion to Dismiss and the Motion for Preliminary Injunction shall be reset to January 15, 2026, subject to the Court's availability.

This Stipulation is supported by the Civil Local Rule 6-2(a) Declaration of Diana M. Rutowski.

Dated: October 29, 2025                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By ___/s/ Diana Rutowski___
ANNETTE L. HURST (BAR NO. 148738)
ahurst@orrick.com
DIANA M. RUTOWSKI (BAR NO. 233878)
drutowski@orrick.com
DANIEL D. JUSTICE (BAR NO. 291907)
djustice@orrick.com
ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
amendez-villamil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700

LAURA A. WYTSMA (BAR NO. 189527)
lawytsma@orrick.com
ISAAC BEHNAWA (BAR NO. 342441)
ibehnawa@orrick.com
355 S. Grand Street, # 2700

|   |   |
|---|---|
| | Los Angeles, CA 90071<br>Telephone: +1 213 629-2020 |
| | *Attorneys for Plaintiff Sony Interactive Entertainment LLC* |
| Dated: October 29, 2025 | LATHAM & WATKINS LLP |
| | By  */s/ Sarang V. Damle*<br>Sarang V. Damle (*pro hac vice*)<br>  sy.damle@lw.com<br>Sara E. Sampoli (Bar No. 344505)<br>  sara.sampoli@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone:  +1.202.637.2200 |
| | Andrew M. Gass (Bar No. 259694)<br>  andrew.gass@lw.com<br>Ivana Dukanovic (Bar No. 312937)<br>  ivana.dukanovic@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-6538<br>Telephone:  +1.415.391.0600 |
| | Allison L. Stillman (*pro hac vice*)<br>  alli.stillman@lw.com<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  +1.212.906.1200 |
| | *Attorneys for Defendants Tencent America, LLC, Proxima Beta U.S. LLC and Tencent Holdings Ltd.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 30, 2025

_____
Hon. Jacqueline Scott Corley
United States District Judge