| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|  | Andrew M. Gass (Bar No. 259694) |
| 2 |  andrew.gass@lw.com |
|  | Ivana Dukanovic (Bar No. 312937) |
| 3 |  ivana.dukanovic@lw.com |
|  | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, CA  94111-6538 |
|  | Telephone: +1.415.391.0600 |
| 5 | |
|  | Sarang V. Damle (admitted *pro hac vice*) |
| 6 |  sy.damle@lw.com |
|  | Sara E. Sampoli (Bar No. 344505) |
| 7 |  sara.sampoli@lw.com |
|  | 555 Eleventh Street, NW, Suite 1000 |
| 8 | Washington, D.C. 20004-1304 |
|  | Telephone: +1.202.637.2200 |
| 9 | |
|  | Allison L. Stillman (admitted *pro hac vice*) |
| 10 |  alli.stillman@lw.com |
|  | 1271 Avenue of the Americas |
| 11 | New York, NY 10020 |
|  | Telephone: +1.212.906.1200 |
| 12 | |
|  | *Attorneys for Defendants Tencent America LLC,* |
| 13 | *Proxima Beta U.S. LLC, and Tencent Holdings Ltd.* |
| 14 | *[Additional Counsel on Signature Page]* |

15  **UNITED STATES DISTRICT COURT**

16  **NORTHERN DISTRICT OF CALIFORNIA**

17  **SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 18 | SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company, | Case No. 3:25-cv-06275-JSC |
| 19 | | **STIPULATION AND [PROPOSED]** |
| 20 | Plaintiff, | **ORDER TO EXTEND BRIEFING ON MOTION FOR PRELIMINARY** |
|  | v. | **INJUNCTION AND RESET HEARING** |
| 21 | | **ON MOTION TO DISMISS AND** |
| 22 | TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT | **PRELIMINARY INJUNCTION** |
| 23 | TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or | (Civil Local Rules 6-1(b); 6-2) |
|  | POLARIS QUEST, a Chinese company; | Hon. Jacqueline Scott Corley |
| 24 | TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA | |
| 25 | PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; | |
| 26 | PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10, | |
| 27 | Defendants. | |
| 28 | | |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Sony Interactive Entertainment LLC ("SIE") and Defendants Tencent America LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd. (collectively, the "Tencent Entities") (together with SIE, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on July 25, 2025, Plaintiff Sony Interactive Entertainment LLC filed its complaint for copyright and trademark infringement (Dkt. 1);

**WHEREAS**, on October 16, 2025, SIE filed its Motion for Preliminary Injunction (Dkt. 67);

**WHEREAS,** on October 29, 2025, the Parties filed a Joint Stipulation for an Order re Briefing Schedule for Motion for Preliminary Injunction and Reset Hearing (Dkt. 76);

**WHEREAS**, on October 30, 2025, the Court set the Tencent Entities' response to SIE's Motion for Preliminary Injunction as December 3, 2025 (Dkt. 79);

**WHEREAS**, on October 30, 2025, the Court set SIE's Reply in Support of its Motion for Preliminary Injunction as December 19, 2025 (Dkt. 79);

**WHEREAS**, since the filing of SIE's Motion for Preliminary Injunction, the Parties have engaged in discussions in order to resolve the current dispute;

**WHEREAS,** the Parties met and conferred about a mutually agreeable extension to the briefing schedule for the Motion for Preliminary Injunction and a mutually agreeable oral argument date for both the Motion to Dismiss and the Motion for Preliminary Injunction and the motions may be heard on the same date;

**WHEREAS**, SIE requested, and the Tencent Entities agreed, that (a) the extended briefing schedule and later requested hearing date will not be used to argue that SIE delayed in seeking a preliminary injunction, (b) there will be no new promotion or public testing of *Light of Motiram* during the pendency of the Motion for Preliminary Injunction, (c) the *Light of Motiram* release will not be moved up to before Q4 2027, and (d) the Tencent Entities will not seek expedited discovery in connection with the Motion for Preliminary Injunction;

**WHEREAS,** the Parties have agreed to a stipulated request for a modified briefing schedule with mutually agreed dates and a mutually agreeable hearing date for both the Motion to Dismiss and the Motion for Preliminary Injunction;

**WHEREAS,** the Parties hereby request that the Tencent Entities' deadline to file their response to the Motion for Preliminary Injunction shall be December 17, 2025, and that SIE's deadline to file its reply in support of the Motion for Preliminary Injunction shall be January 2, 2026;

**WHEREAS**, the Parties hereby further request that hearing date for both the Motion to Dismiss and the Motion for Preliminary Injunction be extended accordingly to the same date, which the Parties request be reset from January 15, 2026 to January 29, 2026, subject to the Court's availability; and

**WHEREAS**, this modified briefing schedule and requested reset hearing date ensures that the final reply brief will be filed 14 days before the requested oral argument date of January 29, 2026, and will have no other effect on the schedule for the case.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that:

1. The Tencent Entities' Opposition to SIE's Motion for Preliminary Injunction shall be due on December 17, 2025;
2. SIE's deadline to file its reply in support of the Motion for Preliminary Injunction shall be January 2, 2026; and
3. The hearing date on the Motion to Dismiss and the Motion for Preliminary Injunction shall be reset to January 29, 2026, subject to the Court's availability.

| | | |
|---|---|---|
| 1 | | Respectfully Submitted, |
| 2 | Dated: December 1, 2025 | LATHAM & WATKINS LLP |
| 3 | | By */s/ Sarang V. Damle* |
| 4 | | Andrew M. Gass (Bar No. 259694) |
| | | a*n*drew.gass@lw.com |
| 5 | | Ivana Dukanovic (Bar No. 312937) |
| | | *ivana.dukanovic@lw.com* |
| 6 | | 505 Montgomery Street, Suite 2000 |
| | | San Francisco, CA  94111-6538 |
| 7 | | Telephone:  +1.415.391.0600 |
| 8 | | Sarang V. Damle |
| | | *sy.damle@lw.com* |
| 9 | | Sara E. Sampoli (Bar No. 344505) |
| | | *sara.sampoli@lw.com* |
| 10 | | 555 Eleventh Street, NW, Suite 1000 |
| | | Washington, D.C. 20004-1304 |
| 11 | | Telephone:  +1.202.637.2200 |
| 12 | | Allison L. Stillman |
| | | *alli.stillman@lw.com* |
| 13 | | 1271 Avenue of the Americas |
| | | New York, NY 10020 |
| 14 | | Telephone:  +1.212.906.1200 |
| 15 | | *Attorneys for Defendants* |
| | | *Tencent America LLC, Proxima Beta U.S. LLC,* |
| 16 | | *and Tencent Holdings Ltd.* |
| 17 | Dated: December 1, 2025 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 18 | | By */s/ Annette Hurst* |
| 19 | | ANNETTE L. HURST (BAR NO. 148738) |
| | | ahurst@orrick.com |
| 20 | | DIANA M. RUTOWSKI (BAR NO. 233878) |
| | | drutowski@orrick.com |
| 21 | | DANIEL D. JUSTICE (BAR NO. 291907) |
| | | djustice@orrick.com |
| 22 | | ANA M. MENDEZ-VILLAMIL (BAR NO. 344768) |
| 23 | | amendez-villamil@orrick.com |
| | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 24 | | The Orrick Building |
| | | 405 Howard Street |
| 25 | | San Francisco, CA 94105-2669 |
| | | Telephone: +1 415 773 5700 |
| 26 | | LAURA A. WYTSMA (BAR NO. 189527) |
| | | lawytsma@orrick.com |
| 27 | | ISAAC BEHNAWA (BAR NO. 342441) |
| | | ibehnawa@orrick.com |
| 28 | | 355 S. Grand Street, # 2700 |

Los Angeles, CA 90071
Telephone: +1 213 629-2020

*Attorneys for Plaintiff Sony Interactive Entertainment LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December __, 2025

_____
Hon. Jacqueline Scott Corley
United States District Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING ON MOTION FOR PRELIMINARY INJUNCTION AND RESET HEARING ON MOTION TO DISMISS AND PRELIMINARY INJUNCTION. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Sarang Damle, attest that concurrence in the filing of this document has been obtained.

Dated:  December 1, 2025               */s/ Sarang V. Damle*
                                       Sarang V. Damle