LATHAM & WATKINS LLP
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Ivana Dukanovic (Bar No. 312937)
 ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone: +1.415.391.0600

Sarang V. Damle (admitted *pro hac vice*)
 sy.damle@lw.com
Sara E. Sampoli (Bar No. 344505)
 sara.sampoli@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Allison L. Stillman (admitted *pro hac vice*)
 alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendants Tencent America, LLC, Proxima Beta U.S. LLC, and Tencent Holdings Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-06275-JSC<br><br>**DECLARATION OF IVANA DUKANOVIC IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING ON MOTION FOR PRELIMINARY INJUNCTION AND RESET HEARING ON MOTION TO DISMISS AND PRELIMINARY INJUNCTION**<br><br>Hon. Jacqueline Scott Corley |

I, Ivana Dukanovic, declare as follows:

1. I am an attorney with the law firm Latham & Watkins LLP and am counsel for Defendants Tencent America LLC, Proxima Beta U.S. LLC (the "U.S. Defendants"), and Tencent Holdings Ltd. (collectively with the U.S. Defendants, the "Served Defendants"), in the above-referenced litigation. I have been admitted to practice before this Court.

2. I submit this declaration in support of the concurrently filed Stipulation and [Proposed] Order to Extend Briefing on Motion for Preliminary Injunction and Reset Hearing on Motion to Dismiss and Motion for Preliminary Injunction.

3. On July 28, 2025, this case was initially assigned to Magistrate Judge Joseph C. Spero (Dkt. 5). At the same time, the Court issued an Initial Case Management Scheduling Order setting an October 8, 2025 deadline for ADR Certification and an October 29, 2025 Initial Case Management Conference (Dkt. 6).

4. On September 26, 2025, this case was reassigned to Judge Jacqueline Scott Corley (Dkt. 52), and on September 29, 2025, the Initial Case Management Conference was reset to January 14, 2026 (Dkt. 54).

5. On October 16, 2025, Plaintiff Sony Interactive Entertainment, LLC ("SIE") filed its Motion for Preliminary Injunction (Dkt. 67).

6. On October 29, 2025, the Parties filed a Joint Stipulation for an Order re Briefing Schedule for Motion for Preliminary Injunction and Reset Hearing (Dkt. 76).

7. On October 30, 2025, the Court set the Defendants' response date to SIE's Motion for Preliminary Injunction as December 3, 2025 (Dkt. 79).

8. On October 30, 2025, the Court set SIE's Reply in Support of its Motion for Preliminary Injunction as December 19, 2025 (Dkt. 79).

9. Since SIE filed its Motion for Preliminary Injunction, the Parties have engaged in discussions in order to resolve the current dispute.

10. The Parties have met and conferred about a mutually agreeable extension to the briefing schedule for the Motion for Preliminary Injunction and a mutually agreeable oral

1  argument date for both the Motion to Dismiss and the Motion for Preliminary Injunction and the
2  motions may be heard on the same date.

3  11.  Defendants have agreed to SIE's requests that (a) the extended briefing schedule
4  and later requested hearing date will not be used to argue that SIE delayed in seeking a
5  preliminary injunction; (b) there will be no new promotion or public testing of *Light of Motiram*
6  during the pendency of the Motion for Preliminary Injunction; (c) the *Light of Motiram* release
7  will not be moved up to before Q4 2027; and (d) Defendants will not seek expedited discovery in
8  connection with the Motion for Preliminary Injunction.

9  12.  The Parties have agreed to a stipulated request for a modified briefing schedule
10  with mutually agreeable dates and a mutually agreeable hearing date for both the Motion to
11  Dismiss and Motion for Preliminary Injunction.  The Parties request that Defendants' deadline to
12  file their response to the Motion for Preliminary Injunction shall be December 17, 2025 and that
13  SIE's deadline to file it Reply in Support of the Motion for Preliminary Injunction shall be
14  January 2, 2026.  The Parties further request that the hearing date for both the Motion to Dismiss
15  and the Motion for Preliminary Injunction be reset from January 15, 2026 to January 29, 2026,
16  subject to the Court's availability.

17  13.  This modified briefing schedule and requested reset hearing date ensures that the
18  final reply brief will be filed 14 days before the requested oral argument date of January 29,
19  2026.

20  14.  The following extension of time have been previously requested and granted in
21  this case:

22  a. Extension of time for U.S. Defendants to file an Answer to Plaintiff's complaint;
23  b. Extension of time for Tencent Holdings Ltd. to file an Answer to Plaintiff's
24  complaint;
25  c. Extension of time for Plaintiff to file an opposition to the Served Defendants'
26  Motion to Dismiss and for the Served Defendants to file a reply;
27  d. Extension of time for Defendants to file an opposition to Plaintiff's Motion for
28  Preliminary Injunction and for Plaintiff to file a reply.

15. The requested extension will not alter any other deadline or event already set by the Court.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on December 1, 2025, in Burlingame, California.

By:     /s/ *Ivana Dukanovic*
        Ivana Dukanovic

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Declaration of Ivana Dukanovic in Support of the parties' Stipulation and [Proposed] Order to Extend Briefing on Motion for Preliminary Injunction and Reset Hearing on Motion to Dismiss and Preliminary Injunction. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Sarang V. Damle, attest that concurrence in the filing of this document has been obtained.

Dated: December 1, 2025                    */s/ Sarang V. Damle*
                                           Sarang V. Damle