| | |
|---|---|
| 1 | ANNETTE L. HURST (BAR NO. 148738) |
| | ahurst@orrick.com |
| 2 | DIANA M. RUTOWSKI (BAR NO. 233878) |
| | drutowski@orrick.com |
| 3 | DANIEL D. JUSTICE (BAR NO. 291907) |
| | djustice@orrick.com |
| 4 | ANA M. MENDEZ-VILLAMIL (BAR NO. 344768) |
| | amendez-villamil@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 6 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 7 | Telephone:     +1 415 773 5700 |
| | Facsimile:     +1 415 773 5759 |
| 8 | |
| | LAURA A. WYTSMA (BAR NO. 189527) |
| 9 | lawytsma@orrick.com |
| | ISAAC BEHNAWA (BAR NO. 342441) |
| 10 | ibehnawa@orrick.com |
| | 355 S. Grand Street, # 2700 |
| 11 | Los Angeles, CA 90071 |
| | Telephone: +1 213 629-2020 |
| 12 | Facsimile:  +1 213 612 2499 |

Attorneys for Plaintiff
SONY INTERACTIVE ENTERTAINMENT LLC

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company, | Case No. 3:25-cv-06275-JSC |
| Plaintiff, | **STIPULATION FOR DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |
| v. | |
| TENCENT HOLDINGS LTD., a Cayman Islands corporation; TENCENT TECHNOLOGY (SHANGHAI) COMPANY LTD. d/b/a AURORA STUDIOS and/or POLARIS QUEST, a Chinese company; TENCENT AMERICA LLC, a Delaware limited liability company; PROXIMA BETA PTE LTD. d/b/a TENCENT GAMES and/or LEVEL INFINITE, a Singapore corporation; PROXIMA BETA U.S. LLC, a Delaware limited liability company; and DOES 1-10, | Judge: Hon. Jacqueline Scott Corley |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the confidential settlement of all parties, Plaintiff Sony Interactive Entertainment LLC and Defendants Tencent America LLC, Proxima Beta U.S. LLC, Tencent Holdings Ltd., Proxima Beta PTE Ltd., and Tencent Technology (Shanghai) Company Ltd., by and through their undersigned counsel of record, hereby stipulate as follows:

1. All pending motions are withdrawn and this action is hereby dismissed with prejudice.

2. All parties shall bear their own fees and costs.

Dated: December 17, 2025              ORRICK, HERRINGTON & SUTCLIFFE LLP

By */s/Annette L. Hurst*
   ANNETTE L. HURST (BAR NO. 148738)
   ahurst@orrick.com
   DIANA M. RUTOWSKI (BAR NO. 233878)
   drutowski@orrick.com
   DANIEL D. JUSTICE (BAR NO. 291907)
   djustice@orrick.com
   ANA M. MENDEZ-VILLAMIL (BAR NO. 344768)
   amendez-villamil@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
   405 Howard Street
   San Francisco, CA 94105-2669
   Telephone: +1 415 773 5700

   LAURA A. WYTSMA (BAR NO. 189527)
   lawytsma@orrick.com
   ISAAC BEHNAWA (BAR NO. 342441)
   ibehnawa@orrick.com
   355 S. Grand Street, # 2700
   Los Angeles, CA 90071
   Telephone: +1 213 629-2020

   *Attorneys for Plaintiff Sony Interactive Entertainment LLC*

Dated: December 17, 2025              LATHAM & WATKINS LLP

By */s/ Sarang V. Damle*
   Sarang V. Damle (*pro hac vice*)
     sy.damle@lw.com

|   |   |
|---|---|
| 1 | Sara E. Sampoli (Bar No. 344505) |
|   | *sara.sampoli@lw.com* |
| 2 | 555 Eleventh Street, NW, Suite 1000 |
|   | Washington, D.C. 20004-1304 |
| 3 | Telephone: +1.202.637.2200 |

Andrew M. Gass (Bar No. 259694)
 a*ndrew.gass@lw.com*
Ivana Dukanovic (Bar No. 312937)
 *ivana.dukanovic@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600

Allison L. Stillman (*pro hac vice*)
 *alli.stillman@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

*Attorneys for Defendants*
*Tencent America LLC,*
*Proxima Beta U.S. LLC,*
*Tencent Holdings Ltd.,*
*Proxima Beta PTE Ltd., and*
*Tencent Technology (Shanghai) Company Ltd.*

### **SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing **STIPULATION FOR DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** regarding signatures, I, Annette L. Hurst attest that concurrence in the filing of this document has been obtained.

Dated: December 17, 2025               */s/ Annette L. Hurst*
                                        Annette L. Hurst